IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RIC (LAVERNIA) LLC, | ) ) | Case No. 24-51195 (MMP) |
| Debtor. | ) ) ) | |

## NOTICE OF RESET HEARING ON MOTION TO STRIKE

PLEASE TAKE NOTICE that, pursuant to the Court's Docket Entry on May 14, 2025, the hearing on *Debtor's Motion to Strike OTISCO RDX, LLC's Objection to Confirmation of Plan* [ECF No. 83] previously set for May 21, 2025, at 9:30 a.m. has been reset to **June 2, 2025, at 2:00 p.m.** in San Antonio Courtroom 1, 3rd Floor, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston Street, San Antonio, Texas 78205.

Dated: May 15, 2025

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

 /s/ Kyle S. Hirsch
Kyle S. Hirsch (Tex. Bar No. 24117262)
2200 Ross Avenue, 4200W
Dallas, Texas 75201
Telephone: 602.364.7170
(214) 721-8000 (Telephone)
(214) 721-8100 (Facsimile)
Email: kyle.hirsch@bclplaw.com

*Counsel for the Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 15, 2025, a true and correct copy of the foregoing was served via the Court's ECF notification system, the U.S. Trustee, and any party who has noticed an appearance in this case, as follows:

Erin Coughlin on behalf of Interested Party United States Trustee - SA12
erin.coughlin@usdoj.gov, carey.a.tompkins@usdoj.gov; omar.e.jones@usdoj.gov

Erin Coughlin on behalf of U.S. Trustee United States Trustee - SA12 erin.coughlin@usdoj.gov, carey.a.tompkins@usdoj.gov; omar.e.jones@usdoj.gov

Paul Kirklin on behalf of Adversary Proceeding Plaintiff Otisco RDX, LLC
pkirklin@kirklinlaw.com

Howard Marc Spector on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA VII, LLC hspector@spectorcox.com, sshank@spectorcox.com; ahawkins@spectorcox.com; slthorn@spectorcox.com; hspector@ecf.courtdrive.com

George H. Spencer, Jr. on behalf of Defendant Lori Daves gspencer@langleybanack.com

United States Trustee - SA12 USTPRegion07.SN.ECF@usdoj.gov

Natalie F. Wilson on behalf of Adversary Proceeding Defendants and Interested Parties John Daves and Lori Daves nwilson@langleybanack.com, cjohnston@langleybanack.com; sfoushee@langleybanack.com

Karalyssa C Casillas on behalf of Creditor Wilson County
karalyssa.casillas@lgbs.com

In addition, a copy was emailed to:
- Kiernan McAlpine at kier@mcalpinelaw.com
- Shea Palavan at contact@houstonip.com; shea@houstonip.com
- Paul Kirklin at pkirklin@kirklinlaw.com
- Justin Rayome at justin.rayome.law@gmail.com

              */s/ Kyle S. Hirsch*