# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195 |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

## NOTICE OF HEARING ON OTISCO RDX, LLC'S EMERGENCY MOTION TO CONTINUE HEARING

TO THE HONORABLE MICHAEL J. PARKER,
UNITED STATES BANKRUPTCY JUDGE:

OTISCO RDX, LLC ("OTISCO") hereby gives notice that its Emergency Motion To Continue Hearing regarding the Debtor's Motion To Strike OTISCO's Objection To Plan Confirmation (Dkt. 83), and Debtor's Motion To Dismiss Or, Alternatively, For Summary Judgment in adversary proceeding 25-05040 will be set for 2:00 P.M. C.S.T. on June 2, 2025 in San Antonio Courtroom 1, 3rd Floor, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston Street, San Antonio, Texas 78205.

Dated: June 2, 2025

Respectfully submitted,

**MCALPINE LAW FIRM**

*/s/Kiernan McAlpine*

Kiernan McAlpine
State Bar Number: 24058519
606 Leverkuhn St
Houston, Texas 77007
Phone: (713)999-3336
E-mail: service@mcalpinelaw.com

**ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 2, 2025, a true and correct copy of the foregoing Emergency Motion to Continue Hearing was served via the Court's CM/ECF system on all counsel of record.

*<u>/s/ Kiernan McAlpine</u>*
Kiernan McAlpine