**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 02, 2025.**

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER TO APPEAR AND SHOW CAUSE**

The Court considered *Otisco RDX, LLC's Objection to Confirmation of Debtor's Second Amended Chapter 11 Plan* (ECF No. 80) and reviewed the docket sheet in the above-captioned case and determined that the signer of the *Objection* is listed as "Kiernan McAlpine," yet the electronic filer of the document is listed as "Shea Neal Palavan." The *Administrative Policies and Procedures for Electronic Filing* for the United States Bankruptcy Court of the Western District of Texas provide, in section IV.B.2.b., that "[n]o person shall knowingly utilize or cause another person to utilize the PACER/ECF login of an Electronic Filer unless such a person is an authorized Filing Agent of the Electronic Filer." Neither McAlpine or Palavan appear to be authorized Filing Agents of the other, and the Court is concerned by counsel's sharing of CM/ECF privileges. The

Court has determined it necessary to hold a show-cause hearing to determine whether Mr. Palavan should have his CM/ECF filing privileges revoked and whether the *Objection* should be struck for non-compliance with local procedural rules. It is, therefore,

**ORDERED** that **SHEA NEAL PALAVAN** appear before this Court on **WEDNESDAY, JUNE 25, 2025, AT 9:30 A.M.** in the United States Bankruptcy Court for the Western District of Texas, United States Courthouse, 615 East Houston Street, San Antonio, Texas, and show cause as to why Mr. Palavan should not have his CM/ECF filing privileges revoked and why the above-referenced *Objection* should not be struck for procedural non-compliance.

# # #