**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: June 02, 2025



_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER GRANTING MOTION TO STRIKE IN PART AND DENYING IN PART**

The Court heard *Debtor's Motion to Strike OTISCO RDX LLC's Objection to Confirmation of Plan* (ECF No. 83) and determined that the *Motion* should be granted in part and denied in part for the reasons stated on the record at a hearing held on June 2, 2025.

Specifically, the Court will grant the *Motion* and strike *OTISCO RDX, LLC's Objection to Confirmation of Debtor's Second Amended Chapter 11 Plan* (ECF No. 80) for the objections OTISCO raises related to its now-extinguished interest in the Property (as defined in the *Motion to Strike*) and the allegedly improper foreclosure sale of the Property. For those claims alone, the Court agrees that OTISCO lacks standing to object to confirmation of the Debtor's plan. The Court

will deny the *Motion to Strike*, however, as to other claims raised in the *Objection* that are unrelated to that now-extinguished interest and allegedly improper foreclosure sale. It is, therefore,

**ORDERED** that above-referenced *Motion* is hereby **GRANTED IN PART, DENIED IN PART**. It is further

**ORDERED** that OTISCO's objections to confirmation raised in the *Objection* (ECF No. 80) are hereby **STRICKEN** to the extent they are grounded in OTISCO's now-extinguished interest in the Property and an allegedly improper foreclosure sale. It is further

**ORDERED** that all other relief sought in the *Motion* is hereby **DENIED**.

# # #