**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 02, 2025.**



_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

### ORDER TO APPEAR AND SHOW CAUSE

The Court considered *Otisco RDX, LLC's Objection to Confirmation of Debtor's Second Amended Chapter 11 Plan* (ECF No. 80) and reviewed the docket sheet in the above-captioned case and determined that the signer of the *Objection* is listed as "Kiernan McAlpine," yet the electronic filer of the document is listed as "Shea Neal Palavan." The *Administrative Policies and Procedures for Electronic Filing* for the United States Bankruptcy Court of the Western District of Texas provide, in section IV.B.2.b., that "[n]o person shall knowingly utilize or cause another person to utilize the PACER/ECF login of an Electronic Filer unless such a person is an authorized Filing Agent of the Electronic Filer." Neither McAlpine or Palavan appear to be authorized Filing Agents of the other, and the Court is concerned by counsel's sharing of CM/ECF privileges. The

Court has determined it necessary to hold a show-cause hearing to determine whether Mr. Palavan should have his CM/ECF filing privileges revoked and whether the *Objection* should be struck for non-compliance with local procedural rules. It is, therefore,

**ORDERED** that **SHEA NEAL PALAVAN** appear before this Court on **WEDNESDAY, JUNE 25, 2025, AT 9:30 A.M.** in the United States Bankruptcy Court for the Western District of Texas, United States Courthouse, 615 East Houston Street, San Antonio, Texas, and show cause as to why Mr. Palavan should not have his CM/ECF filing privileges revoked and why the above-referenced *Objection* should not be struck for procedural non-compliance.

### 

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | RIC (Lavernia) LLC, 162 Cumberland Street, Suite 300, Toronto, ON M5R 3N5, CANADA |
| 18714505 | #+ | Andres Cedillos, 3951 FM 1303, Floresville, TX 78114-6440 |
| 18714506 | + | George H. Spencer, Jr., Langley Banack, Inc., Trinity Plaza II, Seventh Floor, 745 Mulberry, San Antonio, TX 78212-3141 |
| 18714509 | + | John Daves, The Daves Law Firm, 3624 North Hills Drive, Suite B100, Austin, TX 78731-3242 |
| 18714508 | + | John and Lori Daves, 331 Story Drive, Buda, TX 78610-3340 |
| 18723757 | + | Lori Daves and John Daves, c/o Natalie F. Wilson, Langley & Banack, Inc., 745 E. Mulberry, Ste. 700, San Antonio, TX 78212-3172 |
| 18714510 | + | Milestone Capital CRE 1, LLC, 2704 Joanel Street, Houston, TX 77027-5304 |
| 18714512 | #+ | Peter J. Stanton, The Law Offices of Peter J. Stanton, 111 Soledad, Suite 470, San Antonio, TX 78205-2243 |
| 18788342 | + | Propel Financial Services as agent, and attorney in fact for FNA VII, LLC, c/o Howard Marc Spector, 12770 Coit Rd, Ste 850, Dallas, TX 75251-1364 |
| 18793118 | + | Propel Financial Services, as Agent for FNA VII, L, 12672 Silicon Drive, Suite 150, San Antonio, TX 78249-3450 |
| 18714514 | + | Wilson County Tax Collector, Attn Dawn P. Barnett, 1 Library Lane, Floresville, TX 78114-2239 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Jun 03 2025 23:41:00 | Wilson County, 112 E. Pecan St., Suite 2200, San Antonio, TX 78205 |
| cr | ^ | MEBN | Jun 03 2025 23:35:33 | Propel Financial Services as agent and attorney in, c/o Howard Marc Spector, 12770 Coit Rd, Ste 850, Dallas, TX 75251-1364 |
| 18788623 | + | Email/Text: bncnotices@outlook.com | Jun 03 2025 23:42:00 | FNA VII, LLC, c/o Howard Marc Spector, 12770 Coit Rd., Ste. 850, Dallas, TX 75251-1364 |
| 18714507 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 03 2025 23:42:00 | Internal Revenue Service, Centralized Insolvency Operations, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 18719442 | | Email/Text: sanantonio.bankruptcy@publicans.com | Jun 03 2025 23:41:00 | Wilson County, c/o Karalyssa C Casillas, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| 18714511 | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Jun 03 2025 23:42:00 | Office of the United States Trustee, 615 E. Houston Street, Suite 533, San Antonio, TX 78205-2055 |
| 18714513 | + | Email/Text: austin.bankruptcy@lgbs.com | Jun 03 2025 23:42:00 | The Wilson County Tax Collector, c/o Linebarger Goggan Blair Sampson, Terrace 2, 2700 Via Fortuna Drive, Suite 500, Austin, TX 78746-7998 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2025         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brigid K Ndege | on behalf of Debtor RIC (Lavernia) LLC   deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com |
| Erin Coughlin | on behalf of Interested Party United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| Erin Coughlin | on behalf of U.S. Trustee United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| George H. Spencer, Jr. | on behalf of Defendant John Daves gspencer@langleybanack.com |
| George H. Spencer, Jr. | on behalf of Defendant Lori Daves gspencer@langleybanack.com |
| Howard Marc Spector | on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA VII  LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com |
| Justin Hanna | on behalf of Plaintiff RIC (Lavernia) LLC justin.hanna@bclplaw.com  carolyn.herrera@bclplaw.com |
| Justin Hanna | on behalf of Debtor RIC (Lavernia) LLC justin.hanna@bclplaw.com  carolyn.herrera@bclplaw.com |
| Justin Rayome | on behalf of Plaintiff Otisco RDX  LLC justin.rayome.law@gmail.com |
| Karalyssa C Casillas | on behalf of Creditor Wilson County karalyssa.casillas@lgbs.com |
| Kiernan McAlpine | on behalf of Interested Party Otisco RDX  LLC kier@mcalpinelaw.com |
| Kiernan McAlpine | on behalf of Plaintiff Otisco RDX  LLC kier@mcalpinelaw.com |
| Kyle Hirsch | on behalf of Debtor RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Defendant TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Defendant RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.co |

| | |
|---|---|
| | m |
| Kyle Hirsch | |
| | on behalf of Plaintiff RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Natalie F. Wilson | |
| | on behalf of Defendant Lori Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Natalie F. Wilson | |
| | on behalf of Interested Party John Daves and Lori Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Natalie F. Wilson | |
| | on behalf of Defendant John Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Paul Kirklin | |
| | on behalf of Plaintiff Otisco RDX  LLC pkirklin@kirklinlaw.com |
| Robert Luke Graham | |
| | on behalf of Debtor RIC (Lavernia) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Robert Luke Graham | |
| | on behalf of Defendant TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Robert Luke Graham | |
| | on behalf of Defendant RIC (Lavernia) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| United States Trustee - SA12 | |
| | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 24