# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 24-51195-mmp |
| | § | |
| Ric (Lavernia) LLC, | § | |
| | § | |
| Debtor. | § | Chapter 11 |

## NOTICE OF HEARING

Please take notice that a hearing with be held

    at    San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg. & Courthouse, 615 E. Houston St., San Antonio, Texas 78205

    on    7/2/2025 at 1:30pm

EXPEDITED Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E-MAIL BEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.) (Related Dcoument(s): 151 Amended Motion to Continue Hearing filed by Clinton Wayne Alexander for Attorney Kell C. Mercer. (Related Document(s): 150 Amended Motion for Admission Pro Hac Vice filed by Clinton Wayne Alexander for Attorney Kell C. Mercer. Hearing Scheduled for 7/2/2025 at 1:30 at SA Courtroom 1/ (Castleberry, Deanna) ***SET ON EXPEDITED BASIS – MR. ALEXANDER SHALL BE RESPONSBILE FOR NOTICE TO PARTIES***

Dated: 7/01/25

                                            Respectfully submitted,

                                            BARNES LIPSCOMB & STEWART PLLC

                                            /s/ Clint Alexander
                                            Barbara J. Lipscomb
                                            State Bar No. 24062581
                                            Rollingwood Center
                                            2500 Bee Cave Road
                                            Building II, Suite 150
                                            Austin, Texas 78746

512-328-8355
512-328-8413 (Fax)
calexander@bls-legal.com
**Law Practice Custodian for Kell C. Mercer, P.C.**

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 1st day of JULY 2025, a true and correct copy of the foregoing document was filed via the Court's ECF notification system to all parties entitled to such notice, including:

Karalyssa C Casillas on behalf of Creditor Wilson County
Karalyssa.casillas@lgbs.com

Erin Coughlin on behalf of U.S. Trustee United States Trustee – SA12
Erin.coughlin@usdoj.gov, carey.a.tompkins@usdoj.gov, omar.e.jones@usdog.gov

Paul Kirklin on behalf of Plaintiff Otisco RDX, LLC
pkirklin@kirlinlaw.com

Kiernan McAlpine on behalf of Interested Party Otisco RDX, LLC
kier@malpinelaw.com

Kiernan McApline on behalf of Plaintiff Otisco RDX, LLC
kier@mcalpinelaw.com

Justin Rayome on behalf of Interested Party Otisco RDX, LLC
Justin.rayome.law@gmail.com

Justin Rayome on behalf of Plaintiff Otisco RDX, LLC
Justin.rayome.law@gmail.com

Howard Marc Spector on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA VII, LLC
hspector@spectorcox.com, sshank@spectorcox.com, ahawkins@spectorcox.com, slthorn@spectorcox.com, hspector@ecf.courtdrive.com

George H. Spencer, Jr. on behalf of Defendant Jones Daves
gspencer@langleybanack.com

George H. Spencer, Jr. on behalf of Defendant Lori Daves
gspencer@langleybanack.com

United States Trustee – SA12
USTPRegion07.SN.ECF@usdoj.gov

Natalie F. Wilson on behalf of Interested Party John Daves and Lori Daves
nwilson@langleybanack.com, cjohnston@langleybanack.com, sfoushee@langleybanack.com

Kyle Hirsch on behalf of the Debtor RIC (Lavernia) LLC

Kyle.hirsch@bclplaw.com, lisa.remus@bclplaw.com, catherine.russell@bclplaw.com

Kyle Hirsch on behalf of Defendant RIC (Lavernia) LLC
Kyle.hirsch@bclplaw.com, lisa.remus@bclplaw.com, catherine.russell@bclplaw.com

Kyle Hirsch on behalf of Plaintiff RIC (Lavernia) LLC
Kyle.hirsch@bclplaw.com, lisa.remus@bclplaw.com, catherine.russell@bclplaw.com

Kyle Hirsch on behalf of Defendant TIG Romspen US Master Mortgage LP
Kyle.hirsch@bclplaw.com, lisa.remus@bclplaw.com, catherine.russell@bclplaw.com

                                        */s/ Clint Alexander*
                                        Clint Alexander