**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: July 17, 2025



_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER WITHDRAWING ORDER TO APPEAR AND SHOW CAUSE**

The Court heard its *Order to Appear and Show Cause* (ECF No. 108) and determined it should be withdrawn with conditions as stated on the record at a hearing held on July 17, 2025. It is, therefore,

**ORDERED** that the above-referenced *Order* is hereby **WITHDRAWN**. It is further

**ORDERED** that Mr. Shea Neal Palavan shall re-take the Court's CM/ECF electronic filing training and shall file proof of completion of the training on the docket of the above-captioned case within thirty days of the entry of this *Order*. It is further

**ORDERED** that Mr. Shea Neal Palavan shall take one hour of Ethics CLE and shall file proof of completion of the Ethics CLE on the docket of the above-captioned case within ninety days of the entry of this *Order*.

# # #