**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **RIC (LAVERNIA) LLC**, | ) | Chapter 11 |
| | ) | Case No. 24-51195 (MMP) |
| Debtor. | ) | |
| | ) | |

**DEBTOR'S NOTICE OF REDLINED PLAN**

Attached please find redlined versions of *Debtor's Chapter 11 Reorganization Plan Dated December 9, 2024 (Third Amendment)* reflecting changes against the *Debtor's Chapter 11 Reorganization Plan Dated December 9, 2024 (Second Amendment)* [ECF 67].

DATED this 23rd day of July 2025.

        **BRYAN CAVE LEIGHTON PAISNER LLP**

        */s/ Kyle S. Hirsch*
        Kyle S. Hirsch (Tex. Bar No. 24117262)
        Dallas Arts Tower
        2200 Ross Avenue, 4200W
        Dallas, Texas 75201
        Telephone: 602.364.7170
        Email: kyle.hirsch@bclplaw.com

        *Counsel for the Debtor and Debtor in Possession*