IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In re:  ) Chapter 11
) 
) Case No. 24-51195 (MMP)
RIC (LAVERNIA) LLC,  )
)
Debtor.  )
)

**BALLOT SUMMARY FOR RIC (LAVERNIA) LLC CHAPTER 11 REORGANIZATION PLAN DATED DECEMBER 9, 2024 (THIRD AMENDMENT)**

**BALLOT SUMMARY BY CLAIM**

| Name | Class | Allowed Claim | | | | Vote |
|---|---|---|---|---|---|---|
| | | P/C | Schedule | Ct Order | Sec 502(c) | |
| Wilson County Tax | 2 | 1 | | | | No Vote |
| FNA VII, LLC | 4 | 2 | | | | Accept |
| | | | | | | |

## BALLOT SUMMARY BY CLASS

| Class | Total Number | Total Amount | Total – Yes/No | | Total Amount | | Vote |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Yes | No | Yes | No | |
| 1 | 0 | $0.00 | | | | | Unimpaired |
| 2 | 1 | $368,288.78 | | | | | No vote |
| 3 | 1 | N/A | | | | | Unimpaired |
| 4 | 1 | $1,465,902.47 | 1 | | $1,465,902.47 | | Accepts |
| 5 | 0 | $0.00 | | | | | Unimpaired |
| 6 | N/A | N/A | | | | | Unimpaired |

Respectfully submitted this 25th day of July 2025,

**BRYAN CAVE LEIGHTON PAISNER LLP**

 /s/ *Kyle S. Hirsch*
Kyle S. Hirsch (Texas Bar No. 24117262)
Dallas Arts Tower
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Telephone: (214) 721-8000
Facsimile: (214) 721-8100
Email: kyle.hirsch@bclplaw.com

*Counsel for the Debtor and Debtor in Possession*

616551825

Official Form 314 (02/20)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 24-51195 (MMP) |
| RIC (LAVERNIA) LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### Class 4 Ballot for Accepting or Rejecting Plan of Reorganization

RIC (Lavernia) LLC filed *Debtor's Chapter 11 Reorganization Plan Dated December 9, 2024 (Second Amendment)* for the Debtor in this case (as the same may be amended from time to time, the "Plan"). The Court has approved *Debtor's Second Amended Disclosure Statement in Support of Debtor's Chapter 11 Reorganization Dated December 9, 2024 (As Amended)* (the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have the Disclosure Statement, you may obtain a copy from:

> Brigid K. Ndege
> Bryan Cave Leighton Paisner LLP
> 161 North Clark Street, Suite 4300
> Chicago, IL 60601-3315
> Telephone: (312) 602-5000
> Email:brigid.ndege@bclplaw.com

Court approval of the Disclosure Statement does no indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 4 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Brigid K. Ndege, Bryan Cave Leighton Paisner LLP, 161 North Clark Street, Suite 4300 Chicago, IL 60601-3315 (or by email at brigid.ndege@bclplaw.com) on or before July 14, 2025, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

Official Form 314 (02/20)

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 4 claim against the Debtor in the unpaid amount of $1,465,902.47.

*Check one box only*

☑ **Accepts the plan** *FNA VII, LLC accepts pursuant to the email agreement between counsel on July 15, 2025 to amend the Debtor's Plan.

☐ **Rejects the plan**

Dated:  July 15, 2025

Print or type name:  Howard Marc Spector for FNA VII, LLC

Signature:  *Howard Marc Spector*

Title (if corporation or partnership)  Attorney for FNA VII, LLC

Address:  Spector & Cox, PLLC

12770 Coit Road, Suite 850

Dallas, TX  75251

**Return this ballot to:**
Brigid K. Ndege
Bryan Cave Leighton Paisner LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315
Email:brigid.ndege@bclplaw.com

2