# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RIC (LAVERNIA) LLC, | Case No. 24-51195 (MMP) |
| Debtor. | |

## NOTICE OF CONTINUED HEARING ON CONFIRMATION OF CHAPTER 11 PLAN

PLEASE TAKE NOTICE that, per the Court's *Order Granting Debtor's Motion to Continue Confirmation Hearing* [ECF No. 186], the hearing to consider confirmation of *Debtor's Chapter 11 Reorganization Plan Dated December 9, 2024 (Third Amendment)* [ECF No. 179] previously set for August 6, 2024, at 9:30 AM has been CONTINUED and will now take place on **September 8, 2025, at 10:00 A.M.** before the Honorable Michael M. Parker, Hipolito F. Garcia Federal Building, 615 E. Houston Street, Courtroom #1, 3rd Floor, San Antonio, Texas 78205.

Dated: July 31, 2025

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

 /s/ Kyle S. Hirsch
Kyle S. Hirsch (Tex. Bar No. 24117262)
2200 Ross Avenue, 4200W
Dallas, Texas 75201
Telephone: 602.364.7170
(214) 721-8000 (Telephone)
(214) 721-8100 (Facsimile)
Email: kyle.hirsch@bclplaw.com

*Counsel for the Debtor and Debtor in Possession*

# **CERTIFICATE OF SERVICE**

  I hereby certify that on July 31, 2025, a true and correct copy of the foregoing was served via the Court's ECF notification system, the U.S. Trustee, and any party who has noticed an appearance in this case, as follows:

- Clinton Wayne Alexander on behalf of Attorney Kell C Mercer calexander@bls-legal.com

- Karalyssa C Casillas on behalf of Creditor Wilson County karalyssa.casillas@lgbs.com

- Erin Coughlin on behalf of Interested Party United States Trustee - SA12 erin.coughlin@usdoj.gov, carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov

- Erin Coughlin on behalf of U.S. Trustee United States Trustee - SA12 erin.coughlin@usdoj.gov, carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov

- Stephen Kirklin on behalf of Attorney Paul Kirklin skirklin312@gmail.com

- Kiernan McAlpine on behalf of Plaintiff Otisco RDX, LLC kier@mcalpinelaw.com

- Shea Neal Palavan on behalf of Interested Party Shea N Palavan shea@houstonip.com, service@houstonip.com

- Justin Rayome on behalf of Interested Party Otisco RDX, LLC justin.rayome.law@gmail.com

- Ronald J Smeberg on behalf of Defendant Milestone Capital CRE 1, LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

- Ronald J Smeberg on behalf of Plaintiff Otisco RDX, LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

- Howard Marc Spector on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA VII, LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com

- George H. Spencer, Jr. on behalf of Defendant John Daves gspencer@langleybanack.com

- George H. Spencer, Jr. on behalf of Defendant Lori Daves gspencer@langleybanack.com

- United States Trustee - SA12 USTPRegion07.SN.ECF@usdoj.gov

- Natalie F. Wilson on behalf of Defendant John Daves nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com

- Natalie F. Wilson on behalf of Defendant Lori Daves nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com

- Natalie F. Wilson on behalf of Interested Party John Daves and Lori Daves nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com

*/s/ Kyle S. Hirsch*
Kyle S. Hirsch