

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 30, 2025.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 24-51195 (MMP) |
| RIC (LAVERNIA) LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER GRANTING
### DEBTOR'S MOTION TO CONTINUE CONFIRMATION HEARING

ON THIS DATE the Court considered *Debtor's Motion to Continue Confirmation Hearing* (the "Motion") filed by RIC (Lavernia) LLC ("Debtor"), seeking to continue the hearing on confirmation of the Debtor's plan as set forth in the *Order Granting Debtor's Unopposed Motion to Continue Confirmation Hearing and Related Deadlines* (the "Order Continuing Confirmation Hearing") [ECF No. 93]. The Court finds that notice and service of the Motion was proper; the Court has jurisdiction over this case; and the Court has the authority to grant the relief requested in the Motion. Based on the certification accompanying the Motion, the Motion is unopposed by all parties who have asserted an objection and/or with whom the Debtor is negotiating plan treatment, except for OTISCO RDX, LLC, who did not communicate whether it opposed the

requested relief.  The Court finds that good cause exists to grant the Motion.  Accordingly, the Motion is hereby GRANTED. It is therefore

**ORDERED** that the confirmation hearing is Continued to September 8, 2025 at 10:00 a.m before the Honorable Michael M. Parker, Hipolito F. Garcia Federal Building, 615 E. Houston Street, Courtroom #1, 3rd Floor, San Antonio, Texas 78205.  At that time, the Court will consider approval of the Debtor's proposed plan (as amended), any timely objections thereto, and any matters attendant thereto.  **Mr. Hirsch shall be responsible for notice to parties.**

###

Prepared and submitted by:

Kyle S. Hirsch (Texas Bar No. 24117262)
**BRYAN CAVE LEIGHTON PAISNER LLP**
Dallas Arts Tower
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Telephone: (214) 721-8000
Facsimile:  (214) 721-8100
Email: kyle.hirsch@bclplaw.com

*Counsel for the Debtor and Debtor in Possession*

United States Bankruptcy Court

Western District of Texas

In re:                                                                      Case No. 24-51195-mmp

RIC (Lavernia) LLC                                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0542-5 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: pdfintp | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | RIC (Lavernia) LLC, 162 Cumberland Street, Suite 300, Toronto, ON M5R 3N5, CANADA |
| aty | + Kell C Mercer, 2500 Bee Cave Road, Building 2, Suite 15, Austin, TX 78746, UNITED STATES 78746-5869 |
| aty | + Kiernan McAlpine, McAlpine Law Firm, 606 Leverkuhn St, TX, Houston, TX 77007-5744 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | | |
| | | | Jul 30 2025 22:29:00 | Wilson County, 112 E. Pecan St., Suite 2200, San Antonio, TX 78205 |
| cr | ^ | MEBN | | |
| | | | Jul 30 2025 22:22:33 | Propel Financial Services as agent and attorney in, c/o Howard Marc Spector, 12770 Coit Rd, Ste 850, Dallas, TX 75251-1364 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Paul Kirklin |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2025                    Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:

District/off: 0542-5 | User: admin | Page 2 of 3
Date Rcvd: Jul 30, 2025 | Form ID: pdfintp | Total Noticed: 5

| Name | Email Address |
| --- | --- |
| Brigid K Ndege | on behalf of Debtor RIC (Lavernia) LLC   deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com |
| Clinton Wayne Alexander | on behalf of Attorney Kell C Mercer calexander@bls-legal.com |
| Erin Coughlin | on behalf of Interested Party United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| Erin Coughlin | on behalf of U.S. Trustee United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| George H. Spencer, Jr. | on behalf of Defendant John Daves gspencer@langleybanack.com |
| George H. Spencer, Jr. | on behalf of Defendant Lori Daves gspencer@langleybanack.com |
| Howard Marc Spector | on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA VII  LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com |
| Justin Hanna | on behalf of Plaintiff RIC (Lavernia) LLC justin.hanna@bclplaw.com  carolyn.herrera@bclplaw.com |
| Justin Hanna | on behalf of Debtor RIC (Lavernia) LLC justin.hanna@bclplaw.com  carolyn.herrera@bclplaw.com |
| Justin Rayome | on behalf of Plaintiff Otisco RDX  LLC justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Interested Party Otisco RDX  LLC justin.rayome.law@gmail.com |
| Karalyssa C Casillas | on behalf of Creditor Wilson County karalyssa.casillas@lgbs.com |
| Kiernan McAlpine | on behalf of Plaintiff Otisco RDX  LLC kier@mcalpinelaw.com |
| Kyle Hirsch | on behalf of Defendant TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Defendant RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Plaintiff RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Debtor RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Natalie F. Wilson | on behalf of Defendant Lori Daves nwilson@langleybanack.com  cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Natalie F. Wilson | on behalf of Interested Party John Daves and Lori Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Natalie F. Wilson | on behalf of Defendant John Daves nwilson@langleybanack.com  cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Robert Luke Graham | on behalf of Debtor RIC (Lavernia) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Robert Luke Graham | on behalf of Defendant TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Robert Luke Graham | on behalf of Defendant RIC (Lavernia) LLC luke.graham@bclplaw.com |

carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Ronald J Smeberg

on behalf of Plaintiff Otisco RDX  LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Ronald J Smeberg

on behalf of Defendant Milestone Capital CRE 1  LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Shea Neal Palavan

on behalf of Interested Party Shea N Palavan shea@houstonip.com  service@houstonip.com

Stephen Kirklin

on behalf of Attorney Paul Kirklin skirklin312@gmail.com

United States Trustee - SA12

USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 28