

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 07, 2025**

_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RIC (LAVERNIA) LLC, | ) | Case No. 24-51195 (MMP) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER APPROVING
### APPLICATION TO APPROVE SETTLEMENT WITH
### PAUL KIRKLIN AND RELATED ENTITIES
### (EXPEDITED HEARING SEPARATELY REQUESTED)

This matter came before the Court on the application (the "Application") filed on behalf of RIC (Lavernia) LLC, debtor and debtor-in-possession in the above-captioned chapter 11 case ("Debtor"), seeking approval of a compromise pursuant to Federal Rule of Bankruptcy Procedure 9019 and Local Rule 9019 to approve a settlement with attorney Paul Kirklin and entities related to him resolving a request for sanctions sought in Adversary Proceeding No. 24-05040, styled

1

*OTISCO RDX, LLC v. RIC (Lavernia) LLC and TIG Romspen US Master Mortgage LP* (the "OTISCO Adversary").  After notice and a hearing, and for good cause shown as set forth on the record,

IT IS HEREBY ORDERED that the Application is APPROVED.

The Debtor is authorized to proceed as set forth in the proposed settlement agreement attached as Exhibit A to the Application, including seeking entry of the proposed order attached hereto as Exhibit 1 approving the withdrawal of P Kirklin from the Sanctions Motion.

###

Order prepared and submitted by:

**BRYAN CAVE LEIGHTON PAISNER LLP**

 /s/ Kyle S. Hirsch
Kyle S. Hirsch (Tex. Bar No. 24117262)
2200 Ross Avenue, 4200W
Dallas, Texas 75201
Telephone: 602.364.7170
Email: kyle.hirsch@bclplaw.com
Counsel for RIC (Lavernia) LLC

EXHIBIT 1
(PROPOSED ORDER IN ADVERSARY)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| RIC (LAVERNIA) LLC, | § § | Case No. 24-51195-mmp |
| Debtor | § § § | Chapter 11 |

| | | |
|---|---|---|
| OTISCO RDX, LLC, | § § § | |
| Plaintiff | § | Adversary No. 25-05040-mmp |
| v. | § § | |
| RIC (LAVERNIA) LLC, AND TIG ROMSPEN US MASTER MORTGAGE LP, | § § § § | |
| Defendants. | § § | |

ORDER APPROVING WITHDRAWAL OF REQUEST FOR SANCTIONS
AS TO ATTORNEY PAUL KIRKLIN

This matter came before the Court on the motion filed by defendants RIC (Lavernia) LLC and TIG Romspen US Master Mortgage LP ("Defendants") seeking to withdraw their request for sanctions at ECF No. 20 as to attorney Paul Kirklin. For good cause shown,

3

IT IS HEREBY ORDERED that all sanctions requested by Defendants as to attorney Paul Kirklin in this adversary proceeding are hereby deemed WITHDRAWN.

###

Order prepared and submitted by:

**BRYAN CAVE LEIGHTON PAISNER LLP**

 /s/ *Kyle S. Hirsch*
Kyle S. Hirsch (Tex. Bar No. 24117262)
2200 Ross Avenue, 4200W
Dallas, Texas 75201
Telephone: 602.364.7170
Email: kyle.hirsch@bclplaw.com
Counsel for RIC (Lavernia) LLC and
TIG Romspen US Master Mortgage LP