# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | Case No. 24-51195-mmp |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |
| OTISCO RDX, LLC | § | |
| | § | |
| Plaintiff | § | Adversary No. 25-05040-mmp |
| | § | |
| v. | § | |
| | § | |
| RIC (LAVERNIA) LLC, AND | § | |
| TIG ROMSPEN US MASTER | § | |
| MORTGAGE LP | § | |
| | § | |
| Defendants. | § | |

### RIC (LAVERNIA) LLC'S AND TIG ROMSPEN US MASTER MORTGAGE LP'S EXHIBIT AND WITNESS LIST FOR AUGUST 27, 2025 HEARING

RIC (Lavernia) LLC and TIG Romspen US Master Mortgage LP (together, "**Defendants**") intend to introduce the following exhibits and call the following witnesses in connection with the matters set for evidentiary hearing on August 27, 2025, beginning at 10:00 A.M. Central Time. Defendants reserve the right to supplement this Exhibit and Witness List prior to the hearing.

The matters set for evidentiary hearing are:

In Adversary No. 25-05040:

- *Defendants' Motion for Sanctions and Award of Attorneys' Fees* [ECF No. 20];

- *Plaintiff's Amended Motion to Reconsider Order Granting Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment and Plaintiff's Request for Leave to Amend* [ECF No. 44];

- *Motion for Leave to Allow Plaintiff's Response to Defendants' Objection to Plaintiff's Amended Motion to Reconsider Order Granting Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment and to Allow for New Evidence* [ECF No. 73]; and

- *Second Motion for Leave to Allow for a Further Response to Defendants' Objection to Plaintiff's Amended Motion to Reconsider Order Granting Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment and Allow for New Evidence in Support of its Motion to Reconsider* [ECF No. 89].

In Bankruptcy Case No. 24-51195:

- *Motion to Reconsider Order Granting in Part and Denying in Part Motion to Strike [ECF No. 109]* [ECF No. 129]

**EXHIBITS:** In addition to any exhibit designated by any other party in interest to this matter, any exhibit for impeachment purposes or to lay foundation, or any exhibit for rebuttal purposes, Defendants identify the following exhibits they will or may offer as evidence at the hearing:

| No. | Description | Stipulated Admitted Prior to Hearing | Objection | Admitted |
|---|---|---|---|---|
| A | *Plaintiff's Original Complaint for Declaratory Relief* [ECF No. 1] | | | |
| B | Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing given by OTISCO RDX, LLC, in favor of TIG ROMSPEN US MASTER MORTGAGE LP, recorded on Aug. 22, 2023, as Instrument No. 135641 in the Wilson County Public Records | | | |
| C | Appointment of Substitute Trustees, recorded on Jan. 3, 2024, as Instrument Number 139036 in the Wilson County Public Records | | | |
| D | Substitute Trustee's Deed and Bill of Sale, recorded on Mar. 26, 2024, as Instrument No. 141143 in the Wilson County Public Records | | | |
| E | Email from K. Hirsch to A. Choudhri dated February 13, 2024 | | | |
| F | *Plaintiff's Motion to Reconsider Order Granting Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment* [ECF No. 19] | | | |

| | | | | |
|---|---|---|---|---|
| G | Order on Emergency Motion for Contempt, *In re Galleria 2425 Owner, LLC*, No. 23-34815 (Bankr. S.D. Tex. Feb. 12, 2025) [ECF No. 995] | | | |
| H/H-1 | Declaration of Kyle S. Hirsch in Support of Defendants' Motion for Sanctions and Award of Attorneys' Fees and Costs | | | |

**WITNESSES:** In addition to any witness designated by any other party in interest to this matter, any witness necessary for impeachment purposes or to lay foundation, and any witness called for rebuttal purposes, Defendants designate the following witnesses they will or may call:

1. Kyle S. Hirsch;

2. Kiernan McAlpine;

3. Justin Rayome; and

4. Ali Choudhri.

Dated: August 22, 2025

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ R. Luke Graham*
Kyle S. Hirsch
Texas Bar No. 24117262
Justin D. Hanna
Texas Bar No. 24095726
R. Luke Graham
Texas Bar No. 24127305
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Telephone: (214) 721-8000
Facsimile: (214) 721-8100
Email: kyle.hirsch@bclplaw.com
justin.hanna@bclplaw.com
luke.graham@bclplaw.com

Brigid K. Ndege (*Pro Hac Vice*)
161 North Clark Street, Suite 4300
Chicago, Illinois 60601-3315
Telephone: (312) 602-5104
Email: brigid.ndege@bclplaw.com

***Attorneys for RIC (Lavernia) LLC and TIG Romspen US Master Mortgage LP***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2025, I caused a true and correct copy of the foregoing to be served on all parties entitled to service in this adversary proceeding via the Court's electronic transmission facilities, including:

Steven G. Cennamo on behalf of Plaintiff Otisco RDX, LLC
scennamo@cennamowernerlaw.com,
dwerner@cennamowernerlaw.com;lawofficeofcennamowerner@jubileebk.net

Stephen Kirklin on behalf of Attorney Paul Kirklin
skirklin312@gmail.com

Kiernan McAlpine on behalf of Plaintiff Otisco RDX, LLC
kier@mcalpinelaw.com

Justin Rayome on behalf of Plaintiff Otisco RDX, LLC
justin.rayome.law@gmail.com

Ronald J Smeberg on behalf of Plaintiff Otisco RDX, LLC
ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

United States Trustee - SA12
USTPRegion07.SN.ECF@usdoj.gov

                                                           */s/ R. Luke Graham*
                                                           R. Luke Graham