**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 24-51195-mmp |
| | § | |
| RIC (LAVERNIA) LLC, | § | Chapter 11 |
| | § | |
| Debtor | § | ECF No. 192 |
| | § | |

**MOTION TO STRIKE MILESTONE CAPITAL 1, LLC, AND OTISCO RDX, LLC'S EMERGENCY MOTION TO DISMISS BANKRUPTCY CASE [ECF 206] AND AMENDED EMERGENCY MOTION [ECF 207]**

RIC (Lavernia) LLC (the "***Debtor***") hereby moves to strike the motion filed at ECF 206 (the "***Initial Motion***") and as amended filed at ECF 207 (the "***Amended Motion***") for containing false unauthorized signatures and false certifications.

Ali Choudhri is the person directing the activities of Milestone Capital CRE 1, LLC ("***Milestone***") and OTISCO RDX, LLC ('***OTISCO***").

Justin Rayome, acting as counsel for Milestone and OTISCO, filed the Initial Motion near midnight on August 26, 2025 – the night before matters set for hearing in the related OTISCO adversary proceeding including a motion for sanctions – seeking to dismiss this bankruptcy case. The Initial Motion reflects the electronic signatures of Mr. Rayome and Steven Cennamo (who has not made an appearance in this bankruptcy case and has only appeared as counsel in the related Milestone and OTISCO adversary proceedings). The Initial Motion also includes (i) a certificate of conference falsely stating that Mr. Cennamo conferred with Debtor's counsel, Mr. Hirsch; and (ii) a certificate of service reflecting Mr. Cennamo's electronic signature

**MOTION TO STRIKE**                                            **PAGE 1**

certifying service on Debtor's counsel two weeks earlier, on August 5, 2025. *See* Initial Motion, at 9-10.

At nearly noon on August 17, 2025, *while the parties were actively engaged in arguing motions in the OTISCO related adversary proceeding and Mr. Rayome purportedly was en route from Houston to San Antonio for the sanctions hearing*, Mr. Rayome's filing credentials were used to file the Amended Motion. The Amended Motion is identical in all respects to the Initial Motion, except that Mr. Cennamo's signature block is removed from the Amended Motion. However, the false certificate of conference and the back-dated certificate of service remain identical to what was included in the Initial Motion. *See* Amended Motion, at 10.

When Mr. Cennamo was asked on August 28, 2025, by email about the certificate of conference, he responded:

> This is something Ali and Justin have done. I saw the MTD in court yesterday on Ali's laptop and was shocked to see my name on it. I never agreed to file the Motion nor saw it before it was filed. I was told it would be amended to delete me. Nor have I seen or reviewed any amendment or agreed with the contents of any amendment.
>
> Steven G. Cennamo
> Attorney at Law
> 8546 Broadway, Suite 100
> San Antonio, TX 78217
> 210-9050-LAW
>
> Sent from my T-Mobile 5G Device

*See* Exhibit A. As the Court is aware, there have been numerous instances of filings in this Court and other courts involving questions of signature authority and misuse of ECF filing credentials. The Initial Motion and the Amended Motion are further examples of such misuse.

**MOTION TO STRIKE**                                                  **PAGE 2**

At a minimum, the Court should strike the defective Initial Motion and Amended Motion. The Court should grant such other and further relief as is just and proper under the circumstances.

Dated: August 28, 2025              Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

 /s/ Kyle S. Hirsch 
Kyle S. Hirsch
Texas Bar No. 24117262
R. Luke Graham
Texas Bar No. 24127305
2200 Ross Ave., Suite 4200W
Dallas, Texas 75201
(214) 721-8000 (Telephone)
(214) 721-8100 (Facsimile)
kyle.hirsch@bclplaw.com
luke.graham@bclplaw.com

**ATTORNEYS FOR DEBTOR**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2025, the foregoing was served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case, including the following counsel:

- Clinton Wayne Alexander on behalf of Attorney Kell C Mercer calexander@bls-legal.com

- Karalyssa C Casillas on behalf of Wilson County karalyssa.casillas@lgbs.com

- Erin Coughlin on behalf of United States Trustee - SA12 erin.coughlin@usdoj.gov, carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov

- Paul Kirklin pkirklin@kirklinlaw.com

- Stephen Kirklin on behalf of Attorney Paul Kirklin skirklin312@gmail.com

- Leslie M. Luttrell on behalf of Travis B. Vargo luttrell@lclawgroup.net, sdpitts@lclawgroup.net, wperotti@lclawgroup.net, emeier@lclawgroup.net

- Kiernan McAlpine on behalf of Otisco RDX, LLC kier@mcalpinelaw.com

- Shea Neal Palavan on behalf of Shea N Palavan shea@houstonip.com, service@houstonip.com

- Justin Rayome on behalf of Milestone Capital CRE 1, LLC justin.rayome.law@gmail.com

- Justin Rayome on behalf of Otisco RDX, LLC justin.rayome.law@gmail.com

- Gerald Sager on behalf of ServiceLink jerry.sager@fnf.com

- Ronald J Smeberg on behalf of Milestone Capital CRE 1, LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

- Ronald J Smeberg on behalf of Otisco RDX, LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

- Howard Marc Spector on behalf of Propel Financial Services as agent and attorney in fact for FNA VII, LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com

- George H. Spencer, Jr. on behalf of John Daves gspencer@langleybanack.com

- George H. Spencer, Jr. on behalf of Lori Daves gspencer@langleybanack.com

- United States Trustee - SA12 USTPRegion07.SN.ECF@usdoj.gov

- Natalie F. Wilson on behalf of John Daves nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com

- Natalie F. Wilson on behalf of Lori Daves nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com

In addition, a copy was emailed and sent via First Class US Mail to:

- Ali Choudhri, ali@jetallcapital.com; legal@jetallcapital.com
  1001 West Loop South, Suite 700
  Houston, Texas 770274

                                        */s/ Carolyn Herrera*
                                        Carolyn Herrera