Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for Attorneys for Milestone Capital CRE 1, LLC
and Otisco RDX, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In Re: | § § § | Chapter 11 |
| RIC (LAVERNIA), LLC | § § | Case No. 24-51195-mmp |
| Debtor. | § § § | |

## CORRECTION TO DOCKET 219

COMES NOW, Ali Choudhri ("Movant" and/or "Choudhri"), individually and as managing member of Milestone Capital CRE 1, LLC and Otisco RDX, LLC and submits this Correction to Docket 219.

The statement, "The Debtor, RIC (LaVernia), LLC filed the above-captioned Chapter 11 bankruptcy petition, and its managing member is Movant, Mr. Choudhri." was included in error. Mr. Choudhri is not, and has never been, the managing member of RIC (Lavernia) LLC.

Dated: September 4, 2025

                                                Respectfully submitted,

                                                */s/ Lyndel Anne Vargas*
                                                Lyndel Anne Vargas
                                                State Bar No. 24058913
                                                CAVAZOS HENDRICKS POIROT, P.C.
                                                Suite 570, Founders Square
                                                900 Jackson Street
                                                Dallas, TX 75202
                                                Direct Dial: (214) 573-7344
                                                Fax: (214) 573-7399
                                                Email: LVargas@chfirm.com

                                                Attorneys for Milestone Capital CRE 1, LLC
                                                and Otisco RDX, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served this 3rd day of September 2025 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Western District of Texas on all parties-in-interest submitting to service of papers in this case by said means.

                                                */s/ Lyndel Anne Vargas*
                                                Lyndel Anne Vargas