# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24−51195−mmp

Chapter No.: 11

Judge: Michael M Parker

IN RE: **RIC (Lavernia) LLC** , Debtor(s)

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on    **10/8/25  at  10:00 AM**

Hearing RESET (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.) (Related Document(s): 192 Motion to Transfer Case Intra−District filed by Ronald J. Smeberg for Interested Parties Milestone Capital CRE 1, LLC, Otisco RDX, LLC and 219 Emergency Motion to Remove Professional filed by Lyndel A. Vargas for Interested Parties Milestone Capital CRE 1, LLC, Otisco RDX, LLC.. Hearing Scheduled For 10/8/2025 at 10:00 AM at SA Courtroom 1. (Castleberry, Deanna)***RESET FROM 10/01/2025 − PER DIRECTION OF THE COURT − CLERK'S OFFICE TO SEND OUT NEW HEARING NOTICE***.

Dated:   9/5/25

Barry D. Knight

Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKapac]

United States Bankruptcy Court

Western District of Texas

In re:                                                                                    Case No. 24-51195-mmp

RIC (Lavernia) LLC                                                                Chapter 11

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0542-5 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Sep 05, 2025 | Form ID: 134 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | RIC (Lavernia) LLC, 162 Cumberland Street, Suite 300, Toronto, ON M5R 3N5, CANADA |
| aty | + | Kell C Mercer, 2500 Bee Cave Road, Building 2, Suite 15, Austin, TX 78746, UNITED STATES 78746-5869 |
| intp | + | Travis B Vargo, 12012 Wickchester #670, Houston, TX 77079, UNITED STATES 77079-1235 |
| 18989712 | + | Ali Choudhri, 1001 West Loop South, Suite 700, Houston, TX 77027-9033 |
| 18714505 | #+ | Andres Cedillos, 3951 FM 1303, Floresville, TX 78114-6440 |
| 18714506 | + | George H. Spencer, Jr., Langley Banack, Inc., Trinity Plaza II, Seventh Floor, 745 Mulberry, San Antonio, TX 78212-3141 |
| 18714509 | + | John Daves, The Daves Law Firm, 3624 North Hills Drive, Suite B100, Austin, TX 78731-3242 |
| 18714508 | + | John and Lori Daves, 331 Story Drive, Buda, TX 78610-3340 |
| 18723757 | + | Lori Daves and John Daves, c/o Natalie F. Wilson, Langley & Banack, Inc., 745 E. Mulberry, Ste. 700, San Antonio, TX 78212-3172 |
| 19005097 | + | Milestone Capital CRE 1, LLC, c/o Lyndel Vargas, Cavazos Hendricks Poirot, P.C., 900 Jackson Street, Suite 570, Dallas, TX 75202-2413 |
| 18714510 | + | Milestone Capital CRE 1, LLC, 2704 Joanel Street, Houston, TX 77027-5304 |
| 19005098 | + | Otisco RDX, LLC, c/o Lyndel Vargas, Cavazos Hendricks Poirot, P.C., 900 Jackson Street, Suite 570, Dallas, TX 75202-2413 |
| 18714512 | #+ | Peter J. Stanton, The Law Offices of Peter J. Stanton, 111 Soledad, Suite 470, San Antonio, TX 78205-2243 |
| 18788342 | + | Propel Financial Services as agent, for FNA VII, LLC, c/o Howard Marc Spector, 12770 Coit Rd, Ste 850, Dallas, TX 75251-1364 |
| 18793118 | + | Propel Financial Services, as Agent for FNA VII, LLC, 12672 Silicon Drive, Suite 150, San Antonio, TX 78249-3450 |
| 18993929 | + | Travis B. Vargo, c/o Leslie M. Luttrell, Luttrell + Carmody Law Group, 100 N.E. Loop 410, Suite 615, San Antonio, Texas 78216-4713 |
| 18714514 | + | Wilson County Tax Collector, Attn Dawn P. Barnett, 1 Library Lane, Floresville, TX 78114-2239 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 05 2025 22:54:00 | Wilson County, 112 E. Pecan St., Suite 2200, San Antonio, TX 78205 |
| cr | ^ | MEBN | Sep 05 2025 22:50:48 | Propel Financial Services as agent and attorney in, c/o Howard Marc Spector, 12770 Coit Rd, Ste 850, Dallas, TX 75251-1364 |
| 18788623 | + | Email/Text: bncnotices@outlook.com | Sep 05 2025 22:55:00 | FNA VII, LLC, c/o Howard Marc Spector, 12770 Coit Rd., Ste. 850, Dallas, TX 75251-1364 |
| 18714507 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 05 2025 22:55:00 | Internal Revenue Service, Centralized Insolvency Operations, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 18719442 | | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 05 2025 22:54:00 | Wilson County, c/o Karalyssa C Casillas, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| 18714511 | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Sep 05 2025 22:55:00 | Office of the United States Trustee, 615 E. Houston Street, Suite 533, San Antonio, TX 78205-2055 |
| 18714513 | + | Email/Text: austin.bankruptcy@lgbs.com | Sep 05 2025 22:55:00 | The Wilson County Tax Collector, c/o Linebarger Goggan Blair Sampson, Terrace 2, 2700 Via Fortuna Drive, Suite 500, Austin, TX 78746-7998 |

| District/off: 0542-5 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 05, 2025 | Form ID: 134 | Total Noticed: 24 |
| TOTAL: 7 | | |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | Ali Choudhri, 1001 West Loop South, Suite 700, Houston, TX 77027-9033 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brigid K Ndege | on behalf of Debtor RIC (Lavernia) LLC   deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com |
| Clinton Wayne Alexander | on behalf of Attorney Kell C Mercer calexander@bls-legal.com |
| Erin Coughlin | on behalf of Interested Party United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| Erin Coughlin | on behalf of U.S. Trustee United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| George H. Spencer, Jr. | on behalf of Defendant John Daves gspencer@langleybanack.com |
| George H. Spencer, Jr. | on behalf of Defendant Lori Daves gspencer@langleybanack.com |
| Gerald Sager | on behalf of Interested Party ServiceLink jerry.sager@fnf.com |
| Howard Marc Spector | on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA VII  LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com |
| Justin Hanna | on behalf of Plaintiff RIC (Lavernia) LLC justin.hanna@bclplaw.com  carolyn.herrera@bclplaw.com |
| Justin Hanna | on behalf of Debtor RIC (Lavernia) LLC justin.hanna@bclplaw.com  carolyn.herrera@bclplaw.com |
| Justin Hanna | on behalf of Defendant TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com  carolyn.herrera@bclplaw.com |
| Justin Rayome | on behalf of Plaintiff Otisco RDX  LLC justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Interested Party Otisco RDX  LLC justin.rayome.law@gmail.com |

Justin Rayome
on behalf of Interested Party Milestone Capital CRE 1 LLC justin.rayome.law@gmail.com

Karalyssa C Casillas
on behalf of Creditor Wilson County karalyssa.casillas@lgbs.com

Kiernan McAlpine
on behalf of Plaintiff Otisco RDX LLC kier@mcalpinelaw.com

Kyle Hirsch
on behalf of Defendant TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch
on behalf of Plaintiff RIC (Lavernia) LLC kyle.hirsch@bclplaw.com
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch
on behalf of Debtor RIC (Lavernia) LLC kyle.hirsch@bclplaw.com
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch
on behalf of Defendant RIC (Lavernia) LLC kyle.hirsch@bclplaw.com
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Leslie M. Luttrell
on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net
sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Lyndel A. Vargas
on behalf of Plaintiff Otisco RDX LLC LVargas@chfirm.com,
chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas
on behalf of Interested Party Otisco RDX LLC LVargas@chfirm.com,
chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas
on behalf of Interested Party Milestone Capital CRE 1 LLC LVargas@chfirm.com,
chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Natalie F. Wilson
on behalf of Defendant Lori Daves nwilson@langleybanack.com  cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson
on behalf of Interested Party John Daves and Lori Daves nwilson@langleybanack.com
cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson
on behalf of Defendant John Daves nwilson@langleybanack.com  cjohnston@langleybanack.com;sfoushee@langleybanack.com

Paul Kirklin
pkirklin@kirklinlaw.com

Robert Luke Graham
on behalf of Plaintiff RIC (Lavernia) LLC luke.graham@bclplaw.com
carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham
on behalf of Debtor RIC (Lavernia) LLC luke.graham@bclplaw.com
carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham
on behalf of Defendant TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com
carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham
on behalf of Defendant RIC (Lavernia) LLC luke.graham@bclplaw.com
carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Ronald J Smeberg
on behalf of Interested Party Otisco RDX LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Ronald J Smeberg
on behalf of Interested Party Milestone Capital CRE 1 LLC ron@smeberg.com,
ronaldsmeberg@yahoo.com;denielle@smeberg.com

Shea Neal Palavan
on behalf of Interested Party Shea N Palavan shea@houstonip.com  service@houstonip.com

District/off: 0542-5
Date Rcvd: Sep 05, 2025

User: admin
Form ID: 134

Page 4 of 4
Total Noticed: 24

Stephen Kirklin

on behalf of Attorney Paul Kirklin skirklin312@gmail.com

United States Trustee - SA12

USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 37