**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 24, 2025**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER DISMISSING MOTION AS MOOT**

The Court considered the Debtor's *Motion to Strike Milestone Capital 1, LLC, and Otisco RDX, LLC's Emergency Motion to Dismiss Bankruptcy Case [ECF 206] and Amended Emergency Motion [ECF 207]* (ECF No. 212) and the docket in this case and has determined the *Motion* should be dismissed as moot for reasons stated on the record. The Court therefore **ORDERS**:

1. The *Motion* (ECF No. 212) is **DISMISSED** as moot.

# # #