| AO 435<br>(Rev. 10/23) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY<br><br>DUE DATE: |
|---|---|---|

**TRANSCRIPT ORDER**

Please Read Instructions:

| 1. NAME<br>Leslie M. Luttrell | 2. PHONE NUMBER<br>(210) 426-3600 | 3. DATE<br>9/24/2025 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>wperotti@lclawgroup.net | 5. CITY<br>San Antonio | 6. STATE<br>TX | 7. ZIP CODE<br>78216 |
| 8. CASE NUMBER<br>24-51195-mmp | 9. JUDGE<br>Judge Parker | DATES OF PROCEEDINGS | |
| 12. CASE NAME<br>In re: RIC (Lavernia) LLC | 10. FROM 9/24/2025 | 11. TO 9/24/2025 | |
| | LOCATION OF PROCEEDINGS | | |
| | 13. CITY San Antonio | 14. STATE Texas | |

15. ORDER FOR

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☒ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Entire hearing | 9/24/2025 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| 7-Day | ☐ | ☐ | NO. OF COPIES | **FILED** | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | SEP 24 2025 | |
| Next-Day | ☒ | ☒ | NO. OF COPIES | U.S. BANKRUPTCY COURT | |
| 2-Hour | ☐ | ☐ | NO. OF COPIES | BY _____ BES _____ DEPUTY | |
| REALTIME | | | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|

| 18. SIGNATURE<br>/s/ Leslie M. Luttrell | PROCESSED BY<br>*Alma Sosa* |
|---|---|
| 19. DATE<br>9/24/2025 | PHONE NUMBER<br>(210) 472-6720 |
| TRANSCRIPT TO BE PREPARED BY<br>*Access Transcripts LLC*<br>*1 (855) 873-2223* | COURT ADDRESS<br>*615 E. Houston St., Ste 597*<br>*San Antonio, Tx 78205* |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | 0.00 | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | 0.00 | |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | 0.00 | |

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY