Howard Marc Spector
TBA#00785023
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

**ATTORNEY FOR PROPEL FINANCIAL
SERVICES AS AGENT AND ATTORNEY
IN FACT FOR FNA VII, LLC**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RIC (LAVERNIA) LLC, | ) | Case No. 24-51195 (MMP) |
| | ) | |
| Debtor. | ) | |

**LIMITED OBJECTION TO DEBTOR'S APPLICATION TO
APPROVE COMPROMISE RELATING TO ESTATE PROPERTY AND
AUTHORIZING EXECUTION AND RECORDING OF DOCUMENTS
IN THE WILSON COUNTY REAL PROPERTY RECORDS**

Propel Financial Services, LLC as agent and attorney in fact for FNA VII, LLC ("Lender"), hereby files this Limited Objection (the "Objection") to Debtor's Application to Approve Compromise Relating to Estate Property and Authorizing Execution and Recording of Documents in the Wilson County Real Property Records (the "9019 Motion", Docket No. 225) filed by the above-captioned debtor (the "Debtor") in the above-referenced case, and states:

1. Lender is the holder of a claim against the Debtor which is secured by tax liens collateralizing real property which constitutes all or substantially of the Debtor's assets in Wilson County, Texas. Lender's Amended Proof of Claim (Claim 2-2) is filed in the amount of $1,465,902.47.

2. Lender has no objection to the terms of the settlement proposed in the 9019 Motion so long as the issuance and filing of the Corrective Assignment and the Corrective Deed (as defined

-1-

in the 9019 Motion) do not impair or otherwise abridge Lender's rights under its lien and loan documents.

WHEREFORE, PREMISES CONSIDERED, Lender respectfully prays that the Court condition approval of the 9019 Motion on the Debtor's agreement that such approval shall not serve to impair or otherwise abridge Lender's rights under its lien and loan documents, and grant all other relief as just.

Submitted on September 24, 2025.

   /s/  *Howard Marc Spector*
Howard Marc Spector
TBA#00785023
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

ATTORNEY FOR PROPEL FINANCIAL SERVICES, LLC AS AGENT AND ATTORNEY IN FACT FOR FNA VII, LLC

## CERTIFICATE OF SERVICE

This is to certify that on September 24, 2025,.a copy of the foregoing pleading was served via United States First Class Mail to the person(s) or entity(ies) listed on the attached service list.

   /s/  *Howard Marc Spector*
Howard Marc Spector