# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | ' | CASE NO. 24-51195-MMP |
| | ' | |
| RIC (LAVERNIA) LLC, | ' | |
|     DEBTOR | ' | CHAPTER 11 |

**Hearing Reset To:**
October 8, 2025
**Hearing Time:** 11:00 a.m. CST

## AMENDED CERTIFICATE OF CONFERENCE

COMES NOW Lyndel Anne Vargas, counsel of record for Otisco RDX, LLC and Milestone Capital CRE 1, LLC, and submits this Amended Certificate of Conference.

On September 24, 2025, I, Lyndel Anne Vargas, conferred, via email, with counsel for all other parties-in-interest regarding *Milestone Capital CRE 1, LLC, and Otisco RDX, LLC's Request for Time Change and Witness Accommodation* [Docket No. 245]. Paul Kirklin stated he is no longer involved but did not oppose, Howard Spector advised that he took no position one way or the other, but Attorney Luttrell responded that she is opposed as she desires to have all matters continued into November. Attorney Hirsch and Attorney Butler had not responded as of noon today as to whether or not they oppose, so I must presume that they oppose the Request For Time Change and Witness Accommodation.

Dated: September 25, 2025.

                                       Respectfully submitted,

                                       */s/ Lyndel Anne Vargas*
                                       Lyndel Anne Vargas
                                       State Bar No. 24058913
                                     CAVAZOS HENDRICKS POIROT, P.C.
                                     Suite 570, Founders Square
                                     900 Jackson Street
                                     Dallas, TX 75202
                                     Direct Dial: (214) 573-7344
                                     Fax: (214) 573-7399
                                     Email: LVargas@chfirm.com

                                     Attorneys for Milestone Capital CRE 1, LLC
                                     and Otisco RDX, LLC

## CERTIFICATE OF SERVICE

`The undersigned hereby certifies that a true and correct copy of the foregoing document was served this 25th day of September 2025 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Western District of Texas on all parties-in-interest submitting to service of papers in this case by said means.

                                       */s/ Lyndel Anne Vargas*
                                       Lyndel Anne Vargas