**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 26, 2025.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **IN RE:** | ' | **CASE NO. 24-51195-MMP** |
| | ' | |
| **RIC (LAVERNIA) LLC,** | ' | |
| **DEBTOR** | ' | **CHAPTER 11** |

**Hearing Reset To:**
October 8, 2025
**Hearing Time:** 10:00 a.m. CST

---

### MILESTONE CAPITAL CRE 1, LLC, AND OTISCO RDX, LLC'S
### ORDER GRANTING REQUEST FOR TIME CHANGE
### AND WITNESS ACCOMMODATION

On September 23, 2025, parties-in-interest Milestone Capital CRE 1, LLC, ("Milestone") and Otisco RDX, LLC, ("Otisco") (collectively "Movants") filed their _Request for Time Change and Witness Accommodation_ [Doc. No. 245].

For all the reasons set forth in the Motion, which are incorporated as if fully set forth herein, it is therefore,

**ORDERED**, that the Request be and is hereby **GRANTED**; it is further,

---

Order Granting Request for Time Change and Witness Accommodation                Page 1 of 2

**ORDERED**, that **Ms. Vargas shall re-notice the hearing on the Second Amended Emergency Motion to Dismiss to be heard at 10 a.m. to accommodate the testimony of Mr. Dennett on October 8, 2025.**

### ### END OF ORDER ###

Order submitted by:

Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Direct Dial: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for Milestone Capital CRE 1, LLC
and Otisco RDX, LLC