IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| RIC (LAVERNIA), LLC | § | Case No. 24-51195-mmp |
| | § | |
| Debtor. | § | Hearing Date: October 8, 2025 |
| | § | Hearing Time: 10:00 A.M. |

# NOTICE OF TIME CHANGE FOR HEARING

**PLEASE TAKE NOTICE** of the time change for a hearing scheduled on October 8, 2025.

Location: San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse,

615 E. Houston St., San Antonio, TX 78205

Date: October 8, 2025

Time: 10:00 A.M.

Hearing to Consider and Act Upon the Following:

Related Document(s): 237 Second Amended Motion to Dismiss Case filed by Lyndel A.

Vargas for Interested Parties Milestone Capital CRE 1, LLC, Otisco RDX, LLC.

Dated: September 26, 2025.

          Respectfully submitted,

          */s/ Lyndel Anne Vargas*
          Lyndel Anne Vargas
          State Bar No. 24058913
          CAVAZOS HENDRICKS POIROT, P.C.
          Suite 570, Founders Square
          900 Jackson Street
          Dallas, TX 75202
          Direct Dial: (214) 573-7344
          Fax: (214) 573-7399
          Email: LVargas@chfirm.com
          Attorneys for Milestone Capital CRE 1, LLC
          and Otisco RDX, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2025, a true and correct copy of the foregoing pleading was served via the Court's ECF notification system, the U.S. Trustee, and any party who has filed a notice of appearance in this case, or via first class mail, postage prepaid on the parties listed.

Clinton Wayne Alexander on behalf of Attorney Kell C Mercer
calexander@bls-legal.com

Karalyssa C Casillas on behalf of Creditor Wilson County
karalyssa.casillas@lgbs.com

Erin Coughlin on behalf of Interested Party United States Trustee - SA12
erin.coughlin@usdoj.gov, carev.a.tompkins@usdoj.gov; omar.e.iones@usdoj.gov

Paul Kirklin
pkirklin@kirklinlaw.com

Lynn Hamilton Butler on behalf of Interested Party TIG Romspen US Master Mortgage LP
lynn.butler@huschblackwell.com,

Stephen Kirklin on behalf of Attorney Paul Kirklin
skirk1in312@gmail.com

Leslie M. Luttrell on behalf of Interested Party Travis B Vargo
luttrell@lclawgroup.net, sdpitis@lclawgroup.net; wperotti@lclawgroup.net; emeier@lclawgroup.net

Kiernan McAlpine on behalf of Plaintiff Otisco RDX, LLC
kier@mcalpinelaw.com

Shea Neal Palavan on behalf of Interested Party Shea N Palavan
shea@houstonip.com, service@houstonip.com

Justin Rayome on behalf of Interested Party Milestone Capital CRE 1, LLC justin.rayome.law@gmail.com

Justin Rayome on behalf of Plaintiff/Interested Party Otisco RDX, LLC
justin.rayome.law@gmail.com

Gerald Sager on behalf of Interested Party ServiceLink
jerry.sager@fnf.com

Howard Marc Spector on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA VII, LLC
hspector@spectorcox.com, sshank@spectorcox.com; ahawkins@spectorcox.com; slthorn@spcctorcox.com hspector@ccf.courtdrive.com

George H. Spencer, Jr. on behalf of Defendant John Daves
gspencer@Jangleybanack.com

George H. Spencer, Jr. on behalf of Defendant Lori Daves
gspencer@Jangleybanack.com
United States Trustee - SA 12 - USTPRegion07.SN.ECF@usdoi.gov

Lyndel A. Vargas on behalf of Interested Party Milestone Capital CRE 1, LLC
LVargas@chfirm.com, chps.ecfnotices@ecf.com

Lyndel A. Vargas on behalf of Plaintiff/Interested Party Otisco RDX, LLC
L_Vargas@chfirrn.com

Natalie F. Wilson on behalf of Defendants/Interested Parties John Daves and Lori Daves
nwilson@langleybanack.com; Giohnston@langlevbanack.com; sfoushee@langleybanack.com

| | |
|---|---|
| U.S. Bankruptcy Court<br>615 E. Houston Street, Room 597<br>San Antonio, Tx 78205-2055 | RIC (Lavernia) LLC<br>162 Cumberland Street, Suite 300<br>Toronto, ON M5R 3N5 Canada |
| John Daves<br>The Daves Law Firm<br>3624 North Hills Drive Suite B100<br>Austin, TX 78731-3242 | Ali Choudhri<br>1001 West Loop South, Suite 700<br>Houston, TX 77027-9033 |
| Andres Cedillos<br>3951 FM 1303<br>Floresville, TX 78114-6440 | Peter J. Stanton<br>The Law Offices of Peter J. Stanton<br>111 Soledad, Suite 470<br>San Antonio, TX 78205-2243 |
| Linebarger Goggan Blair & Sampson<br>Attn Don Stecker<br>112 E Pecan, Suite 2200<br>San Antonio TX 78205-1588 | Internal Revenue Service Centralized<br>Insolvency Operations<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 |

*/s/ Lyndel Anne Vargas*_____
Lyndel Anne Vargas