**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 24, 2025**

———————————————————
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER DISMISSING MOTION AS MOOT**

The Court considered Movants Milestone Capital CRE 1, LLC and Otisco RDX, LLC's *Emergency Motion to Dismiss Bankruptcy Case* (ECF No. 206) and the docket in this case and has determined the *Motion* should be dismissed as moot for reasons stated on the record. The Court therefore **ORDERS**:

1. The *Motion* (ECF No. 206) is **DISMISSED** as moot.

### #

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-51195-mmp |
| RIC (Lavernia) LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 24, 2025 | Form ID: pdfintp | Total Noticed: 8 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | RIC (Lavernia) LLC, 162 Cumberland Street, Suite 300, Toronto, ON M5R 3N5, CANADA |
| aty | + | Kell C Mercer, 2500 Bee Cave Road, Building 2, Suite 15, Austin, TX 78746, UNITED STATES 78746-5869 |
| aty | + | Kiernan McAlpine, McAlpine Law Firm, 606 Leverkuhn St, TX, Houston, TX 77007-5744 |
| intp | + | Ali Choudhri, 1001 West Loop South, Suite 700, Houston, TX 77027-9033 |
| intp | | TIG Romspen US Master Mortgage LP, 162 Cumberland Street, Suite 300, Toronto, ON M5R 3N5, CANADA |
| intp | + | Travis B Vargo, 12012 Wickchester #670, Houston, TX 77079, UNITED STATES 77079-1235 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 24 2025 22:26:00 | Wilson County, 112 E. Pecan St., Suite 2200, San Antonio, TX 78205 |
| cr | ^ MEBN | Sep 24 2025 22:22:10 | Propel Financial Services as agent and attorney in, c/o Howard Marc Spector, 12770 Coit Rd, Ste 850, Dallas, TX 75251-1364 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 26, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2025 at the address(es) listed below:

24-51195-mmp Doc#261 Filed 09/26/25 Entered 09/26/25 23:26:23 Imaged Certificate of Notice Pg 3 of 4

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 2 of 3 |
| Date Rcvd: Sep 24, 2025 | Form ID: pdfintp | Total Noticed: 8 |

| Name | Email Address |
|---|---|
| Brigid K Ndege | on behalf of Debtor RIC (Lavernia) LLC   deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com |
| Clinton Wayne Alexander | on behalf of Attorney Kell C Mercer calexander@bls-legal.com |
| Erin Coughlin | on behalf of Interested Party United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| Erin Coughlin | on behalf of U.S. Trustee United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| George H. Spencer, Jr. | on behalf of Defendant John Daves gspencer@langleybanack.com |
| George H. Spencer, Jr. | on behalf of Defendant Lori Daves gspencer@langleybanack.com |
| Gerald Sager | on behalf of Interested Party ServiceLink jerry.sager@fnf.com |
| Howard Marc Spector | on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA VII  LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com |
| Justin Hanna | on behalf of Plaintiff RIC (Lavernia) LLC justin.hanna@bclplaw.com  carolyn.herrera@bclplaw.com |
| Justin Hanna | on behalf of Debtor RIC (Lavernia) LLC justin.hanna@bclplaw.com  carolyn.herrera@bclplaw.com |
| Justin Hanna | on behalf of Defendant TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com  carolyn.herrera@bclplaw.com |
| Justin Rayome | on behalf of Plaintiff Otisco RDX  LLC justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Interested Party Otisco RDX  LLC justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Interested Party Milestone Capital CRE 1  LLC justin.rayome.law@gmail.com |
| Karalyssa C Casillas | on behalf of Creditor Wilson County karalyssa.casillas@lgbs.com |
| Kiernan McAlpine | on behalf of Plaintiff Otisco RDX  LLC kier@mcalpinelaw.com |
| Kyle Hirsch | on behalf of Defendant TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Plaintiff RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Debtor RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Defendant RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Leslie M. Luttrell | on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net |
| Lyndel A. Vargas | on behalf of Plaintiff Otisco RDX  LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |

24-51195-mmp Doc#261 Filed 09/26/25 Entered 09/26/25 23:26:23 Imaged Certificate of Notice Pg 4 of 4

| District/off: 0542-5 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2025 | Form ID: pdfintp | Total Noticed: 8 |

Lyndel A. Vargas
    on behalf of Interested Party Otisco RDX LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas
    on behalf of Interested Party Milestone Capital CRE 1 LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lynn Hamilton Butler
    on behalf of Interested Party TIG Romspen US Master Mortgage LP lynn.butler@huschblackwell.com penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;elizabeth-spivey-5378@ecf.pacerpro.com;lynn-hamilton-butler-2113@ecf.pacerpro.com

Natalie F. Wilson
    on behalf of Defendant Lori Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson
    on behalf of Interested Party John Daves and Lori Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson
    on behalf of Defendant John Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com

Paul Kirklin
    pkirklin@kirklinlaw.com

Robert Luke Graham
    on behalf of Plaintiff RIC (Lavernia) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham
    on behalf of Debtor RIC (Lavernia) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham
    on behalf of Defendant TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham
    on behalf of Defendant RIC (Lavernia) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Ronald J Smeberg
    on behalf of Interested Party Otisco RDX LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Ronald J Smeberg
    on behalf of Interested Party Milestone Capital CRE 1 LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Shea Neal Palavan
    on behalf of Interested Party Shea N Palavan shea@houstonip.com service@houstonip.com

Stephen Kirklin
    on behalf of Attorney Paul Kirklin skirklin312@gmail.com

United States Trustee - SA12
    USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 39