**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § § | |
| **RIC (Lavernia) LLC** | § § | Case No. 24-51195-mmp |
| | § | Chapter 11 |
| **Debtor.** | § | |

**ORDER GRANTING**
**TRAVIS VARGO, STATE COURT APPOINTED RECEIVER, MOTION FOR**
**CONTINUANCE OF MATTERS PRESENTLY SET FOR**
**OCTOBER 8, 2025**
**[ECF 179, ECF 192, ECF 225 AND ECF 237]**

ON THIS DAY came on to be considered in the above styled and numbered proceeding the *Motion For Continuance Of Matters Presently Set For October 8, 2025 – ECF 179, ECF 192, ECF 225, and ECF 237* (the "Receiver's Motion"). The Court, having considered the Receiver's Motion, the pleadings on file in this proceeding, and the arguments of counsel find that the Receiver's Motion is well taken and should be GRANTED. It is accordingly,

ORDERED that the hearings on ECF 179, ECF 192, ECF 225 and ECF 237 are continued from October 8, 2025 and rescheduled for _____. It is further

ORDERED that the Receiver shall provide notice of the re-set hearing date to all creditors and parties in interest on or before _____.

# # # #

Prepared by

Leslie M. Luttrell
State Bar No. 12708650
Luttrell + Carmody Law Group
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216
Tel. 210.426.3600
Fax 210.426.3610
luttrell@lclawgroup.net

**ATTORNEYS FOR TRAVIS B. VARGO, COURT-APPOINTED RECEIVER**