| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 24-51195-mmp<br>Western District of Texas<br>San Antonio<br>Mon Sep 29 12:58:38 CDT 2025 | RIC (Lavernia) LLC<br>162 Cumberland Street, Suite 300<br>Toronto, ON M5R 3N5 Canada | U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 |
| Ali Choudhri<br>1001 West Loop South, Suite 700<br>Houston, TX 77027-9033 | Andres Cedillos<br>3951 FM 1303<br>Floresville, TX 78114-6440 | FNA VII, LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd., Ste. 850<br>Dallas, TX 75251-1364 |
| George H. Spencer, Jr.<br>Langley Banack, Inc.<br>Trinity Plaza II, Seventh Floor<br>745 Mulberry<br>San Antonio, TX 78212-3141 | Internal Revenue Service<br>Centralized Insolvency Operations<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | John Daves<br>The Daves Law Firm<br>3624 North Hills Drive<br>Suite B100<br>Austin, TX 78731-3242 |
| John and Lori Daves<br>331 Story Drive<br>Buda, TX 78610-3340 | Lori Daves and John Daves<br>c/o Natalie F. Wilson<br>Langley & Banack, Inc.<br>745 E. Mulberry, Ste. 700<br>San Antonio, TX 78212-3172 | Milestone Capital CRE 1, LLC<br>2704 Joanel Street<br>Houston, TX 77027-5304 |
| Milestone Capital CRE 1, LLC<br>c/o Lyndel Vargas<br>Cavazos Hendricks Poirot, P.C.<br>900 Jackson Street, Suite 570<br>Dallas, TX 75202-2413 | Office of the United States Trustee<br>615 E. Houston Street<br>Suite 533<br>San Antonio, TX 78205-2055 | Otisco RDX, LLC<br>c/o Lyndel Vargas<br>Cavazos Hendricks Poirot, P.C.<br>900 Jackson Street, Suite 570<br>Dallas, TX 75202-2413 |
| Peter J. Stanton<br>The Law Offices of Peter J. Stanton<br>111 Soledad<br>Suite 470<br>San Antonio, TX 78205-2243 | Propel Financial Services as agent<br>and attorney in fact for FNA VII, LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd, Ste 850<br>Dallas, TX 75251-1364 | Propel Financial Services, as Agent for FNA<br>12672 Silicon Drive, Suite 150<br>San Antonio, TX 78249-3450 |
| TIG Romspen US Master Mortgage LP<br>c/o Lynn Hamilton Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701-4093 | The Wilson County Tax Collector<br>c/o Linebarger Goggan Blair Sampson<br>Terrace 2<br>2700 Via Fortuna Drive, Suite 500<br>Austin, TX 78746-7998 | Travis B. Vargo<br>c/o Leslie M. Luttrell<br>Luttrell + Carmody Law Group<br>100 N.E. Loop 410, Suite 615<br>San Antonio, Texas 78216-4713 |
| United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>San Antonio, TX 78205-2055 | (p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN DON STECKER<br>112 E PECAN<br>SUITE 2200<br>SAN ANTONIO TX 78205-1588 | Wilson County Tax Collector<br>Attn Dawn P. Barnett<br>1 Library Lane<br>Floresville, TX 78114-2239 |
| Brigid K Ndege<br>Bryan Cave Leighton Paisner<br>161 N Clark St<br>Ste 4300,<br>Chicago, IL 60601-3315 | Justin Hanna<br>Bryan Cave Leighton Paisner LLP<br>2200 Ross Avenue<br>Suite 4200w<br>Dallas, TX 75201-2763 | Kyle Hirsch<br>Bryan Cave Leighton Paisner LLP<br>Two North Central Ave, Suite 2100<br>Phoenix, AZ 85004-4533 |
| Robert Luke Graham<br>Bryan Cave Leighton Paisner LLP<br>2200 Ross Avenue #4200W<br>Dallas, TX 75201-2763 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Wilson County  
c/o Karalyssa C Casillas  
112 E. Pecan Street, Suite 2200  
San Antonio, TX 78205

End of Label Matrix  
Mailable recipients    27  
Bypassed recipients     0  
Total                  27