```
Label Matrix for local noticing          RIC (Lavernia) LLC                       U.S. BANKRUPTCY COURT
0542-5                                   162 Cumberland Street, Suite 300         615 E. HOUSTON STREET, ROOM 597
Case 24-51195-mmp                        Toronto, ON M5R 3N5 Canada               SAN ANTONIO, TX 78205-2055
Western District of Texas
San Antonio
Mon Sep 29 12:58:38 CDT 2025

Ali Choudhri                             Andres Cedillos                          FNA VII, LLC
1001 West Loop South, Suite 700          3951 FM 1303                             c/o Howard Marc Spector
Houston, TX 77027-9033                   Floresville, TX 78114-6440               12770 Coit Rd., Ste. 850
                                                                                  Dallas, TX 75251-1364

George H. Spencer, Jr.                   Internal Revenue Service                 John Daves
Langley Banack, Inc.                     Centralized Insolvency Operations        The Daves Law Firm
Trinity Plaza II, Seventh Floor          Post Office Box 7346                     3624 North Hills Drive
745 Mulberry                             Philadelphia, PA 19101-7346              Suite B100
San Antonio, TX 78212-3141                                                        Austin, TX 78731-3242

John and Lori Daves                      Lori Daves and John Daves                Milestone Capital CRE 1, LLC
331 Story Drive                          c/o Natalie F. Wilson                    2704 Joanel Street
Buda, TX 78610-3340                      Langley & Banack, Inc.                   Houston, TX 77027-5304
                                         745 E. Mulberry, Ste. 700
                                         San Antonio, TX 78212-3172

Milestone Capital CRE 1, LLC             Office of the United States Trustee      Otisco RDX, LLC
c/o Lyndel Vargas                        615 E. Houston Street                    c/o Lyndel Vargas
Cavazos Hendricks Poirot, P.C.           Suite 533                                Cavazos Hendricks Poirot, P.C.
900 Jackson Street, Suite 570            San Antonio, TX 78205-2055               900 Jackson Street, Suite 570
Dallas, TX 75202-2413                                                             Dallas, TX 75202-2413

Peter J. Stanton                         Propel Financial Services as agent       Propel Financial Services, as Agent for FNA
The Law Offices of Peter J. Stanton      and attorney in fact for FNA VII, LLC    12672 Silicon Drive, Suite 150
111 Soledad                              c/o Howard Marc Spector                  San Antonio, TX 78249-3450
Suite 470                                12770 Coit Rd, Ste 850
San Antonio, TX 78205-2243               Dallas, TX 75251-1364

TIG Romspen US Master Mortgage LP        The Wilson County Tax Collector          Travis B. Vargo
c/o Lynn Hamilton Butler                 c/o Linebarger Goggan Blair Sampson      c/o Leslie M. Luttrell
Husch Blackwell LLP                      Terrace 2                                Luttrell + Carmody Law Group
111 Congress Avenue, Suite 1400          2700 Via Fortuna Drive, Suite 500        100 N.E. Loop 410, Suite 615
Austin, TX 78701-4093                    Austin, TX 78746-7998                    San Antonio, Texas 78216-4713

United States Trustee - SA12             (p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP Wilson County Tax Collector
US Trustee's Office                      ATTN DON STECKER                         Attn Dawn P. Barnett
615 E Houston, Suite 533                 112 E PECAN                              1 Library Lane
San Antonio, TX 78205-2055               SUITE 2200                               Floresville, TX 78114-2239
                                         SAN ANTONIO TX 78205-1588

Brigid K Ndege                           Justin Hanna                             Kyle Hirsch
Bryan Cave Leighton Paisner              Bryan Cave Leighton Paisner LLP          Bryan Cave Leighton Paisner LLP
161 N Clark St                           2200 Ross Avenue                         Two North Central Ave, Suite 2100
Ste 4300,                                Suite 4200w                              Phoenix, AZ 85004-4533
Chicago, IL 60601-3315                   Dallas, TX 75201-2763

Robert Luke Graham
Bryan Cave Leighton Paisner LLP
2200 Ross Avenue #4200W
Dallas, TX 75201-2763
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Wilson County
c/o Karalyssa C Casillas
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

End of Label Matrix
Mailable recipients    27
Bypassed recipients     0
Total                  27