**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIC (Lavernia) LLC | § | Case No. 24-51195-mmp |
| | § | Chapter 11 |
| Debtor. | § | |

## NOTICE OF CONTINUED HEARING ON CONFIRMATION OF CHAPTER 11 PLAN

**PLEASE TAKE NOTICE** that per the Court's docket Order on October 1, 2025, the hearing to consider confirmation of *Debtor's Chapter 11 Reorganization Plan Dated December 9, 2024 (Third Amendment)* [ECF 179] previously set for October 8, 2025 at 10:00 a.m. has been CONTINUED and will now take place on **November 13, 2025, at 9:30 a.m.** before the **HONORABLE MICHAEL M. PARKER**, United States Bankruptcy Judge for the United States Bankruptcy Court for the Western District of Texas, San Antonio Division at Hipolito F. Garcia Federal Building, 615 E. Houston Street, Courtroom #1, 3rd Floor, San Antonio, Texas 78205.

Dated this 1st day of October, 2025.

           Respectfully submitted,

           LUTTRELL + CARMODY LAW GROUP
           One International Centre
           100 N.E. Loop 410, Suite 615
           San Antonio, Texas 78216
           Tel. 210.426.3600
           Email: luttrell@lclawgroup.net

           By: */s/ Leslie M. Luttrell*
                Leslie M. Luttrell
                State Bar No. 12708650

           **ATTORNEYS FOR TRAVIS B. VARGO,**
           **COURT-APPOINTED RECEIVER**

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on the 1st day of October, 2025, I caused a copy of the foregoing instrument to be served to the Debtor, Debtor's Counsel, and all parties listed on the attached service list either through the Court's ECF System or via U.S. First Class Mail, postage prepaid.

**Debtor**
RIC (Lavernia) LLC
162 Cumberland Street, Suite 300
Toronto, ON M5R 3N5

**Other Lawyers**
Lyndel A. Vargas
Cavazos Hendricks Poirot, P.C.
900 Jackson St., Suite 750
Dallas, Texas 75202

**Attorneys for Debtor**
Robert Luke Graham
Justin Hanna
Bryan Cave Leighton Paisner LLP
2200 Ross Avenue #4200W
Dallas, TX 75201

Kyle Hirsch
Bryan Cave Leighton Paisner LLP
Two North Central Ave, Suite 2100
Phoenix, AZ 85004-4406

Brigid K Ndege
Bryan Cave Leighton Paisner
161 N Clark St
Ste 4300,
Chicago, IL 60605

      By: /s/ Leslie M. Luttrell
           Leslie M. Luttrell