**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIC (Lavernia) LLC | § | Case No. 24-51195-mmp |
| | § | Chapter 11 |
| Debtor. | § | |

## AMENDED NOTICE OF EXPEDITED HEARING

**PLEASE TAKE NOTICE** that per the Court's docket entry on October 1, 2025, the expedited hearing on the *Travis Vargo, State Court Appointed Receiver, Motion For Continuance Of Matters Presently Set For October 8, 2025* [ECF 264] has been set for **October 8, 2025, at 10:00 a.m.** before the **HONORABLE MICHAEL M. PARKER**, United States Bankruptcy Judge for the United States Bankruptcy Court for the Western District of Texas, San Antonio Division at Hipolito F. Garcia Federal Building, 615 E. Houston Street, Courtroom #1, 3rd Floor, San Antonio, Texas 78205.

Dated this 1st day of October, 2025.

        Respectfully submitted,

        LUTTRELL + CARMODY LAW GROUP
        One International Centre
        100 N.E. Loop 410, Suite 615
        San Antonio, Texas 78216
        Tel. 210.426.3600
        Email: luttrell@lclawgroup.net

        By: */s/ Leslie M. Luttrell*
           Leslie M. Luttrell
           State Bar No. 12708650

        **ATTORNEYS FOR TRAVIS B. VARGO,**
        **COURT-APPOINTED RECEIVER**

## **CERTIFICATE OF SERVICE**

   I do hereby certify that on the 1st day of October, 2025, I caused a copy of the foregoing instrument to be served to the Debtor, Debtor's Counsel, and all parties listed on the attached service list either through the Court's ECF System or via U.S. First Class Mail, postage prepaid.

| | |
|---|---|
| **Debtor** | **Attorneys for Debtor** |
| RIC (Lavernia) LLC | Robert Luke Graham |
| 162 Cumberland Street, Suite 300 | Justin Hanna |
| Toronto, ON M5R 3N5 | Bryan Cave Leighton Paisner LLP |
| | 2200 Ross Avenue #4200W |
| | Dallas, TX 75201 |
| **Other Lawyers** | |
| Lyndel A. Vargas | Kyle Hirsch |
| Cavazos Hendricks Poirot, P.C. | Bryan Cave Leighton Paisner LLP |
| 900 Jackson St., Suite 750 | Two North Central Ave, Suite 2100 |
| Dallas, Texas 75202 | Phoenix, AZ 85004-4406 |
| | |
| | Brigid K Ndege |
| | Bryan Cave Leighton Paisner |
| | 161 N Clark St |
| | Ste 4300, |
| | Chicago, IL 60605 |

              By: /s/ Leslie M. Luttrell
                 Leslie M. Luttrell