

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 01, 2025**

MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIC (Lavernia) LLC | § | Case No. 24-51195-mmp |
| | § | Chapter 11 |
| Debtor. | § | |

**ORDER GRANTING
TRAVIS VARGO, STATE COURT APPOINTED RECEIVER, MOTION FOR
CONTINUANCE OF MATTERS PRESENTLY SET FOR
OCTOBER 8, 2025
[ECF 179, ECF 192, AND ECF 225]**

ON THIS DAY came on to be considered in the above styled and numbered proceeding the *Motion For Continuance Of Matters Presently Set For October 8, 2025 – ECF 179, ECF 192, and ECF 225* (the "Receiver's Motion"). The Court, having considered the Receiver's Motion, the pleadings on file in this proceeding, and the arguments of counsel find that the Receiver's Motion is well taken and should be GRANTED. It is accordingly,

---

ORDERED that the hearings on ECF 179, ECF 192 and ECF 225 are **RESET to November 13, 2025 @9:30am in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas.**

**Adversary 24-5043 #136 is reset to November 13, 2025 @9:30am in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas.**

**Adversary 25-5040 #70 is reset to November 13, 2025 @9:30am in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas.**

**Hearing on #264 Motion for Continuance is ONLY as to #237 set for 10/08/2025 @10am in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas.**

It is further ORDERED that the Receiver shall provide notice of the re-set hearing date to all creditors and parties in interest **on or before October 2, 2025.**

# # # #

Prepared by

Leslie M. Luttrell
State Bar No. 12708650
Luttrell + Carmody Law Group
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216
Tel.   210.426.3600
Fax   210.426.3610
luttrell@lclawgroup.net

**ATTORNEYS FOR TRAVIS B. VARGO,
COURT-APPOINTED RECEIVER**