24-51195-mmp Doc#270 Filed 10/02/25 Entered 10/02/25 12:58:30 Main Document Pg 1 of 4

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 02, 2025.**



_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER TO APPEAR AND SHOW CAUSE**

On September 26, 2025, the Court entered an *Order Withdrawing Show Cause Order and Sanctioning Justin Rayome* (ECF No. 258) ("*Order*") barring Mr. Rayome from filing any document in the Western District of Texas "unless the document is filed and co-signed by either Mr. Cennamo or an attorney other than Mr. Rayome" who meets certain criteria. A review of bankruptcy case dockets in the WDTX reveals that Mr. Rayome has continued to abuse his CM/ECF privileges through multiple violations of the Court's *Order*. His violations include:

1. On September 29, 2025, personally filing Case No. 24-10120-smr ECF No. 698.

2. On September 29, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 698.

3. On September 29, 2025, personally filing Case No. 24-10120-smr ECF No. 699.

4. On September 29, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 699.

5. On September 29, 2025, personally filing Case No. 24-10120-smr ECF No. 700.

6. On September 29, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 700.

7. On September 29, 2025, personally filing Case No. 24-10120-smr ECF No. 701.

8. On September 29, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 701.

9. On September 30, 2025, personally filing Case No. 25-01049-smr ECF No. 1.

10. On September 30, 2025, filing without an approved co-signature Case No. 25-01049-smr ECF No. 1.

11. On October 1, 2025, personally filing Case No. 24-10120-smr ECF No. 707.

12. On October 1, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 707.

13. On October 1, 2025, personally filing Case No. 24-10120-smr ECF No. 708.

14. On October 1, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 708.

15. On October 1, 2025, personally filing Case No. 24-10120-smr ECF No. 711.

16. On October 1, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 711.

17. On October 1, 2025, personally filing Case No. 24-10120-smr ECF No. 712.

18. On October 1, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 712.

In light of Mr. Rayome's apparent continued abuse of his CM/ECF privileges in apparent disregard of this Court's order, the Court finds it appropriate to hold a show-cause hearing to determine whether to further sanction Mr. Rayome by suspending Mr. Rayome's CM/ECF privileges and ordering the Clerk's Office not to accept any paper filings made by Mr. Rayome (but not prohibiting Mr. Rayome from co-signing filings made by approved counsel).

Additionally, and separate from sanctions for abuse of his CM/ECF privileges, the Court has reviewed bankruptcy dockets in the WDTX in cases where Mr. Rayome represents a party and it appears that Mr. Rayome has failed to comply with the *Order* by failing to file a copy of that *Order* in each case in which he is counsel in the Western District of Texas no later than September 30, 2025. These violations include:

1. He failed to file a copy of the *Order* by September 30, 2025, in Case No. 25-10119-smr.

2. He failed to file a copy of the *Order* by September 30, 2025, in Case No. 25-10120-smr.

3. He failed to file a copy of the *Order* by September 30, 2025, in Case No. 25-11334-smr.

4. He failed to file a copy of the *Order* by September 30, 2025, in Adv. Proc. 25-01019-smr.

5. He failed to file a copy of the *Order* by September 30, 2025, in Adv. Proc. 25-01049-smr.

In light of these five apparent violations, the Court finds it appropriate to hold a show-cause hearing to determine whether to hold Mr. Rayome in civil contempt and sanction him with a periodic monetary fine until he complies with the *Order*.

The Court therefore **ORDERS** Justin Rayome to appear before this Court on **WEDNESDAY, OCTOBER 8, 2025, AT 11:00 AM** in the United States Bankruptcy Court for the Western District of Texas, Courtroom Number One, Third Floor, Hipolito F. Garcia Federal Building and United States Courthouse, 615 East Houston Street, San Antonio, Texas, and show cause as to why the Court should not:

1. Further sanction Mr. Rayome for his continued abuse of his CM/ECF privileges, as described above; and

2. Hold Mr. Rayome in civil contempt and sanction him for his failures to comply with the Court's *Order* to file a copy of that *Order* in all cases in which he is counsel in the Western District of Texas by September 30, 2025.

# # #