IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | ' | CASE NO. 24-51195-MMP |
| | ' | |
| RIC (LAVERNIA) LLC, | ' | |
| DEBTOR | ' | CHAPTER 11 |

**Hearing Date:** October 8, 2025
**Hearing Time:** 10:00 a.m. CST

## WITNESS AND EXHIBIT LIST FOR MILESTONE CAPITAL CRE 1, LLC, AND OTISCO RDX, LLC'S SECOND AMENDED EMERGENCY MOTION TO DISMISS BANKRUPTCY CASE

Lyndel Vargas, attorney for Milestone Capital CRE 1, LLC and Otisco RDX, LLC, files this Witness and Exhibit List for *Milestone Capital CRE 1, LLC, and Otisco RDX, LLC's Second Amended Emergency Motion to Dismiss Bankruptcy Case* set for hearing on October 8, 2025, and designates the following possible witness and exhibits:

### WITNESSES

One or more of the following individuals may be called as a witness at the hearing:

1. Ali Choudhri;
2. Drew Dennett;
3. Kyle Hirsch;
4. Any witnesses designated or called by any other party, as well as any witnesses necessary for rebuttal or impeachment.

### EXHIBITS

One or more of the following documents may be used as exhibits at the hearing:

1. IMG_0125 Auction Video 1;
2. IMG_0125 Auction Video 1 Transcribed;

3. IMG_0125 Auction Video 2;

4. IMG_0125 Auction Video 2 Transcribed;

5. Auction Video 3;

6. Auction Video 3 Transcribed;

7. Appointment of Substitute Trustees (December 7, 2023) (Exhibit A);

8. Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing (Exhibit B);

9. Notice of Foreclosure (January 16, 2024) (Exhibit C);

10. Substitute Trustee's Deed and Bill of Sale (March 22, 2024) (Exhibit D);

11. Kyle Hirsch Deposition Transcript re 1001 WL;

12. Wes Roitman Deposition Transcript re 1001 WL; and

13. Any exhibits designated or used by counsel for any other party.

Milestone Capital CRE 1, LLC and Otisco RDX, LLC reserve the right to call any other witness as a rebuttal or impeachment witness, whether named herein or not, and to introduce any other documents into evidence as rebuttal or impeachment exhibits, whether listed herein or not.

Dated: October 3, 2025

Respectfully submitted,

*/s/ Lyndel Anne Vargas*
Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com
Attorneys for Milestone Capital 1 CRE, LLC
and Otisco RDX, LLC

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing was served on October 3, 2025 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Western District of Texas, San Antonio Division, on all parties-in-interest submitting to service of papers in this case by said means.

*/s/ Lyndel Anne Vargas*
Lyndel Anne Vargas