IMG_0125-Video

https://drive.google.com/file/d/1b9sV8_vmCBXY6pqJG4M-yTE686m_6k3x/view?usp=drive_link

The video details a property auction. The Deed of Trust was initially recorded on January 11, 2024, for Galleria Loop Note Holder LLC, but was rescheduled to August 18, 2023, for the same entity, and is documented as number 135641. Bids for the extensive property must increase by $50,000 increments. Although the starting bid is $100,000, the property cannot be purchased for less than $500,000. To expedite the process, bidding starts at $500,000, the lender's current bid. Drew Dennis then bids $550,000, and the property is sold to him for that amount at 12:30.

There are two speakers in the video.

Female Auctioneer– "I guess it is extensive. Y'all would know about me. So, the date of the deed trust on this is January 11th, uh, 2024 to Galleria Loop Note Holder LLC. I'm sorry, they rescheduled this. So, the date of the deed trust is August 18th, 2023. Um, again, Galleria Loot Note Holder LLC. Um, this is recorded in document number 135641. The tracks to be sold are as shown in this notice. Um, which you guys got to check out. Um, and yeah, it's extensive. So we have a low high on this. Um, if you guys are familiar, um, this one just has everything special instruction. So, they want to go in, uh, $50,000 increments, and there is a low high. Um, I have to start it at the low, but in order to buy it, you've got to go over the high. So, I'm going to start at 100,000. If you want this property, you've got to get over 500,000. So, we're just going to not waste anyone's time, and we're going to start at 500,000. Um, so I have a bid from the lender of 500,000 even. Do I have any other bids, guys? 500,000."

Drew Denton- "550."

Female Auctioneer "Um, 500,000.

Ali Choudhri - " What's the high?

Female Auctioneer "Um, 500,000. We have to just, we have to be a dollar. We're at 550 right here in your name, sir."

Female Auctioneer – " What's your name sir?"

Drew Denton– "Drew Denton"

Female Auctioneer –"I'm at 550 with Drew, guys. Going once. Going twice. Sold to Drew for 550,000 even at 12:30."

EXHIBIT 2
Page 1 of 1