IMG_0127-Video

https://drive.google.com/file/d/10g4egIzVoNakNTpzTNansIwlT4cp0oTN/view?usp=drive_link

Female Auctioneer -"And I say, 'Hey, this is what happened at the auction. Is this good to collect?' And then they let me know, 'Yes or no.' And so I did that and they said, 'No, it's not.'

Drew Denton- "Well, I don't believe you did call. I believe they called, too, didn't they?"

Female Auctioneer – "No, sir. I called them."

Ali Choudhri- "No, no, she's right. So, what is the... what is the high now?"

Female Auctioneer – "So, the high is now $2 million. So, to get this property, it has to be a dollar over $2 million. So, right now, you're at 550. The lender is at $2 million. Would you like to increase your bid?"

EXHIBIT 4
Page 1 of 1