Video of Auction in RIC (Lavernia)

https://drive.google.com/file/d/1YGfNf_GtHwgOb4yEuvv79OpbiSCPytbH/view?usp=drive_link

There are two speakers in the video.

Ali Choudhri–" So the high is now?

Drew Denton- " $2 million dollars"

Female Auctioneer- " $ 2 millions"

Drew Denton- –"Um, so, so the high is now $2 million after we started it at a high of 500,000, and we actually sold it to us for 500,000"

Female Auctioneer– "Right, and then that's typical of the process is that we say sold and then we call."

Drew Denton-–"I've been to a few of these rodeos. I hadn't seen that one before."

Ali Choudhri–"It's okay. So now to buy it, the minimum is $2 million."

Female Auctioneer–"The minimum, so the high that you need to exceed. So the lender is at $2 million.

Drew Denton-– "$2 million 50"

Female Auctioneer– "if you would like to."

Ali Choudhri–" So the lender is at $2 million now."

Female Auctioneer–"Right. Right. So, um, so if you would like to outbid them, we would need to go over $2 million.

Ali Choudhri – "How much over?"

Female Auctioneer– "Um, we're in $50,000 increments."

Ali Choudhri–"Okay. Thank you.

EXHIBIT 6
Page 1 of 1