## CONTRACTUAL AGREEMENT FOR LEGAL SERVICES

NIA ATX LLC, the undersigned, hereafter called "Client," by execution of this Agreement has this day employed Villa & White LLP, hereinafter called "Attorneys," to represent Client in the matter described below:

511 Barton Blvd. and 6th & San Jacinto World Class bankruptcy matters

By execution of this agreement, Client also appoints Attorneys as its agent and lawful attorney-in-fact in connection with this matter.

Attorneys' minimum estimated legal fee in this matter is $10,000.00.  In the event the total value of Attorneys' time exceeds this stated fee, Client agrees to pay the total value, instead of the stated minimum fee.  The rates charged by the Attorneys are as follows:

Morris E. "Trey" White III                                                    $400.00

In addition to legal fees, Client also agrees to pay all reasonable expenses incurred by Attorneys in this matter, including but not limited to, postage, copies, long distance telephone calls, travel and filing fees, etc.  Client has further offered and agreed to pay Attorneys a performance bonus of $25,000.00 should Client be successful in the purchase of the real estate located at 511 Barton Blvd., Austin, Texas.  Such performance bonus will be in addition to any hourly fees that may become due and payable under this agreement.

Responsibility to provide legal services will be accepted and work will begin when Attorneys receive $10,000.00 as an advance deposit against the above stated minimum fee and expenses.

Attorneys are authorized to employ other persons or firms deemed necessary for the proper handling of this matter, at Client's expense, but shall not obligate Client for any expense in excess of $500.00 without Client's prior approval.

Unpaid legal fees and expenses, if not paid within ten (10) days from the statement's date shall accrue interest at the rate of 6 percent per annum until paid.

Should the Attorneys find it necessary to resort to litigation in order to collect the attorneys' fees and expenses owed pursuant to this Agreement, the Client shall be liable for reasonable attorneys' fees, costs, and expenses thereby incurred.  Venue for any action shall be in San Antonio, Bexar County, Texas.

Attorneys have the right to cease legal work and withdraw from representing the Client and keep all funds received for legal services and expenses if Client does not make payments as requested by Attorneys.

Any sums collected on behalf of the Client, when received by Attorneys, shall be first

**Receiver Exhibit 1**

credited against Client's obligation to Attorneys.

No promise or guarantee has been made as to the outcome of this matter.

**TAX DISCLOSURE AND ACKNOWLEDGMENT:**

**THE CLIENT IS ADVISED TO OBTAIN INDEPENDENT AND COMPETENT TAX ADVICE REGARDING THESE LEGAL MATTERS SINCE LEGAL TRANSACTIONS CAN GIVE RISE TO TAX CONSEQUENCES.**

**THE UNDERSIGNED LAW FIRM AND ATTORNEY HAVE NOT AGREED TO RENDER ANY TAX ADVICE AND ARE NOT RESPONSIBLE FOR ANY ADVICE REGARDING TAX MATTERS OR PREPARATION OF TAX RETURNS, OR OTHER FILINGS, INCLUDING, BUT NOT LIMITED TO, STATE AND FEDERAL INHERITANCE TAX AND INCOME TAX RETURNS.**

**FURTHERMORE, THE CLIENT SHOULD OBTAIN PROFESSIONAL HELP REGARDING THE VALUATION AND LOCATION OF ALL ASSETS WHICH MAY BE THE SUBJECT OF A LEGAL MATTER INCLUDING BUT NOT LIMITED TO PENSIONS, EMPLOYMENT BENEFIT AND PROFIT SHARING RIGHTS THAT MAY BE CONTROLLED BY ANY OTHER PARTY TO THE LEGAL MATTER.**

Client has read this Agreement and agrees to each of the terms and conditions stated in it.

**SIGNED AND ACCEPTED** this ___11___ day of ___May___, 2022.

NIA ATX LLC

BY: _____

Drew Dennett, Manager