# FRANCHISE TAX ACCOUNT STATUS

This record as of October 3, 2025 at 10:47:11

## NIA ATX LLC

| | |
|---|---|
| Texas Taxpayer Number: | 32083918154 |
| Mailing Address: | 2450 WICKERSHAM LN APT 202 AUSTIN, TX 78741 - 4744 |
| Right to Transact Business in Texas: | FRANCHISE TAX INVOLUNTARILY ENDED |
| State of Formation: | TX |
| SOS Registration Status (SOS status updated each business day): | INACTIVE |
| Effective SOS Registration Date: | 03/31/2022 |
| Texas SOS File Number: | 0804499932 |
| Registered Agent Name: | DR. DEBRA L. DENNETT |
| Registered Office Street Address: | 2110 TRAVIS HEIGHTS BLVD. AUSTIN, TX 78704 |

## Public Information Report for Year 2024

| Title | Name and Address | |
|---|---|---|

Receiver Exhibit 6

24-51195-mmp Doc#272-7 Filed 10/03/25 Entered 10/03/25 13:52:22 Receiver Exhibit 6 Pg 2 of 2

| | |
|---|---|
| DIRECTOR | **DREW DENNETT**<br>2450 WICKERSHAM LN APT 202<br>AUSTIN, TX 78741 |
| AGENT | **DREW DENNETT**<br>2450 WICKERSHAM LN APT 202<br>AUSTIN, TX 78741 |

Receiver Exhibit 6