

Leslie M. Luttrell
Direct: 210.426.3605
Fax: 210.426.3610
luttrell@lclawgroup.net

August 19, 2025

Travis Vargo     *via email: tvargo@vargolawfirm.com*
Court Appointed Receiver
12012 Wickchester, Suite 670
Houston, Texas 77079

Re: **ENGAGEMENT LETTER and HOURLY FEE AGREEMENT FOR LEGAL SERVICES**

Thank you for selecting Luttrell + Carmody Law Group to assist you in the engagement discussed hereinafter. The parties to this Engagement Letter and Hourly Fee Agreement for Legal Services (the "Agreement") are identified as follows (the "Parties"):

The term "Client" means Travis Vargo, Receiver functioning as the court appointed receiver of Ali Choudhri in Cause No. 2012-27197-A styled *Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri.*, pending in the 333rd Judicial District Court of Harris County, Texas (the "A Case") and of Ali Choudhri and Angel Valle in Cause no. 2021-27197-D styled *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri and Angel Valle*, pending in the 333rd Judicial District Court of Harris County, Texas (the "D Case") (collectively the "Receivership Action") pursuant to the terms of the *Amended Order Granting Turnover, Charging Order and Appointment of Receiver Against Judgment Debtor* entered in the A Case and the *Amended Order (2) Granting Turnover, Charging Order and Appointment of Receiver Against Judgment Debtor* in the D Case (collectively the "Receivership Orders").

The "Effective Date" of this Agreement means the date on which this Agreement is executed and returned but shall include the reasonable and necessary billings by Attorney for the benefit of Client in reviewing the pleadings and other documents necessary to determine the scope of the relationship as hereinafter discussed.

The term "Attorney" means Leslie M. Luttrell of Luttrell + Carmody Law Group, 100 N.E. Loop 410, Suite 615, San Antonio, Texas, 78216, agrees to provide Legal Services for Client. Although Leslie M. Luttrell has been identified as lead counsel, Client expressly authorizes Luttrell + Carmody to utilize the professional services of the law firm's other partners, associates, "Of Counsel" members, and paraprofessionals as deemed necessary for the proper delivery and handling of the Legal Services. Client is responsible for payment of the Hourly Fee for all Legal Services provided by the Attorney in connection with the Legal Services subject to the Attorney's professional responsibility requirements.

Travis Vargo, Receiver
Ali Choudhri, et al
August 19, 2025
Page 2

The term "Legal Matters" shall mean representation of Client regarding the service of Client in the capacity of Receiver pursuant to the Receivership Order entered in the Receivership Action as the same may be implicated in one or more bankruptcy proceedings involving one or more of the Choudhri LLC's (as defined in the Receivership Order).

The term "Legal Services" means those professional services to be provided hereunder including but not limited to the following: review relevant documents, provide Client with legal advice and strategy regarding the preparation and presentation of matters as necessary to fulfill his duties as Receiver pursuant to the Receivership Order entered in the Receivership Action as related to the bankruptcy proceedings of the more or more Choudhri LLCs including preparation of correspondence, conducting and/or participating in telephone conferences with Client, attorneys and other parties, file pleadings, responses, and undertaking discovery all as necessary to protect the interest of Client while advising Client in connection with the fulfillment of his duties as Receiver pursuant to the Receivership Order in the Receivership Action, together with such other services as may be required or requested from time to time (the "Additional Services").

It is contemplated that this agreement shall set forth the basic terms between the Client and Attorney regarding the representation of Client in connection with the fulfillment of his role as Receiver pursuant to the Receivership Order in the Receivership Action. The Parties agree that additional representation may be requested of Attorney by Client and that such additional representation may be assigned by written instruction from time-to-time hereafter.

Client hereby engages the Attorney in connection with the Legal Matter and the Attorney agrees to represent Client and to provide Client with Legal Services on the following terms and conditions:

## LEGAL SERVICES, FEES AND EXPENSES

The billable rates for attorneys of Luttrell + Carmody Law Group range between $400.00 and $600.00 per hour. Client agrees to pay $550.00 an hour for all professional Legal Services provided by Leslie M. Luttrell. Client is responsible for payment of all Legal Services provided by the Attorney in connection with the Legal Matter subject to the Attorney's professional responsibility requirements. Client further agrees to pay for paraprofessional services billed by the paraprofessionals of Luttrell + Carmody Law Group at the rate of $135.00 per hour for Sarah D. Pitts and $120.00 per hour for William Perotti, III. Client acknowledges that the billable rates of Attorney will change from time to time and that the increase in those rates will be applicable upon Attorney providing Client with sixty (60) days' prior notice of the change in rates.

Travis Vargo, Receiver
Ali Choudhri, et al
August 19, 2025
Page 3

Client also agrees to pay and/or reimburse Attorney for all reasonable third party vendor costs and expenses incurred in connection with the Legal Matter including but not limited to the following cost and fees: Federal Express, UPS and USPS and other overnight delivery services, recording fees, filing fees, document retrieval and courier services, court reporting fees and expenses, expert witness fees, private service of citation fees, and any and all other expenses reasonably incurred by Attorney on Client's behalf in connection with the Legal Matter or the Legal Services (the "Expenses"). Attorney agrees not to obligate Client for any unusual Expense over $500.00 without Client's prior approval.

Client will be Travis Vargo, solely in his capacity as receiver. Travis Vargo and Vargo Law Firm, PC will not have any personal liability for fees and expenses incurred under this Agreement. Attorney will look to the receivership estate(s) for payment pursuant to the payment process allowed in the Receivership Order.

### COMMENCEMENT OF THE ENGAGEMENT, INVOICES AND PAYMENTS

Attorney's duty to provide Legal Services to Client will commence upon the execution of this agreement by both parties. Attorney agrees to provide Client with a detailed invoice for Legal Services and Expenses at least monthly in which Attorney provides Legal services or incurs an Expense billable to Client (a "Monthly Invoice"). All fees for Legal Services charged to Client will be dated, summarized, and charged in 6-minute increments indicating the actual time allocated to the Services performed on Client's behalf. All Expenses charged to Client in a Monthly Invoice, will be dated, summarized, and billed at their actual cost.

Upon submission of a Monthly Invoice to Client, Client agrees to fully pay Attorney all amounts owed within 20 days of the date reflected on the Monthly Invoice, subject to the provisions and limitations, if any, in the Receivership Order. Client agrees that issuance of the Monthly Invoices to Client at the email address above shall constitute delivery.

Client agrees to make all Monthly Invoice payments as follows: Luttrell + Carmody Law Group, 100 NE Loop 410, Suite 615, San Antonio, Texas 78216.

### TRUST FUNDS/RETAINER DEPOSIT

Client agrees to deliver the sum of $15,000.00 to Attorney (the "Initial Retainer") which will be deposited in Attorney's Trust Account. As set forth above, the Initial Retainer will be applied against bills for fees owed and expenses incurred to the extent not paid by Client on or before the expiration of the 20th day following the issuance of an Invoice, subject only to the provisions and limitations, if any, in the Receivership Order. In the event that the Initial Retainer is exhausted, Attorney

**Receiver Exhibit 7**

Travis Vargo, Receiver
Ali Choudhri, et al
August 19, 2025
Page 4

reserves the right to request that Client replenish retainer (the "Retainer"). Client acknowledges that Attorney has advised Client that all client trust funds are required by law to be held in an account required by the IOLTA Act, and that neither Client nor Attorney earn interest on such trust funds. Client further agrees that Client will replenish the Retainer from time to time as forth above.

## CLIENT CONTACT INFORMATION

Client agrees to provide Attorney with current contact information for Client for the duration of the representation and identify the person or persons authorized to communicate with Attorney concerning the Legal Matter. Client also agrees to assist Attorney by promptly providing all information requested and or by complying with all of the Attorney's reasonable requests for documents and information in connection with the Legal Matter and the Legal Services to be provided under this Agreement.

## RETAINED FILES

Client agrees that the Attorney's work product will be owned by Luttrell + Carmody Law Group. Subject to the Attorney's obligations in the event of its withdrawal from the Legal Matter, and subject to casualties beyond its control, Attorney shall attempt to retain and maintain all material and significant components of Client's file (hereinafter the "Client File") **for a period of five (5) years following conclusion of the Legal Matter or termination of this Agreement, whichever occurs first.** During such time, Attorney agrees to make Client's File available to Client upon reasonable written request; thereafter, at the Firm's sole discretion *and without further notice to Client*, Client's file may be destroyed.

## TERMINATION OF AGREEMENT

This Agreement may be terminated by either party for any reason at will. In such case, Attorney shall be entitled to recover from Client any and all accrued and outstanding sums owed for Legal Services and Expenses provided to Client as of the date of such termination. If the Agreement is terminated by the Attorney, Attorney agrees to take reasonable steps to avoid reasonably foreseeable prejudice to Client's rights, including giving due notice to Client by delivering all papers and property to which a client is entitled and complying with all applicable rules.

The work is complete upon entry of a final judgment or an arbitration award, or upon settlement. This agreement shall not require Attorney to represent Client, nor shall it require Client to retain Attorney, for prosecution of any post-judgment proceedings such as to seek a new trial, to prosecute or defend any appeal, et cetera. Client and Attorney may enter into a further written employment agreement for such work if desired.

**Receiver Exhibit 7**

Travis Vargo, Receiver
Ali Choudhri, et al
August 19, 2025
Page 5

## ATTORNEY CANNOT GUARANTEE ANY PARTICULAR RESULT

The essence of professional services of the Attorney involves provision of advice, judgment, opinions, and other professional skills. The Client acknowledges that no representations, guarantees, promises or warranties of any kind have been made as to the likelihood or amount of recovery. The Client has asked Attorney for advice and opinions about the merits of the case and recognize that any statements, including but not limited to those concerning the value of the claim or likelihood of recovery, are merely the opinions of the Attorney based on subjective considerations and are subject to change and that Attorney cannot be expected to represent, warrant, guarantee, or otherwise assure Client of any particular result; the Client acknowledges that he has been advised by Attorney that his results may or may not resemble any opinions given by the Attorney.

## ARBITRATION

Any and all disputes, controversies, claims or demands arising out of or relating to this Agreement or any provision hereof, the providing of services by Attorney to Client, or in any way relating to the relationship between Attorney and Client, whether in contract, tort or otherwise, at law or in equity, for damages or any other relief, shall be resolved by binding arbitration pursuant to the Federal Arbitration Act in accordance with the Commercial Arbitration Rules then in effect with the JAMS. Any such arbitration proceeding shall be conducted in Bexar County, Texas. This arbitration provision shall be enforceable in either federal or state court in Bexar County, Texas, pursuant to the substantive federal laws established by the Federal Arbitration Act. Any party to any award rendered in such arbitration proceeding may seek a judgment upon the award and that judgment may be entered by any federal or state court in Bexar County, Texas having jurisdiction.

**NOTICE TO CLIENT: BY AGREEING TO THIS ARBITRATION PROVISION, YOU KNOWINGLY WAIVE YOUR RIGHT TO ENFORCE ANY REMEDIES YOU MAY HAVE AGAINST ATTORNEYS UNDER STATE OR FEDERAL LAW THROUGH THE JUDICIAL PROCESS, EITHER IN THE STATE COURTS OF TEXAS (OR OF ANY OTHER STATE) OR IN THE FEDERAL COURT SYSTEM AND YOUR RIGHT TO A JURY TRIAL OF ANY DISPUTES ARISING OUT OF THIS AGREEMENT OR THE ATTORNEY-CLIENT RELATIONSHIP CREATED BY THIS AGREEMENT. YOU ARE FURTHER ADVISED THAT AN AGREEMENT TO ARBITRATE IS NOT A PREREQUISITE TO OBTAINING LEGAL SERVICES FROM AN ATTORNEYS.**

The parties stipulate that each has signed this agreement after Client has been specifically directed to seek the advice of independent counsel concerning the terms of this agreement and has been informed of the matters referenced in the Committee on Professional Ethics' Opinion 586, a copy of which is attached hereto.

Travis Vargo, Receiver
Ali Choudhri, et al
August 19, 2025
Page 6

## NOTICE TO CLIENT(S)

The State Bar of Texas investigates complaints against attorneys involving professional misconduct. Not every dispute between a client and an attorney is a matter that involves professional misconduct. The State Bar of Texas has a toll-free number, 1-800-932-1300 to answer any questions about making a complaint against any attorney.

In addition, and in accordance with joint orders of the Texas Supreme Court and the Texas Court of Criminal Appeals, please take notice that those Courts have adopted the Texas Lawyers' Creed -- A Mandate for Professionalism and the Standards for Appellate Conduct. I have enclosed a copy of the Lawyers' Creed and the Standards for your information. The Creed and the Standards contain standards applicable to lawyers in their conduct towards the legal system generally, to clients, to other lawyers, and to judges. A principal goal of the Creed and the Standards is to reduce abusive tactics in litigation. In accordance with the orders of those Courts, we attempt to comply with the Creed and the Standards for Appellate Conduct, and we encourage you to familiarize yourself with the Creed and the Standards and to ask us any questions you might have about either and how they apply to the litigation process.

## MISCELLANEOUS TERMS

In the event that Client fails to timely and adequately pay any Invoice, Attorney reserves without condition, and Client acknowledges, that Attorney has the absolute and unconditional right to immediately withdraw from representing Client in connection with any and all matters for which the Attorney has been engaged subject to Attorney's ethical obligations under prevailing State Bar Disciplinary Rules.

Should Attorney find it necessary to resort to litigation in order to collect the attorney's fees and expenses owed pursuant to this Agreement, Client shall be liable for reasonable attorney's fees, costs, and expenses thereby incurred. Venue for any action shall be in San Antonio, Bexar County, Texas.

## ENTIRE AGREEMENT

The Client and Attorney each agree that this contract is the final, written expression of their agreement, and that there are no verbal or other agreements not expressed in this agreement. Any amendment must be written and signed by both Client and Attorney.

Travis Vargo, Receiver
Ali Choudhri, et al
August 19, 2025
Page 7

LUTTRELL + CARMODY LAW GROUP

By: _/s/ Leslie M. Luttrell_
      For the Firm

By my signature, I expressly agree to each of the terms and conditions, including financial responsibility for the fees of Luttrell + Carmody Law Group, stated in the **ENGAGEMENT LETTER and HOURLY FEE AGREEMENT FOR LEGAL SERVICES** and acknowledge receipt of the Law Firm Policy concerning the treatment of confidential information which is attached hereto.

**AGREED:**

**Travis Vargo, Receiver**

By: _/s/ Travis Vargo_
Name: Travis Vargo
Title: Receiver for Ali Choudhri and Angel Valle

Travis Vargo, Receiver
Ali Choudhri, et al
August 19, 2025
Page 8

## Luttrell + Carmody
### Policy on the Treatment of Confidential Client Information

- LUTTRELL + CARMODY (THE "FIRM") WILL USE CLIENT PROVDIDED SOCIAL SECURITY AND DRIVER'S LICENSE NUMBERS ("PRIVATE NUMBERS") ONLY AS REASONABLY NECESSARY TO PROVIDE LEGAL SERVICES TO CLIENT AND AS REQUIRED BY LAW.

- CLIENT IS NOTIFIED THAT THE FIRM WILL USE THE CLIENT PROVIDED PRIVATE NUMBERS AS REASONABLY NECESSARY TO IDENTIFY PARTIES WHETHER FOR INITIAL SERVICE OF COURT DOCUMENTS, AS NEEDED FOR CERTAIN COURT ORDERS, IN REQUIRED REPORTS FILED WITH THE STATE OF TEXAS, AND FOR ALL OTHER PURPOSES AS REASONABLY REQUIRED TO PROVIDE LEGAL SERVICES TO CLIENT.

- PRIVATE INFORMATION PROVIDED BY CLIENT IN CONNECTION WITH THE LEGAL SERVICES TO BE PROVIDED BY THE FIRM WILL BE TREATED BY THE FIRM AS CONFIDENTIAL AND WILL NOT BE RELEASED TO THIRD PERSONS EXCEPT AS REASONABLY NECESSARY TO DELIVER LEGAL SERVICES TO THE CLIENT, AS AUTHORIZED BY THE CLIENT OR AS REQUIRED BY LAW. CLIENT IS NOTIFIED THAT EMPLOYEES OF THE FIRM WILL HAVE ACCESS TO CLIENT'S PERSONAL INFORMATION AND PRIVATE NUMBERS.

- THE FIRM AGREES TO REASONABLY PROTECT THE PRIVACY OF THE DATA OF EACH CLIENT PROVIDED DEBTOR. WHILE THE FIRM IS ACTIVELY PROVIDING LEGAL SERVICES FOR THE BENEFIT OF CLIENT, WE WILL MAINTAIN AND SAFEGUARD THE PRIVATE INFORMATION WITHIN OUR OFFICES IN STANDARD FILES, FOLDERS, DRAWERS AND/OR BOXES, ON THE FIRM'S COMPUTER HARD DRIVES, ZIP DRIVES AND SERVERS AND ON ATTORNEY CELL TELEPHONES. UNTIL SUCH TIME THAT THE INFORMATION IS RETIRED AND THE FILE REMOVED TO STORAGE IN COMPUTER FILES OR A LOCKED OFF-SITE SECURE STORAGE FACILITY, PRIVATE CLIENT PROVIDED INFORMATION WILL EVENTUALLY BE SHREDDED, DESTROYED AND/ OR OTHERWISE DELETED FROM THE FIRM'S COMPUTER DRIVES AND SERVERS.

**Receiver Exhibit 7**

Travis Vargo, Receiver
Ali Choudhri, et al
August 19, 2025
Page 9

**TAX DISCLOSURE AND ACKNOWLEDGMENT**

THE CLIENT IS ADVISED TO OBTAIN INDEPENDENT AND COMPETENT TAX ADVICE REGARDING THE ABOVE-DESCRIBED LEGAL MATTERS SINCE LEGAL TRANSACTIONS CAN GIVE RISE TO TAX CONSEQUENCES.

THE CLIENT IS ALSO ADVISED TO RETAIN A CERTIFIED PUBLIC ACCOUNTANT OR TAX ATTORNEY TO DETERMINE IF THE LEGAL MATTER THAT IS TO BE PERFORMED UNDER THIS AGREEMENT, HAS OR MAY HAVE TAX IMPLICATIONS OR CONSEQUENCES TO THE CLIENT OR ANY OF THE CLIENT'S INTERESTS.

THE CLIENT ACKNOWLEDGES THAT THE ATTORNEY HAS NOT PROVIDED OR RENDERED ANY TAX ADVICE TO CLIENT IN CONNECTION WITH THE LEGAL MATTER, AND THAT THE ATTORNEY IS NOT RESPONSIBLE FOR ANY ADVICE REGARDING TAX MATTERS OR PREPARATION OF TAX RETURNS, OR OTHER FILINGS, INCLUDING, BUT NOT LIMITED TO, STATE AND FEDERAL INCOME AND INHERITANCE TAX RETURNS.

FURTHERMORE, ATTORNEY HAS ADMONISHED THE CLIENT TO OBTAIN PROFESSIONAL HELP REGARDING THE VALUATION AND LOCATION OF ALL ASSETS WHICH MAY BE THE SUBJECT OF THE LEGAL MATTER INCLUDING BUT NOT LIMITED TO PENSIONS, EMPLOYMENT BENEFITS AND PROFIT-SHARING RIGHTS THAT MAY BE CONTROLLED BY ANY OTHER PARTY TO THE LEGAL MATTER.

By his signature, Client represents that it has read and understands the foregoing **Tax Disclosure.**

**AGREED:**

**Travis Vargo, Receiver**

By: _____
Name: Travis Vargo
Title: Receiver for Ali Choudhri and Angel Valle

**Receiver Exhibit 7**