# U.S. Bankruptcy Court
# Southern District of Texas (Houston)
# Adversary Proceeding #: 25-03628

**Assigned to:** Bankruptcy Judge Eduardo V Rodriguez
**Demand:**
**Nature[s] of Suit:** 01 Determination of removed claim or cause
02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)
11 Recovery of money/property - 542 turnover of property

**Date Filed:** 08/20/25
**Date Removed From State:** 08/20/25

### Plaintiff
-----------------------
**MOKARAM-LATIF WEST LOOP, LTD.**
2500 W. Loop S. Suite 450
Houston, TX 77027

represented by **Thomas Michael Ballases**
Hoover Slovacek LLP
5051 Westheimer
Ste 1200
Houston, TX 77056
713-977-8686
Email: ballases@hooverslovacek.com
*LEAD ATTORNEY*

V.

### Defendant
-----------------------
**Ali Choudhri**
1001 W. Loop South
Suite 700
Houston, TX 77027

represented by **Justin Peter Louis Rayome**
1001 West Loop South
Suite 700
Houston, TX 77027
214-934-9345
Email: justin.rayome.law@gmail.com

| Filing Date | # | Docket Text |
|---|---|---|
| 10/02/2025 | 30 (4 pgs) | BNC Certificate of Mailing. (Related document(s):24 Generic Order) No. of Notices: 4. Notice Date 10/02/2025. (Admin.) (Entered: 10/02/2025) |
| 10/02/2025 | 29 (4 pgs) | BNC Certificate of Mailing. (Related document(s):23 Order Setting Hearing) No. of Notices: 4. Notice Date 10/02/2025. (Admin.) (Entered: 10/02/2025) |

**Receiver Exhibit 10**

| | | |
|---|---|---|
| 10/01/2025 | 28 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 10/1/2025 11:01:02 AM ]. File Size [ 23118 KB ]. Run Time [ 00:48:10 ]. (Electronic Hearing - Emergency Motion for Continuance of Hearing on Motion for Remand filed by Defendant Ali Choudhdri - doc. 21). (admin). (Entered: 10/01/2025) |
| 10/01/2025 | 27 | Courtroom Minutes. Time Hearing Held: 11:00 a.m.. Appearances: Leslie Luttrell for Travis Vargo, State Court-Appointed Receiver; Stephanie Berry, witness, Michael Ballases for Mokaram-Latif West Loop; Ali Choudhri, Pro Se.<br><br>Minutes: Mr. Choudhri was sworn in. Opening statements by Ms. Luttrell, Mr. Ballases and Mr. Choudhri. Ms. Berry was sworn in and questioned by Mr. Choudhri. Cross-examination by Ms. Luttrell and Mr. Ballases. Redirect. No further questions and witness excused.<br>Mr. Choudhri called Leslie Luttrell. Request denied. Mr. Choudhri advised he had no other counsel to represent him in related motions. Closing arguments by Mr. Choudhri, Ms. Luttrell and Mr. Ballases.<br><br>Both matters 8 Corrected Motion to Transfer and 10 Motion for Remand scheduled for Friday, 10/3/2025, re-scheduled for 11/13/2025 at 1:30 p.m. to be held electronically from McAllen, Texas. Mr. Rayome Ordered not to file any more pleadings in this case until he is released from rehab (anticipated date 10/20/2025).<br>Mr. Choudhri admonished to have Counsel by re-set hearing date. No further continuances will be granted by the Court.<br><br>(Related document(s):8 Motion to Transfer Adversary Case, 10 Motion for Remand, 21 Emergency Motion). Hearings on8 and 10 re-scheduled for 11/13/2025 at 01:30 PM via telephone and video conference. (njc7)Modified on 10/1/2025 (njc7). (Entered: 10/01/2025) |
| 10/01/2025 | 26 (8 pgs; 2 docs) | Notice *of Filing Order Regarding Justine Rayome.* Filed by Travis B. Vargo, Receiver (Attachments: # 1 Exhibit 1) (Luttrell, Leslie) (Entered: 10/01/2025) |

| | | |
|---|---|---|
| 09/30/2025 | 25<br>(53 pgs; 9 docs) | Witness List, Exhibit List (Filed By Travis B. Vargo, Receiver ).(Related document(s):10 Motion for Remand) (Attachments: # 1 Receiver Exhibit 1 # 2 Receiver Exhibit 2 # 3 Receiver Exhibit 3 # 4 Receiver Exhibit 4 # 5 Receiver Exhibit 5 # 6 Receiver Exhibit 6 # 7 Receiver Exhibit 7 # 8 Receiver Exhibit 8) (Luttrell, Leslie) (Entered: 09/30/2025) |
| 09/30/2025 | 24<br>(2 pgs) | Order Striking Witness and Exhibit List Signed on 9/30/2025 (Related document(s):20 Exhibit List, Witness List) (amc7) (Entered: 09/30/2025) |
| 09/30/2025 | 23<br>(2 pgs) | Order Setting Electronic Hearing Signed on 9/30/2025 (Related document(s):21 Emergency Motion to Continue Hearing on Motion for Remand) Hearing scheduled for 10/1/2025 at 11:00 AM via telephone and video conference. (njc7) (Entered: 09/30/2025) |
| 09/29/2025 | 22<br>(2 pgs) | Proposed Order RE: *Emergency Motion for Continuance of Hearing on Motion for Remand* (Filed By Ali Choudhri ).(Related document(s):21 Emergency Motion) (Rayome, Justin) (Entered: 09/29/2025) |
| 09/29/2025 | 21<br>(5 pgs; 2 docs) | Emergency Motion *For Continuance of Hearing on Motion for Remand* Filed by Defendant Ali Choudhri (Attachments: # 1 Exhibit) (Rayome, Justin) (Entered: 09/29/2025) |
| 09/29/2025 | 20<br>(3 pgs) | *STRUCK - SEE 24* Exhibit List, Witness List (Filed By Travis B. Vargo, Receiver ).(Related document(s):15 Order Setting Hearing) (Luttrell, Leslie)Modified on 9/30/2025 (amc7). (Entered: 09/29/2025) |
| 09/24/2025 | 19<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):16 Order Setting Hearing) No. of Notices: 4. Notice Date 09/24/2025. (Admin.) (Entered: 09/24/2025) |
| 09/24/2025 | 18<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):15 Order Setting Hearing) No. of Notices: 4. Notice Date 09/24/2025. (Admin.) (Entered: 09/24/2025) |
| 09/23/2025 | 17<br>(5 pgs; 2 docs) | Certificate *of Service of Order Setting Electronic Hearing on Motion for Remand [ECF No. 10]* |

| | | |
|---|---|---|
| | | (Filed By Travis B. Vargo, Receiver ).(Related document(s):15 Order Setting Hearing) (Attachments: # 1 Exhibit A - Order Setting Electronic Hearing) (Luttrell, Leslie) (Entered: 09/23/2025) |
| 09/22/2025 | 16<br>(2 pgs) | Order Setting Electronic Hearing Signed on 9/22/2025 (Related document(s):8 Motion to Transfer Adversary Case) Hearing scheduled for 10/3/2025 at 09:00 AM via telephone and video conference. (njc7) (Entered: 09/22/2025) |
| 09/22/2025 | 15<br>(2 pgs) | Order Setting Electronic Hearing Signed on 9/22/2025 (Related document(s):10 Motion for Remand) Hearing scheduled for 10/3/2025 at 09:00 AM via telephone and video conference. (njc7) (Entered: 09/22/2025) |
| 09/18/2025 | 14<br>(3 pgs) | Notice *of Appearance and Request for Service of Documents*. Filed by Travis B. Vargo, Receiver (Luttrell, Leslie) (Entered: 09/18/2025) |
| 09/17/2025 | 13<br>(2 pgs) | BNC Certificate of Mailing. (Related document(s):12 Order on Motion to Expedite Hearing) No. of Notices: 3. Notice Date 09/17/2025. (Admin.) (Entered: 09/17/2025) |
| 09/15/2025 | 12<br>(1 pg) | Order Denying Motion to Expedite Consideration of Motion to Remand and Abstain. (Related Doc # 11) Signed on 9/15/2025. (njc7) (Entered: 09/15/2025) |
| 09/12/2025 | 11<br>(5 pgs; 2 docs) | Motion to Expedite Hearing (related document(s):10 Motion for Remand). Filed by Travis Vargo (Attachments: # 1 Proposed Order) (Poynter, Michael) (Entered: 09/12/2025) |
| 09/11/2025 | 10<br>(228 pgs; 13 docs) | Motion for Remand. Objections/Request for Hearing Due in 21 days. Filed by Travis Vargo (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Proposed Order) (Poynter, Michael) (Entered: 09/11/2025) |
| 09/03/2025 | 9<br>(3 pgs) | Notice of Appearance and Request for Notice Filed by Michael David Poynter Filed by on behalf of Travis Vargo (Poynter, Michael) (Entered: 09/03/2025) |

**Receiver Exhibit 10**

| | | |
|---|---|---|
| 09/02/2025 | 8 (5 pgs; 2 docs) | Corrected Motion to Transfer Adversary To Another District. Objections/Request for Hearing Due in 21 days. Filed by Ali Choudhri (Attachments: # 1 Proposed Order) (Rayome, Justin) (Entered: 09/02/2025) |
| 08/30/2025 | 7 (2 pgs) | BNC Certificate of Mailing. (Related document(s):4 Generic Order (Adversary)) No. of Notices: 2. Notice Date 08/30/2025. (Admin.) (Entered: 08/30/2025) |
| 08/30/2025 | 6 (2 pgs) | BNC Certificate of Mailing. (Related document(s):3 Order on Motion To Transfer Adversary) No. of Notices: 2. Notice Date 08/30/2025. (Admin.) (Entered: 08/30/2025) |
| 08/29/2025 | 5 (73 pgs; 8 docs) | Amended Notice *of Removal*. (Related document(s):1 Notice of Removal) Filed by Ali Choudhri (Attachments: # 1 Index of State Court Record # 2 Exhibit 1 # 3 Exhibit 2 # 4 Exhibit 3 # 5 Exhibit 4 # 6 Exhibit 5 # 7 Exhibit 6) (Rayome, Justin) (Entered: 08/29/2025) |
| 08/28/2025 | 4 (1 pg) | Order Striking. Signed on 8/28/2025 (njc7). Related document(s) 1 Notice of Removal filed by Plaintiff MOKARAM-LATIF WEST LOOP, LTD.. Modified on 8/28/2025 (njc7). (Entered: 08/28/2025) |
| 08/28/2025 | 3 (1 pg) | Order Striking Pleading. (Related Doc # 2) Signed on 8/28/2025. (njc7) (Entered: 08/28/2025) |
| 08/27/2025 | | Judge Eduardo V Rodriguez added to case. Involvement of Judge Visiting Judge Terminated. (th4) (Entered: 08/27/2025) |
| 08/20/2025 | 2 (4 pgs) | *Struck - see 3* Motion to Transfer Adversary To Another District. Objections/Request for Hearing Due in 21 days. Filed by Ali Choudhri (Rayome, Justin)Modified on 8/28/2025 (njc7). (Entered: 08/20/2025) |
| 08/20/2025 | | Receipt of Notice of Removal( 25-03628) [cmp,ntcrmvl] ( 350.00) Filing Fee. Receipt number A26415011. Fee amount $ 350.00. (U.S. Treasury) (Entered: 08/20/2025) |
| 08/20/2025 | 1 (4 pgs) | *STRUCK - SEE 4* Adversary case 25-03628. Nature of Suit: (01 (Determination of removed |

| | |
|---|---|
| | claim or cause)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))), (11 (Recovery of money/property - 542 turnover of property)) Notice of Removal MOKARAM-LATIF WEST LOOP, LTD.. Fee Amount $350 (Rayome, Justin)Modified on 8/28/2025 (njc7). (Entered: 08/20/2025) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 10/03/2025 11:46:36 ||||
| **PACER Login:** | lclgfirm | **Client Code:** | Vargo |
| **Description:** | Docket Report | **Search Criteria:** | 25-03628 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

Receiver Exhibit 10