# U.S. Bankruptcy Court
## Southern District of Texas (Houston)
## Adversary Proceeding #: 25-03630

*Assigned to:* Bankruptcy Judge Alfredo R Perez      *Date Filed:* 08/20/25
*Lead BK Case:* 99-99999                   *Date Removed From State:* 08/20/25
*Lead BK Title:* Out of District Main Case
*Lead BK Chapter:* 7
*Demand:*

*Nature[s] of Suit:* 01 Determination of removed claim or cause

### Plaintiff
----------------------
**Mokaram-Latif West Loop, Ltd.**      represented by **Thomas Michael Ballases**
Attn: Osama Abdullatif                        Hoover Slovacek LLP
Suite 455                                  5051 Westheimer
2500 West Loop South                    Ste 1200
Houston, TX 77027                        Houston, TX 77056
                                        713-977-8686
                                        Email: ballases@hooverslovacek.com
                                        *LEAD ATTORNEY*

### Plaintiff
----------------------
**Ali Mokaram**                           represented by **Darrell Scott Funk**
2500 West Loop South                    Gray Reed
#455                                      1300 Post Oak Blvd
Houston, TX 77027                        Ste 2000
                                        Houston, TX 77056
                                        713-986-7171
                                        Email: sfunk@grayreed.com
                                        *LEAD ATTORNEY*

V.

### Defendant
----------------------
**Dalio Holdings I LLC**                represented by **Justin Peter Louis Rayome**
1001 W. Loop South                      1001 West Loop South
Suite 700                                  Suite 700
Houston, TX 77027                      Houston, TX 77027
                                        214-934-9345
                                        Email: justin.rayome.law@gmail.com

**Receiver Exhibit 11**

**Defendant**

----------------------

**Ali Choudhri**                   represented by **Justin Peter Louis Rayome**
1001 West Loop South                (See above for address)
Suite 700
Houston, TX 77027
United States
2149349345


**Defendant**

----------------------

**Dalio Holdings II LLC**         represented by **Justin Peter Louis Rayome**
1001 West Loop South                (See above for address)
Suite 700
Houston, TX 77027
United States
2149349345

| Filing Date | # | Docket Text |
|---|---|---|
| 09/26/2025 | 19<br>(61 pgs; 9 docs) | Status Report (Filed By Travis B. Vargo, Receiver ). (Related document(s):6 Motion for Remand) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2-A # 3 Exhibit 2-B # 4 Exhibit 2-C # 5 Exhibit 2-D # 6 Exhibit 3 # 7 Exhibit 4 # 8 Exhibit 5) (Luttrell, Leslie) (Entered: 09/26/2025) |
| 09/25/2025 | 18<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):16 Order Setting Hearing) No. of Notices: 8. Notice Date 09/25/2025. (Admin.) (Entered: 09/25/2025) |
| 09/23/2025 | 17<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 9/23/2025 4:31:46 PM ]. File Size [ 1721 KB ]. Run Time [ 00:03:35 ]. (admin) (Entered: 09/23/2025) |
| 09/23/2025 | 16<br>(2 pgs) | Order to Show Cause Why This Adversary Proceeding Should Not Be Dismissed for Lack of Federal Jurisdiction, Signed on 9/23/2025 (Related document(s):13 Emergency Motion) **Show Cause hearing to be held on 10/22/2025 at 08:30 AM at Houston, Courtroom 400 (ARP).** (abh4) (Entered: 09/23/2025) |
| 09/23/2025 | 15 | Courtroom Minutes. Time Hearing Held: 4:31 PM to 4:36 PM. Appearances: Leslie Luttrell for Travis B. Vargo. Motion hearing held. The Court will issue an order scheduling a show cause hearing for |

| | | |
|---|---|---|
| | | 10/22/2025 at 8:30 AM to hear argument on why this matter should not be dismissed. Parties may attend virtually. ERO: yes. (Related document(s):2 Motion to Transfer Adversary Case, 7 Motion for Expedited Consideration, 13 Emergency Motion). (abh4)Modified on 9/23/2025 (abh4). (Entered: 09/23/2025) |
| 09/22/2025 | 14 (2 pgs) | Proposed Order RE: *Emergency Motion for Continuance of State Court Receiver Travis Vargos Motion to Remand and Abstain* (Filed By Ali Choudhri, Dalio Holdings I LLC, Dalio Holdings II LLC ).(Related document(s):13 Emergency Motion) (Rayome, Justin) (Entered: 09/22/2025) |
| 09/22/2025 | 13 (1 pg) | Emergency Motion *for Continuance of State Court Receiver Travis Vargos Motion to Remand and Abstain* Filed by Defendants Ali Choudhri, Dalio Holdings I LLC, Dalio Holdings II LLC (Attachments: # 1 Exhibit # 2 Exhibit) (Rayome, Justin) (Entered: 09/22/2025) |
| 09/22/2025 | 12 (4 pgs) | Witness List, Exhibit List (Filed By Travis B. Vargo, Receiver ).(Related document(s):6 Motion for Remand) (Luttrell, Leslie) (Entered: 09/22/2025) |
| 09/19/2025 | 11 (4 pgs) | Witness List, Exhibit List (Filed By Travis B. Vargo, Receiver ).(Related document(s): Hearing (Bk), Hearing (Bk)) (Luttrell, Leslie) (Entered: 09/19/2025) |
| 09/18/2025 | 10 (3 pgs) | Notice *of Appearance and Request for Service of Documents.* Filed by Travis B. Vargo, Receiver (Luttrell, Leslie) (Entered: 09/18/2025) |
| 09/15/2025 | | Hearing Set On (Related document(s):2 Motion to Transfer Adversary Case) Movant to notice all interested parties and file a certificate of service with the court. **Hearing scheduled for 9/23/2025 at 04:30 PM at Houston, Courtroom 400 (ARP).** (tjl4) (Entered: 09/15/2025) |
| 09/15/2025 | 9 (2 pgs) | Notice *of Hearing.* (Related document(s):7 Motion for Expedited Consideration) Filed by Travis Vargo (Poynter, Michael) (Entered: 09/15/2025) |
| 09/15/2025 | | Hearing Set On (Related document(s):7 Motion for Expedited Consideration) Movant to notice all interested parties and file a certificate of service with the court. **Hearing scheduled for 9/23/2025 at 04:30 PM at Houston, Courtroom 400 (ARP).** (tjl4) |

**Receiver Exhibit 11**

| | | |
|---|---|---|
| | | (Entered: 09/15/2025) |
| 09/12/2025 | [8](#)<br>(2 pgs) | Proposed Order RE: *Motion to Remand* (Filed By Travis Vargo ).(Related document(s):[6](#) Motion for Remand) (Poynter, Michael) (Entered: 09/12/2025) |
| 09/12/2025 | [7](#)<br>(5 pgs; 2 docs) | Motion for Expedited Consideration (related document(s):[6](#) Motion for Remand). Filed by Travis Vargo (Attachments: # [1](#) Proposed Order) (Poynter, Michael) (Entered: 09/12/2025) |
| 09/08/2025 | [6](#)<br>(52 pgs; 7 docs) | Motion for Remand. Objections/Request for Hearing Due in 21 days. Filed by Interested Party Travis Vargo (Attachments: # [1](#) Exhibit 1 # [2](#) Exhibit 2 # [3](#) Exhibit 3 # [4](#) Exhibit 4 # [5](#) Exhibit 5 # [6](#) 6) (Poynter, Michael) (Entered: 09/08/2025) |
| 09/04/2025 | [5](#)<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):[3](#) Order for Conference) No. of Notices: 6. Notice Date 09/04/2025. (Admin.) (Entered: 09/04/2025) |
| 09/03/2025 | [4](#)<br>(3 pgs) | Notice of Appearance and Request for Notice Filed by Michael David Poynter Filed by on behalf of Travis Vargo (Poynter, Michael) (Entered: 09/03/2025) |
| 09/02/2025 | [3](#)<br>(2 pgs) | Order for Conference Pre-Trial Conference set for 10/22/2025 at 11:00 AM at Houston, Courtroom 400 (ARP). (tjl4) (Entered: 09/02/2025) |
| 08/27/2025 | | Judge Alfredo R Perez added to case. Involvement of Judge Visiting Judge Terminated. (th4) (Entered: 08/27/2025) |
| 08/20/2025 | [2](#)<br>(4 pgs) | Motion to Transfer Adversary To Another District. Objections/Request for Hearing Due in 21 days. Filed by Ali Choudhri, Dalio Holdings I LLC, Dalio Holdings II LLC (Rayome, Justin) (Entered: 08/20/2025) |
| 08/20/2025 | | Receipt of Notice of Removal( [25-03630](#))[cmp,ntcrmvl] ( 350.00) Filing Fee. Receipt number A26415584. Fee amount $ 350.00. (U.S. Treasury) (Entered: 08/20/2025) |
| 08/20/2025 | [1](#)<br>(4 pgs) | Adversary case 25-03630. Nature of Suit: (01 (Determination of removed claim or cause)) Notice of Removal Mokaram-Latif West Loop, Ltd., Ali Mokaram. Fee Amount $350 (Rayome, Justin) (Entered: 08/20/2025) |

**Receiver Exhibit 11**

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/03/2025 11:48:06 | | | |
| **PACER Login:** | lclgfirm | **Client Code:** | Vargo |
| **Description:** | Docket Report | **Search Criteria:** | 25-03630 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

**Receiver Exhibit 11**