IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| RIC (LAVERNIA) LLC, | § § | Case No. 24-51195-mmp |
| Debtor | § § § | Chapter 11 |

### DEBTOR RIC (LAVERNIA) LLC'S EXHIBIT AND WITNESS LIST FOR OCTOBER 8, 2025 HEARING

RIC (Lavernia) LLC, debtor and debtor-in-possession in the above-captioned chapter 11 case ("*Debtor*"), may introduce the following exhibits and call the following witnesses in connection with the matters set for hearing on October 8, 2025. Debtor reserves the right to supplement this Exhibit and Witness List prior to the hearing.

**EXHIBITS:** Debtor identifies no exhibits other than any exhibit designated by any other party in interest to this matter, any document in the Court record in this case or any related adversary proceeding, any exhibit for impeachment purposes or to lay foundation, or any exhibit for rebuttal purposes.

**WITNESSES:** Debtor identifies no witnesses other than any witnesses designated by any other party in interest to this matter, any witness necessary for impeachment purposes or to lay foundation, and any witness called for rebuttal purposes.

Dated: October 3, 2025	Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Kyle S. Hirsch*
Kyle S. Hirsch
Texas Bar No. 24117262
Justin D. Hanna
Texas Bar No. 24095726
R. Luke Graham
Texas Bar No. 24127305
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Telephone: (214) 721-8000
Facsimile: (214) 721-8100
Email: kyle.hirsch@bclplaw.com
justin.hanna@bclplaw.com
luke.graham@bclplaw.com

***Attorneys for Debtor and Debtor-in-Possession***

# CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, a true and correct copy of the foregoing was served via the Court's ECF notification system, the U.S. Trustee, and any party who has noticed an appearance in this case, as follows:

Clinton Wayne Alexander on behalf of Attorney Kell C Mercer
calexander@bls-legal.com

Lynn Hamilton Butler on behalf of Interested Party TIG Romspen US Master Mortgage LP
lynn.butler@huschblackwell.com,
penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;elizabeth-spivey-5378@ecf.pacerpro.com;lynn-hamilton-butler-2113@ecf.pacerpro.com

Karalyssa C Casillas on behalf of Creditor Wilson County
karalyssa.casillas@lgbs.com

Erin Coughlin on behalf of U.S. Trustee United States Trustee - SA12
erin.coughlin@usdoj.gov, carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov

Paul Kirklin
pkirklin@kirklinlaw.com

Stephen Kirklin on behalf of Attorney Paul Kirklin
skirklin312@gmail.com

Leslie M. Luttrell on behalf of Interested Party Travis B Vargo
luttrell@lclawgroup.net, sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Kiernan McAlpine on behalf of Plaintiff Otisco RDX, LLC
kier@mcalpinelaw.com

Shea Neal Palavan on behalf of Interested Party Shea N Palavan
service@houstonip.com, snpalavan@recap.email

Justin Rayome on behalf of Attorney Justin Rayome
justin.rayome.law@gmail.com

Justin Rayome on behalf of Interested Party Milestone Capital CRE 1, LLC
justin.rayome.law@gmail.com

Justin Rayome on behalf of Interested Party Otisco RDX, LLC
justin.rayome.law@gmail.com

Gerald Sager on behalf of Interested Party ServiceLink
jerry.sager@fnf.com

Ronald J Smeberg on behalf of Interested Party Milestone Capital CRE 1, LLC
ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Ronald J Smeberg on behalf of Interested Party Otisco RDX, LLC
ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Howard Marc Spector on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA VII, LLC
hspector@spectorcox.com,
sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com

George H. Spencer, Jr. on behalf of Defendant John Daves
gspencer@langleybanack.com

George H. Spencer, Jr. on behalf of Defendant Lori Daves
gspencer@langleybanack.com

United States Trustee - SA12
USTPRegion07.SN.ECF@usdoj.gov

Lyndel A. Vargas on behalf of Interested Party Milestone Capital CRE 1, LLC
LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas on behalf of Interested Party Otisco RDX, LLC
LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas on behalf of Interested Party Ali Choudhri
LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Natalie F. Wilson on behalf of Interested Party John Daves and Lori Daves
nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com

<u>In addition, a copy was emailed and sent via First Class US Mail to:</u>

Ali Choudhri, ali@jetallcapital.com; legal@jetallcapital.com
1001 West Loop South, Suite 700
Houston, Texas 770274

                                               */s/ Kyle S. Hirsch*
                                               Kyle S. Hirsch