IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

Dated: October 01, 2025

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE
_____

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **RIC (Lavernia) LLC** | § | **Case No. 24-51195-mmp** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**ORDER GRANTING
TRAVIS VARGO, STATE COURT APPOINTED RECEIVER, MOTION FOR
CONTINUANCE OF MATTERS PRESENTLY SET FOR
OCTOBER 8, 2025
[ECF 179, ECF 192, AND ECF 225]**

ON THIS DAY came on to be considered in the above styled and numbered proceeding the *Motion For Continuance Of Matters Presently Set For October 8, 2025 – ECF 179, ECF 192, and ECF 225* (the "Receiver's Motion"). The Court, having considered the Receiver's Motion, the pleadings on file in this proceeding, and the arguments of counsel find that the Receiver's Motion is well taken and should be GRANTED. It is accordingly,

ORDERED that the hearings on ECF 179, ECF 192 and ECF 225 are **RESET to November 13, 2025 @9:30am in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas.**

**Adversary 24-5043 #136 is reset to November 13, 2025 @9:30am in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas.**

**Adversary 25-5040 #70 is reset to November 13, 2025 @9:30am in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas.**

**Hearing on #264 Motion for Continuance is ONLY as to #237 set for 10/08/2025 @10am in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas.**

It is further ORDERED that the Receiver shall provide notice of the re-set hearing date to all creditors and parties in interest **on or before October 2, 2025.**

# # # #

Prepared by

Leslie M. Luttrell
State Bar No. 12708650
Luttrell + Carmody Law Group
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216
Tel.   210.426.3600
Fax   210.426.3610
luttrell@lclawgroup.net

**ATTORNEYS FOR TRAVIS B. VARGO,
COURT-APPOINTED RECEIVER**

---

Case No. 24-51195-mmp
*RIC (Lavernia) LLC*
Vargo Motion to Continue – P.O.                                                                                     Page **2** of **2**

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-51195-mmp |
| RIC (Lavernia) LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 01, 2025 | Form ID: pdfintp | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Kell C Mercer, 2500 Bee Cave Road, Building 2, Suite 15, Austin, TX 78746, UNITED STATES 78746-5869 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 03, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brigid K Ndege | on behalf of Debtor RIC (Lavernia) LLC    deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com |
| Clinton Wayne Alexander | on behalf of Attorney Kell C Mercer calexander@bls-legal.com |
| Erin Coughlin | on behalf of Interested Party United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| Erin Coughlin | on behalf of U.S. Trustee United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| George H. Spencer, Jr. | on behalf of Defendant John Daves gspencer@langleybanack.com |

24-51195-mmp Doc#276 Filed 10/03/25 Entered 10/03/25 23:33:51 Imaged Certificate of Notice Pg 4 of 5

| District/off: 0542-5 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 01, 2025 | Form ID: pdfintp | Total Noticed: 1 |

| | |
|---|---|
| George H. Spencer, Jr. | on behalf of Defendant Lori Daves gspencer@langleybanack.com |
| Gerald Sager | on behalf of Interested Party ServiceLink jerry.sager@fnf.com |
| Howard Marc Spector | on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA VII LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com |
| Justin Hanna | on behalf of Plaintiff RIC (Lavernia) LLC justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com |
| Justin Hanna | on behalf of Debtor RIC (Lavernia) LLC justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com |
| Justin Hanna | on behalf of Defendant TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com |
| Justin Rayome | on behalf of Plaintiff Otisco RDX LLC justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Interested Party Otisco RDX LLC justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Interested Party Milestone Capital CRE 1 LLC justin.rayome.law@gmail.com |
| Karalyssa C Casillas | on behalf of Creditor Wilson County karalyssa.casillas@lgbs.com |
| Kiernan McAlpine | on behalf of Plaintiff Otisco RDX LLC kier@mcalpinelaw.com |
| Kyle Hirsch | on behalf of Plaintiff RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Debtor RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Defendant RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Defendant TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Leslie M. Luttrell | on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net |
| Lyndel A. Vargas | on behalf of Interested Party Milestone Capital CRE 1 LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lyndel A. Vargas | on behalf of Interested Party Ali Choudhri LVargas@chfirm.com chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lyndel A. Vargas | on behalf of Plaintiff Otisco RDX LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lyndel A. Vargas | on behalf of Interested Party Otisco RDX LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lynn Hamilton Butler | on behalf of Interested Party TIG Romspen US Master Mortgage LP lynn.butler@huschblackwell.com penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;elizabeth-spivey-5378@ecf.pacerpro.com;lynn-hamilton-butler-2113@ecf.pacerpro.com |
| Natalie F. Wilson | |

24-51195-mmp Doc#276 Filed 10/03/25 Entered 10/03/25 23:33:51 Imaged Certificate of Notice Pg 5 of 5

| District/off: 0542-5 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 01, 2025 | Form ID: pdfintp | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party John Daves and Lori Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Natalie F. Wilson | |
| | on behalf of Defendant John Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Natalie F. Wilson | |
| | on behalf of Defendant Lori Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Paul Kirklin | |
| | pkirklin@kirklinlaw.com |
| Robert Luke Graham | |
| | on behalf of Plaintiff RIC (Lavernia) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Robert Luke Graham | |
| | on behalf of Debtor RIC (Lavernia) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Robert Luke Graham | |
| | on behalf of Defendant TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Robert Luke Graham | |
| | on behalf of Defendant RIC (Lavernia) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Ronald J Smeberg | |
| | on behalf of Interested Party Otisco RDX LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com |
| Ronald J Smeberg | |
| | on behalf of Interested Party Milestone Capital CRE 1 LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com |
| Shea Neal Palavan | |
| | on behalf of Interested Party Shea N Palavan service@houstonip.com snpalavan@recap.email |
| Stephen Kirklin | |
| | on behalf of Attorney Paul Kirklin skirklin312@gmail.com |
| United States Trustee - SA12 | |
| | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 40