

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 02, 2025.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

### ORDER TO APPEAR AND SHOW CAUSE

On September 26, 2025, the Court entered an *Order Withdrawing Show Cause Order and Sanctioning Justin Rayome* (ECF No. 258) ("*Order*") barring Mr. Rayome from filing any document in the Western District of Texas "unless the document is filed and co-signed by either Mr. Cennamo or an attorney other than Mr. Rayome" who meets certain criteria. A review of bankruptcy case dockets in the WDTX reveals that Mr. Rayome has continued to abuse his CM/ECF privileges through multiple violations of the Court's *Order*. His violations include:

1. On September 29, 2025, personally filing Case No. 24-10120-smr ECF No. 698.

2. On September 29, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 698.

3. On September 29, 2025, personally filing Case No. 24-10120-smr ECF No. 699.

4. On September 29, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 699.

5. On September 29, 2025, personally filing Case No. 24-10120-smr ECF No. 700.

6. On September 29, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 700.

7. On September 29, 2025, personally filing Case No. 24-10120-smr ECF No. 701.

8. On September 29, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 701.

9. On September 30, 2025, personally filing Case No. 25-01049-smr ECF No. 1.

10. On September 30, 2025, filing without an approved co-signature Case No. 25-01049-smr ECF No. 1.

11. On October 1, 2025, personally filing Case No. 24-10120-smr ECF No. 707.

12. On October 1, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 707.

13. On October 1, 2025, personally filing Case No. 24-10120-smr ECF No. 708.

14. On October 1, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 708.

15. On October 1, 2025, personally filing Case No. 24-10120-smr ECF No. 711.

16. On October 1, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 711.

17. On October 1, 2025, personally filing Case No. 24-10120-smr ECF No. 712.

18. On October 1, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 712.

In light of Mr. Rayome's apparent continued abuse of his CM/ECF privileges in apparent disregard of this Court's order, the Court finds it appropriate to hold a show-cause hearing to determine whether to further sanction Mr. Rayome by suspending Mr. Rayome's CM/ECF privileges and ordering the Clerk's Office not to accept any paper filings made by Mr. Rayome (but not prohibiting Mr. Rayome from co-signing filings made by approved counsel).

Additionally, and separate from sanctions for abuse of his CM/ECF privileges, the Court has reviewed bankruptcy dockets in the WDTX in cases where Mr. Rayome represents a party and it appears that Mr. Rayome has failed to comply with the *Order* by failing to file a copy of that *Order* in each case in which he is counsel in the Western District of Texas no later than September 30, 2025. These violations include:

1. He failed to file a copy of the *Order* by September 30, 2025, in Case No. 25-10119-smr.

2. He failed to file a copy of the *Order* by September 30, 2025, in Case No. 25-10120-smr.

3. He failed to file a copy of the *Order* by September 30, 2025, in Case No. 25-11334-smr.

4. He failed to file a copy of the *Order* by September 30, 2025, in Adv. Proc. 25-01019-smr.

5. He failed to file a copy of the *Order* by September 30, 2025, in Adv. Proc. 25-01049-smr.

In light of these five apparent violations, the Court finds it appropriate to hold a show-cause hearing to determine whether to hold Mr. Rayome in civil contempt and sanction him with a periodic monetary fine until he complies with the *Order*.

The Court therefore **ORDERS** Justin Rayome to appear before this Court on **WEDNESDAY, OCTOBER 8, 2025, AT 11:00 AM** in the United States Bankruptcy Court for the Western District of Texas, Courtroom Number One, Third Floor, Hipolito F. Garcia Federal Building and United States Courthouse, 615 East Houston Street, San Antonio, Texas, and show cause as to why the Court should not:

1. Further sanction Mr. Rayome for his continued abuse of his CM/ECF privileges, as described above; and

2. Hold Mr. Rayome in civil contempt and sanction him for his failures to comply with the Court's *Order* to file a copy of that *Order* in all cases in which he is counsel in the Western District of Texas by September 30, 2025.

# # #

United States Bankruptcy Court

Western District of Texas

In re: Case No. 24-51195-mmp
RIC (Lavernia) LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5     User: admin     Page 1 of 4
Date Rcvd: Oct 02, 2025     Form ID: pdfipac     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Kell C Mercer, 2500 Bee Cave Road, Building 2, Suite 15, Austin, TX 78746, UNITED STATES 78746-5869 |
| intp | + | Travis B Vargo, 12012 Wickchester #670, Houston, TX 77079, UNITED STATES 77079-1235 |
| 18989712 | + | Ali Choudhri, 1001 West Loop South, Suite 700, Houston, TX 77027-9033 |
| 18714505 | #+ | Andres Cedillos, 3951 FM 1303, Floresville, TX 78114-6440 |
| 18714506 | + | George H. Spencer, Jr., Langley Banack, Inc., Trinity Plaza II, Seventh Floor, 745 Mulberry, San Antonio, TX 78212-3141 |
| 18714509 | + | John Daves, The Daves Law Firm, 3624 North Hills Drive, Suite B100, Austin, TX 78731-3242 |
| 18714508 | + | John and Lori Daves, 331 Story Drive, Buda, TX 78610-3340 |
| 18723757 | + | Lori Daves and John Daves, c/o Natalie F. Wilson, Langley & Banack, Inc., 745 E. Mulberry, Ste. 700, San Antonio, TX 78212-3172 |
| 19005097 | + | Milestone Capital CRE 1, LLC, c/o Lyndel Vargas, Cavazos Hendricks Poirot, P.C., 900 Jackson Street, Suite 570, Dallas, TX 75202-2413 |
| 18714510 | + | Milestone Capital CRE 1, LLC, 2704 Joanel Street, Houston, TX 77027-5304 |
| 19005098 | + | Otisco RDX, LLC, c/o Lyndel Vargas, Cavazos Hendricks Poirot, P.C., 900 Jackson Street, Suite 570, Dallas, TX 75202-2413 |
| 18788342 | + | Propel Financial Services as agent, and attorney in fact for FNA VII, LLC, c/o Howard Marc Spector, 12770 Coit Rd, Ste 850, Dallas, TX 75251-1364 |
| 18793118 | + | Propel Financial Services, as Agent for FNA VII, L, 12672 Silicon Drive, Suite 150, San Antonio, TX 78249-3450 |
| 19007829 | + | TIG Romspen US Master Mortgage LP, c/o Lynn Hamilton Butler, Husch Blackwell LLP, 111 Congress Avenue, Suite 1400, Austin, TX 78701-4093 |
| 18993929 | + | Travis B. Vargo, c/o Leslie M. Luttrell, Luttrell + Carmody Law Group, 100 N.E. Loop 410, Suite 615, San Antonio, Texas 78216-4713 |
| 18714514 | + | Wilson County Tax Collector, Attn Dawn P. Barnett, 1 Library Lane, Floresville, TX 78114-2239 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Oct 02 2025 22:52:00 | Wilson County, 112 E. Pecan St., Suite 2200, San Antonio, TX 78205 |
| cr | ^ | MEBN | Oct 02 2025 22:54:08 | Propel Financial Services as agent and attorney in, c/o Howard Marc Spector, 12770 Coit Rd, Ste 850, Dallas, TX 75251-1364 |
| 18788623 | + | Email/Text: bncnotices@outlook.com | Oct 02 2025 22:53:00 | FNA VII, LLC, c/o Howard Marc Spector, 12770 Coit Rd., Ste. 850, Dallas, TX 75251-1364 |
| 18714507 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 02 2025 22:53:00 | Internal Revenue Service, Centralized Insolvency Operations, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 18719442 | | Email/Text: sanantonio.bankruptcy@publicans.com | Oct 02 2025 22:52:00 | Wilson County, c/o Karalyssa C Casillas, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| 18714511 | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Oct 02 2025 22:53:00 | Office of the United States Trustee, 615 E. Houston Street, Suite 533, San Antonio, TX 78205-2055 |

24-51195-mmp Doc#279 Filed 10/04/25 Entered 10/04/25 23:27:56 Imaged Certificate of Notice Pg 6 of 8

| District/off: 0542-5 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 02, 2025 | Form ID: pdfipac | Total Noticed: 23 |

| 18714513 | + Email/Text: austin.bankruptcy@lgbs.com | | |
|---|---|---|---|
| | | Oct 02 2025 22:53:00 | The Wilson County Tax Collector, c/o Linebarger Goggan Blair Sampson, Terrace 2, 2700 Via Fortuna Drive, Suite 500, Austin, TX 78746-7998 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | RIC (Lavernia) LLC, 162 Cumberland Street, Suite 300, Toronto, ON M5R 3N5, CANADA |
| intp | | TIG Romspen US Master Mortgage LP, 162 Cumberland Street, Suite 300, Toronto, ON MSR 3NS, CANADA |
| intp | *+ | Ali Choudhri, 1001 West Loop South, Suite 700, Houston, TX 77027-9033 |
| 18714512 | ##+ | Peter J. Stanton, The Law Offices of Peter J. Stanton, 111 Soledad, Suite 470, San Antonio, TX 78205-2243 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brigid K Ndege | on behalf of Debtor RIC (Lavernia) LLC   deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com |
| Clinton Wayne Alexander | on behalf of Attorney Kell C Mercer calexander@bls-legal.com |
| Erin Coughlin | on behalf of Interested Party United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| Erin Coughlin | on behalf of U.S. Trustee United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| George H. Spencer, Jr. | on behalf of Defendant John Daves gspencer@langleybanack.com |
| George H. Spencer, Jr. | on behalf of Defendant Lori Daves gspencer@langleybanack.com |
| Gerald Sager | on behalf of Interested Party ServiceLink jerry.sager@fnf.com |
| Howard Marc Spector | on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA VII  LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com |
| Justin Hanna | on behalf of Plaintiff RIC (Lavernia) LLC justin.hanna@bclplaw.com  carolyn.herrera@bclplaw.com |
| Justin Hanna | |

24-51195-mmp Doc#279 Filed 10/04/25 Entered 10/04/25 23:27:56 Imaged Certificate of Notice Pg 7 of 8

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 3 of 4 |
| Date Rcvd: Oct 02, 2025 | Form ID: pdfipac | Total Noticed: 23 |

| | |
|---|---|
| | on behalf of Debtor RIC (Lavernia) LLC justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com |
| Justin Hanna | |
| | on behalf of Defendant TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com |
| Justin Rayome | |
| | on behalf of Plaintiff Otisco RDX  LLC justin.rayome.law@gmail.com |
| Justin Rayome | |
| | on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com |
| Justin Rayome | |
| | on behalf of Interested Party Otisco RDX  LLC justin.rayome.law@gmail.com |
| Justin Rayome | |
| | on behalf of Interested Party Milestone Capital CRE 1  LLC justin.rayome.law@gmail.com |
| Karalyssa C Casillas | |
| | on behalf of Creditor Wilson County karalyssa.casillas@lgbs.com |
| Kiernan McAlpine | |
| | on behalf of Plaintiff Otisco RDX  LLC kier@mcalpinelaw.com |
| Kyle Hirsch | |
| | on behalf of Defendant TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | |
| | on behalf of Plaintiff RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | |
| | on behalf of Debtor RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | |
| | on behalf of Defendant RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Leslie M. Luttrell | |
| | on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net |
| Lyndel A. Vargas | |
| | on behalf of Plaintiff Otisco RDX  LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lyndel A. Vargas | |
| | on behalf of Interested Party Otisco RDX  LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lyndel A. Vargas | |
| | on behalf of Interested Party Milestone Capital CRE 1  LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lyndel A. Vargas | |
| | on behalf of Interested Party Ali Choudhri LVargas@chfirm.com chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lynn Hamilton Butler | |
| | on behalf of Interested Party TIG Romspen US Master Mortgage LP lynn.butler@huschblackwell.com penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;elizabeth-spivey-5378@ecf.pacerpro.com;lynn-hamilton-butler-2113@ecf.pacerpro.com |
| Natalie F. Wilson | |
| | on behalf of Defendant Lori Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Natalie F. Wilson | |
| | on behalf of Interested Party John Daves and Lori Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Natalie F. Wilson | |
| | on behalf of Defendant John Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Paul Kirklin | |
| | pkirklin@kirklinlaw.com |
| Robert Luke Graham | |
| | on behalf of Plaintiff RIC (Lavernia) LLC luke.graham@bclplaw.com |

24-51195-mmp Doc#279 Filed 10/04/25 Entered 10/04/25 23:27:56 Imaged Certificate of Notice Pg 8 of 8

| District/off: 0542-5 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 02, 2025 | Form ID: pdfipac | Total Noticed: 23 |

carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham

on behalf of Debtor RIC (Lavernia) LLC luke.graham@bclplaw.com
carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham

on behalf of Defendant TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com
carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham

on behalf of Defendant RIC (Lavernia) LLC luke.graham@bclplaw.com
carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Ronald J Smeberg

on behalf of Interested Party Otisco RDX LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Ronald J Smeberg

on behalf of Interested Party Milestone Capital CRE 1 LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Shea Neal Palavan

on behalf of Interested Party Shea N Palavan service@houstonip.com snpalavan@recap.email

Stephen Kirklin

on behalf of Attorney Paul Kirklin skirklin312@gmail.com

United States Trustee - SA12

USTPRegion07.SN.ECF@usdoj.gov


TOTAL: 40