# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | ' | CASE NO. 24-51195-MMP |
| RIC (LAVERNIA) LLC, | ' | CHAPTER 11 |
| | ' | |
| DEBTOR | ' | Hearing Date: October 8, 2025<br>Hearing Time: 10:00 a.m. CST |

### WITNESS AND EXHIBIT LIST FOR MILESTONE CAPITAL CRE 1, LLC, AND OTISCO RDX, LLC'S EMERGENCY MOTION TO REMOVE PROFESSIONAL

Lyndel Vargas, attorney for Milestone Capital CRE 1, LLC and Otisco RDX, LLC, files this Witness and Exhibit List for Milestone Capital CRE 1, LLC, and Otisco RDX, LLC's Emergency Motion to Remove Professional set for hearing on October 8, 2025, and designates the following possible witness and exhibits:

### WITNESSES

One or more of the following individuals may be called as a witness at the hearing:

1. Ali Choudhri;

2. Trey White;

3. Leslie Luttrell

### EXHIBITS

One or more of the following documents may be used as exhibits at the hearing:

1. Response to Emergency Motion to Disqualify and all exhibits attached thereto [ECF No. 240];

2. Villa & White L.L.P. invoices and attachments;

3. Agency Agreement dated April 13, 2022;

4. Certified Copy of Order Granting Turnover, Charging Order and Appointment of Receiver against Judgment Debtor ;

5. Text messages between Ali Choudhri and Trey White from June 2, 2022, to February 29, 2024;

6. Text messages between Trey White, Drew Dennett, and Ali Choudhri from June 9, 2022, to October 13, 2022;

7. Luttrell + Carmody website attorney profiles;

8. Email from Trey White dated June 2, 2022;

9. Email from Trey White dated June 6, 2022;

10. Email from Trey White dated June 8, 2022;

11. Email from Trey White dated June 22, 2022;

12. Email from Trey White dated June 22, 2022;

13. Email from Trey White dated June 23, 2022;

14. Email from Trey White dated June 24, 2022;

15. Email from Trey White dated June 24, 2022;

16. Email from Trey White dated July 13, 2022;

17. Email from Trey White dated August 22, 2022;

18. Email from Trey White dated August 22, 2022;

19. Email from Trey White dated December 14, 2022;

20. Email from Trey White dated December 14, 2022;

21. Email from Trey White dated May 17, 2022;

22. Email from Trey White dated March 22, 2023.

Milestone Capital CRE 1, LLC and Otisco RDX, LLC reserve the right to call any other witness as a rebuttal or impeachment witness, whether named herein or not, and to introduce any other documents into evidence as rebuttal or impeachment exhibits, whether listed herein or not.

Respectfully submitted,

*/s/ Lyndel Anne Vargas*
Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com
Attorneys for Milestone Capital CRE 1, LLC
and Otisco RDX, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served October 6, 2025 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Western District of Texas on all parties-in-interest submitting to service of papers in this case, and by email on October 5, 2025 on the following:

Leslie M. Luttrell on behalf of Interested Party Travis B Vargo
luttrell@lclawgroup.net

*/s/ Lyndel Anne Vargas*
Lyndel Anne Vargas