## Villa & White L.L.P.
1100 N.W. Loop 410
Suite 802
San Antonio, TX 78213

Ph:(210) 225-4500    Fax:(210) 212-4649

NIA ATX LLC                                                                         October 5, 2022
Austin , Texas

|  |  |
|---|---|
| File #: | 1446-001 |
| **Attention:** Inv #: | 832 |

**RE:**   World Class Bankruptcy Cases

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-12-22 | Preparation for an attendance at hearing. telephone call with client | 6.70 | 2,680.00 | MEW |
| Sep-13-22 | Telephone call with client Email correspondence from client and Dan; attention to South Congress matter; telephone call with client; telephone call with Natalie Wilson; edit response | 8.60 | 3,440.00 | MEW |
| Sep-14-22 | Attention to South Congress;  telephone call with client; conference calls regarding 3rd and Trinity; preparation of declaration; preparation of response | 10.20 | 4,080.00 | MEW |
| Sep-15-22 | Preparation for and attendance at hearing; telephone call with client | 4.70 | 1,880.00 | MEW |
| Sep-16-22 | Telephone call with client | 1.10 | 440.00 | MEW |
| Sep-18-22 | Telephone call with opposing counsel, Seth. telephone call with client | 0.50 | 200.00 | MEW |
| Sep-19-22 | Telephone call with client; telephone call with all; legal research bankruptcy rule 9028 | 1.50 | 600.00 | MEW |
| Sep-21-22 | Attention to South Congress matter; telephone call with Jay Ong; telephone call with client email correspondence to team | 3.20 | 1,280.00 | MEW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Sep-22-22 | Telephone call with client; receipt and review of motion for stay; telephone call with all | 2.40 | 960.00 | MEW |
| Sep-23-22 | Receipt and review of Motions | 2.20 | 880.00 | MEW |
| Sep-25-22 | Attention to South Congress; telephone call with all. preparation of declaration; Email correspondence to all | 4.20 | 1,680.00 | MEW |
| Sep-26-22 | Preparation for an attendance at hearing; | 6.20 | 2,480.00 | MEW |
| Sep-27-22 | Telephone call with all; Email correspondence to opposing counsel; telephone call with Seth | 1.80 | 720.00 | MEW |
| Sep-28-22 | Telephone call with Set; Email correspondence from opposing counsel; telephone call with all; legal research | 2.50 | 1,000.00 | MEW |
| | Totals | 55.80 | $22,320.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$22,320.00** |
| Previous Balance | 37,280.00 |
| Previous Payments | 20,000.00 |
| **Balance Now Due** | **$39,600.00** |

TAX ID Number    74-3008024

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Sep-16-22 | On Account of Fees and Disbursements | 20,000.00 |
| | **Total Payments** | **$20,000.00** |

## Villa & White L.L.P.
1100 N.W. Loop 410
Suite 802
San Antonio, TX 78213

Ph:(210) 225-4500  Fax:(210) 212-4649

NIA ATX LLC  September 9, 2022
Austin , Texas

File #:  1446-001
**Attention:**  Inv #:  828

**RE:**  World Class Bankruptcy Cases

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug-15-22 | Preparation of subpoena response 6th & SJ | 2.60 | 1,040.00 | MEW |
| Aug-18-22 | Preparation of for hearing; preparation of Witness list | 3.10 | 1,240.00 | MEW |
| Aug-19-22 | Telephone call with counsel | 0.50 | 200.00 | MEW |
| Aug-20-22 | preparation of Declaration | 1.90 | 760.00 | MEW |
| Aug-21-22 | Preparation for hearing | 2.80 | 1,120.00 | MEW |
| Aug-22-22 | Preparation for and attendance at hearing | 2.50 | 1,000.00 | MEW |
| Sep-01-22 | Attention to file (South Congress); telephone call with client; telephone call with Jay Ong; telephone call with Brian Cummings | 4.60 | 1,840.00 | MEW |
| Sep-02-22 | Attention to South Congress project; telephone call with client; telephone call with Jay Ong | 3.10 | 1,240.00 | MEW |
| | Attention to 3rd & Trinity; Email correspondence to client; Email correspondence to counsel | 1.80 | 720.00 | MEW |
| Sep-07-22 | attention to file (South Congress) telephone call with client; meeting with client | 4.50 | 1,800.00 | MEW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Sep-08-22 | Attention to file re: linking deals; email correspondence to counsel for trustee | 3.60 | 1,440.00 | MEW |
| Sep-09-22 | Attention to #rd & Trinity matter and South Congress; telephone call with client telephone call with counsel | 5.60 | 2,240.00 | MEW |
| Sep-10-22 | Attention to South Congress; Email correspondence to client; telephone call with client | 3.20 | 1,280.00 | MEW |
| | Totals | 39.80 | $15,920.00 | |

**Total Fee & Disbursements**     **$15,920.00**

Previous Balance     21,360.00

**Balance Now Due**     **$37,280.00**

TAX ID Number    74-3008024

## *Villa & White L.L.P.*
1100 N.W. Loop 410
Suite 802
San Antonio, TX 78213

Ph:(210) 225-4500  Fax:(210) 212-4649

NIA ATX LLC  August 13, 2022
Austin , Texas

| | | File #: | 1446-001 |
|---|---|---|---|
| **Attention:** | | Inv #: | 821 |

**RE:** World Class Bankruptcy Cases

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jul-12-22 | Telephone call with client | 0.40 | 160.00 | MEW |
| Jul-13-22 | Telephone call with Peter; email correspondence to Peter | 0.90 | 360.00 | MEW |
| Jul-14-22 | Email correspondence to client; attention to file re: sale closings | 1.20 | 480.00 | MEW |
| Jul-15-22 | Email correspondence to client; telephone call with Drew | 1.10 | 440.00 | MEW |
| Jul-16-22 | Review/edit bid procedures | 0.80 | 320.00 | MEW |
| Jul-17-22 | Edit and preparation of Asset Purchase Agreement | 1.90 | 760.00 | MEW |
| Jul-18-22 | Finalize APA; telephone call with client | 1.50 | 600.00 | MEW |
| | Preparation of Motion to Continue | 1.80 | 720.00 | MEW |
| Jul-19-22 | Telephone call with Jay Ong; telephone call with client | 0.50 | 200.00 | MEW |
| | Preparation of Notice and file | 0.50 | 200.00 | MEW |
| | Email correspondence to Trustee | 0.50 | 200.00 | MEW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Telephone call with client | 0.20 | 80.00 | MEW |
| Jul-20-22 | Preparation of Witness and Exhbits | 1.60 | 640.00 | MEW |
| | Telephone call with client | 0.50 | 200.00 | MEW |
| | Attendance at hearing | 2.90 | 1,160.00 | MEW |
| | Telephone call with client | 0.50 | 200.00 | MEW |
| Jul-21-22 | Preparation of Witness and Exhibit list | 2.20 | 880.00 | MEW |
| | Receipt and review of Objection | 2.30 | 920.00 | MEW |
| | Email corresondence from Trustee counsel; email correspondence to client; telephone call with client | 1.70 | 680.00 | MEW |
| Jul-22-22 | Receipt and review of bank documents; preparation for hearing | 3.10 | 1,240.00 | MEW |
| | Telephone call with client | 0.60 | 240.00 | MEW |
| Jul-23-22 | Continue preparation for hearing | 0.90 | 360.00 | MEW |
| Jul-24-22 | Preparation of Reply | 1.50 | 600.00 | MEW |
| | Telephone call with client | 0.50 | 200.00 | MEW |
| | Telephone call with client; preparation of for hearing | 2.50 | 1,000.00 | MEW |
| Jul-25-22 | attendance at hearing; telephone call with client; | 4.20 | 1,680.00 | MEW |
| | Telephone call with client | 0.30 | 120.00 | MEW |
| Jul-26-22 | Email correspondence to client; telephone call with Jay Ong; review/edit asset purchase ageement | 2.20 | 880.00 | MEW |
| Jul-27-22 | Preparation for and attendance at hearing (sale) | 3.80 | 1,520.00 | MEW |
| | Email correspondence to client; email corresondence from client | 0.50 | 200.00 | MEW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jul-28-22 | Review/edit Order for Sale' telephone call with client; email correspondence to client | 2.10 | 840.00 | MEW |
| | Telephone call with client | 0.40 | 160.00 | MEW |
| | dcoument editeing | 0.10 | 40.00 | MEW |
| Jul-29-22 | Receipt and review of final order | 1.10 | 440.00 | MEW |
| Jul-30-22 | Telephone call with client; Joint call with Jay Ong; preparation of email | 2.70 | 1,080.00 | MEW |
| Aug-01-22 | Finalize email correspondence to Jay Ong | 0.30 | 120.00 | MEW |
| | Telephone call with client | 0.30 | 120.00 | MEW |
| Aug-03-22 | Telephone call with client | 0.40 | 160.00 | MEW |
| | Telephone call with opposing counsel | 0.30 | 120.00 | MEW |
| Aug-05-22 | Correspondence to client; tcwc | 0.30 | 120.00 | MEW |
| Aug-11-22 | Receipt and review of docuemnst from SSBT | 1.80 | 720.00 | MEW |
| Aug-12-22 | Telephone call with opposing counsel | 0.50 | 200.00 | MEW |
| | Totals | 53.40 | $21,360.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$21,360.00** |
| Trust Transferred at Billing | 15,010.00 |
| Previous Balance | 15,010.00 |
| **Balance Now Due** | **$21,360.00** |

TAX ID Number    74-3008024

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Aug-13-22 | Payment for invoice: 821 | 15,010.00 |
| | **Total Payments** | **$15,010.00** |

## *Villa & White L.L.P.*
1100 N.W. Loop 410
Suite 802
San Antonio, TX 78213

Ph:(210) 225-4500          Fax:(210) 212-4649

NIA ATX LLC                                                                                   July 11, 2022
Austin , Texas

|              |                                         | File #: | 1446-001 |
|--------------|-----------------------------------------|---------|----------|
| **Attention:** |                                       | Inv  #: | 813      |

**RE:**     World Class Bankruptcy Cases

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| May-13-22 | receipt and review of pleadings in both bankruptcy cases | 2.20 | 880.00 | MEW |
|  | Receipt and review of term sheet for 511 | 1.00 | 400.00 | MEW |
|  | telephone call with Robert Barrows | 0.50 | 200.00 | MEW |
| May-16-22 | Email correspondence to Drew; receipt and review of Real Estate Lien Note for attorney fees | 0.80 | 320.00 | MEW |
|  | Preparation of Notice of Appearances | 0.50 | 200.00 | MEW |
|  | Email corresondence fromEmail correspondence from Jay Ong | 0.20 | 30.00 | MEW |
| May-17-22 | preparation of amended claim; telephone call with client | 1.50 | 600.00 | MEW |
|  | Preparation of Objection to Sale | 2.20 | 880.00 | MEW |
|  | Receipt and review of Sale Motion. Attention to bidding procedures; telephone call with client | 2.50 | 1,000.00 | MEW |
|  | Email correspondence from Jay Ong | 0.20 | 80.00 | MEW |
| May-23-22 | Email correspondence from Jay Ong | 0.20 | 80.00 | MEW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| May-24-22 | Telephone call with client | 0.30 | 120.00 | MEW |
| May-25-22 | Attention to file; telephone call with client; telephone call with Jay Ong; Email correspondence to Jay Ong | 1.80 | 720.00 | MEW |
|  | Email correspondence from Jay Ong | 0.30 | 120.00 | MEW |
| May-27-22 | Telephone call with client | 0.40 | 160.00 | MEW |
| May-31-22 | Telephone call with client | 0.20 | 80.00 | MEW |
|  | Email correspondence from Jay Ong | 0.40 | 160.00 | MEW |
| Jun-01-22 | Telephone call with client | 0.40 | 160.00 | MEW |
|  | Email correspondence from Jay Ong | 0.20 | 80.00 | MEW |
| Jun-06-22 | Preparation for an attendance at hearing | 2.20 | 880.00 | MEW |
| Jun-08-22 | Telephone call with client | 0.30 | 120.00 | MEW |
| Jun-09-22 | Telephone call with client | 0.40 | 160.00 | MEW |
|  | Email correspondence from Jay Ong | 0.10 | 40.00 | MEW |
| Jun-10-22 | attention to file; multiple telephone call with Drew ; email correspondence to Drew receipt and review of multiple documents | 3.00 | 1,200.00 | MEW |
|  | Telephone call with client | 0.30 | 120.00 | MEW |
|  | Receipt and review of objection to claim | 1.80 | 720.00 | MEW |
| Jun-13-22 | email correspondence to Drew; email correspondence from Drew; review updated documents | 0.90 | 360.00 | MEW |
| Jun-14-22 | Receipt and review of closing documents | 2.30 | 920.00 | MEW |
| Jun-15-22 | telephone call with Drew regarding insurance | 0.50 | 200.00 | MEW |
|  | Telephone call with client | 0.50 | 200.00 | MEW |
|  | Email correspondence from Jay Ong | 0.30 | 120.00 | MEW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jun-16-22 | Telephone call with client | 0.20 | 80.00 | MEW |
| Jun-21-22 | Telephone call with Jay Ong | 0.20 | 80.00 | MEW |
| Jun-22-22 | Telephone call with NIA team | 0.80 | 320.00 | MEW |
| Jun-23-22 | Preparation of for hearing and witness for upcoming hearing | 3.30 | 1,320.00 | MEW |
| Jun-24-22 | Telephone call with Drew | 0.70 | 280.00 | MEW |
| | Telephone call with Jay Ong | 0.30 | 120.00 | MEW |
| Jun-26-22 | Receipt and review of documents | 0.50 | 200.00 | MEW |
| | Preparation of Response to objection to Claim | 2.60 | 1,040.00 | MEW |
| Jun-27-22 | Preparation of APAs | 2.90 | 1,160.00 | MEW |
| | Preparation for and attendance at hearing | 3.00 | 1,200.00 | MEW |
| | Receipt and review of Order on credit bid; edit same | 0.90 | 360.00 | MEW |
| Jun-28-22 | Finalize APA and bid letters | 0.30 | 120.00 | MEW |
| | Telephone call with client | 0.30 | 120.00 | MEW |
| | Email correspondence from Jay Ong | 0.40 | 160.00 | MEW |
| Jun-29-22 | email correspondence to Jay Ong | 1.10 | 440.00 | MEW |
| | telephone call with Jay Ong | 0.30 | 120.00 | MEW |
| | Telephone call with client | 0.20 | 80.00 | MEW |
| Jun-30-22 | Telephone call with client | 0.50 | 200.00 | MEW |
| Jul-01-22 | Telephone call with client | 0.40 | 160.00 | MEW |
| Jul-06-22 | Email correspondence from Jay Ong; telephone call with Jay | 0.30 | 120.00 | MEW |
| Jul-07-22 | preparation for and attendance at sale | 6.50 | 2,600.00 | MEW |

|  |  |  |  |
|---|---|---|---|
| Email correspondence from Jay Ong related to Orders | 2.30 | 920.00 | MEW |
| Totals | 56.40 | $22,510.00 |  |

| | |
|---|---|
| **Total Fee & Disbursements** | **$22,510.00** |
| Trust Transferred at Billing | 7,500.00 |
| **Balance Now Due** | **$15,010.00** |

TAX ID Number   74-3008024

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Jul-11-22 | Payment for invoice: 813 | 7,500.00 |
| | **Total Payments** | **$7,500.00** |

## TRUST STATEMENT

|  |  | **Disbursements** | **Receipts** |
|---|---|---|---|
| May-13-22 | Received From: NIA ATX LLC Retainer | | 7,500.00 |
| Jul-11-22 | Paid To: Villa & White L.L.P. Payment for invoice: 813 | 7,500.00 | |
| | Total Trust | $7,500.00 | $7,500.00 |
| | **Trust Balance** | | **$0.00** |

Client Accounting Ledger
To   Oct/22/2022

| Date | Received From/Paid To | A/R | Trust | Retainer |
|---|---|---|---|---|
| **1446   NIA ATX LLC** | | | | |
| 1446-001 | **World Class Bankruptcy Cases** | | | Resp Lawyer: MEW |
| May/13/2022 | NIA ATX LLC | | 7500.00 | |
| Jul/11/2022 | Billing on Invoice 813 | 22510.00 | | 0.00 |
| Jul/11/2022 | Villa & White L.L.P. | | -7500.00 | |
| Jul/11/2022 | Transferred from Trust | -7500.00 | | |
| Jul/18/2022 | NIA ATX LLC | | 15010.00 | |
| Aug/13/2022 | Billing on Invoice 821 | 21360.00 | | 0.00 |
| Aug/13/2022 | Villa & White L.L.P. | | -15010.00 | |
| Aug/13/2022 | Transferred from Trust | -15010.00 | | |
| Sep/ 9/2022 | Billing on Invoice 828 | 15920.00 | | |
| Sep/16/2022 | NIA ATX LLC | -20000.00 | | 0.00 |
| Oct/ 5/2022 | Billing on Invoice 832 | 22320.00 | | 0.00 |
| | Totals for Report Period: | 39600.00 | 0.00 | 0.00 |
| | Totals up to Ending Date: | 39600.00 | 0.00 | 0.00 |

*** Firm Totals ***

| | | | | |
|---|---|---|---|---|
| | Firm Totals for Report Period: | 39600.00 | 0.00 | 0.00 |
| | Firm Totals up to Ending Date: | 39600.00 | 0.00 | 0.00 |

---

REPORT SELECTIONS - Client Accounting Ledger

| | | | |
|---|---|---|---|
| Layout Template: | All | | |
| Requested by: | ADMIN | | |
| Finished: | Saturday, October 22, 2022 at 08:29:32 AM | | |
| Date Range: | To  Oct/22/2022 | | |
| Matters: | 1446-001 | | |
| Clients: | All | Show Check # on Paid Payables: | No |
| Major Clients: | All | Matters Sort by: | Default |
| Responsible Lawyer: | All | New Page for Each Lawyer: | No |
| Client Intro Lawyer: | All | Totals Only: | No |
| Matter Intro Lawyer: | All | Firm Totals Only: | No |
| Assigned Lawyer: | All | Trust Only: | No |
| Type of Law: | All | Show Trust Summary by Account: | No |
| Select From: | Active, Inactive, Archived Matters | | |
| Ver: | 13.0 SP2 (13.0.20140210) | | |

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | General Disbs | Fees | Bld Inv# | Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 1446 | NIA ATX LLC | | | | | | | | | |
| 1446-001 | World Class Bankruptcy Cases | | | | | | | Resp Lawyer: MEW | | |
| May 13/2022 | NIA ATX LLC | | | | | | | | | |
| 34396 | Retainer | 00251 | | | | 813 | 1 | 7500.00 | | 7500.00 |
| May 13/2022 | Lawyer: MEW 2.20 Hrs X 400.00 | | | | | | | | | |
| 34397 | receipt and review of pleadings in both bankruptcy cases | | | | 880.00 | 813 | | | | |
| May 13/2022 | Lawyer: MEW 1.00 Hrs X 400.00 | | | | | | | | | |
| 34398 | Receipt and review of term sheet for 511 | | | | 400.00 | 813 | | | | |
| May 13/2022 | Lawyer: MEW 0.50 Hrs X 400.00 | | | | | | | | | |
| 34399 | telephone call with Robert Barrows | | | | 200.00 | 813 | | | | |
| May 16/2022 | Lawyer: MEW 0.80 Hrs X 400.00 | | | | | | | | | |
| 34400 | Email correspondence to Drew; receipt and review of Real Estate Lien Note for attorney fees | | | | 320.00 | 813 | | | | |
| May 16/2022 | Lawyer: MEW 0.50 Hrs X 400.00 | | | | | | | | | |
| 34438 | Preparation of Notice of Appearances | | | | 200.00 | 813 | | | | |
| May 16/2022 | Lawyer: MEW 0.20 Hrs X 150.00 | | | | | | | | | |
| 34439 | Email corresondence fromEmail correspondence from Jay Ong | | | | 30.00 | 813 | | | | |
| May 17/2022 | Lawyer: MEW 1.50 Hrs X 400.00 | | | | | | | | | |
| 34425 | preparation of amended claim; telephone call with client | | | | 600.00 | 813 | | | | |
| May 17/2022 | Lawyer: MEW 2.20 Hrs X 400.00 | | | | | | | | | |
| 34426 | Preparation of Objection to Sale | | | | 880.00 | 813 | | | | |
| May 17/2022 | Lawyer: MEW 2.50 Hrs X 400.00 | | | | | | | | | |
| 34437 | Receipt and review of Sale Motion. Attention to bidding procedures; telephone call with client | | | | 1000.00 | 813 | | | | |
| May 17/2022 | Lawyer: MEW 0.20 Hrs X 400.00 | | | | | | | | | |
| 34440 | Email correspondence from Jay Ong | | | | 80.00 | 813 | | | | |
| May 23/2022 | Lawyer: MEW 0.20 Hrs X 400.00 | | | | | | | | | |
| 34441 | Email correspondence from Jay Ong | | | | 80.00 | 813 | | | | |
| May 24/2022 | Lawyer: MEW 0.30 Hrs X 400.00 | | | | | | | | | |
| 34416 | Telephone call with client | | | | 120.00 | 813 | | | | |
| May 25/2022 | Lawyer: MEW 1.80 Hrs X 400.00 | | | | | | | | | |
| 34401 | Attention to file; telephone call with client; telephone call with Jay Ong; Email correspondence to Jay Ong | | | | 720.00 | 813 | | | | |
| May 25/2022 | Lawyer: MEW 0.30 Hrs X 400.00 | | | | | | | | | |
| 34442 | Email correspondence from Jay Ong | | | | 120.00 | 813 | | | | |
| May 27/2022 | Lawyer: MEW 0.40 Hrs X 400.00 | | | | | | | | | |
| 34417 | Telephone call with client | | | | 160.00 | 813 | | | | |
| May 31/2022 | Lawyer: MEW 0.20 Hrs X 400.00 | | | | | | | | | |
| 34418 | Telephone call with client | | | | 80.00 | 813 | | | | |
| May 31/2022 | Lawyer: MEW 0.40 Hrs X 400.00 | | | | | | | | | |
| 34443 | Email correspondence from Jay Ong | | | | 160.00 | 813 | | | | |
| Jun 1/2022 | Lawyer: MEW 0.40 Hrs X 400.00 | | | | | | | | | |
| 34419 | Telephone call with client | | | | 160.00 | 813 | | | | |
| Jun 1/2022 | Lawyer: MEW 0.20 Hrs X 400.00 | | | | | | | | | |
| 34444 | Email correspondence from Jay Ong | | | | 80.00 | 813 | | | | |
| Jun 6/2022 | Lawyer: MEW 2.20 Hrs X 400.00 | | | | | | | | | |
| 34402 | Preparation for an attendance at hearing | | | | 880.00 | 813 | | | | |
| Jun 8/2022 | Lawyer: MEW 0.30 Hrs X 400.00 | | | | | | | | | |
| 34420 | Telephone call with client | | | | 120.00 | 813 | | | | |
| Jun 9/2022 | Lawyer: MEW 0.40 Hrs X 400.00 | | | | | | | | | |
| 34421 | Telephone call with client | | | | 160.00 | 813 | | | | |
| Jun 9/2022 | Lawyer: MEW 0.10 Hrs X 400.00 | | | | | | | | | |
| 34445 | Email correspondence from Jay Ong | | | | 40.00 | 813 | | | | |
| Jun 10/2022 | Lawyer: MEW 3.00 Hrs X 400.00 | | | | | | | | | |
| 34403 | attention to file; multiple telephone call with Drew ; email correspondence to Drew receipt and review of multiple documents | | | | 1200.00 | 813 | | | | |
| Jun 10/2022 | Lawyer: MEW 0.30 Hrs X 400.00 | | | | | | | | | |
| 34422 | Telephone call with client | | | | 120.00 | 813 | | | | |
| Jun 10/2022 | Lawyer: MEW 1.80 Hrs X 400.00 | | | | | | | | | |
| 34428 | Receipt and review of objection to claim | | | | 720.00 | 813 | | | | |
| Jun 13/2022 | Lawyer: MEW 0.90 Hrs X 400.00 | | | | | | | | | |
| 34404 | email correspondence to Drew; email correspondence from Drew; review updated documents | | | | 360.00 | 813 | | | | |
| Jun 14/2022 | Lawyer: MEW 2.30 Hrs X 400.00 | | | | | | | | | |
| 34405 | Receipt and review of closing documents | | | | 920.00 | 813 | | | | |
| Jun 15/2022 | Lawyer: MEW 0.50 Hrs X 400.00 | | | | | | | | | |

MTRP EXHIBIT 2
Page 14 of 18

Client Ledger
ALL DATES

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | Rcpts (General) | Disbs (General) | Fees | Bld Inv# | Acc | Rcpts (Trust) | Disbs (Trust) | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | telephone call with Drew regarding insurance | | | | 200.00 | 813 | | | | |
| Jun 15/2022 | Lawyer: MEW  0.50 Hrs X 400.00 | | | | | | | | | |
| 34423 | Telephone call with client | | | | 200.00 | 813 | | | | |
| Jun 15/2022 | Lawyer: MEW  0.30 Hrs X 400.00 | | | | | | | | | |
| 34446 | Email correspondence from Jay Ong | | | | 120.00 | 813 | | | | |
| Jun 16/2022 | Lawyer: MEW  0.20 Hrs X 400.00 | | | | | | | | | |
| 34424 | Telephone call with client | | | | 80.00 | 813 | | | | |
| Jun 21/2022 | Lawyer: MEW  0.20 Hrs X 400.00 | | | | | | | | | |
| 34414 | Telephone call with Jay Ong | | | | 80.00 | 813 | | | | |
| Jun 22/2022 | Lawyer: MEW  0.80 Hrs X 400.00 | | | | | | | | | |
| 34407 | Telephone call with NIA team | | | | 320.00 | 813 | | | | |
| Jun 23/2022 | Lawyer: MEW  3.30 Hrs X 400.00 | | | | | | | | | |
| 34427 | Preparation of for hearing and witness for upcoming hearing | | | | 1320.00 | 813 | | | | |
| Jun 24/2022 | Lawyer: MEW  0.70 Hrs X 400.00 | | | | | | | | | |
| 34408 | Telephone call with Drew | | | | 280.00 | 813 | | | | |
| Jun 24/2022 | Lawyer: MEW  0.30 Hrs X 400.00 | | | | | | | | | |
| 34415 | Telephone call with Jay Ong | | | | 120.00 | 813 | | | | |
| Jun 26/2022 | Lawyer: MEW  0.50 Hrs X 400.00 | | | | | | | | | |
| 34409 | Receipt and review of documents | | | | 200.00 | 813 | | | | |
| Jun 26/2022 | Lawyer: MEW  2.60 Hrs X 400.00 | | | | | | | | | |
| 34429 | Preparation of Response to objection to Claim | | | | 1040.00 | 813 | | | | |
| Jun 27/2022 | Lawyer: MEW  2.90 Hrs X 400.00 | | | | | | | | | |
| 34410 | Preparation of APAs | | | | 1160.00 | 813 | | | | |
| Jun 27/2022 | Lawyer: MEW  3.00 Hrs X 400.00 | | | | | | | | | |
| 34430 | Preparation for and attendance at hearing | | | | 1200.00 | 813 | | | | |
| Jun 27/2022 | Lawyer: MEW  0.90 Hrs X 400.00 | | | | | | | | | |
| 34433 | Receipt and review of Order on credit bid; edit same | | | | 360.00 | 813 | | | | |
| Jun 28/2022 | Lawyer: MEW  0.30 Hrs X 400.00 | | | | | | | | | |
| 34411 | Finalize APA and bid letters | | | | 120.00 | 813 | | | | |
| Jun 28/2022 | Lawyer: MEW  0.30 Hrs X 400.00 | | | | | | | | | |
| 34431 | Telephone call with client | | | | 120.00 | 813 | | | | |
| Jun 28/2022 | Lawyer: MEW  0.40 Hrs X 400.00 | | | | | | | | | |
| 34447 | Email correspondence from Jay Ong | | | | 160.00 | 813 | | | | |
| Jun 29/2022 | Lawyer: MEW  1.10 Hrs X 400.00 | | | | | | | | | |
| 34412 | email correspondence to Jay Ong | | | | 440.00 | 813 | | | | |
| Jun 29/2022 | Lawyer: MEW  0.30 Hrs X 400.00 | | | | | | | | | |
| 34413 | telephone call with Jay Ong | | | | 120.00 | 813 | | | | |
| Jun 29/2022 | Lawyer: MEW  0.20 Hrs X 400.00 | | | | | | | | | |
| 34432 | Telephone call with client | | | | 80.00 | 813 | | | | |
| Jun 30/2022 | Lawyer: MEW  0.50 Hrs X 400.00 | | | | | | | | | |
| 34435 | Telephone call with client | | | | 200.00 | 813 | | | | |
| Jul  1/2022 | Lawyer: MEW  0.40 Hrs X 400.00 | | | | | | | | | |
| 34436 | Telephone call with client | | | | 160.00 | 813 | | | | |
| Jul  6/2022 | Lawyer: MEW  0.30 Hrs X 400.00 | | | | | | | | | |
| 34448 | Email correspondence from Jay Ong; telephone call with Jay | | | | 120.00 | 813 | | | | |
| Jul  7/2022 | Lawyer: MEW  6.50 Hrs X 400.00 | | | | | | | | | |
| 34434 | preparation for and attendance at sale | | | | 2600.00 | 813 | | | | |
| Jul  7/2022 | Lawyer: MEW  2.30 Hrs X 400.00 | | | | | | | | | |
| 34449 | Email correspondence from Jay Ong related to Orders | | | | 920.00 | 813 | | | | |
| Jul 11/2022 | Billing on Invoice 813 | | | | | | | | | |
| 34450 | FEES         22510.00 | | | 0.00 | | 813 | | | | |
| Jul 11/2022 | Villa & White L.L.P. | | | | | | | | | |
| 34452 | Payment for invoice: 813 | xfer | | | | | 1 | | 7500.00 | 0.00 |
| Jul 11/2022 | Transferred from Trust | | | | | | | | | |
| 34454 | PMT - Payment for invoice: 813 | 103173 | 7500.00 | | | | | | | |
| Jul 12/2022 | Lawyer: MEW  0.40 Hrs X 400.00 | | | | | | | | | |
| 34567 | Telephone call with client | | | | 160.00 | 821 | | | | |
| Jul 13/2022 | Lawyer: MEW  0.90 Hrs X 400.00 | | | | | | | | | |
| 34585 | Telephone call with Peter; email correspondence to Peter | | | | 360.00 | 821 | | | | |
| Jul 14/2022 | Lawyer: MEW  1.20 Hrs X 400.00 | | | | | | | | | |
| 34568 | Email correspondence to client; attention to file re: sale closings | | | | 480.00 | 821 | | | | |
| Jul 15/2022 | Lawyer: MEW  1.10 Hrs X 400.00 | | | | | | | | | |
| 34586 | Email correspondence to client; telephone call with Drew | | | | 440.00 | 821 | | | | |
| Jul 16/2022 | Lawyer: MEW  0.80 Hrs X 400.00 | | | | | | | | | |
| 34604 | Review/edit bid procedures | | | | 320.00 | 821 | | | | |
| Jul 17/2022 | Lawyer: MEW  1.90 Hrs X 400.00 | | | | | | | | | |
| 34570 | Edit and preparation of Asset Purchase Agreement | | | | 760.00 | 821 | | | | |
| Jul 18/2022 | Lawyer: MEW  1.50 Hrs X 400.00 | | | | | | | | | |
| 34571 | Finalize APA; telephone call with client | | | | 600.00 | 821 | | | | |
| Jul 18/2022 | Lawyer: MEW  1.80 Hrs X 400.00 | | | | | | | | | |
| 34575 | Preparation of Motion to Continue | | | | 720.00 | 821 | | | | |
| Jul 18/2022 | NIA ATX LLC | | | | | | | | | |
| 34610 | Retainer | 00252 | | | | 821 | 1 | 15010.00 | | 15010.00 |
| Jul 19/2022 | Lawyer: MEW  0.50 Hrs X 400.00 | | | | | | | | | |

**MTRP EXHIBIT 2**
**Page 15 of 18**

Client Ledger
ALL DATES

| Date / Entry # | Received From/Paid To Explanation | Chq# Rec# | Rcpts (General) | Disbs (General) | Fees | Bld Inv# | Acc | Rcpts (Trust) | Disbs (Trust) | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 34572 Telephone call with Jay Ong; telephone call with client |  |  |  | 200.00 | 821 |  |  |  |  |
| Jul 19/2022 | Lawyer: MEW  0.50 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34573 Preparation of Notice and file |  |  |  | 200.00 | 821 |  |  |  |  |
| Jul 19/2022 | Lawyer: MEW  0.50 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34580 Email correspondence to Trustee |  |  |  | 200.00 | 821 |  |  |  |  |
| Jul 19/2022 | Lawyer: MEW  0.20 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34592 Telephone call with client |  |  |  | 80.00 | 821 |  |  |  |  |
| Jul 20/2022 | Lawyer: MEW  1.60 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34576 Preparation of Witness and Exhbits |  |  |  | 640.00 | 821 |  |  |  |  |
| Jul 20/2022 | Lawyer: MEW  0.50 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34593 Telephone call with client |  |  |  | 200.00 | 821 |  |  |  |  |
| Jul 20/2022 | Lawyer: MEW  2.90 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34600 Attendance at hearing |  |  |  | 1160.00 | 821 |  |  |  |  |
| Jul 20/2022 | Lawyer: MEW  0.50 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34601 Telephone call with client |  |  |  | 200.00 | 821 |  |  |  |  |
| Jul 21/2022 | Lawyer: MEW  2.20 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34569 Preparation of Witness and Exhibit list |  |  |  | 880.00 | 821 |  |  |  |  |
| Jul 21/2022 | Lawyer: MEW  2.30 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34574 Receipt and review of Objection |  |  |  | 920.00 | 821 |  |  |  |  |
| Jul 21/2022 | Lawyer: MEW  1.70 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34587 Email corresondence from Trustee counsel; email correspondence to client; telephone call with client |  |  |  | 680.00 | 821 |  |  |  |  |
| Jul 22/2022 | Lawyer: MEW  3.10 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34577 Receipt and review of bank documents; preparation for hearing |  |  |  | 1240.00 | 821 |  |  |  |  |
| Jul 22/2022 | Lawyer: MEW  0.60 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34594 Telephone call with client |  |  |  | 240.00 | 821 |  |  |  |  |
| Jul 23/2022 | Lawyer: MEW  0.90 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34578 Continue preparation for hearing |  |  |  | 360.00 | 821 |  |  |  |  |
| Jul 24/2022 | Lawyer: MEW  1.50 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34579 Preparation of Reply |  |  |  | 600.00 | 821 |  |  |  |  |
| Jul 24/2022 | Lawyer: MEW  0.50 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34590 Telephone call with client |  |  |  | 200.00 | 821 |  |  |  |  |
| Jul 24/2022 | Lawyer: MEW  2.50 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34602 Telephone call with client; preparation of for hearing |  |  |  | 1000.00 | 821 |  |  |  |  |
| Jul 25/2022 | Lawyer: MEW  4.20 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34581 attendance at hearing; telephone call with client; |  |  |  | 1680.00 | 821 |  |  |  |  |
| Jul 25/2022 | Lawyer: MEW  0.30 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34591 Telephone call with client |  |  |  | 120.00 | 821 |  |  |  |  |
| Jul 26/2022 | Lawyer: MEW  2.20 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34582 Email correspondence to client; telephone call with Jay Ong; review/edit asset purchase ageement |  |  |  | 880.00 | 821 |  |  |  |  |
| Jul 27/2022 | Lawyer: MEW  3.80 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34588 Preparation for and attendance at hearing (sale) |  |  |  | 1520.00 | 821 |  |  |  |  |
| Jul 27/2022 | Lawyer: MEW  0.50 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34603 Email correspondence to client; email corresondence from client |  |  |  | 200.00 | 821 |  |  |  |  |
| Jul 28/2022 | Lawyer: MEW  2.10 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34589 Review/edit Order for Sale' telephone call with client; email correspondence to client |  |  |  | 840.00 | 821 |  |  |  |  |
| Jul 28/2022 | Lawyer: MEW  0.40 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34595 Telephone call with client |  |  |  | 160.00 | 821 |  |  |  |  |
| Jul 28/2022 | Lawyer: MEW  0.10 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34596 dcoument editeing |  |  |  | 40.00 | 821 |  |  |  |  |
| Jul 29/2022 | Lawyer: MEW  1.10 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34605 Receipt and review of final order |  |  |  | 440.00 | 821 |  |  |  |  |
| Jul 30/2022 | Lawyer: MEW  2.70 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34583 Telephone call with client; Joint call with Jay Ong; preparation of email |  |  |  | 1080.00 | 821 |  |  |  |  |
| Aug 1/2022 | Lawyer: MEW  0.30 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34584 Finalize email correspondence to Jay Ong |  |  |  | 120.00 | 821 |  |  |  |  |
| Aug 1/2022 | Lawyer: MEW  0.30 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34597 Telephone call with client |  |  |  | 120.00 | 821 |  |  |  |  |
| Aug 3/2022 | Lawyer: MEW  0.40 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34598 Telephone call with client |  |  |  | 160.00 | 821 |  |  |  |  |
| Aug 3/2022 | Lawyer: MEW  0.30 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34606 Telephone call with opposing counsel |  |  |  | 120.00 | 821 |  |  |  |  |
| Aug 5/2022 | Lawyer: MEW  0.30 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34599 Correspondence to client; tcwc |  |  |  | 120.00 | 821 |  |  |  |  |
| Aug 11/2022 | Lawyer: MEW  1.80 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34608 Receipt and review of docuemnst from SSBT |  |  |  | 720.00 | 821 |  |  |  |  |
| Aug 12/2022 | Lawyer: MEW  0.50 Hrs X 400.00 |  |  |  |  |  |  |  |  |  |
|  | 34607 Telephone call with opposing counsel |  |  |  | 200.00 | 821 |  |  |  |  |

**MTRP EXHIBIT 2**
**Page 16 of 18**

Client Ledger
ALL DATES

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | Rcpts (General) | Disbs (General) | Fees | Bld Inv# | Acc | Rcpts (Trust) | Disbs (Trust) | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Aug 13/2022 34611 | Billing on Invoice 821 FEES 21360.00 | | | 0.00 | | 821 | | | | |
| Aug 13/2022 34613 | Villa & White L.L.P. Payment for invoice: 821 | db | | | | | | | | |
| Aug 13/2022 34615 | Transferred from Trust PMT - Payment for invoice: 821 | 103181 | 15010.00 | | | | 1 | | 15010.00 | 0.00 |
| Aug 15/2022 34753 | Lawyer: MEW 2.60 Hrs X 400.00 Preparation of subpoena response 6th & SJ | | | | 1040.00 | 828 | | | | |
| Aug 18/2022 34754 | Lawyer: MEW 3.10 Hrs X 400.00 Preparation of for hearing; preparation of Witness list | | | | 1240.00 | 828 | | | | |
| Aug 19/2022 34755 | Lawyer: MEW 0.50 Hrs X 400.00 Telephone call with counsel | | | | 200.00 | 828 | | | | |
| Aug 20/2022 34756 | Lawyer: MEW 1.90 Hrs X 400.00 preparation of Declaration | | | | 760.00 | 828 | | | | |
| Aug 21/2022 34757 | Lawyer: MEW 2.80 Hrs X 400.00 Preparation for hearing | | | | 1120.00 | 828 | | | | |
| Aug 22/2022 34758 | Lawyer: MEW 2.50 Hrs X 400.00 Preparation for and attendance at hearing | | | | 1000.00 | 828 | | | | |
| Sep 1/2022 34727 | Lawyer: MEW 4.60 Hrs X 400.00 Attention to file (South Congress); telephone call with client; telephone call with Jay Ong; telephone call with Brian Cummings | | | | 1840.00 | 828 | | | | |
| Sep 2/2022 34729 | Lawyer: MEW 3.10 Hrs X 400.00 Attention to South Congress project; telephone call with client; telephone call with Jay Ong | | | | 1240.00 | 828 | | | | |
| Sep 2/2022 34731 | Lawyer: MEW 1.80 Hrs X 400.00 Attention to 3rd & Trinity; Email correspondence to client; Email correspondence to counsel | | | | 720.00 | 828 | | | | |
| Sep 7/2022 34737 | Lawyer: MEW 4.50 Hrs X 400.00 attention to file (South Congress) telephone call with client; meeting with client | | | | 1800.00 | 828 | | | | |
| Sep 8/2022 34742 | Lawyer: MEW 3.60 Hrs X 400.00 Attention to file re: linking deals; email correspondence to counsel for trustee | | | | 1440.00 | 828 | | | | |
| Sep 9/2022 34751 | Lawyer: MEW 5.60 Hrs X 400.00 Attention to #rd & Trinity matter and South Congress; telephone call with client telephone call with counsel | | | | 2240.00 | 828 | | | | |
| Sep 9/2022 34759 | Billing on Invoice 828 FEES 15920.00 | | | 0.00 | | 828 | | | | |
| Sep 10/2022 34752 | Lawyer: MEW 3.20 Hrs X 400.00 Attention to South Congress; Email correspondence to client; telephone call with client | | | | 1280.00 | 828 | | | | |
| Sep 12/2022 34760 | Lawyer: MEW 6.70 Hrs X 400.00 Preparation for an attendance at hearing. telephone call with client | | | | 2680.00 | 832 | | | | |
| Sep 13/2022 34771 | Lawyer: MEW 8.60 Hrs X 400.00 Telephone call with client Email correspondence from client and Dan; attention to South Congress matter; telephone call with client; telephone call with Natalie Wilson; edit response | | | | 3440.00 | 832 | | | | |
| Sep 14/2022 34772 | Lawyer: MEW 10.20 Hrs X 400.00 Attention to South Congress; telephone call with client; conference calls regarding 3rd and Trinity; preparation of declaration; preparation of response | | | | 4080.00 | 832 | | | | |
| Sep 15/2022 34776 | Lawyer: MEW 4.70 Hrs X 400.00 Preparation for and attendance at hearing; telephone call with client | | | | 1880.00 | 832 | | | | |
| Sep 16/2022 34787 | Lawyer: MEW 1.10 Hrs X 400.00 Telephone call with client | | | | 440.00 | 832 | | | | |
| Sep 16/2022 34871 | NIA ATX LLC PMT - On Account of Fees and Disbursements | 103196 | 20000.00 | | | | | | | |
| Sep 18/2022 34799 | Lawyer: MEW 0.50 Hrs X 400.00 Telephone call with opposing counsel, Seth. telephone call with client | | | | 200.00 | 832 | | | | |
| Sep 19/2022 34800 | Lawyer: MEW 1.50 Hrs X 400.00 Telephone call with client; | | | | 600.00 | 832 | | | | |

**MTRP EXHIBIT 2**
**Page 17 of 18**

```
                                            Client Ledger
                                             ALL DATES
Date       Received From/Paid To    Chq#  |----- General -----|               Bld |----------- Trust Activity -----------|
   Entry # Explanation               Rec#    Rcpts    Disbs          Fees     Inv# Acc    Rcpts       Disbs      Balance
           telephone call with all;
           legal research bankruptcy rule
           9028
Sep 21/2022 Lawyer: MEW   3.20 Hrs X 400.00
   34821   Attention to South Congress                               1280.00     832
           matter; telephone call with
           Jay Ong; telephone call with
           client email correspondence to
           team
Sep 22/2022 Lawyer: MEW   2.40 Hrs X 400.00
   34823   Telephone call with client;
           receipt and review of motion                                960.00    832
           for stay; telephone call with
           all
Sep 23/2022 Lawyer: MEW   2.20 Hrs X 400.00
   34836   Receipt and review of Motions                               880.00    832
Sep 25/2022 Lawyer: MEW   4.20 Hrs X 400.00
   34839   Attention to South Congress;                               1680.00    832
           telephone call with all.
           preparation of declaration;
           Email correspondence to all
Sep 26/2022 Lawyer: MEW   6.20 Hrs X 400.00
   34840   Preparation for an attendance                              2480.00    832
           at hearing;
Sep 27/2022 Lawyer: MEW   1.80 Hrs X 400.00
   34850   Telephone call with all; Email                              720.00    832
           correspondence to opposing
           counsel; telephone call with
           Seth
Sep 28/2022 Lawyer: MEW   2.50 Hrs X 400.00
   34879   Telephone call with Set; Email
           correspondence from opposing                               1000.00    832
           counsel; telephone call with
           all; legal research
Oct  5/2022 Billing on Invoice 832
   34891   FEES          22320.00                             0.00              832

              |-------- UNBILLED -----------|               |-------- BILLED --------|              |------ BALANCES ------|
TOTALS        CHE    +   RECOV   +   FEES    = TOTAL    DISBS  +  FEES    + TAX  - RECEIPTS     = A/R                TRUST
PERIOD        0.00       0.00        0.00      0.00     0.00     82110.00   0.00   42510.00      39600.00             0.00
END DATE      0.00       0.00        0.00      0.00     0.00     82110.00   0.00   42510.00      39600.00             0.00

              |-------- UNBILLED -----------|               |-------- BILLED --------|              |------ BALANCES ------|
FIRM TOTAL    CHE    +   RECOV   +   FEES    = TOTAL    DISBS  +  FEES    + TAX  - RECEIPTS     = A/R                TRUST
PERIOD        0.00       0.00        0.00      0.00     0.00     82110.00   0.00   42510.00      39600.00             0.00
END DATE      0.00       0.00        0.00      0.00     0.00     82110.00   0.00   42510.00      39600.00             0.00
```

REPORT SELECTIONS - Client Ledger
| | |
|---|---|
| Layout Template | Default |
| Advanced Search Filter | None |
| Requested by | ADMIN |
| Finished | Saturday, October 22, 2022 at 08:36:02 AM |
| Ver | 13.0 SP2 (13.0.20140210) |
| Matters | 1446-001 |
| Clients | All |
| Major Clients | All |
| Client Intro Lawyer | All |
| Matter Intro Lawyer | All |
| Responsible Lawyer | All |
| Assigned Lawyer | All |
| Type of Law | All |
| Select From | Active, Inactive, Archived Matters |
| Matters Sort by | Default |
| New Page for Each Lawyer | No |
| New Page for Each Matter | No |
| No Activity Date | Dec/31/2199 |
| Firm Totals Only | No |
| Totals Only | No |
| Entries Shown - Billed Only | No |
| Entries Shown - Disbursements | Yes |
| Entries Shown - Receipts | Yes |
| Entries Shown - Time or Fees | Yes |
| Entries Shown - Trust | Yes |
| Incl. Matters with Retainer Bal | No |
| Incl. Matters with Neg Unbld Disb | No |
| Trust Account | All |
| Working Lawyer | All |
| Include Corrected Entries | No |
| Show Check # on Paid Payables | No |
| Show Client Address | No |
| Consolidate Payments | No |
| Show Trust Summary by Account | No |
| Show Interest | No |
| Interest Up To | Oct/22/2022 |
| Show Invoices that Payments Were Applied to | No |
| Display Entries in | Date Order |

**MTRP EXHIBIT 2**
**Page 18 of 18**