Messages - Trey White

Text message
6/2/2022 4:47:07 PM

12106633647 Deposited a new message:
"I'm sorry. I did not hear you."
Click here: 14699825027 to listen to full voice message.

iMessage
6/8/2022 5:59:16 AM

Good morning.  Talk today

6/10/2022 8:20:06 AM

Good am

Just emailed dial in info

Text message
6/17/2022 3:51:44 PM

12106633647 Deposited a new message:
"Ali has trade white uh Saw that I missed your call. Um Anyway, I should
be available in the next hour or so. Thanks."
Click here: 14699825010 to listen to full voice message.

iMessage
6/28/2022 11:51:02 AM

Sorry, I can't talk right now.

Send it

Get confirmation of the bid acceptance

I want to make sure this is done promptly please

Will do

6/28/2022 1:22:18 PM

Bids have been sent out. Receipt confirmed

6/28/2022 3:25:35 PM

Got confirmation

6/29/2022 11:27:40 AM

Who at Lynd are you talking to?  David or Michael Jr?

David

Is it an apartment deal?

Yes.  And

6/29/2022 12:38:44 PM

Talk soon?

Yes. 1:00?

Can you do later?

I have a 1pm

And currently in Barbor chair

Messages - Trey White

So after 1?

I can try you once I finish here?

Later is ok too.

6/30/2022 8:46:23 AM

How's it going?

Spoke to Jay?

Left message yesterday

6/30/2022 9:39:21 PM

Any updates

7/6/2022 7:00:58 PM

Can you talk?

7/7/2022 8:22:16 AM

Good am

Hello

7/7/2022 5:39:20 PM

Sorry, I can't talk right now.

Just tried to call you back

Text message
7/7/2022 6:02:25 PM

12106633647 Deposited a new message:
"uh ali is tray I just sent you a couple of emails that uh came in from j um most of it's uh kind of what we expected. Um kind of tipped our hand about the the maximum damage issue. Uh but as you mentioned, I think we're covered under that anyway, under the APA, which they did except the changes on that to 50,000. So we should be fine there. Um and the rest of it has to deal with the uh just admitting to prove the claim and and I'll get that done first thing in the morning. All right. Um let me know if you have any comments I'm gonna reply to him in the morning. Thanks." Click here: 14699825038 to listen to full voice message.

7/8/2022 6:42:01 PM

Got the order signed?   If so please send ice

iMessage
7/8/2022 6:42:03 PM

Over

7/13/2022 12:21:45 PM

Call me

7/15/2022 8:31:57 AM

Send me your wiring instructions please

Just emailed

Messages - Trey White

7/19/2022 6:41:49 AM

Please call me

7/19/2022 7:53:06 AM

I returned your call.  I gave a dental appointment today at between 8-9 but should be available after that

Text message
7/19/2022 12:16:20 PM

Nothing yet

7/19/2022 3:49:42 PM

Confirmed that we are a qualified bidder on 3rd and Trinity although still awaiting notice of the other bidders

I just emailed list of Qualified Bidders for 3 and Trinity

Auction is tomorrow at 9:30. Same procedure as before?? That is, real time text during auction?

iMessage
7/19/2022 4:42:06 PM

Yes

Thanks. If you need to talk to me tonight, I will only be available for the next hour or so.

Talk now?

7/28/2022 8:17:50 PM

Please redline the order

I don't want to be exposed to the earnest money as back up up

Unless and until he fails to close then we cross that bridge

Call me.  I want to be clear

7/29/2022 8:25:20 AM

Just tried to call

On a call

Talk shortly

7/29/2022 9:55:52 AM

I know you are busy, but I need to get the comments to Jay before noon

Can you please let me know if you have any other suggestions?

I need to send out the changes at 11:30

7/29/2022 3:18:37 PM

Have you seen my recent emails?

The Trustee is not budging on the requirement that NIA increase the earnest money within 3 days.

Messages - Trey White

So what if we don't?

Lose the $50k

And perhaps be sued for $450k

Please let me know what you want me to do.

Option 1:  have Jay tell the court we oppose the order to the extent it requires NIA to increase the earnest money

Option 2:  agree to the language and just not pay the increase

Option 3: simply don't reply to Jay and he will inform the court of our issues regarding the increase in earnest money

Since a response to Jay is due by 4:00, I will simply not respond.

7/30/2022 7:52:22 AM

Good am

Talk this am?

Sure

How about 9:00

?

Ok

Call when you are ready

8/1/2022 8:23:45 AM

I'll edit the email and send later this am for you to send to ong

Ok

8/1/2022 11:27:36 AM

Did you get my email?

Sorry, I can't talk right now.

I did.  I will send out around 1:00.

Why not sooner

At a meeting out of the office. Sorry

8/1/2022 12:36:04 PM

Email has been sent

8/19/2022 10:54:57 AM

The Debtor rejected the offer and will not be making a counter offer.

What is the offer?

Let's agree to a compromise of $75K legal fees versus 500K

Can you move the setting from Monday to a later dat?

Messages - Trey White

I will make the $75k offer. I don't believe the court will entertain a continuance unless it is agreed to by the Debtor.

Ok.  Proceed.  We get all default and atty fees limited to $75k

The debtor immediately rejected the $75k offer and indicated they have no interest in settlement

What do they want to do???

What's the deal?  They are offering

No attorney fees but default interest back to July 2021. However, I am not sure that deal is even available anymore.

???

At least try to get that

Ok

8/21/2022 4:20:57 PM

Any update on resolution for NIA? With San Ajax

Jacinto

8/22/2022 9:29:03 AM

No. Todd and I have been emailing and talking over the weekend and this morning. Apparently Nate has a lot on his plate with other deals and this issue simply is not a priority

8/22/2022 11:34:13 AM

Status???

Still no word. I'm prepared to go forward with the hearing

8/23/2022 10:18:54 AM

Sent an email yesterday regarding my invoice. What to be sure you saw it

8/23/2022 1:20:28 PM

Just called you

8/25/2022 1:35:49 PM

Can I get payment on the invoice please

Have we gotten funds?

NIA has

8/29/2022 5:23:03 PM

Just returned your call

**MTRP EXHIBIT 5**
**Page 5 of 28**

Messages - Trey White

8/30/2022 2:11:26 AM

Talk this am

Nia has not gotten funds

Let's review and get APA signed for south congress with sufficient terms we can live with

We have confirmation that rising tide not closing

Don't ask ong or trustee. Just asking if you know

8/30/2022 9:04:50 AM

I should be available most of the morning

8/30/2022 10:34:19 AM

Just tried to call you again. Your voicemail is full

8/30/2022 3:36:47 PM

Jay H. Ong.vcf

8/30/2022 4:51:59 PM

Jay emailed asking for a good time tomorrow to set up a call. What works for you?

8/31/2022 9:22:19 AM

We need to set a time for a call to Brian Cummings and another one for Jay Ong

8/31/2022 5:59:30 PM

Call me

Just called you

Can you talk for a minute?

Give me a couple of minutes

Ok.  I'm in this number

Jay can talk at 11:00 tomorrow.  Does that work for you?

Forward me the emails as you get them real time

9/1/2022 7:21:30 AM

Just to confirm: you want me to send the new APAs to counsel for the Trustee prior to having a conversation with them?  Please confirm

Call me

No don't send yet

Let's talk in 30-45

Messages - Trey White



I have a telephone hearing at 8:00. Should lead an hour

Ok

After that

FYI I have the press calling me about S Congress (Austin Business Journal). I am not going to respond.

Had an idea on 3rd/Trinity. Why don't we make a run at buying the note which would include the ROFR. That way we could be protected if it goes to a re-bid.

Or buy the ROFR?

Yes

9/1/2022 9:43:41 AM

We on for 11?

I will check with Jay.

I'm still in this ridiculous hearing

Call set with Jay at 11:00

9/1/2022 10:57:07 AM

Ready for the call?

Jay is waiting for our call at 11:15

9/1/2022 3:22:56 PM

Call with Brian scheduled for 4:00

Ready to call?

Let him answer please

Do I need to plan to stay tonight to get an new APA done or can we work on it in the morning?

Check your email. Received something from Brian

I saw it

Drew Dennett is principal

Tell him that email is offensive

We don't want to work with the trustee if this is their approach

Also tell him we still have 30 days under the order

Do you think you will need anything else tonight?

No

Just stay close to your phone

Should we call Jay?

Messages - Trey White

Or wait?

I think we can wait until tomorrow. If he had any news for us he would have called

9/1/2022 9:08:37 PM

Your sure we have 60 days worse case to close at 95MM

?

9/2/2022 7:22:30 AM

Good am

Let's talk this morning

9/2/2022 9:36:15 AM

I just spoke to Jay. Please call me

9/2/2022 11:05:30 AM

Have you sent???

Let's not delay!!!!

Yes. He noticed a mistake and I corrected it and resent.

I need it signed ASAP

Counter signed

On it

I spoke to Jay and explained the urgency. It is in Randy's hands

Sorry, I can't talk right now.

It's past noon. What's the hole up to signing the APA??

I have no idea. Jay said it is in Randy's hands.

Did you send him the emailV

Yes

Forward me

Give me 3 minutes

Done

Executed APA received.  Emailed to you

Thank you

9/2/2022 3:14:56 PM

APA sent to you.

Please review asap and let me know it's ok to send out

Are you sure it's 39.2?

Yes

Messages - Trey White



a.  DHA Capital LLC;

b.  JMIR Acquisitions, LLC;

c.  NIA ATX LLC;

d.  Rising Tide Investments, LLC.

9.  At the Auction, the highest bid for the Real Property was from Risin[g] Investments, LLC ("Winning Bidder") for $39,300,000.00 (the "Winning Purchase Price")

10.  At the Auction, the second highest bid for the Real Property was from NIA LLC ("Backup Bidder") for $39,200,000.00 (the "Backup Purchase Price").

11.  As demonstrated by (a) testimony and other evidence proffered or adduced [at] Hearing and (b) the representations of counsel made on the record at the Hearing, the Chap[ter] Trustee and his professionals have received no other higher or better offers. The sale pro[cess] undertaken by the Trustee and his professionals with respect to the Real Property has [...]

> **Ok.  Send it**

> **Get it signed asap**

Brian replied. I sent it to you email.

> **Call him.  I need it signed today asap**

I have called him at the office and cell. Will call again now

No answer. I sent him a text also

Just spoke to Brian.  He is trying to hunt down Randy for execution

> **Eta?**

No idea

> **Call**

Went to voicemail. Sent a text as I know Brian is in a mediation

9/3/2022 6:12:25 AM

I will continue to try to get it signed today

9/3/2022 10:13:28 AM

Trying to set up a call at 1:30. Would that work for you?

From Brian in reply to my question if he had talked to Randy:

Yes.  The current order authorizes closing by the Backup within thirty days of when the ROFR holder declines to exercise.  We have been under the impression that NIA was opting not to close.  Randy is asking what exactly is going on, including whether NIA is able to close.

9/3/2022 12:40:53 PM

From Brian:

We were told two days ago that NIA ATX wasn't gonna close and was offering $18m.  Now they want to close at the Backup price?

9/3/2022 3:39:34 PM

> **Any word back?**

No

**MTRP EXHIBIT 5**
**Page 9 of 28**

Messages - Trey White

9/4/2022 9:19:04 AM



Disregard. Wrong text

9/6/2022 9:36:03 AM

Email me the terms jay ong said the trustee would accept for a reduced price

Same for 3rd and Trinity

9/6/2022 11:42:46 AM

Just called you

9/6/2022 2:16:27 PM

We need to talk

Your a hard to get hold of and it's time sensitive

I know. I am taking a deposition. Give me an hour

I just called

Brian can be available at 4:30

9/6/2022 4:32:22 PM

Ready?

Check your email

It's for both deals?

If you are asking about the motion to lift it has just been filed in S Congress.

So it's for both deals?

The motion to lift is just S Congress

9/7/2022 8:48:08 AM

Give me 5 min

Messages - Trey White

9/7/2022 10:07:39 AM

Do you want me to send an email to Jay requesting loan doc for South Congress?

9/7/2022 12:08:33 PM

Drew is really pushing to use Austin Title Co for the deal. Do you have any objection to that?

9/7/2022 2:31:16 PM

Where are you?

Wanna meet now?

I'm in downtown

Not a great time. I have a summary hearing I need to prepare for

https://maps.app.goo.gl/oMnT1wJB1vWHfN2Z6?g_st=i

Bombay Bicycle Club
(210) 737-2411

I'm here

Me too

9/7/2022 4:27:03 PM

He is still not available

9/7/2022 9:32:39 PM

Any update?

Any filing?

Any response?

9/8/2022 9:46:39 AM

I am in court. I will call you later.

Have you heard anything?

No

9/8/2022 11:24:29 AM

Text me when your done w court

Taking a lunch break for 30 min

Just tried you

9/9/2022 10:48:55 AM

Status?

Nothing new

9/9/2022 3:42:16 PM

Call set at 4:15 with John Mitchell.  Are you available then?

Messages - Trey White

Yes

Do you want me on the call?

His name is John Mitchell. He holds 3.5%

He needed 5 min. He will call me back

Text from Brian Cumings:

Fyi the Trustee got an offer of $22+million

Are you sure it's 3.5%

9/10/2022 6:31:58 AM

Let's talk this am.  What's a good time for you?

8:00

?

Ok

Email me the fully executed APA and the sales order.  Thanks

9/10/2022 8:04:01 AM

Ready for call?

9/10/2022 9:22:33 AM

I'm on a call

Can you talk?

Just tried you

Give me 5

I'm gonna call you

Ok

Ready?

2 min

Don't say they said that. Ever

It's was always 90 business days

The contract says what it says

Be positive

9/11/2022 2:09:15 PM

How's it going?

What's Time is the hearing ?

Tomorrow

Messages - Trey White

The hearing is at 1:45 tomorrow.

Did you want to schedule a call with the equity holders for tomorrow morning?

9/12/2022 9:04:28 AM

Let me know when you are available

9/12/2022 10:30:55 AM

Sent a response that will get the APA in. Very low key.

Do you want me to file as is?

I'm about to call you

Shortly

Ok

Sent new draft. Please review asap

File asap

Filed

Send me what you filed

Let's talk to Cummings.  Should we before the hearing?

Brian called back. It wanted to emphasize getting equity holders on board with NIA would be helpful to NIA

Let's have a call with them

Be sure phone is on mute

Got it

We have an executed APA

He is deferring to you.  This may be a trap

Just say we have a signed APA

We should just listen

And say we intend to honor the APA that's signed

You getting. This?

Your on?

Yes

If they want us close sooner we need a different price.   We can better any other offer including KL

Have a signed agreement with related agreement

Messages - Trey White



No did not walk

On 3rd and Trinity

They would not sign the APA on third and Trinity

We are talking about 3rd and Trinity

We are prepared to fund the loan now for 3rd and Trinity

No.  Speak up.  It's suggested by Brian Cummings

Based after the lift the stay

Speak up now

To deal

We would not

ThE deal is not

We have signed APA

90 business days

You need to speak up

We are considering options

The signed APA

And we will follow that

We will bring a motion on that

Per the APA.  Is 90 business days

You need to speak up

We will provide

We have signed APA 90 BUSINESS DAYS

We will consider

We are willing to refinance the DIP loan.  And not proceed with any lift of stay to facilitate a sale under the APA

We have 90 business days from the effective date   Per the signed APA

We are immediately prepared to fund the DIP funds

For 3rd and Trinity

Offer tender this now

We are prepared to fund the DIP loan and not

Not Proceed with

Messages - Trey White

We have a signed APA

that states closing date

We have a signed

Related company approached by related

Bring to attention we have 90 business days per the signed THE APA

Speak up

Now

To the order

No speak up

No we have 90 business days

We need to file an adversary

We have a signed APA

The trustee violated

We will close both deals within 7 days

For the 66MM south congress Plus the 23MM for 3rd Trinity

This is bullshit

We will pay all creditors

And close in 7 days

Trey. You need to find some horsepower on this

The judge is pissed

Speak up

And say that APA says business days for 3rd and Trinity

30 business days

It's ok

We never signed APA.  We requested it

The other APA
Says 30 business days

Speak up

We asked for the APA signed to proceed

Messages - Trey White



Trustee refused.   We offered to close much sooner if lower price but much higher then any other offer

We can close in 15 days your honor if we are being asked to close sooner.  For a lower price

Right

Now

Offer dip payoff

Right now

Do it now

For both payoffs

Immediately

Within 7 days

Don't mention KL

9/12/2022 3:33:10 PM

Just tried you

9/12/2022 5:14:50 PM

Can you talk?

On a call

9/12/2022 6:21:03 PM

Can you talk?

Now

Please

9/12/2022 8:28:51 PM

Got a minute?

9/12/2022 9:39:04 PM

Silence can be acquiesce

Did we object to the judges ruling

Order same day on the transcript.  I need to see exactly what's on there. Asap.

We need it asap

Did we raise the objection

Or did we waive it

Messages - Trey White



9/13/2022 8:09:41 AM

We didn't waive anything. I will order transcript anyway

Please ask them for same day

Let's draft a letter to the court similar to Dans email

9/13/2022 10:45:17 AM

I need just a few minutes

ok

Ready?

Yes

Just a heads up. I have to take my daughter for a medical appointment and will likely be unavailable from 11:30 to 1

Also dip lender

Said no insurance

Related pressing into the deal

Stop talking

Your going to scare him

Let Chance run this

J. is available at 1:30 for a call

You told him not to file anything

?

Yes

He confirmed?

No

9/13/2022 1:14:39 PM

Is Chase good for 1:30?

Need to offer some deposit money

Call me

Ready to talk?

Sure

9/13/2022 4:28:39 PM

Can you talk now v

Did you read?

Yes

Messages - Trey White

9/13/2022 6:27:29 PM

Natalie Wilson
210-736-6600

9/14/2022 6:56:48 AM

Let's talk this am asap

9/14/2022 8:26:43 AM

Good am

Morning

Sorry just saw your previous text

9/14/2022 9:52:47 AM

I need your revised motion. As discussed.

Working on it

Just called you

Tied up right now

9/14/2022 11:19:53 AM

I emailed a draft.

Also please have your accounting department wire payment for my invoices today.

Can you email me your invoices and wiring in one email

I'm trying to find it

I know I have it

9/14/2022 12:58:10 PM

Sorry, I can't talk right now.

I will call in 5 min

Text message
9/14/2022 1:05:01 PM

12106633647 Deposited a new message:
"Okay, Stray. Um sorry I missed your call. I'm in the car, but I'll uh I'll be in the office in about five or 10 minutes. Thanks."
Click here: 14699825000 to listen to full voice message.

iMessage
9/14/2022 1:22:28 PM

Call me when you can. Need to discuss 3rd Trinity too

He could talk to Randy

Randy Osherow

9/14/2022 3:01:41 PM

Hey got a minutes

**MTRP EXHIBIT 5**
**Page 18 of 28**

Messages - Trey White

Yes

Can you get Natalie on the call?

You want me to call Natalie?

Yes

Seth Meisel.vcf

9/14/2022 5:04:38 PM

Do you want to set up a call with Phillip for 6:00?

Yes

Call into call with Phillips

Leave it at that. He is fishing

Jump in

What is Chance's last name?

MOORE

I just spoke to Seth. He is working on the response.  It will be done tonight but likely very late.  I told him you want to review it sometime tonight. He plans to file it in the morning

9/14/2022 9:01:16 PM

I just sent out Chance's declaration.  Is there any chance he will review it tonight?

No pun intended

Any luck?

No

I suggest we reach out first thing in the morning

Draft a settlement proposal under settlement discussions non discoverable

Send me for my review

Ok

Just sent

I missed your call

No. Accidentally dialed

Got it

Let's talk early tomorrow

Yes

Messages - Trey White

Is there are any motions filed.  Please send them to me on both cases.  Pacer is delayed and when your on e serve you get them instantly

Did you email Phillip for supper for 3rd and Trinity ?

Yes

what can we should we do to get 3rd and Trinity support from Phillip?

9/15/2022 5:11:42 AM

Good am

We need to speak to Phillip this am

9/15/2022 8:11:04 AM

Went to voicemail for Jay

Call in.   We are on

Dial info?

The APA was court approved

9/15/2022 10:19:03 AM

It would help

Filed the papers timely?

You should speak up.   Passionatley

Judge was arbitrary and capricious. By changing the date of closing

You need to speak up on the email

You sent by 5pm

Jump on man

Cross examination the trustee

Be pursuasive

Hi light the courts order we relied on

Trey go in

Hard

Trey

Emphasize

Insist more here please

The earnest money by DHA is 200k

Versus ours at $1MM

Emphasized "The earnest money by DHA is 200k"

We can close by oct 10!!!

Messages - Trey White

Say this Trey

At 23.5

More then DHA

The earnest money by DHA is 200k
Versus ours at $1MM
We can close by oct 10!!!
Say this Trey
At 23.5
More then DHA

Worth $1MM

Versus 200k by DHA

SAY THIS

Our earnest money is $1MM

Versus $200k

Of DHA

DHA is $200k earnest money

Say this

We can pay the refinance

We can refinance the deal

We can refinance the DIP LOAN now

Say this

DHA IS only PUTTING UP $200k

Say this

9/15/2022 2:29:30 PM

You should be getting wire today

Also any word from jay ong

Let's get a settlement wrapped up. Or otherwise appeal

Did you order the record. Please do same day immediately

I want it today please

Seth is ordering it on an expedited basis

Nothing from Jay

9/15/2022 4:34:13 PM

Can you call Jay

And see what deal he'd like to do with us To avoid

Messages - Trey White

9/16/2022 10:08:35 AM

Did you get your wire?

In a meeting. Will check after

You spoke to Jay ?

We need to file notice of appeal and move to stay

9/16/2022 12:40:55 PM

Just tried you

9/16/2022 1:55:52 PM

We need to have a call with Natalie at 3:00

Ok

Have you sent her the transcript

Any response from Jay?

Can you talk now?

9/16/2022 3:05:35 PM

Tried you. But got your v mail

9/17/2022 9:17:43 AM

Did you speak to Ralston?

https://www.bizjournals.com/austin/news/2022/09/16/the-related-co-to-buy-south-congress-square.html

Seth Meisel.vcf

Text message
9/18/2022 7:25:29 PM

12106633647 Deposited a new message:
"Okay. Uh Ali hey it's tray just had a conversation with uh Sheena and Mark Ralston. Um frankly it it it was nothing they they were just fishing and curious what we were going to do and stuff and I basically said that no decision has been made yet. And uh they did provide some interesting information about third trinity. Apparently the between the row for and the D. H. L. People that they are talking about uh going to back to the court and try to get an extension of the closing date which I find very interesting but nonetheless um the uh they didn't provide too much more information um And again they were kind of fishing to what we were up to. Alright I know we don't trust these people as far as we can throw them, so we didn't give them any information obviously. Alright man I'm gonna sign off for the night. We can talk in the morning. Thanks."
Click here: 13608424014 to listen to full voice message.

iMessage
9/19/2022 8:59:08 AM

Talk this am?  Appellate lawyer?

Did you speak to the contact Seth had?

Left message for him.

Messages - Trey White

Leslie Hyman is running conflict check now

9/19/2022 10:55:15 AM

Just tried to call back

9/19/2022 12:15:32 PM

Have they sent our funds to NIA?   From 6th and San Jacinto?

Motion has been filed. On SJ and the additional 21k for 511. It will take another 10 days or so

9/20/2022 1:08:33 PM

Spoke to her??

Appeal lawyer

9/20/2022 3:08:43 PM

I have been trying to reach her all day

9/21/2022 6:39:31 AM

Talk this am?    We are running out of time

9/21/2022 7:36:20 PM

Update?

9/22/2022 8:11:41 AM

I will be tied up until 10:00. Can we talk then?

9/25/2022 2:56:31 PM

I'd prefer you say this

In court

Thanks

9/25/2022 6:10:39 PM

I recall him saying. 70MM not tied and if we close by end of October

My notes don't say that

I spoke to Seth. I don't think it will help

9/28/2022 8:30:45 AM

I'm in a meeting

When is a good time we can talk today?

9/28/2022 10:35:55 AM

Just you and I

Want to talk before or after our joint call?

9/30/2022 3:40:02 PM

How's it going?

Messages - Trey White

10/14/2022 1:27:49 PM

We need to get our $1MM earnest money at the least

Did you mail the checks?

Yes. Check were mailed to Gene

Liked "Yes. Check were mailed to Gene"

10/18/2022 5:13:59 AM

Talk today?

10/18/2022 4:37:59 PM

Can you authorize payment of my invoice please?  I sent you an email this morning with wire instructions

10/19/2022 9:12:54 AM

Ok

I'll get with ACC

Please and thank you

10/20/2022 8:29:00 AM

Did you have a chance to get with your accounting department?  Wire has not come through

10/21/2022 8:17:07 AM

Please have your accounting department wire payment today. Thanks

10/24/2022 1:05:49 PM

I sent the requested reports. Can you get those to your accounting department so we can close these invoices out?

I will forward email and letter.

Yes

Thanks

10/25/2022 3:28:53 PM

Please have accounting wire the payment as soon as possible

10/26/2022 9:31:05 AM

Ali:  please push accounting on this. It needs to be resolved

10/26/2022 2:53:19 PM

Ali: I really don't like hounding you but I need to know when this issue will be addressed.

10/27/2022 9:46:04 AM

This is my daily pest. Please let me know something

10/28/2022 9:55:42 AM

Ali:  please let me know if the invoices will or will not be paid. If this is just a timing thing, I understand. I just need to know if I need to utilize other resources.

Messages - Trey White

Absolutely. My ap got sick and behind

Thanks door responding!  Hope all is well

10/31/2022 11:05:41 AM

Do you think your AP will catch up today?

11/1/2022 10:04:32 AM

Ali: please get this addressed today. I would greatly appreciate that.

11/2/2022 2:59:21 PM

Ali:  please help get this resolved.

I will just backed up

Thanks.

11/7/2022 11:02:07 AM

Ali: please get this done. I am getting a bit frustrated.  Thanks.

11/9/2022 8:25:11 AM

Can I please get an update??

11/15/2022 10:30:52 AM

Ali: I am pretty disappointed regarding the lack of communication not to me the lack of payment.  I know you are busy but please provide an update.

Sorry about that

Not intentional

Thanks for responding.

Is there a date I can expect the wire?

11/17/2022 9:12:29 AM

Please advise

11/18/2022 9:49:30 AM

I need action on this

11/28/2022 9:01:55 AM

Ali: this situation has become critical for me. I need payment by the end of this month.

11/29/2022 2:07:56 PM

Ali: once again your silence is concerning.  I can only assume that you have no intention of paying my invoices.  Please advise immediately. Thanks

Based on their declaration they shouldn't take our $1MM and not sell us the property at the shred amount price.  No meeting of the minds then they don't keep the $1MM

Intentions are nothing but good

And fully intend to pay you

Messages - Trey White



Thanks for responding

I'm out this week

I'll make sure we are squared up when I'm back

I need your help to get this right for us

Ok

It's long term relationship I'm interested in

Help get my $1MM back.  I'm in the hole here and didn't recover any legal fees on the other two

But regardless we will make it right together

I appreciate that. Just concerned and confused when I don't have any communication

I've been sick

Hope you are ok.

12/1/2022 4:18:16 PM

Can you talk?

We will handle your invoices.  But I don't want to bring that up I'm front of Jim right now

Can you talk now?

12/6/2022 8:12:36 PM

Hey how's it going

Can you talk tomorrow ?

12/13/2022 8:19:15 PM

Can we have a conversation ASAP and get squared up.      I was out but I'm back and getting caught up

12/19/2022 1:04:23 PM

Hey how are you?

I've been having blood pressure and chest pain issues

I heard you've had some personal issues aswell

Let me know when we can catch up

Thanks

Messages - Trey White

Sorry to hear about your medical issues. Yes, i am under some stress with a family issue.

Happy to catch up

12/19/2022 5:48:35 PM

Talk tomorrow?

12/20/2022 8:44:39 AM

What time?

12/20/2022 10:31:42 AM

Also, when will invoices be paid?

I'm at hospital in tests. Just started a nuclear stress test will take 4-5 hours.  Heart issues.  You'll be paid for sure

We need to get our $1MM. Back

12/21/2022 8:35:06 AM

Good am

You available today?

After 2:00

Are you prepared to file a response so we get our full $1MM back. Didn't jay send you an email saying no meeting of minds on our PSA?

Also I can push a wire asap

12/21/2022 12:50:51 PM

Wires been sent to you

12/21/2022 5:29:35 PM

Did you get wire?

Thanks for replying Trey

12/22/2022 8:26:01 AM

We did receive a wire and I greatly appreciate the payment.  I should note however that it was less than half of the amount outstanding.

It covered your oldest invoices.    There are issues we need to discuss. But you've been ghosting me

I feel like your not interested in working with us

Not intentionally. I just have had personal issues that require priority

12/27/2022 9:43:08 AM

What issues need to be resolved regarding the invoices?

3/29/2023 12:09:35 PM

Can I please get paid from the $500k disbursement?

Messages - Trey White

2/29/2024 10:35:00 AM

How have you been?

Read 2/29/2024

Fine. Busy. You?

**MTRP EXHIBIT 5**
**Page 28 of 28**