Messages - Drew Dennett & Trey White

**Text message**
6/9/2022 5:00:11 PM

**Trey White**
Can we have a call at 8:30 tomorrow morning?

Ok

**Drew Dennett**
Yes

6/23/2022 1:27:04 PM

**Trey White**
I just sent an email. Please confirm that you are ok with credit bid on SSBT payoff and fighting the remainder of the claim after the sale

No

Please send me your draft response

Waiting to review that

**Trey White**
Please call

**Trey White**
I have a hearing from 2 -2:30.

**Trey White**
Ali: just so we are all on the same page, the hearing Monday could result in the loss of the default interest and the attorney fees permanently. I think it is better that we agree to limit the credit bid and do some discovery to strengthen the default interest and attorney fees case.

6/24/2022 1:52:13 PM

**Trey White**
Order on fees in Met case has not been entered yet

**Trey White**
I'm still on this call.

**Trey White**
Can we shoot for 2:45?

**Trey White**
I'm ready now

6/28/2022 11:13:47 AM

**Trey White**
I just emailed the email language I propose to send to Kent Myers. Please review so I can send it out asap.

**Drew Dennett**
Ok will get back before 1230

**Drew Dennett**
Out of office Tull then

7/5/2022 1:26:22 PM

Update?

Trey White
I will call you in 5 min

Drew Dennett
Have tried to call you both

Trey have you spoken to Menlo?

Trey White
Left voicemail and email for Abby

7/5/2022 3:55:30 PM

Trey White
I'm heading to a doctors appointment and will likely be unavailable between 4:30 and 5:30. I don't have any update but thought I would check in.

Drew Dennett
I will find the proff of claim and v resend

Trey White
Thanks.

Drew Dennett
I have a window with Kent now up to 5 today can you work with this?

Drew let's talk asap

7/6/2022 1:12:24 PM

Trey White
Can we have a procedure call this afternoon?

9/9/2022 11:15:11 AM

Trey White
I need wire instructions for NIA do it can get paid on 6th and SJ

Trey White
Should I use the account at SSBT?

Yes. Same as before

9/12/2022 7:49:40 AM

Let's talk soon

Send me details for the hearing and it's time

Trey White
Just sent via email

Drew Dennett
Trey just emailed us ghe time uz 1:45 I an tied up till 10 am ot thereabouts will call soon thereafter

Messages - Drew Dennett & Trey White

9/21/2022 6:39:16 AM

> Any update   Did we get stay?   Filed papers?   Please send over for review.   Thanks

10/12/2022 1:40:11 PM

Trey White
I have checks payable to NIA. Where should I send them?

10/13/2022 4:57:09 AM

Drew Dennett
I will call this am in ny

10/13/2022 10:28:27 AM

Trey White
Please send me an address so I can forward these checks that total about $225k

> Please endorse the back send it to security state bank attn Gene Myers

> Security state bank in new Braunfels

> Thanks

Read 10/13/2022