

| Home | Profiles | Practice Areas | Testimonials | Resources | Contact | News |
|---|---|---|---|---|---|---|

# At Luttrell + Carmody,
# each of our lawyers have over 25 years
# of experience and expertise
# in their respective practice areas.

## Leslie M. Luttrell



**Leslie M. Luttrell** is a shareholder and a member of the firm's Bankruptcy, Creditor Rights and Commercial Litigation Section. Ms. Luttrell received her Bachelor of Arts degree, with honors, in 1981 and her Juris Doctor in 1983 from St. Mary's University. Ms. Luttrell was licensed to practice law in the State of Texas in May 1984. Upon graduation, Ms. Luttrell served as the Senior Law Clerk to the Honorable Bert W. Thompson, Chief Judge of the United States Bankruptcy Court, Western District of Texas from 1983 through 1985. Ms. Luttrell entered private practice in 1985, first in San Antonio and thereafter in El Paso, Texas. Ms. Luttrell returned to San Antonio in 1998, where she has continued to practice in the areas of bankruptcy, creditors' rights, banking, commercial litigation, corporate and real estate law. Ms. Luttrell has written and spoken extensively over the span of her career for the State Bar of Texas CLE on the topics of bankruptcy, creditors' rights and collection. With over 30 years of experience, Ms. Luttrell has achieved an "AV Preeminent" peer rating by Martindale-Hubbell. Ms. Luttrell is licensed to practice law in the United States District Courts and Bankruptcy Courts in the Western, Northern, Southern and Eastern districts, the United States Court of Appeals – Fifth Circuit and the United States Tax Court. Ms. Luttrell is a member of the State Bar College and a life member of the Texas Bar Foundation.

 resume_lml-revised_2017.pdf
**Download File**

## Dawn L. Carmody

**Dawn L. Carmody** has been licensed to practice law by the Supreme Court of Texas since November 1988. She graduated



from Texas A & M University receiving a B. A., in Political Science, and from Texas Tech University School of Law receiving a Juris Doctorate. After graduating from law school Ms. Carmody's practice was focused on defensive representation of municipalities, governmental entities, public officials and public employees in cases involving State law personal injury and tort litigation, Federal civil rights and employment litigation and litigation involving law enforcement officers. From 1990 to 2000, Ms. Carmody was a planning committee member, frequent author and presenter of articles relevant to municipal tort litigation, law enforcement litigation and civil rights litigation as panel participant in the Suing and Defending Governmental Entities program sponsored by the State Bar of Texas. Ms. Carmody participated as speaker at the Suing and Defending program in 1991, 1995, 1996, 1998 and was chair person of the Program in 1999. She is the attorney of record on a number of reported opinions issued by various Texas Courts of Appeals, the Texas Supreme Court and the Fifth Circuit Court of Appeals. In 2001, Ms. Carmody was of counsel to a small boutique bankruptcy law firm where she commenced practicing creditor based bankruptcy, commercial litigation and collection litigation. For the last decade, her practice has segued to include representation of small businesses, partnerships and individuals in employment, commercial and corporate litigation, general real estate transactions, business entity formation, governance, compliance and dissolution, employer-based employment law, probate, and probate litigation. She is licensed to practice in all courts in the State of Texas, the United States District Courts for the Southern and Western Districts of Texas, and the Fifth Circuit Court of Appeals. She is a member of the State Bar of Texas and the San Antonio Bar Association.

 **dlc_gen_lit_resume_2017.pdf**
**Download File**

## Elizabeth Conry Davidson (of Counsel)



**Elizabeth Conry Davidson** is Board Certified in Civil Appellate Law by the Texas Board of Legal Specialization.  SheI brings a singular depth of knowledge to assist you with appellate issues, and provide strategy about the best way to move forward. She's experienced—She's incredibly efficient at understanding complex litigation issues and absorbing background detail quickly.  She has a passion for developing compelling and effective briefs.  She writes briefs that are persuasive and tell a compelling story, are painstakingly researched and accurate.  Her briefs are concise and help judges consider even the most negative situation in a new light. Her work is about breaking things down to the most basic level, finding the quirk or error in the other side's position, and crafting arguments, supported by creative and thoughtful research resulting in a compelling written product. Conry Davidson has extensive experience across a wide range of civil litigation areas and practices in both state and federal court.  Her clients include: Trial lawyers small to large law firms, solo practitioners, business organizations, and government entities.  Her services include: Appellate briefs, litigation support, appellate support for trial, Urgent deadline support, complex motion practiced and case planning & strategy. She was admitted to the Texas Bar in 1995. Court Admissions include: U.S. District Court for the Northern District of Texas (2002); U.S. District Court for the Western District of Texas (2000); Fifth Circuit Court of Appeals (2008, 2017); United States Supreme Court (2000); United States Bankruptcy Court, Western District of Texas (2015); OTHER Credentials: Board Certified in Civil Appellate Law by the Texas Board of Legal Specialization (2012); Completed the Forty-Hour Basic Mediation Training course at the Center for Public Policy Dispute Resolution at the University of Texas School of Law, Austin (2006).

 **resume_ecd.pdf**
**Download File**

## Michael Villa (of Counsel)



Michael Villa is a graduate of the University of Texas and the University of Houston School of Law. He is licensed to practice by the Supreme Court of Texas and is a member of the San Antonio Trial Lawyers Association. Mr. Villa has extensive experience in **criminal matters**, such as **DWI, drug offenses, and probation violations**, as well as **complex civil litigation** matters including **serious personal injury, wrongful death, medical malpractice, child custody/support and business litigation.**

## Morris E. "Trey" White III (of Counsel)



Morris E. "Trey" White III is a graduate of Southwestern University, the Texas Tech University Graduate School of Business and the Texas Tech University School of Law. He is licensed to practice in all Texas courts, the United States District Court for the Western District of Texas, and is an associate member of the Texas Society of Certified Public Accountants. Mr. White handles **business or corporate transactions, real estate transactions, and complex individual or corporate bankruptcy matters, including chapter 7, 11, 12 and 13.**

*The hiring of an attorney to protect your legal rights is an important decision and should not be based solely upon advertising. We offer a **free initial consultation** in order to provide you with an opportunity to evaluate our firm and determine if we are the right law firm for you.*

San Antonio Office:  100 N.E. Loop 410, Suite 615 ● San Antonio, Texas 78216
T 210.426.3600  ●  F 210.426.3610
info@LCLawGroup.net

BACK TO TOP