# FW: 6th & San Jacinto

| | |
|---|---|
| From | Trey White <treywhite@villawhite.com> |
| To | 'drew jagocorp.com'<drew@jagocorp.com>, texascountry@protonmail.com<Texascountry@protonmail.com> |
| Date | Thursday, June 2nd, 2022 at 10:39 AM |

Drew/Ali: Please see the email below.

**From:** Ong, Jay <jong@munsch.com>
**Sent:** Wednesday, June 01, 2022 4:25 PM
**To:** Trey White <treywhite@villawhite.com>
**Cc:** Randy Osherow <rosherow@hotmail.com>; Robert L.Barrows <rbarrows@langleybanack.com>
**Subject:** FW: 6th & San Jacinto

Trey,

Please see below. This same expiration issue pertains to WC 511 Barton Blvd as well. As your client now owns the note in that case the Trustee proposes that it exercise its right to procure its own single interest insurance and add it to the note if it wishes to protect its collateral pending sale.

However, your client likely appreciates from its own due diligence that the Trustee's position based on his consultation with his real estate agent is that the residential structures on this lot add no value to the lot and are likely tear downs for any buyer. The estate has no money to procure insurance pending the expedited sale.

If your client ends up buying the note in 6th and San Jacinto, the Trustee's recommendation will be the same.

I am available to discuss.  Thank you

**Jay H. Ong**

Munsch Hardt Kopf & Harr, P.C.

Hartland Plaza, 1717 West 6th Street, Suite 250 / Austin, Texas 78703

Direct: +1.512.391.6124 / FAX: +1.512.391.6149 / jong@munsch.com / munsch.com

---

**From:** Robert L.Barrows <rbarrows@langleybanack.com>
**Sent:** Wednesday, June 1, 2022 2:39 PM
**To:** Todd Headden (theadden@haywardfirm.com) <theadden@haywardfirm.com>; Randy Osherow (rosherow@hotmail.com) <rosherow@hotmail.com>
**Cc:** Ong, Jay <jong@munsch.com>; Gene Meyers <gmeyers@ssbtexas.com>
**Subject:** 6th & San Jacinto

Todd and Randy:

SSBT tells me that the property and liability insurance policies on the building expired yesterday.  I'm assuming that the Trustee is not able to insure the property due to lack of funds in the Estate.  Does the Debtor plan on reinstating the policies?  In the meantime, the bank will put in place single interest insurance coverage and add the premium to its payoff.  Please let me know if you have any questions. Thank you.

**Robert L. Barrows**
*Of Counsel*

MTRP EXHIBIT 8
Page 2 of 4



**Langley & Banack, Incorporated**

Attorneys and Counselors at Law

745 East Mulberry Avenue | Suite 700

San Antonio, TX 78212

Phone   (210) 736-6600

Fax       (210) 735-6889

website | vCard | linkedin | email

San Antonio | Carrizo Springs | Eagle Pass | Karnes City | Castroville | New Braunfels | Fredericksburg | Kerrville



This email may contain confidential and privileged material for the sole use of the intended recipient; any other use is prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

**MTRP EXHIBIT 8**
**Page 3 of 4**

**MTRP EXHIBIT 8**
**Page 4 of 4**