# Re: FW: 6th & San Jacinto

| | |
|---|---|
| From | Ali Choudhri <ali@jetallcompanies.com> |
| To | texascountry@protonmail.com |
| CC | Jennifer MacGeorge<jmac@jlm-law.com>, Trey White<treywhite@villawhite.com>, 'drew jagocorp.com'<drew@jagocorp.com> |
| Date | Monday, June 6th, 2022 at 11:04 AM |

We need ability to post for august sale

Allow us to post then for August sale for both San Jacinto and 511

On Mon, Jun 6, 2022 at 10:50 AM Texascountry <Texascountry@protonmail.com> wrote:

> Trey. We need earlier relief in the stay rather then July
>
> I'd rather post for July sale
>
> They have no insurance. There is exposure
>
> I would not agree to extend or move our lift of stay
>
> Sent from Proton Mail for iOS
>
> On Thu, Jun 2, 2022 at 10:39 AM, Trey White <treywhite@villawhite.com> wrote:
>
>> Drew/Ali: Please see the email below.
>>
>> **From:** Ong, Jay <jong@munsch.com>
>> **Sent:** Wednesday, June 01, 2022 4:25 PM
>> **To:** Trey White <treywhite@villawhite.com>
>> **Cc:** Randy Osherow <rosherow@hotmail.com>; Robert L.Barrows <rbarrows@langleybanack.com>
>> **Subject:** FW: 6th & San Jacinto

MTRP EXHIBIT 9
Page 1 of 4

Trey,

Please see below. This same expiration issue pertains to WC 511 Barton Blvd as well. As your client now owns the note in that case the Trustee proposes that it exercise its right to procure its own single interest insurance and add it to the note if it wishes to protect its collateral pending sale.

However, your client likely appreciates from its own due diligence that the Trustee's position based on his consultation with his real estate agent is that the residential structures on this lot add no value to the lot and are likely tear downs for any buyer. The estate has no money to procure insurance pending the expedited sale.

If your client ends up buying the note in 6th and San Jacinto, the Trustee's recommendation will be the same.

I am available to discuss. Thank you

**Jay H. Ong**

Munsch Hardt Kopf & Harr, P.C.

Hartland Plaza, [1717 West 6th Street, Suite 250 / Austin, Texas 78703](#)

Direct: +1.512.391.6124 / FAX: +1.512.391.6149 / [jong@munsch.com](mailto:jong@munsch.com) / [munsch.com](#)

---

**From:** Robert L.Barrows <[rbarrows@langleybanack.com](mailto:rbarrows@langleybanack.com)>
**Sent:** Wednesday, June 1, 2022 2:39 PM
**To:** Todd Headden ([theadden@haywardfirm.com](mailto:theadden@haywardfirm.com)) <[theadden@haywardfirm.com](mailto:theadden@haywardfirm.com)>; Randy Osherow ([rosherow@hotmail.com](mailto:rosherow@hotmail.com)) <[rosherow@hotmail.com](mailto:rosherow@hotmail.com)>
**Cc:** Ong, Jay <[jong@munsch.com](mailto:jong@munsch.com)>; Gene Meyers <[gmeyers@ssbtexas.com](mailto:gmeyers@ssbtexas.com)>
**Subject:** 6th & San Jacinto

Todd and Randy:

SSBT tells me that the property and liability insurance policies on the building expired yesterday. I'm assuming that the Trustee is not able to insure the property due to lack of funds in the Estate. Does the Debtor plan on reinstating the policies? In the meantime, the bank will put in place single interest insurance coverage and add the premium to its payoff. Please let me know if you have any questions. Thank you.

**MTRP EXHIBIT 9**
**Page 2 of 4**

**Robert L. Barrows**

*Of Counsel*



**Langley & Banack, Incorporated**

Attorneys and Counselors at Law

[745 East Mulberry Avenue](#) | [Suite 700](#)
[San Antonio,](#) [TX](#) [78212](#)

Phone   (210) 736-6600

Fax        (210) 735-6889

[website](#) | [vCard](#) | [linkedin](#) | [email](#)

[San Antonio](#) | [Carrizo Springs](#) | [Eagle Pass](#) | [Karnes City](#) | [Castroville](#) | [New Braunfels](#) | [Fredericksburg](#) | [Kerrville](#)



This email may contain confidential and privileged material for the sole use of the intended recipient; any other use is prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

--
Ali Jetall

Jetall Companies

1001 West Loop South Suite 700

**MTRP EXHIBIT 9**
**Page 3 of 4**

Houston, Texas 77027

713-789-7654 telephone

832-403-3276 direct

281-630-6627 mobile

713-789-3331 facsimile

ali@jetallcompanies.com




Neither Jetall nor any of its subsidiaries shall be bound by or to any lease, purchase and/or sale agreement, contract or any other instrument or modification thereof, nor to any oral statement made by any person, unless the same has been reduced to writing and signed by an officer of Jetall or of its appropriate subsidiary.

**MTRP EXHIBIT 9**
**Page 4 of 4**