# 511 Barton Conf Cal

| | |
|---|---|
| From | Trey White <treywhite@villawhite.com> |
| To | 'drew jagocorp.com'<drew@jagocorp.com>, texascountry@protonmail.com<Texascountry@protonmail.com> |
| Date | Wednesday, June 8th, 2022 at 2:08 PM |

Empty Message

**2.94 KB**  1 file attached

calendar.ics 2.94 KB