# RE: FW: 21-10943-tmd Ch-7 Hearing (NF) WC 511 Barton Blvd, LLC

| | |
|---|---|
| From | Trey White <treywhite@villawhite.com> |
| To | texascountry@protonmail.com<Texascountry@protonmail.com>, 'drew jagocorp.com'<drew@jagocorp.com>, Jennifer MacGeorge<jmac@jlm-law.com> |
| Date | Wednesday, June 22nd, 2022 at 4:01 PM |

Will do.

I spoke with Todd. He is checking with his client but he believes they will be agreeable to postponing the hearing on the objection but allow NIA to credit bid the amount on the SSBT payoff. That would allow us to do some discovery including taking the 2004 exam of Nate. We would just be fighting over the default interest calculation and the attorney fees.

**From:** Texascountry <Texascountry@protonmail.com>
**Sent:** Wednesday, June 22, 2022 3:49 PM
**To:** Trey White <treywhite@villawhite.com>; 'drew jagocorp.com' <drew@jagocorp.com>; 'Jennifer MacGeorge' <jmac@jlm-law.com>
**Subject:** Re: FW: 21-10943-tmd Ch-7 Hearing (NF) WC 511 Barton Blvd, LLC

You have a draft response?   Please send over before filing

Sent from Proton Mail for iOS

On Wed, Jun 22, 2022 at 1:53 PM, Trey White <treywhite@villawhite.com> wrote:

> The hearing on the objection has been set for Monday.

**MTRP EXHIBIT 12**
**Page 1 of 4**

**From:** txwb_systems@txwb.uscourts.gov <txwb_systems@txwb.uscourts.gov>
**Sent:** Wednesday, June 22, 2022 1:45 PM
**To:** CourtMail@txwb.uscourts.gov
**Subject:** 21-10943-tmd Ch-7 Hearing (NF) WC 511 Barton Blvd, LLC

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court

Western District of Texas

Notice of Electronic Filing

The following transaction was received from Lopez, Jennifer entered on 6/22/2022 at 1:45 PM CDT and filed on 6/22/2022

| | |
|---|---|
| **Case Name:** | WC 511 Barton Blvd, LLC |
| **Case Number:** | 21-10943-tmd |
| **Document Number:** | |

**Docket Text:**
**EXPEDITED Hearing to Consider and Act Upon the Following**: (Related Document(s): [157] Objection to Claim 2, NIA ATX, LLC with Notice thereof, Filed by Todd Brice Headden for Debtor WC 511 Barton Blvd, LLC ) **Hearing Scheduled For 6/27/2022 at 10:45 AM at https://us-courts.webex.com/meet/Davis** via Webex or Phone. Call 650-479-3207 Code:160 704 4630 ...COUNSEL FOR MOVANT IS RESPONSIBLE FOR NOTICE OF HEARING. NOTICE SHOULD INCLUDE https://us-courts.webex.com/meet/Davis AND Call-in information 650-479-3207 Code:160 704 4630 (Lopez, Jennifer)

The following document(s) are associated with this transaction:

**MTRP EXHIBIT 12**
**Page 2 of 4**

**21-10943-tmd Notice will be electronically mailed to:**

Robert L. Barrows on behalf of Creditor Security State Bank & Trust
rbarrows@langleybanack.com, bchapa@langleybanack.com

Richard G. Grant on behalf of Interested Party Seth Kretzer
rgrant@cm.law, 9647801420@filings.docketbird.com

Todd Brice Headden on behalf of Debtor WC 511 Barton Blvd, LLC
theadden@haywardfirm.com

Thanhan Nguyen on behalf of Trustee Randolph N Osherow
anguyen@munsch.com

Jay Ong on behalf of Trustee Randolph N Osherow
jong@munsch.com, amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Randolph N Osherow
rosherow@hotmail.com, rosherow@ecf.axosfs.com

Randolph N Osherow on behalf of Trustee Randolph N Osherow
rosherow@hotmail.com, rosherow@ecf.axosfs.com

Stephen A. Roberts on behalf of Interested Party Rising Tide Investments, LLC
sroberts@srobertslawfirm.com, 1222805420@filings.docketbird.com

John C. Roy on behalf of U.S. Trustee United States Trustee - AU12
casey.roy@usdoj.gov, gary.wright3@usdoj.gov

Ron Satija on behalf of Debtor WC 511 Barton Blvd, LLC
rsatija@haywardfirm.com, SVillarreal@haywardfirm.com

Jason A. Starks on behalf of Creditor Travis County
bkecf@traviscountytx.gov

Steve Turner on behalf of Trustee Randolph N Osherow
wdecf@BDFGROUP.com

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

**MTRP EXHIBIT 12**
**Page 3 of 4**

James W Volberding on behalf of Interested Party Seth Kretzer
jamesvolberding@gmail.com, akennonassistant@gmail.com

Kimberly A. Walsh on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov

Lynnette R. Warman on behalf of Interested Party Seth Kretzer
lwarman@cm.law, lynnette.warman@att.net

Morris E. "Trey" White, III on behalf of Creditor NIA ATX LLC
treywhite@villawhite.com, ecfnotices@villawhite.com;bankruptcysa@gmail.com

Natalie F. Wilson on behalf of Creditor Security State Bank & Trust
nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com

**21-10943-tmd Notice will not be electronically mailed to:**

Kent P. Myers
Institutional Property Advisors of Marcu
9600 N. Mopac Expwy
Suite 300
Austin, TX 78759

**MTRP EXHIBIT 12**
**Page 4 of 4**