# FW: WC 511 Barton Blvd. LLC (21-10943) Objection to NIA ATX's Secured Claim Amount- Request to Expedite

| | |
|---|---|
| From | Trey White <treywhite@villawhite.com> |
| To | texascountry@protonmail.com<Texascountry@protonmail.com>, 'drew jagocorp.com'<drew@jagocorp.com> |
| Date | Thursday, June 23rd, 2022 at 12:53 PM |

Please confirm that the below is acceptable.

**From:** Todd Headden <theadden@haywardfirm.com>
**Sent:** Thursday, June 23, 2022 11:50 AM
**To:** Trey White <treywhite@villawhite.com>
**Cc:** Ron Satija <rsatija@haywardfirm.com>
**Subject:** RE: WC 511 Barton Blvd. LLC (21-10943) Objection to NIA ATX's Secured Claim Amount- Request to Expedite

Trey,

I am trying to get the client to agree to the proposal of limiting the amount for credit bid purposes and proceed to dispute the amount of the secured claim at a later date, presumably July 25th.

In the Debtor's objection, we sought the limitation of the claim to the amount of SSBT's payoff statement adjusted to May 18th. I have attached that payoff statement for your convenience. I calculate the adjusted amount as $3,940,990.36.

SSBT previously calculated their secured claim at $3,900,829.60 as of April 25th with a per diem of $1,746.12. The per diem over the 23 days would yield interest of $40,160.76.

Upon confirmation from my client that they agree with the proposal and from you as well, I'd be happy to draft the agreed order and will circulate to the Trustee's counsel as well.

In the meantime, I will be working on the W&E list for Monday's hearing (among other tasks).

Regards,

Todd

---

**From:** Trey White <treywhite@villawhite.com>
**Sent:** Wednesday, June 22, 2022 11:39 AM
**To:** Todd Headden <theadden@haywardfirm.com>; 'Roy, Casey (USTP)' <Casey.Roy@usdoj.gov>; 'Jay H. Ong - Munsch Hardt Kopf & Harr,P.C' <jong@munsch.com>
**Subject:** RE: WC 511 Barton Blvd. LLC (21-10943) Objection to NIA ATX's Secured Claim Amount- Request to Expedite

Todd: Please note on the COC that NIA ATX LLC opposes an expedited setting. Please call me at your earliest convenience to discuss.

---

**From:** Todd Headden <theadden@haywardfirm.com>
**Sent:** Tuesday, June 21, 2022 10:54 PM
**To:** Roy, Casey (USTP) <Casey.Roy@usdoj.gov>; Jay H. Ong - Munsch Hardt Kopf & Harr,P.C (jong@munsch.com) <jong@munsch.com>; 'Trey White (treywhite@villawhite.com)' <treywhite@villawhite.com>
**Subject:** WC 511 Barton Blvd. LLC (21-10943) Objection to NIA ATX's Secured Claim Amount- Request to Expedite

All,

**MTRP EXHIBIT 13**
**Page 2 of 4**

Please find attached the motion to expedite consideration of the Debtor's previously filed objection to NIA ATX's secured claim amount. I apologize that I failed to circulate this when I filed the underlying motion, but this should be expedited to, at a minimum, be heard before the auction on July 7th, if not before the bid deadline of June 28th.

Please advise at your earliest convenience if your client oppose expedited consideration. I will update the certificate of conference accordingly. I intend to file the motion by noon tomorrow.

Regards,

Todd

*Todd Headden*

**Hayward PLLC**

901 Mopac Expressway South,

Building 1, Suite 300

Austin, Texas 78746

theadden@haywardfirm.com

737.881.7104 (Direct/Fax)



MTRP EXHIBIT 13
Page 3 of 4

**30.36 KB**  1 file attached   1 embedded image

Ex. A. 2022 03 31 WC 511 BC Security Bank Payoff.pdf  25.63 KB

**MTRP EXHIBIT 13**
**Page 4 of 4**