# NIA ATX Principals

| From | Trey White <treywhite@villawhite.com> |
|------|---------------------------------------|
| To | texascountry@protonmail.com<Texascountry@protonmail.com>, 'drew jagocorp.com'<drew@jagocorp.com> |
| Date | Friday, June 24th, 2022 at 1:19 PM |

Ali:  Just so you know, Todd has been hounding me about disclosing the names of the principals for NIA ATX.  So far I have dodged the question.  However, I think I is likely that he will ask that question of Drew on Monday at the hearing. I will of course object but there is a good chance that Judge Davis will require the disclosure.  See the attached transcript (page 3 line 11-21) where Judge Davis essentially required such disclosure.  (Todd sent this to me.)

Morris E. "Trey" White III

Villa & White LLP

1100 N.W. Loop 410, Suite 802

San Antonio, Texas 78213

Tel: (210) 225-4500

Fax: (210) 212-4649

Direct Line: (210) 254-9723

This Transmission contains information from the law firm of Villa & White LLP and is confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone immediately at (210) 225-4500.

IRS Circular 230 Disclosure (U.S. Federal Tax Advice):  To ensure compliance with the requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**MTRP EXHIBIT 15**
**Page 1 of 2**

**145.96 KB**   1 file attached

Austin_WC 4th and Colorado_091520.pdf  145.96 KB