# Re: FW: WC 511 Barton Blvd. LLC and 6th and San Jacinto LLC sale closings

| | |
|---|---|
| From | texascountry@protonmail.com <Texascountry@protonmail.com> |
| To | Trey White<treywhite@villawhite.com> |
| CC | 'drew jagocorp.com'<drew@jagocorp.com>, 'Jennifer MacGeorge'<jennifer@jetallcompanies.com> |
| BCC | Ali Choudhri<ali@jetallcompanies.com> |
| Date | Wednesday, July 13th, 2022 at 1:30 PM |

$4,012,581.28

$5,659,938.98

The above amounts are correct?   Does this include the Per diem?

Sent with [Proton Mail](#) secure email.

------- Original Message -------
On Wednesday, July 13th, 2022 at 1:24 PM, Trey White <treywhite@villawhite.com> wrote:

> Drew:  Upon confirmation of the receipt of funds, Please execute these releases and get the originals to Jay Ong on Friday.
>
> Please note that NIA will have a lien a the sales proceeds held by the Trustee for the disputed amounts pursuant to the Final Sale Order.
>
> **From:** Ong, Jay <jong@munsch.com>
> **Sent:** Tuesday, July 12, 2022 1:47 PM
> **To:** Trey White <treywhite@villawhite.com>
> **Cc:** 'Stephen Roberts' <sroberts@srobertslawfirm.com>; 'Randy Osherow' <rosherow@hotmail.com>; Nguyen, An <anguyen@munsch.com>; Sheena Paul <spaul@world-

class.com>

**Subject:** RE: WC 511 Barton Blvd. LLC and 6th and San Jacinto LLC sale closings
**Importance:** High

Trey,

Closing of the WC 511 Barton BLVD and 6th and San Jacinto sales to Rising Tide are scheduled for tomorrow morning. Please provide wire instructions per the Trustee's request below.. If we are not provided wire instructions we will deliver distribution checks to your office.

Also, as provided in the Court's orders authorizing the sales, the lender is required to provide executed lien releases to the buyer for recording within 3 days of the closing. We have prepared the attached lien releases for your convenience. Please let us know if you have any comments and if none, please proceed to have them executed by the lender. I will request them following the closing payments to your client. Thank you.

**Jay H.. Ong**

Munsch Hardt Kopf & Harr, P.C.

Hartland Plaza, 1717 West 6th Street, Suite 250 / Austin, Texas 78703

Direct: +1.512.391.6124 / Mobile: +1.512.689.1099 / Fax: +1.512.391.6149 / jong@munsch.com / munsch.com

For information and updates on the coronavirus, visit Munsch Hardt's COVID-19 Business Resource Page.

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

**MTRP EXHIBIT 16**
**Page 2 of 4**

**Jay H. Ong**

Munsch Hardt Kopf & Harr, P.C.

Hartland Plaza, 1717 West 6th Street, Suite 250 / Austin, Texas 78703

Direct: +1.512.391.6124 / FAX: +1.512.391.6149 / jong@munsch.com / munsch.com

---

**From:** Ong, Jay
**Sent:** Friday, July 8, 2022 11:35 AM
**To:** Trey White <treywhite@villawhite.com>
**Cc:** 'Stephen Roberts' <sroberts@srobertslawfirm.com>; 'Randy Osherow' <rosherow@hotmail.com>; Nguyen, An <anguyen@munsch.com>
**Subject:** WC 511 Barton Blvd. LLC and 6th and San Jacinto LLC sale closings

Trey,

Please provide wire instructions for the closing payments to the lender for each / both of these cases. Thank you

**Jay H.. Ong**

Munsch Hardt Kopf & Harr, P.C.

Hartland Plaza, 1717 West 6th Street, Suite 250 / Austin, Texas 78703

Direct: +1.512.391.6124 / Mobile: +1.512.689.1099 / Fax: +1.512.391.6149 / jong@munsch.com / munsch.com

**MTRP EXHIBIT 16**
**Page 3 of 4**

For information and updates on the coronavirus, visit Munsch Hardt's COVID-19 Business Resource Page.

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

**Jay H. Ong**

Munsch Hardt Kopf & Harr, P.C.

Hartland Plaza, 1717 West 6th Street, Suite 250 / Austin, Texas 78703

Direct: +1.512.391.6124 / FAX: +1.512.391.6149 / jong@munsch.com / munsch.com