# FW: Invoice #821 from Villa & White L.L.P.

| | |
|---|---|
| From | Trey White <treywhite@villawhite.com> |
| To | texascountry@protonmail.com<Texascountry@protonmail.com> |
| Date | Monday, August 22nd, 2022 at 3:23 PM |

Ali: Can you get this processed? I would appreciate it.

-----Original Message-----
From: Trey White <treywhite@villawhite.com>
Sent: Saturday, August 13, 2022 10:03 AM
To: 'drew@jagocorp.com' <drew@jagocorp.com>
Subject: Invoice #821 from Villa & White L.L.P.


Your most recent invoice is attached. Please review and submit your payment.

Client:
 NIA ATX LLC

Re:
 World Class Bankruptcy Cases

Invoice #:
 821

Amount:
 $21,360.00

Thank you for your business.

Villa & White L.L.P.
1100 N.W. Loop 410
Suite 802
San Antonio, TX
78213

**MTRP EXHIBIT 17**
**Page 1 of 2**

**53.83 KB**  2 files attached

| 821.pdf 9.97 KB | WIRE INSTRUCTIONS TRUST ACCOUNT.pdf 43.86 KB |