# RE: World Class Bankruptcy Cases

| | |
|---|---|
| From | Trey White <treywhite@villawhite.com> |
| To | texascountry@protonmail.com<Texascountry@protonmail.com> |
| Date | Wednesday, December 14th, 2022 at 1:46 PM |

I just resent an email with the reports. All cases were billed under the same matter number.

**From:** Texascountry <Texascountry@protonmail.com>
**Sent:** Wednesday, December 14, 2022 12:38 PM
**To:** Trey White <treywhite@villawhite.com>
**Cc:** drew@jagocorp.com
**Subject:** Re: World Class Bankruptcy Cases

Trey,

I am trying to get this all squared up and paid to you.

Accounting is auditing the billing and has questions and questioning how to allocate to the diff files we have.

Can you send me complete invoices showing how much has been paid, whats been paid and what has not and for what matters.

I appreciate it.

Sent with [Proton Mail](#) secure email.

------- Original Message -------
On Friday, November 11th, 2022 at 8:53 AM, Trey White <treywhite@villawhite.com> wrote:

> Please find your Past Due Statement attached.
>
> Morris E. "Trey" White III
>
> Villa & White LLP
>
> 1100 N.W. Loop 410, Suite 802
>
> San Antonio, Texas 78213
>
> Tel: (210) 225-4500
>
> Fax: (210) 212-4649
>
> Direct Line: (210) 254-9723
>
> This Transmission contains information from the law firm of Villa & White LLP and is confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone immediately at (210) 225-4500.
>
> IRS Circular 230 Disclosure (U.S. Federal Tax Advice):  To ensure compliance with the requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**MTRP EXHIBIT 19**
**Page 2 of 3**

**MTRP EXHIBIT 19**
**Page 3 of 3**