# Objection

| From | Trey White <treywhite@villawhite.com> |
|------|------|
| To | texascountry@protonmail.com <Texascountry@protonmail.com> |
| Date | Tuesday, May 17th, 2022 at 3:37 PM |

Please review.

Morris E. "Trey" White III

Villa & White LLP

1100 N.W. Loop 410, Suite 802

San Antonio, Texas 78213

Tel: (210) 225-4500

Fax: (210) 212-4649

Direct Line: (210) 254-9723

This Transmission contains information from the law firm of Villa & White LLP and is confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone immediately at (210) 225-4500.

IRS Circular 230 Disclosure (U.S. Federal Tax Advice):  To ensure compliance with the requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**29.59 KB**   1 file attached

| Objection to Motion to Sell.doc 29.59 KB |
|------|

**MTRP EXHIBIT 21**