# FW: 20-11107-hcm Ch-7 Order Regarding Matter (Bankruptcy) WC South Congress Square LLC

| | |
|---|---|
| From | Trey White <treywhite@villawhite.com> |
| To | texascountry@protonmail.com<Texascountry@protonmail.com> |
| Date | Wednesday, March 22nd, 2023 at 10:28 AM |

Ali: Can I please get paid out of these proceeds once received? The outstanding balance is $22,320.00.

**From:** txwb_systems@txwb.uscourts.gov <txwb_systems@txwb.uscourts.gov>
**Sent:** Wednesday, March 22, 2023 8:19 AM
**To:** CourtMail@txwb.uscourts.gov
**Subject:** 20-11107-hcm Ch-7 Order Regarding Matter (Bankruptcy) WC South Congress Square LLC

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court

Western District of Texas

Notice of Electronic Filing

The following transaction was received from Boyd, Laurie entered on 3/22/2023 at 8:18 AM CDT and filed on 3/22/2023

| | |
|---|---|
| **Case Name:** | WC South Congress Square LLC |
| **Case Number:** | 20-11107-hcm |

MTRP EXHIBIT 22
Page 1 of 5

**Document Number:** 585

**Docket Text:**

Order Regarding (related document(s): [507] Motion for Authority to Pay (Partial) Refund of Earnest Money Deposit to NIA ATX, LLC *(21 Day Objection Language)* filed by Thanhan Nguyen for Trustee Randolph N Osherow (Attachments: # 1 Proposed Order)(Nguyen, Thanhan) (Related Document(s): [315] Order Regarding (related document(s): [245] Expedited Motion to Sell Property Free and Clear of Liens 11 USC 363(f), , ( Filing Fee: $ 188.00 ) filed by Thanhan Nguyen for Trustee Randolph N Osherow (Attachments: # 1 Exhibit A (Proposed Notice) # 2 Exhibit B (Form of Purchase Agreement) # 3 Proposed Order (Initial) # 4 Proposed Order (Final))) (Order entered on 8/1/2022))) (Order entered on 3/22/2023) (Boyd, Laurie)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:**/tmp/918928-signed.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988230274 [Date=3/22/2023] [FileNumber=28173884-0
] [6fb1f519f05443b4a0c3dee9d87c2fdae6cc277e1d2afa14cb72cffe05a8b61637d
2bceaf91df8c341cae809f3eb4b7da0b4b35b8d5b25d5903f1fd24d2eeb67]]

**20-11107-hcm Notice will be electronically mailed to:**

Rachel Layne Biblo Block on behalf of Interested Party Kennedy Lewis Investment Management LLC
rbibloblock@akingump.com, bkemp@akingump.com

Lynn Hamilton Butler on behalf of Interested Party KL Horns Up LLC
lynn.butler@huschblackwell.com,
penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;elizabeth-spivey-5378@ecf.pacerpro.com;lynn-hamilton-butler-2113@ecf.pacerpro.com

Lynn Hamilton Butler on behalf of Interested Party Kennedy Lewis Investment Management LLC
lynn.butler@huschblackwell.com,
penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;elizabeth-spivey-5378@ecf.pacerpro.com;lynn-hamilton-butler-2113@ecf.pacerpro.com

Richard G. Grant on behalf of Interested Party Seth Kretzer
rgrant@cm.law, 9647801420@filings.docketbird.com

**MTRP EXHIBIT 22**
**Page 2 of 5**

T. Josh Judd on behalf of Interested Party Related Texas LLC
jjudd@andrewsmyers.com, sray@andrewsmyers.com

Seth E. Meisel on behalf of Interested Party NIA ATX LLC
smeisel@dbcllp.com, lsnedden@dbcllp.com;lmunyon@dbcllp.com

Kell C. Mercer on behalf of Creditor 510 South Congress Lender LLC
kell.mercer@mercer-law-pc.com

Thanhan Nguyen on behalf of Trustee Randolph N Osherow
anguyen@munsch.com

Jay Ong on behalf of Interested Party Randolph Osherow
jong@munsch.com, amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Jay Ong on behalf of Trustee Randolph N Osherow
jong@munsch.com, amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Randolph N Osherow
rosherow@hotmail.com, rosherow@ecf.axosfs.com

Mark H Ralston on behalf of Debtor WC South Congress Square LLC
mralston@fishmanjackson.com, sjames@fjrpllc.com;ralstonlaw@gmail.com;LAWeisbruch@fjrpllc.com

Mark H Ralston on behalf of Interested Party Columbia Consulting Group PLLC
mralston@fishmanjackson.com, sjames@fjrpllc.com;ralstonlaw@gmail.com;LAWeisbruch@fjrpllc.com

Edward L Ripley on behalf of Interested Party Related Texas LLC
eripley@andrewsmyers.com, sray@andrewsmyers.com

Stephen A. Roberts on behalf of Interested Party World Class Holdings VI, LLC
sroberts@srobertslawfirm.com, 1222805420@filings.docketbird.com

Stephen A. Roberts on behalf of Interested Party World Class Holdings, LLC
sroberts@srobertslawfirm.com, 1222805420@filings.docketbird.com

Stephen A. Roberts on behalf of Interested Party Natin Paul
sroberts@srobertslawfirm.com, 1222805420@filings.docketbird.com

John C. Roy on behalf of U.S. Trustee United States Trustee - AU12

MTRRB EXHIBIT 22
Page 3 of 5

casey.roy@usdoj.gov, gary.wright3@usdoj.gov

Jason A. Starks on behalf of Creditor Travis County
bkecf@traviscountytx.gov

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

James W Volberding on behalf of Interested Party Seth Kretzer
jamesvolberding@gmail.com, akennonassistant@gmail.com

Kimberly A. Walsh on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov

Lynnette R. Warman on behalf of Interested Party Seth Kretzer
lwarman@cm.law, lynnette.warman@att.net

Jennifer Francine Wertz on behalf of Creditor 510 South Congress Lender LLC
jwertz@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Morris E. "Trey" White, III on behalf of Interested Party NIA ATX LLC
treywhite@villawhite.com, ecfnotices@villawhite.com;bankruptcysa@gmail.com

**20-11107-hcm Notice will not be electronically mailed to:**

Cushman & Wakefield
200 W. Cesar Chavez
Austin, TX 78701

Brad M. Kahn on behalf of Interested Party Kennedy Lewis Investment Management LLC
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Lacy M. Lawrence on behalf of Interested Party Kennedy Lewis Investment Management LLC
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201

**MTRP EXHIBIT 22**
**Page 4 of 5**

Munsch Hardt Kopf & Harr, P.C.
,

Kent P. Myers
Marcus & Millichap
9600 N. Mopac Expwy
Suite 300
Austin, TX 78759

**MTRP EXHIBIT 22**
**Page 5 of 5**