**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIC (Lavernia) LLC | § | Case No. 24-51195-mmp |
| | § | Chapter 11 |
| Debtor. | § | |

**NOTICE OF AMENDMENT TO NEGATIVE NOTICE LANGUAGE IN MOTION OF TRAVIS VARGO, STATE COURT APPOINTED RECEIVER, TO SHOW AUTHORITY OF JUSTIN RAYOME AND CAVAZOS HENDRICKS POIROT, P.C., INCLUDING LYNDEL VARGAS, TO REPRESENT OTISCO RDX, LLC AND MILESTONE CAPITAL CRE 1, LLC AND TO STRIKE PLEADINGS [ECF 277]**

It has come to the attention of the undersigned that the Negative Notice Language included in the *Motion of Travis Vargo, State Court Appointed Receiver, to Show Authority Of Justin Rayome and Cavazos Hendricks Poirot, P.C., Including Lyndel Vargas, to Represent Otisco RDX, LLC and Milestone Capital CRE 1, LLC, and to Strike Pleadings* filed at **ECF 277** (the "Receiver's Motion") contained an error in that the address for the Bankruptcy Clerk's Office was *incorrect*. The corrected Negative Notice Language for the Receiver's Motion is:

> **This pleading requests relief that may be adverse to your interests.**
>
> **If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**
>
> **A timely filed response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, *Hipolito F. Garcia Federal Building and United States Courthouse 615 East Houston Street, Room 597, San Antonio, Texas 78205*. If a timely response is filed, the Court will then set a hearing on the Motion, and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Motion.**

Any responses should be filed with the Clerk at the Hipolito F. Garcia Federal Building and

United States Courthouse 615 East Houston Street, Room 597, San Antonio, Texas 78205.

        Respectfully submitted,

        LUTTRELL + CARMODY LAW GROUP
        One International Centre
        100 NE Loop 410, Suite 615
        San Antonio, Texas 78216
        Tel. 210.426.3600
        luttrell@lclawgroup.net

        By: /s/ *Leslie M. Luttrell*
        Leslie M. Luttrell
        State Bar No. 12708650

        **ATTORNEYS FOR TRAVIS VARGO, COURT APPOINTED RECEIVER**

## CERTIFICATE OF SERVICE

  I do hereby certify that on the 6th day of October, 2025, I caused a copy of the foregoing instrument to be served to the Debtor, Trustee, and all parties listed on the attached service list either through the Court's ECF System or via U.S. First Class Mail, postage prepaid.

**Debtor**
RIC (Lavernia) LLC
162 Cumberland Street, Suite 300
Toronto, ON M5R 3N5

**Attorney for the Debtor**
Robert Luke Graham
Justin Hanna
Bryan Cave Leighton Paisner LLP
2200 Ross Avenue #4200W
Dallas, TX 75201

Kyle Hirsch
Bryan Cave Leighton Paisner LLP
Two North Central Ave, Suite 2100
Phoenix, AZ 85004-4406

Brigid K Ndege
Bryan Cave Leighton Paisner
161 N Clark St
Ste 4300,
Chicago, IL 60605

**US Trustee's Office**
Shane P. Tobin
903 San Jacinto Blvd.
Room 230
Austin, TX 78701

**Other Lawyers**
Lyndel Vargas
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202

Justin Rayome
1001 West Loop South, Suite 700
Houston, TX 77027

        */s/ Leslie M. Luttrell*
        Leslie M. Luttrell