## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIC (Lavernia) LLC | § | Case No. 24-51195-mmp |
| | § | Chapter 11 |
| Debtor. | § | |

**AMENDED WITNESS AND EXHIBIT LIST OF TRAVIS B. VARGO, COURT-APPOINTED RECEIVER FOR HEARING ON THE EMERGENCY MOTION TO DISQUALIFY LUTTRELL & CARMODY LAW GROUP AS ATTORNEYS FOR TRAVIS VARGO**

TO THE HONORABLE MICHAEL M. PARKER,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, TRAVIS B. VARGO, Court-Appointed Receiver,[1] and files his Amended Witness and Exhibit List to be used in connection with the October 8, 2025 hearing on the *Emergency Motion to Disqualify Luttrell & Carmody Law Group as Attorneys for Travis Vargo* [ECF 219]. Mr. Vargo may call the following witnesses and offer the following exhibits:

### LIST OF WITNESSES

1. Morris E. "Trey" White
2. Any witness called by Debtor, any other party in interest that may appear and seek to be heard at the hearing, and any rebuttal witness as may be required.

Plaintiffs reserve the right to examine any witness called by any other party and to present any witnesses for rebuttal or impeachment.

---

[1] Travis Vargo was appointed as the Receiver of Ali Choudhri in Cause No. 2012-27197-A styled *Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri*, pending in the 333rd Judicial District Court of Harris County, Texas and of Ali Choudhri, Dalio Holdings I LLC, and Dalio Holdings II LLC in Cause No. 2012-27197-D styled *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri and Angel Valle*, pending in the 333rd Judicial District Court of Harris County, Texas.

## **LIST OF EXHIBITS**

| Exhibit No. | Description | Offered | Objected | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Villa & White, LLP Contractual Agreement for Legal Services | | | | |
| 2 | Certificate of Formation – NIA ATX LLC | | | | |
| 2-A | June 27, 2022 email from J. MacGeorge to T. White | | | | |
| 3 | 2023 Public Information Report – NIA ATX LLC | | | | |
| 4 | 2024 Public Information Report – NIA ATX LLC | | | | |
| 5 | Forfeiture pursuant to Section 171.309 of the Texas Tax Code of NIA ATX LLC | | | | |
| 6 | Franchise Tax Account Status as of October 3, 2025 | | | | |
| 7 | Luttrell + Carmody Law Group Engagement Letter | | | | |
| | Any demonstrative exhibits as may be used in connection with the Hearing | | | | |
| | Any other pleading or exhibit previously filed with the Court | | | | |
| | All exhibits presented or admitted through Debtor and any other party and rebuttal exhibits as required. | | | | |

**Travis B. Vargo reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the hearing.**

Respectfully submitted,

LUTTRELL + CARMODY LAW GROUP
One International Centre
100 NE Loop 410, Suite 615
San Antonio, Texas 78216
Tel. 210.426.3600

By: /s/ Leslie M. Luttrell
Leslie M. Luttrell
State Bar No. 12708650

**ATTORNEYS FOR TRAVIS B. VARGO, COURT APPOINTED RECEIVER**

## CERTIFICATE OF SERVICE

I do hereby certify that on the 6th day of October 2025, I caused a copy of the foregoing instrument to be served to the Debtor, Debtor's Counsel, Trustee, and all parties listed on the attached service list either through the Court's ECF System or via U.S. First Class Mail, postage prepaid.

**Debtor**
RIC (Lavernia) LLC
162 Cumberland Street, Suite 300
Toronto, ON M5R 3N5

**Other Lawyers**
Lyndel A. Vargas
Cavazos Hendricks Poirot, P.C.
900 Jackson St., Suite 750
Dallas, Texas 75202

**Attorneys for Debtor**
Robert Luke Graham
Justin Hanna
Bryan Cave Leighton Paisner LLP
2200 Ross Avenue #4200W
Dallas, TX 75201

Kyle Hirsch
Bryan Cave Leighton Paisner LLP
Two North Central Ave, Suite 2100
Phoenix, AZ 85004-4406

Brigid K Ndege
Bryan Cave Leighton Paisner
161 N Clark St
Ste 4300,
Chicago, IL 60605

/s/ Leslie M. Luttrell
Leslie M. Luttrell