**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 06, 2025.**



_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

### ORDER SETTING DEADLINE

The Court entered an *Order* (ECF No. 281) granting expedited consideration of Travis Vargo's *Motion to Show Authority* (ECF No. 277), setting the hearing on the *Motion* for October 8, 2025, at 10:00 AM. The Court finds it appropriate to set a deadline for the respondents to the *Motion* to file a response before the hearing. The Court therefore

**ORDERS** that the respondents to the *Motion* (ECF No. 277), including Justin Rayome and Cavazos Hendricks Poirot, PC, including Lyndes Vargas, must file any response to the *Motion* no later than **October 7, 2025, at 4:00 PM**

### # # #