**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIC (Lavernia) LLC | § | Case No. 24-51195-mmp |
| | § | Chapter 11 |
| Debtor. | § | |

**OBJECTION OF TRAVIS VARGO, STATE COURT APPOINTED RECEIVER, TO MILESTONE CAPITAL CRE 1 LLC AND OTISCO RDX, LLC'S SECOND AMENDED EMERGENCY MOTION TO DISMISS BANKRUPTCY CASE [ECF 237]**

TO THE HONORABLE MICHAEL PARKER,
UNITED STATES BANKRUPTY JUDGE:

COMES NOW, Travis Vargo, the State Court appointed Receiver, and files this his *Objection of Travis Vargo, State Court Appointed Receiver, To Milestone Capital CRE 1 LLC and Otisco RDX, LLC'S Second Amended Emergency Motion to Dismiss Bankruptcy Case [ECF 237]* (the "Receiver's Objection") and in support thereof would respectfully show the Court as follows:

**I.**
**INCORPORATION OF PENDING PLEADINGS**

1. Travis Vargo, in his capacity as the State Court appointed receiver (the "Receiver"), incorporates by reference the facts and arguments set forth in his *Motion To Show Authority Of Justin Rayome and Cavazos Hendricks Poirot, P.C., including Lyndel Vargas, to Represent Otisco RDX, LLC and Milestone Capital CRE 1, LLC And Strike Pleadings* [ECF 277] and files this objection without consenting to or conceding that the Second Amended Motion to Dismiss is an authorized filing by or on behalf of Milestone Capital CRE 1 LLC ("Milestone") and/or Otisco RDX, LLC ("Otisco").

## II.
## OBJECTION TO RELIEF REQUESTED

2. The Receiver contends that the relief requested by Milestone and Otisco in the form of the dismissal of the instant bankruptcy proceeding is yet another attempt by Ali Choudhri ("Choudhri") to subvert the ends of justice and avoid payment of the obligations owing to his creditors.

3. The issues which form the basis of the request for dismissal are presently pending before this Court in the adversary proceedings filed by Justin Rayome on behalf of Milestone and Otisco. While the issues may be real, they are the assets which are under the control of the Receiver pursuant to the terms and conditions of the Receivership Orders on file in this proceeding as ECF 208 and *WC 4th & Colo. v. Colo. Third St., LLC*, 2025 Tex. App. LEXIS 2857* (Tex. App. Houston [14th Dist.] 2025). Additionally, the Debtor has filed its plan, while imperfect, the issues that exist can and should be addressed by the Receiver with goal towards maximizing the recovery to bona fide creditors and not for the further obfuscation by Choudhri.

4. The Receiver contends that neither Rayome nor the Cavazos Hendricks firm have the authority act on behalf of Milestone and/or Otisco under the Receivership Orders and *WC 4th & Colo.* and, accordingly, the Motion to Dismiss should be denied.

WHEREFORE, PREMISES CONSIDERED the Receiver respectfully requests that the Court, find that the Second Motion to Dismiss should be denied, that Ali Choudhri has no authority over Otisco or Milestone, that Justin Rayome and Cavazos Hendricks Poirot, P.C., including Lyndel Vargas, are not authorized to represent Otisco or Milestone, and that all pleadings filed by Rayome and Cavazos Hendricks Poirot, P.C.in this proceeding on behalf of Otisco or Milestone, including the Second Motion to Dismiss, should be

stricken, together with such other and further relief at law or in equity to which he may show himself entitled.

Dated this 7th day of October 2025.

                                Respectfully submitted,

                                Luttrell + Carmody Law Group
                                One International Centre
                                100 N.E. Loop 410, Suite 615
                                San Antonio, Texas 78216
                                Tel.  210.426.3600
                                Fax  210.426.3610

                                By: <u>/s/ Leslie M. Luttrell</u>
                                      Leslie M. Luttrell
                                      State Bar No. 12708650
                                      luttrell@lclawgroup.net

                                **ATTORNEYS FOR TRAVIS B. VARGO, STATE COURT APPOINTED RECEIVER**

## **CERTIFICATE OF SERVICE**

      I, Leslie M. Luttrell, do hereby certify that on the 7th day of October, 2025, I caused a copy of the foregoing pleading to be served to the Debtor, all parties receiving electronic notice, and all parties on the attached creditor mailing matrix either through the Court's ECF System or via U.S. First Class Mail, postage prepaid.

**Debtor**
RIC (Lavernia) LLC
162 Cumberland Street, Suite 300
Toronto, ON M5R 3N5

**US Trustee's Office**
Shane P. Tobin
903 San Jacinto Blvd.
Room 230
Austin, TX 78701

**Counsel for Debtor**
Robert Luke Graham
Justin Hanna
Bryan Cave Leighton Paisner LLP
2200 Ross Avenue #4200W
Dallas, TX 75201

Kyle Hirsch
Bryan Cave Leighton Paisner LLP
Two North Central Ave, Suite 2100
Phoenix, AZ 85004-4406

Brigid K Ndege
Bryan Cave Leighton Paisner
161 N Clark St
Ste 4300,
Chicago, IL 60605

**Other Lawyers**
Lyndel Vargas
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202

Justin Rayome
1001 West Loop South, Suite 700
Houston, TX 77027

      /s/ Leslie M. Luttrell
      Leslie M. Luttrell