| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 24-51195-mmp<br>Western District of Texas<br>San Antonio<br>Tue Oct  7 15:48:25 CDT 2025 | U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 | Ali Choudhri<br>1001 West Loop South, Suite 700<br>Houston, TX 77027-9033 |
| Andres Cedillos<br>3951 FM 1303<br>Floresville, TX 78114-6440 | FNA VII, LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd., Ste. 850<br>Dallas, TX 75251-1364 | George H. Spencer, Jr.<br>Langley Banack, Inc.<br>Trinity Plaza II, Seventh Floor<br>745 Mulberry<br>San Antonio, TX 78212-3141 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | John Daves<br>The Daves Law Firm<br>3624 North Hills Drive<br>Suite B100<br>Austin, TX 78731-3242 | John and Lori Daves<br>331 Story Drive<br>Buda, TX 78610-3340 |
| Lori Daves and John Daves<br>c/o Natalie F. Wilson<br>Langley & Banack, Inc.<br>745 E. Mulberry, Ste. 700<br>San Antonio, TX 78212-3172 | Milestone Capital CRE 1, LLC<br>2704 Joanel Street<br>Houston, TX 77027-5304 | Milestone Capital CRE 1, LLC<br>c/o Lyndel Vargas<br>Cavazos Hendricks Poirot, P.C.<br>900 Jackson Street, Suite 570<br>Dallas, TX 75202-2413 |
| Office of the United States Trustee<br>615 E. Houston Street<br>Suite 533<br>San Antonio, TX 78205-2055 | Otisco RDX, LLC<br>c/o Lyndel Vargas<br>Cavazos Hendricks Poirot, P.C.<br>900 Jackson Street, Suite 570<br>Dallas, TX 75202-2413 | Peter J. Stanton<br>The Law Offices of Peter J. Stanton<br>111 Soledad<br>Suite 470<br>San Antonio, TX 78205-2243 |
| Propel Financial Services as agent<br>and attorney in fact for FNA VII, LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd, Ste 850<br>Dallas, TX 75251-1364 | Propel Financial Services, as Agent for FNA<br>12672 Silicon Drive, Suite 150<br>San Antonio, TX 78249-3450 | TIG Romspen US Master Mortgage LP<br>c/o Lynn Hamilton Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701-4093 |
| The Wilson County Tax Collector<br>c/o Linebarger Goggan Blair Sampson<br>Terrace 2<br>2700 Via Fortuna Drive, Suite 500<br>Austin, TX 78746-7998 | Travis B. Vargo<br>c/o Leslie M. Luttrell<br>Luttrell + Carmody Law Group<br>100 N.E. Loop 410, Suite 615<br>San Antonio, Texas 78216-4713 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>San Antonio, TX 78205-2055 |
| (p)LINEBARGER GOGGAN BLAIR & SAMPSON  LLP<br>ATTN DON STECKER<br>112 E PECAN<br>SUITE 2200<br>SAN ANTONIO TX 78205-1588 | Wilson County Tax Collector<br>Attn Dawn P. Barnett<br>1 Library Lane<br>Floresville, TX 78114-2239 | Brigid K Ndege<br>Bryan Cave Leighton Paisner<br>161 N Clark St<br>Ste 4300,<br>Chicago, IL 60601-3315 |
| Justin Hanna<br>Bryan Cave Leighton Paisner LLP<br>2200 Ross Avenue<br>Suite 4200w<br>Dallas, TX 75201-2763 | Kyle Hirsch<br>Bryan Cave Leighton Paisner LLP<br>Two North Central Ave, Suite 2100<br>Phoenix, AZ 85004-4533 | Robert Luke Graham<br>Bryan Cave Leighton Paisner LLP<br>2200 Ross Avenue #4200W<br>Dallas, TX 75201-2763 |

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Wilson County
c/o Karalyssa C Casillas
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)RIC (Lavernia) LLC
162 Cumberland Street, Suite 300
Toronto, ON M5R 3N5 Canada

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27