**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIC (Lavernia) LLC | § | Case No. 24-51195-mmp |
| | § | Chapter 11 |
| Debtor. | § | |

**SECOND AMENDED WITNESS AND EXHIBIT LIST OF TRAVIS B. VARGO, COURT-APPOINTED RECEIVER FOR HEARING ON MOTION TO SHOW AUTHORITY OF JUSTIN RAYOME AND CAVAZOS HENDRICKS POIROT, P.C., INCLUIDNG LYNDEL VARGAS, TO REPRESENT OTISCO RDX, LLC AND MILESTONE CAPITAL CRE 1, LLC AND TO STRIKE PLEADINGS SET FOR OCTOBER 8, 2025**

TO THE HONORABLE MICHAEL M. PARKER,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, TRAVIS B. VARGO, Court-Appointed Receiver,[1] and files his Second Amended Witness and Exhibit List to be used in connection with the October 8, 2025 hearing on the *Motion To Show Authority Of Justin Rayome And Cavazos Hendricks Poirot, P.C., Including Lyndel Vargas, To Represent Otisco RDX, LSC And Milestone Capital Cre 1, LLC And To Strike Pleadings Presently Set For October 8, 2025* [ECF 277]. Mr. Vargo may call the following witnesses and offer the following exhibits:

### LIST OF WITNESSES

1. Fact Witnesses:
    a. T. Michael Ballases
    b. Travis Vargo, State Court Appointed Receiver
    c. Any witness called by any other party in interest that may appear and seek to be heard at the hearing, and any rebuttal witness as may be required.
2. Expert Witnesses:
    a. Elizabeth "Conry" Davidson, Esq.

---

[1] Travis Vargo was appointed as the Receiver of Ali Choudhri in Cause No. 2012-27197-A styled *Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri*, pending in the 333rd Judicial District Court of Harris County, Texas (the "A-Case") and of Ali Choudhri, Dalio Holdings I LLC, and Dalio Holdings II LLC in Cause No. 2012-27197-D styled *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri and Angel Valle*, pending in the 333rd Judicial District Court of Harris County, Texas (the "D-Case").

The Receiver reserves the right to examine any witness called by any other party and to present any witnesses for rebuttal or impeachment.

## LIST OF EXHIBITS

| Exhibit No. | Description | Offered | Objected | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Amended Order Granting Turnover, Charging Order and Appointment of Receiver entered in 2012-27197-A (previously filed as the "A-Case Order" as ECF 208-1) | | | | |
| 2 | Amended Order (2) Granting Turnover, Charging Order and Appointment of Receiver entered in 2012-27197-D (previously filed as the "D-Case Order" as ECF 208-2) | | | | |
| 3 | Order Regarding Net Worth of Ali Choudhri – A-Case | | | | |
| 4 | Order Regarding Net Worth of Ali Choudhri – D-Case | | | | |
| 5 | BridgeCo KYC (Know Your Customer) form | | | | |
| 6 | Order Setting Show Cause Hearing entered in the A-Case | | | | |
| 7 | Order Setting Show Cause Hearing entered in the D-Case | | | | |
| 8 | Ali Choudhri Negative Net Worth Affidavit Financial Review | | | | |
| 9 | Final Approval of Amendments to Texas Rule of Appellate Procedure 24 | | | | |
| 10 | October 7, 2025 Docket sheet of No. 2012-27197-A (the "A-Case") | | | | |
| 11 | October 7, 2025 Docket sheet of No. 2012-27197-D (the "D-Case") | | | | |

| Exhibit No. | Description | Offered | Objected | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| | **Any demonstrative exhibits as may be used in connection with the Hearing** | | | | |
| | **Any other pleading or exhibit previously filed with the Court** | | | | |
| | **All exhibits presented or admitted through any other party and rebuttal exhibits as required.** | | | | |

**The Receiver reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the hearing.**

        Respectfully submitted,

        LUTTRELL + CARMODY LAW GROUP
        One International Centre
        100 NE Loop 410, Suite 615
        San Antonio, Texas 78216
        Tel. 210.426.3600

        By: /s/ Leslie M. Luttrell
        Leslie M. Luttrell
        State Bar No. 12708650

        **ATTORNEYS FOR TRAVIS VARGO, STATE COURT APPOINTED RECEIVER**

## CERTIFICATE OF SERVICE

       I do hereby certify that on the 7th day of October 2025, I caused a copy of the foregoing instrument to be served to the Debtor, Debtor's Counsel, Trustee, and all parties listed on the attached service list either through the Court's ECF System or via U.S. First Class Mail, postage prepaid.

**Debtor**
RIC (Lavernia) LLC
162 Cumberland Street, Suite 300
Toronto, ON M5R 3N5

**US Trustee's Office**
Shane P. Tobin
903 San Jacinto Blvd.
Room 230
Austin, TX 78701

**Counsel for Debtor**
Robert Luke Graham
Justin Hanna
Bryan Cave Leighton Paisner LLP
2200 Ross Avenue #4200W
Dallas, TX 75201

Kyle Hirsch
Bryan Cave Leighton Paisner LLP
Two North Central Ave, Suite 2100
Phoenix, AZ 85004-4406

Brigid K Ndege
Bryan Cave Leighton Paisner
161 N Clark St
Ste 4300,
Chicago, IL 60605

**Other Lawyers**
Lyndel Vargas
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202

Justin Rayome
1001 West Loop South, Suite 700
Houston, TX 77027

       */s/ Leslie M. Luttrell*
       Leslie M. Luttrell