

# KNOW YOUR CUSTOMER (KYC)

# STRICTLY CONFIDENTIAL

**NOTES:**
* The purpose of this document is to ensure that the identity of our clients and their source of funds are properly verified. This form MUST be completed and submitted as part of our Due Diligence to be applied to new and existing clients.
* Name and address of the applicant mentioned on the KYC form, should match with the documentary proof submitted.
* Copies of all the documents submitted by the applicant should be originals or certified copies of the originals.
* For non-residents and foreign nationals, copies of passports or other acceptable forms of ID and overseas addresses are **mandatory**.

## A. APPLICANT INFORMATION

| | |
|---|---|
| Applicant Name: | Otisco rdX, LLC |
| Mailing Address: | 1001 W. Loop S., Ste 700, Houston TX 77027 |
| Phone Number(s): | 281-630-6627 |
| Email: | ali@jetallcompanies.com |
| Website: | |
| Nature of Business: | |
| Applicant Type: | Partnership |
| *If partnership: | Limited |
| *If individual, skip to Section C. | |

## B. BUSINESS INFORMATION

Date of formation: 09/20/2022  Formation #: 804737631
City/State/Country of formation: Texas
Assets $: _____  Annual Income $: _____

If a Holding company, name of any other subsidiaries/branches/associated companies: _____

### BUSINESS' DIRECTORS/PRINCIPALS/EXECUTIVE MANAGEMENT OR SHAREHOLDERS

| Full Name | SSN | Residential Address | Title | Ownership % |
|---|---|---|---|---|
| Ali Choudhri | ███681 | 1001 W. Loop S., Ste 700, Houston TX 77027 | Manager | 100 |
| | | | | |
| | | | | |
| | | | | |

*Any individual that owns >10% of the business, MUST provide identity verification documents listed in Section F.*

## C. INDIVIDUAL INFORMATION

| | |
|---|---|
| Date of Birth: | |
| Place of Birth: | |
| SSN/ID #: | |
| Resident Country: | |
| Occupation/Profession: | |
| Name of Establishment or Employer: | |
| Location of Employment: | |
| Nationality: | |

Is the Individual a Politically Important Person (PEP)?  (SELECT)

### D. "OTHER" INFORMATION

Is the Applicant acting on behalf of another Person?   No   *If YES, enter below information.*
*If NO, move to Section E.*

Name of Beneficial Owner: _____
Address of Beneficial Owner: _____
Date of Birth: _____   Place of Birth: _____
SSN/ID #: _____   Resident Country: _____

Is the Individual a Politically Important Person (PEP)?   (SELECT) _____

### E. NAME AND CONTACT INFORMATION OF THE PERSON COMPLETING THIS FORM

[✓] If the same Applicant information as Section A, check the box and move to Section F.

Name: _____   Title: _____
Phone Number: _____   Email: _____

### F. ACCEPTABLE IDENTIFICATION DOCUMENTS*

**Individual:** [ ] ID Card/Passport/Drivers License   [ ] Proof of Residency (utility bill, tenancy agreement, etc)

**Partnership:** [✓] Certificate of Formation   [✓] Company Agreement (LLC)   [ ] Partnership Agreement (LTD)

**Corporation:** [ ] Certificate of Incorporation   [ ] Articles of Incorporation   [ ] Annual Return (filed within the past 12 months)
[ ] List & Passport copies of Authorized Signators   [ ] List & Proof of Resident Country of Directors
[ ] List of Major Shareholders who directly or indirectly own >10% of the business

**Trust:** [ ] Certificate of Registration   [ ] Deed of Trust   [ ] List & Passport copies Settlor, Trustees, Protector
[ ] List & Passport copies of Authorized Signators   [ ] List of Major Beneficiaries who is to receive >25% of the Trust funds

**Other:** [ ] Registration Document   [ ] List & Passport copies of Authorized Signators
[ ] If on behalf of, provide a list of the Individuals/Entities who ultimately owns, or effectively controls such person

### G. DECLARATION

I/We hereby confirm that the above information provided to you is true and correct to the best of our knowledge. I/We acknowledge that if the information provided is found to be false or misleading, the business relationship may be annulled anytime at your discretion. I/We hereby agree to provide any additional information/documentation that may be

_____   Ali Choudhri   10/26/22
Signature of Authority, Title   Printed Name   Date

*Certified copies of documents clearly signed, stamped and dated by any of the following:
1  A representattive of an embassy, consulate or high commission of the country
2  A lawyer or attorney
3  A notary public or commissioner of oaths
4  A chartered or certified accountant

**THE DATE OF SIGNATORY SHOULD NOT BE OLDER THAN 3 MONTHS.
COPIES OF CERTIFIED COPIES IS NOT ACCEPTABLE.**

**OFFICE USE ONLY**

[ ] Verified **Original** ID docs     [ ] Verified **Certified Copies** of ID docs

Reviewed by: _____   Date: _____