CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

All,

Attached please find a preliminary financial Statement for Ali Choudhri. I used the information provided to me to produce the report, but the numbers presented are the representation of management and have not been independently audited or reviewed. Note that we were not able to obtain information from the Mokaram group regarding the financial performance or value of Ali Choudhri's interest in the Beal Bank Building. THIS IS A SIGNIFICANT ASSET AND ITS EXCLUSION WILL HAVE A MATERIAL IMPACT ON THIS REPORT. I would greatly appreciate the opportunity to update this report as more information becomes available regarding the Beal Bank building or other significant items.

Best Regards,
Bob Norris

**Plaintiffs Exhibit**

**12**

**Receiver Exhibit 8**
ROBERT NORRIS 1

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Ali Choudhri

Negative Net Worth Affidavit

Financial Review

Prepared by:    Robert L Norris, MBA, CPA

Date:    February 23,  2024

Receiver Exhibit 8
ROBERT NORRIS 2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Table of Contents

Executive Summary

Methodology

Entities Reviewed

- Galleria Loop Note Holder LLC
- 1001 West Loop LP
- 1001 WL LLC
- 2401 Fountainview Houston LP
- Fountain view Office Center LLC
- 2727 Kirby 26L LLC
- 9201 Memorial Drive LLC
- BDFI LLC
- Galleria West Loop Investments II LLC
- Galleria 2425 JV, LLC
- Galleria 2425 Owner LLC
- 2425 WL LLC
- Naissance Capital Real Estate, Ltd.
- Naissance Galleria LLC
- Jetall Companies Inc.
- Jetall Croix Properties LLC
- Meandering Bend LLC
- Office North Belt LLC
- PBAC 507 Holdings LLC
- NIA ATX LLC
- SAL ATX LLC
- Maya J ATX LLC
- Shepherd Huldy Development LLC
- Texas REIT
  - Vanguard Realty Partners LLC
  - VGRP Holdings LLC
- SLAE LLC
- Milestone Capital CRE 1, LLC
- Milestone Capital CRE 2, LLC
- Milestone Capital CRE 3, LLC
- 1001 Hybrid Working, LLC

Dayhome River Oaks, LLC,

Supporting Documents

Entity Balance Sheets

Other Supporting Documents

**Receiver Exhibit 8**
ROBERT NORRIS 3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Methodology

Subject

The purpose of this report is to determine, with a reasonable degree of certainty, Choudhri's current net worth using market values for all assets and liabilities. The values are presented using generally accepted accounting principles.

Valuation of Assets

Mr. Choudhri is the beneficial owner, both individually and through various legal entities, of multiple assets.

- This report presents all personal assets at market value: assuming liquidation a reasonable timeframe. Documentation relied upon for valuation is refenced and included where available. If documents are not available, the assumptions used to determine value are discussed.
- Real Property values reflect either:
  - Independent third party appraised value, or,
  - Tax authority value if an independent appraisal is not available.
- Entity Interests are presented using a single number reflecting owner's equity. Owner's equity is determined as follows:

  Assets

  - Cash amounts are based on the most recent bank statement for each account.
  - Accounts receivable are determined using amounts due less an offset for doubtful collections.
  - Real Property values reflect either:
    - Independent third party appraised value, or,
    - Tax authority value if an independent appraisal is not available.
  - Notes and mortgages receivable are determined as follows:
    - Third party transaction history if available
    - Creation of an amortization schedule reflecting the terms of the note.
  - Contingent Assets are assets subject to litigation. These assets are listed for completeness, but value cannot be reasonably determined due to litigation risk.

  Liabilities

  - Accounts payable summarizes know amounts due within 90 days.
  - Current Liabilities are amounts due within 1 year. This report does not reclassify the current amount of long term debt as a current liability.
  - Long term liabilities include amounts with maturities over 1 year for which Choudhri has personal liability.
  - Contingent liabilities include disputed amounts. These liabilities are listed for completeness, but value cannot be reasonably determined due to litigation risk.

Owner's Equity is the difference between the value of the assets and the liabilities. This amount is the value presented on the consolidated personal financial statement.

We expect to update this document as needed to reflect ongoing litigation, updated bank and loan balances, and new appraisals,

3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Valuation Summary**

The attached personal balance sheet for Choudhri, indicates assets of -$76,881,165 and liabilities of $4023, resulting in a net worth of negative net worth of -$76,885,189.   Assets and liabilities having a material impact on net worth are discussed individually below.


**Entity reviews**

This section of the report summarizes, in narrative form, the significant attributes of each entity comprising 5% or more Choudhri's net worth.  This section is intended to supplement, not replace, the balance sheet and supporting documentation for each entity.  The complete balance sheet and any supporting documentation is presented in the accompanying appendices.

**1001West Loop LP**

> Entity Background - 1001 West Loop LP was formed in 2012 to acquire 1001 West Loop South.  The property and all associate liabilities were transferred to 1001 WL LLC in 2017.  1001 West Loop LP has no assets or liabilities.  We have assigned no value to 1001 West Loop LP.

**Galleria Loop Note Holder LLC**

> Entity Background - Galleria Loop Note Holder LLC was formed in 2019 to acquire the existing debt on the property at 1001 West Loop South from Mid First Bank in 2019.  Galleria Loop Note Holder is 100% owned by Choudhri.  Galleria Loop Note Holder LLC has no assets not reflected in 1001 WL LLC.

> Litigation Risk - 1001 WL LLC has filed a chapter 11 bankruptcy.

> Opinion of Value - Choudhri's owner's equity in Galleria Loop Note Holder is ,$0.

**1001 WL LLC**

> Entity Background - 1001 WL LLC was formed in 2017 to purchase 1001 West Loop South.  1001 WL LLC is 100% owned by Choudhri.

> 1001 WL LLC owns 1001 West Loop South.  A 220,000 8 story sf office building.  The building is appraised at 27,000,000 per the Harris County appraisal district.  The value of the building is listed at $26,920,285 on the statement of financial affairs in case 24-10119.  Debt on the building includes the following:
> - Debt of $5,000,000 payable to 2401FV LLC evidenced by a wire transfer and a signed note included in the attached Appendices.
> - 2023 taxes are due in the amount of $673,290.

Litigation Risk - 1001 WL LLC has filed a chapter 11 bankruptcy.

Opinion of Value - Per the attached Balance sheet, this entity has asset of $27,157,468 and liabilities of $41,368,446 resulting in owner's equity of -$14,210,977.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**2401 Fountain view Houston LP**

Entity Background - 2401 Fountain view LP is a dormant entity with a bank account at Veritex bank. The account has a current balance of $162.77

Opinion of Value - Per the attached balance sheet, Choudhri's owner's equity in 2401 Fountain view LP is $162.77

**Fountain view Office Center LLC**

Entity Background - Fountain View Office Center LLC was formed in 2012 to purchase and manage the 172,000 sf office building at 2401 Fountain view. Fountain View Office Center LLC is 15% owned by Galleria West Loop Investments 1, LLC. Galleria West Loop investments 1 is 100% owned by Choudhri. The 2022 partnership K1 lists the Galleria West Loop Investments 1, LLC capital account at $923,079.

Opinion of Value - Per the attached balance sheet, Choudhri's owner's equity in Fountain View Office Center LLC is $923,079.

**Galleria West Loop Investments II, LLC**

Entity Background - Galleria West Loop Investments II LLC was formed in 2018 as a holding company for Galleria 2425 Owner, LLC.

Significant Assets
- 100% interest in Galleria 2425 JV, LLC.

Opinion of Value – We assign a value of $0 to Galleria West Loop Investments, LLC

**Galleria 2425 JV LLC**

Entity Background - 2425 JV LLC was formed by Choudhri in 2018 as a holding company for Galleria 2425 Owner, LLC. All assets and liabilities are disputed.

Opinion of Value - We assign a value of $0 to Galleria 2425 JV LLC.

**Galleria 2425 Owner LLC**

Entity Background - Galleria 2425 Owner LLC was formed by Choudhri in 2018 to refinance 2425 West Loop South.
- Galleria 2425 Owner LLC is 100% owned by Galleria 2425 JV, LLC.
- Galleria 2425 JV LLC is 100% owned by Galleria West Loop Investments II, LLC.

Significant Assets
- 2425 West Loop South, a 284,000 SF building originally acquired by Choudhri in 2012.
- Per the Harris County appraisal district, The building is valued at $27,000,000.
- An independent appraisal by Cushman Wakefield dated June of 2023 values the building at $18,000.
- The Statement of Financial Affairs file in bankruptcy case number 23-24815-H5-11 show the value of the building at $17,000,000.

6

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

- Personal Property listed on the SOFA is valued at $125,397.
- Total assets are listed at $17.625,397.
-

Significant Liabilities
- Secured Creditor claims in Bankruptcy case 23-24815-H5-11 are $92,762,940.77.
- Unsecured creditor claims in Bankruptcy case 23-24815-H5-11 are $9,481,879.09.
- Total liabilities per the SOFA filed with the court total $102,244,819.
- Property taxes due for 2023 total

Litigation Risk – This asset is impaired due to inclusion in bankruptcy case 23-34815-H5-11

Opinion of Value - Choudhri has personal liabilities for all entity debt. Per the attached balance sheet, we assign a value of -$77,970, 493.40 to Galleria Owner 2425 LLC. We are reducing the negative amount for the following intercompany amounts due:
- Note from Galleria 2425 Owner LLC - $25,092,415.80
- Note to Ali Choudhri - $6,771,235

Per the attached balance sheet, Galleria 2425 JV LLC's owners equity in 2425 Galleria Owner LLC is -$43,902,042.


**2425 WL LLC**

Entity Background
2425 WL LLC was formed in 2018 to purchase The debt on 2425 West Loop South. 2425 WL LLC is 100% owned by Choudhri.

Significant Assets
- Note from Galleria 2425 Owner LLC - $25,092,415.80

Litigation Risk – This asset is impaired due to inclusion in bankruptcy case 23-34815-H5-11

Opinion of Value
We assign no value to this asset.

**Naissance Capital Real Estate, LTD -** This entity holds not assets and owes no liabilities.

**Naissance Galleria LLC**

Entity Background – Formed to facilitate the refinancing of Galleria Owner 2425 LLC debt through the Bank of Kuwait.

Significant Assets
- Note from 2425 Owner, LLC.

Litigation Risk – This asset is impaired due to inclusion in bankruptcy case 23-34815-H5-11

Opinion of Value - We assign no value to this asset.


**2727 Kirby 26L LLC**

7

Entity Background
2727 Kirby 26L was assigned to Choudhri in 2018 as an existing entity. The entity owns unit 26L; a high rise condominium unit at 2727 Kirby. 2727 Kirby 26L LLC is 100% owned by Choudhri.

Significant Assets
- 2727 Kirby 26L – Current Harris County Appraisal District value $2,098,400. The [property is under contract for sale at $2,800,000. Closing costs are projected to be $210,000; or 7.5% of the sale price.

Significant Liabilities
- Bridge CO Financial Mortgage $2,389,171.29
- Property Taxes Payable $45,111.64
- Special Assessment $103,652.86

Opinion of Value - Per the attached balance sheet, Choudhri's owner's equity is $52,064.21

## 9201 Memorial Drive LLC

Entity Background - 9201 Memorial Drive LLC was assigned to Choudhri in 2021. The entity owns 9201 Memorial Drive, a single family home on a 58,522 sf lot. 9201 Memorial Drive LLC is 100% owned by Choudhri.

Significant Assets
- 9201 Memorial Drive – Harris County Appraisal District value: $3,104,212.85. Ownership of this asset is disputed.

Significant Liabilities
- Bridge CO Mortgage: $3,104,212.85
- Property Taxes Due:   $40,857.98

Opinion of Value - We assign no value to this asset.

## BDFI LLC

Entity Background - BDFI LLC was formed in 2017 to provide debt financing to 83 Griffith LLC, an entity owned by George Polk

Significant Assets
- Note Receivable, 83 Griffith, LLC:   $1,250,000

Significant Liabilities
- Foreclosure deficiency         $4,300,000
- Final Judgment              $  214,416

Opinion of Value – Liabilities exceed Assets by $4,514,332. resulting negative owner's equity of $4'514,332.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Texas REIT**

Entity Background - Texas REIT was formed in 2006 to purchase and manage the assets listed below. Texas REIT is 100% owned by Choudhri.

Significant Assets
- 22 condominium units located at 10101 S Gessner. The condominiums are appraised at $1,497,015 per HCAD.
- 8098 Westheimer a ????. 8098 Westheimer is appraised at $4,305,041 per HCAD
- 8050 Westheimer, a ???. 8050 Westheimer is appraised at 6,868,038 per HCAD
- Veritex bank account ending in 1653. Current Balance $1,433.94

Significant Liabilities
- Tax Ease Lein $1,841,555
- Current property taxes due are $259,096
- Outstanding Judgements

Litigation Risk – Texas REIT has filed a chapter 11 bankruptcy.

Opinion of Value
Per the attached balance sheet, Choudhri's owner's equity in Texas REIR is -$7,295,689.

**Dalio Holdings 1 LLC**

Entity Background
Dalio Holdings 1 LLC was formed by Choudhri in 20** to purchase and manage the assets listed below. Dalio Holdings 1 LLC is 100% owned by Choudhri.

Significant Assets
- IBC Note:                          $11,694,000

Significant Liabilities
- Outstanding Judgments      $23,127,000

Litigation Risk – These amounts are disputed

Opinion of Value
Per the attached balance sheet, Choudhri's owner's equity in Dalio Holdings 1 LLC is -$11,433,252

**Houston Real Estate Properties LLC**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Jetall Companies Inc.**

Entity Background -Jetall Companies Inc. was formed to provide property management services to Choudhr'is investment properties.

Significant Assets
- Accounts Receivable $4,844,366
- Less allowance for uncollectible amounts $4,844,366. The bulk of the accounts receivable is due from related entities in Chapter 11 bankruptcy. We expect 80% of the amount due is uncollectible. The remaining 20% may be collected.

Significant Liabilities
- – Judgements against Jetall exceed asset values

Opinion of Value - Choudhri's liabilities arising from legal judgments exceed the amount of assets. Choudhri's owner's equity in Jetall Companies, Inc. is $0.

**Jetall Croix Properties LLC**

Entity Background - Jetall Croix Properties LLC was formed in 2010 to provide construction management services for retail and commercial developments. Jetall Croix Properties LLC is 100% owned by Choudhri.

Significant Assets
- Construction in progress – 2232 Swift - $2.8 million when completed less $210,000. Net sale amount $$2,590,000

Significant Liabilities
- Construction loan from Security State Bank - $900,000
- Acquisition loan from MCITBE LLC for $400k

Opinion of Value - Per the attached balance sheet, Choudhri's owner's equity in Jetall Croix Properties LLC is $1,290,000

**Maya J ATX LLC**

Entity Background - Maya J ATX LLC was formed to purchase and develop 2 student housing sites in Austin Texas. Maya J ATX,LLC is 100% owned by Choudhri. The entity is currently in chapter 11 bankruptcy.

Significant Assets
- Cash in Banks                                     $82,748
- 2515 San Gabriel, BBG Appraisal:       $16,130,000
- 2103 Nueces, BBG Appraisal:             $17,470,000
- Total Assets:                                       $33,682,748

Significant Liabilities
- Cypress Bridge Co Mortgage:            $7,377,693.25
- Magnolia Bridge CO Mortgage:          $5,255,602.81

**Receiver Exhibit 8**
ROBERT NORRIS 11

- Note payable, NIA ATX, LLC:          $10,000,000.
- Note payable, NIA ATX, LLC:          $7,000,000
- Total Liabilities:                          $29,633,296.06

Litigation Risk – Maya J ATX LLC is impaired due to a chapter 11 bankruptcy filing. Bridge CO, the mortgage holder, is alleging they have foreclosed on the property.

Opinion of Value - We assign no value to this asset due to litigation risk.

## SAL ATX LLC

Entity Background - SAL ATX LLC was formed to purchase and develop 903 Edgecliff Terrace, Austin, TX 78704. The entity is currently in chapter 11 bankruptcy.

Significant Assets
- 903 Edgecliff Terrace – TCAD Appraisal          $1,954,601

Significant Liabilities
- Bridge CO Mortgage:                          $1,721,320.27
- Note Payable, NIA ATX LL:                     $1,000,000

Litigation Risk – SAL ATX is impaired due to a chapter 11 bankruptcy filing. Bridge CO, the mortgage holder, alleges they have foreclosed the property.

Opinion of Value - We assign no value to this asset due to litigation risk.

## NIA ATX LLC

Entity Background
NIA ATX was formed by Choudhri in 20** to provide pre development services to Maya J ATX LLC and SAL ATX LLC.

Significant Assets
- Note receivable Maya J ATX LLC:          $10,000,000
- Note receivable Maya J ATX LLC:          $7,000,000
- Note Receivable SAL ATX LLC:             $1,000,000

Significant Liabilities - None

Litigation Risk – The debtor entities for the notes described above are in chapter 11 bankruptcy. The collectability of the note amounts is impaired.

Opinion of Value
We assign no value to this asset due to litigation risk.

## Meandering Bend LLC

Entity Background - Meandering Bend LLC was formed in 2018 to purchase and manage 1001 E 16th Street in Austin Texas. Meandering Bend LLC is 100% owned by Choudhri.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Significant Assets
- 1001 E 16th Street, Austin TX. Current Appraisal per TCAD is $598,581.

Significant Liabilities
- Femrite Group Mortgage - $441,024

Opinion of Value
Per the attached balance sheet, Choudhri's owner's equity in Meandering Bend LLC is $148,616.

## Memorial Glen Cove LLC

Entity Background - Memorial Glen Cove was formed by Choudhri in 20** to purchase and manage the assets listed below. Memorial Glen Cove is 100% owned by Choudhri.

Significant Assets

| | |
|---|---|
| 3550 Charleston | $219,267 |
| 6531 Rodrigo | $413,844 |
| 4401 Schumier Rd | $408,375 |
| 402 Terrace | $895,275 |
| 5803 Blossom | $531,250 |
| 207 Malone | $473,937 |

Significant Liabilities
- Mortgages Due        $955,091
- Property Taxes Due  $  59,274

Litigation Risk

Opinion of Value
Per the attached balance sheet, Choudhri's owner's equity in Memorial Glen Cove LLC is $1,986,856.

## Office North Belt LLC

Entity Background - Office North Belt LLC was formed by Choudhri in 20** to purchase and manage the assets listed below. Office North Belt LLC is 100% owned by Choudhri. The entity is dormant. The sole remaining asset is a bank account ending with 1661 at Veritex Bank. The account balance is $68.27

Opinion of Value - Choudhri's owner's equity in Office North Belt LLC is $68.27

## PBAC 507 Holdings LLC

Entity Background - PBAC Holdings was formed by Choudhri in 20** to purchase and manage the assets listed below. PBAC Holdings LLC is 100% owned by Choudhri. The entity is dormant. The sole remaining asset is a bank account ending with 2862 at Bank of Houston. The account balance is $268.27

Opinion of Value - Choudhri's owner's equity in Office North Belt LLC is $268.27

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Shepherd Huldy Development LLC**

Entity Background - Shepherd Huldy Development LLC was formed by Choudhri in 20** to purchase and manage the assets listed below. Shepher Huldy Development is 100% owned by Choudhri.

Significant Assets
- 2424 Huldy St                   $ 669,785
- 2503 Shepherd                  $ 800,427
- 2502 Huldy                      $ 659,638
- 2421 Shepherd                  $ 699,858
- 2419 Shepherd                  $ 680,619

Asset Total                       $ 3,510,327


Significant Liabilities
- Greenberg Finance Mortgage     $ 703,542
- FGMS Tax Lein                   $ 2,980,764
- Property Taxes Due             $ 70,726

Liability Total                   $3,136,747

Litigation Risk

Opinion of Value - Per the attached balance sheet, Choudhri's owner's equity in Shepherd Huldy LLC is $373,579.


**Vanguard Realty Partners LLC**

Entity Background - Vanguard Realty Partners LLC was formed in 2018 to provide real estate Investment services. Vanguard Realty Partners LLC is 100% owned by Choudhri.

Vanguard Realty Partners LLC has no assets or liabilities.

Opinion of Value
Choudhri's owner's equity in Vanguard Realty Partners LLC is $0.

**VGRP Holdings LLC**

Entity Background - VGRP Holdings LLC was formed in 2019 to purchase 1708 River Oaks Blvd, Houston, TX. VGRP Holdings LLC is 100% owned by Choudhri.

VGRP Holdings LLC has no assets or liabilities.

Opinion of Value - Choudhri's owner's equity in VGRP Holdings LLC is $0.


**SLAE LLC**, a Texas Limited Liability Company, formed on April 3rd, 2023, bearing Texas Secretary of State File Number 804999595; The company provides real estate investment services and has no assets or liabilities.


13                      **Receiver Exhibit 8**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Milestone Capital CRE 1, LLC**, a Texas Limited Liability Company, formed on
September 19, 2022, bearing Texas Secretary of State File Number 804735836; The company
provides real estate investment services and has no assets or liabilities.

**Milestone Capital CRE 2, LLC**, a Texas Limited Liability Company, formed on
September 19 th , 2022, bearing Texas Secretary of State File Number 804735840; The company
provides real estate investment services and has no assets or liabilities.

**Milestone Capital CRE 3, LLC**, a Texas Limited Liability Company, formed on February
27 th , 2023, bearing Texas Secretary of State File Number 804945218; The company provides real
estate investment services and has no assets or liabilities.

**1001 Hybrid Working LLC**, a Texas Limited Liability Company, formed on February 10,
2023, bearing Texas Secretary of State File Number 804922394; The company provides real estate
investment services and has no assets or liabilities.

**Dayhome River Oaks, LLC**, a Texas Limited Liability Company, formed February 10,
2023, bearing Texas Secretary of State File Number 804922410. The company provides real estate
investment services and has no assets or liabilities.

**Receiver Exhibit 8**
ROBERT NORRIS 15

CONFIDENTIAL-SUBJECT TO A PROTECTIVE ORDER

**1001 WL LLC**
**Balance Sheet**
**As of 12/31/2023**

| Assets | Amount | Supporting Schedule |
|---|---|---|
| **Current Assets** | | |
| Cash and Cash Equivalents | $ 152.60 | A. |
| Accounts Receivable | $ - | A. 1. |
| Short Term Investments | $ - | A. 2. |
| Other Current Assets | $ - | A. 3. |
| **Total Current Assets** | $ 152.60 | A. 4. |
| **Long Term Assets** | | |
| Furniture and Fixtures | $ - | B. |
| Computers and Equipment | $ - | B. 1. |
| Mortgages and Notes Receivable | $ - | B. 2. |
| Real Estate | $ 27,157,316.00 | B. 3. |
| Other Long Term Assets | $ - | B. 4. |
| **Total Long Term Assets** | $ 27,157,316.00 | B. 5. |
| **Other Assets** | | C. |
| Contingent Assets | $ - | C.1. |
| Unrealized Gain/Loss on Investments | $ - | C. 2. |
| **Total Other Assets** | $ - | |
| **Total Assets** | $ 27,157,468.60 | |
| | | |
| **Liabilities and Owner's Equity** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| Accounts Payable | $ 200,000.00 | D. 1. |
| Short term portion of long term debt | $ - | D. 2. |
| Property Taxes | $ 673,290.00 | D. 3. |
| Other Current Liabilities | $ - | D. 4. |
| **Total Current Liabilities** | $ 873,290.00 | |
| **Long Term Liabilities** | | |
| Mortgages on Notes Payable | $ 40,495,155.89 | E. 1. |
| Other Long Term Liabilities | $ - | E. 2. |
| **Total Long Term Liabilities** | $ 40,495,155.89 | |
| **Contingent Liabilities** | | |
| Judgments on Appeal | $ 399,847.42 | F. 1. |
| Other Contingent Liabilities | $ - | F. 2. |
| **Total Contingent Liabilities** | $ 399,847.42 | |
| **Total Liabilities** | $ 41,368,445.89 | |
| | | |
| **Owner's Equity** | | |
| **Contributed Capital** | | |
| Initial Capital | $ - | G. 1. |
| Additional Contributions | $ - | G. 2. |
| Less Return of Capital Distributions | $ - | G. 3. |
| **Net Contributed Capital** | $ - | |
| **Retained Earnings** | | |
| Cumulative Retained Earnings | $ - | |
| Less Distributions of Retained Earnings | $ - | G. 4. |
| **Net Retained Earnings** | $ - | G. 5. |
| **Total Owner's Equity** | $ (14,210,977.29) | |
| | | |
| **Total Liabilities and Owner's Equity** | $ 27,157,468.60 | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**2401 Fountainview Houston LP**
**Balance Sheet**
**As of 12/31/2023**

| Assets | | Amount | Supporting Schedule | |
|---|---|---|---|---|
| **Current Assets** | | | | |
| Cash and Cash Equivalents | $ | 162.77 | A. | Bank account to close |
| Accounts Receivable | $ | - | A. 1. | |
| Short Term Investments | $ | - | A. 2. | |
| Other Current Assets | $ | - | A. 3. | |
| **Total Current Assets** | $ | **162.77** | A. 4. | |
| **Long Term Assets** | | | | |
| Furniture and Fixtures | $ | - | B. | |
| Computers and Equipment | $ | - | B. 1. | |
| Mortgages and Notes Receivable | $ | - | B. 2. | |
| Real Estate | $ | - | B. 3. | |
| Other Long Term Assets | $ | - | B. 4. | |
| **Total Long Term Assets** | $ | **-** | B. 5. | |
| **Other Assets** | | | C. | |
| Contingent Assets | $ | - | C.1. | |
| Unrealized Gain/Loss on Investments | $ | - | C. 2. | |
| **Total Other Assets** | $ | **-** | | |
| **Total Assets** | $ | **162.77** | | |
| | | | | |
| **Liabilities and Owner's Equity** | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | $ | - | D. 1. | |
| Short term portion of long term debt | $ | - | D. 2. | |
| Property Taxes | $ | - | D. 3. | |
| Other Current Liabilities | $ | - | D. 4. | |
| **Total Current Liabilities** | $ | **-** | | |
| **Long Term Liabilities** | | | | |
| Mortgages on Notes Payable | $ | - | E. 1. | |
| Other Long Term Liabilities | $ | - | E. 2. | |
| **Total Long Term Liabilities** | $ | **-** | | |
| **Contingent Liabilities** | | | | |
| Judgments on Appeal | $ | - | F. 1. | |
| Other Contingent Liabilities | $ | - | F. 2. | |
| **Total Contingent Liabilities** | $ | **-** | | |
| **Total Liabilities** | $ | **-** | | |
| | | | | |
| **Owner's Equity** | | | | |
| **Contributed Capital** | | | | |
| Initial Capital | $ | - | G. 1. | |
| Additional Contributions | $ | - | G. 2. | |
| Less Return of Capital Distributions | $ | - | G. 3. | |
| **Net Contributed Capital** | $ | **-** | | |
| **Retained Earnings** | | | | |
| Cumulative Retained Earnings | $ | - | | |
| Less Distributions of Retained Earnings | $ | - | G. 4. | |
| **Net Retained Earnings** | $ | **-** | G. 5. | |
| **Total Owner's Equity** | $ | **162.77** | | |
| | | | | |
| **Total Liabilities and Owner's Equity** | $ | **162.77** | | |

CONFIDENTIAL-SUBJECT TO A PROTECTIVE ORDER

**2727 Kirby 26L LLC**
**Balance Sheet**
**As of 12/31/2023**

| Assets | Amount | | Supporting Schedule | |
|---|---|---|---|---|
| **Current Assets** | | | | |
| Cash and Cash Equivalents | $ | - | A. | |
| Accounts Receivable | $ | - | A. 1. | |
| Short Term Investments | $ | - | A. 2. | |
| Other Current Assets | $ | - | A. 3. | |
| **Total Current Assets** | $ | - | A. 4. | |
| **Long Term Assets** | | | | |
| Furniture and Fixtures | $ | - | B. | |
| Computers and Equipment | $ | - | B. 1. | |
| Mortgages and Notes Receivable | $ | - | B. 2. | |
| Real Estate | $ | 2,590,000.00 | B. 3. | |
| Other Long Term Assets | $ | - | B. 4. | |
| **Total Long Term Assets** | $ | **2,590,000.00** | B. 5. | ERR |
| **Other Assets** | | | C. | |
| Contingent Assets | $ | - | C.1. | |
| Unrealized Gain/Loss on Investments | $ | - | C. 2. | |
| **Total Other Assets** | $ | - | | |
| **Total Assets** | $ | **2,590,000.00** | | |
| | | | | |
| **Liabilities and Owner's Equity** | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | $ | - | D. 1. | |
| Short term portion of long term debt | $ | - | D. 2. | |
| Property Taxes | $ | 45,111.64 | D. 3. | |
| Other Current Liabilities | $ | 103,652.86 | D. 4. | |
| **Total Current Liabilities** | $ | **148,764.50** | | |
| **Long Term Liabilities** | | | | |
| Mortgages on Notes Payable | $ | 2,389,171.29 | E. 1. | |
| Other Long Term Liabilities | $ | - | E. 2. | |
| **Total Long Term Liabilities** | $ | **2,389,171.29** | | |
| **Contingent Liabilities** | | | | |
| Judgments on Appeal | $ | - | F. 1. | |
| Other Contingent Liabilities | $ | - | F. 2. | |
| **Total Contingent Liabilities** | $ | - | | |
| **Total Liabilities** | $ | **2,537,935.79** | | |
| | | | | |
| **Owner's Equity** | | | | |
| **Contributed Capital** | | | | |
| Initial Capital | $ | - | G. 1. | |
| Additional Contributions | $ | - | G. 2. | |
| Less Return of Capital Distributions | $ | - | G. 3. | |
| **Net Contributed Capital** | $ | - | | |
| **Retained Earnings** | | | | |
| Cumulative Retained Earnings | $ | - | | |
| Less Distributions of Retained Earnings | $ | - | G. 4. | |
| **Net Retained Earnings** | $ | - | G. 5. | |
| **Total Owner's Equity** | $ | **52,064.21** | | |
| | | | | |
| **Total Liabilities and Owner's Equity** | $ | **2,590,000.00** | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**BDFI LLC**
**Balance Sheet**
**As of 12/31/2023**

| Assets | Amount | | Supporting Schedule |
|---|---|---|---|
| **Current Assets** | | | |
| Cash and Cash Equivalents | $ | 83.47 | A. |
| Accounts Receivable | $ | - | A. 1. |
| Short Term Investments | $ | - | A. 2. |
| Other Current Assets | $ | - | A. 3. |
| **Total Current Assets** | **$** | **83.47** | A. 4. |
| **Long Term Assets** | | | |
| Furniture and Fixtures | $ | - | B. |
| Computers and Equipment | $ | - | B. 1. |
| Mortgages and Notes Receivable | $ | - | B. 2. |
| Real Estate | $ | - | B. 3. |
| Other Long Term Assets | $ | - | B. 4. |
| **Total Long Term Assets** | **$** | **-** | B. 5. |
| **Other Assets** | | | C. |
| Contingent Assets | $ | - | C.1. |
| Unrealized Gain/Loss on Investments | $ | - | C. 2. |
| **Total Other Assets** | **$** | **-** | |
| **Total Assets** | **$** | **83.47** | |
| | | | |
| **Liabilities and Owner's Equity** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| Accounts Payable | $ | - | D. 1. |
| Short term portion of long term debt | $ | - | D. 2. |
| Property Taxes | $ | - | D. 3. |
| Other Current Liabilities | $ | - | D. 4. |
| **Total Current Liabilities** | **$** | **-** | |
| **Long Term Liabilities** | | | |
| Mortgages on Notes Payable | $ | - | E. 1. |
| Other Long Term Liabilities | $ | - | E. 2. |
| **Total Long Term Liabilities** | **$** | **-** | |
| **Contingent Liabilities** | | | |
| Judgments on Appeal | $ | 4,514,416.00 | F. 1. |
| Other Contingent Liabilities | $ | - | F. 2. |
| **Total Contingent Liabilities** | **$** | **4,514,416.00** | |
| **Total Liabilities** | **$** | **4,514,416.00** | |
| | | | |
| **Owner's Equity** | | | |
| **Contributed Capital** | | | |
| Initial Capital | $ | - | G. 1. |
| Additional Contributions | $ | - | G. 2. |
| Less Return of Capital Distributions | $ | - | G. 3. |
| **Net Contributed Capital** | **$** | **-** | |
| **Retained Earnings** | | | |
| Cumulative Retained Earnings | $ | - | |
| Less Distributions of Retained Earnings | $ | - | G. 4. |
| **Net Retained Earnings** | **$** | **-** | G. 5. |
| **Total Owner's Equity** | **$** | **(4,514,332.53)** | |
| | | | |
| **Total Liabilities and Owner's Equity** | **$** | **83.47** | |
| | $ | (0.00) | |

**Receiver Exhibit 8**
ROBERT NORRIS 19

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Ali Choudhri**
**Balance Sheet**
**As of 12/31/2023**

| Assets | | Amount | Supporting Schedule |
|---|---|---|---|
| **Current Assets** | | | |
| Cash and Cash Equivalents | $ | 82,878.22 | A. |
| Accounts Receivable | $ | - | A. 1. |
| Short Term Investments | $ | - | A. 2. |
| Other Current Assets | $ | - | A. 3. |
| **Total Current Assets** | $ | **82,878.22** | A. 4. |
| **Long Term Assets** | | | |
| Furniture and Fixtures | $ | - | B. |
| Computers and Equipment | $ | - | B. 1. |
| Mortgages and Notes Receivable | $ | - | B. 2. |
| Real Estate Interests | $ | (77,044,043.96) | B. 3. |
| Other Long Term Assets | $ | - | B. 4. |
| **Total Long Term Assets** | $ | **(77,044,043.96)** | B. 5. |
| **Other Assets** | | | C. |
| Automobiles | $ | 80,000.00 | C.1. |
| Furniture and personal property | | | |
| Art and Jewelry | | | |
| Other personal Assets | | | |
| Unrealized Gain/Loss on Investments | $ | - | C. 2. |
| **Total Other Assets** | $ | **80,000.00** | |
| **Total Assets** | $ | **(76,881,165.74)** | |
| | | | |
| **Liabilities and Owner's Equity** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| Accounts Payable | $ | - | D. 1. |
| Short term portion of long term debt | $ | - | D. 2. |
| Property Taxes | $ | - | D. 3. |
| Other Current Liabilities | $ | 4,023.64 | D. 4. |
| **Total Current Liabilities** | $ | **4,023.64** | |
| **Long Term Liabilities** | | | |
| Mortgages on Notes Payable | $ | - | E. 1. |
| Other Long Term Liabilities | $ | - | E. 2. |
| **Total Long Term Liabilities** | $ | **-** | |
| **Contingent Liabilities** | | | |
| Judgments on Appeal | $ | - | F. 1. |
| Other Contingent Liabilities | $ | - | F. 2. |
| **Total Contingent Liabilities** | $ | **-** | |
| **Total Liabilities** | $ | **4,023.64** | |
| | | | |
| **Owner's Equity** | | | |
| **Contributed Capital** | | | |
| Initial Capital | $ | - | G. 1. |
| Additional Contributions | $ | - | G. 2. |
| Less Return of Capital Distributions | $ | - | G. 3. |
| **Net Contributed Capital** | $ | **-** | |
| **Retained Earnings** | | | |
| Cumulative Retained Earnings | $ | - | |
| Less Distributions of Retained Earnings | $ | - | G. 4. |
| **Net Retained Earnings** | $ | **-** | G. 5. |
| **Total Owner's Equity** | $ | **(76,885,189.38)** | |
| | | | |
| **Total Liabilities and Owner's Equity** | $ | **(76,881,165.74)** | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

## Ali Choudhri                                           Schedule A

Current Assets

**Cash and Cash Equivalents**

| | | | | |
|---|---|---|---|---|
| Bank account 1 | U Bank 3995 | $ | 42,179.43 | 11/30/2023 |
| Bank account 2 | Moody 2367 | $ | 300.00 | 11/15/2023 |
| Bank account 3 | Amegy 5599 | $ | 27,629.79 | 12/1/2023 |
| Cadence Bank | Cadence 7662 | | | 11/30/2024 |
| Bank account 4 | Sec St 0232 | $ | 12,769.00 | 11/30/2023 |

A. 1.  **Total Cash and Cash Equivalents**           $    82,878.22

**Accounts Receivable**

AR per schedule

Less Allowance for doubtful accounts                              Enter as a negative number

A. 2.  **Total Accounts Receivale**                  $         -

**Short Term Investments**

Money Markets and Treasuries

Other Short Term Investments

A.3  **Total Short Term Investments**                $         -

**Other Current Assets**

Note Receivable 1001 WL LLC                  $  9,269,000.00

Less collection risk                         $ (9,269,000.00)

A. 4.  **Total Other Current Assets**                $         -

**Total Current Assets**                             $    82,878.22

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
Pg 22 of 29

# Ali Choudhri        Schedule B

Long Term Assets

**B. 1.**    **Furniture and Fixtures**

**B. 2.**    **Computers and Equipment**

**Mortgages and Notes Receivable**

| | | | |
|---|---|---|---|
| Tax Lien on 2425 WLS | | $ | 6,771,235.00 |
| Less Litigation collection risk | | $ | (6,771,235.00) |
| Mortgage/Note 2 | | | |
| Mortgage/Note 3 | | | |
| **B. 3.**   **Total Mortgages and Notes** | | **$** | **-** |

**Real Estate Interests**

| | | | | |
|---|---|---|---|---|
| | 1001 West Loop LP | 100% | $ | - |
| | 1001 WL LLC | 100% | $ | (14,210,977.29) |
| | 2401 Fountainview Houston LP | 15% | $ | 24.42 |
| 1/ | 2425 JV LLC | 0% | $ | - |
| | 2425 WL LLC | 100% | $ | - |
| | 2727 Kirby 26L LLC | 100% | $ | 52,064.21 |
| | 9201 Memorial Drive LLC | 100% | $ | - |
| | Beal Bank Building | | | |
| | BDFI LLC | 100% | $ | (4,514,332.53) |
| | Dalio Holdings 1 LLC | 100% | $ | (11,433,252.00) |
| | Fountain View Houston LP | 100% | $ | 162.77 |
| | Fountainview Office Center LLC | 15% | $ | 923,079.00 |
| | Galleria 2425 Owner LLC | 0% | $ | (43,902,042.00) |
| | Galleria Loop Note Holder LLC | 100% | $ | - |
| | Galleria West Loop Investments 2 LLC | 100% | $ | - |
| | Houston Real Estate Properties LLC | 100% | $ | 0.02 |
| | Jetall Companies Inc. | 100% | $ | - |
| | Jetall Croix Properties LLC | | $ | 827,510.00 |
| | Maya J ATX LLC | 100% | $ | - |
| | Meandering BendLLC | 100% | $ | 148,616.78 |
| | Memorial Glen Cove LLC | 100% | $ | 1,986,856.72 |
| | Naissance Capital Real Estate, LTD | 100% | | |
| | Naissance Galleria LLC | 100% | | |
| | NIA ATX LLC | 100% | $ | - |
| | Office North Belt LLC | 100% | $ | 68.27 |
| | PBAC 507 Holdings LLC | 100% | $ | 268.27 |
| | SAL ATX LLC | 100% | $ | - |
| | Shepherd Huldy Development LLC | 100% | $ | 373,579.91 |
| | Texas REIT | 100% | $ | (7,295,689.86) |
| | Vanguard Realty Partners LLC | 100% | $ | (11.88) |
| | VGRP Holdings LLC | 100% | $ | 31.24 |
| **B. 4.**   **Total Real Estate** | | | **$** | **(77,044,043.96)** |

**Other Long Term Assets**

| | | | |
|---|---|---|---|
| Asset 1 | | | |
| Asset 2 | | | |
| Asset 3 | | | |
| **B. 5.**   **Total Other Long Term Assets** | | **$** | **-** |

| | | | |
|---|---|---|---|
| **Total Long Term Assets** | | **$** | **(77,044,043.96)** |

ROBERT NORRIS 22

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Ali Choudhri                                   Schedule D

**Current Liabilities**

**Accounts Payable**
Accounts Payable
Less allowance for doubtful accounts                          Enter as a negative
**Total Accounts Payable**                        $      -

**Short term portion of long term debt**
Note 1
Note 2
Note 3
**Total short term debt payable**                 $      -

Property Tax Payable
Property 1
Property 2
Property 3
**Total Property Payable**                        $      -

**Other Current Liabilities**
Capital One                                       $ 4,023.64    12/16/2023
Other 2
Other 3
**Total Other Current Liabilities**               $4,023.64

**Total Current Liabilities**                     $4,023.64

ROBERT NORRIS 23

# CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Personal Financial Statements

| Dalio 1 | As of November 30, 2022 | |
|---|---|---|
| **Balance Sheet as of 12/30/2023** | | |
| | | |
| **ASSETS** | **AMOUNT** | **SUPPORT DOCUMENTS** |
| | **2023** | **2023** |
| **Current Asssets** | | |
| IBC Note | $ 11,694,053 | |
| **TOTAL ASSETS** | **$ 11,694,053** | |
| | | |
| | | |
| **LIABILITIES** | | |
| | | |
| **Current LIABILITIES\*** | | |
| Judgment to WCW | $ 9,118,431 | 2017-35319 |
| 2401 FV Loan | $ 10,247,505 | |
| Judgment to NEMETI (Indv.) | $ 294,152 | 01-19-002-07577 & 2012-27197D |
| Arbitration agreement | $ 3,467,217 | 01-19-002-07577 & 2012-27197D |
| **Total Liabilities** | **$ 23,127,305** | |
| | | |
| **NET WORTH** | **$ (11,433,252)** | |
| | | |
| **Total Liabilities and Net Worth** | **$ 11,694,053** | |
| | | |
| * Disputed amounts | | |

**Receiver Exhibit 8**

ROBERT NORRIS 24

C:\Users\rnorr\Norris & Associates Dropbox\Norris & Associates Team Folder\ORR\Balance Sheets\Net worth Balance Sheets\Dalio Balance Sheet   1

# CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

ROBERT NORRIS

Personal Financial Statements

| ASSETS | AMOUNT IN DOLLARS | SUPPORT DOCUMENTS | AMOUNT IN DOLLARS | SUPPORT DOCUMENTS |
|---|---|---|---|---|
| | **2022** | **2022** | **2023** | **2023** |
| Cash in Banks | $ - | | $ - | Has never held a bank account. |
| **TOTAL ASSETS** | **$ -** | Per Affidavit | **$ -** | |
| **LIABILITIES** | | | | |
| *Judgments w/ Court Fees Incl.* | *$ (16,295,206.13)* | | *$ (21,202,230.53)* | |
| to WCW | $ (8,226,026.69) | | $ (9,705,920.08) | 2017-35320 |
| 2019 Unpaid Mortgage | $ (6,824,342.47) | | $ (8,934,187.81) | 2019-61734 |
| to A. Mokaram (Indv.) | $ (983,137.64) | | $ (2,189,181.44) | 01-19-0002-07577 & 2012-27197D |
| to NEMETI (Indv.) | $ (105,241.72) | | $ (208,660.71) | 01-19-002-07577 & 2012-27197D |
| AAA | $ (156,457.61) | | $ (164,280.49) | 01-19-002-07577 |
| *Tax & Misc Liens* | *$ (2,000,479.04)* | | *$ (2,055,956.89)* | |
| 2019 Contractor's Lien | $ (35,334.81) | | $ (54,414.81) | RP-2019-53106 |
| 2020 Tax Lien | $ (897,721.96) | | $ (897,721.96) | RP-2020-64833 |
| 2019 Tax Lien | $ (325,159.03) | | $ (325,159.03) | RP-2019-122804 |
| Caz Creek Tax Lien | $ (742,263.24) | | $ (778,661.09) | RP-2020-71825 |
| **Unreconciled Difference** | **$ (18,295,685.17)** | Per Affidavit | **$ (23,258,187.42)** | Per Affidavit |
| **Credit Cards??** | **$ -** | | **$ -** | |
| **TOTAL LIABILITIES** | **$ (18,295,685.17)** | Per Affidavit | **$ (23,258,187.42)** | TOTAL LIABILITIES |
| | | | | |
| **NET WORTH** | **$ (18,295,685.17)** | Per Affidavit | **$ (23,258,187.42)** | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Galleria 2425 Owner LLC**
**Balance Sheet**
**As of 12/31/2023**

| Assets | | Amount | Supporting Schedule |
|---|---|---:|---|
| **Current Assets** | | | |
| Cash and Cash Equivalents | $ | 56,652.35 | A. |
| Accounts Receivable | $ | - | A. 1. |
| Short Term Investments | $ | - | A. 2. |
| Other Current Assets | $ | - | A. 3. |
| **Total Current Assets** | **$** | **56,652.35** | A. 4. |
| **Long Term Assets** | | | |
| Furniture and Fixtures | $ | - | B. |
| Computers and Equipment | $ | - | B. 1. |
| Mortgages and Notes Receivable | $ | - | B. 2. |
| Real Estate | $ | 17,500,000.00 | B. 3. |
| Other Long Term Assets | $ | 100.00 | B. 4. |
| **Total Long Term Assets** | **$** | **17,500,100.00** | B. 5. |
| **Other Assets** | | | C. |
| Contingent Assets | $ | - | C.1. |
| Unrealized Gain/Loss on Investments | $ | - | C. 2. |
| **Total Other Assets** | **$** | **-** | |
| **Total Assets** | **$** | **17,556,752.35** | |
| | | | |
| **Liabilities and Owner's Equity** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| Accounts Payable | $ | 4,328,568.03 | D. 1. |
| Short term portion of long term debt | $ | - | D. 2. |
| Property Taxes | $ | - | D. 3. |
| Other Current Liabilities | $ | 800,238.37 | D. 4. |
| **Total Current Liabilities** | **$** | **5,128,806.40** | |
| **Long Term Liabilities** | | | |
| Mortgages on Notes Payable | $ | 90,341,787.00 | E. 1. |
| Other Long Term Liabilities | $ | - | E. 2. |
| **Total Long Term Liabilities** | **$** | **90,341,787.00** | |
| **Contingent Liabilities** | | | |
| Judgments on Appeal | $ | - | F. 1. |
| Other Contingent Liabilities | $ | - | F. 2. |
| **Total Contingent Liabilities** | **$** | **-** | |
| **Total Liabilities** | **$** | **95,470,593.40** | |
| | | | |
| **Owner's Equity** | | | |
| **Contributed Capital** | | | |
| Initial Capital | $ | - | G. 1. |
| Additional Contributions | $ | - | G. 2. |
| Less Return of Capital Distributions | $ | - | G. 3. |
| **Net Contributed Capital** | **$** | **-** | |
| **Retained Earnings** | | | |
| Cumulative Retained Earnings | $ | - | |
| Less Distributions of Retained Earnings | $ | - | G. 4. |
| **Net Retained Earnings** | **$** | **-** | G. 5. |
| **Total Owner's Equity** | **$** | **(77,970,493.40)** | |
| | | | |
| **Total Liabilities and Owner's Equity** | **$** | **17,556,752.35** | |
| | | | |
| **Adjustment for Intercompany Items** | | | |
| Ali Choudhri tax lien | $ | 6,771,235.00 | |
| Jetall Companies | $ | 2,204,801.00 | |
| 2425 WL LLC | $ | 25,092,415.00 | |
| **Total Intercompany Items** | **$** | **34,068,451.00** | |
| | | | |
| **Owners Equity net of Intercompany Items** | **$** | **(43,902,042.40)** | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Meandering BendLLC**
**Balance Sheet**
**As of 12/31/2023**

| Assets | | Amount | Supporting Schedule |
|---|---|---:|---|
| **Current Assets** | | | |
| Cash and Cash Equivalents | $ | 60.09 | A. |
| Accounts Receivable | $ | - | A. 1. |
| Short Term Investments | $ | - | A. 2. |
| Other Current Assets | $ | - | A. 3. |
| **Total Current Assets** | $ | **60.09** | A. 4. |
| **Long Term Assets** | | | |
| Furniture and Fixtures | $ | - | B. |
| Computers and Equipment | $ | - | B. 1. |
| Mortgages and Notes Receivable | $ | - | B. 2. |
| Real Estate | $ | 589,581.00 | B. 3. |
| Other Long Term Assets | $ | - | B. 4. |
| **Total Long Term Assets** | $ | **589,581.00** | B. 5. |
| **Other Assets** | | | C. |
| Contingent Assets | $ | - | C.1. |
| Unrealized Gain/Loss on Investments | $ | - | C. 2. |
| **Total Other Assets** | $ | **-** | |
| **Total Assets** | $ | **589,641.09** | |
| | | | |
| **Liabilities and Owner's Equity** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| Accounts Payable | $ | - | D. 1. |
| Short term portion of long term debt | $ | - | D. 2. |
| Property Taxes | $ | - | D. 3. |
| Other Current Liabilities | $ | - | D. 4. |
| **Total Current Liabilities** | $ | **-** | |
| **Long Term Liabilities** | | | |
| Mortgages on Notes Payable | $ | 441,024.31 | E. 1. |
| Other Long Term Liabilities | $ | - | E. 2. |
| **Total Long Term Liabilities** | $ | **441,024.31** | |
| **Contingent Liabilities** | | | |
| Judgments on Appeal | $ | - | F. 1. |
| Other Contingent Liabilities | $ | - | F. 2. |
| **Total Contingent Liabilities** | $ | **-** | |
| **Total Liabilities** | $ | **441,024.31** | |
| | | | |
| **Owner's Equity** | | | |
| **Contributed Capital** | | | |
| Initial Capital | $ | - | G. 1. |
| Additional Contributions | $ | - | G. 2. |
| Less Return of Capital Distributions | $ | - | G. 3. |
| **Net Contributed Capital** | $ | **-** | |
| **Retained Earnings** | | | |
| Cumulative Retained Earnings | $ | - | |
| Less Distributions of Retained Earnings | $ | - | G. 4. |
| **Net Retained Earnings** | $ | **-** | G. 5. |
| **Total Owner's Equity** | $ | **148,616.78** | |
| | | | |
| **Total Liabilities and Owner's Equity** | $ | **589,641.09** | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Texas REIT**
**Balance Sheet**
**As of 12/31/2023**

| Assets | | Amount | Supporting Schedule |
|---|---|---|---|
| **Current Assets** | | | |
| Cash and Cash Equivalents | $ | 1,433.94 | A. |
| Accounts Receivable | $ | - | A. 1. |
| Short Term Investments | $ | - | A. 2. |
| Other Current Assets | $ | - | A. 3. |
| **Total Current Assets** | $ | **1,433.94** | A. 4. |
| **Long Term Assets** | | | |
| Furniture and Fixtures | $ | - | B. |
| Computers and Equipment | $ | - | B. 1. |
| Mortgages and Notes Receivable | $ | - | B. 2. |
| Real Estate | $ | 11,173,079.00 | B. 3. |
| Other Long Term Assets | $ | - | B. 4. |
| **Total Long Term Assets** | $ | **11,173,079.00** | B. 5. |
| **Other Assets** | | | C. |
| Contingent Assets | $ | - | C.1. |
| Unrealized Gain/Loss on Investments | $ | - | C. 2. |
| **Total Other Assets** | $ | **-** | |
| **Total Assets** | $ | **11,174,512.94** | |
| | | | |
| **Liabilities and Owner's Equity** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| Accounts Payable | $ | 349,421.00 | D. 1. |
| Short term portion of long term debt | $ | - | D. 2. |
| Property Taxes | $ | 225,116.44 | D. 3. |
| Other Current Liabilities | $ | - | D. 4. |
| **Total Current Liabilities** | $ | **574,537.44** | |
| **Long Term Liabilities** | | | |
| Mortgages on Notes Payable | $ | 16,054,110.00 | E. 1. |
| Other Long Term Liabilities | $ | 1,841,555.36 | E. 2. |
| **Total Long Term Liabilities** | $ | **17,895,665.36** | |
| **Contingent Liabilities** | | | |
| Judgments on Appeal | $ | - | F. 1. |
| Other Contingent Liabilities | $ | - | F. 2. |
| **Total Contingent Liabilities** | $ | **-** | |
| **Total Liabilities** | $ | **18,470,202.80** | |
| | | | |
| **Owner's Equity** | | | |
| **Contributed Capital** | | | |
| Initial Capital | $ | - | G. 1. |
| Additional Contributions | $ | - | G. 2. |
| Less Return of Capital Distributions | $ | - | G. 3. |
| **Net Contributed Capital** | $ | **-** | |
| **Retained Earnings** | | | |
| Cumulative Retained Earnings | $ | - | |
| Less Distributions of Retained Earnings | $ | - | G. 4. |
| **Net Retained Earnings** | $ | **-** | G. 5. |
| **Total Owner's Equity** | $ | **(7,295,689.86)** | |
| | | | |
| **Total Liabilities and Owner's Equity** | $ | **11,174,512.94** | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | ataylor andytaylorlaw.com |
| **To:** | Robert Norris |
| **Cc:** | ataylor andytaylorlaw.com |
| **Subject:** | Please assume the following "litigation risk" as you value Ali Choudhri''s personal financial statement. Thanks. AT |
| **Date:** | Friday, February 23, 2024 6:22:56 PM |

Bob, you have explained to me that you need a lawyer to provide you with an opinion as to the "litigation risk" which is associated with the various lawsuits involving and/or affecting Ali Choudhri, both in his individual and personal capacity, but also with respect to any company in which Ali Choudhri owns or claims to own any interest.

For that stated purpose, and for that stated purpose only, you should assume that none of the actual and/or contingent liabilities Ali Choudhri is already facing--as well as any actual and/or contingent liabilities that any company in which he owns or claims to own an interest--will be undone. You should also assume that none of those cases will result in any money or properties or other things of value coming in to Ali Choudhri, either in his individual and personal capacity, or in any company in which he holds or claims any interest, either. Thanks. AT