# Supreme Court of Texas

Misc. Docket No. 23-9101

### Final Approval of Amendments to Texas Rule of Appellate Procedure 24

**ORDERED** that:

1. On August 25, 2023, in Misc. Dkt. No. 23-9062, the Court preliminarily approved amendments to Texas Rule of Appellate Procedure 24 and invited public comment.

2. Following the comment period, the Court made revisions to the rule. This Order incorporates the revisions and contains the final version of the amended rule.

3. Amended Rules 24.1(b)(2) and 24.4(d) take effect on January 1, 2024.

4. The other amendments take effect immediately and apply only to a civil action commenced on or after September 1, 2023.

5. The Clerk is directed to:

    a. file a copy of this Order with the Secretary of State;

    b. cause a copy of this Order to be mailed to each registered member of the State Bar of Texas by publication in the *Texas Bar Journal*;

    c. send a copy of this Order to each elected member of the Legislature; and

    d. submit a copy of this Order for publication in the *Texas Register*.

Dated: December 18, 2023.

_____
Nathan L. Hecht, Chief Justice

_____
Debra H. Lehrmann, Justice

_____
Jeffrey S. Boyd, Justice

_____
John P. Devine, Justice

_____
James D. Blacklock, Justice

_____
J. Brett Busby, Justice

_____
Jane N. Bland, Justice

_____
Rebeca A. Huddle, Justice

_____
Evan A. Young, Justice