## Harris County Docket Sheet

# 2012-27197A

**COURT:** 333rd
**FILED DATE:** 5/9/2012
**CASE TYPE:** SEVERANCE



### MOKARAM, ALI
Attorney: O'NEILL, EILEEN

vs.

### CHOUDHRI, ALI ET AL

| Trial Settings ||
|---|---|
| Date | Comment |
| 6/24/2019 | Docket Set For: Trial Setting |
| 2/17/2020 | Docket Set For: Trial Setting |
| 5/11/2020 | Docket Set For: Trial Setting |
| 9/4/2023 | Docket Set For: Trial Setting;Tried |

| Docket Sheet Entries ||
|---|---|
| Date | Comment |
| 3/31/2016 | 7A - ORDER FOR INTERLOCUTORY SUMMARY JUDGMENT SIGNED |
| 3/31/2016 | MODIX - ORDER MODIFYING AND AMENDING TEMPORARY ORDERS SIGNED |
| 12/2/2016 | ENTX - ORDER SIGNED GRANTING ENTRY OF TEMPORARY ORDERS |
| 12/6/2016 | AMASX - ORDER TO APPOINT MASTER IN CHANCERY GRANTED |
| 1/3/2017 | PASSH - ORDER SIGNED PASSING HEARING |
| 1/3/2017 | STPRX - ORDER SIGNED STAYING PROCEEDINGS |
| 1/5/2017 | MODIX - ORDER MODIFYING AND AMENDING TEMPORARY ORDERS SIGNED |
| 8/9/2017 | PRDSX - ORD SGN GRNTNG PROTECTION FROM DISCOVERY REQUEST |
| 9/19/2017 | TRANX - ORDER TRANSFERRING CASE TO ANOTHER DISTRICT COURT SIGNED |
| 11/17/2017 | WDMAX - ORDER SIGNED GRANTING WITHDRAWAL OF MASTER |
| 12/14/2017 | STPRX - ORDER SIGNED STAYING PROCEEDINGS |
| 4/18/2018 | OBJDZ - ORDER GRANTING OBJECTION TO DISCOVERY IN PART SIGNED |
| 5/18/2018 | CPROX - ORDER SIGNED COMPELLING PRODUCTION |
| 5/18/2018 | MODIX - ORDER MODIFYING AND AMENDING TEMPORARY ORDERS SIGNED |

| Date | Entry |
|---|---|
| 5/18/2018 | QUSUY - ORDER SIGNED DENYING MOTION TO QUASH SUBPOENA |
| 5/18/2018 | ORALX - ORDER GRANTING ORAL HEARING |
| 6/15/2018 | ACPAX - ORDER TO APPOINT CERTIFIED PUBLIC ACCOUNTANT GRANTED |
| 6/15/2018 | ACPAX - ORDER TO APPOINT CERTIFIED PUBLIC ACCOUNTANT GRANTED |
| 6/15/2018 | COSTX - ORDER SIGNED GRANTING MOTION TO RULE FOR COSTS |
| 6/15/2018 | INDOX - ORDER SGND GRANTING INSPECTIO NOF IN-CAMERA DOCUMENT |
| 6/15/2018 | STIPX - ORDER APPROVING STIPULATION SIGNED |
| 8/24/2018 | RECUX - ORDER SIGNED RECUSING JUDGE |
| 8/27/2018 | TRANX - ORDER TRANSFERRING CASE TO ANOTHER DISTRICT COURT SIGNED |
| 9/18/2018 | ENTX - ORDER SIGNED GRANTING ENTRY OF TEMPORARY ORDERS |
| 11/2/2018 | SBATX - ORDER SIGNED SUBSTITUTING ATTORNEY OF RECORD |
| 12/3/2018 | ARBIX - ORDER GRANTING ARBITRATION SIGNED |
| 1/14/2019 | SEVRY - ORDER SIGNED DENYING MOTION FOR SEVERANCE |
| 1/14/2019 | PABAY - ORDER SIGNED DENYING PLEA IN ABATEMENT |
| 1/16/2019 | SPJUX - ORDER SIGNED SETTING ASIDE ORDER |
| 1/31/2019 | CPROY - ORDER SIGNED DENYING MOTION TO COMPEL PRODUCTION |
| 6/28/2019 | MPSJY - ORDER SIGNED DENYING PARTIAL SUMMARY JUDGMENT |
| 2/20/2020 | CAFX - ORDER SIGNED GRANTING TRIAL CONTINUANCE |
| 2/20/2020 | ORTX - ORDER SIGNED RESETTING TRIAL |
| 4/15/2020 | 4B - SEVERANCE ORDER SIGNED, PARTY REMOVED |
| 4/15/2020 | GRANTED ... Consolidation req'd per Judge Moore in 333rd. |
| 5/29/2020 | 7A - ORDER FOR INTERLOCUTORY SUMMARY JUDGMENT SIGNED |
| 6/20/2020 | LFPLY - ORDER DENYING LEAVE TO FILE PLEADING SIGNED |
| 6/20/2020 | DCORY - ORDER SIGNED DENYING ENTRY OF DOCKET CONTROL/PRETRIAL ORDER |
| 7/1/2020 | CIPRO - PROTECTIVE ORDER (CIVIL) ORD SGND |
| 8/7/2020 | 4A - ORDER OF PARTIAL NONSUIT SIGNED |
| 9/17/2020 | CPLHX - ORDER SIGNED GRANTING COMPLIANCE |
| 11/19/2020 | ARBIX - ORDER GRANTING ARBITRATION SIGNED |
| 12/3/2020 | MFSJY - ORDER SIGNED DENYING FINAL SUMMARY JUDGMENT |
| 12/3/2020 | MFSJY - ORDER SIGNED DENYING FINAL SUMMARY JUDGMENT |
| 12/8/2020 | TRRQY - ORDER SIGNED DENYING TRIAL REQUEST |

| Date | Entry |
|---|---|
| 12/8/2020 | PREFY - ORDER SIGNED DENYING PREFERENTIAL TRIAL SETTING |
| 12/22/2020 | STPLY - ORDER SIGNED DENYING MOTION TO STRIKE PLEADING |
| 12/22/2020 | STPLY - ORDER SIGNED DENYING MOTION TO STRIKE PLEADING |
| 12/22/2020 | SPEXY - ORDER SIGNED DENYING SPECIAL EXCEPTIONS |
| 12/22/2020 | SPJUX - ORDER SIGNED SETTING ASIDE ORDER |
| 12/22/2020 | CPROX - ORDER SIGNED COMPELLING PRODUCTION |
| 12/22/2020 | STPLY - ORDER SIGNED DENYING MOTION TO STRIKE PLEADING |
| 12/22/2020 | MFSJY - ORDER SIGNED DENYING FINAL SUMMARY JUDGMENT |
| 12/22/2020 | OBJDY - ORDER DENYING OBJECTION TO DISCOVERY REQUEST SIGNED |
| 12/22/2020 | STPLY - ORDER SIGNED DENYING MOTION TO STRIKE PLEADING |
| 12/22/2020 | OBJDY - ORDER DENYING OBJECTION TO DISCOVERY REQUEST SIGNED |
| 1/11/2021 | STPRX - ORDER SIGNED STAYING PROCEEDINGS |
| 1/12/2021 | RECUX - ORDER SIGNED RECUSING JUDGE |
| 1/12/2021 | RECUY - ORDER SIGNED DENYING RECUSAL OF JUDGE |
| 1/20/2021 | RECUY - ORDER SIGNED DENYING RECUSAL OF JUDGE |
| 1/25/2021 | RECUX - ORDER SIGNED RECUSING JUDGE |
| 1/25/2021 | RECUX - ORDER SIGNED RECUSING JUDGE |
| 2/5/2021 | LIFTX - ORDER LIFTING STAY SIGNED |
| 3/2/2021 | REHRY - ORDER SIGNED DENYING REHEARING |
| 4/15/2021 | ENTX - ORDER SIGNED GRANTING ENTRY OF TEMPORARY ORDERS |
| 5/4/2021 | SPEXX - ORDER SIGNED GRANTING SPECIAL EXCEPTIONS |
| 5/4/2021 | CPLHX - ORDER SIGNED GRANTING COMPLIANCE |
| 5/20/2021 | CCSLX - ORDER SIGNED CONSOLIDATING CASE |
| 9/8/2021 | LFPLX - ORDER GRANTING LEAVE TO FILE PLEADING SIGNED |
| 9/8/2021 | CPLHX - ORDER SIGNED GRANTING COMPLIANCE |
| 9/10/2021 | CPLHX - ORDER SIGNED GRANTING COMPLIANCE |
| 9/13/2021 | MODIX - ORDER MODIFYING AND AMENDING TEMPORARY ORDERS SIGNED |
| 9/13/2021 | CASO - ORDER SIGNED SETTING HEARING |
| 9/15/2021 | CRLPX - ORDER SIGNED GRANTING MOTION TO REMOVE/CANCEL LIS PENDENS |
| 10/6/2021 | SELDY - ORDER DENYING THE SEALING OF DOCUMENT(S) SIGNED |
| 10/7/2021 | CPLHX - ORDER SIGNED GRANTING COMPLIANCE |

| Date | Entry |
|---|---|
| 10/11/2021 | CRLPX - ORDER SIGNED GRANTING MOTION TO REMOVE/CANCEL LIS PENDENS |
| 10/11/2021 | SANCY - ORDER DENYING SANCTIONS SIGNED |
| 10/18/2021 | CPLHX - ORDER SIGNED GRANTING COMPLIANCE |
| 10/18/2021 | CRLPX - ORDER SIGNED GRANTING MOTION TO REMOVE/CANCEL LIS PENDENS |
| 10/26/2021 | WDPLY - ORD SGND DENYING MTN TO WITHDRAW PLEADING |
| 10/26/2021 | REHRY - ORDER SIGNED DENYING REHEARING |
| 11/2/2021 | MEDIX - ORDER SIGNED GRANTING REFERRAL TO MEDIATION |
| 11/2/2021 | CPLHX - ORDER SIGNED GRANTING COMPLIANCE |
| 11/2/2021 | CPLHX - ORDER SIGNED GRANTING COMPLIANCE |
| 11/2/2021 | MEDIX - ORDER SIGNED GRANTING REFERRAL TO MEDIATION |
| 12/15/2021 | CCSLY - ORDER SIGNED DENYING CASE CONSOLIDATION |
| 12/15/2021 | MPSJY - ORDER SIGNED DENYING PARTIAL SUMMARY JUDGMENT |
| 12/15/2021 | MPSJY - ORDER SIGNED DENYING PARTIAL SUMMARY JUDGMENT |
| 12/15/2021 | MPSJY - ORDER SIGNED DENYING PARTIAL SUMMARY JUDGMENT |
| 12/15/2021 | SPJUY - ORDER SGNED DENYING MOTION TO SET ASIDE ORDER |
| 12/15/2021 | MCAAX - ORDER GRANTING MOTION FOR CONFIRMATION OF ARBITRATION AWARD |
| 4/6/2022 | LFPLX - ORDER GRANTING LEAVE TO FILE PLEADING SIGNED |
| 4/6/2022 | 7A - ORDER FOR INTERLOCUTORY SUMMARY JUDGMENT SIGNED |
| 5/2/2022 | ENTX - ORDER SIGNED GRANTING ENTRY OF TEMPORARY ORDERS |
| 5/12/2022 | SPEXX - ORDER SIGNED GRANTING SPECIAL EXCEPTIONS |
| 5/12/2022 | MEDO - MEDIATION ORDER SIGNED |
| 5/12/2022 | CPLHX - ORDER SIGNED GRANTING COMPLIANCE |
| 5/12/2022 | SPEXX - ORDER SIGNED GRANTING SPECIAL EXCEPTIONS |
| 5/12/2022 | MEDO - MEDIATION ORDER SIGNED |
| 5/12/2022 | CPLHX - ORDER SIGNED GRANTING COMPLIANCE |
| 5/24/2022 | MEDIX - ORDER SIGNED GRANTING REFERRAL TO MEDIATION |
| 5/24/2022 | CPLHX - ORDER SIGNED GRANTING COMPLIANCE |
| 8/4/2022 | EJUDY - ORDER SIGNED DENYING ENTRY OF JUDGMENT |
| 10/17/2022 | 4B - SEVERANCE ORDER SIGNED, PARTY REMOVED |
| 10/17/2022 | 4B - SEVERANCE ORDER SIGNED, PARTY REMOVED |
| 10/17/2022 | 4B - SEVERANCE ORDER SIGNED, PARTY REMOVED |

| Date | Entry |
|---|---|
| 2/17/2023 | 4B - SEVERANCE ORDER SIGNED, PARTY REMOVED |
| 3/24/2023 | SPJUX - ORDER SIGNED SETTING ASIDE ORDER |
| 6/6/2023 | DCORX - DOCKET CONTROL/PRETRIAL ORDER SIGNED |
| 9/11/2023 | RECUY - ORDER SIGNED DENYING RECUSAL OF JUDGE |
| 9/11/2023 | RECAY - ORDER DENYING RECUSAL SIGNED BY ADMIN JUDGE |
| 9/11/2023 | MLIMX - ORDER SIGNED GRANTING MOTION IN LIMINE |
| 9/11/2023 | MLIMX - ORDER SIGNED GRANTING MOTION IN LIMINE |
| 9/11/2023 | 4A - ORDER OF PARTIAL NONSUIT SIGNED |
| 9/19/2023 | ATFEX - ORDER SIGNED AWARDING ATTORNEY FEES |
| 9/19/2023 | CAJUX - ORDER CLARIFYING JUDGMENT SIGNED |
| 10/10/2023 | SBATX - ORDER SIGNED SUBSTITUTING ATTORNEY OF RECORD |
| 10/16/2023 | MDJFX - JURY FINDINGS DISREGARDED |
| 10/16/2023 | STIPX - ORDER APPROVING STIPULATION SIGNED |
| 10/23/2023 | 9A - JUDGMENT SIGNED FOR PLAINTIFF ON JURY VERDICT |
| 12/14/2023 | CASO - ORDER SIGNED SETTING HEARING |
| 12/21/2023 | CASO - ORDER SIGNED SETTING HEARING |
| 1/8/2024 | PRODX - ORDER GRANTING PRODUCTION OF DOCUMENTS SIGNED |
| 1/12/2024 | PRODX - ORDER GRANTING PRODUCTION OF DOCUMENTS SIGNED |
| 1/17/2024 | PROCY - ORDER SIGNED DENYING PROTECTION |
| 1/17/2024 | CAJUY - ORDER DENYING CLARIFICATION OF JUDGMENT SIGNED |
| 2/6/2024 | CASO - ORDER SIGNED SETTING HEARING |
| 2/15/2024 | TJNOX - ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED |
| 2/19/2024 | TJNOX - ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED |
| 2/21/2024 | TJNOX - ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED |
| 2/21/2024 | TJNOX - ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED |
| 2/23/2024 | TJNOX - ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED |
| 3/18/2024 | TJNOX - ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED |
| 4/4/2024 | TJNOX - ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED |
| 4/8/2024 | RECUY - ORDER SIGNED DENYING RECUSAL OF JUDGE |
| 4/8/2024 | REDEY - ORDER SIGNED DECLINING RECUSAL OF JUDGE |
| 4/8/2024 | RTSCX - REFERRAL TO SUPREME COURT ORDER GRANTED |

| Date | Entry |
|---|---|
| 5/20/2024 | QUSUX - ORDER SIGNED QUASHING SUBPOENA |
| 5/20/2024 | PROCX - ORDER SIGNED GRNTNG PROTECTION |
| 5/21/2024 | RECUY - ORDER SIGNED DENYING RECUSAL OF JUDGE |
| 5/24/2024 | RECSY - ORD SGN DENYING RECONSIDERATION |
| 5/24/2024 | RECSY - ORD SGN DENYING RECONSIDERATION |
| 5/31/2024 | RECAY - ORDER DENYING RECUSAL SIGNED BY ADMIN JUDGE |
| 5/31/2024 | DIJUY - ORDER SIGNED DENYING DISQUALIFICATION OF JUDGE |
| 6/10/2024 | TJNOX - ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED |
| 6/10/2024 | TJNOX - ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED |
| 6/13/2024 | CASO - ORDER SIGNED SETTING HEARING |
| 6/25/2024 | TJNOX - ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED |
| 7/5/2024 | WDATX - ORDER GRANTING WITHDRAWAL OF ATTORNEY SIGNED |
| 7/10/2024 | SANCX - ORDER GRANTING SANCTIONS SIGNED |
| 7/23/2024 | SANCX - ORDER GRANTING SANCTIONS SIGNED |
| 10/12/2024 | TJNOX - ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED |
| 10/12/2024 | WDATX - ORDER GRANTING WITHDRAWAL OF ATTORNEY SIGNED |
| 10/23/2024 | SANCX - ORDER GRANTING SANCTIONS SIGNED |
| 10/29/2024 | CAFX - ORDER SIGNED GRANTING TRIAL CONTINUANCE |
| 10/31/2024 | TJNOX - ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED |
| 2/4/2025 | CASO - ORDER SIGNED SETTING HEARING |
| 2/4/2025 | ENTX - ORDER SIGNED GRANTING ENTRY OF TEMPORARY ORDERS |
| 2/17/2025 | CONTX - ORDER SIGNED GRANTING CONTINUANCE |
| 2/18/2025 | CONTZ - ORDER SIGNED GRANTING PARTIAL CONTINUANCE, SEE ORDER |
| 2/21/2025 | RECUY - ORDER SIGNED DENYING RECUSAL OF JUDGE |
| 2/21/2025 | RECUY - ORDER SIGNED DENYING RECUSAL OF JUDGE |
| 2/25/2025 | CASO - ORDER SIGNED SETTING HEARING |
| 3/3/2025 | RECUY - ORDER SIGNED DENYING RECUSAL OF JUDGE |
| 3/3/2025 | RECUY - ORDER SIGNED DENYING RECUSAL OF JUDGE |
| 3/6/2025 | RESCY - ORDER DENYING RECUSAL SIGNED BY SUPREME COURT JUDGE |
| 3/6/2025 | RECUY - ORDER SIGNED DENYING RECUSAL OF JUDGE |
| 3/6/2025 | TJNOX - ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED |

| | |
|---|---|
| 4/1/2025 | TURNX - ORDER SIGNED GRANTING MOTION FOR TURNOVER |
| 4/1/2025 | APREX - ORDER TO APPOINT RECEIVER GRANTED |
| 4/1/2025 | WVBNX - BOND WAIVED/NO BOND SET |
| 4/9/2025 | MODIX - ORDER MODIFYING AND AMENDING TEMPORARY ORDERS SIGNED |
| 7/2/2025 | CASO - ORDER SIGNED SETTING HEARING |
| 7/6/2025 | CASO - ORDER SIGNED SETTING HEARING |
| 7/8/2025 | CASO - ORDER SIGNED SETTING HEARING |
| 7/14/2025 | PJURY - ORDER SIGNED DENYING PLEA TO JURISDICTION |
| 7/14/2025 | APREY - ORDER SIGNED DENYING APPOINTMENT OF RECEIVER |
| 7/14/2025 | LFPLY - ORDER DENYING LEAVE TO FILE PLEADING SIGNED |
| 7/29/2025 | CASO - ORDER SIGNED SETTING HEARING |
| 7/31/2025 | SRECX - ORDER SIGNED GRANTING SUPPL RECORD |