Harris County Docket Sheet
Party Docket

# 2012-27197D

**COURT:** 333rd
**FILED DATE:** 3/1/2023
**CASE TYPE:** SEVERANCE



### MOKARAM, ALI
Attorney: KELLEY, LLOYD E.

vs.

### DALIO HOLDINGS I LLC
Attorney: RAYOME, JUSTIN PETER LOUIS

| Docket Sheet Entries | |
|---|---|
| Date | Comment |
| 9/13/2023 | CARBY - ORDER SIGNED COMPELLING ARBITRATION DENIED |
| 9/19/2023 | 11C - PARTIAL DISMISSAL ON PLAINTIFF'S MOTION |
| 9/19/2023 | CARBY - ORDER SIGNED COMPELLING ARBITRATION DENIED |
| 10/7/2023 | 8A - FINAL JUDGMENT SIGNED FOR PLAINTIFF (NON-JURY) |
| 10/30/2023 | CPLHX - ORDER SIGNED GRANTING COMPLIANCE |
| 11/7/2023 | MCAAY - ORDER DENYING MOTION FOR CONFIRMATION OF ARBITRATION AWARD |
| 11/7/2023 | EJUDX - ORDER SIGNED GRANTING ENTRY OF JUDGMENT |
| 11/7/2023 | MCAAX - ORDER GRANTING MOTION FOR CONFIRMATION OF ARBITRATION AWARD |
| 11/7/2023 | ATFEX - ORDER SIGNED AWARDING ATTORNEY FEES |
| 12/19/2023 | MODFY - ORDER MODIFYING AND/OR AMENDING FINAL ORDER DENIED |
| 1/8/2024 | PRODX - ORDER GRANTING PRODUCTION OF DOCUMENTS SIGNED |
| 1/12/2024 | PRODX - ORDER GRANTING PRODUCTION OF DOCUMENTS SIGNED |
| 2/20/2024 | WDATX - ORDER GRANTING WITHDRAWAL OF ATTORNEY SIGNED |
| 3/18/2024 | TJNOX - ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED |
| 4/8/2024 | REDEY - ORDER SIGNED DECLINING RECUSAL OF JUDGE |
| 4/8/2024 | RTSCX - REFERRAL TO SUPREME COURT ORDER GRANTED |
| 5/20/2024 | QUSUX - ORDER SIGNED QUASHING SUBPOENA |
| 5/20/2024 | PROCX - ORDER SIGNED GRNTNG PROTECTION |
| 5/21/2024 | RECUY - ORDER SIGNED DENYING RECUSAL OF JUDGE |

| Date | Entry |
|---|---|
| 5/24/2024 | RECSY - ORD SGN DENYING RECONSIDERATION |
| 5/24/2024 | RECSY - ORD SGN DENYING RECONSIDERATION |
| 5/31/2024 | RECAY - ORDER DENYING RECUSAL SIGNED BY ADMIN JUDGE |
| 5/31/2024 | DIJUY - ORDER SIGNED DENYING DISQUALIFICATION OF JUDGE |
| 6/10/2024 | TJNOX - ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED |
| 6/25/2024 | TJNOX - ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED |
| 7/10/2024 | SANCX - ORDER GRANTING SANCTIONS SIGNED |
| 7/23/2024 | SANCX - ORDER GRANTING SANCTIONS SIGNED |
| 2/4/2025 | ENTX - ORDER SIGNED GRANTING ENTRY OF TEMPORARY ORDERS |
| 2/4/2025 | CASO - ORDER SIGNED SETTING HEARING |
| 2/17/2025 | CONTX - ORDER SIGNED GRANTING CONTINUANCE |
| 2/18/2025 | CONTZ - ORDER SIGNED GRANTING PARTIAL CONTINUANCE, SEE ORDER |
| 2/21/2025 | RECUY - ORDER SIGNED DENYING RECUSAL OF JUDGE |
| 2/25/2025 | CASO - ORDER SIGNED SETTING HEARING |
| 3/3/2025 | RECUY - ORDER SIGNED DENYING RECUSAL OF JUDGE |
| 3/3/2025 | TJNOX - ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED |
| 3/3/2025 | RECUY - ORDER SIGNED DENYING RECUSAL OF JUDGE |
| 3/3/2025 | TJNOX - ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED |
| 3/6/2025 | RESCY - ORDER DENYING RECUSAL SIGNED BY SUPREME COURT JUDGE |
| 3/6/2025 | TJNOX - ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED |
| 3/31/2025 | TURNX - ORDER SIGNED GRANTING MOTION FOR TURNOVER |
| 3/31/2025 | APREX - ORDER TO APPOINT RECEIVER GRANTED |
| 3/31/2025 | WVBNX - BOND WAIVED/NO BOND SET |
| 4/8/2025 | MODIX - ORDER MODIFYING AND AMENDING TEMPORARY ORDERS SIGNED |
| 4/9/2025 | MODIX - ORDER MODIFYING AND AMENDING TEMPORARY ORDERS SIGNED |
| 4/30/2025 | VOIDT - VOIDED TEMPORARY ORDER |
| 7/2/2025 | CASO - ORDER SIGNED SETTING HEARING |
| 7/2/2025 | CASO - ORDER SIGNED SETTING HEARING |
| 7/14/2025 | PJURY - ORDER SIGNED DENYING PLEA TO JURISDICTION |
| 7/14/2025 | APREY - ORDER SIGNED DENYING APPOINTMENT OF RECEIVER |
| 7/14/2025 | LFPLY - ORDER DENYING LEAVE TO FILE PLEADING SIGNED |

| | | |
|---|---|---|
| | 7/29/2025 | CASO - ORDER SIGNED SETTING HEARING |