```
Label Matrix for local noticing       U.S. BANKRUPTCY COURT                 Ali Choudhri
0542-5                                 615 E. HOUSTON STREET, ROOM 597      1001 West Loop South, Suite 700
Case 24-51195-mmp                      SAN ANTONIO, TX 78205-2055           Houston, TX 77027-9033
Western District of Texas
San Antonio
Tue Oct  7 15:48:25 CDT 2025

Andres Cedillos                        FNA VII, LLC                         George H. Spencer, Jr.
3951 FM 1303                           c/o Howard Marc Spector              Langley Banack, Inc.
Floresville, TX 78114-6440             12770 Coit Rd., Ste. 850             Trinity Plaza II, Seventh Floor
                                       Dallas, TX 75251-1364                745 Mulberry
                                                                            San Antonio, TX 78212-3141

Internal Revenue Service               John Daves                           John and Lori Daves
Centralized Insolvency Operations      The Daves Law Firm                   331 Story Drive
Post Office Box 7346                   3624 North Hills Drive               Buda, TX 78610-3340
Philadelphia, PA 19101-7346            Suite B100
                                       Austin, TX 78731-3242

Lori Daves and John Daves              Milestone Capital CRE 1, LLC         Milestone Capital CRE 1, LLC
c/o Natalie F. Wilson                  2704 Joanel Street                   c/o Lyndel Vargas
Langley & Banack, Inc.                 Houston, TX 77027-5304               Cavazos Hendricks Poirot, P.C.
745 E. Mulberry, Ste. 700                                                   900 Jackson Street, Suite 570
San Antonio, TX 78212-3172                                                  Dallas, TX 75202-2413

Office of the United States Trustee    Otisco RDX, LLC                      Peter J. Stanton
615 E. Houston Street                  c/o Lyndel Vargas                    The Law Offices of Peter J. Stanton
Suite 533                              Cavazos Hendricks Poirot, P.C.       111 Soledad
San Antonio, TX 78205-2055             900 Jackson Street, Suite 570        Suite 470
                                       Dallas, TX 75202-2413                San Antonio, TX 78205-2243

Propel Financial Services as agent     Propel Financial Services, as Agent for FNA   TIG Romspen US Master Mortgage LP
and attorney in fact for FNA VII, LLC  12672 Silicon Drive, Suite 150       c/o Lynn Hamilton Butler
c/o Howard Marc Spector                San Antonio, TX 78249-3450           Husch Blackwell LLP
12770 Coit Rd, Ste 850                                                      111 Congress Avenue, Suite 1400
Dallas, TX 75251-1364                                                       Austin, TX 78701-4093

The Wilson County Tax Collector        Travis B. Vargo                      United States Trustee - SA12
c/o Linebarger Goggan Blair Sampson    c/o Leslie M. Luttrell               US Trustee's Office
Terrace 2                              Luttrell + Carmody Law Group         615 E Houston, Suite 533
2700 Via Fortuna Drive, Suite 500      100 N.E. Loop 410, Suite 615         San Antonio, TX 78205-2055
Austin, TX 78746-7998                  San Antonio, Texas 78216-4713

(p)LINEBARGER GOGGAN BLAIR & SAMPSON  LLP   Wilson County Tax Collector     Brigid K Ndege
ATTN DON STECKER                       Attn Dawn P. Barnett                 Bryan Cave Leighton Paisner
112 E PECAN                            1 Library Lane                       161 N Clark St
SUITE 2200                             Floresville, TX 78114-2239           Ste 4300,
SAN ANTONIO TX 78205-1588                                                   Chicago, IL 60601-3315

Justin Hanna                           Kyle Hirsch                          Robert Luke Graham
Bryan Cave Leighton Paisner LLP        Bryan Cave Leighton Paisner LLP      Bryan Cave Leighton Paisner LLP
2200 Ross Avenue                       Two North Central Ave, Suite 2100    2200 Ross Avenue #4200W
Suite 4200w                            Phoenix, AZ 85004-4533               Dallas, TX 75201-2763
Dallas, TX 75201-2763
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Wilson County
c/o Karalyssa C Casillas
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

(u)RIC (Lavernia) LLC
162 Cumberland Street, Suite 300
Toronto, ON M5R 3N5 Canada

**End of Label Matrix**
Mailable recipients    26
Bypassed recipients     1
Total                  27