**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| RIC (Lavernia) LLC | § | Case No. 24-51195-mmp |
| Debtor. | § § § | Chapter 11 |

**NOTICE OF FILING JUDGMENT FROM THE FOURTEENTH COURT OF APPEALS**

TO THE HONORABLE MICHAEL M. PARKER,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, TRAVIS B. VARGO, Court-Appointed Receiver[1], by and through his counsel of record, and files the following judgment entered by the Fourteenth Court of Appeals for the State of Texas:

1. Judgment, entered in Case No. 14-25-00309-CV, *Ali Choudhri* vs. *Mokaram-Latif West Loop, Ltd. and Osama Abdullatif* on October 7, 2025 ("Judgment").

The Judgment is attached hereto as **Exhibit 1** and is incorporated herewith for all purposes.

Dated this 8th day of October, 2025.

---

[1] Travis Vargo was appointed as the Receiver of Ali Choudhri in Cause No. 2012-27197-A styled *Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri*, pending in the 333rd Judicial District Court of Harris County, Texas and of Ali Choudhri, Dalio Holdings I LLC, and Dalio Holdings II LLC in Cause No. 2012-27197-D styled *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri and Angel Valle*, pending in the 333rd Judicial District Court of Harris County, Texas.

Respectfully submitted,

LUTTRELL + CARMODY LAW GROUP
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216
Tel.   210.426.3600
Email: luttrell@lclawgroup.net

By: /s/ Leslie M. Luttrell
    Leslie M. Luttrell
    State Bar No. 12708650

**ATTORNEYS FOR TRAVIS B. VARGO, COURT-APPOINTED RECEIVER**

**CERTIFICATE OF SERVICE**

    I do hereby certify that on the 8th day of October, 2025, I caused a copy of the foregoing instrument to be served to the Debtor, Debtor's Counsel, Trustee, and all parties listed on the attached service list either through the Court's ECF System or via U.S. First Class Mail, postage prepaid.

**Debtor**
RIC (Lavernia) LLC
162 Cumberland Street, Suite 300
Toronto, ON M5R 3N5

**Other Lawyers**
Lyndel A. Vargas
Cavazos Hendricks Poirot, P.C.
900 Jackson St., Suite 750
Dallas, Texas 75202

**Attorneys for Debtor**
Robert Luke Graham
Justin Hanna
Bryan Cave Leighton Paisner LLP
2200 Ross Avenue #4200W
Dallas, TX 75201

Kyle Hirsch
Bryan Cave Leighton Paisner LLP
Two North Central Ave, Suite 2100
Phoenix, AZ 85004-4406

Brigid K Ndege
Bryan Cave Leighton Paisner
161 N Clark St
Ste 4300,
Chicago, IL 60605

    /s/ Leslie M. Luttrell
    Leslie M. Luttrell

# EXHIBIT 1

October 7, 2025



# JUDGMENT

# The Fourteenth Court of Appeals

ALI CHOUDHRI, Appellant

NO. 14-25-00309-CV    V.

MOKARAM-LATIF WEST LOOP, LTD., ET AL, Appellees

_____

Today the court heard its own motion to dismiss the appeal from the order signed by the court below on March 31, 2025. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Ali Choudhri.

We further order this decision certified below for observance.

Judgment Rendered October 7, 2025.

Panel Consists of Justices Jewell, Bridges, and Antú. Opinion delivered Per Curiam.