**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| RIC (Lavernia) LLC | § § | Case No. 24-51195-mmp |
| Debtor. | § § | Chapter 11 |

**NOTICE OF FILING MEMORANDUM OPINION AND JUDGMENT FROM THE FOURTEENTH COURT OF APPEALS**

TO THE HONORABLE MICHAEL M. PARKER,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, TRAVIS B. VARGO, Court-Appointed Receiver[1], by and through his counsel of record, and files the following Memorandum Opinion and Judgment entered by the Fourteenth Court of Appeals for the State of Texas:

1. Memorandum Opinion filed in Case No. 14-25-00308-CV, *Ali Choudhri* vs. *Mokaram-Latif West Loop, Ltd., et al.* on October 7, 2025, On Appeal from the 333rd District Court, Harris County, Texas, Trial Court Case No. 2012-27197-A ("Memorandum Opinion").

2. Judgment, entered in Case No. 14-25-00308-CV, *Ali Choudhri* vs. *Mokaram-Latif West Loop, Ltd., et al.* on October 7, 2025 ("Judgment").

The Memorandum Opinion and Judgment are attached hereto as **Exhibits 1 and 2**, respectively, and are incorporated herewith for all purposes.

---

[1] Travis Vargo was appointed as the Receiver of Ali Choudhri in Cause No. 2012-27197-A styled *Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri*, pending in the 333rd Judicial District Court of Harris County, Texas and of Ali Choudhri, Dalio Holdings I LLC, and Dalio Holdings II LLC in Cause No. 2012-27197-D styled *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri and Angel Valle*, pending in the 333rd Judicial District Court of Harris County, Texas.

Dated this 9th day of October, 2025.

        Respectfully submitted,

        LUTTRELL + CARMODY LAW GROUP
        One International Centre
        100 N.E. Loop 410, Suite 615
        San Antonio, Texas 78216
        Tel. 210.426.3600
        Email: luttrell@lclawgroup.net

        By: */s/ Leslie M. Luttrell*
           Leslie M. Luttrell
           State Bar No. 12708650

**ATTORNEYS FOR TRAVIS B. VARGO, COURT-APPOINTED RECEIVER**

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 9th day of October, 2025, I caused a copy of the foregoing instrument to be served to the Debtor, Debtor's Counsel, Trustee, and all parties listed on the attached service list either through the Court's ECF System or via U.S. First Class Mail, postage prepaid.

| | |
|---|---|
| **Debtor**<br>RIC (Lavernia) LLC<br>162 Cumberland Street, Suite 300<br>Toronto, ON M5R 3N5 | **Attorneys for Debtor**<br>Robert Luke Graham<br>Justin Hanna<br>Bryan Cave Leighton Paisner LLP<br>2200 Ross Avenue #4200W<br>Dallas, TX 75201 |
| **Other Lawyers**<br>Lyndel A. Vargas<br>Cavazos Hendricks Poirot, P.C.<br>900 Jackson St., Suite 750<br>Dallas, Texas 75202 | Kyle Hirsch<br>Bryan Cave Leighton Paisner LLP<br>Two North Central Ave, Suite 2100<br>Phoenix, AZ 85004-4406 |
| | Brigid K Ndege<br>Bryan Cave Leighton Paisner<br>161 N Clark St<br>Ste 4300,<br>Chicago, IL 60605 |

        */s/ Leslie M. Luttrell*
        Leslie M. Luttrell

# EXHIBIT 1

**Appeal dismissed and Memorandum Opinion filed October 7, 2025.**



In The

# Fourteenth Court of Appeals

NO. 14-25-00308-CV

**ALI CHOUDHRI, Appellant**

**V.**

**MOKARAM-LATIF WEST LOOP, LTD., ET AL., Appellees**

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2012-27197-A**

## MEMORANDUM OPINION

This appeal is from an order signed April 1, 2025. The court reporter indicated on July 29, 2025 that appellant had not paid for or made arrangements to pay for the reporter's record. The clerk's record was filed July 30, 2025. No brief was filed.

On August 19, 2025, we ordered appellant to file a brief by September 18, 2025, and we further warned appellant that the appeal was subject to dismissal without further notice for want of prosecution if he failed to do so. *See* Tex. R. App.

P. 42.3(b).

Appellant filed no brief or other response to the order. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bridges, and Antú.

# EXHIBIT 2

October 7, 2025



# JUDGMENT

# The Fourteenth Court of Appeals

ALI CHOUDHRI, Appellant

NO. 14-25-00308-CV                  V.

MOKARAM-LATIF WEST LOOP, LTD., ET AL., Appellees

_____

    Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on April 1, 2025. Having considered the motion, we order the appeal **DISMISSED**.

    We order appellant, Ali Choudhri, to pay all costs incurred in this appeal.

    We further order this decision certified below for observance.

Judgment rendered October 7, 2025.

Panel consists of Justices Jewell, Bridges, and Antú. Opinion delivered Per Curiam.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 24-51195-mmp<br>Western District of Texas<br>San Antonio<br>Tue Oct  7 15:48:25 CDT 2025 | U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 | Ali Choudhri<br>1001 West Loop South, Suite 700<br>Houston, TX 77027-9033 |
| Andres Cedillos<br>3951 FM 1303<br>Floresville, TX 78114-6440 | FNA VII, LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd., Ste. 850<br>Dallas, TX 75251-1364 | George H. Spencer, Jr.<br>Langley Banack, Inc.<br>Trinity Plaza II, Seventh Floor<br>745 Mulberry<br>San Antonio, TX 78212-3141 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | John Daves<br>The Daves Law Firm<br>3624 North Hills Drive<br>Suite B100<br>Austin, TX 78731-3242 | John and Lori Daves<br>331 Story Drive<br>Buda, TX 78610-3340 |
| Lori Daves and John Daves<br>c/o Natalie F. Wilson<br>Langley & Banack, Inc.<br>745 E. Mulberry, Ste. 700<br>San Antonio, TX 78212-3172 | Milestone Capital CRE 1, LLC<br>2704 Joanel Street<br>Houston, TX 77027-5304 | Milestone Capital CRE 1, LLC<br>c/o Lyndel Vargas<br>Cavazos Hendricks Poirot, P.C.<br>900 Jackson Street, Suite 570<br>Dallas, TX 75202-2413 |
| Office of the United States Trustee<br>615 E. Houston Street<br>Suite 533<br>San Antonio, TX 78205-2055 | Otisco RDX, LLC<br>c/o Lyndel Vargas<br>Cavazos Hendricks Poirot, P.C.<br>900 Jackson Street, Suite 570<br>Dallas, TX 75202-2413 | Peter J. Stanton<br>The Law Offices of Peter J. Stanton<br>111 Soledad<br>Suite 470<br>San Antonio, TX 78205-2243 |
| Propel Financial Services as agent<br>and attorney in fact for FNA VII, LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd, Ste 850<br>Dallas, TX 75251-1364 | Propel Financial Services, as Agent for FNA<br>12672 Silicon Drive, Suite 150<br>San Antonio, TX 78249-3450 | TIG Romspen US Master Mortgage LP<br>c/o Lynn Hamilton Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701-4093 |
| The Wilson County Tax Collector<br>c/o Linebarger Goggan Blair Sampson<br>Terrace 2<br>2700 Via Fortuna Drive, Suite 500<br>Austin, TX 78746-7998 | Travis B. Vargo<br>c/o Leslie M. Luttrell<br>Luttrell + Carmody Law Group<br>100 N.E. Loop 410, Suite 615<br>San Antonio, Texas 78216-4713 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>San Antonio, TX 78205-2055 |
| (p)LINEBARGER GOGGAN BLAIR & SAMPSON  LLP<br>ATTN DON STECKER<br>112 E PECAN<br>SUITE 2200<br>SAN ANTONIO TX 78205-1588 | Wilson County Tax Collector<br>Attn Dawn P. Barnett<br>1 Library Lane<br>Floresville, TX 78114-2239 | Brigid K Ndege<br>Bryan Cave Leighton Paisner<br>161 N Clark St<br>Ste 4300,<br>Chicago, IL 60601-3315 |
| Justin Hanna<br>Bryan Cave Leighton Paisner LLP<br>2200 Ross Avenue<br>Suite 4200w<br>Dallas, TX 75201-2763 | Kyle Hirsch<br>Bryan Cave Leighton Paisner LLP<br>Two North Central Ave, Suite 2100<br>Phoenix, AZ 85004-4533 | Robert Luke Graham<br>Bryan Cave Leighton Paisner LLP<br>2200 Ross Avenue #4200W<br>Dallas, TX 75201-2763 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Wilson County
c/o Karalyssa C Casillas
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

(u)RIC (Lavernia) LLC
162 Cumberland Street, Suite 300
Toronto, ON M5R 3N5 Canada

End of Label Matrix
Mailable recipients   26
Bypassed recipients    1
Total                 27