*#219 Emergency Motion to Remove Professional filed by Lyndel A. Vargas for Interested Parties Milestone Capital CRE 1, LLC, Otisco RDX, LLC.*

*#277 Motion of Travis Vargo, State Court Appointed Receiver, to Show Authority of Justin Rayome and Cavazos Hendricks Poirot, P.C., Including Lyndel Vargas, to Represent Otisco RDX, LLC and Milestone Capital CRE 1, LLC and to Strike Pleadings filed by Leslie M. Luttrell for Interested Party Travis B Vargo*

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Ric LaVernia, LLC. Vs. | 1) Milestone Capital & Otisco  2) Travis Vargo | DISTRICT COURT  Western (**SAN ANTONIO**) |
|---|---|---|
| PLAINTIFF'S ATTORNEY  Kyle Hirsch | DEFENDANT'S ATTORNEY  1) Lyndel Vargas  2) Leslie Luttrell | DOCKET NUMBER  **24-51195 P-11** |
| | | TRIAL DATE(S)  **October 8, 2025** |
| PRESIDING JUDGE  **MICHAEL M. PARKER** | ELECTRONIC COURT RECORDING OPERATOR  Bianca Salinas | COURTROOM DEPUTY  **DEANNA CASTLEBERRY** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | W/1 | 10/08/25 | -------- | -------- | **DREW DENNETT** |
| | W/2 | 10/08/25 | -------- | -------- | **ELIZABETH DAVIDSON** |
| | W/3 | 10/08/25 | -------- | -------- | **TRAVIS VARGO** |
| | | | | | LUTTRELL BLACK BINDER EXHIBITS FOR #277 |
| | 3 | 10/8/25 | XXXX | 10/8/25 | Order Regarding Net Worth of Ali Choudhri – A-Case |
| | 4 | 10/8/25 | XXXX | 10/8/25 | Order Regarding Net Worth of Ali Choudhri – D-Case |
| | 10 | 10/8/25 | XXXX | 10/8/25 | October 7, 2025, Docket sheet of No. 2012-27197-A (the "A-Case") |
| | 11 | 10/8/25 | XXXX | 10/8/25 | October 7, 2025, Docket sheet of No. 2012-27197-D (the "D-Case") |

FILED  
OCT 0 8 2025  
U.S. BANKRUPTCY COURT  
BY_____ DEPUTY

| | | | | |
|---|---|---|---|---|
| 1 | 10/8/25 | XXXX | 10/8/25 | Amended Order Granting Turnover, Charging Order and Appointment of Receiver entered in 2012-27197-A (previously filed as the "A-Case Order" as ECF 208-1) |
| 2 | 10/8/25 | XXXX | 10/8/25 | Amended Order (2) Granting Turnover, Charging Order and Appointment of Receiver entered in 2012-27197-D (previously filed as the "D-Case Order" as ECF 208-2) |
| 6 | 10/8/25 | XXXX | 10/8/25 | Order Setting Show Cause Hearing entered in the A-Case |
| 7 | 10/8/25 | XXXX | 10/8/25 | Order Setting Show Cause Hearing entered in the D-Case |
| | | | | |
| | | | | |
| W/4 | 10/08/25 | -------- | -------- | **MARK YABLON** |
| | | | | |
| W/5 | 10/08/25 | -------- | -------- | **ALI CHOUDHRI** |
| | | | | |
| | | | | **Ms. Vargas Exhibits** |
| 7 | 10/8/25 | XXXX | 10/8/25 | Luttrell + Carmody website attorney profiles |
| 15 | 10/8/25 | XXXX | 10/8/25 | Email from Trey White dated June 24, 2022 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | **LUTTRELL WHITE BINDER EXHIBITS FOR #219** |
| 1 | 10/8/25 | XXXX | 10/8/25 | Villa & White, LLP Contractual Agreement for Legal Services |
| 2 | 10/8/25 | XXXX | 10/8/25 | Certificate of Formation – NIA ATX LLC |
| 2A | 10/8/25 | XXXX | 10/8/25 | June 27, 2022, email from J. MacGeorge to T. White |
| 1 | | | | |

| | | | | |
|---|---|---|---|---|
| W/6 | 10/08/25 | -------- | --------- | **MORRIS WHITE, III** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |