**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 09, 2025.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER RESETTING SHOW-CAUSE HEARING AND SANCTIONING JUSTIN RAYOME**

The Court held a hearing on October 8, 2025, as ordered in its *Order to Appear and Show Cause* (ECF No. 270), to determine whether to sanction Mr. Justin Rayome for his continued abuse of his CM/ECF privileges as identified in the *Order* (ECF No. 270) and whether to hold him in civil contempt for the conduct identified in the *Order* (ECF No. 270). Mr. Rayome failed to appear at the hearing. The Court's courtroom deputy received the *unsigned* communication purporting to be from a Stephanie Berry that is attached to this *Order* and that suggests Mr. Rayome has "limited access to his computer" and "may not appear for any court hearings for work." Despite his limited access to a computer, the Court received no communication or response from Mr. Rayome related

to the Court's *Order to Appear and Show Cause*. Given Mr. Rayome's past subterfuge with alleged "hospitalization" only to continue to file pleadings and practice law[1]—without the obligation of having to show up in court—the Court is unconvinced that Mr. Rayome is in fact seeking treatment he might need but rather is persuaded that the ex parte communication purporting to be from Ms. Berry is simply another ruse perpetrated by Mr. Rayome to use as sword and shield. The Court therefore finds it appropriate for the reasons stated on the record to sanction Mr. Rayome for his continued abuse of his CM/ECF privileges by removing his ability to electronically file any documents through CM/ECF in the Western District of Texas.

On the possibility that Mr. Rayome is legitimately seeking treatment, however, the Court will allow Mr. Rayome an opportunity to appear and show cause why the Court should lift the sanctions in this *Order*, and the Court will set a hearing on November 6, 2025, at 2:00 PM for that purpose.

The Court therefore incorporates the conduct identified in its *Order to Appear and Show Cause* (ECF No. 270), attached to this *Order*, for the November 6, 2025 hearing and **ORDERS**:

1. Justin Rayome, Texas Bar No. 24130709, is barred from electronically filing any document through CM/ECF in the Western District of Texas.

    1.1. This bar against filing shall remain in effect until the later of:

    1.1.1. One year from this *Order*; or

    1.1.2. The final resolution of this bankruptcy case and all its related cases.

    1.2. These sanctions are in addition to the sanctions in the Court's *Order Withdrawing Show Cause Order and Sanctioning Justin Rayome* (ECF No. 258).

2. Justin Rayome to appear before this Court on **THURSDAY, NOVEMBER 6, 2025, AT 2:00 PM** in the United States Bankruptcy Court for the Western District of Texas, Courtroom Number One, Third Floor, Hipolito F. Garcia Federal Building and

---

[1] *See Order Withdrawing Show Cause Order and Sanctioning Justin Rayome* (ECF No. 258); *Order to Appear and Show Cause* (ECF No. 270).

United States Courthouse, 615 East Houston Street, San Antonio, Texas, and show cause as to why the Court should lift the sanctions in this *Order*.

# # #

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 02, 2025.**



_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

### ORDER TO APPEAR AND SHOW CAUSE

On September 26, 2025, the Court entered an *Order Withdrawing Show Cause Order and Sanctioning Justin Rayome* (ECF No. 258) ("*Order*") barring Mr. Rayome from filing any document in the Western District of Texas "unless the document is filed and co-signed by either Mr. Cennamo or an attorney other than Mr. Rayome" who meets certain criteria. A review of bankruptcy case dockets in the WDTX reveals that Mr. Rayome has continued to abuse his CM/ECF privileges through multiple violations of the Court's *Order*. His violations include:

1. On September 29, 2025, personally filing Case No. 24-10120-smr ECF No. 698.

2. On September 29, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 698.

3. On September 29, 2025, personally filing Case No. 24-10120-smr ECF No. 699.

4. On September 29, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 699.

5. On September 29, 2025, personally filing Case No. 24-10120-smr ECF No. 700.

6. On September 29, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 700.

7. On September 29, 2025, personally filing Case No. 24-10120-smr ECF No. 701.

8. On September 29, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 701.

9. On September 30, 2025, personally filing Case No. 25-01049-smr ECF No. 1.

10. On September 30, 2025, filing without an approved co-signature Case No. 25-01049-smr ECF No. 1.

11. On October 1, 2025, personally filing Case No. 24-10120-smr ECF No. 707.

12. On October 1, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 707.

13. On October 1, 2025, personally filing Case No. 24-10120-smr ECF No. 708.

14. On October 1, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 708.

15. On October 1, 2025, personally filing Case No. 24-10120-smr ECF No. 711.

16. On October 1, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 711.

17. On October 1, 2025, personally filing Case No. 24-10120-smr ECF No. 712.

18. On October 1, 2025, filing without an approved co-signature Case No. 24-10120-smr ECF No. 712.

In light of Mr. Rayome's apparent continued abuse of his CM/ECF privileges in apparent disregard of this Court's order, the Court finds it appropriate to hold a show-cause hearing to determine whether to further sanction Mr. Rayome by suspending Mr. Rayome's CM/ECF privileges and ordering the Clerk's Office not to accept any paper filings made by Mr. Rayome (but not prohibiting Mr. Rayome from co-signing filings made by approved counsel).

Additionally, and separate from sanctions for abuse of his CM/ECF privileges, the Court has reviewed bankruptcy dockets in the WDTX in cases where Mr. Rayome represents a party and it appears that Mr. Rayome has failed to comply with the *Order* by failing to file a copy of that *Order* in each case in which he is counsel in the Western District of Texas no later than September 30, 2025. These violations include:

1. He failed to file a copy of the *Order* by September 30, 2025, in Case No. 25-10119-smr.

2. He failed to file a copy of the *Order* by September 30, 2025, in Case No. 25-10120-smr.

3. He failed to file a copy of the *Order* by September 30, 2025, in Case No. 25-11334-smr.

4. He failed to file a copy of the *Order* by September 30, 2025, in Adv. Proc. 25-01019-smr.

5. He failed to file a copy of the *Order* by September 30, 2025, in Adv. Proc. 25-01049-smr.

In light of these five apparent violations, the Court finds it appropriate to hold a show-cause hearing to determine whether to hold Mr. Rayome in civil contempt and sanction him with a periodic monetary fine until he complies with the *Order*.

The Court therefore **ORDERS** Justin Rayome to appear before this Court on **WEDNESDAY, OCTOBER 8, 2025, AT 11:00 AM** in the United States Bankruptcy Court for the Western District of Texas, Courtroom Number One, Third Floor, Hipolito F. Garcia Federal Building and United States Courthouse, 615 East Houston Street, San Antonio, Texas, and show cause as to why the Court should not:

1. Further sanction Mr. Rayome for his continued abuse of his CM/ECF privileges, as described above; and

2. Hold Mr. Rayome in civil contempt and sanction him for his failures to comply with the Court's *Order* to file a copy of that *Order* in all cases in which he is counsel in the Western District of Texas by September 30, 2025.

# # #

24-51195-mmp Doc#2978 Filed 10/02/25 Entered 10/02/25 13:58:30 Main Document Pg 7 of 9

# # #

| | |
|---|---|
| **From:** | Stephanie Berry |
| **To:** | Deanna Castleberry |
| **Cc:** | Ali Choudhri |
| **Subject:** | Justin Rayome Presence in Treatment Letter |
| **Date:** | Wednesday, October 8, 2025 8:02:21 AM |
| **Attachments:** | 2025-09-15-6830f9f84730ba269b0736e129b11fab-Justin R LOA1 (2).pdf |

**CAUTION - EXTERNAL:**

Good Morning,

Please find attached a Presence in Treatment Letter for Justin Rayome. While he is in our facility, he has limited access to his computer and may not appear for any court hearings for work. Please let me know if I may assist you with anything else.

Thank you,
Stephanie Berry

📞 (210) 802-3219

✉️ stephanie.berry@kemahpalms.com

Case Management

🌐 https://www.kemahpalms.com/

Saving Lives & Helping Families



This message may be protected under the Federal regulations governing Confidentiality of Alcohol and Drug Abuse Patient Records, 42 C.F.R. Part 2, and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. Pts. 160 & 164 and cannot be disclosed without written consent unless otherwise provided for in the regulations. The Federal rules prohibit any further disclosure of this information unless a written consent is obtained from the person to whom it pertains. The Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient. If you are not the intended recipient, please contact the sender by reply e-mail or the phone numbers provided and destroy all copies of the original message.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



September 15, 2025

To Whom It May Concern:

Justin Rayome was admitted to our facility on 9/12/25. He is currently under our care for treatment with a projected discharge date of 10/20/25. If you have any questions or concerns, please contact me at 210-802-3219 Ext. 1005.

Sincerely,

Stephanie Berry

Case Manager

Stephanie.berry@kemahpalms.com