# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIC (Lavernia) LLC | § | Case No. 24-51195-mmp |
| | § | Chapter 11 |
| Debtor. | § | |

## POST HEARING SUPPLEMENTATION BY TRAVIS VARGO, STATE COURT APPOINTED RECEIVER REGARDING PROPOSED EXHIBIT 5 – BRIDGECO FINANCIAL KNOW YOUR CUSTOMER DISCLOSURE

TO THE HONORABLE MICHAEL PARKER,
UNITED STATES BANKRUPTY JUDGE:

COMES NOW, Travis Vargo, the State Court appointed Receiver, and files this his *Post Hearing Supplementation By Travis Vargo, State Court Appointed Receiver, Regarding Proposed Exhibit 5 – Bridgeco Financial Know Your Customer Disclosure* and in support thereof would respectfully show the Court as follows:

1. In support of the authentication of the prevenance of Exhibit 5 – BridgeCo Financial Know Your Customer Disclosure ("Exhibit 5") Travis Vargo, in his capacity as the State Court appointed receiver (the "Receiver") supplies the Affidavit of Custodian of Business Records of Davidson Douglas, Director of Operations of Cypress BridgeCo, LLC ("BridgeCo BRA") establishing the authenticity of Exhibit 5. A true and correct copy of the BridgeCo BRA is attached hereto as Exhibit A and incorporated herein by reference for all purposes.

2. Based upon the authentication of Exhibit 5 through the BridgeCo BRA, the Receiver requests the admission of Exhibit 5 into the record of the proceeding regarding the Receiver's Motion to Show Authority [ECF 277] heard on October 8, 2025.

WHEREFORE, PREMISES CONSIDERED the Receiver respectfully requests that the Court admit Exhibit 5 and include the same in the record of the hearing on the Receiver's Motion to Show Authority filed at ECF 277, together with such other and further relief at law or in equity to which he may show himself entitled.

Dated this 9th day of October 2025.

        Respectfully submitted,

        Luttrell + Carmody Law Group
        One International Centre
        100 N.E. Loop 410, Suite 615
        San Antonio, Texas 78216
        Tel.  210.426.3600
        Fax  210.426.3610

By: /s/ Leslie M. Luttrell
     Leslie M. Luttrell
     State Bar No. 12708650
     luttrell@lclawgroup.net

**ATTORNEYS FOR TRAVIS B. VARGO, STATE COURT APPOINTED RECEIVER**

# **CERTIFICATE OF SERVICE**

I, Leslie M. Luttrell, do hereby certify that on the 9th day of October, 2025, I caused a copy of the foregoing pleading to be served to the Debtor, all parties receiving electronic notice, and all parties on the attached creditor mailing matrix either through the Court's ECF System or via U.S. First Class Mail, postage prepaid.

**Debtor**
RIC (Lavernia) LLC
162 Cumberland Street, Suite 300
Toronto, ON M5R 3N5

**US Trustee's Office**
Shane P. Tobin
903 San Jacinto Blvd.
Room 230
Austin, TX 78701

**Counsel for Debtor**
Robert Luke Graham
Justin Hanna
Bryan Cave Leighton Paisner LLP
2200 Ross Avenue #4200W
Dallas, TX 75201

Kyle Hirsch
Bryan Cave Leighton Paisner LLP
Two North Central Ave, Suite 2100
Phoenix, AZ 85004-4406

Brigid K Ndege
Bryan Cave Leighton Paisner
161 N Clark St
Ste 4300,
Chicago, IL 60605

**Other Lawyers**
Lyndel Vargas
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202

Justin Rayome
1001 West Loop South, Suite 700
Houston, TX 77027

/s/ Leslie M. Luttrell
Leslie M. Luttrell

# EXHIBIT A

CAUSE NO. 2012-27197-A

| | | |
|---|---|---|
| MOKARAM LATIF WEST LOOP, LTD. AND OSAMA ABDULLATIF | § § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| ALI CHOUDHRI | § § § | |
| Defendant. | § § | 33RD JUDICIAL DISTRICT |

CAUSE NO. 2012-27197-D

| | | |
|---|---|---|
| MOKARAM LATIF WEST LOOP, LTD., | § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | |
| vs. | § § | |
| ALI CHOUDHRI and ANGEL VALLE | § § | HARRIS COUNTY, TEXAS |
| Defendants, | § § | |
| vs. | § § | |
| ALI MOKARAM, | § § | |
| Intervenor. | § § | 33RD JUDICIAL DISTRICT |

## AFFIDAVIT OF CUSTODIAN OF BUSINESS RECORDS

Before me, this undersigned authority, personally appeared Davidson Douglas, who being by and duly sworn, deposed as follows:

"My name is Davidson Douglas. I am of sound mind, am capable of making this affidavit, am personally acquainted with the facts herein, and state they are true and correct to my personal knowledge."

I am the Director of Operations for Cypress BridgeCo, LLC ("CBCLLC"). Attached hereto are BRIDGECO 000001 – BRIDGECO 017384 pages of records from CBCLLC that are kept in the regular course of business, and it was in the regular course of business of CBCLLC for any employee or representative of CBCLLC with knowledge of the act or event to make the records or to transmit information thereof to the inclined in such record. The records were made at or near the time of the act or event or reasonably soon thereafter.

1

The records attached hereto are exact duplicates of the original.

_____
Custodian of Records / Affiant

STATE OF TEXAS     §
COUNTY OF HARRIS   §

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority, on this the 29th day of January, 2024.

_____
Notary Public in and for the State of Texas



CYNTHIA EVELYN TODD
Notary ID #126308253
My Commission Expires
November 9, 2027

2

BRIDGECO 017386