IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | ' | CASE NO. 24-51195-mmp |
| | ' | |
| RIC (Lavernia), LLC, | | |
| DEBTOR | ' | CHAPTER 11 |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that the *Emergency Motion to Disqualify Luttrell & Carmody Law Group as Attorneys for Travis Vargo* [Docket No. 219] is hereby WITHDRAWN on advice of counsel. Thus, if the Court has not yet ruled on the matter, it may be considered MOOT.

Respectfully submitted,

*/s/ Lyndel Anne Vargas*
Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for Milestone CRE 1, LLC
and OTISCO RDX, LLC

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing *Notice of Withdrawal* was served on October 13th, 2025, by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Western District of Texas on all parties-in-interest submitting to service of papers in this case by said means.

*/s/ Lyndel Anne Vargas*
Lyndel Anne Vargas