**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 14, 2025**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER DISMISSING MOTION AS MOOT**

The Court considered Ali Choudhri, Milestone Capital CRE 1, LLC, and Otisco RDX, LLC's *Emergency Motion to Disqualify Luttrell & Carmody Law Group as Attorneys for Travis Vargo* (ECF No. 219) and Movants' withdrawal of the *Motion* in their *Notice of Withdrawal* (ECF No. 300) and has determined the *Motion* should be dismissed as moot. The Court therefore

**ORDERS** the *Motion* (ECF No. 219) is **DISMISSED** as moot.

# # #