**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 14, 2025**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER DISMISSING MOTION AS MOOT**

The Court considered Ali Choudhri, Milestone Capital CRE 1, LLC, and Otisco RDX, LLC's *Emergency Motion to Disqualify Luttrell & Carmody Law Group as Attorneys for Travis Vargo* (ECF No. 219) and Movants' withdrawal of the *Motion* in their *Notice of Withdrawal* (ECF No. 300) and has determined the *Motion* should be dismissed as moot. The Court therefore

**ORDERS** the *Motion* (ECF No. 219) is **DISMISSED** as moot.

# # #

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-51195-mmp |
| RIC (Lavernia) LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 14, 2025 | Form ID: pdfintp | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| intp | + Ali Choudhri, 1001 West Loop South, Suite 700, Houston, TX 77027-9033 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 16, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brigid K Ndege | on behalf of Debtor RIC (Lavernia) LLC    deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com |
| Clinton Wayne Alexander | on behalf of Attorney Kell C Mercer calexander@bls-legal.com |
| Erin Coughlin | on behalf of Interested Party United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| Erin Coughlin | on behalf of U.S. Trustee United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| George H. Spencer, Jr. | on behalf of Defendant John Daves gspencer@langleybanack.com |

24-51195-mmp Doc#303 Filed 10/16/25 Entered 10/16/25 23:30:52 Imaged Certificate of Notice Pg 3 of 4

| District/off: 0542-5 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 14, 2025 | Form ID: pdfintp | Total Noticed: 1 |

George H. Spencer, Jr.
    on behalf of Defendant Lori Daves gspencer@langleybanack.com

Gerald Sager
    on behalf of Interested Party ServiceLink jerry.sager@fnf.com

Howard Marc Spector
    on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA VII  LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com

Justin Hanna
    on behalf of Plaintiff RIC (Lavernia) LLC justin.hanna@bclplaw.com  carolyn.herrera@bclplaw.com

Justin Hanna
    on behalf of Debtor RIC (Lavernia) LLC justin.hanna@bclplaw.com  carolyn.herrera@bclplaw.com

Justin Hanna
    on behalf of Defendant TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com  carolyn.herrera@bclplaw.com

Justin Rayome
    on behalf of Plaintiff Otisco RDX  LLC justin.rayome.law@gmail.com

Justin Rayome
    on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com

Justin Rayome
    on behalf of Interested Party Otisco RDX  LLC justin.rayome.law@gmail.com

Justin Rayome
    on behalf of Interested Party Milestone Capital CRE 1  LLC justin.rayome.law@gmail.com

Karalyssa C Casillas
    on behalf of Creditor Wilson County karalyssa.casillas@lgbs.com

Kiernan McAlpine
    on behalf of Plaintiff Otisco RDX  LLC kier@mcalpinelaw.com

Kyle Hirsch
    on behalf of Plaintiff RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch
    on behalf of Debtor RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch
    on behalf of Defendant RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch
    on behalf of Defendant TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Leslie M. Luttrell
    on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Lyndel A. Vargas
    on behalf of Interested Party Milestone Capital CRE 1  LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas
    on behalf of Interested Party Ali Choudhri LVargas@chfirm.com chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas
    on behalf of Plaintiff Otisco RDX  LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas
    on behalf of Interested Party Otisco RDX  LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lynn Hamilton Butler
    on behalf of Interested Party TIG Romspen US Master Mortgage LP lynn.butler@huschblackwell.com penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;elizabeth-spivey-5378@ecf.pacerpro.com;lynn-hamilton-butler-2113@ecf.pacerpro.com

Natalie F. Wilson

24-51195-mmp Doc#303 Filed 10/16/25 Entered 10/16/25 23:30:52 Imaged Certificate of Notice Pg 4 of 4

| District/off: 0542-5 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 14, 2025 | Form ID: pdfintp | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party John Daves and Lori Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Natalie F. Wilson | |
| | on behalf of Defendant John Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Natalie F. Wilson | |
| | on behalf of Defendant Lori Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Paul Kirklin | |
| | pkirklin@kirklinlaw.com |
| Rhonda Bear Mates | |
| | on behalf of Interested Party Gregory S. Milligan mates@slollp.com winter@slollp.com |
| Robert Luke Graham | |
| | on behalf of Plaintiff RIC (Lavernia) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Robert Luke Graham | |
| | on behalf of Debtor RIC (Lavernia) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Robert Luke Graham | |
| | on behalf of Defendant TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Robert Luke Graham | |
| | on behalf of Defendant RIC (Lavernia) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Ronald J Smeberg | |
| | on behalf of Interested Party Otisco RDX LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com |
| Ronald J Smeberg | |
| | on behalf of Interested Party Milestone Capital CRE 1 LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com |
| Shea Neal Palavan | |
| | on behalf of Interested Party Shea N Palavan service@houstonip.com snpalavan@recap.email |
| Stephen Kirklin | |
| | on behalf of Attorney Paul Kirklin skirklin312@gmail.com |
| United States Trustee - SA12 | |
| | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 41