UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
_____ DIVISION

IN RE:

Case No: _____

Chapter _____

**MOTION FOR ADMISSION PRO HAC VICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____ ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent _____ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

    _____,

    with offices at

    Mailing address: _____

    City, State, Zip: _____

    Telephone: _____ Fax: _____

    Email Address: _____

2. Since _____, Applicant has been and presently is a member of and in good standing with the Bar of the State of _____. Cr r rkecpvu'dct'rkegpug'pwo dgt'ku'aaaaaaaaaaaaaaaaaaaaaa0

3. Applicant has been admitted to practice before the following state and federal courts:

Court:                                  Admission date:

_____     _____

_____     _____

_____     _____

_____     _____

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

_____

_____

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

_____

_____

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Wherefore, Applicant prays that this Court enter an order permitting the admission of _____ to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

_____
[Signature of Applicant]

_____
[Printed name of Applicant]

_____
[Address of Applicant]

_____
[Telephone of Applicant]

_____
[Email address of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the <u>31</u> Day of <u>October</u>, <u>2025</u>.

**Note: Per Local Rule 9013(c)(2) the certificate of service must list each of the entities served and their addresses.**

**Attach a list below of each party served along with the service address and the method of service.**

_[signature]_
[Signature of Applicant]

Bruce J. Duke
[Printed name of Applicant]

141-I Route 130 S, #380, Cinnaminson, NJ 08077
[Address of Applicant]

732-200-9084
[Telephone of Applicant]

bruce@bdukelawfirm.com
[Email address of Applicant]

###

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# _____ DIVISION

IN RE:

Case No: 24-10120 _____ _____

Chapter _____

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____ ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent _____ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

   _____,

   with offices at

   Mailing address: _____

   City, State, Zip: _____

   Telephone: _____ Fax: _____

   Email Address: _____

2. Since _____, Applicant has been and presently is a member of and in good standing with the Bar of the State of _____. Cr r rlecpv̎u̎dct̎rlegpug̎pwo dgt̎lu̎aaaaaaaaaaaaaaaaaaaaaa0

3. Applicant has been admitted to practice before the following state and federal courts:

   Court:                              Admission date:

   _____              _____

   _____              _____

   _____              _____

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   _____

   _____

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

   _____

   _____

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

       8.       Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

       Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

       Wherefore, Applicant prays that this Court enter an order permitting the admission of _____ to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

_____
[Signature of Applicant]

_____
[Printed name of Applicant]

_____
[Address of Applicant]

_____
[Telephone of Applicant]

_____
[Email address of Applicant]

CERTIFICATE OF SERVICE

I hereby certify that service of this application has been accomplished in the manner and on the date of service in the certificate and upon the parties required to be served on this the 1st Day of October, 2025.

**Note: Per Local Rule 9013(c)(2) the certificate of service must list each of the entities served and their addresses.**

**Attach a list below of each party served along with the service address and the method of service.**

[Signature of Applicant]

Bruce J. Duke, Esq.
[Printed name of Applicant]

141-I Route 130 South, # 380, Cinnaminson, NJ 08077
[Address of Applicant]

(732) 200-9084
[Telephone of Applicant]

bruce@bdukelawfirm.com
[Email address of Applicant]

###

```
Label Matrix for local noticing          Texas REIT, LLC                           U.S. BANKRUPTCY COURT
0542-1                                   2450 Wickersham Lane, Suite 202           903 SAN JACINTO, SUITE 322
Case 24-10120-smr                        Austin, TX 78741-4744                     AUSTIN, TX 78701-2450
Western District of Texas
Austin
Thu Mar 21 12:54:43 CDT 2024

AGAPE                                    Affordable Dumpster Rentals               Akin Gump Strauss Hauer & Feld LLP
6161 Savoy Drive Suite 500               6520 US Hwy 301 S Suite 112               1111 Louisiana Street, 44th Floor
Houston, TX 77036-3326                   Riverview, FL 33578-4324                  Houston, TX 77002-5225


Caz Creek Lending                        City of Houston                           Clark Hill PC
118 Vintage Park Blvd No. W              c/o Tara L. Grundemeier                   500 Woodward Ave Suite 3500
Houston, TX 77070-4095                   Linebarger Goggan Blair & Sampson LLP     Detroit, MI 48226-3485
                                         PO Box 3064
                                         Houston, TX 77253-3064


Competition Roofing, Inc.                Cypress BridgeCo, LLC  and Magnolia BridgeCo   Cypress BridgeCo, LLC and Magnolia BridgeCo,
7310 Fairview Street                     c/o McDowell Hetherington LLP             c/o McDowell Hetherington LLP
Houston, TX 77041-2106                   ATTN: Robert P. Debelak III               ATTN: Matthew W. Bourda
                                         1001 Fannin St., Ste. 2400                1001 Fannin St., Ste. 2400
                                         Houston, TX 77002-6706                    Houston, TX 77002-6706


Dalio Holdings I, LLC                    Drew Dennett                              (p)OVATION SERVICES
2425 West Loop South Suite 77027-4210    2450 Wickersham Lane, Suite 202           ATTN BANKRUPTCY DEPT
                                         Austin, TX 78741-4744                     1114 LOST CREEK BLVD
                                                                                   SUITE 125
                                                                                   AUSTIN TX 78746-6175


Harris County Tax Assessor               Houston Community College System          Houston ISD
Po Box 4622                              c/o Tara L. Grundemeier                   P.O.Box 4668
Houston, TX 77210-4622                   Linebarger Goggan Blair & Sampson LLP     Houston, TX 77210-4668
                                         PO Box 3064
                                         Houston, TX 77253-3064


Houston ISD                              IPFS Corporation                          Jetall Companies, Inc.
c/o Tara L. Grundemeier                  PO Box 412086                             2425 West Loop South Suite 1100
Linebarger Goggan Blair & Sampson LLP    Kansas City, MO 64141-2086                Houston, TX 77027-4210
PO Box 3064
Houston, TX 77253-3064


John Quinlan                             Mark C. Taylor, Special Litigation Counsel   Nationwide Security
c/o Steven A. Leyh                       Holland & Knight LLP                      2425 W Loop S Ste.300
Hoover Slovacek, LLP                     100 Congress Avenue, Suite 1800           Houston, TX 77027-4207
5051 Westheimer, Suite 1200              Austin, Texas 78701-4042
Houston, Texas 77056-5839


Omar Khawaja                             Osama Abdullatif                          Steadfast 829 Holdings, Inc.
c/o Steven A. Leyh                       c/o Steven A. Leyh                        c/o Rodney Drinnon
Hoover Slovacek, LLP                     Hoover Slovacek, LLP                      McCathern
5051 Westheimer, Suite 1200              5051 Westheimer, Suite 1200               2000 West Loop South Suite 1850
Houston, Texas 77056-5839                Houston, Texas 77056-5839                 Houston, TX 77027-3744


US Insurance Funding                     United States Trustee - AU12              WCW Houston Properties, LLC
8303 SW Freeway Suite 435                United States Trustee                     Attn: Tami Kim  Broker Associate/Attorne
Houston, TX 77074-1691                   903 San Jacinto Blvd, Suite 230           6100 Corporate Drive, Suite 319
                                         Austin, TX 78701-2450                     Houston, TX 77036-3433
```

WCW Houston Properties, LLC
c/o Matthew Kevin Powers
Burford Perry
909 Fannin, Suite 2630
Houston, TX 77010-1003

Wrinkle, Gardner & Company, PC
PO Box 1707
Friendswood, TX 77549-1707

c/o Steven A. Leyh
Hoover Slovacek, LLP
5051 Westheimer, Suite 1200
Houston, Texas 77056-5839

Stephen W. Sather
Barron & Newburger, PC
7320 N MoPac Expy, Suite 400
Austin, TX 78731-2347

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

FGMS Holdings, LLC
12000 Network Blvd., Bldg. B Suite 210
San Antonio, TX 78249

(d)FGMS Holdings, LLC
12000 Network Blvd., Bldg. B Suite 210
San Antonio, TX 78249

End of Label Matrix
Mailable recipients    33
Bypassed recipients     0
Total                  33