**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-51195-MMP |
| | § | |
| RIC (LAVERNIA) LLC, | § | |
|     DEBTOR | § | CHAPTER 11 |

**ORDER GRANTING MOTION FOR RECONSIDERATION OF THE ORDER GRANTING THE RECIEVER'S MOTION TO SHOW AUTHORITY**

On this day, the Motion for Reconsideration of the Order Granting the Receiver's Motion to Show Authority (the "Motion"), filed by party-in-Interest, Ali Choudhri, owner and/or person in control of Milestone Capital CRE 1, LLC ("Milestone") and Otisco RDX, LLC ("Otisco"), came on for hearing. Having considered the Motion, the arguments and evidence presented, and the record of this case, the Court finds that good cause exists to grant the relief requested. Accordingly, it is hereby:

    ORDERED that the Motion to Reconsider is GRANTED;

    IT IS FURTHER ORDERED that the Court's prior Order Granting the Receiver's Motion to Show Authority [ECF No. 304] is hereby VACATED; and,

1

IT IS FURTHER ORDERED that the Receiver's Motion to Show Authority shall be DENIED.

IT IS SO ORDERED.

Signed this ___ day of _____, 2025.

_____
UNITED STATES BANKRUPTCY JUDGE

4931-3179-0710, v. 1