# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIC (Lavernia) LLC | § | Case No. 24-51195-mmp |
| | § | Chapter 11 |
| Debtor. | § | |

## NOTICE OF CONTINUED HEARING

**PLEASE TAKE NOTICE** that pursuant to the Order Granting Travis Vargo, State Court Appointed Receiver, Motion for Continuance of Matters Presently Set for October 8, 2025 [ECF 264], the *Application to Approve Compromise Relating to Estate Property and Authorizing Execution and Recording of Documents in the Wilson County Real Property Records [ECF 225]* is **reset** to **November 13, 2025, at 9:30 a.m.** before the **HONORABLE MICHAEL M. PARKER**, United States Bankruptcy Judge for the United States Bankruptcy Court for the Western District of Texas, located at San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205.

Dated this 3rd day of November, 2025.

Respectfully submitted,

LUTTRELL + CARMODY LAW GROUP
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216
Tel.  210.426.3600
Email: luttrell@lclawgroup.net

By: /s/ Leslie M. Luttrell
    Leslie M. Luttrell
    State Bar No. 12708650

**ATTORNEYS FOR TRAVIS B. VARGO, COURT-APPOINTED RECEIVER**

## CERTIFICATE OF SERVICE

I do hereby certify that on the 3rd day of November, 2025, I caused a copy of the foregoing instrument to be served to the Debtor, Debtor's Counsel, and all parties listed on the attached service list either through the Court's ECF System or via U.S. First Class Mail, postage prepaid.

**Debtor**
RIC (Lavernia) LLC
162 Cumberland Street, Suite 300
Toronto, ON M5R 3N5

**Other Lawyers**
Lyndel A. Vargas
Cavazos Hendricks Poirot, P.C.
900 Jackson St., Suite 750
Dallas, Texas 75202

**Attorneys for Debtor**
Robert Luke Graham
Justin Hanna
Bryan Cave Leighton Paisner LLP
2200 Ross Avenue #4200W
Dallas, TX 75201

Kyle Hirsch
Bryan Cave Leighton Paisner LLP
Two North Central Ave, Suite 2100
Phoenix, AZ 85004-4406

Brigid K Ndege
Bryan Cave Leighton Paisner
161 N Clark St
Ste 4300,
Chicago, IL 60605

By: /s/ Leslie M. Luttrell
    Leslie M. Luttrell

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 24-51195-mmp<br>Western District of Texas<br>San Antonio<br>Tue Oct  7 15:48:25 CDT 2025 | U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 | Ali Choudhri<br>1001 West Loop South, Suite 700<br>Houston, TX 77027-9033 |
| Andres Cedillos<br>3951 FM 1303<br>Floresville, TX 78114-6440 | FNA VII, LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd., Ste. 850<br>Dallas, TX 75251-1364 | George H. Spencer, Jr.<br>Langley Banack, Inc.<br>Trinity Plaza II, Seventh Floor<br>745 Mulberry<br>San Antonio, TX 78212-3141 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | John Daves<br>The Daves Law Firm<br>3624 North Hills Drive<br>Suite B100<br>Austin, TX 78731-3242 | John and Lori Daves<br>331 Story Drive<br>Buda, TX 78610-3340 |
| Lori Daves and John Daves<br>c/o Natalie F. Wilson<br>Langley & Banack, Inc.<br>745 E. Mulberry, Ste. 700<br>San Antonio, TX 78212-3172 | Milestone Capital CRE 1, LLC<br>2704 Joanel Street<br>Houston, TX 77027-5304 | Milestone Capital CRE 1, LLC<br>c/o Lyndel Vargas<br>Cavazos Hendricks Poirot, P.C.<br>900 Jackson Street, Suite 570<br>Dallas, TX 75202-2413 |
| Office of the United States Trustee<br>615 E. Houston Street<br>Suite 533<br>San Antonio, TX 78205-2055 | Otisco RDX, LLC<br>c/o Lyndel Vargas<br>Cavazos Hendricks Poirot, P.C.<br>900 Jackson Street, Suite 570<br>Dallas, TX 75202-2413 | Peter J. Stanton<br>The Law Offices of Peter J. Stanton<br>111 Soledad<br>Suite 470<br>San Antonio, TX 78205-2243 |
| Propel Financial Services as agent<br>and attorney in fact for FNA VII, LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd, Ste 850<br>Dallas, TX 75251-1364 | Propel Financial Services, as Agent for FNA<br>12672 Silicon Drive, Suite 150<br>San Antonio, TX 78249-3450 | TIG Romspen US Master Mortgage LP<br>c/o Lynn Hamilton Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701-4093 |
| The Wilson County Tax Collector<br>c/o Linebarger Goggan Blair Sampson<br>Terrace 2<br>2700 Via Fortuna Drive, Suite 500<br>Austin, TX 78746-7998 | Travis B. Vargo<br>c/o Leslie M. Luttrell<br>Luttrell + Carmody Law Group<br>100 N.E. Loop 410, Suite 615<br>San Antonio, Texas 78216-4713 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>San Antonio, TX 78205-2055 |
| (p)LINEBARGER GOGGAN BLAIR & SAMPSON  LLP<br>ATTN DON STECKER<br>112 E PECAN<br>SUITE 2200<br>SAN ANTONIO TX 78205-1588 | Wilson County Tax Collector<br>Attn Dawn P. Barnett<br>1 Library Lane<br>Floresville, TX 78114-2239 | Brigid K Ndege<br>Bryan Cave Leighton Paisner<br>161 N Clark St<br>Ste 4300,<br>Chicago, IL 60601-3315 |
| Justin Hanna<br>Bryan Cave Leighton Paisner LLP<br>2200 Ross Avenue<br>Suite 4200w<br>Dallas, TX 75201-2763 | Kyle Hirsch<br>Bryan Cave Leighton Paisner LLP<br>Two North Central Ave, Suite 2100<br>Phoenix, AZ 85004-4533 | Robert Luke Graham<br>Bryan Cave Leighton Paisner LLP<br>2200 Ross Avenue #4200W<br>Dallas, TX 75201-2763 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Wilson County
c/o Karalyssa C Casillas
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | |
|---|---|
| (u)RIC (Lavernia) LLC | End of Label Matrix |
| 162 Cumberland Street, Suite 300 | Mailable recipients   26 |
| Toronto, ON M5R 3N5 Canada | Bypassed recipients    1 |
| | Total                 27 |