# EXHIBIT A

# THIRD FEE APPLICATION SUMMARY

# THIRD FEE APPLICATION SUMMARY

I. **CLIENT:** RIC (Lavernia) LLC, the Debtor

II. **REQUESTING APPLICANT/FIRM:**

    Bryan Cave Leighton Paisner LLP
    Counsel to the Debtor
    Date of Retention: Order entered August 27, 2024, *nunc pro tunc*

III. **TOTAL AMOUNT OF FEES REQUESTED:**

    a. Fees: $334,387.87
    b. Expenses: $14,066.93
    c. Time period covered: April 1, 2025 – September 30, 2025
    d. Retainer: $0.00

IV. **BREAKOUT OF CURRENT APPLICATION:**

| NAME/CAPACITY | RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| Marl A. Ercolano - Associate | $535.00 | 10.90 | $5,831.50 |
| Deborah A. Field – Paralegal | $485.00 | 20.00 | $9,700.00 |
| Deborah A. Field – Paralegal* | $485.00 | 13.00 | $0.00 |
| R. Luke Graham – Associate | $670.00 | 99.10 | $66,397.00 |
| R. Luke Graham – Associate* | $670.00 | 4.70 | $0.00 |
| Justin D. Hana – Associate | $750.00 | 222.70 | $167,025.00 |
| Justin D. Hana – Associate* | $750.00 | 38.10 | $0.00 |
| Kyle S. Hirsch – Partner | $940.00 | 107.10 | $100,674.00 |
| Kyle S. Hirsch – Partner* | $940.00 | 17.00 | $0.00 |
| Chloe H. Moreno - Associate | $610.00 | 42.60 | $25,986.00 |
| Chloe H. Moreno – Associate* | $610.00 | 7.50 | $0.00 |
| Brigid K. Ndege – Associate | $720.00 | 24.70 | $17,784.00 |
| Brigid K. Ndege – Associate* | $720.00 | 3.30 | $0.00 |
| **TOTALS:** | | **610.70** | **$393,397.50** |
| **Less 15% Courtesy Discount:** | | | **($59,009.63)** |
| **GRAND TOTAL:** | | | **$334,387.87** |
| **Average Rate:** | | | **$644.17** |

617790165      - 1 -

*Indicates time billed at no charge

MINIMUM FEE INCREMENTS: .10

TOTAL EXPENSES: $14,066.93

AMOUNT ALLOCATED FOR PREPARATION OF THIS THIRD FEE APPLICATION:

The time spent preparing this Third Fee Application will appear in a future application for compensation.

V. **PRIOR APPLICATIONS:**

| Date of Hearing | Amount Requested | Amount Authorized |
|---|---|---|
| 12/18/24 | $92,950.20 for fees and expenses | $86,250.20 for fees and expenses |
| 05/25/25 | $171,988.60 for fees and expenses | $167,553.60 for fees and expenses |

* (Explain if any of the previous authorized amounts still remain to be paid.)

VI. **OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE:**

United States Trustee

Explain whether allowance of your Application will or will not result in this estate not being able to pay all co-equal or superior administrative claims in this case. N/A

VII. **RESULTS OBTAINED FROM April 1, 2025 – September 30, 2025:**

(a) Corresponded with principals of the Debtor regarding the overall administration of this case, including the treatment of claims under the Plan.

(b) Prepared the Debtor's Monthly Operating Reports.

(c) Analyzed the proofs of claim filed by creditors and conferred with claimants to resolve disputes.

(d) Analyzed Wilson County tax parcel information with regard to the Debtor's sole asset.

617790165 - 2 -

(e) Negotiated and documented a resolution with attorney Paul Kirklin.

(f) In the Adversary Proceeding:

   a. Conferred with opposing counsel on a number of issues.

   b. Prepared various pleadings including the Sanctions Motion (with exhibits), notices of depositions, a motion for summary judgment, a motion to amend the scheduling order, and an objection to the motion to transfer cases intra-district.

   c. Analyzed discovery responses, disclosures, and document productions; and the legal standards and available relief regarding discovery violations.

   d. Conducted legal research regarding several key issues.

   e. Prepared for numerous hearings.

(g) Prepared BCLP's Second Fee Application and later motions for leave to file unredacted billing statements under seal and for in camera review.

(h) Prepared BCLP's disclosure of compensation in connection with the Adversary Proceeding.

(i) Continued to negotiate and refine the Plan, including the negotiation of exit financing.

(j) Prepared responses to objections and motion filed by another Choudhri-controlled entity, OTISCO RDX, LLC.

(k) Prepared witness and exhibits lists for hearings held during the Application Period.

(l) Participated in all hearings, including those held in the Adversary Proceeding, during the Application Period.

## Compensation by Project Category

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| B110 – Case Administration | 3.10 | $1,786.00 |
| B120 – Asset Analysis and Recovery | 7.50 | $5,076.00 |
| B160 – Fee/Employment Applications | 37.60 | $22,972.50 |
| B190 – Other Contested Matters | 433.40 | $288,124.00 |
| B195 – Non-Working Travel | 16.50 | $0.00 |
| B210 – Business Operations | 8.20 | $3,698.50 |
| B230 – Finance/Cash Collateral | 2.90 | $2,023.00 |
| B310 – Claims Administration & Objections | 14.60 | $11,151.50 |
| B320 – Plan & Disclosure Statement | 86.90 | $58,566.00 |
| **TOTALS:** | **610.70** | **$393,397.50** |
| **Less 15% Courtesy Discount:** | | **($59,009.63)** |
| **GRAND TOTAL:** | | **$334,387.87** |

## Expense Summary

| Expense | Date Incurred | Total |
|---|---|---:|
| Computer Supplies | 09/03/25 | $43.08 |
| Federal Express Charges | 08/02/25 | $639.81 |
| Hearing Transcript – 06/05/25 – Exceptional Reporting | 06/23/25 | $72.50 |
| Hearing Transcript – 07/03/25 – J&J Court Transcribers | 07/30/25 | $1,241.00 |
| Hearing Transcript – 08/06/25 – J&J Court Transcribers | 08/11/25 | $104.40 |
| Hearing Transcript – 08/06/25 – J&J Court Transcribers | 08/13/25 | $1,314.00 |
| Outside Copy Charges – Stipulated Judgment – Special Delivery Services | 04/26/25 | $333.12 |
| Outside Copy Charges – Office Depot | 07/01/25 | $545.58 |

| Expense | Date Incurred | Total |
|---|---|---|
| Outside Copy Charges – FedEx Office | 07/02/25 | $2.03 |
| Outside Copy Charges – FedEx Office | 07/02/25 | $29.49 |
| PACER Charges – B. Ndege | Q4 2024 | $0.00 |
| PACER Charges – C. Moreno | 04/27/25 | $0.00 |
| PACER Charges – D. Field | Q4 2024 | $0.00 |
| PACER Charges – K. Hirsch | Q1 2025 | $0.00 |
| Postage Charges – FedEx Office | 09/03/25 | $105.65 |
| Process of Service – Jennifer MacGeorge – 03/03/25 - US Legal Support | 03/03/25 | $405.00 |
| Process of Service – Jennifer MacGeorge - 03/27/25 - Proof | 03/27/25 | $150.00 |
| Process of Service – Jennifer MacGeorge - 03/27/25 - Proof | 03/27/25 | $150.00 |
| Recording Fee – Stipulated Judgment – SimpliFile | 04/17/25 | $234.00 |
| Recording Fee – Stipulated Judgment – SimpliFile | 04/26/25 | $294.00 |
| **Travel Expenses** | | |
| Airfare – Justin Hannah | 07/02/25 – 08/14/25 | $3,396.04 |
| Airfare – Kyle Hirsch | 05/27/25 – 08/14/25 | $3,971.16 |
| Car Rental – Kyle Hirsch | 08/05/25 | $114.64 |
| Hotel – Justin Hannah | 07/22/25 | $141.12 |

617790165 - 2 -

| Expense | Date Incurred | Total |
|---|---|---|
| Hotel – Kyle Hirsch | 05/24/25 – 08/13/14 | $480.31 |
| US Legal Support – Remote Deposition Services Cancellation Fee – Alfred K. Williams | 03/26/25 | $300.00 |
| **TOTALS:** | | **$14,066.93** |

Receipts for expenses in excess of $100.00 are attached