## Carolyn Herrera

| | |
|---|---|
| **From:** | Justin Hanna <jhanna750@gmail com> |
| **Sent:** | Wednesday, August 27, 2025 9·55 AM |
| **To:** | Carolyn Herrera; Justin Hanna |
| **Subject:** | Fwd. You're going to Dallas (Love) on 08/14 (AOJFXB)! |

This email has come from a free email provider  Please ensure that the sender's address is correct and if in doubt, contact the sender via phone to check. If you require assistance, please contact the BCLP Technology Hub.



### This message could be suspicious

• Similar name as someone in your company.

• Some Recipients have never replied to this person

• This is a personal email address.

Report this Email or Mark as Safe                    Powered by Mimecast

La Vernia - 8/14 hearing.  Missed return flight due to court delay and had to buy new ticket.

**Justin D. Hanna**

Cell: 903-721-2802
E-mail: jhanna750@gmail.com

---------- Forwarded message ---------
From: **Southwest Airlines** <southwestairlines@ifly.southwest.com>
Date: Thu, Aug 14, 2025 at 5:54 PM
Subject: You're going to Dallas (Love) on 08/14 (AOJFXB)!
To: <jhanna750@gmail.com>

Here's your itinerary & receipt  See ya soon!
View in web browser | View our mobile site



Manage Flight | Flight Status | My Account

⚠ **Travel notice**

**Do you have a REAL ID?** Starting May 7, all Passengers 18+ need a state-issued REAL ID-compliant license or identification card to fly domestically. Learn more at www.dhs.gov/real-id.

1

Passengers who do not yet have their REAL ID or another TSA acceptable form of ID can expect delays, additional screening, and the possibility of not being allowed into the security checkpoint.



## Hi Justin David,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

AUGUST 14

# SAT     DAL

San Antonio to Dallas (Love)

Confirmation # **AOJFXB**

Confirmation date. 08/14/2025

| | |
|---|---|
| PASSENGER | Justin David Hanna |
| RAPID REWARDS # | 20792276046 |
| TICKET # | 5262377542490 |
| EST. POINTS EARNED | 3,368 |

Rapid Rewards® points are only estimations

## Your itinerary

**Flight:** Thursday, 08/14/2025    Est. Travel Time: **1h 10m**    Choice Preferred

| | DEPARTS | ARRIVES |
|---|---|---|
| FLIGHT # 3542 | **SAT 07:45**PM | **DAL 08:55**PM |
| | San Antonio | Dallas (Love) |

## Payment information

| Total cost | | | Payment | |
|---|---|---|---|---|
| **Air - AOJFXB** | | | August 14, 2025 | |
| Base Fare | $ | 336.74 | **Payment Amount** | **$377.30** |
| U.S. Transportation Tax | $ | 25.26 | Univ Air Travel ending in 6347 | |
| U.S. 9/11 Security Fee | $ | 5.60 | | |

2

| U.S. Flight Segment Tax | $ | 5 20 |
| U.S. Passenger Facility Chg | $ | 4.50 |
| **Total** | **$** | **377.30** |

Fare rules. If you decide to make a change to your current itinerary it may result in a fare increase

Your ticket number  5262377542490

# What to expect on your trip, and a few reminders.

 **Choice Preferred fare:** Refundable, earn 10X Rapid Rewards® points, Priority Lane and Express Lane access, and EarlyBird Check-In® included. Learn more.

 Make sure you know when to arrive at your airport. Times vary by city.

 If your plans change, you must cancel your reservation at least 10 minutes prior to the flight's original scheduled departure time.  If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, your reservation will be canceled, and your funds and points may be forfeited. Learn more.

## Prepare for takeoff



Use our app to make changes to your trip, get a boarding pass, & more.

Download app now    Download app now



Earn up to 2,400 Rapid Rewards® points.
Plus save up to 30% off base rates with Budget®.

Budget®

Book car >



**THE EMILY MORGAN HOTEL A DOUBLETREE BY HILTON**
705 EAST HOUSTON ST.
SAN ANTONIO, TX 78205
United States of America
TELEPHONE 210-225-5100 • FAX 210-225-7227
Reservations
www.hilton.com or 1 800 HILTONS

Hanna, Justin

214 FALCON CIR.

KELLER TX 76248
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 1102/NK |
| Arrival Date: | 7/22/2025 2:23:00 PM |
| Departure Date: | 7/23/2025 12:36:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | ALOPEZ105 |
| Room Rate: | 119.38 |
| AL: | |
| HH # | 2500131376 BLUE |
| VAT # | |
| Folio No/Che | 420105 A |

Confirmation Number: 92068514

THE EMILY MORGAN HOTEL A DOUBLETREE BY HILTON 7/23/2025
12:36:00 PM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 7/22/2025 | 2021783 | ROOM SERVICE #41941 | $68.45 |
| 7/22/2025 | 2021843 | GUEST ROOM | $119.38 |
| 7/22/2025 | 2021843 | TOURISM PUBLIC IMPROVEMENT DEV | $1.49 |
| 7/22/2025 | 2021843 | STATE TAX | $7.25 |
| 7/22/2025 | 2021843 | CITY TAX | $10.87 |
| 7/22/2025 | 2021843 | COUNTY TAX | $2.12 |
| 7/22/2025 | 2021843 | STATE COST RECOVERY FEE | $0.01 |
| 7/23/2025 | 2022006 | RESTAURANT #37186 | $28.84 |
| 7/23/2025 | 2022046 | MC *3306 | ($238.41) |
| | | **BALANCE** | $0.00 |

EXPENSE REPORT SUMMARY

| | 7/22/2025 | 7/23/2025 | STAY TOTAL |
|---|---|---|---|
| ROOM AND TAX | $141.12 | $0.00 | $141.12 |
| FOOD AND BEVERAGE | $68.45 | $28.84 | $97.29 |
| DAILY TOTAL | $209.57 | $28.84 | $238.41 |

Hilton Honors®stays are posted within 72 hours of checkout. To check your earnings or book you next stay at more than 8.600 Hotels and Resorts in 139 Countries and Territories, please visit Honors.com



*Entered OK*
*-1/24*

## Carolyn Herrera

| | |
|---|---|
| **From:** | Justin Hanna <jhanna750@gmail com> |
| **Sent:** | Wednesday, July 23, 2025 7.38 PM |
| **To:** | Carolyn Herrera |
| **Subject:** | Fwd. You're going to San Antonio on 07/22 (CV2A9L)! |

This email has come from a free email provider. Please ensure that the sender's address is correct and if in doubt, contact the sender via phone to check. If you require assistance, please contact the BCLP Technology Hub.

### ⚠ This message could be suspicious

• Similar name as someone in your company

• This is a personal email address.

• You've never replied to this person

Report this Email or Mark as Safe          Powered by Mimecast

Can you please expense? Thanks!


**Justin D. Hanna**

Cell: 903-721-2802
E-mail: jhanna750@gmail.com


---------- Forwarded message ---------
From: **Southwest Airlines** <southwestairlines@ifly.southwest.com>
Date: Fri, Jul 18, 2025 at 8:54 PM
Subject: You're going to San Antonio on 07/22 (CV2A9L)!
To: <jhanna750@gmail.com>


Here's your itinerary & receipt  See ya soon!
View in web browser | View our mobile site



Manage Flight | Flight Status | My Account


 **Travel notice**

**Do you have a REAL ID?** Starting May 7, all Passengers 18+ need a state-issued REAL ID-compliant license or identification card to fly domestically. Learn more at www.dhs.gov/real-id.

1

Passengers who do not yet have their REAL ID or another TSA acceptable form of ID can expect delays, additional screening, and the possibility of not being allowed into the security checkpoint.



## Hi Justin David,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**JULY 22 - JULY 23**

# DAL    SAT

Dallas (Love) to San Antonio

Confirmation # **CV2A9L**

Confirmation date: 07/18/2025

| | |
|---|---|
| PASSENGER | **Justin David Hanna** |
| RAPID REWARDS # | 20792276046 |
| TICKET # | 5262368647091 |
| EST POINTS EARNED | 6,736 |

Rapid Rewards® points are only estimations

## Your itinerary

| Flight 1: | Tuesday, 07/22/2025 | Est. Travel Time: **1h 5m** | Anytime |
|---|---|---|---|
| FLIGHT #0894 | **DEPARTS** DAL 04:30PM Dallas (Love) | **ARRIVES** SAT 05:35PM San Antonio | |

| Flight 2: | Wednesday, 07/23/2025 | Est. Travel Time: **1h 10m** | Anytime |
|---|---|---|---|
| FLIGHT #2373 | **DEPARTS** SAT 01:25PM San Antonio | **ARRIVES** DAL 02:35PM Dallas (Love) | |

## Payment information

| Total cost | Payment |
|---|---|

2

**Air - CV2A9L**

| | | |
|---|---|---|
| Base Fare | $ | 673.48 |
| U.S. Transportation Tax | $ | 50.51 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Flight Segment Tax | $ | 10.40 |
| U.S. Passenger Facility Chg | $ | 9.00 |
| **Total** | **$** | **754.59** |

July 18, 2025
**Payment Amount**           **$754.59**
Mastercard ending in 3306

Fare rules. If you decide to make a change to your current itinerary it may result in a fare increase

Your ticket number   5262368647091

# What to expect on your trip, and a few reminders.



**Anytime fare:** Refundable, earn 10X Rapid Rewards® points, Priority Lane and Express Lane access, and EarlyBird Check-In® included. Learn more.



Make sure you know when to arrive at your airport. Times vary by city.



If your plans change, you must cancel your reservation at least 10 minutes prior to the flight's original scheduled departure time. If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, your reservation will be canceled, and your funds and points may be forfeited. Learn more.

# Prepare for takeoff



Use our app to make changes to your trip, get a boarding pass, & more.

Download app now        Download app now

Earn up to 2,400 Rapid Rewards® points.
Plus save up to 30% off base rates with Budget®.

Budget®

Book car >

## Carolyn Herrera

| | |
|---|---|
| **From:** | Justin Hanna <jhanna750@gmail com> |
| **Sent:** | Wednesday, August 27, 2025 9.51 AM |
| **To:** | Carolyn Herrera; Justin Hanna |
| **Subject:** | Fwd. Your trip confirmation (DFW - SAT) |

This email has come from a free email provider. Please ensure that the sender's address is correct and if in doubt, contact the sender via phone to check. If you require assistance, please contact the BCLP Technology Hub.



### This message could be suspicious

- Similar name as someone in your company
- Some Recipients have never replied to this person
- This is a personal email address

Report this Email or Mark as Safe          Powered by Mimecast

La Vernia- 8/6 hearing

## Justin D. Hanna

Cell: 903-721-2802
E-mail: jhanna750@gmail.com


---------- Forwarded message ---------
From: **American Airlines** <no-reply@info.email.aa.com>
Date: Thu, Jul 31, 2025 at 1:21 AM
Subject: Your trip confirmation (DFW - SAT)
To: <JHANNA750@gmail.com>



Your trip confirmation and receipt

1

Confirmation code: **QQIRHH**

**Tuesday, August 5, 2025**

**DFW**
Dallas/Fort Worth
**5:34 PM**

**AA 499**

**SAT**
San Antonio
**6:39 PM**

Seat: **7A**
Class: **Economy (V)**
Meals:

**Wednesday, August 6, 2025**

**SAT**
San Antonio
**6:45 PM**

**AA 2374**

**DFW**
Dallas/Fort Worth
**8:00 PM**

Seat: **32A**
Class: **Economy (V)**
Meals:

**Manage your trip**

Limited Time: Earn up to 80,000 bonus miles*
Find the Citi® / AAdvantage® card that's right for you. Terms Apply
Learn more



## Your purchase

**Justin Hanna - AAdvantage® #: 8TE****

New ticket (0012262625181)                                      $754.97
[$673.83 + Taxes & carrier-imposed fees
$81.14]

**Total cost**                                      **$754.97**

## Your payment

Visa (ending 1428 )                                 $754.97


Total paid                                          **$754.97**


## Bag information

**Checked Bag (Airport)**

1st bag     $40.00
2nd bag     $45.00

**Checked Bag (Online*)**

1st bag     $35.00
2nd bag     $45.00

Taxes are included, when applicable
Maximum dimensions  62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight  50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. For information regarding American Airlines checked baggage policies, please visit· Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 2 hours) before departure.

Carry-on bags (American Airlines operated flights)

| **Personal item** | A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you |
|---|---|
| **Carry-on** | Maximum dimensions must not to exceed  22" long x 14" wide x 9" tall (56 x 35 x 23 cm) |

3

## Lisa Remus

| | |
|---|---|
| **From:** | Kyle Hirsch |
| **Sent:** | Saturday, July 12, 2025 11:49 AM |
| **To:** | Lisa Remus |
| **Subject:** | Fw: You're going to San Antonio on 07/23 (B9HPWH)! |

1084682.000123

Kyle S. Hirsch
BCLP

**From:** khirsch1 <khirsch1@cox.net>
**Sent:** Saturday, July 12, 2025 1:47:48 PM
**To:** Kyle Hirsch <kyle.hirsch@bclplaw.com>
**Subject:** FW: You're going to San Antonio on 07/23 (B9HPWH)!

-------- Original message --------
From: Southwest Airlines <southwestairlines@ifly.southwest.com>
Date: 7/12/25 10:18 AM (GMT-06:00)
To: khirsch1@cox.net
Subject: You're going to San Antonio on 07/23 (B9HPWH)!

Here's your itinerary & receipt. See ya soon!
View in web browser | View our mobile site

 

Manage Flight | Flight Status | My Account

  ⚠ **Travel notice**

**Do you have a REAL ID?** Starting May 7, all Passengers 18+ need a state-issued REAL ID-compliant license
or identification card to fly domestically. Learn more at www.dhs.gov/real-id.

Passengers who do not yet have their REAL ID or another TSA acceptable form of ID can expect delays,
additional screening, and the possibility of not being allowed into the security checkpoint.

### Hi Kyle Sylvan,

We're looking forward to flying together! It can't come soon enough.
Below you'll find your itinerary, important travel information, and trip
receipt. See you onboard soon!

**JULY 23**

# DAL  SAT

Dallas (Love) to San Antonio

Confirmation # **B9HPWH**                                   Confirmation date: 07/12/2025

| | |
|---|---|
| PASSENGER | **Kyle Sylvan Hirsch** |
| RAPID REWARDS # | 90713582 |
| TICKET # | 5262366287815 |
| EST. POINTS EARNED | 2,475 |

Rapid Rewards® points are only estimations.

## Your itinerary

| **Flight:** Wednesday, 07/23/2025 | Est. Travel Time: **1h 5m** | Anytime |
|---|---|---|

| | DEPARTS | ARRIVES |
|---|---|---|
| FLIGHT # 2357 | **DAL 06:25**AM | **SAT 07:30**AM |
| | Dallas (Love) | San Antonio |

## Payment information

| Total cost | | | Payment | |
|---|---|---|---|---|
| **Air - B9HPWH** | | | July 12, 2025 | |
| Base Fare | $ | 247.44 | **Payment Amount** | **$281.30** |
| U.S. Transportation Tax | $ | 18.56 | Visa ending in 4889 | |
| U.S. 9/11 Security Fee | $ | 5.60 | | |
| U.S. Flight Segment Tax | $ | 5.20 | | |
| U.S. Passenger Facility Chg | $ | 4.50 | | |
| **Total** | **$** | **281.30** | | |

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number : 5262366287815

# What to expect on your trip, and a few reminders.

2



**Anytime fare:** Refundable, earn 10X Rapid Rewards® points, Priority Lane and Express Lane access, and EarlyBird Check-In® included. Learn more.



Make sure you know when to arrive at your airport. Times vary by city.



If your plans change, you must cancel your reservation at least 10 minutes prior to the flight's original scheduled departure time. If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, your reservation will be canceled, and your funds and points may be forfeited. Learn more.

## Prepare for takeoff



| Bag fee summary* | | | |
|---|---|---|---|
| FARE/TIER STATUS | CARRYON | 1ST CHECKED BAG | 2ND CHECKED BAG |
| Basic, Wanna Get Away Plus®, Anytime | Free | $35 | $45 |
| Business Select® | Free | Free | Free |
| A-List | Free | Free | $35 |
| A-List Preferred | Free | Free | Free |
| Rapid Rewards® Credit Cardmembers | Free | Free | $45 |

*Weight and size limits apply. Southwest allows all ticketed Passengers to bring one standard carryon and one personal item at no cost. Additional allowances, benefits, and/or exceptions may apply. Learn more

4

| Bag fee summary* | | | |
| --- | --- | --- | --- |
| FARE/TIER STATUS | CARRYON | 1ST CHECKED BAG | 2ND CHECKED BAG |
| Basic, Wanna Get Away Plus°, Anytime | Free | $35 | $45 |
| Business Select° | Free | Free | Free |
| A-List | Free | Free | $35 |
| A-List Preferred | Free | Free | Free |
| Rapid Rewards° Credit Cardmembers | Free | Free | $45 |

*Weight and size limits apply. Southwest allows all ticketed Passengers to bring one standard carryon and one personal item at no cost. Additional allowances, benefits, and/or exceptions may apply. Learn more



Help Center    Update preferences    Download mobile app

5262366287815: NONTRANSFERABLE -BG WN DFW WN SAT247.44USD247.44END ZP DAL5.20 XF DAL4.5

TLW7P6B

No-show policy: If you do not plan to travel on your flight, you must cancel your reservation at least 10 minutes prior to the flight's original scheduled departure time. If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, your reservation will be canceled, and your funds and points may be forfeited. Learn more.

Business Select®, Anytime, and Wanna Get Away Plus® Transferable Flight Credits created from reservations booked and ticketed and/or changed on or after May 28, 2025 expire twelve months from the date the fare was purchased and ticketed. Basic fare flight credits expire six months from the date the fare was purchased and ticketed.

Prohibition on Multiple/Conflicting Reservations: To promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

If you have purchased a refundable fare and choose not to travel, you must request your refund to the original payment form within 1 year of ticket issuance.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporated Terms

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive

Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2025 Southwest Airlines Co. All Rights Reserved.



**Lisa Remus**

| | |
|---|---|
| **From:** | Kyle Hirsch |
| **Sent:** | Saturday, July 12, 2025 11:49 AM |
| **To:** | Lisa Remus |
| **Subject:** | Fw: Your trip confirmation (SAT - DFW) |

1084682.000123

Kyle S. Hirsch
BCLP

**From:** American Airlines <no-reply@info.email.aa.com>
**Sent:** Saturday, July 12, 2025 10:21:42 AM
**To:** Kyle Hirsch <kyle.hirsch@bclplaw.com>
**Subject:** Your trip confirmation (SAT - DFW)



1

**Manage your trip**

## Limited Time: Earn up to 80,000 bonus miles*

Find the Citi® / AAdvantage® card that's right for you. Terms Apply

<u>Learn more</u>



## Your purchase

**Kyle Hirsch - AAdvantage® #: 4B6****

New ticket (0012257092398)          $261.48
[$229.00 + Taxes & carrier-imposed fees
$32.48]

---

**Total cost**                        **$261.48**

## Your payment

MasterCard (ending 4630 )             $261.48

---

**Total paid**                        **$261.48**

Bag information

Checked Bag (Airport)

1st bag          No charge

2nd bag          No charge

Checked Bag (Online*)

1st bag          No charge

2nd bag          No charge

Taxes are included, when applicable.
Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 2 hours) before departure.

Carry-on bags (American Airlines operated flights)

| Personal item | A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
|---|---|
| Carry-on | Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |



Book a hotel »

Book a car »

Buy trip insurance »

Vacations »

You are why we fly

Contact us

Privacy policy

**Download the American app**

© 2025 American Airlines, Inc. All Rights Reserved. 

*Offers may vary over time and this offer may not be available in other places where the card is offered. Offer available if you apply here on the day that this email was sent unless an offer expiration date is provided

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. Once canceled, your refund will be processed automatically.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to kyle.hirsch@bclplaw.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

oneworld is a registered trademark of oneworld Alliance, LLC.

548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

## Lisa Remus

| | |
|---|---|
| **From:** | Kyle Hirsch |
| **Sent:** | Tuesday, July 8, 2025 6:16 AM |
| **To:** | Lisa Remus |
| **Subject:** | FW: You're going to San Antonio on 07/09 (A343OV)! |

1084682.000123

 Kyle S. Hirsch
Partner
Bryan Cave Leighton Paisner LLP - Phoenix, AZ USA / Dallas, TX USA
kyle.hirsch@bclplaw.com
T: +1 602 364 7170

**From:** khirsch1 <khirsch1@cox.net>
**Sent:** Tuesday, July 8, 2025 6:15 AM
**To:** Kyle Hirsch <kyle.hirsch@bclplaw.com>
**Subject:** FW: You're going to San Antonio on 07/09 (A343OV)!

-------- Original message --------
From: Southwest Airlines <southwestairlines@ifly.southwest.com>
Date: 7/7/25 5:33 PM (GMT-06:00)
To: khirsch1@cox.net
Subject: You're going to San Antonio on 07/09 (A343OV)!

Here's your itinerary & receipt. See ya soon!
View in web browser | View our mobile site

 Manage Flight | Flight Status | My Account

⚠ **Travel notice**

**Do you have a REAL ID?** Starting May 7, all Passengers 18+ need a state-issued REAL ID-compliant license or identification card to fly domestically. Learn more at www.dhs.gov/real-id.

Passengers who do not yet have their REAL ID or another TSA acceptable form of ID can expect delays, additional screening, and the possibility of not being allowed into the security checkpoint.



## Hi Kyle Sylvan,

We're looking forward to flying together! It can't come soon enough.
Below you'll find your itinerary, important travel information, and trip
receipt. See you onboard soon!

JULY 9

# DAL  SAT

Dallas (Love) to San Antonio

Confirmation # **A343OV**

Confirmation date: 07/07/2025

| | |
|---|---|
| PASSENGER | **Kyle Sylvan Hirsch** |
| RAPID REWARDS # | 90713582 |
| TICKET # | 5262363679151 |
| EST. POINTS EARNED | 1,602 |

Rapid Rewards® points are only estimations.

## Your itinerary

**Flight:** Wednesday, 07/09/2025    **Est. Travel Time: 1h 5m**    Wanna Get Away Plus®

| FLIGHT # 2357 | DEPARTS | ARRIVES |
|---|---|---|
| | **DAL 06:25**AM  | **SAT 07:30**AM |
| | Dallas (Love) | San Antonio |

## Payment information

| Total cost | | | Payment | |
|---|---|---|---|---|
| **Air - A343OV** | | | July 7, 2025 | |
| Base Fare | $ | 266.98 | **Payment Amount** | $302.30 |
| U.S. Transportation Tax | $ | 20.02 | Visa ending in 4889 | |
| U.S. 9/11 Security Fee | $ | 5.60 | | |
| U.S. Flight Segment Tax | $ | 5.20 | | |
| U.S. Passenger Facility Chg | $ | 4.50 | | |
| **Total** | **$** | **302.30** | | |

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

2

Your ticket number : 5262363679151

# What to expect on your trip, and a few reminders.

 **Wanna Get Away Plus® fare:** Non-refundable, Transferable Flight Credit™ (expires 12 months from original ticketed date), free same-day flight changes and standby, and 6X Rapid Rewards® points. Learn more.

 Make sure you know when to arrive at your airport. Times vary by city.

 If your plans change, you must cancel your reservation at least 10 minutes prior to the flight's original scheduled departure time.  If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, your reservation will be canceled, and your funds and points may be forfeited. Learn more.

# Prepare for takeoff



Use our app to make changes to your trip, get a boarding pass, & more.




 Earn up to 2,400 Rapid Rewards® points.
Plus save up to 30% off base rates with Budget®.

Book car >

 Earn up to 10,000 Rapid Rewards® points per night
Choose a hotel in San Antonio.

 Have questions about your upcoming trip?
Get all the answers before you leave for the airport.

| Book hotel > | Prepare now > |
| --- | --- |

| Bag fee summary* | | | |
| --- | --- | --- | --- |
| FARE/TIER STATUS | CARRYON | 1ST CHECKED BAG | 2ND CHECKED BAG |
| Basic, Wanna Get Away Plus®, Anytime | Free | $35 | $45 |
| Business Select® | Free | Free | Free |
| A-List | Free | Free | $35 |
| A-List Preferred | Free | Free | Free |
| Rapid Rewards® Credit Cardmembers | Free | Free | $45 |

*Weight and size limits apply. Southwest allows all ticketed Passengers to bring one standard carryon and one personal item at no cost. Additional allowances, benefits, and/or exceptions may apply. Learn more

4

| Bag fee summary* | | | |
|---|---|---|---|
| FARE/TIER STATUS | CARRYON | 1ST CHECKED BAG | 2ND CHECKED BAG |
| Basic, Wanna Get Away Plus°, Anytime | Free | $35 | $45 |
| Business Select° | Free | Free | Free |
| A-List | Free | Free | $35 |
| A-List Preferred | Free | Free | Free |
| Rapid Rewards° Credit Cardmembers | Free | Free | $45 |

*Weight and size limits apply. Southwest allows all ticketed Passengers to bring one standard carryon and one personal item at no cost. Additional allowances, benefits, and/or exceptions may apply. Learn more



Help Center     Update preferences     Download mobile app

5262363679151: NONREF/NONTRANSFERABLE -BG WN DFW WN SAT266.98USD266.98END ZP DAL5.20 XF DAL4.5

WLW0P4Q

No-show policy: If you do not plan to travel on your flight, you must cancel your reservation at least 10 minutes prior to the flight's original scheduled departure time. If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, your reservation will be canceled, and your funds and points may be forfeited. Learn more.

Business Select®, Anytime, and Wanna Get Away Plus® Transferable Flight Credits created from reservations booked and ticketed and/or changed on or after May 28, 2025 expire twelve months from the date the fare was purchased and ticketed. Basic fare flight credits expire six months from the date the fare was purchased and ticketed.

Prohibition on Multiple/Conflicting Reservations: To promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

If you have purchased a refundable fare and choose not to travel, you must request your refund to the original payment form within 1 year of ticket issuance.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporated Terms

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive

Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2025 Southwest Airlines Co. All Rights Reserved.

**Lisa Remus**

| | |
|---|---|
| **From:** | Kyle Hirsch |
| **Sent:** | Tuesday, July 8, 2025 6:15 AM |
| **To:** | Lisa Remus |
| **Subject:** | FW: Your trip confirmation (SAT - DFW) |

1084682.000123



Kyle S. Hirsch
Partner
Bryan Cave Leighton Paisner LLP - Phoenix, AZ USA / Dallas, TX USA
kyle.hirsch@bclplaw.com
T: +1 602 364 7170

**From:** American Airlines <no-reply@info.email.aa.com>
**Sent:** Monday, July 7, 2025 3:36 PM
**To:** Kyle Hirsch <kyle.hirsch@bclplaw.com>
**Subject:** Your trip confirmation (SAT - DFW)





**SAT**
San Antonio
**2:15 PM**

AA 413 

**DFW**
Dallas/Fort Worth
**3:29 PM**

Seat: **11B**
Class: **Economy (K)**
Meals:

**Manage your trip**

## Limited Time: Earn up to 100,000 bonus miles*

Find the Citi® / AAdvantage® card that's right for you. Terms Apply
Learn more

## Your purchase

**Kyle Hirsch - AAdvantage® #: 4B6****

New ticket (0012255576052)                          $461.43
[$415.00 + Taxes & carrier-imposed fees
$46.43]

| | |
|---|---|
| **Total cost** | **$461.43** |

## Your payment

MasterCard (ending 4630 )                          $461.43

| | |
|---|---|
| **Total paid** | **$461.43** |

Bag information

| Checked Bag (Airport) | | Checked Bag (Online*) | |
|---|---|---|---|
| 1st bag | No charge | 1st bag | No charge |
| 2nd bag | No charge | 2nd bag | No charge |

Taxes are included, when applicable.
Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 2 hours) before departure.

Carry-on bags (American Airlines operated flights)

| **Personal item** | A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
|---|---|
| **Carry-on** | Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |

Book a hotel »          Book a car »          Buy trip insurance »          Vacations »

You are why we fly

Contact us

Privacy policy

**Download the American app**

App Store          Google Play

© 2025 American Airlines, Inc. All Rights Reserved.



*Offers may vary over time and this offer may not be available in other places where the card is offered. Offer available if you apply here on the day that this email was sent unless an offer expiration date is provided

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. Once canceled, your refund will be processed automatically.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to kyle.hirsch@bclplaw.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.



**Lisa Remus**

---

| | |
|---|---|
| **From:** | Kyle Hirsch |
| **Sent:** | Friday, August 8, 2025 1:31 PM |
| **To:** | Lisa Remus |
| **Subject:** | Fw: Your trip confirmation (DFW - SAT) |

Kyle S. Hirsch
BCLP

---

**From:** American Airlines <no-reply@info.email.aa.com>
**Sent:** Friday, August 8, 2025 3:30:08 PM
**To:** Kyle Hirsch <kyle.hirsch@bclplaw.com>
**Subject:** Your trip confirmation (DFW - SAT)



Issued: August 8, 2025

# Your trip confirmation and receipt

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Confirmation code: **LEUNGR**

### Wednesday, August 13, 2025

| | | |
|---|---|---|
| **DFW** | AA 2368 | |
| Dallas/Fort Worth | | |
| **6:50 PM** | | |
| | | |
| **SAT** | Seat: **17D** | |
| San Antonio | Class: **Economy (V)** | |
| **7:55 PM** | Meals: | |

1

**Manage your trip**

## Limited Time: Earn up to 80,000 bonus miles*

Find the Citi® / AAdvantage® card that's right for you. Terms Apply

Learn more



## Your purchase

**Kyle Hirsch - AAdvantage® #: 4B6****
New ticket (0012264972745)                        $302.49
[$267.15 + Taxes & carrier-imposed fees $35.34]

---

**Total cost**                                    **$302.49**

## Your payment

MasterCard (ending 4630 )                          $302.49

---

**Total paid**                                    **$302.49**

Bag information

Checked Bag (Airport)

1st bag          No charge

2nd bag          No charge

Checked Bag (Online*)

1st bag          No charge

2nd bag          No charge

Taxes are included, when applicable.
Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 2 hours) before departure.

Carry-on bags (American Airlines operated flights)

| Personal item | A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
| Carry-on | Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |



Book a hotel »

Book a car »

Buy trip insurance »

Vacations »

You are why we fly

Contact us

Privacy policy

**Download the American app**

App Store    Google Play

© 2025 American Airlines, Inc. All Rights Reserved.



*Offers may vary over time and this offer may not be available in other places where the card is
offered. Offer available if you apply here on the day that this email was sent unless an offer expiration
date is provided

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at
least 2 days before departure. Once canceled, your refund will be processed automatically.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed
departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a
fee may be assessed for changes and restrictions may apply.

Some American Airlines check-in counters do not accept cash as a form of payment. For more
information, visit our Airport Information page.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when
transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure
can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may
result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous
materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives /
Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/
Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet
articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-
on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium
batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from
checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be
used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require
airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should
contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to kyle.hirsch@bclplaw.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

oneworld is a registered trademark of oneworld Alliance, LLC.

**Lisa Remus**

| | |
|---|---|
| **From:** | Kyle Hirsch |
| **Sent:** | Saturday, August 9, 2025 7:28 AM |
| **To:** | Lisa Remus |
| **Subject:** | FW: Your trip confirmation (SAT - PHX) |

Return travel 1084682.000123



Kyle S. Hirsch
Partner
Bryan Cave Leighton Paisner LLP - Phoenix, AZ USA / Dallas, TX USA
kyle.hirsch@bclplaw.com
T: +1 602 364 7170

**From:** American Airlines <no-reply@info.email.aa.com>
**Sent:** Friday, August 8, 2025 5:02 PM
**To:** Kyle Hirsch <kyle.hirsch@bclplaw.com>
**Subject:** Your trip confirmation (SAT - PHX)





**SAT**      AA 570
San Antonio
6:55 PM

**PHX**      Seat: **11F**
Phoenix      Class: **Economy (M)**
7:14 PM      Meals:

**Manage your trip**

## Limited Time: Earn up to 80,000 bonus miles*

Find the Citi® / AAdvantage® card that's right for you. Terms Apply
Learn more



## Your purchase

**Kyle Hirsch - AAdvantage® #: 4B6****

New ticket (0012265026452)      $454.48
[$408.54 + Taxes & carrier-imposed fees
$45.94]

| **Total cost** | **$454.48** |
|---|---|

## Your payment

MasterCard (ending 4630 )      $454.48

| **Total paid** | **$454.48** |
|---|---|

Bag information

| Checked Bag (Airport) | | Checked Bag (Online*) | |
|---|---|---|---|
| 1st bag | No charge | 1st bag | No charge |
| 2nd bag | No charge | 2nd bag | No charge |

Taxes are included, when applicable.
Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 2 hours) before departure.

Carry-on bags (American Airlines operated flights)

| Personal item | A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
|---|---|
| Carry-on | Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |

Book a hotel »        Book a car »        Buy trip insurance »        Vacations »

You are why we fly

Contact us

Privacy policy

**Download the American app**

App Store        Google Play

3

© 2025 American Airlines, Inc. All Rights Reserved.


*Offers may vary over time and this offer may not be available in other places where the card is offered. Offer available if you apply here on the day that this email was sent unless an offer expiration date is provided

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. Once canceled, your refund will be processed automatically.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to kyle.hirsch@bclplaw.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

oneworld is a registered trademark of oneworld Alliance, LLC.

**The Emily Morgan San Antonio - a DoubleTree by Hilton Hotel**
**705 East Houston Street, San Antonio 78205 US**
**(210) 225-5110**
**askemily@emilymorganhotel.com**

Date Range: 2025-08-13 - 2025-08-14
Tax#/ID# :

## Guest Folio
Confirmation Number - 86101452

**Primary Guest**

| | |
|---|---|
| Guest Name | HIRSCH, KYLE |
| Address | 2 N CENTRAL AVE |
| City, State, Zip Code | PHOENIX AZ 85004 |
| Country | US |

**ADDN GUESTS**

**Hilton Honors**
⭐ Diamond
641899722

**Stay Details**

| | |
|---|---|
| Check In Date | Aug 13, 2025 |
| Check Out Date | Aug 14, 2025 |
| Room | NKRDW - 1103 |
| Source | OTHER |
| Guests | 2/0 |

**Company Details**

| | |
|---|---|
| Name | |
| Tax#/ID# | |
| PO Number | |
| Account Name | |

**Other Details**

| | |
|---|---|
| Tax Invoice | |
| Tax/Fee Exemption | NO |
| Tax/Fee Exempt Date | |
| **Travel Agent** | |
| IATA | |
| Name | |

| Date | Type | Description | Amount |
|---|---|---|---|
| Aug 13, 2025 | Charge | BAR TIPS - POS #10538 | $10.00 |
| Aug 13, 2025 | Charge | BAR DINNER - POS #10538 | $22.00 |
| Aug 13, 2025 | Tax | FB SALES TAX | $1.82 |
| Aug 13, 2025 | Charge | BAR BEV - POS #10538 | $4.00 |
| Aug 13, 2025 | Tax | FB SALES TAX | $0.33 |
| Aug 13, 2025 | Charge | BAR BEER - POS #10538 | $16.00 |
| Aug 13, 2025 | Tax | FB SALES TAX | $1.32 |
| Aug 13, 2025 | Charge Adjustment | Hilton Honors Daily Food and Beverage Credit | -$30.00 |
| Aug 13, 2025 | Charge | GUEST ROOM | $124.08 |
| Aug 13, 2025 | Tax | STATE TAX ON TPID | $0.09 |
| Aug 13, 2025 | Tax | CITY TAX ON TPID | $0.14 |
| Aug 13, 2025 | Tax | COUNTY TAX ON TPID | $0.02 |
| Aug 13, 2025 | Tax | STATE TAX | $7.44 |
| Aug 13, 2025 | Tax | CITY TAX | $11.17 |
| Aug 13, 2025 | Tax | COUNTY TAX | $2.17 |
| Aug 13, 2025 | Fee | Tourism Public Improvement Dev | $1.55 |
| Aug 13, 2025 | Fee | STATE COST RECOVERY FEE | $0.01 |
| Aug 14, 2025 | Charge | RESTAURANT TIPS - POS #37641 | $3.00 |
| Aug 14, 2025 | Charge | RESTAURANT BFAST - POS #37641 | $15.00 |
| Aug 14, 2025 | Tax | FB SALES TAX | $1.24 |
| Aug 14, 2025 | Payments | AMEX-1007 | -$191.38 |

| Summary | |
|---|---|
| **Type** | **Amount** |
| BAR TIPS - POS #10538 | $10.00 |
| BAR DINNER - POS #10538 | $22.00 |
| FB SALES TAX | $4.71 |
| BAR BEV - POS #10538 | $4.00 |
| BAR BEER - POS #10538 | $16.00 |

| | |
|---|---|
| **Check In Time** | 08:15 PM |
| **Check Out Time** | 09:03 AM |

Reservations doubletree.com or +1-855-610-TREE

| | |
|---|---|
| Hilton Honors Daily Food and Beverage Credit | -$30.00 |
| GUEST ROOM | $124.08 |
| STATE TAX ON TPID | $0.09 |
| CITY TAX ON TPID | $0.14 |
| COUNTY TAX ON TPID | $0.02 |
| STATE TAX | $7.44 |
| CITY TAX | $11.17 |
| COUNTY TAX | $2.17 |
| Tourism Public Improvement Dev | $1.55 |
| STATE COST RECOVERY FEE | $0.01 |
| RESTAURANT TIPS - POS #37641 | $3.00 |
| RESTAURANT BFAST - POS #37641 | $15.00 |
| CREDIT CARD | -$191.38 |
| **Folio Balance** | **$0.00** |

| | | |
|---|---|---|
| **Check In Time** | **08:15 PM** | Reservations doubletree.com or **+1-855-610-TREE** |
| **Check Out Time** | **09:03 AM** | |

**Page2 / 2**

## Lisa Remus

| | |
|---|---|
| **From**: | Kyle Hirsch |
| **Sent**: | Friday, May 23, 2025 9:21 PM |
| **To**: | Lisa Remus |
| **Subject**: | Fw: You're going to Austin on 05/27 (4D8Z8W)! |

Here is the rebooked flight to Austin.

Kyle S. Hirsch
BCLP

---

**From:** khirsch1 <khirsch1@cox.net>
**Sent:** Friday, May 23, 2025 9:19:57 PM
**To:** Kyle Hirsch <kyle.hirsch@bclplaw.com>
**Subject:** FW: You're going to Austin on 05/27 (4D8Z8W)!

-------- Original message --------
From: Southwest Airlines <southwestairlines@ifly.southwest.com>
Date: 5/23/25 9:15 PM (GMT-07:00)
To: khirsch1@cox.net
Subject: You're going to Austin on 05/27 (4D8Z8W)!

Here's your itinerary & receipt. See ya soon!
View in web browser | View our mobile site

 **Southwest**

Manage Flight | Flight Status | My Account

⚠ **Travel notice**

**Do you have a REAL ID?** Starting May 7, all Passengers 18+ need a state-issued REAL ID-compliant license or identification card to fly domestically. Learn more at www.dhs.gov/real-id.

Passengers who do not yet have their REAL ID or another TSA acceptable form of ID can expect delays, additional screening, and the possibility of not being allowed into the security checkpoint.



## Hi Kyle Sylvan,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**MAY 27**

# PHX ✈ AUS

Phoenix to Austin

---

Confirmation # **4D8Z8W**     Confirmation date: 05/23/2025

| PASSENGER | Kyle Sylvan Hirsch |
|---|---|
| RAPID REWARDS # | 90713582 |
| TICKET # | 5262348449104 |
| EST. POINTS EARNED | 1,904 |

Rapid Rewards® points are only estimations.

## Your itinerary

| Flight: Tuesday, 05/27/2025 | Est. Travel Time: **2h 10m** | Wanna Get Away Plus™ |
|---|---|---|

| FLIGHT # 3641 | DEPARTS | ARRIVES |
|---|---|---|
| | **PHX 05:50**AM | ✈ **AUS 10:00**AM |
| | Phoenix | Austin |

## Payment information

| Total cost | | | Payment | |
|---|---|---|---|---|
| **Air - 4D8Z8W** | | | May 23, 2025 | |
| Base Fare | $ | 317.21 | **Payment Amount** | **$356.30** |
| U.S. Transportation Tax | $ | 23.79 | Visa ending in 4889 | |
| U.S. 9/11 Security Fee | $ | 5.60 | | |
| U.S. Flight Segment Tax | $ | 5.20 | | |
| U.S. Passenger Facility Chg | $ | 4.50 | | |
| **Total** | $ | **356.30** | | |

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number : 5262348449104

## All your perks, all in one place. (Plus a few reminders.)

2

 **Wanna Get Away Plus™ fare:** Your two bags fly free® and no change or cancel fees. Plus same-day flight changes, 6X Rapid Rewards® points, and a Transferable Flight Credit that can be used for yourself or shared with someone else. Learn more.

 Make sure you know when to arrive at your airport. Times vary by city.

 If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a Transferable Flight Credit™. If you don't cancel your reservation in time, your funds will be forfeited.

## Prepare for takeoff





Earn up to 2,400 Rapid Rewards® points.
Plus save up to 30% off base rates with Budget®.
Book car >


Earn up to 10,000 Rapid Rewards® points per night
Choose a hotel in Austin.

Book hotel >


Have questions about your upcoming trip?
Get all the answers before you leave for the airport.

Prepare now >



5262348449104: NONREF/NONTRANSFERABLE -BG WN PHX WN AU5317.21USD317.21END ZP PHX5.20 XF PHX4.5

MDW0H4Q

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit. **Starting July 1, 2023 (12:00 a.m. CT),** for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

If you have purchased a refundable fare and choose not to travel, you must request your refund to the original payment form within 1 year of ticket issuance.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2025 Southwest Airlines Co. All Rights Reserved.