## Lisa Remus

| | |
|---|---|
| **From**: | Kyle Hirsch |
| **Sent**: | Friday, May 23, 2025 9:22 PM |
| **To**: | Lisa Remus |
| **Subject**: | Fw: You're going to Dallas (Love) on 05/28 (4DAISZ)! |

Change in hearing plans - now I am returning to Dallas from San Antonio.

Kyle S. Hirsch
BCLP

---

**From:** khirsch1 <khirsch1@cox.net>
**Sent:** Friday, May 23, 2025 9:19:49 PM
**To:** Kyle Hirsch <kyle.hirsch@bclplaw.com>
**Subject:** FW: You're going to Dallas (Love) on 05/28 (4DAISZ)!

-------- Original message --------
From: Southwest Airlines <southwestairlines@ifly.southwest.com>
Date: 5/23/25 9:17 PM (GMT-07:00)
To: khirsch1@cox.net
Subject: You're going to Dallas (Love) on 05/28 (4DAISZ)!

Here's your itinerary & receipt. See ya soon!
View in web browser | View our mobile site



Manage Flight | Flight Status | My Account

 **Travel notice**

**Do you have a REAL ID?** Starting May 7, all Passengers 18+ need a state-issued REAL ID-compliant license or identification card to fly domestically. Learn more at www.dhs.gov/real-id.

Passengers who do not yet have their REAL ID or another TSA acceptable form of ID can expect delays, additional screening, and the possibility of not being allowed into the security checkpoint.



## Hi Kyle Sylvan,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

MAY 28

# SAT ✈ DAL

San Antonio to Dallas (Love)

Confirmation # **4DAISZ**

Confirmation date: 05/23/2025

| | |
|---|---|
| PASSENGER | **Kyle Sylvan Hirsch** |
| RAPID REWARDS # | 90713582 |
| TICKET # | 5262348449216 |
| EST. POINTS EARNED | 1,602 |

Rapid Rewards® points are only estimations.

## Your itinerary

**Flight:** Wednesday, 05/28/2025  Est. Travel Time: **1h 15m**  Wanna Get Away Plus™

| | DEPARTS | | ARRIVES |
|---|---|---|---|
| FLIGHT # 1083 | **SAT 02:20**PM | ✈ | **DAL 03:35**PM |
| | San Antonio | | Dallas (Love) |

## Payment information

| Total cost | | | Payment | |
|---|---|---|---|---|
| **Air - 4DAISZ** | | | May 23, 2025 | |
| Base Fare | $ | 266.98 | **Payment Amount** | **$302.30** |
| U.S. Transportation Tax | $ | 20.02 | Visa ending in **4889** | |
| U.S. 9/11 Security Fee | $ | 5.60 | | |
| U.S. Flight Segment Tax | $ | 5.20 | | |
| U.S. Passenger Facility Chg | $ | 4.50 | | |
| **Total** | $ | **302.30** | | |

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number : 5262348449216

# All your perks, all in one place. (Plus a few reminders.)



**Wanna Get Away Plus™ fare:** Your two bags fly free® and no change or cancel fees. Plus same-day flight changes, 6X Rapid Rewards® points, and a Transferable Flight Credit that can be used for yourself or shared with someone else. Learn more.

Make sure you know when to arrive at your airport. Times vary by city.

If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a Transferable Flight Credit™. If you don't cancel your reservation in time, your funds will be forfeited.

## Prepare for takeoff



Use our app to make changes to your trip, get a boarding pass, & more.

Download app now

Download app now

Earn up to 2,400 Rapid Rewards® points. Plus save up to 30% off base rates with Budget®.

Book car >

Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in Dallas.

Book hotel >

Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

Prepare now >



**Book hotel** >    **Book car** >    **View all offers** >

Help Center       Update preferences       Download mobile app

5262348449216: NONREF/NONTRANSFERABLE -BG WN SAT WN DFW266.98USD266.98END ZP SAT5.20 XF SAT4.5

WLW0P4Q

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit. **Starting July 1, 2023 (12:00 a.m. CT)**, for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

If you have purchased a refundable fare and choose not to travel, you must request your refund to the original payment form within 1 year of ticket issuance.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2025 Southwest Airlines Co. All Rights Reserved.

## Lisa Remus

| | |
|---|---|
| **From:** | Kyle Hirsch |
| **Sent:** | Friday, May 16, 2025 7:21 AM |
| **To:** | Lisa Remus |
| **Subject:** | Fw: You're going to San Antonio on 05/27 (33P3HG)! |

Travel to San Antonio for fee application hearing - 1084682.000115

Kyle S. Hirsch
BCLP

---

**From:** khirsch1 <khirsch1@cox.net>
**Sent:** Friday, May 16, 2025 7:01:23 AM
**To:** Kyle Hirsch <kyle.hirsch@bclplaw.com>
**Subject:** FW: You're going to San Antonio on 05/27 (33P3HG)!

-------- Original message --------
From: Southwest Airlines <southwestairlines@ifly.southwest.com>
Date: 5/16/25 6:46 AM (GMT-07:00)
To: khirsch1@cox.net
Subject: You're going to San Antonio on 05/27 (33P3HG)!

Here's your itinerary & receipt. See ya soon!
View in web browser | View our mobile site

 **Southwest**     Manage Flight | Flight Status | My Account

 **Travel notice**

**Do you have a REAL ID?** Starting May 7, all Passengers 18+ need a state-issued REAL ID-compliant license or identification card to fly domestically. Learn more at www.dhs.gov/real-id.

Passengers who do not yet have their REAL ID or another TSA acceptable form of ID can expect delays, additional screening, and the possibility of not being allowed into the security checkpoint.

 **Hi Kyle Sylvan,**

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**MAY 27**

# PHX ✈ SAT

Phoenix to San Antonio

Confirmation # **33P3HG**                        Confirmation date: 05/16/2025

| | |
|---|---|
| PASSENGER | **Kyle Sylvan Hirsch** |
| RAPID REWARDS # | 90713582 |
| TICKET # | 5262345660448 |
| EST. POINTS EARNED | 1,821 |

Rapid Rewards® points are only estimations.

## Your itinerary

**Flight:** Tuesday, 05/27/2025    Est. Travel Time: **2h 5m**    Wanna Get Away Plus™

| | DEPARTS | | ARRIVES |
|---|---|---|---|
| FLIGHT # 0196 | **PHX 04:40**PM | ✈ | **SAT 08:45**PM |
| | Phoenix | | San Antonio |

## Payment information

| Total cost | | | Payment | |
|---|---|---|---|---|
| **Air - 33P3HG** | | | May 16, 2025 | |
| Base Fare | $ | 303.42 | **Payment Amount** | **$341.48** |
| U.S. Transportation Tax | $ | 22.76 | Visa ending in 4889 | |
| U.S. 9/11 Security Fee | $ | 5.60 | | |
| U.S. Flight Segment Tax | $ | 5.20 | | |
| U.S. Passenger Facility Chg | $ | 4.50 | | |
| **Total** | $ | **341.48** | | |

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number : 5262345660448

# All your perks, all in one place. (Plus a few reminders.)

2



**Wanna Get Away Plus™ fare:** Your two bags fly free® and no change or cancel fees. Plus same-day flight changes, 6X Rapid Rewards® points, and a Transferable Flight Credit that can be used for yourself or shared with someone else. Learn more.

Make sure you know when to arrive at your airport. Times vary by city.

If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a Transferable Flight Credit™. If you don't cancel your reservation in time, your funds will be forfeited.

## Prepare for takeoff



Use our app to make changes to your trip, get a boarding pass, & more.

Download app now
Download app now

Earn up to 2,400 Rapid Rewards® points.
Plus save up to 30% off base rates with Budget®.
Budget
Book car >

Earn up to 10,000 Rapid Rewards® points per night
Choose a hotel in San Antonio.
Book hotel >

Have questions about your upcoming trip?
Get all the answers before you leave for the airport.
Prepare now >



Book hotel   >        Book car   >        View all offers   >

Help Center        Update preferences        Download mobile app

5262345660448: NONREF/NONTRANSFERABLE -BG WN PHX WN SAT303.42USD303.42END ZP PHX5.20 XF PHX4.5

MDN7H4Q

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit. **Starting July 1, 2023 (12:00 a.m. CT),** for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

If you have purchased a refundable fare and choose not to travel, you must request your refund to the original payment for within 1 year of ticket issuance.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2025 Southwest Airlines Co. All Rights Reserved.

your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit. **Starting July 1, 2023 (12:00 a.m. CT)**, for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

If you have purchased a refundable fare and choose not to travel, you must request your refund to the original payment form within 1 year of ticket issuance.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation.

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2025 Southwest Airlines Co. All Rights Reserved.





| | THE EMILY MORGAN HOTEL A DOUBLETREE BY HILTON |
|---|---|
| | 705 EAST HOUSTON ST. |
| | SAN ANTONIO, TX  78205 |
| | United States of America |
| | TELEPHONE 210-225-5100  • FAX 210-225-7227 |
| | Reservations |
| | www.hilton.com or 1 800 HILTONS |

HIRSCH, KYLE

2 N CENTRAL AVE

PHOENIX AZ  85004
UNITED STATES OF AMERICA

| Room No: | 503/NKRDW |
|---|---|
| Arrival Date: | 5/27/2025  12:01:00 PM |
| Departure Date: | 5/28/2025 11:34:00 AM |
| Adult/Child: | 2/0 |
| Cashier ID: | VFERNANDEZ20 |
| Room Rate: | 131.60 |
| AL: | |
| HH # | 641899722 DIAMOND |
| VAT # | |
| Folio No/Che | 415748 A |

Confirmation Number: 96432378

THE EMILY MORGAN HOTEL A DOUBLETREE BY HILTON 5/28/2025
11:34:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 5/27/2025 | 1997174 | BAR #18062 | $52.31 |
| 5/27/2025 | 1997175 | Hilton Honors Daily F&B Credit V25 - COMP | ($19.49) |
| 5/27/2025 | 1997177 | Hilton Honors Daily F&B Credit V25 - COMP | ($10.51) |
| 5/27/2025 | 1997250 | GUEST ROOM | $131.60 |
| 5/27/2025 | 1997250 | TOURISM PUBLIC IMPROVEMENT DEV | $1.65 |
| 5/27/2025 | 1997250 | STATE TAX | $8.00 |
| 5/27/2025 | 1997250 | CITY TAX | $11.99 |
| 5/27/2025 | 1997250 | COUNTY TAX | $2.33 |
| 5/27/2025 | 1997250 | STATE COST RECOVERY FEE | $0.01 |
| 5/28/2025 | 1997326 | RESTAURANT #35954 | $28.84 |
| 5/28/2025 | 1997361 | AX *1007 | ($206.73) |
| | | **BALANCE** | $0.00 |

EXPENSE REPORT SUMMARY

| | 5/27/2025 | 5/28/2025 | STAY TOTAL |
|---|---|---|---|
| ROOM AND TAX | $155.58 | $0.00 | $155.58 |
| FOOD AND BEVERAGE | $52.31 | $28.84 | $81.15 |
| MISCELLANEOUS | ($30.00) | $0.00 | ($30.00) |
| DAILY TOTAL | $177.89 | $28.84 | $206.73 |

Hilton Honors®stays are posted within 72 hours of checkout. To check your earnings or book you next stay at more than 8,600 Hotels and
Resorts in 139 Countries and Territories, please visit Honors.com

## Lisa Remus

| | |
|---|---|
| **From**: | Kyle Hirsch |
| **Sent**: | Wednesday, May 21, 2025 3:20 PM |
| **To**: | Lisa Remus |
| **Subject**: | FW: Your trip confirmation (PHX – AUS) |
| **Attachments**: | FW: Kyle Sylvan Hirsch's 05/30 Phoenix trip (33P3HG): Your change is confirmed. |

I changed my travel plans for next week.  The SW flight to San Antonio is updated (see attached) as my return flight from Austin, and should be charted to 1084682.000110.

Below is the information for my replacement outbound on AA.  I am now traveling into Austin, and driving to San Antonio and back to Austin.  This AA flight should be charged to the RIC (lavernia) matter, 1084682.000115.

Thx.



Kyle S. Hirsch
Partner
Bryan Cave Leighton Paisner LLP - Phoenix, AZ USA / Dallas, TX USA
kyle.hirsch@bclplaw.com
T: +1 602 364 7170

---

**From:** American Airlines <no-reply@info.email.aa.com>
**Sent:** Wednesday, May 21, 2025 3:10 PM
**To:** Kyle Hirsch <kyle.hirsch@bclplaw.com>
**Subject:** Your trip confirmation (PHX - AUS)





Confirmation code: **FZIWED**

**Tuesday, May 27, 2025**

**PHX**
Phoenix
6:55 PM

AA 691

**AUS**
Austin
11:12 PM

Seat: **17A**
Class: **Economy (M)**
Meals:

**Manage your trip**

Find the card that earns you more miles
Learn more

## Your purchase

**Kyle Hirsch - AAdvantage® #: 4B6****
New ticket (0012242279202)              $417.48
[$374.12 + Taxes & carrier-imposed fees $43.36]

**Total cost**                          **$417.48**

## Your payment

MasterCard (ending 4630 )               $417.48

**Total paid**                          **$417.48**

2

## Bag information

### Checked Bag (Airport)

| | |
|---|---|
| 1st bag | No charge |
| 2nd bag | $45.00 |

Taxes are included, when applicable.
Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

Carry-on bags (American Airlines operated flights)

| | |
|---|---|
| **Personal item** | A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
| **Carry-on** | Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |






Book a hotel »    Book a car »    Buy trip insurance »    Vacations »








You are why we fly

Contact us

Privacy policy

**Download the American app**

Download on the App Store

GET IT ON Google Play

© 2025 American Airlines, Inc. All Rights Reserved.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. Once canceled, your refund will be processed automatically.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

Lithium Batteries

Explosives

Aerosol

Flammables

Oxidizers

Toxins

Radioactive

Corosives

E - cigarettes

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to kyle.hirsch@bclplaw.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

oneworld is a registered trademark of oneworld Alliance, LLC.

## Lisa Remus

| | |
|---|---|
| **From:** | Kyle Hirsch |
| **Sent:** | Friday, May 30, 2025 3:14 PM |
| **To:** | Lisa Remus |
| **Subject:** | Fw: You're going to San Antonio on 06/02 (2HO6CT)! |

For RIC (Lavernia) matter

Kyle S. Hirsch
BCLP

**From:** khirsch1 <khirsch1@cox.net>
**Sent:** Friday, May 30, 2025 5:09:38 PM
**To:** Kyle Hirsch <kyle.hirsch@bclplaw.com>
**Subject:** FW: You're going to San Antonio on 06/02 (2HO6CT)!

-------- Original message --------
From: Southwest Airlines <southwestairlines@ifly.southwest.com>
Date: 5/30/25 4:22 PM (GMT-06:00)
To: khirsch1@cox.net
Subject: You're going to San Antonio on 06/02 (2HO6CT)!

Here's your itinerary & receipt. See ya soon!
View in web browser | View our mobile site

 Southwest&#10084;     Manage Flight | Flight Status | My Account

 **Travel notice**

**Do you have a REAL ID?** Starting May 7, all Passengers 18+ need a state-issued REAL ID-compliant license or identification card to fly domestically. Learn more at www.dhs.gov/real-id.

Passengers who do not yet have their REAL ID or another TSA acceptable form of ID can expect delays, additional screening, and the possibility of not being allowed into the security checkpoint.

 ## Hi Kyle Sylvan,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

JUNE 2

# PHX  SAT

Phoenix to San Antonio

Confirmation # **2HO6CT**                    Confirmation date: 05/30/2025

| PASSENGER | Kyle Sylvan Hirsch |
|---|---|
| RAPID REWARDS # | 90713582 |
| TICKET # | 5262350724229 |
| EST. POINTS EARNED | 2,451 |

Rapid Rewards® points are only estimations.

## Your itinerary

| **Flight:** Monday, 06/02/2025   Est. Travel Time: **2h 5m**   Wanna Get Away Plus® |

| | DEPARTS | ARRIVES |
|---|---|---|
| FLIGHT # 0805 | **PHX 05:55**AM |  **SAT 10:00**AM |
| | Phoenix | San Antonio |

## Payment information

| Total cost | | | Payment | |
|---|---|---|---|---|
| **Air - 2HO6CT** | | | May 30, 2025 | |
| Base Fare | $ | 408.37 | **Payment Amount** | **$454.30** |
| U.S. Transportation Tax | $ | 30.63 | Visa ending in **4889** | |
| U.S. 9/11 Security Fee | $ | 5.60 | | |
| U.S. Flight Segment Tax | $ | 5.20 | | |
| U.S. Passenger Facility Chg | $ | 4.50 | | |
| **Total** | **$** | **454.30** | | |

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number : 5262350724229

# What to expect on your trip, and a few reminders.

 **Wanna Get Away Plus® fare:** Non-refundable, Transferable Flight Credit™ (expires 12 months from original ticketed date), free same-day flight changes and standby, and 6X Rapid Rewards® points. Learn more.

 Make sure you know when to arrive at your airport. Times vary by city.

 If your plans change, you must cancel your reservation at least 10 minutes prior to the flight's original scheduled departure time.  If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, your reservation will be canceled, and your funds and points may be forfeited. Learn more.

## Prepare for takeoff



  

 **Earn up to 2,400 Rapid Rewards® points.** Plus save up to 30% off base rates with Budget®. Book car >

 **Earn up to 10,000 Rapid Rewards® points per night** Choose a hotel in San Antonio. Book hotel >

 **Have questions about your upcoming trip?** Get all the answers before you leave for the airport. Prepare now >

| Bag fee summary* | | | |
|---|---|---|---|
| FARE/TIER STATUS | CARRYON | 1ST CHECKED BAG | 2ND CHECKED BAG |
| Basic, Wanna Get Away Plus°, Anytime | Free | $35 | $45 |
| Business Select° | Free | Free | Free |
| A-List | Free | Free | $35 |
| A-List Preferred | Free | Free | Free |
| Rapid Rewards° Credit Cardmembers | Free | Free | $45 |

*Weight and size limits apply. Southwest allows all ticketed Passengers to bring one standard carryon and one personal item at no cost. Additional allowances, benefits, and/or exceptions may apply. Learn more

4

| Bag fee summary* | | | |
|---|---|---|---|
| **FARE/TIER STATUS** | CARRYON | 1ST CHECKED BAG | 2ND CHECKED BAG |
| **Basic, Wanna Get Away Plus˚, Anytime** | Free | $35 | $45 |
| **Business Select˚** | Free | Free | Free |
| **A-List** | Free | Free | $35 |
| **A-List Preferred** | Free | Free | Free |
| **Rapid Rewards˚ Credit Cardmembers** | Free | Free | $45 |

*Weight and size limits apply. Southwest allows all ticketed Passengers to bring one standard carryon and one personal item at no cost. Additional allowances, benefits, and/or exceptions may apply. Learn more



Help Center | Update preferences | Download mobile app

5262350724229: NONREF/NONTRANSFERABLE -BG WN PHX WN SAT408.37USD408.37END ZP PHX5.20 XF PHX4.5

WLW0H4Q

**No-show policy:** If you do not plan to travel on your flight, you must cancel your reservation at least 10 minutes prior to the flight's original scheduled departure time. If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, your reservation will be canceled, and your funds and points may be forfeited. Learn more.

Business Select®, Anytime, and Wanna Get Away Plus® Transferable Flight Credits created from reservations booked and ticketed and/or changed on or after May 28, 2025 expire twelve months from the date the fare was purchased and ticketed. Basic fare flight credits expire six months from the date the fare was purchased and ticketed.

**Prohibition on Multiple/Conflicting Reservations:** To promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

If you have purchased a refundable fare and choose not to travel, you must request your refund to the original payment form within 1 year of ticket issuance.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporated Terms

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive

Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2025 Southwest Airlines Co. All Rights Reserved.

## Lisa Remus

| | |
|---|---|
| **From:** | Kyle Hirsch |
| **Sent:** | Friday, May 30, 2025 3:16 PM |
| **To:** | Lisa Remus |
| **Subject:** | Fw: You're going to Dallas (Love) on 06/02 (2HOOYR)! |

For RIC (Lavernia) matter

Kyle S. Hirsch
BCLP

---

**From:** khirsch1 <khirsch1@cox.net>
**Sent:** Friday, May 30, 2025 5:14:44 PM
**To:** Kyle Hirsch <kyle.hirsch@bclplaw.com>
**Subject:** FW: You're going to Dallas (Love) on 06/02 (2HOOYR)!


-------- Original message --------
From: Southwest Airlines <southwestairlines@ifly.southwest.com>
Date: 5/30/25 4:24 PM (GMT-06:00)
To: khirsch1@cox.net
Subject: You're going to Dallas (Love) on 06/02 (2HOOYR)!


Here's your itinerary & receipt. See ya soon!
View in web browser | View our mobile site

      Manage Flight | Flight Status | My Account

⚠ **Travel notice**

**Do you have a REAL ID?** Starting May 7, all Passengers 18+ need a state-issued REAL ID-compliant license or identification card to fly domestically. Learn more at www.dhs.gov/real-id.

Passengers who do not yet have their REAL ID or another TSA acceptable form of ID can expect delays, additional screening, and the possibility of not being allowed into the security checkpoint.

  ## Hi Kyle Sylvan,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

JUNE 2

# SAT  DAL

San Antonio to Dallas (Love)

Confirmation # **2HOOYR**                    Confirmation date: 05/30/2025

| | |
|---|---|
| PASSENGER | **Kyle Sylvan Hirsch** |
| RAPID REWARDS # | 90713582 |
| TICKET # | 5262350724441 |
| EST. POINTS EARNED | 3,368 |

Rapid Rewards® points are only estimations.

## Your itinerary

| **Flight:** Monday, 06/02/2025    Est. Travel Time: **1h 10m**    Anytime |
|---|

| | DEPARTS | ARRIVES |
|---|---|---|
| FLIGHT # 2567 | **SAT 06:35**PM |  **DAL 07:45**PM |
| | San Antonio | Dallas (Love) |

## Payment information

| Total cost | | Payment | |
|---|---|---|---|
| **Air - 2HOOYR** | | May 30, 2025 | |
| Base Fare | $    336.74 | **Payment Amount** | **$377.30** |
| U.S. Transportation Tax | $      25.26 | Visa ending in 4889 | |
| U.S. 9/11 Security Fee | $        5.60 | | |
| U.S. Flight Segment Tax | $        5.20 | | |
| U.S. Passenger Facility Chg | $        4.50 | | |
| **Total** | $    377.30 | | |

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number : 5262350724441

# What to expect on your trip, and a few reminders.

 **Anytime fare:** Refundable, earn 10X Rapid Rewards® points, Priority Lane and Express Lane access, and EarlyBird Check-In® included. Learn more.

 Make sure you know when to arrive at your airport. Times vary by city.

 If your plans change, you must cancel your reservation at least 10 minutes prior to the flight's original scheduled departure time.  If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, your reservation will be canceled, and your funds and points may be forfeited. Learn more.

## Prepare for takeoff


Use our app to make changes to your trip, get a boarding pass, & more.
  

 Earn up to 2,400 Rapid Rewards® points. Plus save up to 30% off base rates with Budget®.

Book car >

 Earn up to 10,000 Rapid Rewards® points per night
Choose a hotel in Dallas.
Book hotel >

 Have questions about your upcoming trip?
Get all the answers before you leave for the airport.
Prepare now >

| Bag fee summary* | | | |
|---|---|---|---|
| FARE/TIER STATUS | CARRYON | 1ST CHECKED BAG | 2ND CHECKED BAG |
| Basic, Wanna Get Away Plus°, Anytime | Free | $35 | $45 |
| Business Select° | Free | Free | Free |
| A-List | Free | Free | $35 |
| A-List Preferred | Free | Free | Free |
| Rapid Rewards° Credit Cardmembers | Free | Free | $45 |

*Weight and size limits apply. Southwest allows all ticketed Passengers to bring one standard carryon and one personal item at no cost. Additional allowances, benefits, and/or exceptions may apply. Learn more

| Bag fee summary* | | | |
|---|---|---|---|
| FARE/TIER STATUS | CARRYON | 1ST CHECKED BAG | 2ND CHECKED BAG |
| Basic, Wanna Get Away Plus®, Anytime | Free | $35 | $45 |
| Business Select® | Free | Free | Free |
| A-List | Free | Free | $35 |
| A-List Preferred | Free | Free | Free |
| Rapid Rewards® Credit Cardmembers | Free | Free | $45 |

*Weight and size limits apply. Southwest allows all ticketed Passengers to bring one standard carryon and one personal item at no cost. Additional allowances, benefits, and/or exceptions may apply. Learn more



Help Center | Update preferences | Download mobile app

5262350724441: NONTRANSFERABLE -BG WN SAT WN DFW336.74USD336.74END ZP 5AT5.20 XF 5AT4.5

YLN0P6B

No-show policy: If you do not plan to travel on your flight, you must cancel your reservation at least 10 minutes prior to the flight's original scheduled departure time. If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, your reservation will be canceled, and your funds and points may be forfeited. Learn more.

Business Select®, Anytime, and Wanna Get Away Plus® Transferable Flight Credits created from reservations booked and ticketed and/or changed on or after May 28, 2025 expire twelve months from the date the fare was purchased and ticketed. Basic fare flight credits expire six months from the date the fare was purchased and ticketed.

Prohibition on Multiple/Conflicting Reservations: To promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

If you have purchased a refundable fare and choose not to travel, you must request your refund to the original payment form within 1 year of ticket issuance.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporated Terms

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive

Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2025 Southwest Airlines Co. All Rights Reserved.





## ← Trip Details

## Your Trip

Rental Agreement
**#168890912**

Pick Up
**1104 NORTH I-35, DOWNTOWN 11TH STREET, AUSTIN,TX,78701,US**
**512-322-9377**

**Get Direction**

Drop off
**328 E CROCKETT ST, STE 342, RIVERCENTER MALL, SAN ANTONIO,TX,78205,US**
**726-208-2480**

**Get Direction**

| Pick Up Details | Drop Off Details |
|---|---|
| **Tue, 05 Aug 10:53 am** | **Tue, 05 Aug 1:19 am** |

**SHARE RECEIPT**

Reserved Vehicle

**YOUR VEHICLE**   Details
**BLK TOYOTA SIENNA HYBRID or similar**
Awaiting Image

## Your Information

Name
**KYLE HIRSCH**
Email
**K****H@BRYANCAVE.COM**
Tel
**602882****
Driver's License Number
**\*\*\*\*\*\*\*\*\*\*2806**
Customer Number
**28581887-US-S**

## Payment Summary

**Payment Method** —

Card ending in 4630

**Price Breakdown** —

**Base Rate Details**
Rate Details ( days)                    **$90.00**

**Your Reservation Includes**
Local Tax                              **INCLUDED**

ENERGY RECOVERY FEE 0.60/DY            **$0.60**
7.00% Concession Recovery Fee          **$6.34**
VEH LICENSE RECOUP 2.75/DY             **$2.75**
TAX 15.000%                            **$14.95**

**Total Charges Paid**          **$114.64**
Prepayment                              **$0.00**
Net Charges                           **$114.64**
Your Total Due                          **$0.00**

| HOME | RESERVE | TRIPS | ACCOUNT |
|---|---|---|---|



**The Emily Morgan San Antonio - a DoubleTree by Hilton Hotel**
**705 East Houston Street, San Antonio 78205 US**
**(210) 225-5110**
**askemily@emilymorganhotel.com**

Date Range: 2025-08-05 - 2025-08-06
Tax#/ID# :

## Guest Folio
Confirmation Number - 52808119

**Primary Guest**

| Guest Name | HIRSCH, KYLE |
| Address | 2 N CENTRAL AVE |
| City, State, Zip Code | PHOENIX AZ 85004 |
| Country | US |

**ADDN GUESTS**

**Hilton Honors**
⭐ Diamond
641899722

**Stay Details**

| Check In Date | Aug 05, 2025 |
| Check Out Date | Aug 06, 2025 |
| Room | NKRC - 1404 |
| Source | OTHER |
| Guests | 2/0 |

**Company Details**

| Name | |
| Tax#/ID# | |
| PO Number | |
| Account Name | |

**Other Details**

| Tax Invoice | |
| Tax/Fee Exemption | NO |
| Tax/Fee Exempt Date | |
| **Travel Agent** | |
| IATA | |
| Name | |

| Date | Type | Description | Amount |
|---|---|---|---|
| Aug 05, 2025 | Charge | BAR TIPS - POS #10316 | $15.00 |
| Aug 05, 2025 | Charge | BAR DINNER - POS #10316 | $32.00 |
| Aug 05, 2025 | Tax | FB SALES TAX | $2.64 |
| Aug 05, 2025 | Charge | BAR LIQUOR - POS #10316 | $15.00 |
| Aug 05, 2025 | Tax | FB SALES TAX | $1.24 |
| Aug 05, 2025 | Charge | BAR BEER - POS #10316 | $11.00 |
| Aug 05, 2025 | Tax | FB SALES TAX | $0.91 |
| Aug 05, 2025 | Charge Adjustment | Hilton Honors Daily Food and Beverage Credit | -$30.00 |
| Aug 05, 2025 | Charge | GUEST ROOM | $129.72 |
| Aug 05, 2025 | Tax | CITY TAX ON TPID | $0.15 |
| Aug 05, 2025 | Tax | STATE TAX ON TPID | $0.10 |
| Aug 05, 2025 | Tax | COUNTY TAX ON TPID | $0.02 |
| Aug 05, 2025 | Tax | STATE TAX | $7.78 |
| Aug 05, 2025 | Tax | CITY TAX | $11.67 |
| Aug 05, 2025 | Tax | COUNTY TAX | $2.27 |
| Aug 05, 2025 | Fee | Tourism Public Improvement Dev | $1.62 |
| Aug 05, 2025 | Fee | STATE COST RECOVERY FEE | $0.01 |
| Aug 06, 2025 | Payments | AMEX-1007 | -$201.13 |

| Summary | |
|---|---|
| **Type** | **Amount** |
| BAR TIPS - POS #10316 | $15.00 |
| BAR DINNER - POS #10316 | $32.00 |
| FB SALES TAX | $4.79 |
| BAR LIQUOR - POS #10316 | $15.00 |
| BAR BEER - POS #10316 | $11.00 |
| Hilton Honors Daily Food and Beverage Credit | -$30.00 |
| GUEST ROOM | $129.72 |
| CITY TAX ON TPID | $0.15 |

| Check In Time | 01:44 PM | Reservations doubletree.com or +1-855-610-TREE |
| Check Out Time | 01:30 PM | |

| | |
|---|---|
| STATE TAX ON TPID | $0.10 |
| COUNTY TAX ON TPID | $0.02 |
| STATE TAX | $7.78 |
| CITY TAX | $11.67 |
| COUNTY TAX | $2.27 |
| Tourism Public Improvement Dev | $1.62 |
| STATE COST RECOVERY FEE | $0.01 |
| CREDIT CARD | -$201.13 |
| **Folio Balance** | **$0.00** |

| | | |
|---|---|---|
| **Check In Time** | **01:44 PM** | Reservations doubletree.com or +1-855-610-TREE |
| **Check Out Time** | **01:30 PM** | |

**Page2 / 2**





DALLAS - (214) 365-9840
07/01/2025  11:49 AM

V2V19AYPX3Q564H8

SALE              322-1-260-57954-24 8 1
        Subtotal              545 58

Order Management Invoice # 4308820420019
Approval Code  513447
----------------------------------------
-----
114318  JDA CMILL ORDE        545 58 E
            Total            545 58
        Visa 6464            545 58

AUTH CODE 016836
TDS Contacless
AID A0V00U00S1U10   VISH CREDIT
TVR 0000000000
CVS PIN Verified

_____ ___ ___ _____
      CAROLYN HERRERA 59<+##<264


X<XX<XXX<LLZZX/LX<<Z"LXL<\Y<X<X7XL/7/<LXL<XX

Shop online at www.officedepot.com
hhhhh<<XX/LXXXXXXh<<XhXXh<<X7X<hXh<<XX<XXXX<XX
      WE WANT TO HEAR FROM YOU!
    Visit survey.officedepot.com
  and enter the survey code below
        1750 XYDE DMHJ
    or scan the below QR code



**Order Number: 430882042-001**
**Order is modifiable**
**This order has NOT been invoiced**

*Order Information:*
**Order Date:** Tuesday, July 1, 2025
**CSR ID:** 0322
**Store Employee ID:** 0000057954
**Order Source: JMillennia in Stores**
**Worklife Rewards Member #:** 5942053264

*Delivery Information:*
**Estimated Date:** Thursday, July 3, 2025 08:30 AM - 05:00 PM
**Status:** Held for Deposit , Deliver to Store
**Pick-Up Date:  Thursday, July 3, 2025 08:30 AM - 05:00 PM**
**Pickup Location: Store Number 0322**
**Pickup Proxy Information:**

*Customer Information:*

**Payment Information:**
**Cash**
**Amount      $545.58**

**Currency:** U.S Dollars
**Contact Information:**
CAROLYN HERRERA
(469) 847- 6983

**Delivery Location:**
0322-DALLAS TX

**Billing Address:**
2200 ROSS AVE STE 4200W

DALLAS, TX 75201-2763
USA

**Shipping Address:**
5111 GREENVILLE AVENUE
DALLAS, TX 75206
USA

| # | Qty | BkOrd Qty | Qty Ship | Item Number | Description | Unit | Unit Price | Ext-Price | Orig Price | Action | Reason | Comments |
|---|-----|-----------|----------|-------------|-------------|------|-----------|-----------|-----------|--------|--------|----------|
| 1 | 4 | 0 | 0 | 870284 | COPIES & FLYERS | EA | $126.000 | $504.00 | $0.00 | Order | | |

| | |
|---|---|
| **Sub Total:** | $504.00 |
| **Delivery Charge:** | $0.00 |
| **Tax Percent:** | 8.250 % |
| **Tax:** | $41.58 |
| **Order Total:** | $545.58 |
| **Amount Due:** | $545.58 |



4308820420019

To check the status of your order, 24 hours a day, 7 days a week, please visit https://www.officedepot.com/orderhistory and enter your order number and phone number.
Or, call our Customer Service Center at 1-800-GO-DEPOT (1-800-463-3768).

 **Proof**

### Invoice #771447
March 27, 2025

**PAID**

Client Billing Number: 1084682.000123
Servee: Jennifer MacGeorge
Servee Address: 1770 South Post Oak Lane, Apt 2303, Houston, TX 77056
Job Created By: Chloe Moreno

Defendant: Milestone Capital CRE 1, LLC, et al
Plaintiff: RIC (Lavernia) LLC

Bryan Cave Leighton Paisner LLP
2200 Ross Avenue
Dallas, Texas 75201

Proof
PO Box 661223
Dallas, Texas 75266-1223
Attn: ar@proofserve.com
720.724.8518

| Item | Job | Price | Qty | Total |
|------|-----|-------|-----|-------|
| **Expedited Serve** <br> 1770 South Post Oak Lane, Apt 2303, Houston, TX 77056 | 904796 | $150.00 | 1 | $150.00 |

| | |
|---|---|
| **Total** | **$150.00** |
| **Paid** | **$150.00** |
| **Balance** | **$0.00** |

For questions or issues, please email AR@proofserve.com

 **Proof**

# Invoice #771175

March 27, 2025

**PAID**

Client Billing Number: 1084672.000123
Servee: Jennifer MacGeorge
Servee Address: 901 South MoPac Expressway, Building 1, Suite 300, Austin, TX 78746
Job Created By: Chloe Moreno

Defendant: Milestone Capital CRE 1, LLC, et al
Plaintiff: RIC (Lavernia) LLC

Bryan Cave Leighton Paisner LLP
2200 Ross Avenue
Dallas, Texas 75201

Proof
PO Box 661223
Dallas, Texas 75266-1223
Attn. ar@proofserve.com
720 724.8518

| Item | Job | Price | Qty | Total |
|------|-----|-------|-----|-------|
| **Expedited Serve**<br>901 South MoPac Expressway, Building 1, Suite 300, Austin, TX 78746 | 908946 | $150.00 | 1 | $150.00 |
| **Expedited Serve**<br>901 South MoPac Expressway, Building 1, Suite 300, Austin, TX 78746 | 906608 | $150.00 | 1 | $150.00 |
| Discount | | -$150.00 | 1 | -$150.00 |

| | |
|---|---|
| **Total** | **$150.00** |
| **Paid** | **$150.00** |
| **Balance** | **$0.00** |

For questions or issues, please email AR@proofserve.com



# Invoice

Simplifile LC

**Bill To:**
Bryan Cave Leighton Paisner, LLP
1200 MAIN ST STE 3800
KANSAS CITY, MO 64105

**Ship To:**
Bryan Cave Leighton Paisner, LLP
1200 MAIN ST STE 3800
KANSAS CITY, MO 64105

| | |
|---|---|
| Invoice Date: | 04/17/2025 |
| Due Date: | Due Upon Receipt |
| Invoice No: | 309089252384SFL |
| **Current Invoice Amount:** | **$234.00** |

**Account ID**: 3090886370
**ORG ID:** MOTPM3

**Package: Signed Stipulated Judgment doc 63**

| Description | Child Org ID | From / To Dates | Amount (Excl. Tax) | Tax |
|---|---|---|---|---|
| Recording Fee - Signed Stipulated Judgment doc 63 | MOTPM3 | 04/16/2025 - 04/16/2025 | 229.00 | 0.00 |
| Submission Fee - Signed Stipulated Judgment doc 63 | MOTPM3 | 04/16/2025 - 04/16/2025 | 5.00 | 0.00 |
| **Package Total (With Tax):** | | | | 234.00 |

| | |
|---|---|
| **Sub Total:** | **$234.00** |
| **Tax:** | **$0.00** |
| **Invoice Total:** | **$234.00** |

Questions about charges on your invoice: support@simplifile.com
Payment and Balance Inquiries: ar-simplifile@ice.com

Please remit the amount due by the date reflected on the invoice. Make sure to reference your Account ID and/or your invoice number when making a payment. If remittance information is not provided, your payment will be applied to the oldest open invoice(s). Please ensure bank charges are not deducted from the amount due. Payments should be made in one of the following methods:

**Send Check To**
Simplifile LC
PO Box 172408
Denver, CO 80217-2408

**Send Overnight Checks To**
KeyBank Lockbox Operations
Lockbox 172408 Simplifile
1000 S McCaslin Blvd., Suite 150
Superior CO 80027
United States

**OR**

| **Via Wire Transfer / ACH** | |
|---|---|
| **Beneficiary Name** | Simplifile LC |
| **Receiving Bank Name** | KeyBank |
| **Receiving Bank City and State** | Denver, CO 80217-2408 |
| **SWIFT Code** | KEYBUS33 |
| **Wire Routing #** | 124000737 |
| **ACH Routing #** | 124000737 |
| **Crediting Account** | 449681009188 |
| **Reference (Invoice #)** | 309089252384SFL |
| **Payment Remit Email** | paymentremittance-simplifile@ice.com |



# Invoice

Simplifile LC

**Bill To:**
Bryan Cave Leighton Paisner, LLP
1200 MAIN ST STE 3800
KANSAS CITY, MO 64105

**Ship To:**
Bryan Cave Leighton Paisner, LLP
1200 MAIN ST STE 3800
KANSAS CITY, MO 64105

| | |
|---|---|
| Invoice Date: | 04/26/2025 |
| Due Date: | Due Upon Receipt |
| Invoice No: | 309085646053SFL |
| **Current Invoice Amount:** | **$294.00** |

**Account ID**: 3090886370
**ORG ID:** MOTPM3

**Package: Signed Stipulated Judgment Doc 76-Certified Copy**

| Description | Child Org ID | From / To Dates | Amount (Excl. Tax) | Tax |
|---|---|---|---|---|
| Recording Fee - Signed Stipulated Judgment Doc 76-Certified Copy | MOTPM3 | 04/25/2025 - 04/25/2025 | 289.00 | 0.00 |
| Submission Fee - Signed Stipulated Judgment Doc 76-Certified Copy | MOTPM3 | 04/25/2025 - 04/25/2025 | 5.00 | 0.00 |
| **Package Total (With Tax):** | | | | **294.00** |

| | |
|---|---|
| **Sub Total:** | **$294.00** |
| **Tax:** | **$0.00** |
| **Invoice Total:** | **$294.00** |

Questions about charges on your invoice: support@simplifile.com
Payment and Balance Inquiries: ar-simplifile@ice.com

Please remit the amount due by the date reflected on the invoice. Make sure to reference your Account ID and/or your invoice number when making a payment. If remittance information is not provided, your payment will be applied to the oldest open invoice(s). Please ensure bank charges are not deducted from the amount due. Payments should be made in one of the following methods:

**Send Check To**
Simplifile LC
PO Box 172408
Denver, CO 80217-2408

**Send Overnight Checks To**
KeyBank Lockbox Operations
Lockbox 172408 Simplifile
1000 S McCaslin Blvd., Suite 150
Superior CO 80027
United States

**OR**

| **Via Wire Transfer / ACH** | |
|---|---|
| **Beneficiary Name** | Simplifile LC |
| **Receiving Bank Name** | KeyBank |
| **Receiving Bank City and State** | Denver, CO 80217-2408 |
| **SWIFT Code** | KEYBUS33 |
| **Wire Routing #** | 124000737 |
| **ACH Routing #** | 124000737 |
| **Crediting Account** | 449681009188 |
| **Reference (Invoice #)** | 309085646053SFL |
| **Payment Remit Email** | paymentremittance-simplifile@ice.com |

**SPECIAL DELIVERY**

# ORIGINAL INVOICE

**Special Delivery Service, Inc.**
5470 L B J Freeway, Suite 100
Dallas, TX 75240-1044
(214) 866-3200

**Bill to:**

BRYAN CAVE LEIGHTON PAISNER
ACCOUNTS PAYABLE
2200 ROSS AVE, STE 4200W
DALLAS, TX 75201

| Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|
| 744651 | 04/26/25 | $ 333.12 |
| **Account Number** | **This invoice is due and payable upon receipt.** | **Amount Enclosed** |
| 2147218000 | | |

| Tracking # Caller Reference | Delivery Information | Time Date | Total Amount |
|---|---|---|---|
| 113-0291 C HERRERA 1084682.000123 | FROM: SAN ANTONIO COURIER  SAN ANTONIO, TX 78218<br>TO: HIPOLITO F. GARCIA FEDERAL BLD  615 E HOUSTON ST SAN ANTONIO, TX 78205<br>NATIONWIDE DOCUMENT RETRIEVAL = $ 87.88<br>AFFILIATE TIME ON PROJECT (20 Mins)  = $ 25.00<br>MGR TIME ON PROJECT (10 mins)  = $ 12.50 • RUSH DELIVERY = $ 40.00 | COMPLETED 12:30 PM 04/23/25 | $ 165.38 |
| 113-0293 C HERRERA 1084682.000123 | FROM: HIPOLITO F. GARCIA FEDERAL BLD  615 E HOUSTON ST SAN ANTONIO, TX 78205<br>TO: SAN ANTONIO COURIER  SAN ANTONIO, TX 78218<br>AFFILIATE RETURN TO OFFICE = $ 87.99 • COPY EXPENSE = $ 29.00 • ADVANCE FEE = $ 17.25<br>SCAN DOCUMENTS (67 Pages)  = $ 33.50 | COMPLETED 4:45 PM 04/23/25 | $ 167.74 |

| Page | Invoice Number | Invoice Amount | Account Balance | Check Number | Date Paid | Amount Paid |
|---|---|---|---|---|---|---|
| 1 | 744651 | 333.12 | | | | |

**Questions on this invoice? Contact Billing@SpecialDelivery.com - You can now pay invoices online.**
**Go to SpecialDelivery.com and click Make a Payment.   Thank you!   We Appreciate Your Business.**

Special Delivery Service, Inc.  ~  ACH Payments: Bank Routing No. 111000614 - Account No. 703293902  ~  Federal ID No. 75-2811091

# INVOICE

**U.S. Legal Support**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20250945318-14 | 3/26/2025 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6835293 | 3/24/2025 | $300.00 |

**SW - DALLAS**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 214-741-6001  Fax: 214-741-6824**

| Case Name |
|---|
| RIC (Lavernia) LLC v. Milstone Capital CRE 1, LLC, et al. |

**Justin Hanna, Esquire**
**Bryan Cave Leighton Paisner LLP**
**2200 Ross Avenue Suite 4200W**
**Dallas TX 75201**

| Case No. |
|---|
| 2451195MMP |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support providing link - RemoteDepo | Justin Hanna, Esquire<br>Bryan Cave Leighton Paisner LLP<br>2200 Ross Avenue Suite 4200W<br>Dallas TX 75201 | Client Matter No:1084682.000123<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: Alfred Kelly Williams | | | | |
| Late Cancellation | 1.00 | N/A | $300.00 | $300.00 |
| | **Total Due** | | | **$300.00** |
| | AFTER 5/10/2025 PAY | | | $345.00 |
| | **(-) Payments/Credits** | | | **$0.00** |
| | **(+) Finance Charges/Late Fees** | | | **$0.00** |
| | **(=) New Balance** | | | **$300.00** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**    Phone: 214-721-8000

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

**ACH Payments Preferred**
**Please send details of your ACH or wire payment to remittanceadvice@uslegalsupport.com to ensure proper application to your account**

**SEND CHECK PAYMENT TO:**
U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**WIRE TRANSFER & ACH INSTRUCTIONS:**
**A/C Name:** US Legal Support Inc
**Bank Name:** Cadence Bank
**Bank Address:** 2910 West Jackson St., Tupelo MS, 38801
**Account No:** 5500057350
**ABA:** 084201278
**Swift:** BAHRUS44

**Invoice #:** 20250945318-14
**Invoice Date:** 3/26/2025
**Balance Due:** $300.00

**To Pay by Credit Card visit:** https://corporatebillpay.uslegalsupport.com

# U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20250936828-14 | 3/14/2025 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6827042 | 3/3/2025 | $405.00 |

| Case Name |
|---|
| RIC (Lavernia) LLC v. Milstone Capital CRE 1, LLC, et al. |

| Case No. |
|---|
| 2451195MMP |

**SW - DALLAS**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 214-741-6001  Fax: 214-741-6824**

**Justin Hanna, Esquire**
**Bryan Cave Leighton Paisner LLP**
**2200 Ross Avenue Suite 4200W**
**Dallas TX 75201**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| **PROCESS SERVICE LOCATIONS** | Justin Hanna, Esquire<br>Bryan Cave Leighton Paisner LLP<br>2200 Ross Avenue Suite 4200W<br>Dallas TX 75201 | Client Matter No:1084682.000123<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| PROCESS SERVICE ON: Jennifer MacGeorge-S Post Oak | | | | |
| Administration Fee | 1.00 | N/A | $65.00 | $65.00 |
| Summons - Radius 3 | 2.00 | N/A | $95.00 | $190.00 |
| 2 Business Day Expedite | | | | $150.00 |

| | |
|---|---|
| **Total Due** | **$405.00** |
| AFTER 4/28/2025 PAY | $465.75 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **$405.00** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**

Phone: 214-721-8000

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it
incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

**ACH Payments Preferred**
**Please send details of your ACH or wire payment to remittanceadvice@uslegalsupport.com to ensure proper application to your account**

**SEND CHECK PAYMENT TO:**
U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**WIRE TRANSFER & ACH INSTRUCTIONS:**
**A/C Name:** US Legal Support Inc
**Bank Name:** Cadence Bank
**Bank Address:** 2910 West Jackson St., Tupelo MS, 38801
**Account No:** 5500057350
**ABA:** 084201278
**Swift:** BAHRUS44

**Invoice #:**  20250936828-14
**Invoice Date:** 3/14/2025
**Balance Due:** $405.00

**To Pay by Credit Card visit:** https://corporatebillpay.uslegalsupport.com