# EXHIBIT C

## PROPOSED ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 24-51195 (MMP) |
| RIC (LAVERNIA) LLC, | ) |  |
|  | ) |  |
| Debtor. | ) |  |
| _____ | ) |  |

**ORDER GRANTING THIRD INTERIM APPLICATION OF**
**BRYAN CAVE LEIGHTON PAISNER LLP FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE**
**DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD**
**NOVEMBER 1, 2024 THROUGH MARCH 31, 2025**

Upon the *Third Interim Application of Bryan Cave Leighton Paisner LLP for Compensation and Reimbursement of Expenses as Counsel for the Debtor and Debtor in Possession for the Period November 1, 2024 through March 31, 2025* (the "***Third Fee Application***")[1] for entry of this Order pursuant to Sections 330, 331, and 503(b)(2) of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 2016 and Rule 2016 of the Local Rules of the United States Bankruptcy Court for the Western District of Texas, for compensation and reimbursement of expenses, as further

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Third Fee Application.

617790165

described in the Third Fee Application; and this Court having jurisdiction to consider the Third Fee Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the O*rder of Reference on Bankruptcy Cases and Proceedings* from the United States District Court for the Western District of Texas, dated as of October 4, 2013; and consideration of the Third Fee Application and the relief requested therein being a core proceeding in accordance with 28 U.S.C. 157(b)(2)(A) and (B); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Third Fee Application being adequate and appropriate under the particular circumstances; and upon the record of any hearing held to consider the relief requested in the Third Fee Application; and this Court having found and determined that the relief sought in the Third Fee Application is in the best interests of the Debtor's estate, its creditors, and other parties in interest and that the legal and factual bases set forth in the Third Fee Application establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation, and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Third Fee Application is GRANTED as set forth herein.

2. BCLP's fees for the period from April 1, 2025 through September 30, 2025 in the amount of $334,387.87 are hereby allowed in full.

3. BCLP's expenses for the period from April 1, 2025 through September 30, 2025 in the amount of $14,066.93 are hereby allowed in full.

4.      The aforesaid awards are hereby classified as administrative expenses pursuant to 11 U.S.C. § 503(b)(2).

5.      The Debtor is hereby authorized and directed to pay BCLP the aforesaid awards.

6.      The notice described in the Third Fee Application is sufficient and any requirement of further or different notice is hereby waived.

7.      The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8.      The Debtor is directed, within three business days of the entry of this Order, to serve a copy hereof upon all the parties that were served with the Third Fee Application.

9.      This Court shall retain exclusive jurisdiction with respect to any and all matters, claims, rights, or disputes arising from or related to the implementation or interpretation of this Order.

###

Prepared and submitted by:

Kyle S. Hirsch (Texas Bar No. 24117262)
**BRYAN CAVE LEIGHTON PAISNER LLP**
Dallas Arts Tower
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Telephone: (214) 721-8000
Facsimile:  (214) 721-8100
Email: kyle.hirsch@bclplaw.com

*Counsel for the Debtor and Debtor in Possession*