**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | Case No. 24-51195-mmp |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

**NOTICE OF ERRATA**

**NOTICE IS HEREBY GIVEN** that the main document filed on November 5, 2025, at Docket Entry No. 315, the *Third Interim Application of Bryan Cave Leighton Paisner LLP For Compensation And Reimbursement Of Expenses As Counsel For The Debtor And Debtor In Possession For The Period April 1, 2025 Through September 30, 2025*, inadvertently included (at pages 10-22) material that should only have been filed separately as exhibits.

Attached hereto as Exhibit 1 is the main document without the inadvertently included material. The separately-filed exhibits at Docket Entry No. 315 do not require corrections.

Dated: November 5, 2025

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Kyle S. Hirsch*
Kyle S. Hirsch
Texas Bar No. 24117262
Justin D. Hanna
Texas Bar No. 24095726
R. Luke Graham
Texas Bar No. 24127305
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Telephone: (214) 721-8000
Facsimile: (214) 721-8100
Email: kyle.hirsch@bclplaw.com
justin.hanna@bclplaw.com
luke.graham@bclplaw.com

***Attorneys for Debtor and Debtor-in-Possession***

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 5, 2025, a true and correct copy of the foregoing was served via the Court's ECF notification system, the U.S. Trustee, and any party who has noticed an appearance in this case, as follows:

Clinton Wayne Alexander on behalf of Attorney Kell C Mercer
calexander@bls-legal.com

Erin Coughlin on behalf of U.S. Trustee United States Trustee - SA12
erin.coughlin@usdoj.gov; carey.a.tompkins@usdoj.gov; omar.e.jones@usdoj.gov

George H. Spencer, Jr. on behalf of Defendant John Daves
gspencer@langleybanack.com

George H. Spencer, Jr. on behalf of Defendant Lori Daves
gspencer@langleybanack.com

Gerald Sager on behalf of Interested Party ServiceLink
jerry.sager@fnf.com

Howard Marc Spector on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA VII, LLC
hspector@spectorcox.com; sshank@spectorcox.com; ahawkins@spectorcox.com; slthorn@spectorcox.com; hspector@ecf.courtdrive.com

Justin Rayome on behalf of Interested Party Otisco RDX, LLC
justin.rayome.law@gmail.com

Justin Rayome on behalf of Attorney Justin Rayome
justin.rayome.law@gmail.com

Justin Rayome on behalf of Interested Party Milestone Capital CRE 1, LLC
justin.rayome.law@gmail.com
Karalyssa C Casillas on behalf of Creditor Wilson County
karalyssa.casillas@lgbs.com

Kiernan McAlpine on behalf of Plaintiff Otisco RDX, LLC
kier@mcalpinelaw.com

Leslie M. Luttrell on behalf of Interested Party Travis B Vargo
luttrell@lclawgroup.net; sdpitts@lclawgroup.net; wperotti@lclawgroup.net; emeier@lclawgroup.net

Lyndel A. Vargas on behalf of Interested Party Otisco RDX, LLC
LVargas@chfirm.com; chps.ecfnotices@ecf.courtdrive.com; kbeckton@ecf.courtdrive.com

Lyndel A. Vargas on behalf of Interested Party Milestone Capital CRE 1, LLC
LVargas@chfirm.com; chps.ecfnotices@ecf.courtdrive.com; kbeckton@ecf.courtdrive.com

Lyndel A. Vargas on behalf of Interested Party Ali Choudhri
LVargas@chfirm.com; chps.ecfnotices@ecf.courtdrive.com; kbeckton@ecf.courtdrive.com

Lynn Hamilton Butler on behalf of Interested Party TIG Romspen US Master Mortgage LP
lynn.butler@huschblackwell.com; penny.keller@huschblackwell.com; christine.deacon@huschblackwell.com; elizabeth-spivey-5378@ecf.pacerpro.com; lynn-hamilton-butler-2113@ecf.pacerpro.com

Natalie F. Wilson on behalf of Interested Parties John Daves and Lori Daves
nwilson@langleybanack.com; cjohnston@langleybanack.com; sfoushee@langleybanack.com

Paul Kirklin
pkirklin@kirklinlaw.com

Rhonda Bear Mates on behalf of Interested Party Gregory S. Milligan
mates@slollp.com; winter@slollp.com

Ronald J Smeberg on behalf of Interested Party Otisco RDX, LLC
ron@smeberg.com; ronaldsmeberg@yahoo.com; denielle@smeberg.com

Ronald J Smeberg on behalf of Interested Party Milestone Capital CRE 1, LLC
ron@smeberg.com; ronaldsmeberg@yahoo.com; denielle@smeberg.com

Shea Neal Palavan on behalf of Interested Party Shea N Palavan
service@houstonip.com; snpalavan@recap.email

Stephen Kirklin on behalf of Attorney Paul Kirklin
skirklin312@gmail.com

United States Trustee - SA12
USTPRegion07.SN.ECF@usdoj.gov

In addition, a copy was emailed and sent via First Class US Mail to:

Ali Choudhri
1001 West Loop South, Suite 700
Houston, Texas 77027
Email: ali@jetallcapital.com; legal@jetallcapital.com

                                      */s/ Kyle S. Hirsch*
                                      Kyle S. Hirsch

# Exhibit 1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 )<br>) Case No. 24-51195 (MMP) |
| RIC (LAVERNIA) LLC, | ) |
| Debtor. | ) ) ) |

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, Hipolito F. Garcia Federal Building and United States Courthouse, 615 Houston Street, Room 597, San Antonio, Texas 78205. If a timely response if filed, the Court will then set a hearing on the Third Fee Application, as defined below, and you will be provided with notice of the date, time and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Third Fee Application.**

**THIRD INTERIM APPLICATION
OF BRYAN CAVE LEIGHTON PAISNER LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
AS COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR
THE PERIOD APRIL 1, 2025 THROUGH SEPTEMBER 30, 2025**

RIC (Lavernia) LLC (the "***Debtor***") files this *Third Interim Application of Bryan Cave Leighton Paisner LLP for Compensation and Reimbursement of Expenses as Counsel for the Debtor and Debtor in Possession for the Period April 1, 2025 through September 30, 2025* (the "***Third Fee Application***"). The Third Fee Application seeks allowance of fees in the amount of $334,387.87 and expenses in the amount of $14,066.93 for the period April 1, 2025 through September 30, 2025 (the "***Application Period***"). The fees requested reflect a write-off of $60,960.00 in billable work performed during the Application Period, plus an additional 15% ($59,009.63) courtesy discount off all fees billed during the Application Period.

If you object to the relief requested, you must respond in writing, stating the specific grounds therefor. Unless otherwise directed by the Court, you must file your

617790165

response with the Clerk of the Bankruptcy Court for the Western District of Texas, Hipolito F. Garcia Federal Building and United States Courthouse, 615 Houston Street, Room 597, San Antonio, Texas 78205 within 21 days from the date you were served with the Third Fee Application. You must also serve a copy of your response to counsel for the Debtor, Kyle S. Hirsch, Bryan Cave Leighton Paisner LLP, Dallas Arts Tower, 2200 Ross Avenue, Suite 4200W, Dallas, Texas 75201, kyle.hirsch@bclplaw.com; otherwise the Court may treat the Third Fee Application as unopposed and grant the relief requested.

TO THE HONORABLE MICHAEL M. PARKER:

The Debtor files this Third Fee Application and respectfully requests approval of the compensation and expenses incurred by its counsel, Bryan Cave Leighton Paisner LLP ("**BCLP**"), as set forth herein. The Debtor shows the Court as follows:

## PRELIMINARY STATEMENT

During the Application Period, BCLP's professionals continued guiding the Debtor through the chapter 11 process, including negotiating amendments to the proposed chapter 11 reorganization plan; analyzing and, as appropriate, informally resolving challenges to proofs of claim filed in the case; protecting the assets of the bankruptcy estate; and pursuing or defending litigation claims.

The bulk of the fees billed during the Application Period were for work performed litigating the Adversary Proceeding styled *RIC (Lavernia) LLC v. Milestone Capital CRE 1, LLC, et al.* (the "**Adversary Proceeding**"). The Adversary Proceeding seeks to, among other things, invalidate a purported Deed of Trust encumbering the Debtor's sole asset – undeveloped real estate in Wilson County, Texas. BCLP incurred significant time because, among other reasons, Ali Choudhri – the principal of defendant Milestone Capital CRE 1, LLC ("**Milestone**") – orchestrated a campaign of concealment of information, delay, opposition to the Debtor's motion for sanctions. All of the work performed by BCLP related to the Adversary Proceeding was both reasonable and necessary, but in a good faith attempt at easing the burden on the bankruptcy estate, BCLP voluntarily reduced its fees billed relating to the Adversary Proceeding. It should also be noted that a significant amount of the fees and expenses billed in connection with the Adversary Proceeding and included in this Application have been submitted to the Court for an award of monetary sanctions against Milestone.

## BACKGROUND

1. This case was filed under Chapter 11 of Title 11 of the United States Code, §§ 101-1532, *et seq.* (the "**Bankruptcy Code**") on June 27, 2024. No trustee has been appointed; the Debtor is a debtor in possession.

2. The Adversary Proceeding was promptly removed to this Court after the commencement of this case.

3. On August 27, 2024, the Court entered the *Order Granting the Debtor's Application for Order Authorizing the Retention of Bryan Cave Leighton Paisner LLP as Bankruptcy Counsel, Effective as of the Petition Date*, [Dkt. No. 34] authorizing the Debtor to employ BCLP.

4. On February 3, 2025, Debtor filed its *Second Amended Disclosure Statement in Support of Debtor's Chapter 11 Reorganization Plan Dated December 9, 2024 (as Amended)* [Dkt. No. 66].

5. On February 20, 2025, the Court entered it *Amended Order Approving RIC (Lavernia) LLC's* First *Amended Disclosure Statement in Support of Debtor's Chapter 11 Reorganization Plan Dated December 9, 2024 (as Amended) and Fixing Time for Filing Acceptances or Rejections of Chapter 11 Plan of Reorganization, Combined with Notice of Confirmation Hearings* [Dkt. No. 72].

6. On April 21, 2025, the Debtor filed its *Motion for Sanctions* in the Adversary Proceeding [Adv. Dkt, No. 83] (the "**Sanctions Motion**"). The hearing on the Sanctions Motion was initially scheduled to take place on June 2, 2025, but for a number of reasons not caused by the Debtor, the hearing did not occur until August 6, 2025 and August 14, 2025.

7. On July 23, 2025, the Debtor filed *Debtor's Chapter 11 Reorganization Plan Dated December 9, 2024 (Third Amendment)* [Dkt. No. 179] (the "**Plan**"). The hearing on confirmation of the Plan is currently scheduled for November 13, 2025 at 9:30 a.m.

8. On October 10, 2025, the Court issued its *Order Granting Plaintiff's Motion for Sanctions* [Adv. Dkt. No. 176] and separate *Opinion* [Adv. Dkt. No. 177] granting, in part, the Sanctions Motion.

**SUMMARY OF SERVICES PERFORMED DURING APPLICATION PERIOD**

9. BCLP has performed the following activities on behalf of the Debtor during the Application Period:

(a) Corresponded with principals of the Debtor regarding the overall administration of this case, including the treatment of claims under the Plan.

(b) Prepared the Debtor's Monthly Operating Reports.

(c) Analyzed the proofs of claim filed by creditors and conferred with claimants to resolve disputes.

(d) Analyzed Wilson County tax parcel information with regard to the Debtor's sole asset.

(e) Negotiated and documented a resolution with attorney Paul Kirklin.

(f) In the Adversary Proceeding:

    a. Conferred with opposing counsel on a number of issues.

    b. Prepared various pleadings including the Sanctions Motion (with exhibits), notices of depositions, a motion for summary judgment, a motion to amend the scheduling order, and an objection to the motion to transfer cases intra-district.

    c. Analyzed discovery responses, disclosures, and document productions; and the legal standards and available relief regarding discovery violations.

    d. Conducted legal research regarding several key issues.

    e. Prepared for numerous hearings.

(g) Prepared BCLP's second interim application for compensation and reimbursement of expenses (the "**Second Fee Application**") and later motions for leave to file unredacted billing statements under seal and for in camera review.

(h) Prepared BCLP's disclosure of compensation in connection with the Adversary Proceeding.

(i) Continued to negotiate and refine the Plan, including the negotiation of exit financing.

(j) Prepared responses to objections and motion filed by another Choudhri-controlled entity, OTISCO RDX, LLC.

(k) Prepared witness and exhibits lists for hearings held during the Application Period.

(l) Participated in all hearings, including those held in the Adversary Proceeding, during the Application Period.

## SUPPORTING DOCUMENTS

10. The BCLP Third Fee Application Summary, which includes a summary description of services rendered by category, the total cost of each category and summarizing the nature and purpose of each category, and the results obtained, is attached hereto as **Exhibit A**.

11. A Compensation Support Exhibit with contemporaneous time records with itemized services rendered by category, descriptions of each service rendered, the amount of time spent rendering each service, the date each service was rendered, the name of the professional rendering the service, and the hourly rate of the professional rendering that service is attached hereto as **Exhibit B**.

12. A proposed order is attached hereto as **Exhibit C**.

13. BCLP seeks fees in the amount of $334,387.87 and expenses in the amount of $14,066.93 for the Application Period.

## ARGUMENT

14. Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the standards set forth in section 330 of the Bankruptcy Code to govern the Court's award of such compensation. Section 330(a) of the Bankruptcy Code provides that a Court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered [and] reimbursement for actual, necessary expenses." *See* 11 U.S.C. § 330(a)(1).

15. BCLP submits that the services for which it seeks compensation and the expenses for which it seeks reimbursement were entirely necessary and beneficial to maximize value for all creditors and position the Debtor to successfully reorganize. The compensation that BCLP requests in this Third Fee Application is also reasonable in light of all circumstances and conditions in this case.

16. As discussed above, the bulk of fees were incurred in connection with the Adversary Proceeding. BCLP engaged in discovery efforts, and in motion practice relating to Milestone's deficient discovery responses. BCLP noticed several depositions and prepared for at least three, but witnesses failed or refused to appear. BCLP further prepared for and participated in a number of contested hearings, including hearings on defendant Milestone's motions to continue. Needless to say, BCLP's increased efforts devoted to the Adversary Proceeding have resulted in significant fees, but have been reasonable and necessary given the hurdles raised.

17. In an effort to ease the burden on the bankruptcy estate, BCLP accepted voluntary reductions from its fees. In addition to time entries that were removed entirely from the statement, BCLP designated numerous time entries without charge totaling $60,960.00. *See* **Exhibit B** (reflecting "No Charge" for various time entries related to the Adversary Proceeding). Per its fee agreement with the Debtor, BCLP applied an additional 15% overall fee discount. As a result, BCLP is seeking allowance and payment of significantly reduced fees as compared to the work actually performed – further evidencing the reasonableness of the amount of fees requested in this Third Fee Application.

WHEREFORE, BCLP respectfully requests (i) approval and allowance of its fees and expenses in the total amount of $348,454.80, being $334,387.87 in fees incurred by BCLP for reasonable and necessary professional services rendered to the Debtor and $14,066.93 for actual and necessary costs and expenses for the Application Period; (ii) that the aforesaid fees and expenses be classified as administrative expenses pursuant to 11 U.S.C. § 503(b)(2); (iii) authorizing and directing the Debtor to pay BCLP the approved and allowed fees; and (iv) granting such other and further relief as the Court deems just and proper.

Respectfully submitted this 5th day of November, 2025.

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Kyle S. Hirsch*
Kyle S. Hirsch (Texas Bar No. 24117262)
Dallas Arts Tower
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Telephone: (214) 721-8000
Facsimile: (214) 721-8100
Email: kyle.hirsch@bclplaw.com

*Counsel for the Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

This is to certify that on the 5th day of November 2025, I electronically filed the foregoing using the Court's CM/ECF filing system. The CM/ECF system generated an email notice of the filing, linked to this document, to those parties who receive electronic notices in this case as noted below.

Moreover, I further certify that true and correct copies of the same were served to those parties who do not receive electronic notices in this case via electronic mail and via United States First Class Mail as noted below.

Clinton Wayne Alexander on behalf of Attorney Kell C Mercer
calexander@bls-legal.com

Erin Coughlin on behalf of U.S. Trustee United States Trustee - SA12
erin.coughlin@usdoj.gov; carey.a.tompkins@usdoj.gov; omar.e.jones@usdoj.gov

George H. Spencer, Jr. on behalf of Defendant John Daves
gspencer@langleybanack.com

George H. Spencer, Jr. on behalf of Defendant Lori Daves
gspencer@langleybanack.com

Gerald Sager on behalf of Interested Party ServiceLink
jerry.sager@fnf.com

Howard Marc Spector on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA VII, LLC
hspector@spectorcox.com; sshank@spectorcox.com; ahawkins@spectorcox.com; slthorn@spectorcox.com; hspector@ecf.courtdrive.com

Justin Rayome on behalf of Interested Party Otisco RDX, LLC
justin.rayome.law@gmail.com

Justin Rayome on behalf of Attorney Justin Rayome
justin.rayome.law@gmail.com

Justin Rayome on behalf of Interested Party Milestone Capital CRE 1, LLC
justin.rayome.law@gmail.com

Karalyssa C Casillas on behalf of Creditor Wilson County
karalyssa.casillas@lgbs.com

Kiernan McAlpine on behalf of Plaintiff Otisco RDX, LLC
kier@mcalpinelaw.com

Leslie M. Luttrell on behalf of Interested Party Travis B Vargo
luttrell@lclawgroup.net; sdpitts@lclawgroup.net; wperotti@lclawgroup.net; emeier@lclawgroup.net

Lyndel A. Vargas on behalf of Interested Party Otisco RDX, LLC
LVargas@chfirm.com; chps.ecfnotices@ecf.courtdrive.com; kbeckton@ecf.courtdrive.com

Lyndel A. Vargas on behalf of Interested Party Milestone Capital CRE 1, LLC
LVargas@chfirm.com; chps.ecfnotices@ecf.courtdrive.com; kbeckton@ecf.courtdrive.com

Lyndel A. Vargas on behalf of Interested Party Ali Choudhri
LVargas@chfirm.com; chps.ecfnotices@ecf.courtdrive.com; kbeckton@ecf.courtdrive.com

Lynn Hamilton Butler on behalf of Interested Party TIG Romspen US Master Mortgage LP
lynn.butler@huschblackwell.com; penny.keller@huschblackwell.com; christine.deacon@huschblackwell.com; elizabeth-spivey-5378@ecf.pacerpro.com; lynn-hamilton-butler-2113@ecf.pacerpro.com

Natalie F. Wilson on behalf of Interested Parties John Daves and Lori Daves
nwilson@langleybanack.com; cjohnston@langleybanack.com; sfoushee@langleybanack.com

Paul Kirklin
pkirklin@kirklinlaw.com

Rhonda Bear Mates on behalf of Interested Party Gregory S. Milligan
mates@slollp.com; winter@slollp.com

Ronald J Smeberg on behalf of Interested Party Otisco RDX, LLC
ron@smeberg.com; ronaldsmeberg@yahoo.com; denielle@smeberg.com

Ronald J Smeberg on behalf of Interested Party Milestone Capital CRE 1, LLC
ron@smeberg.com; ronaldsmeberg@yahoo.com; denielle@smeberg.com

617790165                                    - 8 -

Shea Neal Palavan on behalf of Interested Party Shea N Palavan
service@houstonip.com; snpalavan@recap.email

Stephen Kirklin on behalf of Attorney Paul Kirklin
skirklin312@gmail.com

United States Trustee - SA12
USTPRegion07.SN.ECF@usdoj.gov

In addition, a copy was emailed and sent via First Class US Mail to:

Ali Choudhri
1001 West Loop South, Suite 700
Houston, Texas 77027

Email: ali@jetallcapital.com; legal@jetallcapital.com

Dated: November 5, 2025

**BRYAN CAVE LEIGHTON PAISNER LLP**

/s/ *Kyle S. Hirsch*
Kyle S. Hirsch (Texas Bar No. 24117262)
Dallas Arts Tower
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Telephone: (214) 721-8000
Facsimile: (214) 721-8100
Email: kyle.hirsch@bclplaw.com

*Counsel for the Debtor and Debtor in Possession*