

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**


**Dated: November 03, 2025.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
### Western District of Texas
### San Antonio Division

IN RE: **RIC (Lavernia) LLC** , Debtor(s)

Case No.: 24−51195−mmp
Chapter No.: 11


### *ORDER DISMISSING PLEADING (ECF NO. 308) FOR LACK OF COMPLIANCE WITH LOCAL RULES*

**Doc # 308 − Motion to Vacate Order filed by Bruce J Duke for Interested Party Ali Choudhri (Attachments: # 1 Proposed Order)(Duke, Bruce) (Related Document(s): 304 Order Granting (related document(s): 277 Motion of Travis Vargo, State Court Appointed Receiver, to Show Authority of Justin Rayome and Cavazos Hendricks Poirot, P.C., Including Lyndel Vargas, to Represent Otisco RDX, LLC. and Milestone Capital CRE 1, LLC. and to Strike Pleadings (WITH 21 Day Objection Language) filed by Leslie M. Luttrell for Interested Party Travis B. Vargo. (Attachments: #1 Exhibit 1 #2 Exhibit 2 #3 Proposed Order #4 Service List.) (Order entered on 10/17/2025))**

**Upon consideration thereof, the court notes that the filing is deficient in the following respects:**

☐ The pleading does not include the signer's mailing address, telephone number and area code.

☐ The filing is not accompanied by the requisite form of notice.

☐ The Chapter 13 plan does not comply with Standing Order 25−03 which requires that the current District Form Chapter 13 plan be filed in all Chapter 13 cases. The debtor has seven (7) days from the date of this order to file a District Form Chapter 13 plan. Failure to comply may result in the case being dismissed without further notice. The Standing Order and District Form Chapter 13 plan may be found at http://www.txwb.uscourts.gov/official−forms−western−district−texas .

☐ The Chapter 13 Plan must have an appropriate certificate of service, which lists each party served and its address, except for those parties served by CM/ECF email (Notice of Electronic Filing).

☐ The pleading lacks the appropriate and/or no certificate of service per Local Rule 9013−1(c):

☐ (1) The certificate of service must be signed by an attorney or party (if appearing without counsel), certifying that service has been accomplished in the manner and on the date stated in the certificate and upon the parties required to be served.

☐ (2) The certificate of service must list each of the entities served and their addresses, except for those parties served by CM/ECF email (Notice of Electronic Filing).

☐ (3) With Court approval, a party may serve a summary of a pleading where the pleading is voluminous, or the number of parties to be served is excessively large. In such cases, the summary shall be filed, and the certificate of service shall be appended to the summary.

☐ (4) No certificate of service.

☐ (5) Service is insufficient on all required parties in accordance with Local Rule 9013−1(c).

☒ The negative notice language in the motion/pleading does not comply with Local Rule 9014−1(a).

☐ The negative notice language in the motion for relief does not comply with Local Rule 4001−1(a)(2).

☐ The pleading lacks the appropriate certificate of conference pursuant to Local Rules 9014−1(e) and 9014−1(f).

☐ The pleading lacks the proposed form of order attached as an exhibit to the motion, see Local Rule 9013−1(b).

☐ The pleading lacks the separately uploaded proposed order, see Local Rule 9013−1(b).

☐ The Objection to Claim is not in compliance with Local Rule 3007−1.

☐ The filing is not in compliance with the current Official Bankruptcy Form(s).

☐ An objection to exemption must be served on all parties.

☐ The filer's signature on the pleading or certificate of service is incomplete and does not comply with the *Administrative Policies and Procedures for Electronic Filing,* Section IV.B.

☐ The pleading does not comply with the requirements for filing pleadings under the *Administrative Policies and Procedures for Electronic Filing,* Section IV.B. Specifically, the pleading was improperly filed using the ECF login information assigned to another electronic filer who did not sign the Motion. The*Administrative Policies and Procedures for Electronic Filing* require that the signature on the filed document correspond to the Electronic Filer's ECF login/password or that of an authorized Filing Agent of the Electronic Filer.

☐ The document does not include a case caption as required by Fed. R. Bankr. P. 1005, 9004(b), Local Rule 9004−1.

☐ Local Rules 4001−1(b) Motions for Extensions of Stay under § 362(c)(3)(B). A party in interest seeking relief under § 362(c)(3)(B) shall file a motion styled "Motion for Extension of Stay Pursuant to § 362(c)(3)(B)." If the motion is filed within 7 days after the petition was filed, the Court will set an expedited hearing and debtor or its counsel shall give notice of the expedited hearing. If the motion is filed more than 7 days after the petition was filed, the motion must be accompanied by a separate motion for expedited hearing.

☐ The pleading requests multifarious relief and is hereby stricken pursuant to Local Rule 9013−1(a).

☒ Other(describe): The Negative Notice Language has the Incorrect address for responses to be filed; the debtor was not served, and the incorrect US Trustee was served.

The court concludes that the filing should be dismissed without prejudice to its refiling. So **ORDERED**.

###

United States Bankruptcy Court

Western District of Texas

In re:                                                       Case No. 24-51195-mmp

RIC (Lavernia) LLC                                 Chapter 11

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5                          User: admin                                    Page 1 of 4

Date Rcvd: Nov 03, 2025                   Form ID: pdfapac                              Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | RIC (Lavernia) LLC, 162 Cumberland Street, Suite 300, Toronto, ON M5R 3N5, CANADA |
| aty | + | Kell C Mercer, 2500 Bee Cave Road, Building 2, Suite 15, Austin, TX 78746, UNITED STATES 78746-5869 |
| intp | | TIG Romspen US Master Mortgage LP, 162 Cumberland Street, Suite 300, Toronto, ON MSR 3NS, CANADA |
| intp | + | Travis B Vargo, 12012 Wickchester #670, Houston, TX 77079, UNITED STATES 77079-1235 |
| 18989712 | + | Ali Choudhri, 1001 West Loop South, Suite 700, Houston, TX 77027-9033 |
| 18714505 | #+ | Andres Cedillos, 3951 FM 1303, Floresville, TX 78114-6440 |
| 18714506 | + | George H. Spencer, Jr., Langley Banack, Inc., Trinity Plaza II, Seventh Floor, 745 Mulberry, San Antonio, TX 78212-3141 |
| 18714509 | + | John Daves, The Daves Law Firm, 3624 North Hills Drive, Suite B100, Austin, TX 78731-3242 |
| 18714508 | + | John and Lori Daves, 331 Story Drive, Buda, TX 78610-3340 |
| 18723757 | + | Lori Daves and John Daves, c/o Natalie F. Wilson, Langley & Banack, Inc., 745 E. Mulberry, Ste. 700, San Antonio, TX 78212-3172 |
| 19005097 | + | Milestone Capital CRE 1, LLC, c/o Lyndel Vargas, Cavazos Hendricks Poirot, P.C., 900 Jackson Street, Suite 570, Dallas, TX 75202-2413 |
| 18714510 | + | Milestone Capital CRE 1, LLC, 2704 Joanel Street, Houston, TX 77027-5304 |
| 19005098 | + | Otisco RDX, LLC, c/o Lyndel Vargas, Cavazos Hendricks Poirot, P.C., 900 Jackson Street, Suite 570, Dallas, TX 75202-2413 |
| 18788342 | + | Propel Financial Services as agent, and attorney in fact for FNA VII, LLC, c/o Howard Marc Spector, 12770 Coit Rd, Ste 850, Dallas, TX 75251-1364 |
| 18793118 | + | Propel Financial Services, as Agent for FNA VII, L, 12672 Silicon Drive, Suite 150, San Antonio, TX 78249-3450 |
| 19007829 | + | TIG Romspen US Master Mortgage LP, c/o Lynn Hamilton Butler, Husch Blackwell LLP, 111 Congress Avenue, Suite 1400, Austin, TX 78701-4093 |
| 18993929 | + | Travis B. Vargo, c/o Leslie M. Luttrell, Luttrell + Carmody Law Group, 100 N.E. Loop 410, Suite 615, San Antonio, Texas 78216-4713 |
| 18714514 | + | Wilson County Tax Collector, Attn Dawn P. Barnett, 1 Library Lane, Floresville, TX 78114-2239 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: lemaster@slollp.com | Nov 03 2025 23:00:00 | Gregory S. Milligan, c/oStreusand Landon Ozburn & Lemmon, LLP, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Nov 03 2025 23:00:00 | Wilson County, 112 E. Pecan St., Suite 2200, San Antonio, TX 78205 |
| cr | ^ | MEBN | Nov 03 2025 22:58:37 | Propel Financial Services as agent and attorney in, c/o Howard Marc Spector, 12770 Coit Rd, Ste 850, Dallas, TX 75251-1364 |
| 18788623 | + | Email/Text: bncnotices@outlook.com | Nov 03 2025 23:01:00 | FNA VII, LLC, c/o Howard Marc Spector, 12770 Coit Rd., Ste. 850, Dallas, TX 75251-1364 |
| 18714507 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 03 2025 23:01:00 | Internal Revenue Service, Centralized Insolvency Operations, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 18719442 | | Email/Text: sanantonio.bankruptcy@publicans.com | | |

| District/off: 0542-5 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2025 | Form ID: pdfapac | Total Noticed: 26 |

| | | Nov 03 2025 23:00:00 | Wilson County, c/o Karalyssa C Casillas, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
|---|---|---|---|
| 18714511 | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Nov 03 2025 23:01:00 | Office of the United States Trustee, 615 E. Houston Street, Suite 533, San Antonio, TX 78205-2055 |
| 18714513 | + Email/Text: austin.bankruptcy@lgbs.com | Nov 03 2025 23:01:00 | The Wilson County Tax Collector, c/o Linebarger Goggan Blair Sampson, Terrace 2, 2700 Via Fortuna Drive, Suite 500, Austin, TX 78746-7998 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | Ali Choudhri, 1001 West Loop South, Suite 700, Houston, TX 77027-9033 |
| 18714512 | ##+ | Peter J. Stanton, The Law Offices of Peter J. Stanton, 111 Soledad, Suite 470, San Antonio, TX 78205-2243 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2025                    Signature:                    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brigid K Ndege | on behalf of Debtor RIC (Lavernia) LLC   deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com |
| Bruce J Duke | on behalf of Interested Party Ali Choudhri bruce@bdukelawfirm.com  brucedukeesq@gmail.com |
| Clinton Wayne Alexander | on behalf of Attorney Kell C Mercer calexander@bls-legal.com |
| Erin Coughlin | on behalf of Interested Party United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| Erin Coughlin | on behalf of U.S. Trustee United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| George H. Spencer, Jr. | on behalf of Defendant John Daves gspencer@langleybanack.com |
| George H. Spencer, Jr. | on behalf of Defendant Lori Daves gspencer@langleybanack.com |
| Gerald Sager | on behalf of Interested Party ServiceLink jerry.sager@fnf.com |
| Howard Marc Spector | |

District/off: 0542-5      User: admin      Page 3 of 4

Date Rcvd: Nov 03, 2025      Form ID: pdfapac      Total Noticed: 26

on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA VII LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com

Justin Hanna

on behalf of Plaintiff RIC (Lavernia) LLC justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com

Justin Hanna

on behalf of Debtor RIC (Lavernia) LLC justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com

Justin Hanna

on behalf of Defendant TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com

Justin Rayome

on behalf of Plaintiff Otisco RDX LLC justin.rayome.law@gmail.com

Justin Rayome

on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com

Justin Rayome

on behalf of Interested Party Otisco RDX LLC justin.rayome.law@gmail.com

Justin Rayome

on behalf of Interested Party Milestone Capital CRE 1 LLC justin.rayome.law@gmail.com

Karalyssa C Casillas

on behalf of Creditor Wilson County karalyssa.casillas@lgbs.com

Kiernan McAlpine

on behalf of Plaintiff Otisco RDX LLC kier@mcalpinelaw.com

Kyle Hirsch

on behalf of Defendant TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch

on behalf of Plaintiff RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch

on behalf of Debtor RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch

on behalf of Defendant RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Leslie M. Luttrell

on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Leslie M. Luttrell

on behalf of Interested Party Travis Vargo Receiver luttrell@lclawgroup.net, sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Lyndel A. Vargas

on behalf of Plaintiff Otisco RDX LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas

on behalf of Interested Party Otisco RDX LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas

on behalf of Interested Party Milestone Capital CRE 1 LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas

on behalf of Interested Party Ali Choudhri LVargas@chfirm.com chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lynn Hamilton Butler

on behalf of Interested Party TIG Romspen US Master Mortgage LP lynn.butler@huschblackwell.com penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;elizabeth-spivey-5378@ecf.pacerpro.com;lynn-hamilton-butler-2113@ecf.pacerpro.com

Natalie F. Wilson

on behalf of Defendant Lori Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson

District/off: 0542-5

Date Rcvd: Nov 03, 2025

User: admin

Form ID: pdfapac

Page 4 of 4

Total Noticed: 26

on behalf of Interested Party John Daves and Lori Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson

on behalf of Defendant John Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com

Paul Kirklin

pkirklin@kirklinlaw.com

Rhonda Bear Mates

on behalf of Interested Party Gregory S. Milligan mates@slollp.com winter@slollp.com

Robert Luke Graham

on behalf of Plaintiff RIC (Lavernia) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham

on behalf of Debtor RIC (Lavernia) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham

on behalf of Defendant TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham

on behalf of Defendant RIC (Lavernia) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Ronald J Smeberg

on behalf of Interested Party Otisco RDX LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Ronald J Smeberg

on behalf of Interested Party Milestone Capital CRE 1 LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Shea Neal Palavan

on behalf of Interested Party Shea N Palavan service@houstonip.com snpalavan@recap.email

Stephen Kirklin

on behalf of Attorney Paul Kirklin skirklin312@gmail.com

United States Trustee - SA12

USTPRegion07.SN.ECF@usdoj.gov


TOTAL: 43