# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# _____ DIVISION

IN RE:

Case No: _____

Chapter _____

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____ ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent _____ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

   _____,

   with offices at

   Mailing address: _____

   City, State, Zip: _____

   Telephone: _____ Fax: _____

   Email Address: _____

2. Since _____, Applicant has been and presently is a member of and in good standing with the Bar of the State of _____. Cr r rkecpvµu"dct"rkegpug"pwo dgt"ku"aaaaaaaaaaaaaaaaaaaaaaaa0

3. Applicant has been admitted to practice before the following state and federal courts:

   Court:                                              Admission date:

   _____          _____

   _____          _____

   _____          _____

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   _____

   _____

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

   _____

   _____

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| _____ | _____ | _____ |
| \_ | _____ | _____ |
| _____ | _____ | _____ |

Wherefore, Applicant prays that this Court enter an order permitting the admission of _____ to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

_____
[Signature of Applicant]

_____
[Printed name of Applicant]

_____
[Address of Applicant]

_____
[Telephone of Applicant]

_____
[Email address of Applicant]

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the   6   Day of   November  ,   2025  .

**Note: Per Local Rule 9013(c)(2) the certificate of service must list each of the entities served and their addresses.**

**Attach a list below of each party served along with the service address and the method of service.**

Served via ECF

[Signature of Applicant]

Bruce J. Duke
[Printed name of Applicant]

141-I Route 130 S, #380, Cinnaminson, NJ 08077
[Address of Applicant]

732-200-9084
[Telephone of Applicant]

bruce@bdukelawfirm.com
[Email address of Applicant]

###

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 24-51195-mmp<br>Western District of Texas<br>San Antonio<br>Thu Nov  6 14:18:32 CST 2025 | RIC (Lavernia) LLC<br>162 Cumberland Street, Suite 300<br>Toronto, ON M5R 3N5 Canada | U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 |
| Ali Choudhri<br>1001 West Loop South, Suite 700<br>Houston, TX 77027-9033 | Andres Cedillos<br>3951 FM 1303<br>Floresville, TX 78114-6440 | FNA VII, LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd., Ste. 850<br>Dallas, TX 75251-1364 |
| George H. Spencer, Jr.<br>Langley Banack, Inc.<br>Trinity Plaza II, Seventh Floor<br>745 Mulberry<br>San Antonio, TX 78212-3141 | Internal Revenue Service<br>Centralized Insolvency Operations<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | John Daves<br>The Daves Law Firm<br>3624 North Hills Drive<br>Suite B100<br>Austin, TX 78731-3242 |
| John and Lori Daves<br>331 Story Drive<br>Buda, TX 78610-3340 | Lori Daves and John Daves<br>c/o Natalie F. Wilson<br>Langley & Banack, Inc.<br>745 E. Mulberry, Ste. 700<br>San Antonio, TX 78212-3172 | Milestone Capital CRE 1, LLC<br>2704 Joanel Street<br>Houston, TX 77027-5304 |
| Milestone Capital CRE 1, LLC<br>c/o Lyndel Vargas<br>Cavazos Hendricks Poirot, P.C.<br>900 Jackson Street, Suite 570<br>Dallas, TX 75202-2413 | Office of the United States Trustee<br>615 E. Houston Street<br>Suite 533<br>San Antonio, TX 78205-2055 | Otisco RDX, LLC<br>c/o Lyndel Vargas<br>Cavazos Hendricks Poirot, P.C.<br>900 Jackson Street, Suite 570<br>Dallas, TX 75202-2413 |
| Peter J. Stanton<br>The Law Offices of Peter J. Stanton<br>111 Soledad<br>Suite 470<br>San Antonio, TX 78205-2243 | Propel Financial Services as agent<br>and attorney in fact for FNA VII, LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd, Ste 850<br>Dallas, TX 75251-1364 | Propel Financial Services, as Agent for FNA<br>12672 Silicon Drive, Suite 150<br>San Antonio, TX 78249-3450 |
| TIG Romspen US Master Mortgage LP<br>c/o Lynn Hamilton Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701-4093 | The Wilson County Tax Collector<br>c/o Linebarger Goggan Blair Sampson<br>Terrace 2<br>2700 Via Fortuna Drive, Suite 500<br>Austin, TX 78746-7998 | Travis B. Vargo<br>c/o Leslie M. Luttrell<br>Luttrell + Carmody Law Group<br>100 N.E. Loop 410, Suite 615<br>San Antonio, Texas 78216-4713 |
| United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>San Antonio, TX 78205-2055 | (p)LINEBARGER GOGGAN BLAIR & SAMPSON  LLP<br>ATTN DON STECKER<br>112 E PECAN<br>SUITE 2200<br>SAN ANTONIO TX 78205-1588 | Wilson County Tax Collector<br>Attn Dawn P. Barnett<br>1 Library Lane<br>Floresville, TX 78114-2239 |
| Brigid K Ndege<br>Bryan Cave Leighton Paisner<br>161 N Clark St<br>Ste 4300,<br>Chicago, IL 60601-3315 | Justin Hanna<br>Bryan Cave Leighton Paisner LLP<br>2200 Ross Avenue<br>Suite 4200w<br>Dallas, TX 75201-2763 | Kyle Hirsch<br>Bryan Cave Leighton Paisner LLP<br>Two North Central Ave, Suite 2100<br>Phoenix, AZ 85004-4533 |
| Robert Luke Graham<br>Bryan Cave Leighton Paisner LLP<br>2200 Ross Avenue #4200W<br>Dallas, TX 75201-2763 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| **Wilson County** | **End of Label Matrix** |
| c/o Karalyssa C Casillas | Mailable recipients    27 |
| 112 E. Pecan Street, Suite 2200 | Bypassed recipients     0 |
| San Antonio, TX 78205 | Total                  27 |