IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RIC (LAVERNIA) LLC, | ) ) ) | Case No. 24-51195 (MMP) |
| Debtor. | ) ) ) |  |

**DEBTOR'S AND RECEIVER'S JOINT *EX PARTE* MOTION TO RESET:
(I) NOVEMBER 13, 2025 HEARING; AND
(II) SCHEDULE FOR BRIEFING ON RETROSPECTIVE RELIEF**

RIC (Lavernia) LLC, debtor and debtor-in-possession in the above-captioned chapter 11 case ("Debtor"), and Travis Vargo, court-appointed receiver (the "Receiver"), hereby jointly request that the Court enter an order (i) resetting the hearing presently set for November 13, 2025, for approximately one (1) week; and (ii) resetting the Court-ordered briefing deadlines until approximately one week after the reset November 13, 2025 hearing. In support, the parties state as follows:

1. On June 27, 2024 (the "Petition Date"), the Debtor commenced this voluntary chapter 11 bankruptcy case. *See* ECF No. 1. Since the Petition Date, the Debtor has operated and managed its business and assets as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On October 17, 2025, the Court entered its *Order Granting the Receiver's Motion to Show Authority* [ECF No. 305] (the "Authority Ruling") concluding that the Receiver had exclusive authority to direct litigation on behalf of Ali Choudhri, OTISCO RDX, LLC ("OTISCO") and Milestone Capital CRE 1, LLC ("Milestone"). In the Authority Ruling, the Court required briefing by the Receiver, the Debtor, and Mr. Choudhri with the first submission

1

deadline set for Friday, November 7, 2025 at 1pm, to address retrospective relief based on the Court's finding of authority.

    3. Several matters are set for hearing in this case on November 13, 2025 at 9:30 a.m.:

        a. Confirmation of the Debtor's Third Amended Chapter 11 Plan [ECF 179];

        b. The application to approve a settlement involving the Debtor and related party TIG Romspen US Master Mortgage LP ("<u>TIG Romspen</u>") [ECF 225];

        c. The motion to transfer venue purportedly filed on behalf of OTISCO and Milestone [ECF 192];

        d. The emergency motion to remove the Receiver's counsel purportedly filed on behalf of OTISCO and Milestone [ECF 219]; and

        e. A motion to dismiss this bankruptcy case purportedly filed on behalf of OTISCO and Milestone [ECF 237].

    4. The Debtor, TIG Romspen, and the Receiver have engaged in meaningful settlement discussions designed to resolve, among other things, the disputed issues that are set for hearing on November 13, 2025, and other matters that are potentially subject to retrospective relief under the Authority Ruling. These parties believe that spending the next week focusing on resolving the disputed issues rather than briefing and preparing for the hearing is likely to result in, at a minimum, reducing the matters in dispute or, more likely, reaching consensus on all matters that are set for hearing – and eliminating the need for retrospective relief altogether. In the event full resolution is not achieved, thereby justifying the briefing required by the Court, then resetting the briefing deadline *after* a reset hearing is appropriate.

    5. The only other parties to have appeared in this case – Wilson County (taxing authority), Propel Financial (tax lien holder), and the US Trustee – have all indicated to Debtor's

counsel that they do not oppose the relief requested herein. Mr. Choudhri has retained separate counsel, who has applied but not received *pro hac vice* permission to practice in this Court; and in any case, Mr. Choudhri's positions are controlled by the Receiver.

6. Given the broad agreement to the relief requested herein, and because of the need for immediate relief, this joint motion is sought on an *ex parte* basis.

## ARGUMENT

This joint request for a continuance is not made for any improper purpose nor for delay. Rather, Debtor and the Receiver are seeking to resolve disputed issues in advance of the hearing thereon, and to potentially avoid the time and expense associated with briefing issues that may become moot.

The requested hearing continuance is modest – only approximately one week – and will facilitate the parties' settlement efforts. By resetting the hearing by approximately one week, the parties intend to eliminate contested issues and present consensual orders to the Court. To the extent evidence is necessary for the Court to enter orders (i.e., in connection with Plan confirmation), resetting the hearing will dramatically reduce the time needed for the parties to prepare for and present the required evidence to the Court – thus saving time and expense. Further, given broad consent by parties in interest, there is no prejudice to the requested reset.

Similarly, the briefing deadlines may become moot if the disputed issues are resolved. Accordingly resetting the briefing deadlines until after the reset hearing date protects the parties from spending time and expense briefing issues until and unless the issue of retrospective relief must be resolved by the Court.

**CONCLUSION**

WHEREFORE, Debtor and the Receiver jointly request that the Court enter an order on an *ex parte* basis (i) resetting the matters presently scheduled to be heard on November 13, 2025, for approximately one (1) week; (ii) resetting the briefing schedule set forth in the Authority Ruling so it falls after the reset hearing, subject to being vacated if necessary; and (iii) granting all other relief as justice may require.

Respectfully submitted this 6th day of November, 2025.

**BRYAN CAVE LEIGHTON PAISNER LLP**

 */s/ Kyle S. Hirsch*
Kyle S. Hirsch (Tex. Bar No. 24117262)
R. Luke Graham (Tex. Bar No. 24127305)
2200 Ross Avenue, 4200W
Dallas, Texas 75201
Telephone: 602.364.7170
Email: kyle.hirsch@bclplaw.com
           luke.graham@bclplaw.com

*Counsel for the Debtor*

**LUTTRELL + CARMODY LAW GROUP**

 */s/ Leslie M. Luttrell*
Leslie M. Luttrell (Tex. Bar No. 12708650)
One International
100 N.E. Loop 410, Suite 615
San Antonio, TX  78216
Telephone: 210-426-3600
Email: luttrelll@lclawgroup.net

*Counsel for Travis Vargo, as Receiver*

## **CERTIFICATE OF CONFERENCE**

I certify that on November 6, 2025, I sent email messages regarding the relief requested in the foregoing Motion to counsel for all parties in interest: Propel, Wilson County, and the United States Trustee. Propel's counsel, Howard Spector, confirmed via email that Propel <u>does not oppose</u> the relief requested. Wilson County's counsel, Karalyssa Casillas, confirmed via email that Wilson County <u>does not oppose</u> the relief requested. Trial counsel for the United States Trustee, Erin Coughlin, confirmed via email that the United States Trustee <u>does not oppose</u> the relief requested.

*/s/ Kyle S. Hirsch*
Kyle S. Hirsch

# **CERTIFICATE OF SERVICE**

       I hereby certify that on November 6, 2025, a true and correct copy of the foregoing was served via the Court's ECF notification system, the U.S. Trustee, and any party who has noticed an appearance in this case, as follows:

Clinton Wayne Alexander on behalf of Attorney Kell C Mercer
calexander@bls-legal.com

Lynn Hamilton Butler on behalf of Interested Party TIG Romspen US Master Mortgage LP
lynn.butler@huschblackwell.com,
penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;elizabeth-spivey-5378@ecf.pacerpro.com;lynn-hamilton-butler-2113@ecf.pacerpro.com

Karalyssa C Casillas on behalf of Creditor Wilson County
karalyssa.casillas@lgbs.com

Erin Coughlin on behalf of Interested Party United States Trustee - SA12
erin.coughlin@usdoj.gov, carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov

Erin Coughlin on behalf of U.S. Trustee United States Trustee - SA12
erin.coughlin@usdoj.gov, carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov

Bruce J Duke on behalf of Interested Party Ali Choudhri
bruce@bdukelawfirm.com, brucedukeesq@gmail.com

Robert Luke Graham on behalf of Debtor RIC (Lavernia) LLC
luke.graham@bclplaw.com, carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham on behalf of Defendant RIC (Lavernia) LLC
luke.graham@bclplaw.com, carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham on behalf of Defendant TIG Romspen US Master Mortgage LP
luke.graham@bclplaw.com, carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham on behalf of Plaintiff RIC (Lavernia) LLC
luke.graham@bclplaw.com, carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Justin Hanna on behalf of Debtor RIC (Lavernia) LLC
justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com

Justin Hanna on behalf of Defendant TIG Romspen US Master Mortgage LP
justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com

Justin Hanna on behalf of Plaintiff RIC (Lavernia) LLC
justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com

Kyle Hirsch on behalf of Debtor RIC (Lavernia) LLC
kyle.hirsch@bclplaw.com,
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch on behalf of Defendant RIC (Lavernia) LLC
kyle.hirsch@bclplaw.com,
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch on behalf of Defendant TIG Romspen US Master Mortgage LP
kyle.hirsch@bclplaw.com,
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch on behalf of Plaintiff RIC (Lavernia) LLC
kyle.hirsch@bclplaw.com,
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Paul Kirklin
pkirklin@kirklinlaw.com

Stephen Kirklin on behalf of Attorney Paul Kirklin
skirklin312@gmail.com

Leslie M. Luttrell on behalf of Interested Party Travis Vargo, Receiver
luttrell@lclawgroup.net, sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Leslie M. Luttrell on behalf of Interested Party Travis B Vargo
luttrell@lclawgroup.net, sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Rhonda Bear Mates on behalf of Interested Party Gregory S. Milligan
mates@slollp.com, winter@slollp.com

Kiernan McAlpine on behalf of Plaintiff Otisco RDX, LLC
kier@mcalpinelaw.com

Brigid K Ndege on behalf of Debtor RIC (Lavernia) LLC
, deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com

Shea Neal Palavan on behalf of Interested Party Shea N Palavan
service@houstonip.com, snpalavan@recap.email

Justin Rayome on behalf of Attorney Justin Rayome
justin.rayome.law@gmail.com

Justin Rayome on behalf of Interested Party Milestone Capital CRE 1, LLC
justin.rayome.law@gmail.com

Justin Rayome on behalf of Interested Party Otisco RDX, LLC
justin.rayome.law@gmail.com

Justin Rayome on behalf of Plaintiff Otisco RDX, LLC
justin.rayome.law@gmail.com

Gerald Sager on behalf of Interested Party ServiceLink
jerry.sager@fnf.com

Ronald J Smeberg on behalf of Interested Party Milestone Capital CRE 1, LLC
ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Ronald J Smeberg on behalf of Interested Party Otisco RDX, LLC
ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Howard Marc Spector on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA VII, LLC
hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com

George H. Spencer, Jr. on behalf of Defendant John Daves
gspencer@langleybanack.com

George H. Spencer, Jr. on behalf of Defendant Lori Daves
gspencer@langleybanack.com

United States Trustee - SA12
USTPRegion07.SN.ECF@usdoj.gov

Lyndel A. Vargas on behalf of Interested Party Milestone Capital CRE 1, LLC
LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas on behalf of Interested Party Otisco RDX, LLC
LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas on behalf of Interested Party Ali Choudhri
LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas on behalf of Plaintiff Otisco RDX, LLC
LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Natalie F. Wilson on behalf of Defendant John Daves
nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson on behalf of Defendant Lori Daves
nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson on behalf of Interested Party John Daves and Lori Daves
nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com

In addition, the foregoing was emailed to Bruce J. Duke at bruce@bdukelawfirm.com

                                              */s/ Kyle S. Hirsch*
                                              Kyle S. Hirsch