**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 24-51195 (MMP) |
| RIC (LAVERNIA) LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING JOINT *EX PARTE* MOTION TO RESET:**
**(I) NOVEMBER 13, 2025 HEARING; AND**
**(II) SCHEDULE FOR BRIEFING ON RETROSPECTIVE RELIEF**

This matter came before the Court on the motion filed on behalf of RIC (Lavernia), LLC (the "<u>Debtor</u>"), the debtor and debtor in possession in the above-captioned chapter 11 case and Travis Vargo, state court-appointed receiver (the "<u>Receiver</u>").

Having reviewed the motion, considered the arguments of counsel, and for good cause shown,

**IT IS HEREBY ORDERED** that the motion is GRANTED on an *ex parte* basis.

The hearing in this case set for November 13, 2025, at 9:30am is hereby VACATED. The hearing will be reset as set forth in one or more separate hearing notice(s).

1

**ORDER GRANTING JOINT *EX PARTE* MOTION TO RESET NOVEMBER 13, 2025**
**HEARING AND BRIEFING ON RETROSPECTIVE RELIEF**

The briefing schedule set forth in the Court's *Order Granting the Receiver's Motion to Show Authority* [ECF No. 305] (the "Authority Ruling") is hereby vacated. A new briefing schedule will be issued by separate order.

###

Prepared and submitted by:

Kyle S. Hirsch (Texas Bar No. 24117262)
**BRYAN CAVE LEIGHTON PAISNER LLP**
Dallas Arts Tower
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Telephone: (214) 721-8000
Facsimile: (214) 721-8100
Email: kyle.hirsch@bclplaw.com

*Counsel for the Debtor and Debtor in Possession*

**ORDER GRANTING JOINT *EX PARTE* MOTION TO RESET NOVEMBER 13, 2025 HEARING AND BRIEFING ON RETROSPECTIVE RELIEF**