# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 24−51195−mmp

Chapter No.: 11

Judge: Michael M Parker

IN RE: **RIC (Lavernia) LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **12/3/25 at 09:30 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.) (Related Document(s): 321 Amended Application for Admission Pro Hac Vice for Interested Party Ali Choudhri filed by Bruce J Duke for Interested Party Ali Choudhri (Related Document(s): 311 Order Dismissing Document for Lack of Compliance (related document(s): 307 Application for Admission Pro Hac Vice filed by Bruce J Duke for Interested Party Ali Choudhri (Order entered on 11/3/2025), 325 Modified Motion to Vacate Order filed by Bruce J Duke for Interested Party Ali Choudhri (Related Document(s): 304 Order Granting (related document(s): 277 Motion of Travis Vargo, State Court Appointed Receiver, to Show Authority of Justin Rayome and Cavazos Hendricks Poirot, P.C., Including Lyndel Vargas, to Represent Otisco RDX, LLC. and Milestone Capital CRE 1, LLC. and to Strike Pleadings filed by Leslie M. Luttrell for Interested Party Travis B. Vargo. Hearing Scheduled For 12/3/2025 at 9:30 AM at SA Courtroom 1. (Castleberry, Deanna)

Dated: 11/7/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]

United States Bankruptcy Court

Western District of Texas

In re:     Case No. 24-51195-mmp

RIC (Lavernia) LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5     User: admin     Page 1 of 4

Date Rcvd: Nov 07, 2025     Form ID: 134     Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | RIC (Lavernia) LLC, 162 Cumberland Street, Suite 300, Toronto, ON M5R 3N5, CANADA |
| aty | + | Kell C Mercer, 2500 Bee Cave Road, Building 2, Suite 15, Austin, TX 78746, UNITED STATES 78746-5869 |
| intp | | TIG Romspen US Master Mortgage LP, 162 Cumberland Street, Suite 300, Toronto, ON MSR 3NS, CANADA |
| intp | + | Travis B Vargo, 12012 Wickchester #670, Houston, TX 77079, UNITED STATES 77079-1235 |
| 18989712 | + | Ali Choudhri, 1001 West Loop South, Suite 700, Houston, TX 77027-9033 |
| 18714505 | #+ | Andres Cedillos, 3951 FM 1303, Floresville, TX 78114-6440 |
| 18714506 | + | George H. Spencer, Jr., Langley Banack, Inc., Trinity Plaza II, Seventh Floor, 745 Mulberry, San Antonio, TX 78212-3141 |
| 18714509 | + | John Daves, The Daves Law Firm, 3624 North Hills Drive, Suite B100, Austin, TX 78731-3242 |
| 18714508 | + | John and Lori Daves, 331 Story Drive, Buda, TX 78610-3340 |
| 18723757 | + | Lori Daves and John Daves, c/o Natalie F. Wilson, Langley & Banack, Inc., 745 E. Mulberry, Ste. 700, San Antonio, TX 78212-3172 |
| 19005097 | + | Milestone Capital CRE 1, LLC, c/o Lyndel Vargas, Cavazos Hendricks Poirot, P.C., 900 Jackson Street, Suite 570, Dallas, TX 75202-2413 |
| 18714510 | + | Milestone Capital CRE 1, LLC, 2704 Joanel Street, Houston, TX 77027-5304 |
| 19005098 | + | Otisco RDX, LLC, c/o Lyndel Vargas, Cavazos Hendricks Poirot, P.C., 900 Jackson Street, Suite 570, Dallas, TX 75202-2413 |
| 18788342 | + | Propel Financial Services as agent, and attorney in fact for FNA VII, LLC, c/o Howard Marc Spector, 12770 Coit Rd, Ste 850, Dallas, TX 75251-1364 |
| 18793118 | + | Propel Financial Services, as Agent for FNA VII, L, 12672 Silicon Drive, Suite 150, San Antonio, TX 78249-3450 |
| 19007829 | + | TIG Romspen US Master Mortgage LP, c/o Lynn Hamilton Butler, Husch Blackwell LLP, 111 Congress Avenue, Suite 1400, Austin, TX 78701-4093 |
| 18993929 | + | Travis B. Vargo, c/o Leslie M. Luttrell, Luttrell + Carmody Law Group, 100 N.E. Loop 410, Suite 615, San Antonio, Texas 78216-4713 |
| 18714514 | + | Wilson County Tax Collector, Attn Dawn P. Barnett, 1 Library Lane, Floresville, TX 78114-2239 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: lemaster@slollp.com | Nov 07 2025 22:09:00 | Gregory S. Milligan, c/oStreusand Landon Ozburn & Lemmon, LLP, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Nov 07 2025 22:09:00 | Wilson County, 112 E. Pecan St., Suite 2200, San Antonio, TX 78205 |
| cr | ^ | MEBN | Nov 07 2025 22:06:25 | Propel Financial Services as agent and attorney in, c/o Howard Marc Spector, 12770 Coit Rd, Ste 850, Dallas, TX 75251-1364 |
| 18788623 | + | Email/Text: bncnotices@outlook.com | Nov 07 2025 22:09:00 | FNA VII, LLC, c/o Howard Marc Spector, 12770 Coit Rd., Ste. 850, Dallas, TX 75251-1364 |
| 18714507 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 07 2025 22:09:00 | Internal Revenue Service, Centralized Insolvency Operations, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 18719442 | | Email/Text: sanantonio.bankruptcy@publicans.com | | |

24-51195-mmp Doc#327 Filed 11/09/25 Entered 11/09/25 23:21:33 Imaged Certificate of Notice Pg 3 of 5

| District/off: 0542-5 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 07, 2025 | Form ID: 134 | Total Noticed: 26 |

|  |  |  | Nov 07 2025 22:09:00 | Wilson County, c/o Karalyssa C Casillas, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
|---|---|---|---|---|
| 18714511 | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Nov 07 2025 22:09:00 | Office of the United States Trustee, 615 E. Houston Street, Suite 533, San Antonio, TX 78205-2055 |
| 18714513 | + | Email/Text: austin.bankruptcy@lgbs.com | Nov 07 2025 22:09:00 | The Wilson County Tax Collector, c/o Linebarger Goggan Blair Sampson, Terrace 2, 2700 Via Fortuna Drive, Suite 500, Austin, TX 78746-7998 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | Ali Choudhri, 1001 West Loop South, Suite 700, Houston, TX 77027-9033 |
| 18714512 | ##+ | Peter J. Stanton, The Law Offices of Peter J. Stanton, 111 Soledad, Suite 470, San Antonio, TX 78205-2243 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brigid K Ndege | on behalf of Debtor RIC (Lavernia) LLC   deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com |
| Bruce J Duke | on behalf of Interested Party Ali Choudhri bruce@bdukelawfirm.com  brucedukeesq@gmail.com |
| Clinton Wayne Alexander | on behalf of Attorney Kell C Mercer calexander@bls-legal.com |
| Erin Coughlin | on behalf of Interested Party United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| Erin Coughlin | on behalf of U.S. Trustee United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| George H. Spencer, Jr. | on behalf of Defendant John Daves gspencer@langleybanack.com |
| George H. Spencer, Jr. | on behalf of Defendant Lori Daves gspencer@langleybanack.com |
| Gerald Sager | on behalf of Interested Party ServiceLink jerry.sager@fnf.com |
| Howard Marc Spector |  |

24-51195-mmp Doc#327 Filed 11/09/25 Entered 11/09/25 23:21:33 Imaged Certificate of Notice Pg 4 of 5

| District/off: 0542-5 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 07, 2025 | Form ID: 134 | Total Noticed: 26 |

| | |
|---|---|
| | on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA VII LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com |
| Justin Hanna | on behalf of Plaintiff RIC (Lavernia) LLC justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com |
| Justin Hanna | on behalf of Debtor RIC (Lavernia) LLC justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com |
| Justin Hanna | on behalf of Defendant TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com |
| Justin Rayome | on behalf of Plaintiff Otisco RDX LLC justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Interested Party Otisco RDX LLC justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Interested Party Milestone Capital CRE 1 LLC justin.rayome.law@gmail.com |
| Karalyssa C Casillas | on behalf of Creditor Wilson County karalyssa.casillas@lgbs.com |
| Kiernan McAlpine | on behalf of Plaintiff Otisco RDX LLC kier@mcalpinelaw.com |
| Kyle Hirsch | on behalf of Defendant TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Plaintiff RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Debtor RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Defendant RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Leslie M. Luttrell | on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net |
| Leslie M. Luttrell | on behalf of Interested Party Travis Vargo Receiver luttrell@lclawgroup.net, sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net |
| Lyndel A. Vargas | on behalf of Plaintiff Otisco RDX LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lyndel A. Vargas | on behalf of Interested Party Otisco RDX LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lyndel A. Vargas | on behalf of Interested Party Milestone Capital CRE 1 LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lyndel A. Vargas | on behalf of Interested Party Ali Choudhri LVargas@chfirm.com chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lynn Hamilton Butler | on behalf of Interested Party TIG Romspen US Master Mortgage LP lynn.butler@huschblackwell.com penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;elizabeth-spivey-5378@ecf.pacerpro.com;lynn-hamilton-butler-2113@ecf.pacerpro.com |
| Natalie F. Wilson | on behalf of Defendant Lori Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Natalie F. Wilson | |

24-51195-mmp Doc#327 Filed 11/09/25 Entered 11/09/25 23:21:33 Imaged Certificate of Notice Pg 5 of 5

| District/off: 0542-5 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 07, 2025 | Form ID: 134 | Total Noticed: 26 |

on behalf of Interested Party John Daves and Lori Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson

on behalf of Defendant John Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com

Paul Kirklin

pkirklin@kirklinlaw.com

Rhonda Bear Mates

on behalf of Interested Party Gregory S. Milligan mates@slollp.com winter@slollp.com

Robert Luke Graham

on behalf of Plaintiff RIC (Lavernia) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham

on behalf of Debtor RIC (Lavernia) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham

on behalf of Defendant TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham

on behalf of Defendant RIC (Lavernia) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Ronald J Smeberg

on behalf of Interested Party Otisco RDX LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Ronald J Smeberg

on behalf of Interested Party Milestone Capital CRE 1 LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Shea Neal Palavan

on behalf of Interested Party Shea N Palavan service@houstonip.com snpalavan@recap.email

Stephen Kirklin

on behalf of Attorney Paul Kirklin skirklin312@gmail.com

United States Trustee - SA12

USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 43