**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 09, 2025.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

ORDER RESETTING HEARINGS ON DOCKET NOS. 179, 192, 219, 225,
AND 237 AND AMENDING BRIEFING SCHEDULE IN DOCKET NO. 304

The Court has considered the Debtor's and the Receiver's *Joint Ex Parte Motion to Reset Hearing and Schedule for Briefing* (ECF No. 322) and has determined that it should be granted.

The Court therefore **ORDERS**:

1. The November 13, 2025 hearings on docket nos. 179, 192, 219, 225, and 237 are reset to November 24, 2025, at 1:30 PM in the United States Bankruptcy Court for the Western District of Texas, Courtroom Number One, Third Floor, Hipolito F. Garcia Federal Building and United States Courthouse, 615 East Houston Street, San Antonio, Texas; and

2. Briefing deadlines on retrospective relief identified in the Court's *Order* (ECF No. 304) is amended to provide:

    2.1. Briefs are due no later than December 3, 2025, at 3:00 PM; and

1

2.2.    Responses are due no later than December 12, 2025, at 3:00 PM.

# # #