**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 24-51195 (MMP) |
| RIC (LAVERNIA) LLC, | ) <br> ) |
| Debtor. | ) <br> ) |

## NOTICE OF HEARING

Please take notice of the following hearing that will occur in the above-captioned suit:

| | |
|---|---|
| **Hearing Type:** | Oral |
| **Hearing Subject:** | Third Amended Chapter 11 Plan (ECF 179) and Motion to Transfer Case Intra-District (ECF 192) |
| **Hearing Date:** | November 24, 2025 |
| **Hearing Time:** | 1:30 PM |
| **Court:** | San Antonio Courtroom 1, 3rd Floor |
| **Address:** | 615 E. Houston St., San Antonio, TX 78205 |

1

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Kyle S. Hirsch*
Kyle S. Hirsch
Texas Bar No. 24117262
Justin D. Hanna
Texas Bar No. 24095726
2200 Ross Ave., Suite 4200W
Dallas, Texas 75201
(214) 721-8000 (Telephone)
(214) 721-8100 (Facsimile)
kyle.hirsch@bclplaw.com
justin.hanna@bclplaw.com

**ATTORNEYS FOR PLAINTIFF RIC (LAVERNIA) LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, the foregoing was served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case.