

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 09, 2025.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER RESETTING HEARINGS ON DOCKET NOS. 179, 192, 219, 225, AND 237 AND AMENDING BRIEFING SCHEDULE IN DOCKET NO. 304**

The Court has considered the Debtor's and the Receiver's *Joint Ex Parte Motion to Reset Hearing and Schedule for Briefing* (ECF No. 322) and has determined that it should be granted. The Court therefore **ORDERS**:

1. The November 13, 2025 hearings on docket nos. 179, 192, 219, 225, and 237 are reset to November 24, 2025, at 1:30 PM in the United States Bankruptcy Court for the Western District of Texas, Courtroom Number One, Third Floor, Hipolito F. Garcia Federal Building and United States Courthouse, 615 East Houston Street, San Antonio, Texas; and

2. Briefing deadlines on retrospective relief identified in the Court's *Order* (ECF No. 304) is amended to provide:

    2.1. Briefs are due no later than December 3, 2025, at 3:00 PM; and

1

2.2. Responses are due no later than December 12, 2025, at 3:00 PM.

# # #

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-51195-mmp |
| RIC (Lavernia) LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 10, 2025 | Form ID: pdfintp | Total Noticed: 9 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | RIC (Lavernia) LLC, 162 Cumberland Street, Suite 300, Toronto, ON M5R 3N5, CANADA |
| aty | + | Kell C Mercer, 2500 Bee Cave Road, Building 2, Suite 15, Austin, TX 78746, UNITED STATES 78746-5869 |
| aty | + | Kiernan McAlpine, McAlpine Law Firm, 606 Leverkuhn St, TX, Houston, TX 77007-5744 |
| intp | + | Ali Choudhri, 1001 West Loop South, Suite 700, Houston, TX 77027-9033 |
| intp | | TIG Romspen US Master Mortgage LP, 162 Cumberland Street, Suite 300, Toronto, ON M5R 3N5, CANADA |
| intp | + | Travis B Vargo, 12012 Wickchester #670, Houston, TX 77079, UNITED STATES 77079-1235 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: lemaster@slollp.com | Nov 10 2025 22:36:00 | Gregory S. Milligan, c/oStreusand Landon Ozburn & Lemmon, LLP, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Nov 10 2025 22:36:00 | Wilson County, 112 E. Pecan St., Suite 2200, San Antonio, TX 78205 |
| cr | ^ | MEBN | Nov 10 2025 22:32:57 | Propel Financial Services as agent and attorney in, c/o Howard Marc Spector, 12770 Coit Rd, Ste 850, Dallas, TX 75251-1364 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 12, 2025 | Signature: | /s/Gustava Winters |

24-51195-mmp Doc#330 Filed 11/12/25 Entered 11/12/25 23:26:17 Imaged Certificate of Notice Pg 4 of 5

| District/off: 0542-5 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Nov 10, 2025 | Form ID: pdfintp | Total Noticed: 9 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brigid K Ndege | on behalf of Debtor RIC (Lavernia) LLC   deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com |
| Bruce J Duke | on behalf of Interested Party Ali Choudhri bruce@bdukelawfirm.com   brucedukeesq@gmail.com |
| Clinton Wayne Alexander | on behalf of Attorney Kell C Mercer calexander@bls-legal.com |
| Erin Coughlin | on behalf of Interested Party United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| Erin Coughlin | on behalf of U.S. Trustee United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| George H. Spencer, Jr. | on behalf of Defendant John Daves gspencer@langleybanack.com |
| George H. Spencer, Jr. | on behalf of Defendant Lori Daves gspencer@langleybanack.com |
| Gerald Sager | on behalf of Interested Party ServiceLink jerry.sager@fnf.com |
| Howard Marc Spector | on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA VII  LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com |
| Justin Hanna | on behalf of Plaintiff RIC (Lavernia) LLC justin.hanna@bclplaw.com   carolyn.herrera@bclplaw.com |
| Justin Hanna | on behalf of Debtor RIC (Lavernia) LLC justin.hanna@bclplaw.com   carolyn.herrera@bclplaw.com |
| Justin Hanna | on behalf of Defendant TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com   carolyn.herrera@bclplaw.com |
| Justin Rayome | on behalf of Plaintiff Otisco RDX  LLC justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Interested Party Otisco RDX  LLC justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Interested Party Milestone Capital CRE 1  LLC justin.rayome.law@gmail.com |
| Karalyssa C Casillas | on behalf of Creditor Wilson County karalyssa.casillas@lgbs.com |
| Kiernan McAlpine | on behalf of Plaintiff Otisco RDX  LLC kier@mcalpinelaw.com |
| Kyle Hirsch | on behalf of Defendant TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Plaintiff RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Debtor RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Defendant RIC (Lavernia) LLC kyle.hirsch@bclplaw.com |

24-51195-mmp Doc#330 Filed 11/12/25 Entered 11/12/25 23:26:17 Imaged Certificate of Notice Pg 5 of 5

| District/off: 0542-5 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2025 | Form ID: pdfintp | Total Noticed: 9 |

| | |
|---|---|
| | lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Leslie M. Luttrell | on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net |
| Leslie M. Luttrell | on behalf of Interested Party Travis Vargo Receiver luttrell@lclawgroup.net, sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net |
| Lyndel A. Vargas | on behalf of Plaintiff Otisco RDX LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lyndel A. Vargas | on behalf of Interested Party Otisco RDX LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lyndel A. Vargas | on behalf of Interested Party Milestone Capital CRE 1 LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lyndel A. Vargas | on behalf of Interested Party Ali Choudhri LVargas@chfirm.com chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lynn Hamilton Butler | on behalf of Interested Party TIG Romspen US Master Mortgage LP lynn.butler@huschblackwell.com penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;elizabeth-spivey-5378@ecf.pacerpro.com;lynn-hamilton-butler-2113@ecf.pacerpro.com |
| Natalie F. Wilson | on behalf of Defendant Lori Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Natalie F. Wilson | on behalf of Interested Party John Daves and Lori Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Natalie F. Wilson | on behalf of Defendant John Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Paul Kirklin | pkirklin@kirklinlaw.com |
| Rhonda Bear Mates | on behalf of Interested Party Gregory S. Milligan mates@slollp.com winter@slollp.com |
| Robert Luke Graham | on behalf of Plaintiff RIC (Lavernia) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Robert Luke Graham | on behalf of Debtor RIC (Lavernia) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Robert Luke Graham | on behalf of Defendant TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Robert Luke Graham | on behalf of Defendant RIC (Lavernia) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Ronald J Smeberg | on behalf of Interested Party Otisco RDX LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com |
| Ronald J Smeberg | on behalf of Interested Party Milestone Capital CRE 1 LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com |
| Shea Neal Palavan | on behalf of Interested Party Shea N Palavan service@houstonip.com snpalavan@recap.email |
| Stephen Kirklin | on behalf of Attorney Paul Kirklin skirklin312@gmail.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 43