IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | ' | CASE NO. 24-51195-MMP |
| | ' | |
| RIC (LAVERNIA) LLC, | ' | |
| DEBTOR | ' | CHAPTER 11 |

# CERTIFICATE OF SERVICE

    I hereby certify that true and correct copies of the *Response To Court Request To Address State Court Receiver's Request To Retroactively Strike Pleadings* [Docket No. 332] were served on November 17, 2025 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Western District of Texas on all parties-in-interest submitting to service of papers in this case by said means (**Exhibit A**) and via first class mail, postage prepaid on the parties listed on the attached **Exhibit B**.

                      Respectfully submitted,

                      */s/ Lyndel Anne Vargas*_____
                      Lyndel Anne Vargas
                      State Bar No. 24058913
                      CAVAZOS HENDRICKS POIROT, P.C.
                      Suite 570, Founders Square
                      900 Jackson Street
                      Dallas, TX 75202
                      Direct Dial: (214) 573-7344
                      Fax: (214) 573-7399
                      Email: LVargas@chfirm.com

                      Attorneys for Milestone Capital CRE 1, LLC
                      and Otisco RDX, LLC

**From:** txwb_systems@txwb.uscourts.gov <txwb_systems@txwb.uscourts.gov>
**Sent:** Monday, November 17, 2025 3:01 PM
**To:** CourtMail@txwb.uscourts.gov
**Subject:** 24-51195-mmp Ch-11 Response RIC (Lavernia) LLC

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### Western District of Texas

Notice of Electronic Filing

The following transaction was received from Lyndel A. Vargas entered on 11/17/2025 at 3:01 PM CST and filed on 11/17/2025

| | |
|---|---|
| **Case Name:** | RIC (Lavernia) LLC |
| **Case Number:** | 24-51195-mmp |
| **Document Number:** | 332 |

**Docket Text:**
Response Filed by Lyndel A. Vargas for Interested Parties Milestone Capital CRE 1, LLC, Otisco RDX, LLC (Vargas, Lyndel) (related document(s): [285] Order Setting Deadline(related document(s): [277] Motion of Travis Vargo, State Court Appointed Receiver, to Show Authority of Justin Rayome and Cavazos Hendricks Poirot, P.C., Including Lyndel Vargas, to Represent Otisco RDX, LLC and Milestone Capital CRE 1, LLC and to Strike Pleadings (21 Day Objection Language) filed by Leslie M. Luttrell for Interested Party Travis B Vargo (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Proposed Order # 4 Service List)) (Order entered on 10/6/2025))

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2025 1117 Response Regarding Request to Strike Pleadings.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988230274 [Date=11/17/2025] [FileNumber=30191718-0] [94a30a455f8eb705c23157110bf2407f1e433c528eeebdd5d648683d8e7a8f7253 dc25213a7911448fde07fa328c1b196f5d36d3a30d071f36c96981497a6dad]]

**EXHIBIT A**
**Page 1 of 6**

**24-51195-mmp Notice will be electronically mailed to:**

Clinton Wayne Alexander on behalf of Attorney Kell C Mercer
calexander@bls-legal.com

Lynn Hamilton Butler on behalf of Interested Party TIG Romspen US Master Mortgage LP
lynn.butler@huschblackwell.com,
penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;elizabeth-spivey-5378@ecf.pacerpro.com;lynn-hamilton-butler-2113@ecf.pacerpro.com

Karalyssa C Casillas on behalf of Creditor Wilson County
karalyssa.casillas@lgbs.com, karalyssa.casillas@ecf.courtdrive.com

Erin Coughlin on behalf of Interested Party United States Trustee - SA12
erin.coughlin@usdoj.gov, carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov

Erin Coughlin on behalf of U.S. Trustee United States Trustee - SA12
erin.coughlin@usdoj.gov, carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov

Bruce J Duke on behalf of Interested Party Ali Choudhri
bruce@bdukelawfirm.com, brucedukeesq@gmail.com

Robert Luke Graham on behalf of Debtor RIC (Lavernia) LLC
luke.graham@bclplaw.com, carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham on behalf of Defendant RIC (Lavernia) LLC
luke.graham@bclplaw.com, carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham on behalf of Defendant TIG Romspen US Master Mortgage LP
luke.graham@bclplaw.com, carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham on behalf of Plaintiff RIC (Lavernia) LLC
luke.graham@bclplaw.com, carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Justin Hanna on behalf of Debtor RIC (Lavernia) LLC
justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com

Justin Hanna on behalf of Defendant TIG Romspen US Master Mortgage LP
justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com

Justin Hanna on behalf of Plaintiff RIC (Lavernia) LLC
justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com

Kyle Hirsch on behalf of Debtor RIC (Lavernia) LLC
kyle.hirsch@bclplaw.com,
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch on behalf of Defendant RIC (Lavernia) LLC
kyle.hirsch@bclplaw.com,
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch on behalf of Defendant TIG Romspen US Master Mortgage LP
kyle.hirsch@bclplaw.com,
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch on behalf of Plaintiff RIC (Lavernia) LLC
kyle.hirsch@bclplaw.com,
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Paul Kirklin
pkirklin@kirklinlaw.com

Stephen Kirklin on behalf of Attorney Paul Kirklin
skirklin312@gmail.com

Leslie M. Luttrell on behalf of Interested Party Travis Vargo, Receiver
luttrell@lclawgroup.net,
sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Leslie M. Luttrell on behalf of Interested Party Travis B Vargo
luttrell@lclawgroup.net,
sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Rhonda Bear Mates on behalf of Interested Party Gregory S. Milligan
mates@slollp.com, winter@slollp.com

Kiernan McAlpine on behalf of Plaintiff Otisco RDX, LLC
kier@mcalpinelaw.com

**EXHIBIT A**
**Page 3 of 6**

Brigid K Ndege on behalf of Debtor RIC (Lavernia) LLC
, deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com

Shea Neal Palavan on behalf of Interested Party Shea N Palavan
service@houstonip.com, snpalavan@recap.email

Justin Rayome on behalf of Attorney Justin Rayome
justin.rayome.law@gmail.com

Justin Rayome on behalf of Interested Party Milestone Capital CRE 1, LLC
justin.rayome.law@gmail.com

Justin Rayome on behalf of Interested Party Otisco RDX, LLC
justin.rayome.law@gmail.com

Justin Rayome on behalf of Plaintiff Otisco RDX, LLC
justin.rayome.law@gmail.com

Gerald Sager on behalf of Interested Party ServiceLink
jerry.sager@fnf.com

Ronald J Smeberg on behalf of Interested Party Milestone Capital CRE 1, LLC
ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Ronald J Smeberg on behalf of Interested Party Otisco RDX, LLC
ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Howard Marc Spector on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA VII, LLC
hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com

George H. Spencer, Jr. on behalf of Defendant John Daves
gspencer@langleybanack.com

George H. Spencer, Jr. on behalf of Defendant Lori Daves
gspencer@langleybanack.com

United States Trustee - SA12
USTPRegion07.SN.ECF@usdoj.gov

Lyndel A. Vargas on behalf of Interested Party Milestone Capital CRE 1, LLC
LVargas@chfirm.com,

EXHIBIT A
Page 4 of 6

chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas on behalf of Interested Party Otisco RDX, LLC
LVargas@chfirm.com,
chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas on behalf of Interested Party Ali Choudhri
LVargas@chfirm.com,
chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas on behalf of Plaintiff Otisco RDX, LLC
LVargas@chfirm.com,
chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Natalie F. Wilson on behalf of Defendant John Daves
nwilson@langleybanack.com,
cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson on behalf of Defendant Lori Daves
nwilson@langleybanack.com,
cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson on behalf of Interested Party John Daves and Lori Daves
nwilson@langleybanack.com,
cjohnston@langleybanack.com;sfoushee@langleybanack.com

**24-51195-mmp Notice will not be electronically mailed to:**



**24-51195-mmp These participants in a related case have chosen not to receive notice from this case:**
Steven G. Cennamo on behalf of Defendant Milestone Capital CRE 1, LLC
scennamo@cennamowernerlaw.com,
dwerner@cennamowernerlaw.com;lawofficeofcennamowerner@jubileebk.net

Steven G. Cennamo on behalf of Plaintiff Otisco RDX, LLC
scennamo@cennamowernerlaw.com,
dwerner@cennamowernerlaw.com;lawofficeofcennamowerner@jubileebk.net

Patrick Clayton Joost on behalf of Interested Party ServiceLink
Patrick.Joost@fnf.com, patrickjoost34@gmail.com

Kell C. Mercer on behalf of Defendant Milestone Capital CRE 1, LLC

kell.mercer@mercer-law-pc.com

Peter J Stanton on behalf of Defendant Milestone Capital CRE 1, LLC
stanton@pstantonlaw.com, cjimenez@pstantonlaw.com

**EXHIBIT A**
**Page 6 of 6**

United States Trustee - SA12 US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78205-2055

Office of the United States Trustee
615 E. Houston Street
Suite 533
San Antonio, TX 78205-2055

RIC (Lavernia) LLC
162 Cumberland Street, Suite 300
Toronto, ON M5R 3N5 Canada

Ali Choudhri
1001 West Loop South, Suite 700
Houston, TX 77027-9033

Andres Cedillos
3951 FM 1303
Floresville, TX 78114-6440

FNA VII, LLC
c/o Howard Marc Spector 12770 Coit Rd., Ste. 850
Dallas, TX 75251-1364

George H. Spencer, Jr.
Langley Banack, Inc.
Trinity Plaza II, Seventh Floor
745 Mulberry
San Antonio, TX 78212-3141

Internal Revenue Service Centralized Insolvency Operations Post Office Box 7346 Philadelphia, PA 19101-7346

John Daves
The Daves Law Firm 3624 North Hills Drive Suite B100
Austin, TX 78731-3242

John and Lori Daves
331 Story Drive
Buda, TX 78610-3340

Lori Daves and John Daves c/o Natalie F. Wilson Langley & Banack, Inc.
745 E. Mulberry, Ste. 700
San Antonio, TX 78212-3172

Milestone Capital CRE 1, LLC 2704 Joanel Street
Houston, TX 77027-5304

Milestone Capital CRE 1, LLC
c/o Lyndel Vargas
Cavazos Hendricks Poirot, P.C. 900 Jackson Street, Suite 570
Dallas, TX 75202-2413

Otisco RDX, LLC c/o Lyndel Vargas
Cavazos Hendricks Poirot, P.C. 900 Jackson Street, Suite 570
Dallas, TX 75202-2413

Peter J. Stanton
The Law Offices of Peter J. Stanton
111 Soledad, Suite 470
San Antonio, TX 78205-2243

U.S. Bankruptcy Court
615 E. Houston Street, Room 597
San Antonio, Tx 78205-2055

Propel Financial Services as agent and attorney in fact for FNA VII, LLC c/o Howard Marc Spector
12770 Coit Rd, Ste 850
Dallas, TX 75251-1364

Propel Financial Services, as Agent for FNA 12672 Silicon Drive, Suite 150
San Antonio, TX 78249-3450

The Wilson County Tax Collector
c/o Linebarger Goggan Blair Sampson Terrace 2
2700 Via Fortuna Drive, Suite 500
Austin, TX 78746-7998

Travis B. Vargo
c/o Leslie M. Luttrell
Luttrell + Carmody Law Group
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216-4713

Linebarger Goggan Blair & Sampson
Attn Don Stecker
112 E Pecan, Suite 2200
San Antonio TX 78205-1588

Wilson County Tax Collector
Attn Dawn P. Barnett
1 Library Lane
Floresville, TX 78114-2239

Brigid K Ndege
Bryan Cave Leighton Paisner
161 N Clark St Ste 4300,
Chicago, IL 60601-3315

Justin Hanna
Bryan Cave Leighton Paisner LLP
2200 Ross Avenue
Suite 4200w
Dallas, TX 75201-2763

Kyle Hirsch
Bryan Cave Leighton Paisner LLP Two North Central Ave, Suite 2100
Phoenix, AZ 85004-4533

Robert Luke Graham
Bryan Cave Leighton Paisner LLP
2200 Ross Avenue #4200W
Dallas, TX 75201-2763

Lynn Hamilton Butler
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701

**EXHIBIT B**
**Page 1 of 1**