# M&T Bank

| | |
|---|---|
| FOR INQUIRIES CALL: | CANADIAN/CORRESPONDENT BANK (716) 848-7350 |

00   0 00638M NM  017

000000                                N

RIC (LAVERNIA) LLC
CASE NO 24-51195-MMP
DEBTOR IN POSSESION
162 CUMBERLAND ST
NEW YORK NY 10003

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▮▮▮▮8800 | 10/02/25 - 11/01/25 |
| **BEGINNING BALANCE** | $842.34 |
| **DEPOSITS & CREDITS** | 0.00 |
| **LESS CHECKS & DEBITS** | 250.00 |
| **LESS SERVICE CHARGES** | 103.94 |
| **ENDING BALANCE** | $488.40 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/02/2025 | BEGINNING BALANCE | | | $842.34 |
| 10/08/2025 | SERVICE CHARGE FOR ACCOUNT ▮▮▮▮8800 | | $103.94 | 738.40 |
| 10/14/2025 | QUARTERLY FEE PAYMENT     0000 | | 250.00 | 488.40 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

EFFECTIVE JANUARY 1, 2026 TREASURY MANAGEMENT AND COMMERCIAL DEPOSIT SERVICES
PRICING IS CHANGING. VISIT MTB.COM/COMUPDATE2026 FOR DETAILS.

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1** | **Place a checkmark (✔)** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** | **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** | **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** | **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** | **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement. $

**STEP 6** | **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement. $

**STEP 7** | **Enter the total of STEPS 5 & 6.** $

**STEP 8** | **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**). $

**STEP 9** | **Subtract STEP 8 from STEP 7** and enter the difference here. $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



L018 (11/16) ©2016 M&T Bank, Member FDIC.