**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIC (Lavernia) LLC | § | Case No. 24-51195-mmp |
| Debtor. | § | Chapter 11 |

### NOTICE OF WITHDRAWAL OF ECF 254, 255 AND 256

TO THE HONORABLE MICHAEL M. PARKER,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Appellant, TRAVIS B. VARGO, in his capacity as Court-Appointed Receiver[1] over Otisco RDX, LLC and Milestone Capital CRE 1, LLC, (the "Receiver") by and through his counsel of record, and files this *Notice of Withdrawal of ECF 254, 255 and 256* and in support thereof would respectfully show the Court as follows.

1. The following documents were purportedly filed at the direction of Ali Choudhri on behalf of himself, Milestone and OTISCO:

   a. **ECF 254** - MILESTONE CAPITAL CRE 1, LLC Objection to Confirmation of the Debtor's Third Amended Chapter 11 Plan (the "Milestone Plan Objection").

   b. **ECF 255** - OTISCO RDX, LLC Objection to Confirmation of the Debtor's Third Amended Chapter 11 Plan (the "Otisco Plan Objection").

   c. **ECF 256** - Response Opposing Application To Approve Compromise Relating To Estate Property And Authorizing Execution And Recording Of Documents In The Wilson County Real Property Records filed by Ali Choudhri (the "Choudhri 9019 Objection").

---

[1] Travis Vargo was appointed as the Receiver of Ali Choudhri in Cause No. 2012-27197-A styled *Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri*, pending in the 333rd Judicial District Court of Harris County, Texas and of Ali Choudhri, Dalio Holdings I LLC, and Dalio Holdings II LLC in Cause No. 2012-27197-D styled *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri and Angel Valle*, pending in the 333rd Judicial District Court of Harris County, Texas and the Order Granting The Receiver's Motion to Show Authority [Docket No. 304] entered on October 17, 2025 in Case No. 24-51195-mmp, In re RIC (Lavernia) LLC, pending in the United States Bankruptcy Court for the Western District of Texas Bankruptcy, San Antonio Division.

2. The Receiver has resolved these disputes and, as a result of the resolution of the issues, the Receiver no longer desires or intends to pursue the foregoing objections. Accordingly, and in the exercise of the reasonable business judgment of the Receiver, the Receiver hereby withdraws the Milestone Plan Objection, the Otisco Plan Objection, and the Choudhri 9019 Objection.

Dated this 24th day of November, 2025.

                    Respectfully submitted,

                    LUTTRELL + CARMODY LAW GROUP
                    One International Centre
                    100 N.E. Loop 410, Suite 615
                    San Antonio, Texas 78216
                    Tel. 210.426.3600
                    Email: luttrell@lclawgroup.net

                    By: */s/ Leslie M. Luttrell*
                        Leslie M. Luttrell
                        State Bar No. 12708650

                    **ATTORNEYS FOR TRAVIS B. VARGO, COURT-APPOINTED RECEIVER**

## **CERTIFICATE OF SERVICE**

  I, Leslie M. Luttrell, do hereby certify that on the 24th day of November 2025, I caused a copy of the foregoing pleading to be served to the Debtor, all parties receiving electronic notice, and all parties on the attached creditor mailing matrix either through the Court's ECF System or via U.S. First Class Mail, postage prepaid.

**Debtor**
RIC (Lavernia) LLC
162 Cumberland Street, Suite 300
Toronto, ON M5R 3N5

**US Trustee's Office**
Shane P. Tobin
903 San Jacinto Blvd.
Room 230
Austin, TX 78701

**Counsel for Debtor**
Robert Luke Graham
Justin Hanna
Bryan Cave Leighton Paisner LLP
2200 Ross Avenue #4200W
Dallas, TX 75201

Kyle Hirsch
Bryan Cave Leighton Paisner LLP
Two North Central Ave, Suite 2100
Phoenix, AZ 85004-4406

Brigid K Ndege
Bryan Cave Leighton Paisner
161 N Clark St
Ste 4300,
Chicago, IL 60605

**Other Lawyers**
Lyndel Vargas
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202

Justin Rayome
1001 West Loop South, Suite 700
Houston, TX 77027

Bruce J. Duke
DUKE LAW FIRM
141-1 Route 130 South, #380
Cinnaminson, NJ 08077

/s/ Leslie M. Luttrell
Leslie M. Luttrell

```
Label Matrix for local noticing        RIC (Lavernia) LLC                      U.S. BANKRUPTCY COURT
0542-5                                  162 Cumberland Street, Suite 300        615 E. HOUSTON STREET, ROOM 597
Case 24-51195-mmp                       Toronto, ON M5R 3N5 Canada              SAN ANTONIO, TX 78205-2055
Western District of Texas
San Antonio
Mon Nov 24 10:38:55 CST 2025

Ali Choudhri                            Andres Cedillos                         FNA VII, LLC
1001 West Loop South, Suite 700         3951 FM 1303                            c/o Howard Marc Spector
Houston, TX 77027-9033                  Floresville, TX 78114-6440              12770 Coit Rd., Ste. 850
                                                                                Dallas, TX 75251-1364


George H. Spencer, Jr.                  Internal Revenue Service                John Daves
Langley Banack, Inc.                    Centralized Insolvency Operations       The Daves Law Firm
Trinity Plaza II, Seventh Floor         Post Office Box 7346                    3624 North Hills Drive
745 Mulberry                            Philadelphia, PA 19101-7346             Suite B100
San Antonio, TX 78212-3141                                                      Austin, TX 78731-3242


John and Lori Daves                     Lori Daves and John Daves               Milestone Capital CRE 1, LLC
331 Story Drive                         c/o Natalie F. Wilson                   2704 Joanel Street
Buda, TX 78610-3340                     Langley & Banack, Inc.                  Houston, TX 77027-5304
                                        745 E. Mulberry, Ste. 700
                                        San Antonio, TX 78212-3172


Milestone Capital CRE 1, LLC            Office of the United States Trustee     Otisco RDX, LLC
c/o Lyndel Vargas                       615 E. Houston Street                   c/o Lyndel Vargas
Cavazos Hendricks Poirot, P.C.          Suite 533                               Cavazos Hendricks Poirot, P.C.
900 Jackson Street, Suite 570           San Antonio, TX 78205-2055              900 Jackson Street, Suite 570
Dallas, TX 75202-2413                                                           Dallas, TX 75202-2413


Peter J. Stanton                        Propel Financial Services as agent      Propel Financial Services, as Agent for FNA
The Law Offices of Peter J. Stanton     and attorney in fact for FNA VII, LLC   12672 Silicon Drive, Suite 150
111 Soledad                             c/o Howard Marc Spector                 San Antonio, TX 78249-3450
Suite 470                               12770 Coit Rd, Ste 850
San Antonio, TX 78205-2243              Dallas, TX 75251-1364


TIG Romspen US Master Mortgage LP       The Wilson County Tax Collector         Travis B. Vargo
c/o Lynn Hamilton Butler                c/o Linebarger Goggan Blair Sampson     c/o Leslie M. Luttrell
Husch Blackwell LLP                     Terrace 2                               Luttrell + Carmody Law Group
111 Congress Avenue, Suite 1400         2700 Via Fortuna Drive, Suite 500       100 N.E. Loop 410, Suite 615
Austin, TX 78701-4093                   Austin, TX 78746-7998                   San Antonio, Texas 78216-4713


United States Trustee - SA12            (p)LINEBARGER GOGGAN BLAIR & SAMPSON  LLP   Wilson County Tax Collector
US Trustee's Office                     ATTN DON STECKER                        Attn Dawn P. Barnett
615 E Houston, Suite 533                112 E PECAN                             1 Library Lane
San Antonio, TX 78205-2055              SUITE 2200                              Floresville, TX 78114-2239
                                        SAN ANTONIO TX 78205-1588


Brigid K Ndege                          Justin Hanna                            Kyle Hirsch
Bryan Cave Leighton Paisner             Bryan Cave Leighton Paisner LLP         Bryan Cave Leighton Paisner LLP
161 N Clark St                          2200 Ross Avenue                        Two North Central Ave, Suite 2100
Ste 4300,                               Suite 4200w                             Phoenix, AZ 85004-4533
Chicago, IL 60601-3315                  Dallas, TX 75201-2763


Robert Luke Graham
Bryan Cave Leighton Paisner LLP
2200 Ross Avenue #4200W
Dallas, TX 75201-2763
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Wilson County | End of Label Matrix |
| c/o Karalyssa C Casillas | Mailable recipients    27 |
| 112 E. Pecan Street, Suite 2200 | Bypassed recipients     0 |
| San Antonio, TX 78205 | Total                  27 |