**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 25, 2025**

---

**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER DENYING MOTION**

Upon considering Milestone Capital CRE 1, LLC and Otisco RDX, LLC's *Motion to Transfer Cases Intra-District* (ECF No. 192), the Court determines it is appropriate to deny the *Motion*. Since Movants filed their *Motion*, the Court granted a motion to show authority and ordered that Travis Vargo ("**Receiver**") has authority to act on Movants' behalf in this bankruptcy case. *See* ECF No. 304. The Receiver, acting for Movants, withdrew the *Motion* at a hearing on November 24, 2025. It is therefore

**ORDERED** that the *Motion* (ECF No. 192) is **DENIED** as withdrawn.

# # #