UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In re:

RIC (LAVERNIA), LLC,

Debtor.

Chapter 11
Case No. 24-51195-mmp

**NOTICE OF WITHDRAWAL**

TO THE CLERK:

Kindly mark the Amended Application of Bruce J. Duke, Esq. for Pro Hac Vice

Admission on behalf of Interested Party Ali Choudhri (ECF No. 321) as

WITHDRAWN without prejudice.

Dated: December 2, 2025

DUKE LAW FIRM
/s/ Bruce J. Duke

Bruce J. Duke, Esq.
141-I Route 130 South, #380
Cinnaminson, NJ 08077
(732) 200-9084
bruce@bdukelawfirm.com

## CERTIFICATE OF SERVICE

I, Bruce J. Duke, do hereby certify that on the 2nd day of December 2025, I caused a copy of the foregoing pleading to be served to the Debtor, all parties receiving electronic notice, and all parties on the attached creditor mailing matrix either through the Court's ECF System or via U.S. First Class Mail, postage prepaid.

**Debtor**
RIC (Lavernia) LLC
162 Cumberland Street, Suite 300
Toronto, ON M5R 3N5

**US Trustee's Office**
Shane P. Tobin
903 San Jacinto Blvd.
Room 230
Austin, TX 78701

**Counsel for Debtor**
Robert Luke Graham
Justin Hanna
Bryan Cave Leighton Paisner LLP
2200 Ross Avenue #4200W
Dallas, TX 75201

Kyle Hirsch
Bryan Cave Leighton Paisner LLP
Two North Central Ave, Suite 2100
Phoenix, AZ 85004-4406

Brigid K Ndege
Bryan Cave Leighton Paisner
161 N Clark St
Ste 4300,
Chicago, IL 60605

**Other Lawyers**
Lyndel Vargas
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202

Justin Rayome
1001 West Loop South, Suite 700
Houston, TX 77027

LUTTRELL + CARMODY LAW GROUP
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216
Tel. 210.426.3600
Email: luttrell@lclawgroup.net

/s/ Bruce J. Duke

Label Matrix for local noticing
0542-5
Case 24-51195-mmp
Western District of Texas
San Antonio
Mon Nov 24 10:38:55 CST 2025

RIC (Lavernia) LLC
162 Cumberland Street, Suite 300
Toronto, ON M5R 3N5 Canada

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

Ali Choudhri
1001 West Loop South, Suite 700
Houston, TX 77027-9033

Andres Cedillos
3951 FM 1303
Floresville, TX 78114-6440

FNA VII, LLC
c/o Howard Marc Spector
12770 Coit Rd., Ste. 850
Dallas, TX 75251-1364

George H. Spencer, Jr.
Langley Banack, Inc.
Trinity Plaza II, Seventh Floor
745 Mulberry
San Antonio, TX 78212-3141

Internal Revenue Service
Centralized Insolvency Operations
Post Office Box 7346
Philadelphia, PA 19101-7346

John Daves
The Daves Law Firm
3624 North Hills Drive
Suite B100
Austin, TX 78731-3242

John and Lori Daves
331 Story Drive
Buda, TX 78610-3340

Lori Daves and John Daves
c/o Natalie F. Wilson
Langley & Banack, Inc.
745 E. Mulberry, Ste. 700
San Antonio, TX 78212-3172

Milestone Capital CRE 1, LLC
2704 Joanel Street
Houston, TX 77027-5304

Milestone Capital CRE 1, LLC
c/o Lyndel Vargas
Cavazos Hendricks Poirot, P.C.
900 Jackson Street, Suite 570
Dallas, TX 75202-2413

Office of the United States Trustee
615 E. Houston Street
Suite 533
San Antonio, TX 78205-2055

Otisco RDX, LLC
c/o Lyndel Vargas
Cavazos Hendricks Poirot, P.C.
900 Jackson Street, Suite 570
Dallas, TX 75202-2413

Peter J. Stanton
The Law Offices of Peter J. Stanton
111 Soledad
Suite 470
San Antonio, TX 78205-2243

Propel Financial Services as agent
and attorney in fact for FNA VII, LLC
c/o Howard Marc Spector
12770 Coit Rd, Ste 850
Dallas, TX 75251-1364

Propel Financial Services, as Agent for FNA
12672 Silicon Drive, Suite 150
San Antonio, TX 78249-3450

TIG Romspen US Master Mortgage LP
c/o Lynn Hamilton Butler
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701-4093

The Wilson County Tax Collector
c/o Linebarger Goggan Blair Sampson
Terrace 2
2700 Via Fortuna Drive, Suite 500
Austin, TX 78746-7998

Travis B. Vargo
c/o Leslie M. Luttrell
Luttrell + Carmody Law Group
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216-4713

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78205-2055

(p)LINEBARGER GOGGAN BLAIR & SAMPSON  LLP
ATTN DON STECKER
112 E PECAN
SUITE 2200
SAN ANTONIO TX 78205-1588

Wilson County Tax Collector
Attn Dawn P. Barnett
1 Library Lane
Floresville, TX 78114-2239

Brigid K Ndege
Bryan Cave Leighton Paisner
161 N Clark St
Ste 4300,
Chicago, IL 60601-3315

Justin Hanna
Bryan Cave Leighton Paisner LLP
2200 Ross Avenue
Suite 4200w
Dallas, TX 75201-2763

Kyle Hirsch
Bryan Cave Leighton Paisner LLP
Two North Central Ave, Suite 2100
Phoenix, AZ 85004-4533

Robert Luke Graham
Bryan Cave Leighton Paisner LLP
2200 Ross Avenue #4200W
Dallas, TX 75201-2763

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Wilson County
c/o Karalyssa C Casillas
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

End of Label Matrix
Mailable recipients    27
Bypassed recipients     0
Total                  27