#270 Order to Justin Rayome to Appear and Show Cause as to why the Court should not (1). Further sanction Mr. Rayome for his continued abuse of his CM/ECF privileges, as described above; and (2.) Hold Mr. Rayome in civil contempt and sanction him for his failures to comply with the Courts Order to file a copy of that Order in all cases in which he is counsel in the Western District of Texas by September 30, 2025.

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Ric LaVernia | Vs. | Justin Rayome | DISTRICT COURT Western (SAN ANTONIO) |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY Kyle Hirsch | | DEFENDANT'S ATTORNEY Justin Rayome | DOCKET NUMBER 24-51195 P- 11 |
| | | | TRIAL DATE(S) December 3. 2025 |
| PRESIDING JUDGE MICHAEL M. PARKER | | ELECTRONIC COURT RECORDING OPERATOR Krystal Torres | COURTROOM DEPUTY DEANNA CASTLEBERRY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | W/1 | 12/3/25 | -------- | -------- | **CANDICE CROWDER** |
| | 1 | 12/3/25 | XXXX | 12/3/25 | Kemah Palms Recovery Letter dated 09/15/25 |
| | 2 | 12/3/25 | XXXX | 12/3/25 | Certificate of Completion |
| | 3 | 12/3/25 | XXXX | 12/3/25 | Kemah Palms Recovery Letter |
| | | | | | |
| | W/2 | 12/3/25 | -------- | -------- | **JONATHAN AVERY** |
| | | | | | |
| | W/3 | 12/3/25 | -------- | -------- | **JUSTIN WEATHERS** |
| | | | | | |
| | 4 | 12/3/25 | XXXX | 12/3/25 | Houston Recovery Houses |

FILED DEC 03 2025 U.S. BANKRUPTCY COURT BY_____ DEPUTY