**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: December 04, 2025

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER DISMISSING MOTION AS MOOT**

The Court considered Ali Choudhri's *Amended Motion to Vacate/Reconsider Order Granting the Receiver's Motion to Show Authority* (ECF No. 325) and the docket in this case and has determined the *Motion* should be dismissed as moot for reasons stated on the record. It is therefore

**ORDERED** that the *Motion* (ECF No. 325) is **DISMISSED** as moot.

# # #