# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RIC (LAVERNIA) LLC, | ) | Case No. 24-51195 (MMP) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## STIPULATION

RIC (Lavernia) LLC, the debtor and debtor-in-possession in the above-captioned chapter 11 case, stipulates to the allowance of the secured claim asserted by Propel Financial Services (FNA VII LLC) at Claim No. 2, as amended. As of June 27, 2025, the amount of the allowed secured claim was $1,609,588.70 which amount includes $777,323.85 in principal. Interest has continued to accrue in the per diem amount of $367.07.

Dated: December 4, 2025

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Kyle S. Hirsch*
Kyle S. Hirsch (Tex. Bar No. 24117262)
R. Luke Graham (Tex. Bar No. 24127305)
2200 Ross Avenue, 4200W
Dallas, Texas 75201
Telephone: 602.364.7170
Email: kyle.hirsch@bclplaw.com
Email: luke.graham@bclplaw.com

***Counsel for the Debtor***