# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RIC (LAVERNIA) LLC, | ) | Case No. 24-51195 (MMP) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**STIPULATED ORDER OF CASE DISMISSAL**

RIC (Lavernia) LLC, the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), and Travis Vargo, state court-appointed receiver with authority to direct litigation on behalf of Ali Choudhri, OTISCO RDX, LLC, and Milestone Capital CRE 1, LLC (collectively, the "Choudhri Parties"), hereby stipulate to the dismissal of this bankruptcy case. This stipulated order resolves the motion filed at ECF 237, without any findings or admissions as it relates to the allegations set forth therein. The Debtor shall file all outstanding monthly operating

1

reports within twenty-one (21) days after the entry of this stipulated order; and shall pay all outstanding quarterly US Trustee fees within forty-five (45) days after the entry of this stipulated order. The Debtor's Third Amended Plan filed at ECF 179 is hereby deemed WITHDRAWN. This stipulated order, once entered, resolves as moot all outstanding motions/applications filed on behalf of the Debtor and the Choudhri Parties in this bankruptcy case including, without limitation, the motions/applications filed at ECF 315, 225 and 237. The hearing scheduled for December 16, 2025, at 10:00 a.m. in this case is VACATED. The briefing schedule ordered to take place in the Court's order entered at ECF 328 is hereby VACATED. The clerk is hereby DIRECTED that this case is to be closed.

###

[*Signature page to follow*]

Prepared by:

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Kyle S. Hirsch*
Kyle S. Hirsch (Tex. Bar No. 24117262)
R. Luke Graham (Tex. Bar No. 24127305)
2200 Ross Avenue, 4200W
Dallas, Texas 75201
Telephone: 602.364.7170
Email: kyle.hirsch@bclplaw.com
Email: luke.graham@bclplaw.com
**COUNSEL FOR THE DEBTOR**

Stipulated by:
**Luttrell + Carmody Law Group**

*/s/ Leslie M. Luttrell*
Leslie M. Luttrell
Texas Bar No. 12708650
100 N.E. Loop 410, Ste, 615
San Antonio, Texas 78216
Tel. 210.426.3600
Email: luttrell@lclawgroup.net
**ATTORNEYS FOR TRAVIS VARGO,
RECEIVER OVER ALI CHOUDHRI, OTISCO RDX, LLC, AND
MILESTONE CAPITAL CRE 1, LLC**

Reviewed and approved by:

*/s/ Howard Spector*
Howard Spector
Attorney for Creditor Propel Financial Services (FNA VII LLC)

*/s/ Karalyssa C. Casillas*
Karalyssa C. Casillas
Attorney for Creditor Wilson County

*/s/ Erin Coughlin*
Erin Coughlin
Attorney for the United States Trustee

*/s/ Lynn Butler*
Lynn Butler
Attorney for TIG Romspen US Master Mortgage LP