**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 05, 2025.**



_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER DISMISSING APPLICATION AS MOOT**

The Court considered the Debtor's *Application to Approve Compromise* (ECF No. 225) and the docket in this case and has determined the *Application* should be dismissed as moot because this case has been dismissed. It is therefore

**ORDERED** that the *Application* (ECF No. 225) is **DISMISSED** as moot.

# # #