**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 01, 2026**

**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

ORDER WITHDRAWING ORDER TO APPEAR AND SHOW CAUSE

On April 1, 2026, the Court heard its *Order to Appear and Show Cause* (ECF No. 270) and determined it should be withdrawn for the reasons stated on the record. The Court also determined that the sanctions this Court imposed on Mr. Rayome in its *Order Withdrawing Show Cause Order and Sanctioning Justin Rayome* (ECF No. 258) should be lifted for the reasons stated on the record. It is therefore

**ORDERED** that the *Order* (ECF No. 270) is **WITHDRAWN**. It is further

**ORDERED** that the sanctions imposed on Mr. Rayome in the *Order* (ECF No. 258) are lifted and no longer apply as of April 1, 2026.

# # #