**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **RIC (LAVERNIA) LLC,** | § | **Case No. 24-51195-mmp** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS ON BEHALF OF ARABELLA PH 3201 LLC**

TO THE HONORABLE MICHAEL M. PARKER, UNITED STATES BANKRUPTCY JUDGE:

Courtney A. Vincent of Vincent Law, PLLC enters her appearance as counsel for Arabella PH 3201 LLC ("Arabella"), an interested party, in connection with its motion under Bankruptcy Rule 9024 concerning the Order Granting the Receiver's Motion to Show Authority entered October 17, 2025 [ECF No. 304].

Under Federal Rules of Bankruptcy Procedure 2002 and 9010(b), Arabella requests that all notices given or required to be given, and all papers served or required to be served, in this case be given to and served on:

**Courtney A. Vincent**
***Vincent Law, PLLC***
P.O. Box 940129
Houston, Texas 77094
Tel: (713) 223-9300
**info@vincentlawpllc.com**

This appearance is not a waiver of any right, claim, defense, or objection of Arabella, all of which are reserved, and is not consent to the jurisdiction of this Court over any matter other than the motion described above.

Date: October 19, 2026

Respectfully submitted,

*/s/ Courtney A. Vincent*
**Courtney A. Vincent**
Minnesota Bar No.: 0403083
***Vincent Law, PLLC***
1035 Dairy Ashford, Suite 145
Houston, Texas 77079
**Mailing Address:**
P.O. Box 940129
Houston, Texas 77094
Tel: (713) 223-9300
Fax: (832) 603-4444
**info@vincentlawpllc.com**

**COUNSEL FOR ARABELLA PH 3201 LLC**

**CERTIFICATE OF SERVICE**

I certify that on October 19, 2026, this notice was filed through the Court's CM/ECF system, which will send notice of the filing to all parties registered to receive electronic notice in this case.

*/s/ Courtney A. Vincent*
**Courtney A. Vincent**