**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | **§** | |
| | **§** | |
| **RIC (LAVERNIA) LLC,** | **§** | **Case No. 24-51195-mmp** |
| | **§** | |
| **Debtor.** | **§** | **Chapter 11** |

# EXHIBIT O

Email from Michael Poynter to counsel for the taxing authorities, *City of Houston v. Arabella PH 3201 LLC*, No. 2023-67381 (Aug. 19, 2026)

*Movants' Rule 9024 Motion as to ECF Nos. 304 and 348 and the Judgments in Adv. Nos. 24-05043 and 25-05040*

Gmail

Vincent Law PLLC <info@vincentlawpllc.com>

## (no subject)

1 message

**Ali Choudhri** <ali@jetallcapital.com> Wed, Oct 14, 2026 at 9:15 AM
To: Vincent Law PLLC <info@vincentlawpllc.com>, Lori Hood <lhood@shackelford.law>

**From:** Michael Poynter <mpoynter@vargolawfirm.com>
**Sent:** Wednesday, August 19, 2026 1:17 PM
**To:** Margaret Alfred <Margaret.Alfred@lgbs.com>
**Cc:** Travis Vargo <tvargo@vargolawfirm.com>
**Subject:** 2023-67381, City of Houston et al v. Arabella PH 3201 LLC

Margaret,

I represent Travis Vargo, who is the Court-Appointed Attorney for Ali Choudhri and two of his entities. The turnover orders are attached. They were entered in April 2025.

This is a post-judgment collection matter. Two of the receivership assets in *custodia legis* are Arabella PH 3201 LLC and the real property it owns, a condo at 4521 San Felipe St. #3201, Houston, TX 77027. Judge Wilson, presiding judge for the turnover proceedings, ordered that the Receiver is entitled to possess the condo and to sell it in an arm's length sale. That order is also attached.

You represent taxing authorities in a suit against Arabella PH 3201 LLC, #2023-67381. My understanding is that the condo is posted for the September 2026 auction. **Respectfully, that sale cannot proceed absent Judge Wilson's authority.** "No one has the authority, even under a prior deed of trust or execution, to sell property held *in custodia legis* by a duly appointed receiver, unless the sale is authorized by the court in which the receivership is pending." *First S. Props., Inc. v. Vallone*, 533 S.W.2d 339, 341 (Tex. 1976).

Per the attached order, Receiver has the current authority to sell the property and he is proceeding with same subject to the resolution of an emergency motion that will be ruled on by next week. Your clients' tax liens would be paid at closing.

Can we agree to withdraw the pending tax sale so that the Receiver can sell the property at a market price and discharge the liens?

The best way to communicate with Travis is 832-656-8550. Can you please reach out at your earliest convenience to discuss with him?

Very truly yours,

Michael Poynter

Attorney
Vargo Law Firm, P.C.
12012 Wickchester, Suite 670

Houston, TX 77079
(713) 524-2441, Ext. 2 - Phone
(832) 779-8838 - Fax
www.vargolawfirm.com

Confidentiality Notice: The contents of this electronic message, and any attachment to it, contain information which may be confidential and/or privileged. This information is intended only for the addressed recipients and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or use of this electronic message or its contents is strictly prohibited and may be unlawful. If you have received this electronic message in error, please immediately reply to the sender that you have received the message in error, and destroy all copies of it. Further, nothing in the above message is intended to and does not constitute tax advice. All information transmitted herein should be disclosed to your tax preparer for advice. Lastly, pursuant to the Fair Debt Collection Practices Act, you are advised that this office is deemed to be a debt collector and any information obtained may be used for that purpose.

---

**2 attachments**

**AMENDED TURNOVER ORDER - D CASE certified (4).PDF**
948K

**AMENDED TURNOVER ORDER - A CASE certified (4).PDF**
863K