**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **RIC (LAVERNIA) LLC,** | § | **Case No. 24-51195-mmp** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

# EXHIBIT R

Proposed "Agreed Order of Turnover," Cause No. 2012-27197-A
(unsigned and undated) (highlighting added)

*Movants' Rule 9024 Motion as to ECF Nos. 304 and 348 and the Judgments in Adv. Nos. 24-05043 and 25-05040*

CAUSE NO. 2012-27197-A

| | | |
|---|---|---|
| MOKARAM-LATIF WEST LOOP, LTD. | § | IN THE DISTRICT COURT OF |
| PLAINTIFF, | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ALI CHOUDHRI ET AL | § | |
| DEFENDANTS | § | 333rd JUDICIAL DISTRICT |

**AGREED ORDER OF TURNOVER**

Upon agreement of the Judgment Debtor, Ali Choudhri, it is hereby ORDERED that one hundred percent (100%) of the ownership, equity, units, interest, and/or shares in the following business entities (and the assets owned by them) are turned over to Receiver Travis Vargo for liquidation and application to the outstanding judgments pursuant to the Court's Turnover Order(s):

- DALIO HOLDINGS LLC;
- GALLERIA WEST LOOP INVESTMENT LLC;
- MEANDERING BEND LLC;
- MEMORIAL GLEN COVE LLC; AND
- PBAC 507 HOLDINGS, LLC;

DATE:

____________________________________
Randy Wilson, Presiding Judge

AGREED:____________________________________
Judgment Debtor, Ali Choudhri