**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | **§** | |
| | **§** | |
| **RIC (LAVERNIA) LLC,** | **§** | **Case No. 24-51195-mmp** |
| | **§** | |
| **Debtor.** | **§** | **Chapter 11** |

# EXHIBIT X

Letter from Kyle Hirsch to Lori and John Daves (Apr. 17, 2024)
(highlighting added)

*Movants' Rule 9024 Motion as to ECF Nos. 304 and 348 and the Judgments in Adv. Nos. 24-05043 and 25-05040*

BCLP.
Bryan Cave Leighton Paisner

BRYAN CAVE LEIGHTON PAISNER LLP
Dallas Arts Tower
2200 Ross Avenue Suite 4200W
Dallas TX 75201 7965
T: +1 214 721 8000
F: +1 214 721 8100
bclplaw.com

April 17, 2024

Kyle Hirsch
Partner
Direct: +1 602 364 7170
Fax: +1 602 716 8170
kyle.hirsch@bclplaw.com

Lori Daves, as substitute trustee
John Daves, as substitute trustee
info@thedaveslawfirm.com
lori@thedaveslawfirm.com
john@thedaveslawfirm.com

**Via E-Mail**

**Re: Defective Substitute Trustee's Deed dated March 22, 2024 and recorded in the Wilson County, Texas, real property records on March 26, 2024 at Document Number 141143.**

Mr. and Ms. Daves:

This law firm represents RIC (Lavernia) LLC, an entity that acquired title to real property located in Wilson County, Texas (the "Property") as set forth in that certain Substitute Trustee's Deed dated March 22, 2024 and recorded in the Wilson County, Texas, real property records on March 26, 2024 at Document Number 141143.

Another, different Substitute Trustee's Deed dated April 2, 2024, was recorded on April 8, 2024, in the Wilson County, Texas, real property records at Document Number 141408 (the "Daves Trustee's Deed") purporting to convey title to the same Property to Milestone Capital CRE I, LLC, under a sale that allegedly occurred on April 2, 2024. The Daves Trustee's Deed is signed by Lori P. Daves, as Substitute Trustee – which is consistent with the recorded Appointment of Substitute Trustee dated February 14, 2024 and recorded in the Wilson County, Texas, real property records on March 12, 2024, at Document No. 140814 naming Ms. Daves and John Daves, and each of them acting alone, as the substitute trustees under a deed of trust given by OTISCO RDX, LLC in favor of Milestone Capital CRE I, LLC as beneficiary.

The Daves Trustee's Deed, and the purported sale on April 2, 2024, are defective. The Daves Trustee's Deed falsely refers to a Notice of Substitute Trustee's Sale on Page 2 as: "The Notice of Substitute Trustee's Sale **filed with the County Clerk of Wilson, Texas** in compliance with Texas Property Code section 51.002 and the Deed of Trust." (emphasis added). The Daves Trustee's Deed further falsely states on Page 2 that "Copies of the Notice of Substitute Trustee's Sale stating the time, place, and terms of sale of the Property were posted **and filed** according to the requirements of the Deed of Trust and Texas Property Code sections 51.002." (emphasis added). However, the Wilson County, Texas real property records do not reflect any such filing. The purported sale is therefore defective and fails to comply with Texas Property Code section 51.002(b)(2), which requires, among other things, that a proper notice of sale be filed in the office of the county clerk at least 21 days before the date of sale.

RIC (Lavernia) LLC therefore demands that you, as substitute trustees, correct the real property records by promptly rescinding the Daves Trustee's Deed and purported sale, and record such rescission document in the Wilson County, Texas, real property records. Please respond to this correspondence

BCLP
Bryan Cave Leighton Paisner

acknowledging the defects and confirming you intend to rescind; and please send copies of the recorded rescission documents.

Further, please consider this correspondence a demand and request by RIC (Lavernia) LLC for timely delivery of copies of any and all notices of sale of the Property to be directed to me on behalf of RIC (Lavernia) LLC. This includes, among other things, any notices of any proposed sale pursuant to the terms of the Milestone Capital CRE I, LLC deed of trust.

RIC (Lavernia) LLC expressly reserves all of its rights.

Sincerely,

Kyle Hirsch

KH:lar

cc: Milestone Capital CRE I, LLC (via certified mail)
2704 Joanel
Houston, TX 77027

OTISCO RDX, LLC (via certified mail)
412 W. Polk Street, Apt. 1
Houston, Texas 77019-4763
Attn: Ian M. Cain