**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **RIC (LAVERNIA) LLC,** | § | **Case No. 24-51195-mmp** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

# EXHIBIT FF

Emails between Kyle Hirsch and Ali Choudhri, "Romspen – Wilson County sale" (Dec. 26, 2023 – Feb. 13, 2024) (highlighting added)

*Movants' Rule 9024 Motion as to ECF Nos. 304 and 348 and the Judgments in Adv. Nos. 24-05043 and 25-05040*

JETALL

**Ali @ Jetall <ali@jetallcompanies.com>**

---

# RE: Romspen - Wilson County sale

1 message

---

**Kyle Hirsch** <kyle.hirsch@bclplaw.com> Tue, Feb 13, 2024 at 5:32 PM
To: "Ali @ Jetall" <ali@jetallcapital.com>
Cc: Amanda Gadison <Amanda.Gadison@bclplaw.com>, "James Q. Pope" <jamesp@thepopelawfirm.com>

Opening bid of $100,000.

BCLP.

KYLE S. HIRSCH
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - Phoenix, AZ USA / Dallas, TX USA
kyle.hirsch@bclplaw.com
T: +1 602 364 7170

---

**From:** Ali @ Jetall <ali@jetallcapital.com>
**Sent:** Tuesday, February 13, 2024 4:31 PM
**To:** Kyle Hirsch <kyle.hirsch@bclplaw.com>
**Cc:** Amanda Gadison <Amanda.Gadison@bclplaw.com>; James Q. Pope <jamesp@thepopelawfirm.com>
**Subject:** Re: Romspen - Wilson County sale

How much did the Wilson County property sell for?

On Tue, Feb 6, 2024 at 12:24 PM Kyle Hirsch <kyle.hirsch@bclplaw.com> wrote:

> Did not receive confirmation.  I expect the sale is going forward.

Kyle Hirsch

BCLP LLP

On Feb 6, 2024 8:31 AM, Kyle Hirsch <kyle.hirsch@bclplaw.com> wrote:

Payoff for LaVernia is $2,266,000.  Please forward wire confirmation including Amanda on your transmission.

Kyle Hirsch

BCLP LLP

On Feb 6, 2024 7:07 AM, Kyle Hirsch <kyle.hirsch@bclplaw.com> wrote:

Attached is the wire information.  I am obtaining the payoff amount.

KYLE S. HIRSCH
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - Phoenix, AZ USA / Dallas, TX USA
kyle.hirsch@bclplaw.com
T: +1 602 364 7170

---

**From:** Ali @ Jetall <ali@jetallcapital.com>
**Sent:** Tuesday, February 6, 2024 5:52 AM
**To:** Kyle Hirsch <kyle.hirsch@bclplaw.com>
**Cc:** Amanda Gadison <Amanda.Gadison@bclplaw.com>; James Q. Pope <jamesp@thepopelawfirm.com>
**Subject:** Re: Romspen - Wilson County sale

Can you provide the payoff for Lavernia    Along wiring instructions    This is the Otisco property

This information is needed asap Please send by 9 am

This is time sensitive

On Mon, Jan 1, 2024 at 7:59 AM Kyle Hirsch <kyle.hirsch@bclplaw.com> wrote:

> This email confirms that the substitute trustee of the OTISCO property in Wilson County has been instructed to cancel the non-judicial sale scheduled for tomorrow. TIG Romspen expressly reserves all of its rights.
>
> Kyle
>
> KYLE S. HIRSCH
> Partner
> BRYAN CAVE LEIGHTON PAISNER LLP - Phoenix, AZ USA / Dallas, TX USA
> kyle.hirsch@bclplaw.com
> T: +1 602 364 7170
>
> ---
>
> **From:** Kyle Hirsch
> **Sent:** Wednesday, December 27, 2023 2:54 PM
> **To:** 'James Q. Pope' <jamesp@thepopelawfirm.com>
> **Subject:** RE: TOG Romspen v. Galleria Loop and Choudhri
>
> James –

To keep this clean, this email addresses the property located in Wilson County.

Letters had been sent prematurely without the posted notices. Attached is a copy of the letter that was re-sent with the notice attached.

Tracking info for hard copy recipients is attached.

Kyle

KYLE S. HIRSCH
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - Phoenix, AZ USA / Dallas, TX USA
kyle.hirsch@bclplaw.com
T: +1 602 364 7170

---

**From:** James Q. Pope <jamesp@thepopelawfirm.com>
**Sent:** Tuesday, December 26, 2023 10:38 PM
**To:** Kyle Hirsch <kyle.hirsch@bclplaw.com>
**Subject:** Re: TOG Romspen v. Galleria Loop and Choudhri

Kyle,

I see that there are several copies of the attached letters floating around, which make reference to a notice of foreclosure being enclosed, but it doesn't appear that a copy of the actual notice of foreclosure was attached to

any of the email correspondence received. Can you forward a copy of the actual notice of foreclosure that was sent to the borrower for the building located at 1001 W. Loop South and the Wilson County property, and proof that the foreclosure notice was mailed to Galleria Loop Note Holder and Otisco RDX?

James Q. Pope
Attorney at Law
The Pope Law Firm
6161 Savoy, Suite 1125

Houston, Texas 77036
PH: 713-449-4481

FX: 281-657-9693

**CONFIDENTIALITY/PRIVILEGE NOTICE**: The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and/or its attachments, if any, or the information contained herein is strictly prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank You.

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

> We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.