**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **RIC (LAVERNIA) LLC,** | § | **Case No. 24-51195-mmp** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**Related: Adv. Nos. 24-05043 and 25-05040**

**MOTION TO REOPEN CASE AND ADVERSARY PROCEEDING NOS. 24-05043 AND 25-05040 FOR THE LIMITED PURPOSE OF CONSIDERING THE RULE 9024 MOTION**

TO THE HONORABLE MICHAEL M. PARKER, UNITED STATES BANKRUPTCY JUDGE:

Arabella PH 3201 LLC, Otisco RDX, LLC, and Milestone Capital CRE 1, LLC, through their counsel, and Ali Choudhri, individually and pro se, who joins in this motion (together, “Movants”), move under 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010 to reopen this case and Adversary Nos. 24-05043 and 25-05040 for the limited purpose of considering the Motion of Arabella PH 3201 LLC, Otisco RDX, LLC, and Milestone Capital CRE 1, LLC, Joined by Ali Choudhri, Under Bankruptcy Rule 9024 to Reopen for a Limited Purpose and to Vacate the Order Granting the Receiver’s Motion to Show Authority [ECF No. 304] or, in the Alternative, to Clarify Its Scope, and to Vacate the Judgments Entered for RIC (Lavernia), LLC in Adversary Nos. 24-05043 and 25-05040 and the Stipulated Order of Case Dismissal [ECF No. 348] [ECF No. ___] (the “Rule 9024 Motion”), filed the same day, and respectfully show:

1. **Background.** This case was dismissed on December 5, 2025, by the Stipulated Order of Case Dismissal [ECF No. 348]. Adversary No. 24-05043 concluded with a stipulated judgment entered November 24, 2025 [Adv. ECF No. 195], and Adversary No. 25-05040 concluded with a judgment entered October 15, 2025 [Adv. ECF No. 126].

2. **Relief requested.** Movants ask the Court to reopen this case and both adversary proceedings for the sole and limited purpose of hearing and deciding the Rule 9024 Motion, which seeks relief under Bankruptcy Rule 9024 from orders entered in these proceedings: the Order Granting the Receiver's Motion to Show Authority [ECF No. 304], the two adversary judgments, and ECF No. 348.

3. **Cause exists.** A case may be reopened "to administer assets, to accord relief to the debtor, or for other cause." 11 U.S.C. § 350(b). Cause exists here. The Rule 9024 Motion asks the Court to address its own orders, which the Court retains jurisdiction to interpret and enforce. *Travelers Indem. Co. v. Bailey*, 557 U.S. 137, 151 (2009). Those orders are being relied on now in other forums, including as the basis for a proposed $42,371,306.88 state-court judgment set for hearing on December 3, 2026.

4. **Reopening is limited and does not decide the merits.** Movants ask only that the proceedings be reopened so the Court may consider the Rule 9024 Motion. Reopening does not itself grant any relief requested in the Rule 9024 Motion, and it prejudices no party. Every respondent is represented by counsel and will have a full opportunity to respond.

5. **No trustee is needed.** Movants do not ask for the appointment of a trustee. Fed. R. Bankr. P. 5010.

6. **Fees.** Movants will pay any reopening fee the Clerk determines is due, or will promptly seek a deferral or waiver if appropriate.

7. **Proposed order.** A proposed order is attached as Exhibit A and is being uploaded separately. L. Rule 9013-1(b). Movants are also filing a motion for expedited consideration under L. Rule 9014-1(e) and ask that this motion be considered with it.

Movants ask the Court to reopen Case No. 24-51195 and Adversary Nos. 24-05043 and 25-05040 for the limited purpose of considering the Rule 9024 Motion, and to grant such other relief as is just.

Date: October 19, 2026

Respectfully submitted,

*/s/ Courtney A. Vincent*
**Courtney A. Vincent**
Minnesota Bar No.: 0403083
***Vincent Law, PLLC***
1035 Dairy Ashford, Suite 145
Houston, Texas 77079
**Mailing Address:**
P.O. Box 940129
Houston, Texas 77094
Tel: (713) 223-9300
Fax: (832) 603-4444
**info@vincentlawpllc.com**

**COUNSEL FOR ARABELLA PH 3201 LLC, OTISCO RDX, LLC, AND MILESTONE CAPITAL CRE 1, LLC**

**JOINED BY:**

Ali Choudhri joins in this motion.

*/s/ Ali Choudhri*
**Ali Choudhri, pro se**
4521 San Felipe, Unit 3201
Houston, Texas 77027
(281) 630-6627
**ali@jetallcapital.com**

*Vincent Law, PLLC represents Arabella PH 3201 LLC, Otisco RDX, LLC, and Milestone Capital CRE 1, LLC and does not represent Ali Choudhri individually.*

## CERTIFICATE OF CONFERENCE

I certify that on October 19, 2026, at 8:36 p.m. Central time, I sent a conferral email regarding the relief requested, including reopening this case and Adversary Nos. 24-05043 and 25-05040, to Leslie M. Luttrell, counsel for Travis B. Vargo, and to Kyle S. Hirsch and Lynn Hamilton Butler, counsel for RIC (Lavernia) LLC and TIG Romspen US Master Mortgage LP. Mr. Hirsch responded that he will respond substantively after conferring with his clients, who reserve all rights, and that he considers the motions meritless. Ms. Luttrell and Ms. Butler had not responded as of filing. The motion is presented as opposed.

*/s/ Courtney A. Vincent*
**Courtney A. Vincent**

**CERTIFICATE OF SERVICE**

I certify that on October 19, 2026, this motion and its proposed order were filed through the Court's CM/ECF system, which will send notice of the filing to all parties registered to receive electronic notice in this case.

*/s/ Courtney A. Vincent*
**Courtney A. Vincent**