**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **RIC (LAVERNIA) LLC,** | § | **Case No. 24-51195-mmp** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**Related: Adv. Nos. 24-05043 and 25-05040**

# MOTION FOR EXPEDITED CONSIDERATION OF THE RULE 9024 MOTION

TO THE HONORABLE MICHAEL M. PARKER, UNITED STATES BANKRUPTCY JUDGE:

Arabella PH 3201 LLC, Otisco RDX, LLC, and Milestone Capital CRE 1, LLC, through their counsel, and Ali Choudhri, individually and pro se, who joins in this motion (together, "Movants"), move under Local Rule 9014-1(e) for expedited consideration of the Motion of Arabella PH 3201 LLC, Otisco RDX, LLC, and Milestone Capital CRE 1, LLC, Joined by Ali Choudhri, Under Bankruptcy Rule 9024 to Reopen for a Limited Purpose and to Vacate the Order Granting the Receiver's Motion to Show Authority [ECF No. 304] or, in the Alternative, to Clarify Its Scope, and to Vacate the Judgments Entered for RIC (Lavernia), LLC in Adversary Nos. 24-05043 and 25-05040 and the Stipulated Order of Case Dismissal [ECF No. 348] [ECF No. 363] (the "Rule 9024 Motion"), filed October 19, 2026, and respectfully show:

1. **Relief requested.** Movants ask the Court to grant promptly their separately filed Motion to Reopen Case and Adversary Proceeding Nos. 24-05043 and 25-05040,

to set the Rule 9024 Motion for hearing on an expedited basis, on or before November 20, 2026, or at the Court's earliest convenience, and to rule before December 3, 2026. In the interim, Movants ask the Court to confirm that the Order Granting the Receiver's Motion to Show Authority [ECF No. 304] does not authorize Travis B. Vargo to consent to, or decline to oppose, a money judgment against Ali Choudhri individually.

2. **Need for expedited consideration.** On October 7, 2026, TIG Romspen US Master Mortgage LP, through counsel who also represents the Debtor, submitted a revised proposed Final Judgment in *TIG Romspen US Master Mortgage LP v. Galleria Loop Note Holder, LLC*, No. 2023-84714, in the 333rd District Court of Harris County, Texas, for $42,371,306.88 plus $16,612.89 per day against Choudhri individually. The proposed judgment is "unopposed by Travis Vargo" on Choudhri's behalf, and its paragraph Q asks the state court to find that two United States Bankruptcy Judges, citing this Court's ECF No. 304, gave Vargo "exclusive authority to represent the interests of Choudhri and entities controlled by Choudhri." Rule 9024 Motion, Ex. I. The state court has set the matter for an in-person hearing on December 3, 2026, at which Romspen has stated it will request entry of the judgment. Once signed, that judgment and its findings are likely to be asserted as preclusive in other proceedings, including against the Rule 9024 Motion.

3. **Date by which relief is needed.** Movants need a ruling, or at a minimum the interim confirmation requested in paragraph 1, no later than Wednesday, December 2, 2026.

4. **Good cause.** The Rule 9024 Motion concerns the scope of this Court's own order and the integrity of the record in this case. A ruling after December 3, 2026 may come too late to prevent ECF No. 304 from being used as the basis for a $42 million judgment on a finding this Court did not make. *See* ECF No. 304 at 6 n.7. Expedited consideration does not prejudice any party: the Rule 9024 Motion rests largely on this Court's docket and on the respondents' own filings, and every respondent is represented by counsel.

5. **Proposed order.** A proposed form of order is attached as Exhibit A and is being uploaded separately.

Movants ask the Court to grant this motion, set the Rule 9024 Motion for expedited hearing, and grant such other relief as is just.

Date: October 19, 2026

Respectfully submitted,

/s/ Courtney A. Vincent
**Courtney A. Vincent**
Minnesota Bar No.: 0403083
***Vincent Law, PLLC***
1035 Dairy Ashford, Suite 145
Houston, Texas 77079
**Mailing Address:**
P.O. Box 940129
Houston, Texas 77094
Tel: (713) 223-9300
Fax: (832) 603-4444
**info@vincentlawpllc.com**

**COUNSEL FOR ARABELLA PH 3201 LLC, OTISCO RDX, LLC, AND MILESTONE CAPITAL CRE 1, LLC**

**JOINED BY:**

Ali Choudhri joins in this motion.

*/s/ Ali Choudhri*
**Ali Choudhri, pro se**
4521 San Felipe, Unit 3201
Houston, Texas 77027
(281) 630-6627
**ali@jetallcapital.com**

*Vincent Law, PLLC represents Arabella PH 3201 LLC, Otisco RDX, LLC, and Milestone Capital CRE 1, LLC and does not represent Ali Choudhri individually.*

## CERTIFICATE OF CONFERENCE

I certify that on October 19, 2026, I conferred by email with Leslie M. Luttrell, counsel for Travis B. Vargo, and with Kyle S. Hirsch, R. Luke Graham, Justin D. Hanna, and Lynn Hamilton Butler, counsel for RIC (Lavernia) LLC and TIG Romspen US Master Mortgage LP, regarding expedited consideration of the Rule 9024 Motion. No response was received before filing, and the motion is presented as opposed.

*/s/ Courtney A. Vincent*
**Courtney A. Vincent**

## **CERTIFICATE OF SERVICE**

I certify that on October 19, 2026, this motion and its proposed order were filed through the Court's CM/ECF system, which will send notice of the filing to all parties registered to receive electronic notice in this case.

*/s/ Courtney A. Vincent*
**Courtney A. Vincent**