**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **RIC (LAVERNIA) LLC,** | § | **Case No. 24-51195-mmp** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

# EXHIBIT A

Proposed Order Granting Motion for Expedited Consideration of the Rule 9024 Motion (also uploaded separately)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **RIC (LAVERNIA) LLC,** | § | **Case No. 24-51195-mmp** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**Related: Adv. Nos. 24-05043 and 25-05040**

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF THE RULE 9024 MOTION**

Came on for consideration the Motion for Expedited Consideration of the Rule 9024 Motion [ECF No. ___] (the "Motion"), filed by Arabella PH 3201 LLC, Otisco RDX, LLC, Milestone Capital CRE 1, LLC, and Ali Choudhri. The Court finds that the Motion should be GRANTED. It is therefore ORDERED:

1. The Motion of Arabella PH 3201 LLC, Otisco RDX, LLC, and Milestone Capital CRE 1, LLC, Joined by Ali Choudhri, Under Bankruptcy Rule 9024 to Reopen for a Limited Purpose and to Vacate the Order Granting the Receiver's Motion to Show Authority [ECF No. 304] or, in the Alternative, to Clarify Its Scope, and to Vacate the Judgments Entered for RIC (Lavernia), LLC in Adversary Nos. 24-05043 and 25-05040 and the Stipulated Order of Case Dismissal [ECF No. 348] [ECF No. 363] (the "Rule 9024 Motion") is set for hearing on ___________, 2026, at ____ __.m., in Courtroom ____, United States Bankruptcy Court, 615 E. Houston Street, San Antonio, Texas 78205.

2. Any response to the Rule 9024 Motion shall be filed no later than __________, 2026.

3. Movants shall serve this Order on all parties entitled to notice no later than one business day after its entry and shall file a certificate of service.

###

**Prepared and submitted by:**
**Courtney A. Vincent**
Minnesota Bar No.: 0403083
***Vincent Law, PLLC***
P.O. Box 940129
Houston, Texas 77094
Tel: (713) 223-9300
**info@vincentlawpllc.com**
Counsel for Arabella PH 3201 LLC, Otisco RDX, LLC, and Milestone Capital CRE 1, LLC