**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 21, 2026.**

**MICHAEL M. PARKER**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **RIC (LAVERNIA) LLC,** | § | **CASE NO. 24-51195-MMP** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |

**ORDER DISMISSING MOTION AS MOOT**

The Court considered Arabella PH 3201 LLC, Otisco RDX, LLC, and Milestone Capital CRE 1, LLC's *Motion for Expedited Consideration of the Rule 9024 Motion* (ECF No. 365) and the docket in this case and determined the *Motion* should be dismissed as moot. The Court dismissed the underlying motions as noncompliant in ECF Nos. 366 and 367. It is therefore

**ORDERED** that the *Motion* (ECF No. 365) is **DISMISSED** as moot.

# # #