**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **RIC (LAVERNIA) LLC,** | § | **Case No. 24-51195-mmp** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**Related: Adv. Nos. 24-05043 and 25-05040**

**ORDER VACATING THE ORDER GRANTING THE RECEIVER'S MOTION TO SHOW AUTHORITY [ECF NO. 304], THE JUDGMENTS IN ADVERSARY NOS. 24-05043 AND 25-05040, AND THE STIPULATED ORDER OF CASE DISMISSAL [ECF NO. 348]**

Came on for consideration the Motion of Arabella PH 3201 LLC, Otisco RDX, LLC, and Milestone Capital CRE 1, LLC, Joined by Ali Choudhri, Under Bankruptcy Rule 9024 to Vacate the Order Granting the Receiver's Motion to Show Authority [ECF No. 304] or, in the Alternative, to Clarify Its Scope, and to Vacate the Judgments Entered for RIC (Lavernia), LLC in Adversary Nos. 24-05043 and 25-05040 and the Stipulated

Order of Case Dismissal [ECF No. 348] [ECF No. 369] (the "Motion"). Having considered the Motion, the record, and any responses, the Court finds that the Motion should be GRANTED. It is therefore ORDERED:

1. To the extent not already reopened, this case and Adversary Nos. 24-05043 and 25-05040 are reopened for the limited purpose of considering the Motion.

2. Otisco RDX, LLC and Milestone Capital CRE 1, LLC may proceed on the Motion through their counsel of record, Courtney A. Vincent.

3. The Order Granting the Receiver's Motion to Show Authority [ECF No. 304] is VACATED.

4. The Receiver's Motion to Show Authority [ECF No. 277] is [DENIED] [set for an evidentiary hearing on ___________, 2026, at _____ __.m., on not less than 21 days' notice to all parties in interest].

5. Nothing in this Order or in ECF No. 304 authorizes Travis B. Vargo to settle, compromise, consent to, or decline to oppose a money judgment against Ali Choudhri individually.

6. The stipulated judgment in Adversary No. 24-05043 [Adv. ECF No. 195], the judgment in Adversary No. 25-05040 [Adv. ECF No. 126], and the Stipulated Order of Case Dismissal [ECF No. 348] are VACATED.

7. No later than ___________, 2026, RIC (Lavernia) LLC and TIG Romspen US Master Mortgage LP shall produce to Movants RIC's formation documents; every assignment between them, with the consideration paid; any authorization for a

credit bid; the substitute trustee's records of the February 6, 2024 sale; and any recording of that sale.

8. The Motion, first filed on October 19, 2026 [ECF No. 363], is deemed filed as of that date for purposes of Federal Rule of Civil Procedure 60(c)(1).

9. The Court retains jurisdiction to interpret and enforce this Order.

# # #

**Prepared and submitted by:**
**Courtney A. Vincent**
Minnesota Bar No.: 0403083
***Vincent Law, PLLC***
P.O. Box 940129
Houston, Texas 77094
Tel: (713) 223-9300
**info@vincentlawpllc.com**
Counsel for Arabella PH 3201 LLC, Otisco RDX, LLC, and Milestone Capital CRE 1, LLC