**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **RIC (LAVERNIA) LLC,** | § | **Case No. 24-51195-mmp** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

# EXHIBIT J

Receiver's Report, Accounting, and Motion to Distribute, Cause No. 2012-27197-D (Mar. 3, 2026) (sworn), with its Exhibit 2 (invoices) (excerpts) (highlighting added)

*Movants' Rule 9024 Motion as to ECF Nos. 304 and 348 and the Judgments in Adv. Nos. 24-05043 and 25-05040*

CAUSE NO. 2012-27197-D

| | | |
|---|---|---|
| Mokaram-Latif West Loop, Ltd.<br>Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| V. | §<br>§ | HARRIS COUNTY, TEXAS |
| Ali Choudhri et al<br>Defendants | §<br>§ | 333rd JUDICIAL DISTRICT |

**RECEIVER'S REPORT, ACCOUNTING, AND MOTION TO DISTRIBUTE**

TO THE HONORABLE JUDGE RANDY WILSON:

Receiver Travis Vargo ("Receiver") reports the following:

**RECEIVER COLLECTIONS**

1. Judgment Debtor Ali Choudhri ("Choudhri") has voluntarily paid no money toward his legal obligations. Receiver has labored since March 31, 2025, and collected the following:

| Amount ($) | Source of Funds / Explanation |
|---|---|
| 1,480.16 | Levy on Zions (Amegy) Bank |
| 2,870.46 | Levy on Wallace State Bank |
| 24,151.00 | Levy on Fidelity Brokerage Services |
| 16,550.31 | Levy on Hancock Whitney Bank |
| 100,000.00 | Settlement and resolution of Ali Choudhri's legal claims in Harris County District Clerk Cause Nos. 2012-27197-C per Hon. Randy Wilson Order signed 10/27/2025 |
| 75,948.35 | Order Distributing Money in the Registry per Hon. Randy Wilson Order signed 09/16/2025 in Cause No. 2012-27197-C |
| 225,000.00 | Settlement and resolution of claims on behalf of Milestone Capital CRE1 LLC and Otisco RDX LLC associated with Bankruptcy Case # 24-51195-MMP, in the Western District of Texas (San Antonio) as authorized by Judge Michael Parker and Case # 24-10119-SMR in the Western District of Texas (Austin) as authorized by Judge Christopher Bradley |
| 500,000.00 | Settlement and resolution of Ali Choudhri's legal claims in Harris County District Clerk Cause Nos. 2020-79998 and 2020-51949 |
| 688,527.83 | Net Proceeds from the Sale of 6531 Rodrigo St., Houston, TX 77007 per Hon. Randy Wilson Order signed 2/9/2026 |
| 920,553.65 | Net Proceeds from the Sale of 402 Terrace Dr., Houston, TX 77007 per Hon. Randy Wilson Order signed 2/9/2026 |
| **2,555,081.76** | **Total** |

*See* attached Exhibit 1.

**RECEIVERSHIP EXPENSES**

2. Receiver has advanced expenses totaling $184,610.01. *See* attached Exhibit 2. Most of it ($167,000.00) stems from fees earned by Leslie M. Luttrell, Luttrell + Carmody Law Group, One International 100 N.E. Loop 410, Suite 615, San Antonio, TX 78216 in connection with Federal Bankruptcy Court legal representation and counseling in the following matters:

a. *In re: Texas Reit LLC* (Chapter 11 Main Case), Case # 24-10120-SMR, In the United States Bankruptcy Court for the Western District of Texas –Austin Division

   i. Adversary # 24-01045-SMR, *WCW Houston Properties LLC v. Texas Reit LLC, Dalio Holdings I LLC and Dalio Holdings II LLC,* In the United States Bankruptcy Court for the Western District of Texas –Austin Division (the "WCW Adversary");

b. *In re: RIC (LAVERNIA) LLC*, Case No. 24-51195-MMP, In the United States Bankruptcy Court for the Western District of Texas – San Antonio Division;

c. *In re: Meandering Bend LLC*, Case 25-51814-CAG, In the United States Bankruptcy Court for the Western District of Texas – Austin;

d. *In re: Memorial Glen Cove LLC*, Case 25-51840-MMP, In the United States Bankruptcy Court for the Western District of Texas – San Antonio;

e. *In re: Meandering Bend LLC*, Case 25-11334, In the United States Bankruptcy Court for the Western District of Texas – Austin;

   i. Adversary No. 25-03628, *Mokaram-Latif West Loop Ltd. v. Ali Choudhri et al*., In the United States Bankruptcy Court for the Southern District of Texas – Houston;

ii. Adversary No. 25-03825, Mokaram-Latif West Loop Ltd. v. Ali Choudhri, In the United States Bankruptcy Court for the Southern District of Texas – Houston;

f. *In re: 1001 WL, LLC*, Case No. 24-10119-SMR In the United States Bankruptcy Court for the Western District of Texas – Austin;

g. *In re: Houston Real Estate Properties LLC*, Case No. 22-32998, In the United States Bankruptcy Court for the Southern District of Texas – Houston;

h. *In re: Dalio Holdings I LLC*, Case No. 25-11157-CGB, In the United States Bankruptcy Court for the Western District of Texas – Austin; and

i. *In re: Ali Choudhri*, Case No. 25-90797, In the United States Bankruptcy Court for the Southern District of Texas – Houston.

3. Ms. Lutrell was instrumental in getting the A-Case and the D-Case remanded to this Court multiple times, assisted the Receiver with Choudhri's personal bankruptcy, and has taken the lead on defending claims in the WCW Adversary so that the Receiver can obtain approximately $8.5 million from the U.S. Trustee in the Texas Reit LLC bankruptcy.

4. Receiver also paid and/or incurred fees in the amount of $12,5000.00 with Seth Nichamoff, Nichamoff Law, P.C., 2444 Times Blvd., Suite 270, Houston, TX 77005 for representation and counseling in Cause No. 2020-51949, *Ali Choudhri v. George Lee et al*., in the 133rd District Court of Harris County, Texas and Cause No. 2020-79998, *Ali Choudhri v. George Lee et al*. in the 125th District Court of Harris County, Texas. Mr. Nichamoff was instrumental in the evaluation and settlement of claims.

5. The rest ($5,110.01) relates to the following costs associated with filing fees, recording fees, process server fees, search fees, IRS mileage rate reimbursement, hotels, etc.:

| Amount ($) | Description |
|---|---|
| 12.50 | Purchase certified court orders from Harris County District Clerk |
| 12.60 | Certified copies of amended turnover orders |
| 12.80 | Certified Copies Amended Turnover Orders (April 8 and 9) |
| 99.33 | Postage for Regular Mail (43 x 2.31 each) |
| 307.88 | 307.88 (postage certified mail, 32*7.16 each) |
| 25.00 | Frost Subpoena Investigation Fee Invoice # TV1002 |
| 35.66 | Recording fee for Notice of Receivership |
| 16.37 | Postage (4x2.31, 1x7.13) |
| 5.00 | Texas Secretary of State search fees for registered agents of banks |
| 370.00 | Service fee to Prime Investigation Services for service of precepts 2x on Ali Choudhri |
| 153.40 | Frost Bank - subpoena response fee |
| 30.00 | Zions/Amegy Bank Document Processing Fees |
| 37.00 | TXSOS Search Fees |
| 186.00 | Texasfile Search fees |
| 9.73 | Filing fee |
| 18.00 | Filing fees |
| 82.31 | Filing fee for contempt motion (A Case) |
| 82.31 | Filing fee for contempt motion (D Case) |
| 9.00 | Fee for writ |
| 9.00 | Filing fee for request for writ (A case) |
| 17.00 | Fee, citations, TUFTA suit |
| 360.12 | Filing fee, TUFTA suit |
| 107.60 | Pacer Billing for Choudhri matters 07/01-10/01. |
| 305.00 | Invoice 20259425 from Prime Investigations and Legal Services for service on Mobeen and Shahnaz Choudhri |
| 6.00 | Fee for certified copy of order approving substituted service |
| 107.99 | Prime Investigations Invoice # 20259581 - Service on Shanaz for the TUFTA lawsuit |
| 566.83 | Hotel - Austin TX for BK Hearing on Motion to Show Authority |
| 313.32 | Hotel - BK Hearing on Motion to Show Authority w/ Judge Parker |
| 497.01 | Hotel - San Antonio (Mediation for Dalio/Vargo v. WCW, TXReit Subordination) |
| 618.80 | IRS Milage Reimbursement (HOU-SAN-AUS-HOU) for mediation and Meandering Bend Property - roundtrip 884 |
| 395.43 | Hotel - San Antonio (resumed/continued WCW mediation) |
| 261.36 | IRS Milage Reimbursement (HOU-SAN-AUS-HOU) for mediation (continued/resumed) |
| 39.66 | Recording fees for notice of receivership MCITBE LLC |

**RECEIVER'S EFFORTS IN THE TURNOVER CASES**

6. Receiver has litigated extensively in this Court with Choudhri. In the D Case, there have been six separate dates with hearings. Receiver has filed and set for hearing a motion to hold Choudhri in contempt, a motion to settle other litigation, an emergency motion to confirm the active status of the receivership, a motion to strike pleadings, a motion to approve the sale of real property, and a motion to confirm authority of receiver over Memorial Glen Cove LLC. Choudhri also filed numerous motions that required written responses from Receiver.

**RECEIVER'S PARTICIPATION IN CHOUDHRI'S OTHER LITIGATION**

7. As this court knows, Choudhri is extremely litigious. To give some data, the Harris County District Clerk returns 143 different cases to which he is a party. A printout is attached as Exhibit 3. As to the federal courts, PACER returns 84 cases with Choudhri as a party. A printout of that result is attached as Exhibit 4. Some of these cases are closed, but many are active and require the Receiver's attention and/or participation. Each case is a spinning plate that Receiver kept in the air.

8. For an example of the breadth of litigation, there were fourteen (14) federal matters filed by or against Choudhri from April 9, 2025 (the date the Receiver was appointed) to the present. The extensive state and federal court dockets required significant efforts by Receiver, including Receiver's direct participation, and the hiring of specialized bankruptcy counsel (a significant cost fronted by Receiver). Receiver was forced to communicate with many, many, many parties and their counsel, including bankruptcy trustees, representatives of the Bank of Kuwait, the judgment creditors themselves, Choudhri's counsel, and third-party creditors of Choudhri and their counsel. Some highlights:

- Choudhri filed a personal bankruptcy in December 2025 which was dismissed two weeks later. S*ee In re Ali Choudhri*, 25-90797, in the Southern District of Texas, Houston

Division. The Receiver filed a motion to dismiss in that matter and otherwise participated. This case was dismissed and Choudhri has yet to refile for personal bankruptcy.

- Choudhri filed a lawsuit against Receiver in August 2025 that sought emergency injunctive relief. An emergency TRO hearing was held on the date the petition was filed. Receiver attended the zoom TRO hearing remotely via zoom because Receiver was sitting at the Lubbock airport when the motion was heard. The Honorable Nancy Perdue presided as ancillary judge and denied Choudhri's attempts to interfere with Receiver's collection efforts. This case remains pending however.

- Choudhri repeatedly removed the receivership matters to the federal courts, only to have them remanded. *See* 25-05060-mmp, in the Western District of Texas (removed August 13, 2025, remanded August 19, 2025); 25-51840, in the Western District of Texas (removed August 18, 2025, remanded August 19, 2025); 25-03628, in the Southern District of Texas (removed August 20, 2025, remanded January 21, 2026), 25-03630, In the Southern District of Texas (removed August 20, 2025, remanded October 23, 2025). Receiver hired bankruptcy counsel for these cases, and fronted the significant expense of doing so.

**RELATED LAWSUIT FILED BY RECEIVER**

9. In addition to the extensive litigation brought by or against Choudhri, Receiver filed suit to recover millions of dollars in fraudulent transfers from Choudhri to his sister and mother. That case remains pending as 202562940, VARGO, TRAVIS vs. CHOUDHRI, MOBEEN, in the 333rd Judicial District, Harris County, Texas. This case is active, with the first round of discovery just completed.

**BANK LEVIES**

10. Choudhri was ordered to provide certain information to Receiver, including information about where he banks. *See* Turnover Orders pg. 14. Choudhri did not comply. In an effort to cast a wide net, Receiver sent 89 different levies out to various banks. Unfortunately, Choudhri appears to not hold bank accounts in his own name—see earlier discussion on the TUFTA suit against Choudhri's sister and mother regarding Choudhri's fraudulent transfers of his assets to others—and the levies gathered only small amounts as set forth in this motion.

## RECEIVER'S FEES

11. Factors courts generally consider in determining whether a receiver's fee is reasonable include: (1) the nature, extent, and value of the administered estate; (2) the complexity and difficulty of the work; (3) the time spent; (4) the knowledge, experience, labor, and skill required of or devoted by the receiver; (5) the diligence and thoroughness displayed; and (6) the results accomplished. *Allstate County Mut. Ins. Co. v. Hill*, No. 02-22-00261-CV, 2023 Tex. App. LEXIS 2800, 2023 WL 3113951, at *4 (Tex. App.—Fort Worth Apr. 27, 2023, no pet. h.) (mem. op.) (citing *Bergeron v. Sessions*, 561 S.W.2d 551, 554-55 (Tex. App.—Dallas 1977, writ ref'd n.r.e.)).

12. The Choudhri and Dalio receiverships are enormous. Mr. Choudhri's assets include an entire docket of litigation cases, tens of millions of dollars' worth of real property assets, cash in foreign and domestic bank accounts and valuable legal rights. The complexity of the collection work is also very high as Choudhri and his related entities go in and out of bankruptcy, file frivolous removals to federal court, and use straw-persons to hold assets, e.g. Drew Dennett. The Receiver has been diligent and thorough in the pursuit of Ali Choudhri's assets to the exclusion of other collection matters. Approximately sixty percent of (60%) of all of Receiver's time, or thirteen hundred (1300) hours has been devoted to the collections of the Judgments. Additionally, the Receiver employs a 10+ year associate attorney named Michael Poynter who has devoted approximately 20% of his time or four hundred (400) hours to this collection.

13. Receiver's resume is attached as Exhibit 5. Receiver has been licensed to practice law for more than twenty (20) years. He has practiced litigation almost exclusively and accepted receivership appointments since 2017. He has non-legal experience in commercial and residential real estate as well as service businesses. The knowledge, skill, and experience required of and

devoted by the Receiver in this case is/was exceptional. The assets and issues involved in this receivership included: (a) business entities requiring knowledge of the turnover exclusions/prohibitions; (b) real estate requiring familiarity with the functions of deeds, liens, releases, etc.; (c) potential fraudulent transfer activity requiring experience and background litigating such cases; and (d) exempt assets under chapter 42 of the property code requiring an awareness of what not to collect and attempt to sell. The Choudhri and Dalio collections required and used all of Receiver's life, business, and legal skills. Receiver has collected almost $2.5 million, which is a great interim result. Obviously collections will continue.

14. Paragraph 51 of the Turnover Order in the D-Case and paragraph 45 of the Turnover Order in the A-Case both establish that Receiver's fee is presumed to be twenty-five percent (25%) of all collections and sales of Receivership Assets, which in this case is $638,770.44. Receiver has earned his fee as set forth herein and requests authority to take it. Receiver also requests reimbursement of his expenses as set forth above.

15. Given that the Debtor had an opportunity to pay the entire judgment but did not and that the Creditor has labored to collect the judgment through the time, money, efforts, and risks of receiver, a contingency fee is the most economical and equitable way to compensate a receiver. Moreover, this receiver agreed to serve under a contingency fee arrangement and assumed the risks of financial loss (time and expenses). Changing to another arrangement or fee calculation at this point is unwarranted and would have a chilling effect on post judgment remedies because no post judgment receiver would accept a "contingent hourly" appointment. There are countless cases where receivers get no compensation and lose their money expenses because the debtors do not have the money. When receivers collect without debtor cooperation, receivers should receive the rewards associated with the risk.

16. Competent and experienced receivers that earned and maintain law licenses are also rare. Receivers who are licensed lawyers have a high opportunity cost insofar as they are foregoing hourly work billed against retainers and/or contingency fee work that does not pose a danger to their health, safety and welfare. Indeed, receivership work is dangerous. Most receivers are regularly threatened and must take prophylactic measures to ensure their safety and that of their families, e.g. in 2023, a debtor disclosed a plan to harm this Receiver and his children to his lawyer which prompted a mandatory disclosure under the ethics rules and, *inter alia*, a permanent injunction against the debtor to stay far away from the Receiver.

**REQUIRED AND REQUESTED RESERVES / HOLDBACK**

17. As detailed in other motions, Choudhri and his agents have launched a campaign to disrupt the Receiver's sale of real property, particularly the Memorial Glen Cove LLC properties. Specifically, Choudhri and his agents (e.g. Justin Rayome) have filed deeds purporting to sell the real properties to other entities, deeds of trust encumbering the properties, and most recently, lis pendens claiming that this Court's Orders are void. Considering this behavior, most underwriters will not issue title insurance for Receiver's sales, in spite of this Court's clear and unambiguous Orders, because the policy premiums they charge will likely be exceeded by the defense cost associated with Choudhri's continued filings. Receiver was able to close the sales of the Rodrigo property without issue. However, the title company for the Terrace transaction imposed a Receiver indemnity requirement secured by a thirty percent (30%) net proceeds holdback, or $276,166.09. Exhibit 6. The money can be released on the earlier of December 31, 2026, or this Court's issuance of a permanent injunction barring Choudhri from filing legal action regarding the Property and from filing documents in the real property records regarding the properties. *Id*., at 2.

18. Separately, Receiver is actively litigating Bankruptcy Adversary Case # 24-01045-SMR, *WCW Houston Properties LLC v. Texas Reit LLC, Dalio Holdings I LLC and Dalio Holdings II LLC,* In the United States Bankruptcy Court for the Western District of Texas –Austin Division. The case will go to trial in 2026 and there is $8.5 million at stake. Receiver needs money to pay for this trial and other collection efforts that are ongoing. Receiver requests $200,000.00 be kept as a reserve. Creditor agrees and does not oppose.

**SUMMARY / CONCLUSION / PRAYER**

19. Receiver is in possession of $2,555,081.76 and proposes the following in accordance with the Turnover Orders:

a. Receiver pay himself $638,770.44 fee for his receiver services;

b. Receiver reimburse himself $184,610.01 for receivership expenses;

c. Receiver shall hold and use the $276,166.09 pursuant to the Indemnity Agreement with Alliant National Title Insurance Company;

d. Receiver shall hold $200,000.00 in his IOLTA trust account to secure payment of future receivership expenses, including but not limited to anticipated attorneys' fees in the WCW bankruptcy adversary case; and

e. Receiver pay $1,255,535.22 to the Judgment Creditors c/o their attorneys of record, which shall be a credit against the Judgments.

Respectfully submitted,

By: /s/Travis B. Vargo

Travis Vargo
State Bar No. 24047027
12012 Wickchester, Suite 670
Houston, TX 77079
(713) 524-2441 telephone
(832) 779-8838 facsimile
tvargo@vargolawfirm.com

COURT APPOINTED RECEIVER

CERTIFICATE OF SERVICE

This is to certify that on March 3, 2026, a true and correct copy of this document was served on all parties and counsel of record through the e-service system and/or email as authorized by the Texas Rules of Civil Procedure.

By: /s/Travis B. Vargo

CERTIFICATE OF CONFERENCE

This is to certify that I conferred with T. Michael Ballases and Scott Funk, attorneys for the Judgment Creditors, who state that their clients are agreed to the relief sought by this motion, as shown by their respective signatures on the proposed orders filed with this motion.

By: /s/Travis B. Vargo

# UNSWORN DECLARATION OF TRAVIS VARGO

1. My name is Travis Vargo. My date of birth is [redacted]9 and my address is 12012 Wickchester, Suite 670, Houston, TX 77079.
2. The documents attached as Exhibit 1 are true and correct copies of documents showing the collections I have made in this matter.
3. The documents attached as Exhibit 2 are true and correct copies of documents showing the expenses I have incurred in this matter.
4. The document attached as Exhibit 3 is a true and correct copy of a print out of the Harris County District Court's website for cases where Ali Choudhri is a named party.
5. The document attached as Exhibit 4 are true and correct copy of a print out from PACER for cases where Ali Choudhri is a named party.
6. The document attached as Exhibit 5 is a true and correct copy of my resume.
7. The document attached as Exhibit 6 is a true and correct copy of the indemnity agreement with me as indemnitor and Alliant National Title Insurance Company as indemnitee.
8. I declare under penalty of perjury that the statements in the attached report, accounting and motion to distribute are true and correct and within my personal knowledge.

By: /s/Travis B. Vargo

CAUSE NO. 2012-27197-D

| | | |
|---|---|---|
| Mokaram-Latif West Loop, Ltd. | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| Ali Choudhri et al | § | |
| Defendants | § | 333rd JUDICIAL DISTRICT |

**MOTION TO DISTRIBUTE**

**Exhibit 2**

3/2/2026
9:59 AM

Luttrell + Carmody Law Group, P.C.
Funds with Running Balances



Selection Criteria

Clie.Selection    Include: Vargo, Travis - Receivership

| Client / Account Name Date | Type | Description | Value | Balance |
|---|---|---|---|---|
| Vargo, Travis - Receivership / T. Vargo, Receiver Retainer | | | | |
| Beginning Balance | | | | 0.00 |
| 8/22/2025 | DEP | Starting balance | 15000.00 | 15000.00 |
| 10/1/2025 | PAYF | Payment from account | (15000.00) | 0.00 |
| 10/1/2025 | PAYT | Payment to account | 30000.00 | 30000.00 |
| 10/1/2025 | PAYF | Payment from account | (3738.80) | 26261.20 |
| 10/24/2025 | DEP | Deposit to account | 20000.00 | 46261.20 |
| 10/28/2025 | PAYF | Payment from account | (27205.88) | 19055.32 |
| 12/4/2025 | PAYF | Payment from account | (19055.32) | 0.00 |
| 12/19/2025 | DEP | Deposit to account | 27000.00 | 27000.00 |
| 12/23/2025 | DEP | Deposit to account | 50000.00 | 77000.00 |
| 12/29/2025 | PAYF | Payment from account | (59384.21) | 17615.79 |
| 12/29/2025 | PAYF | Payment from account | (17615.79) | 0.00 |
| 1/22/2026 | DEP | Deposit to account | 25000.00 | 25000.00 |
| 1/22/2026 | PAYF | Payment from account | (4054.78) | 20945.22 |
| 2/17/2026 | PAYF | Payment from account | (9369.95) | 11575.27 |
| Ending Balance | | | | 11575.27 |
| Grand Total | | | | 0.00 |
| Total Added | | | | 167000.00 |
| Total Removed | | | | (155424.73) |
| Ending Balance Total | | | | 11575.27 |

LUTTRELL + CARMODY
LAW GROUP

100 NE Loop 410, Ste. 615
San Antonio, TX 78216
210. 426. 3600

September 8, 2025

Invoice submitted to:

Travis Vargo, Court Appointed Receiver
Vargo Law Firm, P.C.
12012 Wickchester, Suite 670
Houston, TX 77079

Invoice No.
15938

In Reference To: Choudhri Receivership Actions
8-7470.1

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/19/2025 | LML | Telephone conference with T. Vargo regarding factual background and goals for action in bankruptcy procedures. (0.8). | 0.80<br>550.00/hr | 440.00 |
| | LML | Review turnover and appointment orders in A Case and D Case for scope of Receiver's Authority. (0.8). | 0.80<br>550.00/hr | 440.00 |
| 8/20/2025 | LML | Continue reviewing relevant pleadings. (3.2). | 3.20<br>550.00/hr | 1,760.00 |
| | LML | Review and analyze WC 4th & Colorado and Herbert v. Herbert relative Receivership Orders. (1.1). | 1.10<br>550.00/hr | 605.00 |
| | LML | Telephone conference with E. Terry regarding issues with Dalio Holdings 1, dismissal v. conversion, background on Texas REIT and next steps. (0.7). | 0.70<br>550.00/hr | 385.00 |
| | LML | Telephone conference with R. Smeberg regarding Dalio Holdings and Otisco hearing on 8/27. (0.6). | 0.60<br>550.00/hr | 330.00 |
| | LML | Telephone conference with T. Varrgo regarding strategy and issues with Choudhri – assets owned/controlled, LLC issues, pending bankruptcies and dismissals. (1.4). | 1.40<br>550.00/hr | 770.00 |
| | LML | Review and approve Notice of Appearances for five cases (1001 WL, TX REIT, RIC Lavernia, Meandering Bend, and Dalio Holdings 1). (0.2). | 0.20<br>550.00/hr | 110.00 |
| 8/21/2025 | WLP | **Choudhri Receivership:** Prepare Notices of Appearance in Dalio Holdings, 1001 WL, Meandering Bend, and Texas REIT bankruptcies. (1.5). | 1.50<br>105.00/hr | 157.50 |
| 8/22/2025 | LML | **Choudhri - Dalio:** Telephone conference with E. Terry regarding WCW filing a Motion to Dismiss the Dalio Holdings 1 matter. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | **Choudhri - Dalio:** Receive and review Debtor's Motion to Dismiss. (0.1). | 0.10<br>550.00/hr | 55.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/22/2025 | LML | **Choudhri - Dalio:** Receive and review WCW Motion to Dismiss and Motion to Expedite. (0.5). | 0.50<br>550.00/hr | 275.00 |
| | LML | **Choudhri - Dalio:** Telephone conference with T. Vargo regarding position of Receiver on dismissal and refiling prohibitation. (0.8). | 0.80<br>550.00/hr | 440.00 |
| | LML | **Choudhri:** Receive and review 15th Interim Cash Collateral Order in 1001 WL, LLC. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | **Choudhri:** Review and analyze statements of financial affiars and monthly operating reports for all Western District Texas filings to develop ownership and operation spreadsheet. (1.5). | 1.50<br>550.00/hr | 825.00 |
| | WLP | **Choudhri Receivership:** Meeting with LML regarding overview of Choudhri Receivership and immediate work. (0.4). | 0.40<br>105.00/hr | 42.00 |
| 8/25/2025 | LML | **Choudhri:** Review WCW Motion to Dismiss. (0.4).<br><br>**Choudhri:** Review Declaration and Dalio schedules for specific contradictions. (0.5).<br><br>**Choudhri:** Prepare joinder to WCW Motion to Dismiss and circulate to Receiver for review and approval. (1.1). | 2.00<br>550.00/hr | 1,100.00 |
| | WLP | **Choudhri Receivership:** Gather exhibits for Joinder to Motion to Dismiss. (0.5). | 0.50<br>105.00/hr | 52.50 |
| | WLP | **Choudhri Receivership:** Read and review email correspondence re Joinder to Motion Dismiss. (0.5). | 0.50<br>105.00/hr | 52.50 |
| 8/26/2025 | SDP | **Choudri Receivership:** Draft Hearing Schedule for five bankruptcies (1.0). | 1.00<br>135.00/hr | 135.00 |
| | LML | **Choudhri Receivership:** Telephone conference with R. Smeberg regarding RIC Lavernia -- Otisco Adversary hearing. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | **Choudhri Receivership:** Telephone conference with T. Vargo regarding 1) Attending hearings scheduled for RIC Lavernia and Meandering Bend 2) Comfort orders in all cases -- TX REIT and Meandering Bend. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | **Choudhri Receivership:** Telephone conference with L. Butler regarding Meandering Bend and position of Lender. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | **Choudhri Receivership:** Review authorities cited in AI Assisted research question regarding effectiveness of filing "supersedeas" -- Alternate Collateral." (0.6). | 0.60<br>550.00/hr | 330.00 |
| | LML | **Choudhri Receivership:** Receive and review United States Trustee's Motion to Dismiss or Convert. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | **Choudhri Receivership:** Telephone conference with J. Hanzlik, assistant UST, regarding position of the Receiver regarding dismissal. (0.2). | 0.20<br>550.00/hr | 110.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/26/2025 | LML | **Choudhri Receivership:** Email T. Vargo regarding 1) UST's Motion to Dismiss in Meandering Bend, 2) Notice Filing regarding Receivership Orders, 3) Stay Relief to pursue A) determination of entity control in light of WC Colorado, B) determination of adequacy of alternate collateral. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | **Choudhri Receivership:** Receive and review post-hearing order for additional briefing for 9019 Motion to interested parties, including Choudhri; review 9019 pleadings and objections. (1.0). | 1.00<br>550.00/hr | 550.00 |
| | WLP | **Choudhri Receivership:** Prepare working binder for hearing on 8/27/25 hearings in RIC Lavernia and Meandering Bend. (0.5). | 0.50<br>105.00/hr | 52.50 |
| 8/27/2025 | SDP | **Choudhri Receivership:** Draft Notice of Filing Orders Regarding Appointment of Receiver and Charging Orders for five bankruptcies and finalize for filing (1.50). | 1.50<br>135.00/hr | 202.50 |
| | LML | **Choudhri Receivership:** Attend and participate in Meandering Bend show cause hearing.<br><br>Monitor Otisco Adversary -- Motion for rehearing and leave to supplement/offer evidence.<br><br>Hall Meeting -- listening only -- to protestations of A. Choudhri.<br><br>Email updates during hearing to T. Vargo.<br><br>Edit Notice Pleadings for all cases. (3.3). | 3.30<br>550.00/hr | 1,815.00 |
| | LML | **Choudhri Receivership:** Post-hearing debrief with T. Vargo. (0.5). | 0.50<br>550.00/hr | 275.00 |
| | WLP | **Choudhri Receivership:** Gather records to determine status of Choudhri entities. (2.0). | 2.00<br>105.00/hr | 210.00 |
| | WLP | **Choudhri Receivership:** Research Choudhri Entities - verify existing information and identify unknown entities. (4.0). | 4.00<br>105.00/hr | 420.00 |
| 8/28/2025 | SDP | **Choudhri Receivership:** Draft form of Motion to Expedite Motion for Relief from Stay and proposed order (1.0). | 1.00<br>135.00/hr | 135.00 |
| | LML | **Choudhri Receivership:** Receive and review show cause order entered by Judge Robinson in Dalio Case. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | **Choudhri Receivership:** Receive, review, and respond to email with E. Terry regarding sua sponte show cause order in Dalio. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | **Choudhri Receivership:** Prepare Motion for Relief from Stay for comfort order to proceed with determination by Judge Wilson in A-Case and D-Case for filing in all pending proceedings. (2.0). | 2.00<br>550.00/hr | 1,100.00 |
| | LML | **Choudhri Receivership:** Review and respond to multiple emails with E. Terry and T. Vargo regarding issues related to venue. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Prepare form of order; edit paralegal-prepared Motion to Expedite. (0.3). | 0.30<br>550.00/hr | 165.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/28/2025 | LML | **Choudhri Receivership:** Identify witnesses and exhibits for preparation of witness and exhibit list. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | WLP | **Choudhri Receivership:** Finalize spreadsheet of Choudhri entities. (3.0). | 3.00<br>105.00/hr | 315.00 |
| 8/29/2025 | LML | **Choudhri Receivership:** Email all debtor's lawyers, trustee counsel, and U.S. trustee's office regarding request for position on expedited consideration of Motion for Relief from Stay. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | **Choudhri Receivership:** Review and finalize Motion for Relief and Motion to Expedite in each of 1001 WL, Texas REIT, Meandering Bend, and Dalio Holdings 1. (1.4). | 1.40<br>550.00/hr | 770.00 |
| | LML | **Choudhri Receivership:** Telephone conference with B. Cummings regarding Motion to Expedite and possible money on deposit with K. Mercer's Iolta. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | **Choudhri Receivership:** Multiple communications with J. Rapowe regarding "Alleged Conflict." (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | **Choudhri Receivership:** Receive, review, and respond to multiple emails regarding consent/opposition to expedited consideration of the Motion for Relief from Stay for T. Vargo, Receiver -- All lawyers for trustees, lenders, UST's office, and debtors. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | WLP | **Choudhri Receivership:** Review bankruptcy service information regarding appropriate service contact. (0.8). | 0.80<br>105.00/hr | 84.00 |
| | WLP | **Choudhri Receivership:** Draft Motions for Relief from Stay in 1001 WL and Texas REIT bankruptcies. (2.0). | 2.00<br>105.00/hr | 210.00 |
| | WLP | **Choudhri Receivership:** Finalize Motions for Relief from Stay per LML instructions in Dalio Holdings, 1001 WL, Meandering Bend, and Texas REIT bankruptcies. (2.0). | 2.00<br>105.00/hr | 210.00 |
| | WLP | **Choudhri Receivership:** Read and review email correspondence re Motions for Relief from Stay. (0.5). | 0.50<br>105.00/hr | 52.50 |
| | WLP | **Choudhri Receivership:** Draft Witness and Exhibit List for Dalio Holdings hearing on Sept 4. (1.0). | 1.00<br>105.00/hr | 105.00 |
| | WLP | **Choudhri Receivership:** Gather, label, and index Exhibits for hearings in Dalio Holdings bankruptcies. (0.5). | 0.50<br>105.00/hr | 52.50 |
| | | | 49.50 | $17,228.50 |

Additional Charges :

| | | Qty/Price | |
|---|---|---|---|
| 8/27/2025 | Delaware Corporate Records Fees | 3<br>$20.00 | 60.00 |
| 8/28/2025 | Court fees - Harris County Copy Fees | 1<br>$110.60 | 110.60 |

| | | Qty/Price | Amount |
|---|---|---|---|
| 8/29/2025 | Filing fees - US Bankruptcy Court for 4 Motion for Relief from Stay | 4<br>$199.00 | 796.00 |
| | Bankruptcy Mailings on 8/29 and 9/2/2025 | 2<br>$83.25 | 166.50 |
| 8/31/2025 | Court fees- PACER | 1<br>$377.20 | 377.20 |
| | Total costs | | $1,510.30 |
| | Total amount of this bill | | $18,738.80 |
| | Balance due | | $18,738.80 |
| | Previous balance of T. Vargo, Receiver Retainer | | $15,000.00 |
| | New balance of T. Vargo, Receiver Retainer | | $15,000.00 |

LUTTRELL + CARMODY
LAW GROUP

100 NE Loop 410, Ste. 615
San Antonio, TX 78216
210. 426. 3600

October 14, 2025

Invoice submitted to:

Travis Vargo, Court Appointed Receiver
Vargo Law Firm, P.C.
12012 Wickchester, Suite 670
Houston, TX 77079

Invoice No.
15975

In Reference To: Choudhri Receivership Actions
8-7470.1

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/2/2025 | LML | Receive and review each notification of the court's granting Motion to Expedite on Motions for Relief in Dalio, TX REIT, Meandering Bend, and 1001 WL. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Email regarding preparation of hearing notices. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Review and respond to email with T. Vargo regarding briefing request by Judge Wilson. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Review petition and order denying Temporary Restraining Order request. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Telephone conference with T. Vargo regarding jurisdictional issue related to attempted removal of A Case and D Case. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | WLP | Read and review email correspondence regarding hearings on September 4. (0.3). | 0.30<br>105.00/hr | 31.50 |
| | WLP | Draft Exhibits and Witness Lists for hearings in Dalio Holdings, 1001 WL, Meandering Bend, and Texas REIT bankruptcies. (4.0). | 4.00<br>105.00/hr | 420.00 |
| | WLP | Gather, label, and index Exhibits for hearings in Dalio Holdings, 1001 WL, Meandering Bend, and Texas REIT bankruptcies. (2.0). | 2.00<br>105.00/hr | 210.00 |
| | LML | Telephone conference with T. Vargo and M. Peyton regarding Stern issue vs. 157(b)(2)(4) "core" jurisdiction arguments. (0.5). | 0.50<br>550.00/hr | 275.00 |
| | LML | Review exhibit and witness lists prepared by Smeberg. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Review exhibit and witness lists prepared by Hanzlik. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Email with R. Smeberg regarding exhibits. (0.1). | 0.10<br>550.00/hr | 55.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/2/2025 | LML | Email T. Vargo regarding witness designation by Smeberg and additional witness and exhibit lists. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Review exhibit list prepared by Hanzlik. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Review Norris Report regarding negative net worth of A. Choudhri. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | Review Hearing Exhibits to be offered by Dalio in opposition to Motion to Dismiss. (0.8). | 0.80<br>550.00/hr | 440.00 |
| 9/3/2025 | WLP | Prepare for hearings in Dalio Holdings, 1001 WL, Meandering Bend, and Texas REIT bankruptcies. (2.0). | 2.00<br>105.00/hr | 210.00 |
| | LML | Receive and review witness and exhibit list of WCW for Dailio Motion to Dismiss. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Review removal filings of A case and D case. (0.8), | 0.80<br>550.00/hr | 440.00 |
| | LML | Telephone conference with E. Terry regarding hearings scheduled for tomorrow, order of Matters, evidence, and anticipated outcomes. (0.5). | 0.50<br>550.00/hr | 275.00 |
| | LML | Email with C. Alexander regarding meeting to discuss retainer paid by Choudhri to keep Mercer. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Receive and review Meandering Bend filings, schedules, and SOFA. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Receive and review RIC Lavernia filings -- show cause and Motion to Dismiss. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Email T. Vargo regarding Meandering Bend, SOFA, and schedules. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Review and respond to email with T. Vargo regarding show cause order and Motion to Dismiss in RIC Lavernia. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Review 1001 WL briefing on 9019 Motion to Compromise (.50). | 0.50<br>550.00/hr | 275.00 |
| | LML | Telephone conference with T. Vargo regarding 1) hearings scheduled for 9/4, 2) Motion to Disqualify Luttrell + Carmody Law Group, 3) Post-Dismissal actions required, 4) Post-Lift Stay actions, and 5) Use of schedules and SOFAs to establish lack of business operations. (0.5). | 0.50<br>550.00/hr | 275.00 |
| 9/4/2025 | LML | Complete preparation for hearings on Motions for Relief and Motion to Dismiss. (1.0). | 1.00<br>550.00/hr | 550.00 |
| | LML | Attend docket call; attend hearings and present Motions for Relief in 1001 WL, LLC, Texas REIT, Dalio Holdings 1, and Meandering Bend. Attend and participate in court's show cause hearing in Dalio Holdings 1 and attend and participate in hearing on Motions to Dismiss in Dalio | 8.00<br>550.00/hr | 4,400.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Holdings 1. Multiple communications regarding status and rulings with T. Vargo; Debrief with T. Vargo post hearing. (8.0). | | |
| 9/4/2025 | LML | Review 9019 filing in RIC Lavernia. (0.4). | 0.40<br>550.00/hr | 220.00 |
| 9/5/2025 | LML | Receive and review minute entries on Motions for Relief from Stay in 1001 WL, TX REIT, Dalio, and Meandering Bend. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Review Plan (3rd Amended) and Claims Register. (0.3). | 0.30<br>550.00/hr | 165.00 |
| 9/8/2025 | LML | Receive and review Motion to Remand filed in D-Case Removal. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Receive and review resetting notices on multiple mattes. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Receive and review Emergency Motion to Disqualify H. Blackwell. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Receive and review setting notice on Motion to Disqualify Luttrell + Carmody Law Group; notify T. Vargo. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Prepare witness and exhibit list. (0.5). | 0.50<br>550.00/hr | 275.00 |
| 9/9/2025 | LML | Review emails from J. Rayome regarding morning hearing in Meandering Bend and response thereto by court. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Telephone conference with L. Butler regarding proposal by Rayome for dismissal. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Review and respond to email with L. Butler regarding hearings and proposal by Rayome. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Telephone conference with T. Vargo regarding dismissal proposal, impact on pending removal, and marketing of property with Agreement of Lender. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Telephone conference with J. Hanzlik, United States Trustee, regarding hearing status and position of Receiver and dismissal. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Review email between Rayome and Butler regarding terms for dismissal of Meandering Bend; respond to last email seeking confirmation of terms. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Attend hearing on Motion to Dismiss or Convert Case in Meandering Bend; update T. Vargo during hearing. (1.0). | 1.00<br>550.00/hr | 550.00 |
| | LML | Telephone conference with T. Vargo regarding results of hearing in Meandering Bend. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Receive and review order regarding Meandering Bend converting case and appointing R. Osherow as Chapter 7 Trustee. Email T. Vargo regarding same. (0.1). | 0.10<br>550.00/hr | 55.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/9/2025 | LML | Email R. Osherow regarding representation of T. Vargo and request for conference. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Telephone conference with R. Osherow regarding role as Chapter 7 Trustee. (0.1). | 0.10<br>550.00/hr | 55.00 |
| 9/10/2025 | LML | Telephone conference with L. Butler and K. Hirsch regarding background on RIC Lavernia and Otisco Deed of Trust and Foreclosure, 9019 Motion, and pending adversary with Milestone Capital. (0.5). | 0.50<br>550.00/hr | 275.00 |
| | LML | Telephone conference with T. Vargo regarding litigation strategies. (0.9). | 0.90<br>550.00/hr | 495.00 |
| | LML | Second call with T. Vargo regarding removal issues. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Edit Remand Motion and revert to M. Poynter. (1.0). | 1.00<br>550.00/hr | 550.00 |
| 9/11/2025 | LML | Telephone conference with C. Alexander regarding Choudhri retainer and status of IOLTA account for K. Mercer. (0.2). | 0.20<br>550.00/hr | 110.00 |
| 9/12/2025 | LML | Receive and review Lift Stay orders as modified by Judge Robinson and forward same to T. Vargo. (0.3). | 0.30<br>550.00/hr | 165.00 |
| 9/16/2025 | LML | Telephone conference with T. Vargo regarding 1) Dalio demand and WCW note issues, 2) Meandering Bend Motion to Remand and portion/request of trustee regarding admin expense payment, and 3) RIC Lavernia 9019. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | Work on Response to Motion to Disqualify Luttrell + Carmody Law Group. (1.1). | 1.10<br>550.00/hr | 605.00 |
| 9/17/2025 | LML | Telephone conference with L. Butler and K. Kerr regarding Meandering Bend property -- E. Cesar Chavez -- and 1) carve out request by R. Osherow, 2) status of clarification by R. Vargo regarding scope of Receivership orders and validity/effectiveness of effort to supercede judgment. (0.7). | 0.70<br>550.00/hr | 385.00 |
| | LML | Telephone conference with T. Vargo regarding 1) Meandering Bend, 2) RIC Lavernia, and 3) Appearance by LML in Southern District removal matters. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Complete response to Motion to Disqualify. (4.0). | 4.00<br>550.00/hr | 2,200.00 |
| | LML | **Choudhri:** Zoom meeting with E. Terry and K. Powers regarding WCW/Dalio/Texas REIT. (1.0). | 1.00<br>550.00/hr | 550.00 |
| 9/18/2025 | LML | Review and approve paralegal-prepared NOAs for adversary proceedings -- A-Case and D-Case removal. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Review and respond to email with M. Poynter regarding witness and exhibit list; identify witness and exhibits. (0.2). | 0.20<br>550.00/hr | 110.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/18/2025 | LML | Telephone conference with T. Vargo regarding results of WCW conversation with K. Powers. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Review and edit exhibit and witness list prepared by WPW. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | WLP | Draft Witness and Exhibit List for Sept 23 hearing. (1.0). | 1.00<br>105.00/hr | 105.00 |
| 9/19/2025 | WLP | Email correspondence regarding Witness and Exhibit List for September 23 hearing. (0.2). | 0.20<br>105.00/hr | 21.00 |
| 9/21/2025 | LML | Receive and review J. Robinson order dismissing Dalio case. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Email exchange with E. Terry, et al regarding order. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Text exchange with T. Vargo regarding next steps. (0.2). | 0.20<br>550.00/hr | 110.00 |
| 9/22/2025 | LML | Zoom call with L. Butler and K. Hirsch. (1.0). | 1.00<br>550.00/hr | 550.00 |
| | LML | Email exchange L. Vargas regarding pursuit of Disqualify Motion for LCLG. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Receive and review pleadings in Gallina Loop NoteHolder LLC matter. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Telephone conference with T. Vargo regarding next steps. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Receive and review emergency pleading filed by Rayome seeking continuance of hearing on Motion to Remand. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | WLP | Email correspondence regarding Witness and Exhibit List for September 23 hearing. (0.2). | 0.20<br>105.00/hr | 21.00 |
| 9/23/2025 | LML | Receive and review email communication from K. Hirsch regarding GLNH matter. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Email B. Cummings regarding hearings for today. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Telephone conference with J. Pelayo regarding hearing scheduled in GLNH matter and Dalio/D Case. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Telephone conference with B. Cummings, counsel for P. Lowe an intervener, regarding GLNH Venue Transfer Motion. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Review orders from other proceedings related to Choudhri removal efforts and related "Shenanigans." (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | Receive and review email and attached documents regarding funds in registry of the court. (0.7). | 0.70<br>550.00/hr | 385.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/23/2025 | LML | Receive and review pleading filed by L. Vargas in RIC Lavernia regarding witness accommodation; email T. Vargo regarding next steps. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Prepare for hearing on Motion to Remand/Motion to Transfer Venue. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Prepare Response to Motion to Disqualify LCLG filed in Meandering Bend case. (0.6). | 0.60<br>550.00/hr | 330.00 |
| 9/24/2025 | LML | Review and finalize Response to Motion to Disqualify filed in Meandering Bend case. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | Receive and review Motion for Reconsideration filed by J. Rayome in Meandering Bend. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | Confer with J. Hanzlik regarding Motion for Reconsideration and results of Remand hearing in Houston D Case. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Attend docket call and hearing on Show Cause Motion; present information to Judge Parker regarding Active Practice by Rayome in Meandering Bend and Southern District Case; receive Ruling. (0.6). | 0.60<br>550.00/hr | 330.00 |
| | LML | Telephone conference with T. Vargo regarding results of hearing and next steps. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Prepare Motion for Continuance. (2.0). | 2.00<br>550.00/hr | 1,100.00 |
| | LML | Email Rayome and Vargas regarding Motion for Continuance. (0.1). | 0.10<br>550.00/hr | 55.00 |
| 9/25/2025 | LML | Telephone conference with T. Vargo regarding Net Worth hearing and order. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | Work on Report and Request for Ruling on the Pleadings. (1.1). | 1.10<br>550.00/hr | 605.00 |
| | WLP | Email correspondence regarding hearing transcript. (0.2). | 0.20<br>105.00/hr | 21.00 |
| 9/26/2025 | LML | Finalize Report and Request; forward to T. Vargo for approval. (0.8). | 0.80<br>550.00/hr | 440.00 |
| | LML | Telephone conference with T. Vargo regarding HREP issues and determine plan moving forward. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | WLP | Draft Witness and Exhibit List for October 3 hearing. (1.0). | 1.00<br>105.00/hr | 105.00 |
| 9/28/2025 | LML | Receive and review Motion to Appear Pro Hac Vice by B. Duke for Dalio I and Dalio II; email T. Vargo regarding same. (0.2). | 0.20<br>550.00/hr | 110.00 |
| 9/29/2025 | WLP | Email correspondence regarding Objection to Counsel in Texas REIT. (0.2). | 0.20<br>105.00/hr | 21.00 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/29/2025 | WLP | Finalize Witness and Exhibits List for October 3 hearing. (0.5). | 0.50<br>105.00/hr | 52.50 |
| | WLP | Email correspondence regarding Witness and Exhibit List. (0.2). | 0.20<br>105.00/hr | 21.00 |
| | LML | Prepare limited response to Motion to Appear Pro Hac Vice; email B. Duke, purported counsel for Dalio I and Dalio II. (1.0). | 1.00<br>550.00/hr | 550.00 |
| | LML | Prepare proposed order on Motion for Continuance. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Receive and review Motion to Compel Abandonment and Motion to Expedite Motion to Compel Abandonment. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Receive and review Motion to Credit Bid. (0.5). | 0.50<br>550.00/hr | 275.00 |
| | LML | Review filings by Rayome. (0.6). | 0.60<br>550.00/hr | 330.00 |
| | LML | Work on Opposition to Actions by Rayome on behalf of Dalio. (0.8). | 0.80<br>550.00/hr | 440.00 |
| 9/30/2025 | WLP | Email correspondence regarding Witness and Exhibit List. (0.2). | 0.20<br>105.00/hr | 21.00 |
| | | | 58.10 | $26,615.00 |

Additional Charges :

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 9/3/2025 | Court fees - Harris County | 1<br>$61.70 | 61.70 |
| 9/4/2025 | Fedex to US Bankruptcy Court - Austin | 1<br>$28.75 | 28.75 |
| 9/8/2025 | Copying | 1,525<br>$0.11 | 167.75 |
| 9/9/2025 | Fedex to US Bankruptcy Court in Austin | 1<br>$28.75 | 28.75 |
| | Court fees - Harris County | 1<br>$12.80 | 12.80 |
| 9/24/2025 | Parking at 9/24/2025 Hearing | 1<br>$15.75 | 15.75 |
| 9/30/2025 | Court fees - PACER | 1<br>$201.90 | 201.90 |
| | Copying | 668<br>$0.11 | 73.48 |

| | | Amount |
|---|---|---|
| | Total costs | $590.88 |
| | Total amount of this bill | $27,205.88 |
| | Previous balance | $18,738.80 |
| 10/1/2025 | Payment from account | ($15,000.00) |
| 10/1/2025 | Payment from account | ($3,738.80) |
| | Total payments and adjustments | ($18,738.80) |
| | Balance due | $27,205.88 |

| | | |
|---|---|---|
| | Previous balance of T. Vargo, Receiver Retainer | $15,000.00 |
| 10/1/2025 | Payment from account | ($15,000.00) |
| 10/1/2025 | Payment to account | $30,000.00 |
| 10/1/2025 | Payment from account | ($3,738.80) |
| | New balance of T. Vargo, Receiver Retainer | $26,261.20 |

LUTTRELL + CARMODY
LAW GROUP

100 NE Loop 410, Ste. 615
San Antonio, TX 78216
210. 426. 3600

November 11, 2025

Invoice submitted to:

Travis Vargo, Court Appointed Receiver
Vargo Law Firm, P.C.
12012 Wickchester, Suite 670
Houston, TX 77079

Invoice No.
16012

In Reference To: Choudhri Receivership Actions
8-7470.1

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2025 | LML | Receive and review notices regarding dismissal; email T. Vargo. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Telephone conference with T. Vargo regarding next steps. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | Prepare schedule of Rayome filings. (0.5). | 0.50<br>550.00/hr | 275.00 |
| | LML | Attend hearing on Motion for Continuance; argue Against Continuance. (0.6). | 0.60<br>550.00/hr | 330.00 |
| | LML | Receive and review Amended filings by Rayome (Texas REIT). (0.6). | 0.60<br>550.00/hr | 330.00 |
| | LML | Receive and review Amended Motion to Appear Pro Hac Vice by Duke; revise Objection to Duke. (0.6). | 0.60<br>550.00/hr | 330.00 |
| | LML | Telephone conference with T. Vargo regarding 4:15 filing by Judge Bradley setting Motion to Compel Abandonment and Motion to Authorize Credit Bid in Texas REIT. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Telephone conference with E. Terry regarding filings and setting in Texas REIT. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Telephone conference with K. Hirsch regarding Motion to Show Authority and Strike Pleadings - RIC Lavernia, Texas REIT, and 1001 WL. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Prepare Motion to Strike ECF 707 and ECF 708 filed by Rayome. (1.1). | 1.10<br>550.00/hr | 605.00 |
| | LML | Review and respond to email with K. Kerr regarding A-Case status. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | SDP | Draft Notice of Filing Order Regarding Justin Rayome in Mokaram-Latif West Loop Adversary (.50). | 0.50<br>135.00/hr | 67.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2025 | WLP | Email correspondence. (0.2). | 0.20<br>105.00/hr | 21.00 |
| 10/2/2025 | LML | Multiple email communications with S. Lemmon and E. Terry regarding ECF 707 and ECF 708 in TX REIT and status of further compliance by Rayome. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Receive and review ECF notices regarding striking of Rayome pleadings filed in violation of Parker's Sanction Motion.<br><br>Email T. Vargo, E. Terry, and S. Lemmon regarding Strike orders.<br><br>Receive and review email from S. Lemmon form ordering demand by L. Vargas for Access to Bid/Action Link and Notice of Intent to Credit Bid.<br><br>Telephone Conference with E. Terry regarding paragraph of bidders and opposition to position of L. Vargas allegedly on behalf of Dalio I/Dalio II.<br><br>Email S. Lemmon and E. Terry regarding opposition of T. Vargo to any action by L. Vargas on behalf of Dalio I or Dalio I.<br><br>Telephone conference with S. Lemmon confirming position of T. Vargo regarding Dalio I, Dalio II, Choudhri LLC's generally, and current auction. (1.0). | 1.00<br>550.00/hr | 550.00 |
| | LML | Receive and review Emergency Motion to Gain Access to and Credit Bit at Sale. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Prepare objection on grounds of lack of authority. (0.6). | 0.60<br>550.00/hr | 330.00 |
| | LML | Telephone conference with S. Lemmon regarding results of sale of Texas REIT Building at 12.6 MM with backup bid at 12.5 MM. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Telephone conference with T. Vargo regarding sale results and next steps. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Prepare witness and exhibit list for Motion for Continuance and Motion to Disqualify LCLG. (0.5). | 0.50<br>550.00/hr | 275.00 |
| | LML | Work on Motion to Show Authority for Texas REIT: Dalio Representation; RIC (Lavernia): Otisco and Milestone Representation; 1001 WL: Galeria Loop Note Holder, BDFI. (0.6). | 0.60<br>550.00/hr | 330.00 |
| 10/3/2025 | SDP | Prepare Hearing Binders for October 8 Hearing (2.50). | 2.50<br>135.00/hr | 337.50 |
| | LML | Prepare Motion to Show Authority in Texas REIT. (1.5). | 1.50<br>550.00/hr | 825.00 |
| | LML | Prepare and transmit conference email for Motion to Expedite. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Prepare form of Motion to Expedite for use by SDP in preparation of Motions to Expedite in all cases. (0.5). | 0.50<br>550.00/hr | 275.00 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/3/2025 | WLP | Prepare Witness and Exhibit lists for Motions for Continuance and Motion to Disqualify. (1.0). | 1.00<br>105.00/hr | 105.00 |
| 10/4/2025 | LML | Add provisions regarding TRAP 24 to Motions to Show Authority.<br><br>Taylor Texas REIT Motion to 1001 WL and RIC (Lavernia), respectively.<br><br>Communications with T. Vargo and M. Poynter regarding additional data.<br><br>Prepare forms of Order Granting Motions.<br><br>Finalize Motions to Expedite and Orders for same. (4.1). | 4.10<br>550.00/hr | 2,255.00 |
| | SDP | Work on Motions to Expedite Hearing, Motion to Show Authority, and proposed orders and exhibits for filing (1.50). | 1.50<br>135.00/hr | 202.50 |
| 10/6/2025 | WLP | Worked on Hearing Binders for October 8 Hearings (4.0). | 4.00<br>105.00/hr | 420.00 |
| | LML | Receive and review email and dozens of attachments regarding NIA ATX and representation by T. White; review same. (1.0). | 1.00<br>550.00/hr | 550.00 |
| | LML | Receive and review correspondence to T. White regarding company agreement of NIA ATX and sole ownership of same by D. Dennett. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Email L. Vargas regarding opposition to withdraw Disqualify Motion; receive and review Declaration. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Receive and review order approving Motion to Expedite Motion to Show Authority. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Prepare witness and exhibit list. (0.5). | 0.50<br>550.00/hr | 275.00 |
| | LML | Telephone conference with S. Lemmon regarding filing by L. Vargas in opposition to Texas REIT sale. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Review opposition/objection by L. Vargas to Texas REIT Sale Motion. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | Begin preparation for Motion to Show Authority hearing - how to get evidence of "Non Operation." (1.5). | 1.50<br>550.00/hr | 825.00 |
| | LML | Telephone conference with T. Vargo regarding strategy. (0.5). | 0.50<br>550.00/hr | 275.00 |
| | LML | Review Show Cause Orders regarding Production of Documents. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Telephone conference with E. Davidson regarding TRAP 24. (0.5). | 0.50<br>550.00/hr | 275.00 |
| | ECD | Review pleadings re: supersedeas; research re: same; pc with LML re my opinions as to same (2.0). | 2.00<br>500.00/hr | 1,000.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/6/2025 | WLP | Prepare exhibits for hearing on Motion to Disqualify. (1.5). | 1.50<br>105.00/hr | 157.50 |
| | WLP | Email correspondence with opposing counsel. (0.2). | 0.20<br>105.00/hr | 21.00 |
| 10/7/2025 | LML | Receive and review orders entered in 1001 WL and Texas REIT regarding Motion to Show Authority; email T. Vargo regarding entry. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Telephone conference with T. Vargo regarding hearings and strategy. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Telephone conference with S. Lemmon regarding hearing in Texas REIT case set for 10/9/25 in person in Austin regarding Motion to Show Authority and next steps. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Prepare for hearings on Motion to Show Authority (0.4) and Motion to Disqualify (0.2). (0.6). | 0.60<br>550.00/hr | 330.00 |
| | LML | Prepare Objection/Response to Motion to Dismiss. (0.6). | 0.60<br>550.00/hr | 330.00 |
| | LML | Receive and review Response to Motion to Show Authority and Lyndel Affidavit. (0.5). | 0.50<br>550.00/hr | 275.00 |
| | LML | Confer with E. Davidson regarding Supersedeas, TRAP 24, record in Trial Court, and Certificates of Bond. (0.5). | 0.50<br>550.00/hr | 275.00 |
| | LML | Telephone conference with T. Vargo regarding update on evidence and Appellate issues. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | ECD | Review Amended Pleadings; telephone conference with L. Luttrell; research supersedeas again, pull certificates from Harris County Bonds 1 filed; Telephone conference with L. Luttrell (1.0). | 1.00<br>500.00/hr | 500.00 |
| | WLP | Prepare for hearing on Motion to Continue in RIC Lavernia. (2.0). | 2.00<br>105.00/hr | 210.00 |
| | WLP | Prepare for hearing on Motion to Disqualify. (3.0). | 3.00<br>105.00/hr | 315.00 |
| | WLP | Prepare Notices of Hearing for Motion to Show Authority. (0.5). | 0.50<br>105.00/hr | 52.50 |
| 10/8/2025 | LML | complete review of Vargas filings; continue preparation for hearings; attend docket call; present Motion to Show Authority (8-4:30). (8.5). | 8.50<br>550.00/hr | 4,675.00 |
| | LML | Defend Motion to Disqualify Luttrell + Carmody Law Group; examine witnesses. (2.0). | 2.00<br>550.00/hr | 1,100.00 |
| | ECD | Plan and prepare for hearing and testifying as an expert, attend docket in bankruptcy court, testify, and conference with LML and Travis Vargo after; additional research re: docket sheets for supersedeas filing and full miscellaneous order on 24.2(e) and exchange emails with LML re: same, phone conference with LML re: hearing tomorrow, receipt of Zoom information and updated exhibit list for hearing. | 5.00<br>500.00/hr | 2,500.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/8/2025 | SDP | Draft Witness and Exhibit List for Motion to Show Authority Hearing for filing in 1001 WL and Texas Reit (1.0). | 1.00<br>135.00/hr | 135.00 |
| | SDP | Draft Notice of Filing Judgment from Fourteenth Court of Appeals in RIC (Lavernia) (.50). | 0.50<br>135.00/hr | 67.50 |
| | SDP | Draft Notice of Filing Judgment from Fourteenth Court of Appeals for filing for filing in Texas Reit (.50). | 0.50<br>135.00/hr | 67.50 |
| | SDP | Draft Notice of Filing Judgment from Fourteenth Court of Appeals for filing in 1001 WL (.50). | 0.50<br>135.00/hr | 67.50 |
| | WLP | Prepare for hearings on Motions to Show Authority, Motion to Use Cash Collateral, and Motion to Disqualify. (5.0). | 5.00<br>105.00/hr | 525.00 |
| | WLP | Email correspondence with LML. (0.2). | 0.20<br>105.00/hr | 21.00 |
| | WLP | Email correspondence with LML. (0.3). | 0.30<br>105.00/hr | 31.50 |
| 10/9/2025 | LML | Travel to and from Austin. (5.0) (billed at 1/2 rate). | 5.00<br>225.00/hr | 1,125.00 |
| | LML | Argue Motion to Show Cause. (5.5). | 5.50<br>550.00/hr | 3,025.00 |
| | LML | Prepare Response to Choudhri/Dalio 1 Objection to Entry of Sale Order. (0.6). | 0.60<br>550.00/hr | 330.00 |
| | ECD | Plan and prepare for hearing on motion to show authority; conference with LML re: same; attend beginning of hearing and exchange texts with LML about whether or not to put on my testimony, based on judge's comments; researched dismissed appeal and mandate and send to LML and was excused from hearing. | 2.50<br>500.00/hr | 1,250.00 |
| | SDP | Draft Notice of Filing Memorandum and Judgment entered in Fourteenth Court of Appeals for filing in 1001 WL (.50). | 0.50<br>135.00/hr | 67.50 |
| | SDP | Draft Notice of Filing Memorandum and Judgment entered in Fourteenth Court of Appeals for filing in TX REIT (.50). | 0.50<br>135.00/hr | 67.50 |
| | SDP | Draft Notice of Filing Memorandum and Judgment entered in Fourteenth Court of Appeals for filing in Mokaram-Latif West Loop, Ltd.- Dalio Adversary Proceeding (.50). | 0.50<br>135.00/hr | 67.50 |
| | SDP | Draft Notice of Filing Memorandum and Judgment entered in Fourteenth Court of Appeals for filing in Mokaram-Latif West Loop, Ltd.- Ali Choudhri Adversary Proceeding (.50). | 0.50<br>135.00/hr | 67.50 |
| 10/10/2025 | LML | Prepare for hearing. (0.8). | 0.80<br>550.00/hr | 440.00 |
| | LML | Attend hearing on Motion to Approve Sale of Westheimer building. (3.0). | 3.00<br>550.00/hr | 1,650.00 |
| | LML | Telephone conference with L. Vargas regarding withdrawal of Disqualify Motion and request of Choudhri to meet. (0.2). | 0.20<br>550.00/hr | 110.00 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/10/2025 | LML | Email L. Vargas regarding unavailability of T. Vargo. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Telephone conference with T. Vargo regarding call with L. Vargas. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Telephone conference with E. Terry regarding next steps and meeting with WCW. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Receive and review Sale Approval Order; exchange with T. Vargo regarding operative paragraphs for Receiver.(0.5). | 0.50<br>550.00/hr | 275.00 |
| 10/14/2025 | LML | Receive and review Order Granting Application of B. Duke to Appear Pro Hac Vice to "represent Dalio I LLC/Dalio II"; prepare Motion for Reconsideration of Order. (1.0). | 2.00<br>550.00/hr | 1,100.00 |
| 10/16/2025 | LML | Prepare Motions to Show Authority and Strike as to Rayome and B. Duke for A-Case and D-Case adversaries (1.2). | 1.20<br>550.00/hr | 660.00 |
| 10/18/2025 | LML | Receive and review Judge Parker Opinion Granting Receiver's Motion to Show Authority. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | Telephone conference with T. Vargo regarding Ruling. (0.1). | 0.10<br>550.00/hr | 55.00 |
| 10/20/2025 | LML | Receive and review Bradley opinions in 1001 WL and Texas REIT. (0.5). | 0.50<br>550.00/hr | 275.00 |
| | LML | Telephone conference with E. Terry regarding next steps in Texas REIT. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Telephone conference with T. Vargo regarding meetings with WCW counsel and meetings with RIC Lavernia counsel. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Email communications with K. Hirsch and L. Butler regarding matters to address regarding RIC Lavernia, Milestone, Otisco RDX, TIG Romspen, et al. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Review Adversary filings and plan of RIC Lavernia in preparation for call. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | Zoom meeting with K. Hirsch and L. Butler regarding framework of deal on RIC (Lavernia) and 1001 WL. (0.8). | 0.80<br>550.00/hr | 440.00 |
| | LML | Prepare Rule 11 Notice Letter to J. Rayome and B. Duke. (0.8). | 0.80<br>550.00/hr | 440.00 |
| | LML | Telephone conference with T. Vargo regarding results of Zoom with Hirsch and Butler. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | Prepare schedule of items to strike/respond to per Parker orders - RIC Lavernia and Otisco and Milestone Adversaries. (1.1). | 1.10<br>550.00/hr | 605.00 |
| | SDP | Draft Notice of Filing Orders regarding Motion to Show Authority for filing in A-Case Adv. (.50). | 0.50<br>135.00/hr | 67.50 |
| | SDP | Draft Notice of Filing Orders regarding Motion to Show Authority for filing in D-Case Adv. (.50). | 0.50<br>135.00/hr | 67.50 |

| Date | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/20/2025 | WLP | Research B. Duke. (0.5). | 0.50<br>105.00/hr | 52.50 |
| | WLP | Email correspondence with LML regarding B. Duke. (0.2). | 0.20<br>105.00/hr | 21.00 |
| | WLP | Prepare Amended Witness and Exhibit List for October 22 hearing. (0.5). | 0.50<br>105.00/hr | 52.50 |
| 10/21/2025 | LML | Review docket sheet for 1001 WL and related adversaries for determination of documents to strike. (1.0). | 1.00<br>550.00/hr | 550.00 |
| | LML | Review and edit Milestone/ RIC Lavernia 4th amended Scheduling Order and forward to K. Hirsch for review. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | Telephone conference with L. Butler regarding pending Motion to Disqualify and inclusion of same on list of documents to Strike in Meandering Bend. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Review docket sheet for Texas REIT and identify documents to Strike. (0.8). | 0.80<br>550.00/hr | 440.00 |
| | LML | Zoom call with E. Terry and K. Powers regarding lien priorities (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Telephone conference with T. Vargo regarding results of calls with TIG Romspen, calls with WCW, and issues with GLNH Adversary. (0.5). | 0.50<br>550.00/hr | 275.00 |
| | LML | Multiple calls with T. Vargo regarding allocation of net sale proceeds. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | Prepare for hearings in D-Case Adversary and GLNH Adversary. (0.8). | 0.80<br>550.00/hr | 440.00 |
| | LML | Telephone conference with B. Cummings confirming withdrawal of Motion to Remand and support for Motion to Transfer Venue. (0.1). | 0.10<br>550.00/hr | 55.00 |
| 10/22/2025 | LML | Attend docket call on GLNH Adversary; announce position and authority of Receiver regarding Remand Motion and Transfer of Venue. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Attend docket call on D-Case Adversary; announce position of Receiver and lack of authority by Choudhri, Dalio and Duke; request Remand or Dismissal; receive ruling. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Prepare Order Dismissing Adversary for Lack of Subject Matter Jurisdiction. (0.5). | 0.50<br>550.00/hr | 275.00 |
| | LML | Review docket sheets and pleadings regarding WCW lien position and allegations of grounds for equitable subordination. (1.2). | 1.20<br>550.00/hr | 660.00 |
| | LML | Telephone conference with E. Terry regarding position of WCW. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Telephone conference with T. Vargo regarding E. Terry's posture and anticipated offer. (0.2). | 0.20<br>550.00/hr | 110.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/23/2025 | LML | Review and respond to email with K. Hirsch regarding sanctions. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Email T. Vargo regarding Appeal of Judgment. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Telephone conference with T. Vargo regarding Equitable Subordination issues. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Telephone conference with K. Hirsch, J. Hanna, L. Graham, and L. Butler regarding 1) sanctions report, 2) Notice of Appeal of Otisco Judgment. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Review Meandering Bend docket sheet, and identify items for list to Strike. (0.6). | 0.60<br>550.00/hr | 330.00 |
| | LML | Telephone conference with T. Vargo regarding communication with K. Hirsch, et al and next steps. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Receive, review, and respond to email from J. Rayome regarding Milestone Orders (Sanction) and advise of Receiver's position regarding same. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | SDP | Draft Notice of Appeal (1.0). | 1.00<br>135.00/hr | 135.00 |
| | LML | Review and finalize Notice of Appeal. (0.5). | 0.50<br>550.00/hr | 275.00 |
| 10/24/2025 | LML | Review email and attachments from K. Hirsch; review adversary docket sheets in 1001 WL; Review 9019 Motion in Anticipation of Judge Robinson's Ruling today; email T. Vargo regarding TIG Romspen data and framework for settlement proposal. (1.0). | 1.00<br>550.00/hr | 550.00 |
| | LML | Telephone conference with T. Vargo regarding path to resolution with TIG Romspen, et al, cost analysis, and success analysis. (0.3). | 0.30<br>550.00/hr | 165.00 |
| 10/28/2025 | LML | Telephone conference with E. Terry regarding WCW, Dalio, et al, and equitable subordination claims. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | Telephone conference with L. Butler regarding TIG Romspen resolution opportunities - RIC (Lavernia) and 1001 WL. (0.3). | 0.30<br>550.00/hr | 165.00 |
| 10/29/2025 | LML | Receive and review Cash Collateral Order 4th - And email T. Vargo. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Telephone conference with T. Vargo regarding Cash Collateral Order. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Telephone conference with R. Mates regarding Cash Collateral Order and equitable subordination Adversary. (0.4). | 0.40<br>550.00/hr | 220.00 |
| 10/30/2025 | LML | Attend Texas REIT Cash Collateral hearing and present status to court regarding Receiver's Reports. (0.8). | 0.80<br>550.00/hr | 440.00 |
| | LML | Prepare document schedule for Meandering Bend. (0.6). | 0.60<br>550.00/hr | 330.00 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/30/2025 | LML | Prepare document schedule for Texas REIT. (2.5). | 2.50<br>550.00/hr | 1,375.00 |
| | LML | Prepare document schedule for 1001 WL (1.0). | 1.00<br>550.00/hr | 550.00 |
| | LML | Telephone conference with R. Mates regarding documents for Texas REIT. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | Telephone conference with B. Cummings regarding documents for 1001 WL. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Email T. Vargo regarding access to 1001 WL building and possible Choudhri property. (0.1). | 0.10<br>550.00/hr | 55.00 |
| 10/31/2025 | LML | Attend Oral Ruling regarding 9019 Motion by TIG Romspen and P. Lowe; emails/texts with T. Vargo regarding status. (1.5). | 1.50<br>550.00/hr | 825.00 |
| | LML | Review all Adversary docket sheets; complete 1001 WL Report. (1.5). | 1.50<br>550.00/hr | 825.00 |
| | LML | Telephone conference with B. Cummings regarding Ruling and next steps. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Telephone conference with K. Hirsch regarding Ruling on 9019, Settlement with TIG Romspen, et al. and Receiver, and next steps.. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Telephone conference with T. Vargo regarding 1) Texas REIT options, 2) 1001 WL options. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | Contact Judge Gargotta and C. Mott (separately) regarding possible service as Mediator. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | | | 120.60 | $51,115.50 |

Additional Charges :

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 10/7/2025 | Copying | 1,442<br>$0.11 | 158.62 |
| 10/23/2025 | Court fees - Filing fee for Appeal | 1<br>$298.00 | 298.00 |
| 10/31/2025 | Copying | 3,281<br>$0.11 | 360.91 |
| | Court fees - PACER | 1<br>$443.20 | 443.20 |
| | Total costs | | $1,260.73 |
| | Total amount of this bill | | $52,376.23 |
| | Previous balance | | $27,205.88 |

| | | Amount |
|---|---|---|
| 10/28/2025 | Payment from account | ($27,205.88) |
| | Total payments and adjustments | ($27,205.88) |
| | Balance due | $52,376.23 |
| | Previous balance of T. Vargo, Receiver Retainer | $26,261.20 |
| 10/24/2025 | Deposit to account | $20,000.00 |
| 10/28/2025 | Payment from account | ($27,205.88) |
| | New balance of T. Vargo, Receiver Retainer | $19,055.32 |

LUTTRELL + CARMODY
LAW GROUP

100 NE Loop 410, Ste. 615
San Antonio, TX 78216
210. 426. 3600

December 5, 2025

Invoice submitted to:

Travis Vargo, Court Appointed Receiver
Vargo Law Firm, P.C.
12012 Wickchester, Suite 670
Houston, TX 77079

Invoice No.
16045

In Reference To: Choudhri Receivership Actions
8-7470.1

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/2/2025 | LML | Review email from L. Vargas regarding engagement letters and fees; forward to T. Vargo. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Receive, review, and forward to T. Vargo Motion to Vacate "No Authority" Ruling filed by B. Duke for A. Choudhri. (0.5). | 0.50<br>550.00/hr | 275.00 |
| | LML | Email E. Terry, K. Powers, R. Mates regarding contract with C. Mott and Judge Gargotta regarding possible service as Mediator for WCW/Dalio matter. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Receive, review, and respond to email from E. Terry regarding contract and Expedited Scheduling Order. (0.1). | 0.10<br>550.00/hr | 55.00 |
| 11/3/2025 | LML | Attend Sanctions hearing by RIC Lavernia against Milestone. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | Meeting with K. Hirsch regarding path to settlement. (0.7). | 0.70<br>550.00/hr | 385.00 |
| | LML | Pull and review state law and 5th Circuit Authorities regarding Equitable Subordination and inoculation of Receiver from bad acts of Judgment Debtor. (1.1). | 1.10<br>550.00/hr | 605.00 |
| 11/4/2025 | LML | Zoom with E. Terry and K. Powers regarding WCW v. Texas REIT and Dalio. (0.8). | 0.80<br>550.00/hr | 440.00 |
| | LML | Review WCW and Dalio documents to determine position of Receiver and status of debt. (1.2). | 1.20<br>550.00/hr | 660.00 |
| | LML | Zoom meeting with T. Vargo, B. Mendez, and Osama regarding Texas REIT documents and facts and TIG Romspen; follow-up debrief with T. Vargo regarding strategies. (1.0). | 1.00<br>550.00/hr | 550.00 |
| | LML | Telephone conference with K. Hirsch regarding use of $2.2 mm reflected in Otisco Deed of Trust. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Telephone conference with T. Vargo regarding $2.2 mm and counter offer to TIG Romspen/RIC Lavernia. (0.3). | 0.30<br>550.00/hr | 165.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/5/2025 | LML | Telephone conference with K. Hirsch regarding counter offer and mechanics for Resolution. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Review and analyze findings and conclusions in D-Case Final Award. (1.0). | 1.00<br>550.00/hr | 550.00 |
| | LML | Complete Motion to Intervene in WCW v. Texas REIT, et al. (2.3). | 2.30<br>550.00/hr | 1,265.00 |
| | LML | Telephone conference with K. Hirsch regarding Counter Offer from TIG Romspen. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Communicate Counter to T. Vargo. (0.1). | 0.10<br>550.00/hr | 55.00 |
| 11/6/2025 | LML | Attend status conference on Texas REIT issues: WCW v. Texas REIT, et al Intervention, and DCO. (0.6). | 0.60<br>550.00/hr | 330.00 |
| | LML | Receive and review email from K. Hirsch regarding settlement of RIC (Lavernia) and TIG Romspen (1001 WL) issues; forward to T. Vargo for confirmation of terms. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Receive, review, and edit Motion to Continue and Proposed Order and revert to K. Hirsch. (0.2). | 0.20<br>550.00/hr | 110.00 |
| 11/7/2025 | LML | Zoom conference with T. Vargo, S. Lemmon, and R. Mates regarding WCW Adversary. (1.0). | 1.00<br>550.00/hr | 550.00 |
| | LML | Email Judge Gargotta's Chambers regarding availability for mediation in December. (0.1). | 0.10<br>550.00/hr | 55.00 |
| 11/10/2025 | LML | Review and finalize Witness and Exhibit List for 11/13 hearings - Motion to Show Authority, Motion to Remand, and Motion to Transfer Venue. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | Review Amended Motion to Vacate filed in RIC Lavernia Case. (0.2). | 0.20<br>550.00/hr | 110.00 |
| 11/11/2025 | LML | Review docket sheet for "other" Choudhri Appeals and email T.M. Ballases and B. Mendez regarding status. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Telephone conference with R. Mates hearing on lease issue - TX Pawn - set for 11/12. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | Review Briefing and explanation from T. M. Ballases regarding "other" Choudhri appeals in preparation for response to Motion to Vacate Orders on Motion to Show Authority. (0.6). | 0.60<br>550.00/hr | 330.00 |
| 11/12/2025 | LML | Telephone conference with E. Terry regarding 1) tax lender issue - Caz Creek - and need for accounting from H. Spector, 2) S. Lemmons request for position statements, and 3) mediation issues and positions. (0.6). | 0.60<br>550.00/hr | 330.00 |
| | LML | Review authorities regarding Rejection by Debtor Lessor and Application of 356(h) vs. 363(f): Royal Street Bistro and Qualitech. (0.6). | 0.60<br>550.00/hr | 330.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/12/2025 | LML | Attend hearing on Motion to Reject Executory Contract. (0.8). | 0.80<br>550.00/hr | 440.00 |
| 11/13/2025 | LML | Receive and review ruling by court Denying Meandering Bend Motion for Reconsideration of Motion Converting Case - lengthy opinion. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | Receive and review Response of Choudhri to Motion to Show Authority. (0.5). | 0.50<br>550.00/hr | 275.00 |
| | LML | Email T. Vargo regarding Response and hearing today at 1:30 PM. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Attend hearings on Motion to Transfer, Motion to Remand, and Motion to Show Authority. (1.7). | 1.70<br>550.00/hr | 935.00 |
| | LML | Debrief with T. Vargo regarding rulings by Judge Rodriguez. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Draft form of order regarding Motion to Show Authority in Removed A-Case. (0.8). | 0.80<br>550.00/hr | 440.00 |
| 11/14/2025 | LML | Prepare Motion and Order Appointing Judicial Mediator. (0.9). | 0.90<br>550.00/hr | 495.00 |
| | LML | Email draft of A-Case Show Authority Order. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Telephone conference with R. Osbercav regarding Meandering Bend issues. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | WLP | Email correspondence with client re access to web hearing (.10); Email correspondence with LML re Motion for Expedited Consideration (.10); Draft Motion for Expedited Consideration and Proposed Order (1.0). | 1.20<br>105.00/hr | 126.00 |
| 11/15/2025 | LML | Telephone conference with T. Vargo regarding form of order regarding future actions/filings by Choudhri in A-Case Removed Action. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Revise order per discussion with T. Vargo and circulate to B. Duke and T.M. Ballases. (0.2). | 0.20<br>550.00/hr | 110.00 |
| 11/16/2025 | LML | Review and heavily edit initial draft of Receiver/Romspen Settlement Agreement. (2.5). | 2.50<br>550.00/hr | 1,375.00 |
| | LML | Review opposition of Lyndel to documents to be struck in 1001 WL; determine if no reply by Receiver is necessary. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Receive and review removal of D-Case by Rayome. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Email T. Vargo regarding MFR and Expedited Relief. (0.1). | 0.10<br>550.00/hr | 55.00 |
| 11/17/2025 | LML | Telephone conference with S. Lemmon regarding WCW adversary. (0.5). | 0.50<br>550.00/hr | 275.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/17/2025 | LML | Telephone conference with M. Ballases regarding A-Case and D-Case. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Review and respond to multiple emails regarding removal by Rayome of D-Case. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Review PRT and discuss with K. Hansen. (1.0). | 1.00<br>550.00/hr | 550.00 |
| | LML | Prepare Motion to Remand. (4.1). | 4.10<br>550.00/hr | 2,255.00 |
| | LML | Review and edit paralegal-prepared Motion to Expedite and Order on Motion for Relief from Stay. (0.2). | 0.20<br>550.00/hr | 110.00 |
| 11/19/2025 | LML | Zoom with T. Vargo and K. Hirsch regarding TIG Romspen Settlement. (0.5). | 0.50<br>550.00/hr | 275.00 |
| | LML | Review and respond to lengthy email with K. Kerr regarding Meandering Bend. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Telephone conference with T. Vargo regarding Meandering Bend Dismissal option. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Telephone conference with K. Kerr regarding Meandering Bend Dismissal option. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Email R. Osherow and J. Henzlick regarding Meandering Bend Dismissal. (0.1). | 0.10<br>550.00/hr | 55.00 |
| 11/20/2025 | LML | Email communications regarding Meandering Bend matter with W. Sander, Choudhri creditor. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Research regarding timing for filing Motion for Reconsideration under 9023. (0.5). | 0.50<br>550.00/hr | 275.00 |
| | LML | Communications with T. Vargo regarding scope of reps and warranties by Receiver. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Prepare language for inclusion in Settlement Agreement and circulate to Vargo and Hirsch, et al. (0.3). | 0.30<br>550.00/hr | 165.00 |
| 11/21/2025 | LML | Prepare Notice of Withdrawal of Appeal - For ADV. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Prepare Notice of Withdrawal of Appeal for District Court. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Prepare Notice of Withdrawal of Milestone Plan Objection, Otisco Plan Objection, and Choudhri 9019 Objection and circulate for consideration. (0.5). | 0.50<br>550.00/hr | 275.00 |
| | LML | Review and respond to email with K. Hirsch regarding next steps and hearing on 11/24. (0.2). | 0.20<br>550.00/hr | 110.00 |
| 11/23/2025 | LML | Prepare Response in opposition to Motion to Vacate/Reconsider in RIC Lavernia and in 1001 WL. (3.3). | 3.30<br>550.00/hr | 1,815.00 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/23/2025 | LML | Prepare Motion to Dismiss. (2.4). | 2.40<br>550.00/hr | 1,320.00 |
| 11/24/2025 | LML | Review and approve edits to Notice of Withdrawal of Objection to 9019 and Objections to Confirmation. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Finalize Motion to Dismiss Meandering Bend and prepare Motion and Order to Expedite. (1.1). | 1.10<br>550.00/hr | 605.00 |
| | LML | Email all regarding support for Motion and Motion to Expedite. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Review, edit, and send revisions to Agreed Motion to enter Judgment. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Attend docket call and announce arguments and next steps. (1.0). | 1.00<br>550.00/hr | 550.00 |
| | LML | Work on Mediation Statement. (1.2). | 1.20<br>550.00/hr | 660.00 |
| 11/26/2025 | LML | Multiple communications with K. Hirsch, et al regarding dismissal of GLNH Adversary. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Prepare Rule 41 Notice of Dismissal and circulate. (1.0). | 1.00<br>550.00/hr | 550.00 |
| | LML | Receive and review comments; finalize for filing. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | | | 47.50 | $25,591.00 |

Additional Charges :

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 11/17/2025 | Court fees - Filing Fee for Motion for Relief from Stay in Meandering Bend | 1<br>$199.00 | 199.00 |
| 11/30/2025 | Court fees - PACER | 1<br>$273.30 | 273.30 |
| | Total costs | | $472.30 |
| | Total amount of this bill | | $26,063.30 |
| | Previous balance | | $52,376.23 |
| 12/4/2025 | Payment from account | | ($19,055.32) |
| | Total payments and adjustments | | ($19,055.32) |
| | Balance due | | $59,384.21 |

| Date | Description | Amount |
|---|---|---|
| | Previous balance of T. Vargo, Receiver Retainer | $19,055.32 |
| 12/4/2025 | Payment from account | ($19,055.32) |
| | New balance of T. Vargo, Receiver Retainer | $0.00 |

LUTTRELL + CARMODY
LAW GROUP

100 NE Loop 410, Ste. 615
San Antonio, TX 78216
210. 426. 3600

January 13, 2026

Invoice submitted to:

Travis Vargo, Court Appointed Receiver
Vargo Law Firm, P.C.
12012 Wickchester, Suite 670
Houston, TX 77079

Invoice No.
16047

In Reference To: Choudhri Receivership Actions
8-7470.1

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/2/2025 | LML | Complete Mediation Statement; gather exhibits. (3.3). | 3.30<br>550.00/hr | 1,815.00 |
| | LML | Receive and review draft order dismissing case; email T. Vargo regarding same; confirm approval to K. Hirsch. (0.4). | 0.40<br>550.00/hr | 220.00 |
| 12/3/2025 | LML | Attend hearings in RIC Lavernia -- B. Duke Pro Hac and Rayome Show Cause. (.50). | 0.50<br>550.00/hr | 275.00 |
| | LML | Prepare Witness and Exhibit List for Motion to Dismiss. (0.7). | 0.70<br>550.00/hr | 385.00 |
| | LML | Prepare Witness and Exhibit List for Motion for Relief from Stay. (0.7). | 0.70<br>550.00/hr | 385.00 |
| | LML | Prepare Witness and Exhibit Lists for Motion to Disqualify Luttrell + Carmody Law Group. (0.7). | 0.70<br>550.00/hr | 385.00 |
| | LML | Email Rayome and Duke regarding Withdrawal of Motion to Disqualify - ECF 38 - or will pursue sanctions per Rule 11 Notice letter. (0.1) | 0.10<br>550.00/hr | 55.00 |
| | SDP | Preparing Exhibits for December 5, 2025 hearing in Meandering Bend (2.0), email Courtroom Deputy Receiver's Exhibits (.20); prepare flashdrive of exhibits and overnight to Courtroom Deputy (.20). | 2.40<br>135.00/hr | 324.00 |
| 12/4/2025 | SDP | Prepare hearing binder for December 5 hearing in Meandering Bend (3.0). | 3.00<br>135.00/hr | 405.00 |
| | LML | Telephone conference with K. Kerr regarding sale of Meandering Bend - possible competing bids. (0.4). | 0.40<br>550.00/hr | 220.00 |
| | LML | Email with K. Kerr and Broker regarding next steps after determination of Dismissal Motion. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Receive filing Notice of Stipulated Dismissal of RIC (Lavernia) LLC case and email T. Vargo regarding same. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Prepare for hearings. (1.0). | 1.00<br>550.00/hr | 550.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/5/2025 | LML | Attend Mediation of WCW v. TX REIT, et al; attend hearings on Motion to Disqualify Luttrell + Carmody Law Group, Motion for Relief from Stay, and Motion to Dismiss Meandering Bend. (9.0). | 9.00<br>550.00/hr | 4,950.00 |
| 12/6/2025 | LML | Prepare Advisory to the Court regarding Meandering Bend Dismissal - A-Case. (0.8). | 0.80<br>550.00/hr | 440.00 |
| | LML | Prepare Advisory to the Court regarding Meandering Bend Dismissal - D-Case. (0.8). | 0.80<br>550.00/hr | 440.00 |
| 12/7/2025 | LML | Review and finalize form of Authority Order A-Case, Removed Adversary, and email B. Duke again regarding position on same. (0.2). | 0.20<br>550.00/hr | 110.00 |
| 12/8/2025 | LML | Telephone conference with T. Vargo regarding next steps with Choudhri filing. (0.2). | 0.20<br>550.00/hr | 110.00 |
| 12/9/2025 | SDP | Draft Notice of Appearance, Notice of Filing Receivership Orders and Notice of Filing Order re Authority (1.50). | 1.50<br>135.00/hr | 202.50 |
| | LML | Review Choudhri docket sheet. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Review UST's Motion to strike Petition. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Review Response to UST Motion to Strike filed by Bank of Kawait. (.30). | 0.30<br>550.00/hr | 165.00 |
| | LML | Telephone conference with J. Whitworth - A UST filing Motion to Strike. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Telephone conference with T. Vargo regarding update. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Prepare Motion to Dismiss or in the Alternative Motion to Confirm that Receivership Assets are not Property of the Estate. (4.6). | 4.60<br>550.00/hr | 2,530.00 |
| 12/10/2025 | SDP | Work on Motion to Dismiss and Motion for Relief from Stay and email Case Manager requesting expedited hearing dates (1.50). | 1.50<br>135.00/hr | 202.50 |
| | LML | Prepare Motion for Relief from Stay and Proposed Order. (1.5). | 1.50<br>550.00/hr | 825.00 |
| | LML | Prepare Notice for filing Receiver form of order. (.50) | 0.50<br>550.00/hr | 275.00 |
| | LML | Finalize Motion to Dismiss and prepare form of order. (0.8). | 0.80<br>550.00/hr | 440.00 |
| 12/12/2025 | LML | Receive and review W. Turnover letter. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Telephone conference with T. Vargo regarding Demand, Response, and next steps. (0.3). | 0.30<br>550.00/hr | 165.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/13/2025 | LML | Receive and review email from K. Kerr regarding status of Meandering Bend sale; respond to K. Kerr with explanation of status of case - Choudhri personal status - and pleadings pending with Judge Lopez; receive and review email from T. Vargo. (0.2). | 0.20<br>550.00/hr | 110.00 |
| 12/14/2025 | LML | Prepare Motion to Expedite Motion for Relief from Stay and Proposed Order. (0.8). | 0.80<br>550.00/hr | 440.00 |
| | LML | Prepare Motion to Expedite Motion to Dismiss and Proposed Order. (0.8). | 0.80<br>550.00/hr | 440.00 |
| | LML | Email Counsel of Record regarding request for expedited consideration. (0.1). | 0.10<br>550.00/hr | 55.00 |
| 12/15/2025 | LML | Review email from R. Tretcher regarding Opposition by Bank of Kuwait to Expedited Consideration of Receiver's Motions - Dismiss and Relief from Stay. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Receive, review, and respond to text communication from T. Vargo regarding position of Bank of Kuwait. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | LML | Pull Authorities and prepare response to R. Tretcher communication regarding transfer to Judge Norman and Receiver's status under 11 USC S543(d). (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Zoom meeting with Pillsbury Lawyers regarding Bank of Kuwait Motion for Intradistrict Transfers and Receiver's Motion to Dismiss. (0.6). | 0.60<br>550.00/hr | 330.00 |
| | LML | Telephone conference with T. Vargo regarding call with Pillsbury Lawyers and next steps. (0.5). | 0.50<br>550.00/hr | 275.00 |
| | SDP | Per Court Order, prepare Certificate of Service on Notice Resetting Hearing (.50). | 0.50<br>135.00/hr | 67.50 |
| 12/19/2025 | LML | Appear for/Attend hearing on Motion to Show Authority, Advise Court of Bankruptcy filing by Choudhri and pending Motions by Receiver (.50). | 0.50<br>550.00/hr | 275.00 |
| | LML | Review Order Dismissing Case and brief Client (1.50). | 1.50<br>550.00/hr | 825.00 |
| 12/21/2025 | LML | Review and evaluate additional documents regarding Dalio 1 debt/note with TX REIT; research all applicable limitations arguments of WCW. (1.5). | 1.50<br>550.00/hr | 825.00 |
| 12/22/2025 | LML | Prepare Notice of Dismissal of Meandering Case for A-Case. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Prepare Motions to Expedite Consideration of Motion to Remand in the 3rd D-Case and in the A-Case Removed Adversaries. (1.0). | 1.00<br>550.00/hr | 550.00 |
| | | | 45.30 | $21,221.50 |

Additional Charges :

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 12/4/2025 | Copying | 805<br>$0.11 | 88.55 |
| 12/5/2025 | Federal Express to Court for 12/5/2025 Hearing | 1<br>$82.56 | 82.56 |
| | Parking for 12/5/2025 Mediation | 1<br>$36.86 | 36.86 |
| 12/10/2025 | Filing fees - Motion for Relief from Stay | 1<br>$199.00 | 199.00 |
| 12/31/2025 | Court fees - PACER | 1<br>$42.10 | 42.10 |
| | Total costs | | $449.07 |
| | Total amount of this bill | | $21,670.57 |
| | Previous balance | | $59,384.21 |
| 12/29/2025 | Payment from account | | ($59,384.21) |
| 12/29/2025 | Payment from account | | ($17,615.79) |
| | Total payments and adjustments | | ($77,000.00) |
| | Balance due | | $4,054.78 |
| | Previous balance of T. Vargo, Receiver Retainer | | $0.00 |
| 12/19/2025 | Deposit to account | | $27,000.00 |
| 12/23/2025 | Deposit to account | | $50,000.00 |
| 12/29/2025 | Payment from account | | ($59,384.21) |
| 12/29/2025 | Payment from account | | ($17,615.79) |
| | New balance of T. Vargo, Receiver Retainer | | $0.00 |

LUTTRELL + CARMODY
LAW GROUP

100 NE Loop 410, Ste. 615
San Antonio, TX 78216
210. 426. 3600

February 6, 2026

Invoice submitted to:

Travis Vargo, Court Appointed Receiver
Vargo Law Firm, P.C.
12012 Wickchester, Suite 670
Houston, TX 77079

Invoice No.
16092

In Reference To: Choudhri Receivership Actions
8-7470.1

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/2/2026 | LML | Receive, review, and forward to T. Vargo email communication from A. Choudhri. (0.2). | 0.20<br>550.00/hr | 110.00 |
| 1/5/2026 | LML | Telephone conference with S. Lemmon regarding Mediation - issues and angles for consideration. (0.8). | 0.80<br>550.00/hr | 440.00 |
| 1/6/2026 | LML | Telephone conference with T. Vargo regarding Mediation strategy. (0.4). | 0.40<br>550.00/hr | 220.00 |
| 1/7/2026 | LML | Attend hearing on Romspen/RIC (Westloop) Motion to Convert. (3.4). | 3.40<br>550.00/hr | 1,870.00 |
| | LML | Prepare for Mediation - review state court pleadings. (1.5). | 1.50<br>550.00/hr | 825.00 |
| 1/8/2026 | LML | Attend Reconvened Mediation of WCW v. TX REIT, et al. (2.0). | 2.00<br>550.00/hr | 1,100.00 |
| | LML | Telephone conference with B. Mendez and O. Abdulatif regarding next steps. (0.3). | 0.30<br>550.00/hr | 165.00 |
| 1/9/2026 | LML | Receive, review, and forward Order Denying Motion to Vacate Order Dismissing Bankruptcy of A. Choudhri. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Telephone conference with T. Vargo regarding Order and next steps. (0.2). | 0.20<br>550.00/hr | 110.00 |
| 1/12/2026 | LML | Telephone conference with S. Lemmon regarding Adversary issues and position of TX REIT. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Review and respond to emails with E. Terry and S. Lemmon. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Communications with Court regarding Setting Hearings on Motions to Remand. (0.1). | 0.10<br>550.00/hr | 55.00 |
| | SDP | Telephone conference and email with N. Chavez, Judge Rodriguez' Court Clerk regarding hearing dates on Motions to Remand (.20). | 0.20<br>135.00/hr | 27.00 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/13/2026 | LML | Receive and review Counterclaim filed by TX REIT against WCW and S. Wu. (0.3). | 0.30<br>550.00/hr | 165.00 |
| | LML | Telephone conference with T. Vargo regarding discussions with S. Lemmon regarding bid, acts of Wu, and importance of Texas REIT staying in the case, and discussions with Judge Rodriguez staff regarding setting on Motions to Remand. (0.2). | 0.20<br>550.00/hr | 110.00 |
| 1/15/2026 | LML | Receive and review orders setting hearings on Motions to Remand A-Case and D-Case; review Motions to Remand; review relevant orders and docket sheets; prepare Witness and Exhibit Lists for A-Case Remand, D-Case Remand, and Motions to Show Authority. (1.2). | 1.20<br>550.00/hr | 660.00 |
| | LML | Zoom call with E. Terry, K. Powers, S. Lemmon, and R. Mates regarding Adversary issues - scheduling order, pleading deadlines, trial, etc. (0.6). | 0.60<br>550.00/hr | 330.00 |
| 1/17/2026 | LML | Review all cash collateral related pleadings; analyze language relative to 1) Lien priority and 2) Limitations defense. (3.2). | 3.20<br>550.00/hr | 1,760.00 |
| | LML | Email S. Lemmon and R. Mates regarding pleading status. (0.1). | 0.10<br>550.00/hr | 55.00 |
| 1/21/2026 | LML | Receive, review, and forward Remand Orders for A-Case and D-Case; text T. Vargo regarding Entry. (0.2). | 0.20<br>550.00/hr | 110.00 |
| 1/28/2026 | LML | Receive and review correspondence from E. Terry to S. Lemmon regarding WCW position and demands. (0.2). | 0.20<br>550.00/hr | 110.00 |
| | LML | Communication with T. Vargo regarding correspondence. (0.1). | 0.10<br>550.00/hr | 55.00 |
| 1/29/2026 | LML | Research regarding standing and limitations based on prior non-suit by WCW against Dalio. (1.0). | 1.00<br>550.00/hr | 550.00 |
| | | | 17.00 | $9,267.00 |

Additional Charges :

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 1/8/2026 | Parking - Mediation | 1<br>$31.25 | 31.25 |
| 1/30/2026 | Court fees | 1<br>$71.70 | 71.70 |
| | Total costs | | $102.95 |
| | Total amount of this bill | | $9,369.95 |
| | Previous balance | | $4,054.78 |
| 1/22/2026 | Payment from account | | ($4,054.78) |
| | Total payments and adjustments | | ($4,054.78) |

| | | Amount |
|---|---|---|
| | Balance due | $9,369.95 |
| | Previous balance of T. Vargo, Receiver Retainer | $0.00 |
| 1/22/2026 | Deposit to account | $25,000.00 |
| 1/22/2026 | Payment from account | ($4,054.78) |
| | New balance of T. Vargo, Receiver Retainer | $20,945.22 |

JAMS®

# RETAINER

**Invoice Date**
1/30/2026

**Invoice Number**
8082600

Bill To: **Mr. Seth Nichamoff Esq.**
**Nichamoff Law, P.C.**
**2444 Times Boulevard**
**Suite 270**
**Houston, TX 77005**
**US**

| **Reference #:** | **1300007009 - Rep# 1** |
|---|---|
| Billing Inquiries: | **Oliff, Sandra** |
| Email: | **soliff@jamsadr.com** |
| Telephone: | **949-224-4612** |
| Employer ID: | **68-0542699** |

RE: **Choudhri, Ali vs. Lee, George**
Representing: **Travis Vargo, Receiver for Ali Choudri**

Neutral(s): **Heather McFarlane, Esq.**
Hearing Type: **MEDIATION** JF

| Date / Time | Description | Your Share |
|---|---|---|
| 1/30/26 | **Ms. Heather McFarlane Esq.** Retainer for services: To be applied to professional time (session time, pre and post session reading, research, preparation, conference calls, travel, etc.), expenses, and case management fees. Please review the Neutral's fee schedule regarding case management fee and cancellation policies. Supplemental retainers will be assessed as needed. Any unused portion of this retainer will be refunded at the conclusion of the case. | $ 2,525.00 |

| | |
|---|---|
| **Total Billed:** | $ 2,525.00 |
| **Total Payment:** | $ 0 |
| **Balance:** | $ 2,525.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

**The St. Anthony, a Luxury Collection Hotel, San Antonio**
300 East Travis Street
San Antonio, TX 78205 US
+1 210 227 4392

## Summary of Charges

**Guest Information**

TRAVIS B VARGO
12012 WICKCHESTER
HOUSTON, TX 77079 US

**Dates of Stay** 10/07/2025 - 10/08/2025
**Room Number** 503
**Guest Number** 541685W1
**Member Number** ••••••033
**Group Number** 541685

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 10/07/2025 | Room Chrg - Special Corp | RT503 | 204.00 | |
| 10/07/2025 | State Recovery Fee | RT503 | 1.53 | |
| 10/07/2025 | State Tax | RT503 | 12.49 | |
| 10/07/2025 | County Tax | RT503 | 3.64 | |
| 10/07/2025 | City/Local Tax | RT503 | 18.73 | |
| 10/07/2025 | Tax Other | RT503 | 2.57 | |
| 10/07/2025 | Parking Valet - Overnight | RT503 | 65.00 | |
| 10/07/2025 | Overnight Valet Parking | RT503 | 5.36 | |
| 10/08/2025 | Visa-3765 | VI | | 313.32 |
| **Total balance** | | | | 0.00 USD |

## Important Information

### Authenticity of Hotel Bills

Marriott retains official records of all charges and credits to your account and will honor only these records.

### Privacy

Your privacy is important to us. For full details, please view our Privacy Statement.

### Credit of Marriott Bonvoy Points

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.

**Questions about your bill?** Please contact your hotel directly at +1 210 227 4392

**W Austin**
200 Lavaca Street
Austin, TX 78701 US
+1 512 542 3600

## Summary of Charges

**Guest Information** TRAVIS B VARGO
12012 WICKCHESTER
HOUSTON, TX 77079 US

**Dates of Stay** 10/08/2025 - 10/09/2025
**Room Number** 605
**Guest Number** 886294W1
**Member Number** •••••••033
**Group Number** 886294

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 10/08/2025 | Room Revenue | RT605 | 539.77 | |
| 10/08/2025 | Destination Fee | RT605 | 25.00 | |
| 10/08/2025 | State Tax | RT605 | 2.06 | |
| 10/09/2025 | Visa-3765 | VI | | 566.83 |
| **Total balance** | | | | 0.00 USD |

## Important Information

### Authenticity of Hotel Bills

Marriott retains official records of all charges and credits to your account and will honor only these records.

### Privacy

Your privacy is important to us. For full details, please view our Privacy Statement.

### Credit of Marriott Bonvoy Points

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.

**Questions about your bill?** Please contact your hotel directly at +1 512 542 3600

**The St. Anthony, a Luxury Collection Hotel, San Antonio**
300 East Travis Street
San Antonio, TX 78205 US
+1 210 227 4392

## Summary of Charges

**Guest Information**

TRAVIS B VARGO
12012 WICKCHESTER
HOUSTON, TX 77079 US

**Dates of Stay** 01/07/2026 - 01/08/2026
**Room Number** 855
**Guest Number** 553891W1
**Member Number** ••••••033
**Group Number** 553891

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 01/07/2026 | Room Chrg - Standard Retail | RT855 | 224.42 | |
| 01/07/2026 | State Recovery Fee | RT855 | 1.68 | |
| 01/07/2026 | State Tax | RT855 | 13.74 | |
| 01/07/2026 | County Tax | RT855 | 4.01 | |
| 01/07/2026 | City/Local Tax | RT855 | 20.60 | |
| 01/07/2026 | Tax Other | RT855 | 2.83 | |
| 01/07/2026 | St. Anthony Club | 59776 | 24.73 | |
| 01/08/2026 | Lobby Restaurant | 31744 | 37.39 | |
| 01/08/2026 | Parking Valet - Overnight | rt855 | 61.00 | |
| 01/08/2026 | Parking | rt855 | 5.03 | |
| 01/08/2026 | Visa-9581 | VI | | 395.43 |
| **Total balance** | | | | 0.00 USD |

**The St. Anthony, a Luxury Collection Hotel, San Antonio**
300 East Travis Street
San Antonio, TX 78205 US
+1 210 227 4392

## Summary of Charges

## Important Information

### Authenticity of Hotel Bills

Marriott retains official records of all charges and credits to your account and will honor only these records.

### Privacy

Your privacy is important to us. For full details, please view our Privacy Statement.

### Credit of Marriott Bonvoy Points

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.

**The St. Anthony, a Luxury Collection Hotel, San Antonio**
300 East Travis Street
San Antonio, TX 78205 US
+1 210 227 4392

## Summary of Charges

**Guest Information**

TRAVIS B VARGO
12012 WICKCHESTER
HOUSTON, TX 77079 US

**Dates of Stay** 12/04/2025 - 12/05/2025
**Room Number** 604
**Guest Number** 548867W1
**Member Number** •••••••033
**Group Number** 548867

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 12/04/2025 | Room Chrg - Other Discount | RT604 | 309.00 | |
| 12/04/2025 | State Recovery Fee | RT604 | 2.32 | |
| 12/04/2025 | State Tax | RT604 | 18.91 | |
| 12/04/2025 | County Tax | RT604 | 5.52 | |
| 12/04/2025 | City/Local Tax | RT604 | 28.37 | |
| 12/04/2025 | Tax Other | RT604 | 3.89 | |
| 12/04/2025 | Anacacho | 54290 | 64.54 | |
| 12/04/2025 | St. Anthony Club | 58536 | 64.46 | |
| 12/05/2025 | Visa-3765 | VI | | 497.01 |
| **Total balance** | | | | 0.00 USD |

## Important Information

### Authenticity of Hotel Bills

Marriott retains official records of all charges and credits to your account and will honor only these records.

### Privacy

Your privacy is important to us. For full details, please view our Privacy Statement.

### Credit of Marriott Bonvoy Points

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.

**Questions about your bill?** Please contact your hotel directly at +1 210 227 4392

Receipt Number: 1041694
Tracking Number: 74556773

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202562940

| | |
|---|---|
| PLAINTIFF: VARGO, TRAVIS | In the 333rd Judicial |
| vs. | District Court of |
| DEFENDANT: CHOUDHRI, MOBEEN (MD) | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: CHOUDHRI, SHAHNAZ, AKHTER

1708 RIVER OAKS BLVD

HOUSTON TX 77019

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on August 27, 2025, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this October 9, 2025.

DISTRICT COURT OF HARRIS COUNTY TEXAS

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: IRIS COLLINS

Issued at request of:
POYNTER, MICHAEL DAVID
12012 WICKCHESTER, SUITE 670
HOUSTON, TX 77079
713-524-2441
Bar Number: 24092991

**CAUSE NO. 202562940**

| | | |
|---|---|---|
| **Travis Vargo** | § | **IN THE COURT OF** |
| | § | |
| Plaintiff, | § | |
| **VS.** | § | **HARRIS COUNTY,** |
| | § | |
| **Mobeen Choudhri (MD)** | § | |
| Defendant. | § | **333RD JUDICIAL DISTRICT COURT** |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Michael Smith** who, being by me duly sworn, deposed and said:

"The following came to hand on **Nov 19, 2025, 1:41 pm,**

**ORDER GRANTING MOTION FOR SUBSTITUTED SERVICE OF PROCESS, CITATION AND PLAINTIFF'S ORIGINAL PETITION,**

and was executed at **4521 San Felipe Street #3201, Houston, TX 77027** within the county of **Harris** at **04:03 PM** on **Wed, Nov 19 2025,** by delivering a true copy to the within named

**SHAHNAZ AKHTER CHOUDHRI**

1) Nov 19, 2025, 2:40 pm CST at 4521 San Felipe Street #3201, Houston, TX 77027- I left the documents on front counter with a male receptionist. He refused to give me his name, but I was able to take a photo of him (attached). A female manager approached the desk and told me they would not accept and asked me to leave. Security guard named Fazev, escorted me out. I explained that I had an order to leave them with someone at the front desk. He made sure they were on the front desk.

2) Nov 19, 2025, 4:03 pm CST- The documents were mailed via regular mail from zip code 77377.

3) Nov 19, 2025, 4:03 pm CST - Documents were mailed certified mail, return receipt requested. The tracking number is 9589 0710 5270 1279 1878 71. Receipt and certified mail receipt are attached. As of 30 days from the mailing, the tracking status shows as package "returned to sender."

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

**Michael Smith PSC-25026 (10/31/26)**

**BEFORE ME,** a Notary Public, on this day personally appeared **Michael Smith,** known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

**SUBSCRIBED AND SWORN TO ME ON** 12-19-2025

**Notary Public, State of Texas**

NOTARY PUBLIC STATE OF TEXAS
LINDSEY SMITH
My Notary ID # 132174056
Expires September 16, 2027


Nov 19, 2025 2:40:50 PM

Tombball Ship N More
16949 N Eldridge Pkwy Ste 770
Tomball, TX 77377
Phone 346.808.7167
Fax 346.236.6931

| | |
|---|---|
| USPS First Class Mail Flat | 21.99 |
| Track #: 9589071052701279187871 | |
| Ret Rcpt: 9590940283933156995269 | |
| Stamps - Single | 1.00 |
| SUBTOTAL | 22.99 |
| TAX | 0.00 |
| TOTAL | 22.99 |
| TEND Visa | 22.99 |

Total shipments: 0
Customer: None selected

#39577 11/19/2025
04:03 PM
Workstation: 0 - Master Workstation

Signature____________________

**********************************
Thank you for your business
**********************************

9589 0710 5270 1279 1878 71

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 9.59

Extra Services & Fees (check box, add fee as appropriate)
- [x] Return Receipt (hardcopy) $ 7.98
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$ 21.99

Postmark Here

Sent To Shahnaz Choudhri
Street and Apt. No., or PO Box No. 4521 San Felipe St #3201
City, State, ZIP+4® Houston, TX 77027

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

CAUSE NO. 202562940

| | | |
|---|---|---|
| **Travis Vargo** | § | **IN THE COURT OF** |
| | § | |
| Plaintiff, | § | |
| VS. | § | **HARRIS COUNTY,** |
| | § | |
| **Mobeen Choudhri (MD)** | § | |
| Defendant. | § | **333RD JUDICIAL DISTRICT COURT** |

## DECLARATION IN SUPPORT OF SUBSTITUTE SERVICE

"The following came to hand on **Oct 9, 2025, 2:53 pm,**

**CITATION AND PLAINTIFF'S ORIGINAL PETITION,**

For delivery to **Shahnaz Akhter Choudhri**

1) Unsuccessful Attempt: Oct 20, 2025, 8:10 pm CDT at Daughters home address: 2240 Swift Boulevard University Place, Houston, TX 77030
I arrived at Mobeen's address, whom I had previously delivered documents to on this case, and after other attempts had been made at Shahnaz's address at 1708 River Oaks Boulevard in Houston, TX 7701, and it was deemed to be a bad address. I spoke with Mobeen's husband. Mobeen was still at work, and he said they don't even have contact with Ali because of this legal mess he got them dragged into. He said he didn't know if they would be willing to accept service on Shahnaz' behalf at that address, since she did not reside there. He said they would need to consult with their attorney. He said Shannaz lives in the Arabella building at 4521 San Felipe Street in Houston, TX 77027 but didn't specify which unit number. He accepted my business card and said he would see if Mobeen will text me and let me know where I can find Shahnaz exactly. I have not received a call as of this declaration.

2) Unsuccessful Attempt: Oct 21, 2025, 8:08 pm CDT at 4521 San Felipe Street #3201, Houston, TX 77027
I spoke with front desk person named Carl. He called up to the penthouse unit 3201 to speak with Shahnaz, and he let her know that "a process server was here to give her some court papers." He could not let me up to the unit, per the rules of the property. Carl spoke with subject directly over the phone, and she told him "I don't need it". Carl said he would assist however he legally could, if we were to get authorization for sub-service, etc.

I have made diligent efforts to deliver said papers to **Shahnaz Akhter Choudhri** . I have made numerous attempts at their residence address as described above. I believe an efficient way to effect service is by leaving a copy with anyone over 16 years of age at 4521 San Felipe Street, such as the front desk, etc, since I am not allowed up to the confirmed residential unit #3201, or in any other manner the affidavit or evidence before the court shows will be reasonably effective to give the defendant notice of the suit.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Janese Alvarado,** I am at least 18 years old, and my address is **16949 North Eldridge Parkway #770-30, Tomball, TX 77377**, and **United States of America.** I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Harris** County, State of **Texas**, on **October 21, 2025.**

**Janese Alvarado**
PSC-26394 (5/31/2027)

## CAUSE NO. 202562940

| | | |
|---|---|---|
| **Travis Vargo** | § | **IN THE COURT OF** |
| | § | |
| Plaintiff, | § | |
| **VS.** | § | **HARRIS COUNTY,** |
| | § | |
| **Mobeen Choudhri (MD)** | § | |
| Defendant. | § | **333RD JUDICIAL DISTRICT COURT** |

## RETURN OF DUE DILIGENCE

"The following came to hand on **Oct 9, 2025, 2:53 pm,**

**CITATION AND PLAINTIFF'S ORIGINAL PETITION,**

For delivery to Shahnaz Akhter Choudhri

1) Unsuccessful Attempt: Oct 11, 2025, 10:30 am CDT at 1708 River Oaks Boulevard, Houston, TX 77019

unable to make any contact with anyone at the home. Gated and secured. 1 car visible through the gate with plates CG3012- unsure of state. Also- a patrol car in the driveway.

2) Unsuccessful Attempt: Oct 14, 2025, 7:32 pm CDT at 1708 River Oaks Boulevard, Houston, TX 77019

the bell on the box at the gate does not work. I left a handwritten note with her name asking her to call me. I attached it to the security box with a binder clip.

3) Unsuccessful Attempt: Oct 15, 2025, 2:52 pm CDT at 1708 River Oaks Boulevard, Houston, TX 77019

I received a phone call from 281-850-8775. The gentleman sounded of Indian decent. His name was RIYAZ. He stated that no one by the name of Shahnaz lives there and he does not know them.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Violet James**, I am at least 18 years old, and my address is **PO BOX 4067, Austin, TX 78773,** and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Harris County**, State of **Texas**, on **October 20, 2025.**

**Violet James**
**Certification Number: 23930**
**Certification Expiration: 02/28/2026**

CAUSE NO: 201227197A

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 1077652 TR # 74505591

PLAINTIFF: MOKARAM, ALI
vs.
DEFENDANT: CHOUDHRI, ALI ET AL

In The 333rd
Judicial District Court
of Harris County, Texas

**PRECEPT**

THE STATE OF TEXAS
County Of Harris

TO ANY SHERIFF OR CONSTABLE OF TEXAS
Or Other Authorized Person

YOU ARE HEREBY COMMANDED to serve,

CHOUDHRI, ALI
4521 SAN FELIPE ST UNIT 3201
HOUSTON TX 77027

with the accompanying certified copy of ORDER SETTING HEARING and copy of ORDER SETTING SHOW CAUSE HEARING.

HEREIN FAIL NOT, but of this notice make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND THE SEAL OF SAID COURT, at Houston, Texas, on July 7, 2025.

Issued at request of:
POYNTER, MICHAEL DAVID
12012 WICKCHESTER, SUITE 67
HOUSTON, TX 77079
713-524-2441
24092991

DISTRICT COURT OF HARRIS COUNTY TEXAS

Marilyn Burgess

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: JAROD STIRRUP

**CAUSE NO. 201227197A**

| | | |
|---|---|---|
| **Ali Mokaram** | § | **IN THE COURT OF** |
| | § | |
| Plaintiff, | § | |
| **VS.** | § | **HARRIS COUNTY,** |
| | § | |
| **Ali Choudri, Et Al** | § | |
| Defendant. | § | **333RD JUDICIAL DISTRICT COURT** |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Janese Alvarado** who, being by me duly sworn, deposed and said:

"The following came to hand on **Jul 8, 2025, 10:29 am,**

**PRECEPT AND ORDER SETTING SHOW CAUSE HEARING**

and was executed at **515 Rusk Street, Houston, TX 77002** within the county of **Harris** at **04:39 PM** on **Wed, Jul 09 2025,** by delivering a true copy to the within named

Ali Choudhri

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

**Janese Alvarado**
**PSC-26394 (5/31/2027)**

**BEFORE ME,** a Notary Public, on this day personally appeared **JaneseAlvarado,** known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

**SUBSCRIBED AND SWORN TO ME ON** 7/9/2025

**Notary Public, State of Texas**

LINDSEY SMITH
My Notary ID # 132174056
Expires September 16, 2027

CAUSE NO: 201227197D

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 1077653 TR # 74505707

PLAINTIFF: MOKARAM, ALI
vs.
DEFENDANT: DALIO HOLDINGS I LLC

In The 333rd
Judicial District Court
of Harris County, Texas

**PRECEPT**

THE STATE OF TEXAS
County Of Harris

TO ANY SHERIFF OR CONSTABLE OF TEXAS
Or Other Authorized Person

YOU ARE HEREBY COMMANDED to serve,

CHOUDHRI, ALI
4521 SAN FELIPE ST UNIT 3201
HOUSTON TX 77027

with the accompanying certified copy of ORDER SETTING HEARING and copy of ORDER SETTING SHOW CAUSE HEARING.

HEREIN FAIL NOT, but of this notice make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND THE SEAL OF SAID COURT, at Houston, Texas, on July 8, 2025.

Issued at request of:
POYNTER, MICHAEL DAVID
12012 WICKCHESTER, SUITE 67
HOUSTON, TX 77079
713-524-2441
24092991

DISTRICT COURT OF HARRIS COUNTY TEXAS

*Marilyn Burgess*
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: JAROD STIRRUP

**CAUSE NO. 201227197D**

| | | |
|---|---|---|
| **Ali Mokaram** | § | **IN THE COURT OF** |
| Plaintiff, | § | |
| VS. | § | **HARRIS COUNTY,** |
| **Dalio Holdings I LLC** | § | |
| Defendant. | § | **333RD JUDICIAL DISTRICT COURT** |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Janese Alvarado** who, being by me duly sworn, deposed and said:

"The following came to hand on **Jul 8, 2025, 10:35 am,**

**PRECEPT AND ORDER SETTING SHOW CAUSE HEARING**

and was executed at **515 Rusk Street, Houston, TX 77002** within the county of **Harris** at **04:39 PM** on **Wed, Jul 09 2025,** by delivering a true copy to the within named

Ali Choudhri

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

[signature]

**Janese Alvarado**
PSC-26394 (5/31/2027)

**BEFORE ME,** a Notary Public, on this day personally appeared **Janese Alvarado,** known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

**SUBSCRIBED AND SWORN TO ME ON** 7/9/2025

[signature]

**Notary Public, State of Texas**

LINDSEY SMITH
My Notary ID # 132174056
Expires September 16, 2027

**Prime Investigations and Legal Services**
16949 N Eldridge Pkwy Ste 770-30
Tomball, TX 77377-9086
+13464640044
smith@primeils.com

**BILL TO**
Michael Poynter
Vargo Law Firm, P.C.
12012 Wickchester
Suite 670
Houston, TX 77079

**INVOICE #** 20259581
**DATE** 11/19/2025
**DUE DATE** 11/21/2025

---

| DATE | TYPE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/19/2025 | ***Standard Service of Process** | Shahnaz Akhter Choudhri- 4521 San Felipe #3201 | 1 | 85.00 | 85.00 |
| 11/19/2025 | **Postage** | Regular mail and CMRRR | 1 | 22.99 | 22.99 |

Thank you for your business!

Other forms of payment accepted:
PayPal: @PrimeILS
Zelle: smith@primeils.com
Mailed check: Please send us an email to let us know that payment is on the way!

| | |
|---|---|
| SUBTOTAL | 107.99 |
| TAX | 0.00 |
| TOTAL | 107.99 |
| BALANCE DUE | **$107.99** |

Pay invoice

intuit quickbooks.

Payment receipt

# You paid $107.99

to Prime Investigations and Legal Services on 11/19/2025

| | |
|---|---|
| Invoice no. | 20259581 |
| Invoice amount | $107.99 |
| **Total** | **$107.99** |

| | |
|---|---|
| Status | Paid |
| Payment method | Credit Card |
| Authorization ID | MQ0292121994 |

Thank you

**Prime Investigations and Legal Services**

+13464640044

www.primeils.com | smith@primeils.com
16949 N Eldridge Pkwy Ste 770-30, Tomball, TX 77377-9086

No additional transfer fees or taxes apply.

Intuit Payments Inc (IPI) processes payments as an agent of the business. Payments processed by IPI constitutes payment to the business and satisfies your obligation to pay the business, including in connection with any dispute or case, in law or equity. Money movement services are provided by IPI pursuant to IPI's licenses (NMLS #1098819, https://www.intuit.com/legal/licenses/payment-licenses). IPI is located at 2700 Coast Avenue, Mountain View, CA 94043, 1-888-536-4801.

**Prime Investigations and Legal Services**
16949 N Eldridge Pkwy Ste 770-30
Tomball, TX 77377-9086
+13464640044
smith@primeils.com

**BILL TO**
Michael Poynter
Vargo Law Firm, P.C.
12012 Wickchester
Suite 670
Houston, TX 77079

**INVOICE #** 20259425
**DATE** 10/13/2025
**DUE DATE** 10/24/2025

| DATE | TYPE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/11/2025 | ***Standard Service of Process** | Mobeen Choudhri Service | 1 | 85.00 | 85.00 |
| 10/15/2025 | ***Standard Service of Process** | Attempts at Shahnaz Akhter Choudhri- 1708 River Oaks Boulevard Houston, TX 77019- Bad address- Due Diligence aff submitted | 1 | 85.00 | 85.00 |
| 10/20/2025 | ***Standard Service of Process** | 2240 Swift Boulevard University Place Houston, TX 77030 - attempt | 1 | 85.00 | 85.00 |
| 10/21/2025 | **Change of location fee** | 4521 San Felipe Street #3201 Houston, TX 77027- confirmed residence- Sub service aff submitted | 1 | 50.00 | 50.00 |

Thank you for your business!

Other forms of payment accepted:
PayPal: @PrimeILS

| | |
|---|---|
| SUBTOTAL | 305.00 |
| TAX | 0.00 |

Secure Invoicing and Payments provided by: PaySimple

Welcome Travis Vargo Settings Logout

Zions Bancorporation, N.A. Legal Processing Invoice and Payment System

View invoice and payment history | Email Transaction | Print

# Payment Confirmation

**Amount: $30.00**
**Invoice #: 2025-99614**

**Zions Bancorporation, N.A. Legal Processing**
PO Box 26737
Salt Lake City, UT 84126
Phone: (800) 601-9582
SubpoenaResearch@zionsbancorp.com

## INVOICE INFORMATION

| | |
|---|---|
| **Invoice #:** | **2025-99614** |
| Invoice Amount: | $30.00 |
| This Payment: | ($30.00) |
| Balance Due: | $0.00 |

## PAYMENT INFORMATION

| | |
|---|---|
| **Confirmation #:** | **143330077** |
| Payment Date: | July 25, 2025 |
| Amount: | $30.00 |
| Credit Card Type: | Visa |
| Account #: | ************9581 |

## YOUR CONTACT INFORMATION

| | |
|---|---|
| **Customer ID:** | **40558055** |
| Company: | The Vargo Law Firm |
| Name: | Travis Vargo |
| Email: | tvargo@vargolawfirm.com (Transaction receipts will be emailed to this address) |
| Billing Address: | 12012 Wickchester, Suite 670<br>Houston, TX 77079 |

## TERMS & CONDITIONS

I authorize the company named on this web form to debit the bank account or credit card indicated in this web form, for the noted amount on today's date. This payment is for the goods and services noted on the web payment form. I understand that returns, refunds and cancellations are not permitted, however exceptions may be made on a case-by-case basis. I understand that because this is an electronic transaction, these funds may be withdrawn from my

NICHAMOFF
LAW PC

2444 Times Boulevard Suite 270
Houston, Texas 77005
Phone: (713) 503-6706
Fax: (713) 360-7497
Email: firm@nichamofflaw.com
nichamofflaw.com

# INVOICE

Invoice # TV-26-01-01
Date: 03/03/2026
Due On: 04/02/2026

Travis Vargo
12012 Wickchester, Suite 670
Houston, Texas 77079

## 26-01-Broad Acres

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 01/07/2026 | Preparation & Amendment of Engagement Letter; Review File & Court Filings; File Maintenance Re: Same; Telephone Conferences Re: Same; Review File Re: Same; Review File Re: Docket Re: Same | 1.30 | $500.00 | $650.00 |
| Service | 01/08/2026 | E-mail Correspondence Re: Engagement; Telephone Conferences Re: Same | 0.40 | $500.00 | $200.00 |
| Service | 01/13/2026 | E-mail Correspondence Re: Engagement; Telephone Conferences Re: Same | 0.40 | $500.00 | $200.00 |
| Service | 01/16/2026 | E-mail Correspondence Re: Status & Engagement of Counsel; Review File Re: Same; Receipt & Consideration of Trial Preparation Order; Telephone Conferences Re: Same | 0.40 | $500.00 | $200.00 |
| Service | 01/20/2026 | Preparation for & Conference with Counsel Re: Broad Acres Claim; Review File Re: Same; E-mail Correspondence Re: Same; Receipt & Consideration of Real Property Filings; File Maintenance Re: Same; Telephone Conferences Re: Same | 1.70 | $500.00 | $850.00 |
| Service | 01/22/2026 | E-mail Correspondence Re: Broad Acres Mediation; Review File Re: Same; Telephone Conferences Re: Same; Review Docket Re: Case Proceedings, Status, & Deadlines; File Maintenance Re: Same; E-mail Correspondence Re: Bankruptcy & Remand; Review File Re: Bankruptcy; File Maintenance Re: Same | 1.50 | $500.00 | $750.00 |
| Service | 01/23/2026 | E-mail Correspondence Re: Mediation | 0.40 | $500.00 | $200.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/25/2026 | E-mail Correspondence Re: Mediation; Review File Re: Same | 0.40 | $500.00 | $200.00 |
| Service | 01/28/2026 | E-mail Correspondence Re: Mediation; Review File Re: Same; E-mail Correspondence Re: Alternate Mediators; Review File Re: Same | 0.50 | $500.00 | $250.00 |
| Service | 01/29/2026 | E-mail Correspondence Re: Mediation; Review File Re: Same; Telephone Conferences Re: Same | 0.60 | $500.00 | $300.00 |
| Service | 01/30/2026 | E-mail Correspondence Re: Mediation; Review File Re: Same; Telephone Conferences Re: Same | 0.60 | $500.00 | $300.00 |
| Service | 01/31/2026 | Receipt & Consideration of Mediation Package; File Maintenance Re: Same; Review File Re: Same; E-mail Correspondence Re: Same | 0.40 | $500.00 | $200.00 |
| Expense | 01/31/2026 | Mediation: Mediation Fee | 1.00 | $2,525.00 | $2,525.00 |
| Service | 02/02/2026 | E-mail Correspondence Re: Mediation; Review File Re: Same; Review File Re: Same; File Maintenance Re: Same | 0.40 | $500.00 | $200.00 |
| Service | 02/03/2026 | Conference Re: Strategy; Review File Re: Same; Legal Research Re: Same; File Maintenance Re: Same; Preparation for Mediation; E-mail Correspondence Re: Mediation; Telephone Conferences Re: Same | 3.30 | $500.00 | $1,650.00 |
| Service | 02/04/2026 | Preparation for & Attendance at Mediation; E-mail Correspondence Re: Same; Review File Re: Same | 6.40 | $500.00 | $3,200.00 |
| Service | 02/05/2026 | E-mail Correspondence Re: Dismissal Documents; Receipt & Consideration of Draft of Same; File Maintenance Re: Same | 0.30 | $500.00 | $150.00 |
| Service | 02/06/2026 | Report to Client Re: Status; Review File Re: Same; Legal Research Re: Same; Receipt & Consideration of Dismissal Documents; E-mail Correspondence Re: Same; Receipt & Consideration of Notice of Substitution; File Maintenance Re: Same | 0.90 | $500.00 | $450.00 |
| Service | 02/12/2026 | E-mail Correspondence Re: Settlement; Review File Re: Same | 0.20 | $500.00 | $100.00 |
| Service | 02/23/2026 | Receipt & Consideration of Order; File Maintenance Re: Same | 0.20 | $500.00 | $100.00 |
| | | | | **Total** | **$12,675.00** |

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| TV-26-01-01 | 04/02/2026 | $12,675.00 | $0.00 | $12,675.00 |
| | | | **Outstanding Balance** | **$12,675.00** |
| | | | **Total Amount Outstanding** | **$12,675.00** |

Please make all amounts payable to: Nichamoff Law PC

Please pay within 30 days.

2444 Times Boulevard Suite 270
Houston, Texas 77005
Phone: (713) 503-6706
Fax: (713) 360-7497
Email: firm@nichamofflaw.com
nichamofflaw.com

# INVOICE

Invoice # TV-26-01-01
Date: 03/03/2026
Due On: 04/02/2026

## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.