**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | **§** | |
| | **§** | |
| **RIC (LAVERNIA) LLC,** | **§** | **Case No. 24-51195-mmp** |
| | **§** | |
| **Debtor.** | **§** | **Chapter 11** |

# EXHIBIT L

Receiver's Report to Court (June 9, 2026) (highlighting added)

*Movants' Rule 9024 Motion as to ECF Nos. 304 and 348 and the Judgments in Adv. Nos. 24-05043 and 25-05040*

6/9/2026 3:04 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 115925188
By: Jessica Pannell
Filed: 6/9/2026 3:04 PM

**Travis B. Vargo**
**Court Appointed Receiver**
12012 Wickchester, Suite 670, Houston, TX 77079
(713) 524-2441; tvargo@vargolawfirm.com

June 9, 2026

***E-Filed w/ Clerk***
Hon. Randy Wilson, Presiding
333rd District Court
Harris County Courthouse
201 Caroline St.
Houston, TX 77002

RE: Cause No. 2012-27197A, *Mokaram-Latif West Loop Ltd. and Osama Abdullatif v. Ali Choudhri*, In the 333rd District Court of Harris County, Texas (the "A Case")

Cause No. 2012-27197D, *Mokaram-Latif West Loop Ltd. v. Ali Choudhri and Angel Valle v. Ali Mokaram*, In the 333rd District Court of Harris County, Texas (the "D Case")

Judge Wilson,

This is overview of lawsuits involving or relating to the Receivership that are pending in Harris County District Courts. The intent is to keep the Court abreast of lawsuits that have an impact on collections and assist judicial administration.

1. **2012-27197D** – *MOKARAM, ALI vs. DALIO HOLDINGS I LLC* – 333rd Judge Wilson presiding

    a. Summary – Receiver appointing case.

    b. Settings

        i. Submission on June 1, 2026 - Receiver's Second Report, Accounting, and Motion to Distribute (unopposed, no response)

        ii. Submission on June 8, 2026 - Receiver's Motion for Possession and Comfort Order Regarding Receivership Real Property Located At 2232 Swift Blvd. (opposed with responses filed)

2. **2012-27197A** – *MOKARAM, ALI vs. CHOUDHRI, ALI ET. AL.* - 333rd Judge Wilson presiding

    a. Summary – Receiver appointing case.

    b. Settings – Submission on August 18, 2025- Judgment Debtor Choudhri filed a motion on July 28, 2025, in both the "A" and "D" cases to Employ Yablon Law PLLC and to Clarify Receiver Authority. Receiver responded and requested affirmative relief. On April 7, 2026, the Court Order Ali Choudhri to reply to Receiver's response and request for affirmative relief on or before April 23, 2026.

Unofficial Copy Office of Marilyn Burgess District Clerk

3. **2013-41273** - *ABDULLATIF, OSAMA vs. CHOUDHRI, ALI* – 55th Judge Payne presiding

    a. Summary – This is a post judgment case on appeal superseded by money in the registry, approximately $2.1mm. Mr. Abdullatif is the judgment creditor. Receiver has filed a notice of appearance and intervention asserting receivership rights to the registry money. Receiver and judgment creditor filed a motion to reduce the supersedeas bond to $100, the amount Mr. Choudhri originally requested, but he is now opposing.

    b. Settings – There is a June 22, 2026, oral hearing on the aforementioned motion to reduce the bond.

4. **2026-22035** – *MCITBE LLC v SECURITY STATE BANK AND TRUST* – 129th Judge Gomez presiding

    a. Summary – There is a real property near Rice University being held under color of title by MCITBE LLC, an entity listed in the Receivership Orders. Shahnaz Choudhri claims exclusive ownership of MCITBE LLC and her counsel is prosecuting claims against the Receiver and a secured lender. Receiver and the secured lender have answered. There is significant activity.

    b. Settings – There is a June 25, 2026 oral hearing on:

        i. Plaintiff MCITBE's Application for Temporary Injunction;

        ii. Defendant Sec. State Bank's Plea to the Jurisdiction;

        iii. Receiver's Rule 12 Motion to Show Authority;

        iv. Receiver's Motion to Transfer (to this Court); and

        v. Receiver's Plea to the Jurisdiction.

5. **2025-62940** – *VARGO, TRAVIS v CHOUDHRI, MOBEEN MD and CHOUDHRI, SHAHNAZ*) – 333rd Judge Wilson presiding

    a. Summary – Receiver Vargo filed a new lawsuit alleging that Ali Choudhri's mother and sister received millions of dollars of fraudulent transfers into a jointly owned Frost Bank account. All defendants have answered and are represented by counsel.

    b. Settings – The court set the following for June 22, 2026 submission hearing:

        i. Plaintiff Travis Vargo's Motion for Summary Judgment as to Defendants Shahnaz Choudhri and Dr. Mobeen Choudhri;

Unofficial Copy Office of Marilyn Burgess District Clerk

ii. Defendants' Motions to Vacate Transfer Order and Remand to 157th District Court; and

iii. Defendants' Objection to Judge Randy Wilson Presiding per Tex. Gov't Code 74.053.

**6. 2023-84714 -** *TIG ROMPSEN MASTER MORTGAGE LP v GALLERIA LOOP NOTE HOLDER LLC* – 80th Judge Aston presiding

a. Summary – A U.S. Bankruptcy Court in the Western District of Texas adjudicated Receiver as being in control of Galleria Loop Note Holder LLC based on this Courts Receivership Orders. In reliance same, Receiver resolved a dispute with the Plaintiff, TIG Rompsen Master Mortgage LP, through the bankruptcy court in exchange for valuable consideration paid to the Receiver (which was accounted for and distributed through this Court's prior Orders). Ali Choudhri is contesting the Receiver's authority to enter into the settlement in general and certain terms. Receiver and Plaintiff have jointly moved to transfer the case to this Court so that you can interpret your own Orders. Ali Choudhri is opposing the transfer.

b. Settings – An oral hearing is set for July 20, 2026, to consider the Motion to Transfer.

Respectfully submitted,

/s/ Travis B. Vargo, Receiver

Unofficial Copy Office of Marilyn Burgess District Clerk

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michael Poynter on behalf of Michael Poynter
Bar No. 24092991
eservice@vargolawfirm.com
Envelope ID: 115925188
Filing Code Description: Notice
Filing Description: Receiver's Report to Court
Status as of 6/9/2026 3:36 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James RWetwiska | | jwetwiska@akingump.com | 6/9/2026 3:04:02 PM | SENT |
| William NDrabble | | wdrabble@grayreed.com | 6/9/2026 3:04:02 PM | SENT |
| Preston Kamin | 24062817 | pkamin@grayreed.com | 6/9/2026 3:04:02 PM | SENT |
| D. Scott Funk | | sfunk@grayreed.com | 6/9/2026 3:04:02 PM | SENT |
| Leigh Malinowski | | lmalinowski@grayreed.com | 6/9/2026 3:04:02 PM | SENT |
| Michael Poynter | | mpoynter@vargolawfirm.com | 6/9/2026 3:04:02 PM | SENT |
| S. Scott CBoyd | | ssboyd@pattersonboyd.com | 6/9/2026 3:04:02 PM | SENT |
| Osama Abdullatif | | osama1966@sbcglobal.net | 6/9/2026 3:04:02 PM | SENT |
| Beth Mendez | | pbmendez@sbcglobal.net | 6/9/2026 3:04:02 PM | SENT |
| Cameron Roth | | croth@akingump.com | 6/9/2026 3:04:02 PM | ERROR |
| T. Michael Ballases | | Ballases@hooverslovacek.com | 6/9/2026 3:04:02 PM | SENT |
| Christi Lillie | | clillie@grayreed.com | 6/9/2026 3:04:02 PM | SENT |
| Mark Yablon | | service@yablonlaw.com | 6/9/2026 3:04:02 PM | SENT |
| Travis Vargo | | tvargo@vargolawfirm.com | 6/9/2026 3:04:02 PM | SENT |
| Douglas Zimmerer | | doug@yablonlaw.com | 6/9/2026 3:04:02 PM | ERROR |
| Justin Rayome | | justin.r@jetallcompanies.com | 6/9/2026 3:04:02 PM | ERROR |

.STKKNHNFQ(TU^ 4KKNHJ TK 2FWNQ^S 'ZWL