**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | **§** | |
| | **§** | |
| **RIC (LAVERNIA) LLC,** | **§** | **Case No. 24-51195-mmp** |
| | **§** | |
| **Debtor.** | **§** | **Chapter 11** |

# EXHIBIT T

Video of the February 6, 2024 La Vernia foreclosure sale: transcript and stills (highlighting added)

*Movants' Rule 9024 Motion as to ECF Nos. 304 and 348 and the Judgments in Adv. Nos. 24-05043 and 25-05040*

**La Vernia foreclosure sale, February 6, 2024 - transcript of video recording.**
**Source: IMG_0125.MOV (recording start 12:11:30 p.m. CST). "Speaker 1" is the person conducting the sale. Highlights added.**

Speaker 1 0:00
I guess it is expensive. Y'all would know what it means. So the date of the dean trust on this is January 1120, 24, to Galleria Loop Note Holder LLC. I'm sorry, they rescheduled this. So the date of the deed of trust is august 18, 2023. Again, Galleria Loop Note Holder LLC. This is recorded in document number 135641. The tracks to be sold are as shown in this notice, which you guys have to check out. And yeah, it's extensive. So we have a low high on this. If you guys are familiar, this one just has everything special instruction. So they want to go in $50,000 increments, and there is a low high. I have to start it at the low, but in order to buy it, you've got to go over the high. So I'm going to start at 100,000. If you want this property, you've got to get over 500,000. So we're just going to not waste anyone's time, and we're going to start at 500,000. So I have a bid from the lender of 500 and 1000 even. Do I have any other bids, guys? 500 and 1005. 5550.

Speaker 2 1:29
What's the high?

Speaker 1 1:30
Um, 500,000. We have to just. We have to be $1 over 500. We're at 550 right here in your name, sir. Drew Dennett. I'm at 550 with Drew. Guys, going once, going twice, sold to Drew for 550,000, even at 1230.

# La Vernia foreclosure sale, February 6, 2024 — video stills

Frames extracted every 5 seconds from the original video file. Clock times are computed from the embedded recording-start time.

| | |
|---|---|
| Event | Non-judicial foreclosure sale of the La Vernia (Otisco RDX) property, Wilson County, Texas, February 6, 2024 — |
| File | IMG_0125.MOV (iPhone 13 mini, iOS 17.2.1) |
| Recording start (embedded metadata) | 2024-02-06 12:11:30 CST (com.apple.quicktime.creationdate) |
| Duration | 1 min 46 s |
| Resolution | 3840 x 2160 (4K), with audio |
| Exported / file-copy timestamp | 2025-03-12 17:05:33 UTC (reflects copy, not recording) |
| Related | Hirsch emails, Feb. 6, 2024: 8:31 a.m. “Payoff for LaVernia is $2,266,000”; 12:24 p.m. “I expect the sale is going forward” |



+000s — 12:11:30 PM CST



+005s — 12:11:35 PM CST



+010s — 12:11:40 PM CST



+015s — 12:11:45 PM CST



+020s — 12:11:50 PM CST



+025s — 12:11:55 PM CST



+030s — 12:12:00 PM CST



+035s — 12:12:05 PM CST



+040s — 12:12:10 PM CST



+045s — 12:12:15 PM CST



+050s — 12:12:20 PM CST



+055s — 12:12:25 PM CST



+060s — 12:12:30 PM CST



+065s — 12:12:35 PM CST



+070s — 12:12:40 PM CST



+075s — 12:12:45 PM CST



+080s — 12:12:50 PM CST



+085s — 12:12:55 PM CST



+090s — 12:13:00 PM CST



+095s — 12:13:05 PM CST



+100s — 12:13:10 PM CST