**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **RIC (LAVERNIA) LLC,** | § | **Case No. 24-51195-mmp** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

# EXHIBIT Y

Notice of Submission of Stipulated Order of Case Dismissal and proposed order, ECF No. 347 (Dec. 4, 2025); Stipulated Order of Case Dismissal, ECF No. 348 (Dec. 5, 2025) (highlighting added to ECF No. 347)

*Movants' Rule 9024 Motion as to ECF Nos. 304 and 348 and the Judgments in Adv. Nos. 24-05043 and 25-05040*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| RIC (LAVERNIA) LLC, | ) | Case No. 24-51195 (MMP) |
| Debtor. | ) | |

**NOTICE OF SUBMISSION OF STIPULATED ORDER OF DISMISSAL**

RIC (Lavernia) LLC, the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), hereby provides this notice that the *Stipulated Order of Case Dismissal* that is attached hereto as Exhibit 1 is being submitted for entry by the Court.

Dated: December 4, 2025

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Kyle S. Hirsch*
Kyle S. Hirsch (Tex. Bar No. 24117262)
R. Luke Graham (Tex. Bar No. 24127305)
2200 Ross Avenue, 4200W
Dallas, Texas 75201
Telephone: 602.364.7170
Email: kyle.hirsch@bclplaw.com
Email: luke.graham@bclplaw.com

***Counsel for the Debtor***

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2025, a true and correct copy of the foregoing was served via the Court's ECF notification system, the U.S. Trustee, and any party who has noticed an appearance in this case, as follows:

Clinton Wayne Alexander on behalf of Attorney Kell C Mercer
calexander@bls-legal.com

Lynn Hamilton Butler on behalf of Interested Party TIG Romspen US Master Mortgage LP
lynn.butler@huschblackwell.com,
penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;elizabeth-spivey-5378@ecf.pacerpro.com;lynn-hamilton-butler-2113@ecf.pacerpro.com

Karalyssa C Casillas on behalf of Creditor Wilson County
karalyssa.casillas@lgbs.com

Erin Coughlin on behalf of U.S. Trustee United States Trustee - SA12
erin.coughlin@usdoj.gov, carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov

Bruce J Duke on behalf of Interested Party Ali Choudhri
bruce@bdukelawfirm.com, brucedukeesq@gmail.com

Paul Kirklin
pkirklin@kirklinlaw.com

Stephen Kirklin on behalf of Attorney Paul Kirklin
skirklin312@gmail.com

Leslie M. Luttrell on behalf of Interested Party Travis Vargo, Receiver
luttrell@lclawgroup.net,
sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Rhonda Bear Mates on behalf of Interested Party Gregory S. Milligan
mates@slollp.com, winter@slollp.com

Kiernan McAlpine on behalf of Plaintiff Otisco RDX, LLC
kier@mcalpinelaw.com

Shea Neal Palavan on behalf of Interested Party Shea N Palavan
service@houstonip.com, snpalavan@recap.email

Justin Rayome on behalf of Attorney Justin Rayome
justin.rayome.law@gmail.com

Justin Rayome on behalf of Interested Party Milestone Capital CRE 1, LLC
justin.rayome.law@gmail.com

Justin Rayome on behalf of Interested Party Otisco RDX, LLC
justin.rayome.law@gmail.com

Gerald Sager on behalf of Interested Party ServiceLink
jerry.sager@fnf.com

Ronald J Smeberg on behalf of Interested Party Milestone Capital CRE 1, LLC
ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Ronald J Smeberg on behalf of Interested Party Otisco RDX, LLC
ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Howard Marc Spector on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA VII, LLC
hspector@spectorcox.com,
sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com

George H. Spencer, Jr. on behalf of Defendant John Daves
gspencer@langleybanack.com

George H. Spencer, Jr. on behalf of Defendant Lori Daves
gspencer@langleybanack.com

United States Trustee - SA12
USTPRegion07.SN.ECF@usdoj.gov

Lyndel A. Vargas on behalf of Interested Party Milestone Capital CRE 1, LLC
LVargas@chfirm.com,
chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas on behalf of Interested Party Otisco RDX, LLC
LVargas@chfirm.com,
chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas on behalf of Interested Party Ali Choudhri
LVargas@chfirm.com,
chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Natalie F. Wilson on behalf of Defendant John Daves
nwilson@langleybanack.com,
cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson on behalf of Defendant Lori Daves
nwilson@langleybanack.com,
cjohnston@langleybanack.com;sfoushee@langleybanack.com

*/s/ Kyle S. Hirsch*
Kyle S. Hirsch

# EXHIBIT 1

25-5119-mmp Doc#34-27 Filed 12/02/25 Entered 12/02/25 18:43:07 Exhibit Y Pg 7 of 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| RIC (LAVERNIA) LLC, | ) | Case No. 24-51195 (MMP) |
| Debtor. | ) | |

## STIPULATED ORDER OF CASE DISMISSAL

RIC (Lavernia) LLC, the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), and Travis Vargo, state court-appointed receiver with authority to direct litigation on behalf of Ali Choudhri, OTISCO RDX, LLC, and Milestone Capital CRE 1, LLC (collectively, the "Choudhri Parties"), hereby stipulate to the dismissal of this bankruptcy case. This stipulated order resolves the motion filed at ECF 237, without any findings or admissions as it relates to the allegations set forth therein. The Debtor shall file all outstanding monthly operating

reports within twenty-one (21) days after the entry of this stipulated order; and shall pay all outstanding quarterly US Trustee fees within forty-five (45) days after the entry of this stipulated order. The Debtor's Third Amended Plan filed at ECF 179 is hereby deemed WITHDRAWN. This stipulated order, once entered, resolves as moot all outstanding motions/applications filed on behalf of the Debtor and the Choudhri Parties in this bankruptcy case including, without limitation, the motions/applications filed at ECF 315, 225 and 237. The hearing scheduled for December 16, 2025, at 10:00 a.m. in this case is VACATED. The briefing schedule ordered to take place in the Court's order entered at ECF 328 is hereby VACATED. The clerk is hereby DIRECTED that this case is to be closed.

###

[*Signature page to follow*]

Prepared by:

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Kyle S. Hirsch*
Kyle S. Hirsch (Tex. Bar No. 24117262)
R. Luke Graham (Tex. Bar No. 24127305)
2200 Ross Avenue, 4200W
Dallas, Texas 75201
Telephone: 602.364.7170
Email: kyle.hirsch@bclplaw.com
Email: luke.graham@bclplaw.com
**COUNSEL FOR THE DEBTOR**

Stipulated by:
**Luttrell + Carmody Law Group**

*/s/ Leslie M. Luttrell*
Leslie M. Luttrell
Texas Bar No. 12708650
100 N.E. Loop 410, Ste, 615
San Antonio, Texas 78216
Tel. 210.426.3600
Email: luttrell@lclawgroup.net
**ATTORNEYS FOR TRAVIS VARGO,**
**RECEIVER OVER ALI CHOUDHRI, OTISCO RDX, LLC, AND MILESTONE CAPITAL CRE 1, LLC**

Reviewed and approved by:

*/s/ Howard Spector*
Howard Spector
Attorney for Creditor Propel Financial Services (FNA VII LLC)

*/s/ Karalyssa C. Casillas*
Karalyssa C. Casillas
Attorney for Creditor Wilson County

*/s/ Erin Coughlin*
Erin Coughlin
Attorney for the United States Trustee

*/s/ Lynn Butler*
Lynn Butler
Attorney for TIG Romspen US Master Mortgage LP

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 05, 2025.**

**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| RIC (LAVERNIA) LLC, | ) | Case No. 24-51195 (MMP) |
| Debtor. | ) | |

**STIPULATED ORDER OF CASE DISMISSAL**

RIC (Lavernia) LLC, the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), and Travis Vargo, state court-appointed receiver with authority to direct litigation on behalf of Ali Choudhri, OTISCO RDX, LLC, and Milestone Capital CRE 1, LLC (collectively, the "Choudhri Parties"), hereby stipulate to the dismissal of this bankruptcy case. This stipulated order resolves the motion filed at ECF 237, without any findings or admissions as it relates to the allegations set forth therein. The Debtor shall file all outstanding monthly operating

reports within twenty-one (21) days after the entry of this stipulated order; and shall pay all outstanding quarterly US Trustee fees within forty-five (45) days after the entry of this stipulated order. The Debtor's Third Amended Plan filed at ECF 179 is hereby deemed WITHDRAWN. This stipulated order, once entered, resolves as moot all outstanding motions/applications filed on behalf of the Debtor and the Choudhri Parties in this bankruptcy case including, without limitation, the motions/applications filed at ECF 315, 225 and 237. The hearing scheduled for December 16, 2025, at 10:00 a.m. in this case is VACATED. The briefing schedule ordered to take place in the Court's order entered at ECF 328 is hereby VACATED. The clerk is hereby DIRECTED that this case is to be closed.

###

[*Signature page to follow*]

Prepared by:

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Kyle S. Hirsch*
Kyle S. Hirsch (Tex. Bar No. 24117262)
R. Luke Graham (Tex. Bar No. 24127305)
2200 Ross Avenue, 4200W
Dallas, Texas 75201
Telephone: 602.364.7170
Email: kyle.hirsch@bclplaw.com
Email: luke.graham@bclplaw.com
**COUNSEL FOR THE DEBTOR**

Stipulated by:
**Luttrell + Carmody Law Group**

*/s/ Leslie M. Luttrell*
Leslie M. Luttrell
Texas Bar No. 12708650
100 N.E. Loop 410, Ste, 615
San Antonio, Texas 78216
Tel. 210.426.3600
Email: luttrell@lclawgroup.net
**ATTORNEYS FOR TRAVIS VARGO,**
**RECEIVER OVER ALI CHOUDHRI, OTISCO RDX, LLC, AND**
**MILESTONE CAPITAL CRE 1, LLC**

Reviewed and approved by:

*/s/ Howard Spector*
Howard Spector
Attorney for Creditor Propel Financial Services (FNA VII LLC)

*/s/ Karalyssa C. Casillas*
Karalyssa C. Casillas
Attorney for Creditor Wilson County

*/s/ Erin Coughlin*
Erin Coughlin
Attorney for the United States Trustee

*/s/ Lynn Butler*
Lynn Butler
Attorney for TIG Romspen US Master Mortgage LP