**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **RIC (LAVERNIA) LLC,** | § | **Case No. 24-51195-mmp** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

# EXHIBIT A

Proposed Order Reopening Case and Adversary Proceeding Nos. 24-05043 and 25-05040 for a Limited Purpose (also uploaded separately under L. Rule 9013-1(b))

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **RIC (LAVERNIA) LLC,** | § | **Case No. 24-51195-mmp** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**Related: Adv. Nos. 24-05043 and 25-05040**

---

**ORDER REOPENING CASE AND ADVERSARY PROCEEDING NOS. 24-05043 AND 25-05040 FOR A LIMITED PURPOSE**

---

Came on for consideration the Motion to Reopen Case and Adversary Proceeding Nos. 24-05043 and 25-05040 for the Limited Purpose of Considering the Rule 9024 Motion [ECF No. ___] (the "Motion"), filed by Arabella PH 3201 LLC, Otisco RDX, LLC, Milestone Capital CRE 1, LLC, and Ali Choudhri. The Court finds that cause exists under 11 U.S.C. § 350(b). It is therefore ORDERED:

1. Case No. 24-51195 and Adversary Nos. 24-05043 and 25-05040 are REOPENED for the limited purpose of considering the Motion of Arabella PH 3201 LLC, Otisco RDX, LLC, and Milestone Capital CRE 1, LLC, Joined by Ali Choudhri, Under Bankruptcy Rule 9024 to Reopen for a Limited Purpose and to Vacate the Order Granting the Receiver's Motion to Show Authority [ECF No. 304] or, in the Alternative, to Clarify Its Scope, and to Vacate the Judgments Entered for RIC (Lavernia), LLC in Adversary Nos. 24-05043 and 25-05040 and the Stipulated Order of Case Dismissal [ECF No. 348] [ECF No. 363] (the "Rule 9024 Motion").
2. No trustee shall be appointed.

3. Nothing in this Order determines any relief requested in the Rule 9024 Motion.

4. The Clerk may close the reopened proceedings after the Court rules on the Rule 9024 Motion, unless the Court orders otherwise.

###

**Prepared and submitted by:**
**Courtney A. Vincent**
Minnesota Bar No.: 0403083
***Vincent Law, PLLC***
P.O. Box 940129
Houston, Texas 77094
Tel: (713) 223-9300
**info@vincentlawpllc.com**
Counsel for Arabella PH 3201 LLC, Otisco RDX, LLC, and Milestone Capital CRE 1, LLC