# Exhibit 4

RP-2024-272170
07/29/2024 ER $33.00

Page 1 of 4 Thursday, October 8, 2026 County Clerk Harris County, Texas

RP-2024-272170

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

# GENERAL WARRANTY DEED

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF HARRIS | § | |

THAT ANOSH AHMED, an individual, hereinafter referred to as **"Grantor"**, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration to the undersigned in hand paid by the Grantee herein named, the receipt and sufficiency of which are hereby acknowledged, GRANTED, BARGAINED, SOLD and CONVEYED, and by these presents does GRANT, BARGAIN, SELL and CONVEY unto ALI CHOUDHRI, an individual, hereinafter referred to as **"Grantee"**, that certain tract of real property situated in Harris County, Texas and described on Exhibit A annexed hereto, together with all buildings, structures, fixtures and improvements located on the Property and all of Grantor's right, title and interest in and to the appurtenances to the Property, including but not limited to all right, title and interest of Grantor in and to all roads, rights-of-way, alleys, drainage facilities, easements and utility facilities on, or adjoining, the real property (hereinafter, collectively, the **"Property"**).

This General Warranty Deed and the conveyance hereinabove set forth is executed by Grantor and accepted by Grantee subject to all liens, easements, restrictions, encumbrances, mineral reservations, covenants, limitations and other matters recorded in the public records concerning the Property to the extent the same are validly existing and applicable to the Property on the date below (hereinafter referred to collectively as the "Permitted Encumbrances").

TO HAVE AND TO HOLD the Property, together with all and singular the rights and appurtenances thereunto in anywise belonging, unto Grantee, its heirs, successors and assigns forever, and Grantor does hereby bind herself, her heirs, personal representatives, successors, and assigns, to WARRANT AND FOREVER DEFEND all and singular the title to the Property, subject only to the Permitted Encumbrances, unto the said Grantee, her heirs, successors and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof.

Grantee's address is: 1001 W. Loop South #700 Houston

[Signature Page Immediately Follows]

Page 2 of 4 Thursday, October 8, 2026 County Clerk Harris County, Texas

RP-2024-272170

EXECUTED to be effective as of the 12th day of November 2021.

**"GRANTOR"**

ANOSH AHMED

THE STATE OF TEXAS §
§
COUNTY OF HARRIS §

This instrument was acknowledged before me on this 12th day of November 2021, by Anosh Ahmed.

Notary Public, State of Texas

STEPHANIE WITTENBROOK
Notary Public, State of Texas
Comm. Expires 03-24-2023
Notary ID 130164837

Page 3 of 4 Thursday, October 8, 2026 County Clerk Harris County, Texas

**EXHIBIT "A"**

**PROPERTY**

Unit 3201 and its appurtenant undivided interest in and to the general and limited common elements of ARABELLA CONDOMINIUMS, a condominium regime in the City of Houston, HARRIS County, Texas, created by and subject to that certain Amended and Restated Declaration of Arabella Condominiums dated September 30, 2015, recorded with, and as amended by, that certain First Amendment to Amended and Restated Declaration of Arabella Condominiums dated October 1, 2018, recorded October 5, 2018, as Document No. 216849 (Volume 216, Page 849) of the Condominium Records of Harris County, Texas, as referenced in Clerk's File No. RP-2018-459164 of the Official Public Records of Real Property of Harris County, Texas

RP-2024-272170

RP-2024-272170
# Pages 4
07/29/2024 10:10 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees $33.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically and any blackouts, additions or changes were present at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or use of the described real property because of color or race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED in the Official Public Records of Real Property of Harris County, Texas.

COUNTY COURT OF HARRIS COUNTY, TEXAS

Teneshia Hudspeth
COUNTY CLERK
HARRIS COUNTY, TEXAS

**I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages are a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.**

**Witness my official hand and seal of office**
**This October 8, 2026**

**Teneshia Hudspeth, County Clerk**
**Harris County, Texas**

**Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.**