# Exhibit 5

5 CORREC #

RP-2026-83776
03/05/2026 RP1 $41.00

Page 1 of 6 Thursday, October 8, 2026 County Clerk Harris County, Texas

RP-2026-83776

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

**CORRECTION GENERAL WARRANTY DEED**

THE STATE OF TEXAS §
§ KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF HARRIS §

THAT, **ARABELLA PH 3201 LLC, a Wyoming limited liability company,** hereinafter referred to as **"Grantor,"** for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration to the undersigned in hand paid by the Grantee herein named, the receipt and sufficiency of which are hereby acknowledged, GRANTED, BARGAINED, SOLD and CONVEYED, and by these presents does GRANT, BARGAIN, SELL and CONVEY unto **ALI CHOUDHRI, an individual**, hereinafter referred to as **"Grantee,"** that certain tract of real property situated in Harris County, Texas and described on **Exhibit A** annexed hereto, together with all buildings, structures, fixtures and improvements located on the Property and all of Grantor's right, title and interest in and to the appurtenances to the Property, including but not limited to all right, title and interest of Grantor in and to all roads, rights-of-way, alleys, drainage facilities, easements and utility facilities on, or adjoining, the real property (hereinafter, collectively, the **"Property"**).

1EE

This General Warranty Deed and the conveyance hereinabove set forth is executed by Grantor and accepted by Grantee subject to all liens, easements, restrictions, encumbrances, mineral reservations, covenants, limitations and other matters recorded in the public records concerning the Property to the extent the same are validly existing and applicable to the Property on the date below (hereinafter referred to collectively as the "Permitted Encumbrances").

TO HAVE AND TO HOLD the Property, together with all and singular the rights and appurtenances thereunto in anywise belonging, unto Grantee, his heirs, successors and assigns forever, and Grantor does hereby bind itself, its heirs, personal representatives, successors, and assigns, to WARRANT AND FOREVER DEFEND all and singular the title to the Property, subject only to the Permitted Encumbrances, unto the said Grantee, his heirs, successors and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof.

**This Correction General Warranty Deed is executed pursuant to Texas Property Code Section 5.029 to have the effect stated in Section 5.030 of the Texas Property Code and to correct the following error in the General Warranty Deed dated November 12, 2021,**

Page 2 of 6 Thursday, October 8, 2026 County Clerk Harris County, Texas

RP-2026-83776

**recorded on July 29, 2024 in the Official Public Records of Harris County, Texas, under Instrument # RP-2024-272170 (the "Corrected Deed"): The Grantor was erroneously stated as "Anosh Ahmed, an individual" instead of "Arabella PH 3201 LLC, a Wyoming limited liability company."**

**In compliance with Section 5.029(b) of the Texas Property Code, this Correction General Warranty Deed is executed by (i) the original Grantee, Ali Choudhri, and (ii) Arabella PH 3201 LLC, as the assign of the original Grantor, Anosh Ahmed, by virtue of the General Warranty Deed dated November 11, 2021 and recorded on November 12, 2021 in the Official Public Records of Harris County, Texas, under Instrument # RP-2021-654150. Pursuant to Section 5.029(b) of the Texas Property Code, Arabella PH 3201 LLC, as the assign of the original Grantor, Anosh Ahmed, is authorized to execute this Correction General Warranty Deed in place of the original Grantor, Anosh Ahmed, who is unavailable.**

**The parties to this Correction General Warranty Deed each acknowledge and agree that the Grantor in the Corrected Deed should have been Arabella PH 3201 LLC instead of Anosh Ahmed.**

GRANTEE'S MAILING ADDRESS:

4521 San Felipe St. #3201
Houston, Texas 77027

AFTER RECORDING RETURN TO:

Ali Choudhri
4521 San Felipe St. #3201
Houston, Texas 77027

**[Signatures Begin on Following Page]**

Page 3 of 6 Thursday, October 8, 2026 County Clerk Harris County, Texas

RP-2026-83776

EXECUTED this the 4 day of March, 2026, to be effective on and after November 12, 2021.

10R

ARABELLA PH 3201 LLC
A Wyoming limited liability company

By: ______________________
Name: Ali Chowdhri
Its: Mgr/Auth Agent

STATE OF Texas §
 §
COUNTY OF Harris §

BEFORE ME, the undersigned authority, on this day personally appeared Ali Chowdhri (name), manager/Auth Agt (title), Arabella PH 3201 LLC, a Wyoming limited liability company, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that s/he executed the same for the purposes and consideration therein and in the capacity therein stated on behalf of Arabella PH 3201 LLC, a Wyoming limited liability company.

GIVEN UNDER MY HAND AND SEAL OF OFFICE THIS 4 day of March, 2026.

DYLAN H. CLARK
Notary Public, State of Texas
Comm. Expires 01-10-2029
Notary ID 135226618

______________________
Notary Public, State of Texas
Printed Name: Dylan Clark
My commission expires: 1-10-2029

**[Signatures Continue on Following Page]**

Page 4 of 6 Thursday, October 8, 2026 County Clerk Harris County, Texas

RP-2026-83776

ALI CHOUDHRI

STATE OF TEXAS §
§
COUNTY OF HARRIS §

BEFORE ME, the undersigned authority, on this day personally appeared Ali Choudhri, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein.

GIVEN UNDER MY HAND AND SEAL OF OFFICE THIS 5 day of March, 2026.

RODNEY L. HALL
Notary Public, State of Texas
Comm. Expires 07-21-2028
Notary ID 124130788

Notary Public, State of Texas

Printed Name: Rodney L. Hall
My commission expires: 7-21-2028

Page 5 of 6 Thursday, October 8, 2026 County Clerk Harris County, Texas

RP-2026-83776

## Exhibit A

## Property

Unit 3201 and its appurtenant undivided interest in and to the general and limited common elements of ARABELLA CONDOMINIUMS, a condominium regime in the City of Houston, HARRIS County, Texas, created by and subject to that certain Amended and Restated Declaration of Arabella Condominiums dated September 30, 2015, recorded with, and as amended by, that certain First Amendment to Amended and Restated Declaration of Arabella Condominiums dated October 1, 2018, recorded October 5, 2018, as Document No. 216849 (Volume 216, Page 849) of the Condominium Records of Harris County, Texas, as referenced in Clerk's File No. RP-2018-459164 of the Official Public Records of Real Property of Harris County, Texas

Page 6 of 6 Thursday, October 8, 2026 County Clerk Harris County, Texas

FILED FOR RECORD

11:21:11 AM

Thursday, March 5, 2026

Teneshia Hudspeth

COUNTY CLERK, HARRIS COUNTY, TEXAS

RP-2026-83776

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

THE STATE OF TEXAS
COUNTY OF HARRIS

I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED; in the Official Public Records of Real Property of Harris County Texas

COUNTY COURT OF HARRIS COUNTY, TEXAS

Thursday, March 5, 2026

Teneshia Hudspeth

COUNTY CLERK
HARRIS COUNTY, TEXAS

COUNTY COURT OF HARRIS COUNTY, TEXAS

**I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages are a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.**

**Witness my official hand and seal of office**
**This October 8, 2026**

Teneshia Hudspeth

**Teneshia Hudspeth, County Clerk**
**Harris County, Texas**

**Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.**