Label Matrix for local noticing
0542-5
Case 24-51195-mmp
Western District of Texas
San Antonio
Thu Oct 29 12:19:18 CDT 2026

RIC (Lavernia) LLC
162 Cumberland Street, Suite 300
Toronto, ON M5R 3N5 Canada

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

Ali Choudhri
1001 West Loop South, Suite 700
Houston, TX 77027-9033

Andres Cedillos
3951 FM 1303
Floresville, TX 78114-6440

Arabella PH 3201 LLC
c/o Vincent Law PLLC
PO Box 940129
Houston TX 77094-7129

FNA VII, LLC
c/o Howard Marc Spector
12770 Coit Rd., Ste. 850
Dallas, TX 75251-1364

George H. Spencer, Jr.
Langley Banack, Inc.
Trinity Plaza II, Seventh Floor
745 Mulberry
San Antonio, TX 78212-3141

Internal Revenue Service
Centralized Insolvency Operations
Post Office Box 7346
Philadelphia, PA 19101-7346

John Daves
The Daves Law Firm
3624 North Hills Drive
Suite B100
Austin, TX 78731-3242

John and Lori Daves
331 Story Drive
Buda, TX 78610-3340

Lori Daves and John Daves
c/o Natalie F. Wilson
Langley & Banack, Inc.
745 E. Mulberry, Ste. 700
San Antonio, TX 78212-3172

Milestone Capital CRE 1 LLC
c/o Vincent Law PLLC
PO Box 940129
Houston TX 77094-7129

Milestone Capital CRE 1, LLC
2704 Joanel Street
Houston, TX 77027-5304

Milestone Capital CRE 1, LLC
c/o Lyndel Vargas
Cavazos Hendricks Poirot, P.C.
900 Jackson Street, Suite 570
Dallas, TX 75202-2413

Office of the United States Trustee
615 E. Houston Street
Suite 533
San Antonio, TX 78205-2055

Otisco RDX LLC
c/o Vincent Law PLLC
PO Box 940129
Houston TX 77094-7129

Otisco RDX, LLC
c/o Lyndel Vargas
Cavazos Hendricks Poirot, P.C.
900 Jackson Street, Suite 570
Dallas, TX 75202-2413

Peter J. Stanton
The Law Offices of Peter J. Stanton
111 Soledad
Suite 470
San Antonio, TX 78205-2243

Propel Financial Services as agent
and attorney in fact for FNA VII, LLC
c/o Howard Marc Spector
12770 Coit Rd, Ste 850
Dallas, TX 75251-1364

Propel Financial Services, as Agent for FNA
12672 Silicon Drive, Suite 150
San Antonio, TX 78249-3450

TIG Romspen US Master Mortgage LP
c/o Lynn Hamilton Butler
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701-4093

The Wilson County Tax Collector
c/o Linebarger Goggan Blair Sampson
Terrace 2
2700 Via Fortuna Drive, Suite 500
Austin, TX 78746-7998

Travis B. Vargo
c/o Leslie M. Luttrell
Luttrell + Carmody Law Group
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216-4713

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78205-2055

(p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN DON STECKER
112 E PECAN
SUITE 2200
SAN ANTONIO TX 78205-1588

Wilson County Tax Collector
Attn Dawn P. Barnett
1 Library Lane
Floresville, TX 78114-2239

Brigid K Ndege
Bryan Cave Leighton Paisner
161 N Clark St
Ste 4300,
Chicago, IL 60601-3315

Justin D. Hanna
Condon Tobin
8080 Park Lane
Suite 700
Dallas, TX 75231-5920

Kyle Hirsch
Bryan Cave Leighton Paisner LLP
Two North Central Ave, Suite 2100
Phoenix, AZ 85004-4533

Robert Luke Graham
2200 Ross Avenue
Suite 4600e
Dallas, TX 75201-2767

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Wilson County
c/o Karalyssa C Casillas
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

| End of Label Matrix | |
|---|---|
| Mailable recipients | 30 |
| Bypassed recipients | 0 |
| Total | 30 |