**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **RIC (Lavernia) LLC** | § | **Case No. 24-51195-mmp** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**WITNESS AND EXHIBIT LIST OF TRAVIS B. VARGO, COURT-APPOINTED RECEIVER FOR HEARING ON MOTION TO REOPEN CASE AND ADVERSARY PROCEEDING NOS. 24-05043 AND 25-05040 FOR THE LIMITED PURPOSE OF CONSIDERING THE RULE 9024 MOTION [ECF NO. 370] SET FOR NOVEMBER 4, 2026**

TO THE HONORABLE MICHAEL M. PARKER,
CHIEF UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, TRAVIS B. VARGO, Court-Appointed Receiver,[1] and files his Witness and Exhibit List to be used in connection with the November 4, 2026 hearing on the *Motion to Reopen Case and Adversary Proceeding Nos. 24-05043 and 25-05040 for the Limited Purposes of Considering the Rule 9024 Motion [ECF 370]*. Mr. Vargo may call the following witnesses and offer the following exhibits:

**LIST OF WITNESSES**

Mr. Vargo may call any witness called by Debtor, any other party in interest that may appear and seek to be heard at the hearing, and any rebuttal witness as may be required. The Receiver reserves the right to examine any witness called by any other party and to present any witnesses for rebuttal or impeachment.

[1] Travis Vargo was appointed as the Receiver of Ali Choudhri in Cause No. 2012-27197-A styled *Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri*, pending in the 333rd Judicial District Court of Harris County, Texas (the "A-Case") and of Ali Choudhri, Dalio Holdings I LLC, and Dalio Holdings II LLC in Cause No. 2012-27197-D styled *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri and Angel Valle*, pending in the 333rd Judicial District Court of Harris County, Texas (the "D-Case").

## LIST OF EXHIBITS

| EX NO. | Description | Offered | Objected | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Order Granting Receiver's Motion to Show Authority - *In re: RIC (Lavernia), LLC;* Case No. 24-51195-mmp [ECF 304] Western District of Texas Bankruptcy Court ("WD TX") | | | | |
| 2 | Order Regarding Motions to Show Authority - *In re 1001 WL*, LLC; Case No. 24-10119-smr [ECF 996] – WD TX | | | | |
| 3 | Order Regarding Motion of Travis Vargo, State Court Receiver to Show Authority of Justin Rayome and Cavazos Hendricks Poirot, P.C. *In re Texas REIT, LLC;* Case No. 24-10120-smr [ECF 784] – WD TX | | | | |
| 4 | Order Dismissing *In re: Meandering Bend, LLC;* Case No. 25-11334-smr [ECF 125] - WD TX | | | | |
| 5 | Amended Order Granting Turnover, Charging Order and Appointment of Receiver, entered on April 9, 2025 in 2012-27197-A *Mokaram-Latif West Loop, Ltd., et al. v. Ali Choudhri,* 333rd Judicial District Court, Harris County, Texas | | | | |
| 6 | Amended Order (2) Granting Turnover, Charging Order and Appointment of Receiver, entered entered on April 8, 2025 in 2012-27197-D *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri, et al.,* 333rd Judicial District Court, Harris County, Texas | | | | |

| EX NO. | Description | Offered | Objected | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| **7** | Order Dismissing Case for Failure to Comply with the Clerk's Deficiency Notice of Deficiency [ECF 25]; Case No. 26-20432, *In re: Arabella PH 3201, LLC*; United States Bankruptcy Court, District of Wyoming ("Arabella WYBK 1") | | | | |
| **8** | Order Denying Debtor's Emergency Motion to Vacate the Dismissal Order and Reinstate the Case [ECF 34] in Arabella WYBK 1 | | | | |
| **9** | United States Trustee's Motion to Convert this Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) [ECF 10] in Case No. 26-20508; *In re: Arabella PH 3201, LLC*; United States Bankruptcy Court, District of Wyoming ("Arabella WYBK 2") | | | | |
| **10** | State Court Receiver Travis B. Vargo's Motion for Determination of Non-Applicability of the Automatic Stay Arising Under 11 U.S.C. § 362 and Notice of Time to Object [ECF 14] Arabella WYBK 2 | | | | |
| **11** | Report and Recommendation filed at ECF 42 in Case No. 26-03650 styled *Arabella PH 3201, LLC, et al v. Alan D. Rosen* pending in the United States Bankruptcy Court for the Southern District of Texas, Houston Division | | | | |

| EX NO. | Description | Offered | Objected | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| **12** | Order Denying Motion for Preliminary Injunction entered at ECF 16 in Case No. 4:26-cv-7537 styled *Arabella PH 3201, LLC v. Travis B. Vargo, et al* pending in the United States District Court for the Southern District of Texas, Houston Division | | | | |
| **13** | 2021 General Warranty Deed recorded at RP-2021-654150 in the Official Public Records of Harris County, Texas | | | | |
| **14** | 2024 General Warranty Deed recorded at RP-2024-272170 in the Official Public Records of Harris County, Texas | | | | |
| **15** | 2026 Correction General Warranty Deed recorded at RP-2026-83776 in the Official Public Records of Harris County, Texas | | | | |
| **16** | Order Granting Receiver's Motion for Writ of Possession, Comfort Order, and Expungement of Recorded Documents Relating to 4521 San Felipe St. #3201, Houston, Texas recorded at RP-2026-83776 in the Official Public Records of Harris County, Texas | | | | |
| | **Any demonstrative exhibits as may be used in connection with the Hearing** | | | | |
| | **Any other pleading or exhibit previously filed with the Court** | | | | |
| | **All exhibits presented or admitted through any other party and rebuttal exhibits as required.** | | | | |

**Movant reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the hearing.**

Respectfully submitted,

LUTTRELL + CARMODY LAW GROUP
One International Centre
100 NE Loop 410, Suite 615
San Antonio, Texas 78216
Tel. 210.426.3600

By: /s/ Leslie M. Luttrell
Leslie M. Luttrell
State Bar No. 12708650
luttrell@lclawgroup.net

**ATTORNEYS FOR TRAVIS VARGO, STATE COURT APPOINTED RECEIVER**

# CERTIFICATE OF SERVICE

I do hereby certify that on the 30th day of October 2026, I caused a copy of the foregoing instrument to be served to the Debtor, Debtor's Counsel, Trustee, and all parties listed on the attached service list either through the Court's ECF System or via U.S. First Class Mail, postage prepaid.

**Debtor**
RIC (Lavernia) LLC
162 Cumberland Street, Suite 300
Toronto, ON M5R 3N5

**US Trustee's Office**
Shane P. Tobin
903 San Jacinto Blvd.
Room 230
Austin, TX 78701

**Other Parties**
Ali Choudhri
4201 San Felipe Street
Unit 3201
Houston, Texas 77027
Email: ali@jetallcapital.com

**Other Lawyers**
Courtney Vincent
Vincent Law, PLLC
1035 Dairy Ashford, Suite 145
Houston, Texas 77079
Email: info@vincentlawpllc.com

Lyndel Vargas
CAVAZOS HENDRICKS POIROT
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202

Justin Rayome
1001 West Loop South, Suite 700
Houston, TX 77027

**Counsel for Debtor**
Robert Luke Graham
Justin Hanna
Bryan Cave Leighton Paisner LLP
2200 Ross Avenue #4200W
Dallas, TX 75201

Kyle Hirsch
Bryan Cave Leighton Paisner LLP
Two North Central Ave, Suite 2100
Phoenix, AZ 85004-4406

Brigid K Ndege
Bryan Cave Leighton Paisner
161 N Clark St
Ste 4300,
Chicago, IL 60605

*/s/ Leslie M. Luttrell*
Leslie M. Luttrell

Label Matrix for local noticing
0542-5
Case 24-51195-mmp
Western District of Texas
San Antonio
Thu Oct 29 12:19:18 CDT 2026

RIC (Lavernia) LLC
162 Cumberland Street, Suite 300
Toronto, ON M5R 3N5 Canada

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

Ali Choudhri
1001 West Loop South, Suite 700
Houston, TX 77027-9033

Andres Cedillos
3951 FM 1303
Floresville, TX 78114-6440

Arabella PH 3201 LLC
c/o Vincent Law PLLC
PO Box 940129
Houston TX 77094-7129

FNA VII, LLC
c/o Howard Marc Spector
12770 Coit Rd., Ste. 850
Dallas, TX 75251-1364

George H. Spencer, Jr.
Langley Banack, Inc.
Trinity Plaza II, Seventh Floor
745 Mulberry
San Antonio, TX 78212-3141

Internal Revenue Service
Centralized Insolvency Operations
Post Office Box 7346
Philadelphia, PA 19101-7346

John Daves
The Daves Law Firm
3624 North Hills Drive
Suite B100
Austin, TX 78731-3242

John and Lori Daves
331 Story Drive
Buda, TX 78610-3340

Lori Daves and John Daves
c/o Natalie F. Wilson
Langley & Banack, Inc.
745 E. Mulberry, Ste. 700
San Antonio, TX 78212-3172

Milestone Capital CRE 1 LLC
c/o Vincent Law PLLC
PO Box 940129
Houston TX 77094-7129

Milestone Capital CRE 1, LLC
2704 Joanel Street
Houston, TX 77027-5304

Milestone Capital CRE 1, LLC
c/o Lyndel Vargas
Cavazos Hendricks Poirot, P.C.
900 Jackson Street, Suite 570
Dallas, TX 75202-2413

Office of the United States Trustee
615 E. Houston Street
Suite 533
San Antonio, TX 78205-2055

Otisco RDX LLC
c/o Vincent Law PLLC
PO Box 940129
Houston TX 77094-7129

Otisco RDX, LLC
c/o Lyndel Vargas
Cavazos Hendricks Poirot, P.C.
900 Jackson Street, Suite 570
Dallas, TX 75202-2413

Peter J. Stanton
The Law Offices of Peter J. Stanton
111 Soledad
Suite 470
San Antonio, TX 78205-2243

Propel Financial Services as agent
and attorney in fact for FNA VII, LLC
c/o Howard Marc Spector
12770 Coit Rd, Ste 850
Dallas, TX 75251-1364

Propel Financial Services, as Agent for FNA
12672 Silicon Drive, Suite 150
San Antonio, TX 78249-3450

TIG Romspen US Master Mortgage LP
c/o Lynn Hamilton Butler
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701-4093

The Wilson County Tax Collector
c/o Linebarger Goggan Blair Sampson
Terrace 2
2700 Via Fortuna Drive, Suite 500
Austin, TX 78746-7998

Travis B. Vargo
c/o Leslie M. Luttrell
Luttrell + Carmody Law Group
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216-4713

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78205-2055

(p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN DON STECKER
112 E PECAN
SUITE 2200
SAN ANTONIO TX 78205-1588

Wilson County Tax Collector
Attn Dawn P. Barnett
1 Library Lane
Floresville, TX 78114-2239

Brigid K Ndege
Bryan Cave Leighton Paisner
161 N Clark St
Ste 4300,
Chicago, IL 60601-3315

Justin D. Hanna
Condon Tobin
8080 Park Lane
Suite 700
Dallas, TX 75231-5920

Kyle Hirsch
Bryan Cave Leighton Paisner LLP
Two North Central Ave, Suite 2100
Phoenix, AZ 85004-4533

Robert Luke Graham
2200 Ross Avenue
Suite 4600e
Dallas, TX 75201-2767

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Wilson County
c/o Karalyssa C Casillas
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 30 |
| Bypassed recipients | 0 |
| Total | 30 |