**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 24-51195-mmp** |
| | § | |
| **RIC (LAVERNIA) LLC,** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | **Related: Adv. Nos. 24-05043** |
| | § | **and 25-05040** |

# WITNESS AND EXHIBIT LIST OF ARABELLA PH 3201 LLC, OTISCO RDX, LLC, AND MILESTONE CAPITAL CRE 1, LLC, JOINED BY ALI CHOUDHRI, FOR THE NOVEMBER 4, 2026 HEARING ON ECF NOS. 370 AND 371

Arabella PH 3201 LLC, Otisco RDX, LLC, and Milestone Capital CRE 1, LLC, through their counsel, and Ali Choudhri, individually and pro se, who joins in this list (together, "Movants"), file this witness and exhibit list under Local Rule 9014-1(g) for the hearing set for Wednesday, November 4, 2026, at 9:30 a.m. in San Antonio Courtroom 1 (ECF No. 372) on the Motion to Reopen (ECF No. 370) and the Motion for Expedited Consideration (ECF No. 371).

## I. WITNESSES

Movants may call the following witnesses in person or, if the Court permits, by Zoom. Movants may examine any witness identified as adverse by leading questions under Federal Rule of Evidence 611(c).

1. Ali Choudhri.
2. Travis B. Vargo, as an adverse witness.
3. Leslie M. Luttrell, as an adverse witness.

4. Michael Poynter, as an adverse witness.
5. Lynn Hamilton Butler (Husch Blackwell LLP), counsel for TIG Romspen US Master Mortgage LP, as an adverse witness.
6. Kyle S. Hirsch (Bryan Cave Leighton Paisner LLP), as an adverse witness.
7. Osama Abdullatif, as an adverse witness.
8. Nicholas Legatos (Husch Blackwell LLP).
9. Adam Zarafshani (Panache Development & Construction, Inc.).
10. Katharine D. ("Kate") David (Husch Blackwell LLP).
11. Scott Meztrezat.
12. Fara Ranjbaran (Panache Development & Construction, Inc.).
13. Kevin M. Kerr, as an adverse witness.
14. Lauren E. Hayes (Husch Blackwell LLP), as an adverse witness.
15. Tyler Crews (Husch Blackwell LLP), as an adverse witness.
16. Ryan W. Mitchem (Husch Blackwell LLP), as an adverse witness.
17. Michael Brandess (Husch Blackwell LLP).
18. The authorized signing officer of Romspen US Mortgage GP Inc. who signed the November 21, 2025 Settlement Agreement between Travis B. Vargo and TIG Romspen US Master Mortgage LP, as an adverse witness.
19. Wes Roitman, as an adverse witness.
20. Beth Mendez.
21. Lyndel A. Vargas.
22. Alicia M. Matsushima.

23. Lori Hood (Shackelford, McKinley & Norton, LLP).

24. Jeffrey W. Steidley.

25. Derek Staub.

26. T. Michael Ballases (Hoover Slovacek LLP), as an adverse witness.

27. D. Scott Funk (Gray Reed), as an adverse witness.

28. Jameson J. Watts (Husch Blackwell LLP), counsel for TIG Romspen US Master Mortgage LP, as an adverse witness.

29. Any witness designated by any other party.

30. Any witness necessary for rebuttal or impeachment.

31. Any witness necessary to authenticate any exhibit.

## II. EXHIBITS

Exhibits already on this Court's docket are identified by docket number. The remaining exhibits are filed with this list or with Movants' notice of filing of exhibits.

| Ex. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | Motion to Reopen Case and Adversary Proceeding Nos. 24-05043 and 25-05040 for the Limited Purpose of Considering the Rule 9024 Motion (ECF No. 370) | | | |
| 2 | Exhibit A to ECF No. 370: Proposed Order Reopening Case and Adversary Proceeding Nos. 24-05043 and 25-05040 for a Limited Purpose (ECF No. 370-1) | | | |
| 3 | Proposed Order Reopening Case and Adversary Proceeding Nos. 24-05043 and 25-05040 for a Limited Purpose, as corrected and uploaded under Local Rule 9013-1(b) (Oct. 22, 2026) | | | |
| 4 | Motion for Expedited Consideration of the Rule 9024 Motion (ECF No. 371) | | | |
| 5 | Exhibit A to ECF No. 371: Proposed Order Granting Motion for Expedited Consideration (ECF No. 371-1) | | | |
| 6 | Proposed Order Granting Motion for Expedited Consideration, as corrected and uploaded under Local | | | |

| Ex. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| | Rule 9013-1(b) (Oct. 22, 2026) | | | |
| 7 | Motion Under Bankruptcy Rule 9024 to Vacate the Order Granting the Receiver's Motion to Show Authority [ECF No. 304] or, in the Alternative, to Clarify Its Scope, and to Vacate the Judgments Entered for RIC (Lavernia), LLC in Adversary Nos. 24-05043 and 25-05040 and the Stipulated Order of Case Dismissal [ECF No. 348] (ECF No. 369) | | | |
| 8 | Notice of Hearing setting ECF Nos. 370 and 371 for November 4, 2026, at 9:30 a.m. (ECF No. 372) | | | |
| 9 | Email thread of October 14, 2026, In re Ali Choudhri, No. 25-90797 (CML) (Bankr. S.D. Tex.), including the emails of Kyle S. Hirsch, counsel for TIG Romspen US Master Mortgage LP, at 12:00 p.m. and 1:06 p.m., stating that a December 3, 2026 in-person hearing is set in Cause No. 2023-84714 and that TIG Romspen will request entry of the proposed $42,371,306.88 judgment at that hearing | | | |
| 10 | Exhibits A through GG to ECF No. 369 (ECF Nos. 369-3 through 369-35) | | | |
| 11 | Order Granting the Receiver's Motion to Show Authority (ECF No. 304) | | | |
| 12 | Stipulated Order of Case Dismissal, entered December 5, 2025 (ECF No. 348) | | | |
| 13 | Stipulated Judgment, Adv. No. 24-05043, entered November 24, 2025 (Adv. ECF No. 195) | | | |
| 14 | Judgment, Adv. No. 25-05040, entered October 15, 2025 (Adv. ECF No. 126) | | | |
| 15 | Defendant Ali Choudhri's Verified Motion to Recuse and Disqualify Judge Randy Wilson, Judge Rabeea Sultan Collier, and Regional Presiding Judge Susan Brown, and Request for Referral to the Chief Justice, TIG Romspen US Master Mortgage LP v. Galleria Loop Note Holder, LLC and Ali Choudhri, Cause No. 2023-84714 (333rd Dist. Ct., Harris County) (filed Sept. 30, 2026) (the "Recusal Motion") | | | |
| 15-1 | Recusal Motion Ex. 1: Email from Ali Choudhri to Davia Ford, Harris County District Clerk (Sept. 14, 2026, 1:47 p.m.) | | | |
| 15-2 | Recusal Motion Ex. 2: Order Denying Motion to Transfer, Cause No. 2023-84714 (80th Dist. Ct. Aug. 20, 2026) | | | |
| 15-3 | Recusal Motion Ex. 3: Transfer Order, Cause No. 2023-84714 (Sept. 14, 2026) | | | |
| 15-4 | Recusal Motion Ex. 4: Transfer Order, Cause No. 2026-63841 (Sept. 14, 2026) | | | |
| 15-5 | Recusal Motion Ex. 5: Order of Assignment No. | | | |

| Ex. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| | 5124 and Notice of Assignment, Cause No. 2023-84714 (Sept. 16, 2026) | | | |
| 15-6 | Recusal Motion Ex. 6: Order of Assignment No. 5125 and Notice of Assignment, Cause No. 2026-63841 (Sept. 16, 2026) | | | |
| 15-7 | Recusal Motion Ex. 7: Docket, Khawaja Partners, Ltd. v. Jetall Companies, Inc., No. 4:14-cv-02975 (S.D. Tex.) | | | |
| 15-8 | Recusal Motion Ex. 8: Motion to Substitute Counsel, No. 4:14-cv-02975 (S.D. Tex.) | | | |
| 15-9 | Recusal Motion Ex. 9: TIG Romspen Motion for Entry of Stipulated Judgment and proposed (unsigned) judgment, Cause No. 2023-84714 (Dec. 19, 2025) | | | |
| 15-10 | Recusal Motion Ex. 10: Choudhri Objection and Verified Motion to Show Authority, Cause No. 2023-84714 (Mar. 20, 2026) | | | |
| 15-11 | Recusal Motion Ex. 11: Memorandum Opinion (Mar. 10, 2026) and docket, No. 14-24-00057-CV; Supreme Court of Texas docket, No. 26-0892 | | | |
| 15-12 | Recusal Motion Ex. 12: Order of Recusal and Transfer, Cause No. 2012-27197-A (signed Aug. 24 and 27, 2018) | | | |
| 15-13 | Recusal Motion Ex. 13: Emergency Verified Motion to Recuse and Disqualify (Judge Debra Davis) and Order of Recusal and Transfer, Cause No. 2013-41273 (June 8, 2021) | | | |
| 15-14 | Recusal Motion Ex. 14: Email from Travis Vargo (Apr. 4, 2025) | | | |
| 15-15 | Recusal Motion Ex. 15: Vargo's Report to the Court, Cause No. 2012-27197-A (June 9, 2026) | | | |
| 15-16 | Recusal Motion Ex. 16: E-service list, Cause No. 2012-27197-A, showing Osama Abdullatif (Envelope No. 118959689) | | | |
| 15-17 | Recusal Motion Ex. 17: Order, Cause No. 2012-27197-A (July 28, 2026), and Vargo's Motion for Writ of Possession (June 12, 2026) | | | |
| 15-18 | Recusal Motion Ex. 18: Notice of Lis Pendens, Harris County Doc. No. RP-2023-285825 (July 31, 2023) | | | |
| 15-19 | Recusal Motion Ex. 19: Supplemental Notice of Lis Pendens, Harris County Doc. No. RP-2023-321984 (Aug. 23, 2023) | | | |
| 15-20 | Recusal Motion Ex. 20: Original Petition, City of Houston, et al. v. Arabella PH 3201 LLC, et al., Cause No. 2023-67381 (215th Dist. Ct.) (filed Sept. | | | |

| Ex. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| | 29, 2023) | | | |
| 15-21 | Recusal Motion Ex. 21: Default Judgment, Cause No. 2023-67381 (signed Feb. 15, 2026), with Joint Motion for Default Judgment | | | |
| 15-22 | Recusal Motion Ex. 22: Reporter's Record, Aug. 26, 2026 hearing, Cause Nos. 2026-60637 and 2026-59605 | | | |
| 15-23 | Recusal Motion Ex. 23: Notice of Removal, Adv. No. 26-03644, and Rule 9027(c) notice filed in Cause No. 2012-27197-A | | | |
| 15-24 | Recusal Motion Ex. 24: Notice of Removal, Adv. No. 26-03650, and Rule 9027(c) notice filed in Cause No. 2026-63841 | | | |
| 15-25 | Recusal Motion Ex. 25: Transcript excerpt, Sept. 10, 2026 hearing, Cause No. 2026-63841 | | | |
| 15-26 | Recusal Motion Ex. 26: Constable Rosen's Motion for Emergency Hearing on September 14th as to His Plea to the Jurisdiction, Cause No. 2026-63841 (filed Sept. 11, 2026) | | | |
| 15-27 | Recusal Motion Ex. 27: Motion to Enforce Rule 11 Agreement, Adv. No. 26-03650 | | | |
| 15-28 | Recusal Motion Ex. 28: Voluntary Petition, In re Arabella PH 3201 LLC, No. 26-20432 (Bankr. D. Wyo.) (cover page as filed) | | | |
| 15-29 | Recusal Motion Ex. 29: Video recorded Sept. 15, 2026 at Unit 3201, 4521 San Felipe Street (slip sheet; video to be presented at the hearing) | | | |
| 15-30 | Recusal Motion Ex. 30: Email chains "Arabella LLC / Choudhri Homestead" and "Immediate Stand-Down Demand" (Sept. 15, 2026), with the Sept. 15, 2026 order | | | |
| 15-31 | Recusal Motion Ex. 31: Email chain "Urgent - Writ of Possession for Arabella (Choudhri)" (Aug. 20–21, 2026) | | | |
| 15-32 | Recusal Motion Ex. 32: Transcript excerpt, Motions Hearing, Khawaja Partners, Ltd. v. Jetall Companies, Inc., Adv. No. 13-03252 (Bankr. S.D. Tex. Aug. 28, 2014), testimony of Omar Khawaja | | | |
| 15-34 | Recusal Motion Ex. 34: Deposition of Omar Khawaja (Sept. 11, 2024), In re Texas REIT, LLC, No. 24-10120 (Bankr. W.D. Tex.), excerpts | | | |
| 15-35 | Recusal Motion Ex. 35: Docket sheets, Fourteenth Court of Appeals, Nos. 14-26-00804-CV and 14-25-00614-CV, including the Aug. 27, 2026 order denying stay | | | |
| 15-36 | Recusal Motion Ex. 36: Unopposed Motion to Consolidate (Aug. 27, 2026) and Notice of | | | |

| Ex. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| | Submission (Aug. 28, 2026), Cause Nos. 2025-75174 and 2026-20754, signed by Hoover Slovacek LLP for Osama Abdullatif and PBAC 507, LLC through Travis Vargo | | | |
| 15-37 | Recusal Motion Ex. 37: Vargo's Intervention, Emergency Motion to Dissolve TRO and Plea to the Jurisdiction, No. 2026-59605 (Aug. 21, 2026); Vargo's Intervention, Plea to the Jurisdiction and Motion to Dismiss, No. 2026-63841 (Sept. 4, 2026) | | | |
| 15-38 | Recusal Motion Ex. 38: Amended Order Granting Turnover, Charging Order and Appointment, Cause No. 2012-27197-A (Apr. 9, 2025), p. 1 | | | |
| 15-39 | Recusal Motion Ex. 39: Email from Travis Vargo to Justin Rayome (July 10, 2025) | | | |
| 15-40 | Recusal Motion Ex. 40: Plaintiffs' Renewed Application for Temporary Restraining Order, No. 2026-63841 (filed Sept. 9, 2026), with its Exhibits F (Declaration of Derek Staub), G (Declaration of Alicia Matsushima), and K (Sept. 1, 2026 reporter's record excerpts) | | | |
| 15-41 | Recusal Motion Ex. 41: Demonstrative summary of Travis Vargo's testimony (slide presentation used at the Sept. 23, 2026 hearing), offered as a demonstrative aid only | | | |
| 15-42 | Recusal Motion Ex. 42: Email from Courtney A. Vincent to Travis Vargo, copying Michael Poynter, L. Lee Thweatt, and Derek Staub (Sept. 11, 2026), with attached Notice of Litigation Hold and Demand to Preserve Evidence | | | |
| 15-43 | Recusal Motion Ex. 43: Notice of Receivership (MCITBE LLC and 2232 Swift Boulevard), Harris County Doc. No. RP-2026-38584 (recorded Feb. 3, 2026) | | | |
| 15-44 | Recusal Motion Ex. 44: Transcript of Proceedings, Apr. 3, 2025, In re Texas REIT, LLC, No. 24-10120, and Adv. No. 24-01045 (Bankr. W.D. Tex.) | | | |
| 15-45 | Recusal Motion Ex. 45: Harris County District Clerk settings history, Cause No. 2012-27197-A | | | |
| 15-46 | Recusal Motion Ex. 46: Email chains between Travis Vargo and Judge Wilson, June 2–3, June 9–10, June 15–July 23, and Aug. 6, 2026 | | | |
| 15-47 | Recusal Motion Ex. 47: Email thread "Re: 2012-27197A, Motion re Arabella Penthouse" (Aug. 13 – Sept. 11, 2026), including Michael Poynter's Sept. 11, 2026 email to Judge Wilson, with attached proposed order | | | |
| 15-48 | Recusal Motion Ex. 48: Order of Assignment No. | | | |

| Ex. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| | 5126 and Notice of Assignment, Cause No. 2026-59605 (Sept. 16, 2026) | | | |
| 15-49 | Recusal Motion Ex. 49: Transfer Order, Cause No. 2026-59605 (Sept. 14, 2026) | | | |
| 15-50 | Recusal Motion Ex. 50: Certified Transcript of Hearing (Sept. 23, 2026), In re MCITBE LLC, No. 26-32580 (Bankr. N.D. Tex.), excerpts | | | |
| 15-51 | Recusal Motion Ex. 51: Comparison of WC 4th & Colorado, LP v. Colorado Third Street, LLC, No. 14-22-00764-CV (Tex. App.–Houston [14th Dist.] Apr. 29, 2025) with the record (demonstrative) | | | |
| 16 | Defendant Ali Choudhri's First Supplement to Verified Motion to Recuse and Disqualify, Cause No. 2023-84714 (333rd Dist. Ct., Harris County) (filed Oct. 21, 2026; exhibits filed Oct. 26, 2026) (the "First Supplement") | | | |
| 16-15 | First Supplement Ex. 15: Vargo's Report to the Court, Cause No. 2012-27197-A (June 9, 2026) | | | |
| 16-25 | First Supplement Ex. 25: Reporter's Record, Sept. 10, 2026 hearing, Cause No. 2026-63841 | | | |
| 16-29 | First Supplement Ex. 29: Video recorded Sept. 15, 2026 at Unit 3201 (slip sheet; video to be presented at the hearing) | | | |
| 16-30 | First Supplement Ex. 30: Email chain "Arabella LLC / Choudhri Homestead" (Sept. 15 – Oct. 19, 2026), including Judge Wilson's Sept. 15 order by email and Vargo's Oct. 19 proposed order | | | |
| 16-35 | First Supplement Ex. 35: Notice, Fourteenth Court of Appeals, No. 14-26-00804-CV (Aug. 6, 2026) | | | |
| 16-38 | First Supplement Ex. 38: Amended turnover and appointment orders, Cause Nos. 2012-27197-A and 2012-27197-D | | | |
| 16-52 | First Supplement Ex. 52: Vargo's Report, Accounting, and Motion to Distribute, with unsworn declaration, Cause No. 2012-27197-D (Mar. 3, 2026) | | | |
| 16-53 | First Supplement Ex. 53: Vargo's Omnibus Response, Cause No. 2012-27197-A (Apr. 15, 2026), with Romspen–Vargo Settlement Agreement | | | |
| 16-54 | First Supplement Ex. 54: Order, Cause No. 2012-27197-A (Apr. 16, 2026) | | | |
| 16-55 | First Supplement Ex. 55: Docket sheets, In re RIC (Lavernia) LLC, No. 24-51195, and Adv. No. 24-05043 (Bankr. W.D. Tex.) | | | |
| 16-56 | First Supplement Ex. 56: Docket report, In re 1001 WL, LLC, No. 24-10119 (Bankr. W.D. Tex.) | | | |
| 16-57 | First Supplement Ex. 57: TIG Romspen Motion for | | | |

| Ex. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| | Entry of Stipulated Judgment and proposed Final Judgment (Dec. 19, 2025) and revised proposed Final Judgment (Oct. 7, 2026), Cause No. 2023-84714 | | | |
| 16-58 | First Supplement Ex. 58: Email from Michael Poynter identifying Travis Vargo as "Court-Appointed Attorney for Ali Choudhri" | | | |
| 16-59 | First Supplement Ex. 59: Demonstrative | | | |
| 16-60 | First Supplement Ex. 60: Declaration of Derek Staub | | | |
| 16-61 | First Supplement Ex. 61: Amended Declaration of Alicia M. Matsushima | | | |
| 16-62 | First Supplement Ex. 62: Harris County District Clerk case-images list, Cause No. 2023-84714, as viewed Oct. 21, 2026, with declaration | | | |
| 16-63 | First Supplement Ex. 63: Verified Motion to Recuse Judge Rabeea Collier, with Exhibit A and Declaration of Ali Choudhri, and Order of Recusal and Transfer, Cause No. 2021-09675 (June 2, 2021) | | | |
| 16-64 | First Supplement Ex. 64: Status conference before Judge Wilson, Sept. 19, 2023 (transcript of the recording, with declaration) | | | |
| 16-65 | First Supplement Ex. 65: Cause No. 2012-27197-D record of September 2023; Petition for Review No. 23-1019 and abatement | | | |
| 16-66 | First Supplement Ex. 66: Summary of Travis Vargo's emails to Judge Wilson and what followed | | | |
| 16-67 | First Supplement Ex. 67: Emails of Sept. 11, 2026: Choudhri's written objection to Travis Vargo's direct communications with Judge Wilson; Vargo's reply; preservation demand | | | |
| 16-68 | First Supplement Ex. 68: Demonstrative and chart of Travis Vargo's statements | | | |
| 17 | Second Amended Motion to Dismiss Case, filed by Lyndel A. Vargas for Milestone Capital CRE 1, LLC and Otisco RDX, LLC (Sept. 17, 2025) (ECF No. 237), with proposed order (ECF No. 237-1) | | | |
| 18 | Application to Approve Compromise Relating to Estate Property, filed by Kyle S. Hirsch for RIC (Lavernia) LLC and agreed by Lynn Hamilton Butler and Jameson J. Watts (Husch Blackwell LLP) as counsel for TIG Romspen US Master Mortgage LP (Sept. 4, 2025) (ECF No. 225) | | | |
| 19 | Notice of Submission of Stipulated Order of Dismissal, filed by Kyle S. Hirsch (Dec. 4, 2025) (ECF No. 347), with certificate of service listing Lynn Hamilton Butler as counsel for TIG Romspen US Master Mortgage LP | | | |

| Ex. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 20 | Plaintiffs' Original Complaint for Declaratory Relief and Combined Claim Objection, Panache Development & Construction, Inc., et al. v. Romspen Mortgage Limited Partnership, et al., Adv. No. 24-01061, In re RIC (Austin), LLC, No. 24-10264 (Bankr. W.D. Tex. filed Nov. 4, 2024) | | | |
| 21 | Email from Ali Choudhri to Nicholas Legatos (Husch Blackwell LLP), "Cases – wanted to walk you thru at your convenience" (June 11, 2025), and reply from Nicholas Legatos copying Michael Brandess (June 14, 2025) | | | |
| 22 | Email from Ali Choudhri to Nicholas Legatos, "State Court Proceedings Regarding TRO, Contempt, Etc Mentioned During Call" (June 11, 2025), with attachment list | | | |
| 23 | Microsoft Teams invitation from Nicholas Legatos to Ali Choudhri, Michael Brandess, and Tara LeDay, "Bankruptcy – Houston and San Antonio Properties – Kick Off Call" (June 16, 2025) | | | |
| 24 | Email chain "Attorney client work product – privileged – notice of conflict" among Adam Zarafshani, Nicholas Legatos, and Ryan W. Mitchem (Husch Blackwell LLP) (Sept. 8–20, 2025) | | | |
| 25 | Letter from Adam Zarafshani to Ryan W. Mitchem, Deputy General Counsel, Husch Blackwell LLP, re: Conflict of Interest – Romspen Representation (Sept. 11, 2025) | | | |
| 26 | Letter from Adam Zarafshani to Ryan W. Mitchem, Husch Blackwell LLP, re: Conflict of Interest – Romspen Representation (Sept. 19, 2025) | | | |
| 27 | Emails between Ali Choudhri and Lauren E. Hayes (Husch Blackwell LLP) (May 4–5, 2025); email from Kevin M. Kerr forwarding Femrite subpoena correspondence, Cause No. 2012-27197-A & -D (Jan. 15, 2024); and emails and invoices from Katharine D. David and Denette Vanek (Husch Blackwell LLP) for matters 550217-1 (BDFI) and 550010-1 (Ali Choudhri, "Abdul/Mokaram") (Aug. 4, 2021) | | | |
| 28 | Email from Mark Taylor (Kane Russell Coleman Logan PC), "Romspen connections" (July 18, 2025), as forwarded Sept. 16 and 19, 2025, with attachments | | | |
| 29 | Defendant Ali Choudhri's Motion to Require Travis Vargo to Answer Under Oath, to Show Cause at an Evidentiary Hearing, for Sanctions, and for Removal, Cause No. 2012-27197-D (filed Oct. 26, 2026) | | | |
| 30 | Email chain "Response to L. Hood Demand 10/23" among Lori Hood, Travis Vargo, Scott Funk, T. Michael Ballases, and Michael Poynter (Oct. 28–29, | | | |

| Ex. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| | 2026) | | | |
| 31 | Defendant Ali Choudhri's Motion to Disqualify T. Michael Ballases and Hoover Slovacek LLP, and to Disqualify and Remove Travis B. Vargo, Cause No. 2012-27197-A (filed Oct. 28, 2026) (the "Disqualification Motion") | | | |
| 31-1 | Disqualification Motion Ex. 1: District Clerk party lists, Cause Nos. 2025-75174 and 2026-20754, with declaration; Plaintiffs' Original Petition, No. 2026-20754 (Mar. 27, 2026); Motion to Consolidate and Notice of Submission (Aug. 27–28, 2026) | | | |
| 31-2 | Disqualification Motion Ex. 2: Ballases emails (June 29, 2016); Hoover Slovacek Waiver of Conflict Letter, executed; Answer for Renee Davy against Jetall Companies, Inc., No. 2017-10832 (Mar. 20, 2017) | | | |
| 31-3 | Disqualification Motion Ex. 3: Amended receivership orders, Cause Nos. 2012-27197-A and 2012-27197-D | | | |
| 31-4 | Disqualification Motion Ex. 4: Transcript, In re Texas REIT, LLC (Apr. 3, 2025): Vargo testimony | | | |
| 31-5 | Disqualification Motion Ex. 5: Transcript excerpts, In re MCITBE LLC (Sept. 23, 2026): Vargo testimony | | | |
| 31-6 | Disqualification Motion Ex. 6: Selected docket entries, In re Texas REIT, LLC, No. 24-10120 (including Ballases's request to appear as "a witness" for Vargo), with declaration | | | |
| 31-7 | Disqualification Motion Ex. 7: Requests for the amount owed, a payoff, and an accounting (May 8 – Oct. 26, 2026), with declaration | | | |
| 31-8 | Disqualification Motion Ex. 8: Slide presentation, "The record vs. what they told the courts" (demonstrative) | | | |
| 31-9 | Disqualification Motion Ex. 9: Notice of Intent to Subpoena Anosh Ahmed, M.D., Cause No. 2013-41273 (Feb. 8, 2023), served through his attorney of record, Scott Funk, Gray Reed | | | |
| 31-10 | Disqualification Motion Ex. 10: Sale Agreement between Ali Mokaram and Osama Abdullatif (Dec. 2012) | | | |
| 31-11 | Disqualification Motion Ex. 11: Email from Travis Vargo to Kell Mercer (Apr. 4, 2025) | | | |
| 31-12 | Disqualification Motion Ex. 12: Notice of Receivership (MCITBE LLC and 2232 Swift Boulevard), sworn Feb. 2, 2026, recorded RP-2026-38584, certified copy | | | |
| 31-13 | Disqualification Motion Ex. 13: Email from Sepi Akhavi, copying Travis Vargo, to Omar Scanu (Feb. | | | |

| Ex. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| | 11, 2026), as forwarded | | | |
| 31-14 | Disqualification Motion Ex. 14: Email from Mike Croix to Ali Choudhri (Feb. 17, 2026) | | | |
| 31-15 | Disqualification Motion Ex. 15: Agreed Confidentiality Order, Cause No. 2012-27197 (June 11, 2012) | | | |
| 31-16 | Disqualification Motion Ex. 16: Excerpts, deposition of Omar Khawaja, Adv. No. 23-03141 (Bankr. S.D. Tex. Oct. 3, 2024) | | | |
| 31-17 | Disqualification Motion Ex. 17: Email from D. Scott Funk to Choudhri's counsel, copying Abdullatif's counsel Rodney L. Drinnon (Feb. 23, 2018), transcribed, with declaration | | | |
| 32 | Email chain "Attorney client work product – privileged – notice of conflict" (Sept. 8–19, 2025), as forwarded by Adam Zarafshani to Ali Choudhri (Sept. 19, 2025) and by Ali Choudhri (Sept. 19, 2025), with attached Letter of Sept. 11, 2025 to Husch Blackwell | | | |
| 33 | Email chain "Response to L. Hood Demand 10/23" among Lori Hood, Travis Vargo, Scott Funk, T. Michael Ballases, and Michael Poynter (Oct. 28, 2026), version ending with Lori Hood's 10:02 p.m. reply | | | |
| 34 | Defendant Ali Choudhri's Motion to Disqualify T. Michael Ballases and Hoover Slovacek LLP, D. Scott Funk and Gray Reed, and to Disqualify and Remove Travis B. Vargo as Receiver, Cause No. 2012-27197-D (filed Oct. 28, 2026) (the "D-Case Disqualification Motion") | | | |
| 34-1 | D-Case Disqualification Motion Ex. 1: District Clerk party lists, Cause Nos. 2025-75174 and 2026-20754, with declaration; Plaintiffs' Original Petition, No. 2026-20754 (Mar. 27, 2026); Motion to Consolidate and Notice of Submission (Aug. 27–28, 2026) | | | |
| 34-2 | D-Case Disqualification Motion Ex. 2: Ballases emails (June 29, 2016); Hoover Slovacek Waiver of Conflict Letter, executed; Answer for Renee Davy against Jetall Companies, Inc., No. 2017-10832 (Mar. 20, 2017) | | | |
| 34-3 | D-Case Disqualification Motion Ex. 3: Amended receivership orders, Cause Nos. 2012-27197-A and 2012-27197-D | | | |
| 34-4 | D-Case Disqualification Motion Ex. 4: Transcript, In re Texas REIT, LLC (Apr. 3, 2025): Vargo testimony | | | |
| 34-5 | D-Case Disqualification Motion Ex. 5: Transcript excerpts, In re MCITBE LLC (Sept. 23, 2026): Vargo | | | |

| Ex. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| | testimony | | | |
| 34-6 | D-Case Disqualification Motion Ex. 6: Selected docket entries, In re Texas REIT, LLC, No. 24-10120 (including Ballases's request to appear as "a witness" for Vargo), with declaration | | | |
| 34-7 | D-Case Disqualification Motion Ex. 7: Requests for the amount owed, a payoff, and an accounting (May 8 – Oct. 26, 2026), with declaration | | | |
| 34-8 | D-Case Disqualification Motion Ex. 8: Slide presentation, "The record vs. what they told the courts" (demonstrative) | | | |
| 34-9 | D-Case Disqualification Motion Ex. 9: Notice of Intent to Subpoena Anosh Ahmed, M.D., Cause No. 2013-41273 (Feb. 8, 2023), served through his attorney of record, Scott Funk, Gray Reed | | | |
| 34-10 | D-Case Disqualification Motion Ex. 10: Sale Agreement between Ali Mokaram and Osama Abdullatif (Dec. 2012) | | | |
| 34-11 | D-Case Disqualification Motion Ex. 11: Email from Travis Vargo to Kell Mercer (Apr. 4, 2025) | | | |
| 34-12 | D-Case Disqualification Motion Ex. 12: Notice of Receivership (MCITBE LLC and 2232 Swift Boulevard), sworn Feb. 2, 2026, recorded RP-2026-38584, certified copy | | | |
| 34-13 | D-Case Disqualification Motion Ex. 13: Email from Sepi Akhavi, copying Travis Vargo, to Omar Scanu (Feb. 11, 2026), as forwarded | | | |
| 34-14 | D-Case Disqualification Motion Ex. 14: Email from Mike Croix to Ali Choudhri (Feb. 17, 2026) | | | |
| 34-15 | D-Case Disqualification Motion Ex. 15: Agreed Confidentiality Order, Cause No. 2012-27197 (June 11, 2012) | | | |
| 34-16 | D-Case Disqualification Motion Ex. 16: Excerpts, deposition of Omar Khawaja, Adv. No. 23-03141 (Bankr. S.D. Tex. Oct. 3, 2024) | | | |
| 34-17 | D-Case Disqualification Motion Ex. 17: Email from D. Scott Funk to Choudhri's counsel, copying Abdullatif's counsel Rodney L. Drinnon (Feb. 23, 2018), transcribed, with declaration | | | |
| 35 | Declaration of Alicia M. Matsushima regarding due process and the July 28, 2026 Order, Cause No. 2012-27197-A (signed Oct. 23, 2026), with Exhibit 1 (Order of July 28, 2026) (date of birth redacted under Fed. R. Bankr. P. 9037) | | | |
| 36 | Debtor's Opposition to Motion to Reopen Case and Adversary Proceeding Nos. 24-05043 and 25-05040, filed by Kyle S. Hirsch for RIC (Lavernia) LLC (Oct. | | | |

| Ex. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| | 30, 2026) (ECF No. 375) | | | |
| 37 | Plaintiff's Motion for Entry of Stipulated Judgment, TIG Romspen US Master Mortgage LP v. Galleria Loop Note Holder, LLC and Ali Choudhri, Cause No. 2023-84714 (80th Dist. Ct., Harris County) (filed Dec. 19, 2025), stating the judgment is stipulated by Travis Vargo as receiver | | | |
| 38 | Proposed (unsigned) Final Judgment submitted with Ex. 37, Cause No. 2023-84714 (filed Dec. 19, 2025), for $42,371,306.88 against Galleria Loop Note Holder, LLC and Ali Choudhri, jointly and severally, plus $16,612.89 per day, reciting that Travis Vargo has been found by two United States Bankruptcy Judges to have exclusive authority to represent Choudhri | | | |
| 39 | Any exhibit designated by any other party | | | |
| 40 | Any document necessary for rebuttal or impeachment | | | |

Movants ask the Court to take judicial notice of the docket and filings in this case and in Adversary Nos. 24-05043 and 25-05040, and of the filing of the Recusal Motion and the First Supplement, with their exhibits, in Cause No. 2023-84714. Movants reserve the right to supplement or amend this list, to use any exhibit listed by any other party, and to offer demonstrative exhibits.

Date: October 30, 2026

Respectfully submitted,

*/s/ Courtney A. Vincent*
**Courtney A. Vincent**
Minnesota Bar No.: 0403083
***Vincent Law, PLLC***
1035 Dairy Ashford, Suite 145
Houston, Texas 77079
**Mailing Address:**
P.O. Box 940129
Houston, Texas 77094
Tel: (713) 223-9300
Fax: (832) 603-4444
**info@vincentlawpllc.com**

**ATTORNEY FOR ARABELLA PH 3201 LLC, OTISCO RDX, LLC, AND MILESTONE CAPITAL CRE 1, LLC**

*/s/ Ali Choudhri*
**Ali Choudhri**
Pro Se
4521 San Felipe Street, Unit 3201
Houston, Texas 77027
Tel: (281) 630-6627
**ali@jetallcapital.com**

**JOINING PRO SE**

## CERTIFICATE OF SERVICE

I certify that on October 30, 2026, this witness and exhibit list and its exhibits were filed through the Court's CM/ECF system, which will send notice of the filing to all parties registered to receive electronic notice in this case, including Kyle S. Hirsch, counsel for RIC (Lavernia) LLC and TIG Romspen US Master Mortgage LP; Lynn Hamilton Butler, counsel for TIG Romspen US Master Mortgage LP; Leslie M. Luttrell, counsel for Travis B. Vargo; and Erin Coughlin, counsel for the United States Trustee.

*/s/ Courtney A. Vincent*
**Courtney A. Vincent**