# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 24–51195–mmp
Chapter No.: 11
Judge: Michael M Parker

IN RE: **RIC (Lavernia) LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **11/4/26 at 09:30 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E–MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.) (Related Document(s): 370 Motion to Reopen Case and Adversary Proceeding Nos. 24–5043 and 25–5040 for the Limited Purpose of Considering the Rule 9024 Motion filed by Courtney Ann Vincent for Interested Party Arabella PH3201 LLC, Otisco RDX LLC. Milestone Capital CRE 1 LLC and Joiner Ali Choudhri. AND 371 Motion for Expedited Consideration of the Rule 9024 Motion filed by Courtney Ann Vincent for Interested Party Arabella PH3201 LLC, Otisco RDX LLC, Milestone Capital CRE 1 LLC and Ali Choudhri. (Related Document(s):) 369 Motion Under Bankruptcy Rule 9024 to Vacate the Order Granting the Receiver's Motion [ECF No. 304] or, in the Alternative, to Clarify its Scope and to Vacate the Judgments Entered For RIC (LaVernia) LLC in Adversary Nos. 24–5043 & 25–5040 and the Stipulated Order of Case Dismissal [ECF No. 348] filed by Courtney Ann Vincent for Interested Party Arabella PH3201 LLC, Otisco RDX LLC. Milestone Capital CRE 1 LLC and Joiner Ali Choudhri. Hearing Scheduled For 11/4/2026 at 9:30 AM at SA Courtroom 1. (Castleberry, Deanna)

Dated: 10/23/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court