**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 24-51195-mmp** |
| | § | |
| **RIC (LAVERNIA) LLC,** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |

# EXHIBIT 10

Exhibits A through GG to the Rule 9024 Motion (ECF No. 369)
ECF Nos. 369-3 through 369-35
Filed October 22, 2026

*On file with the Court and incorporated by reference. Copies will be available at the hearing.*