# EXHIBIT 1

Email from Ali Choudhri to Davia Ford, Harris County District Clerk (Sept. 14, 2026, 1:47 p.m.) — original sent email or authenticated export

Unofficial Copy Office of Marilyn Burgess District Clerk

JETALL

Ali Choudhri <ali@jetallcapital.com>

## 2026-63841 Arabella PH 3201, LLC etal V Rosen, Alan

1 message

**Ali Choudhri** <ali@jetallcapital.com> Mon, Sep 14, 2026 at 1:47 PM
To: davia.ford@hcdistrictclerk.com
Bcc: Ali Choudhri <ali@jetallcapital.com>

Ms. Ford,

As discussed there is no motion on the docket or filing and further confirmed with clerks relating the actions of Judge Collier all done behind closed doors and improperly and by agents of Omar Khawaja. Travis Vargo, Judge Randy Wilson, and his co horts

However Judge Rabea Collier - the cousin of Omar Khawaja and also has served as an attorney who was adverse to me and my family interests. Mr. Khawaja, Ms. Collier etal has communications that will evidence Mr Osama Abdullatrif and Omar Khawaja engineering. Upon information and belief Judge Collier, with Judge Purdue, and Brown

There have been improper exparte conversations to lead to a certain engineered results among other things by the Judges.

I'm hereby moving to recuse and disqualify Judge Collier and the Regional Susan Brown of the 11th admin judge in the district for improper actions

I ask that Judge Collier and anyone involved not delete any emails, WhatsApp messages, texts, or evidence and put a hold.

Due to last minute of learning with the recent events this I am emailing you immediately as discussed to you can make Judge Collier aware and Judge Susan Brown aware

I will be file a more substantive verified motion. As you know I just learned of this as I'm in court and was informed by Judge Purdue.

Please confirm receipt of this email.

ALI CHOUDHRI 2816306627

Unofficial Copy Office of Marilyn Burgess District Clerk