# EXHIBIT 2

Order Denying Motion to Transfer, Cause No. 2023-84714 (80th Dist. Ct. Aug. 20, 2026)

Unofficial Copy Office of Marilyn Burgess District Clerk

3/20/2026 11:42:58 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 112673646
By: JIMENEZ, DANIELLE N
Filed: 3/20/2026 11:42:58 AM

CAUSE NO. 2023-84714

| | | |
|---|---|---|
| TIG ROMSPEN US MASTER MORTGAGE LP, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | 80TH JUDICIAL DISTRICT |
| GALLERIA LOOP NOTE HOLDER, LLC; ALI CHOUDHRI, an individual, | § | |
| | § | |
| | § | |
| Defendants. | § | OF HARRIS COUNTY, TEXAS |

DENYING

**ORDER ~~GRANTING~~ MOTION TO TRANSFER TO 333RD JUDICIAL DISTRICT COURT**

On the motion filed by Plaintiff TIG Romspen US Master Mortgage LP, with the agreement of Travis Vargo, as court-appointed receiver over the interests of defendants Galleria Loop Note Holder, LLC and Ali Choudhri, and in accordance with Harris County Local Rule of Civil Procedure 3.2.5, good cause exists to transfer this case to the 333rd Judicial District Court. Accordingly,

DENIED shall remain in the 80th District Court.

IT IS HEREBY ORDERED that the motion is ~~GRANTED~~, and this case ~~is to be transferred to the 333rd Judicial District Court for assignment to the Hon. Randy Wilson. The Clerk shall promptly effect such transfer and provide notice to the parties of the same.~~

DATED this ________ day of __________________, 2026.

Signed: 8/20/2026 [signature]

Harris County District Court Judge

Unofficial Copy Office of Marilyn Burgess District Clerk