# EXHIBIT 3

Transfer Order, Cause No. 2023-84714 (Sept. 14, 2026) — signed/filed copy

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Marilyn Burgess
District Clerk

SEP 14 2026

Time:________
Harris County, Texas
By________
Deputy

P1
Tranx

NO. 2023-84714

| | | |
|---|---|---|
| TIG ROMSPEN US MASTER MORTGAGE LP | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | 80TH JUDICIAL DISTRICT |
| | § | |
| GALLERIA LOOP NOTE HOLDER, LLC, AND ALI CHOUDHRI | § | HARRIS COUNTY, TEXAS |

**TRANSFER ORDER**

On September 14, 2026, this case was brought to the Court's attention for transfer under Rule 3.2 of the Rules of the Civil Trial Division. It is ORDERED that the Harris County District Clerk transfer the above styled and numbered cause from the 80th District Court to the 333rd District Court.

SIGNED: September 14th, 2026

HON. RABEEA SULTAN COLLIER
ADMINISTRATIVE JUDGE
CIVIL TRIAL DIVISION

**Related Case**: 2012-27197A, Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri, pending in the 333rd Judicial District Court.

Unofficial Copy Office of Marilyn Burgess District Clerk

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging