# EXHIBIT 4

Transfer Order, Cause No. 2026-63841 (Sept. 14, 2026)

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Marilyn Burgess
District Clerk
SEP 14 2026
Time: ______
Harris County, Texas
By ______
Deputy

NO. 2026-63841

| | | |
|---|---|---|
| ALI CHOUDHRI AND ARABELLA PH 3201 LLC | § | IN THE DISTRICT COURT OF |
| v. | § | 133RD JUDICIAL DISTRICT |
| ALAN ROSEN, ET AL. | § | HARRIS COUNTY, TEXAS |

P1
TRANX

**TRANSFER ORDER**

On September 14, 2026, this case was brought to the Court's attention for transfer under Rule 3.2 of the Rules of the Civil Trial Division. It is ORDERED that the Harris County District Clerk transfer the above styled and numbered cause from the 133rd District Court to the 333rd District Court.

SIGNED: September 14th, 2026

HON. RABEEA SULTAN COLLIER
ADMINISTRATIVE JUDGE
CIVIL TRIAL DIVISION

**Related Case**: 2012-27197A, Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri, pending in the 333rd Judicial District Court.

Unofficial Copy Office of Marilyn Burgess District Clerk

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging