# EXHIBIT 7

Docket, Khawaja Partners, Ltd. v. Jetall Companies, Inc., No. 4:14-cv-02975 (S.D. Tex.)

Unofficial Copy Office of Marilyn Burgess District Clerk