# EXHIBIT 8

Motion to Substitute Counsel, No. 4:14-cv-02975

Unofficial Copy Office of Marilyn Burgess District Clerk