# EXHIBIT 11

Memorandum Opinion (Mar. 10, 2026) and docket, No. 14-24-00057-CV; Supreme Court of Texas docket, No. 26-0892

Unofficial Copy Office of Marilyn Burgess District Clerk