# EXHIBIT 12

Order of Recusal and Transfer, Cause No. 2012-27197-A (signed Aug. 24 and 27, 2018)

Unofficial Copy Office of Marilyn Burgess District Clerk

Exhibit B
Filed 18 August 28 A9:57
Chris Daniel - District Clerk
Harris County

Pgs-1

TRANX
RECUX

CAUSE NO. 2012-27197A

| | | |
|---|---|---|
| MOKARAM, ALI | § | IN THE DISTIRCT COURT OF |
| | § | |
| | § | |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| | § | |
| CHOUDHRI, ALI ET AL | § | 127th JUDICIAL DISTRICT |

**ORDER OF RECUSAL AND TRANSFER**

It is ORDERED that I recuse myself and refer this case to the Administrative Judge of the Civil Trial Division for transfer to another court.

Signed on August 24, 2018.

R K SANDILL, Judge Presiding
127th District Court

**ORDER**

It is ORDERED that the District Clerk of Harris County transfer the above-styled and numbered cause from the 127th District Court to the 333rd District Court.

Signed on August 27, 2018.

MIKE ENGELHART
Administrative Judge, Civil Division

Unofficial Copy Office of Marilyn Burgess District Clerk