Unofficial Copy Office of Marilyn Burgess District Clerk

# EXHIBIT 13

Emergency Verified Motion to Recuse and Disqualify (Judge Debra Davis) and Order of Recusal and Transfer, Cause No. 2013-41273 (June 8, 2021)

6/8/2021 10:15 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 54195354
By: Mayra Munoz
Filed: 6/8/2021 10:15 AM

**Cause No. 2013-41273**

| | | |
|---|---|---|
| OSAMA ABDULLATIF, et al, *Plaintiff* | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ALI CHOUDHRI, et al. | § | |
| *Defendants* | § | 270th JUDICIAL DISTRICT |

**CHOUDHRI'S EMERGENCY VERIFIED MOTION TO RECUSE AND DISQUALIFY**

Defendant Ali Choudhri ("Choudhri") files this Emergency Verified Motion to Recuse and Disqualify and, in support hereof, respectfully show as follows:

**BASIS FOR MOTION**

1. With no disrespect to the Honorable Dedra Davis, she must be recused from rulings on any and all matters in dispute in this action between Choudhri and Plaintiff. She has a clear and direct conflict of interest, prejudice, and partiality based upon her recent actions with respect to Choudhri. Upon information and belief, Judge Davis personally circulated and/or caused to be circulated, slanted videos and/or information concerning these slanted videos, which are no more than "fake news" in a calculated smear campaign. These videos are highly prejudicial to Choudhri and his reputation, and they have no business being circulated around the Harris County Courthouse (or anywhere else for that matter). Also, on information and belief, Judge Davis has made disparaging statements previously outside the Court regarding Choudhri, which shows partiality.

**GOVERNING LEGAL AUTHORITY**

2. Rule 18b(b) provides that trial "judge ***must recuse*** in any proceeding in which" his/her "***impartiality*** might reasonably be questioned;" or in which he/she "has a personal ***bias*** or prejudice concerning…a party." Tex.R.Civ.P.18b(b)(1)-(2) (emphasis added).

3. The first ground for recusal, **the appearance of partiality**, requires recusal when "it appears that [the judge] harbors an aversion, hostility, or disposition of a kind that a fair-minded person could not set aside when judging a dispute." *Gaal v. State*, 366 S.W.3d 448, 453 (Tex. Crim. App. 2011) (quoting *Liteky v. United States*, 510 U.S. 540, 558 (1994) (Kennedy, J., concurring)). That is determined by applying an objective standard. *Fuelberg v. State*, 410 S.W.3d 498, 509 (Tex. App.—Austin 2013, no pet.). "[T]he proper inquiry is whether a reasonable



Unofficial Copy Office of Marilyn Burgess District Clerk

member of the public at large, knowing all the facts in the public domain concerning the judge and the case would have a reasonable doubt that the judge is actually impartial." *Id.*; *Burkett v. State*, 196 S.W.3d 892, 896 (Tex. App.—Texarkana 2006, no pet.) citing *Kirby v. Chapman*, 917 S.W.2d 902, 908 (Tex. App.—Fort Worth 1996, no pet.)).

4. Recusal is concerned not only with the judge's actual beliefs but also with the appearance of impartiality. "Beyond the demand that the judge be impartial is the requirement that [the] judge appear to be impartial so that no doubt or suspicions exist as to the fairness or integrity of the court." *Fuelberg*, 410 S.W.3d at 509 (quoting *Sears v. Olivarez*, 28 S.W.3d 611, 613—14 (Tex. App.—Corpus Christi 2000, no pet.)).

5. The second ground for recusal, **bias or prejudice**, "is more specific. It covershow the judge feels and what the judge knows." *Gaal v. State*, 366 S.W.3d 448, 453 (Tex. Crim. App. 2011). "Bias or prejudice … 'connote a favorable or unfavorable disposition or opinion that is somehow wrong or inappropriate, either because it is undeserved, or because it rests upon some knowledge that the subject ought not to possess…, or because it is excessive in degree." *Casas v. State*, 524 S.W.3d 921, 924 (Tex. App. – Fort Worth 2017, no pet.) (quoting *Liteky*, 510 U.S. at 550) (emphasis removed).

6. Choudhri just learned of this information, and he files this motion on short notice and on an emergency basis because of the impending July 2021 trial setting in this case.

7. Respondents request relief on short notice. As such, Choudhri reserves the right to supplement this motion.

## PRAYER

WHEREFORE, Plaintiff Ali Choudhri requests that the Honorable Dedra Davis voluntarily recuse herself and that she be disqualified from presiding over this matter and, if she does not voluntarily recuse and disqualify herself, that the administrative judge review and grant this Motion on an emergency basis, enter an Order recusing and disqualifying Judge Davis, and reassign this matter. Plaintiff further prays for such other and further relief at law, and in equity, as is just.

Unofficial Copy Office of Marilyn Burgess District Clerk

Respectfully submitted,

**MICHAEL C. O'CONNOR, P.C.**

By: /s/ Michael C. O'Connor

Michael C. O'Connor
State Bar No. 15187000
11509 S. Lou Al Drive
Houston, Texas 77024
Phone: (832) 594-9031
Fax: (713) 953-7513
Email: moconnor@oconnorcraig.com
**ATTORNEY FOR DEFENDANTS**

**Certificate of Conference**

I hereby certify that I conferred with Plaintiff's counsel on June 7, 2021, and Mr Goldstein stated that Plaintiff was undecided on his position.

/s/ Michael C. O'Connor
Michael C. O'Connor

**Certificate of Service**

I certify that a true copy of this document was served upon all counsel of record via e-filing.

/s/ Michael C. O'Connor
Michael C. O'Connor
Attorney for Defendant

Unofficial Copy Office of Marilyn Burgess District Clerk

6/8/2021 10:15 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 54195354
By: Mayra Munoz
Filed: 6/8/2021 10:15 AM

P1
RECUX
TRANX
8X

**Cause No. 2013-41273**

| | | |
|---|---|---|
| OSAMA ABDULLATIF, et al, *Plaintiff* | § § § | IN THE DISTRICT COURT OF |
| VS. | § § | HARRIS COUNTY, TEXAS |
| ALI CHOUDHRI, et al. *Defendants* | § § | 270th JUDICIAL DISTRICT |

**ORDER OF RECUSAL AND TRANSFER**

It is ORDERED that I recuse myself and refer this case to the Administrative Judge of the Civil Trial Division for transfer to another court.

Signed this _____ day of June, 2021.

Signed:
6/8/2021
10:37 AM

Debra Davis, Judge Presiding

**ORDER**

It is ORDERED that District Clerk of Harris County transfer the above-styled and numbered cause from the 270th District Court to the 334th District Court.

Signed this 7 day of June, 2021.

Michael Gomez
Administrative Judge, Civil Division



Unofficial Copy Office of Marilyn Burgess District Clerk

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging