# EXHIBIT 15

Receiver's Report to the Court, Cause No. 2012-27197-A (June 9, 2026)

Unofficial Copy Office of Marilyn Burgess District Clerk