# EXHIBIT 16

E-service list, Cause No. 2012-27197-A, showing Osama Abdullatif (Envelope No. 118959689)

Unofficial Copy Office of Marilyn Burgess District Clerk