# EXHIBIT 18

Notice of Lis Pendens, Harris County Doc. No. RP-2023-285825 (July 31, 2023)

Unofficial Copy Office of Marilyn Burgess District Clerk