# EXHIBIT 19

Supplemental Notice of Lis Pendens, Harris County Doc. No. RP-2023-321984 (Aug. 23, 2023)

Unofficial Copy Office of Marilyn Burgess District Clerk