# EXHIBIT 20

Original Petition, City of Houston, et al. v. Arabella PH 3201 LLC, et al., Cause No. 2023-67381 (215th Dist. Ct.) (filed Sept. 29, 2023)

Unofficial Copy Office of Marilyn Burgess District Clerk

9/29/2023 9:55 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 80081989
By: Auto Clerk
Filed: 9/29/2023 9:55 AM

2023-67381 / Court: 215

SUIT NO. ____________________________

| | | |
|---|---|---|
| **CITY OF HOUSTON, ET AL** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **_______ JUDICIAL DISTRICT** |
| | § | |
| **ARABELLA PH 3201 LLC, ET AL** | § | **HARRIS COUNTY, TEXAS** |

## ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

I.

**PLAINTIFF(S)**

This suit is brought for the recovery of delinquent ad valorem taxes under TEX. TAX CODE § 33.41 by the following named Plaintiff(s), whether one or more, each of which is a taxing unit and is legally constituted and authorized to impose and collect taxes on property:

**CITY OF HOUSTON, HOUSTON INDEPENDENT SCHOOL DISTRICT and HOUSTON COMMUNITY COLLEGE SYSTEM**

The Plaintiff(s) intends discovery to be conducted under Level 2 of Rule 190, Texas Rules of Civil Procedure.

**DEFENDANT(S)**

The following are named as Defendant(s) in this suit, and they may be served with notice of these claims by service of citation at the address and in the manner shown as follows:

**Arabella PH 3201 LLC, A Wyoming Limited Liability Company, , whose post office address is P.O. Box 10219, Jackson, WY 83002, who is engaging in business in Texas but without a certificate of authority to transact business in Texas, and upon whom service may be obtained by serving the Texas Secretary of State, its agent for service pursuant to Tex. Civ. Prac. & Remedies Code 17.091, at Citations Unit, 1019 Brazos St., James Earl Rudder Building (78701), P.O. Box 12079, Austin, Texas 78711-2079;**

**Osama Abdullatif, AKA Osama Ali Abdullatif (In Rem Only), 5417 Valerie Street, Bellaire, TX 77401;**

**Abdullatif & Company, LLC, A Texas Limited Liability Company (In Rem Only), upon whom service may be obtained by serving its Registered Agent, Osama Abdulatif at 5445 Almeda Road, Ste. 400, Houston, TX 77004;**

**John Quinlan (In Rem Only), 3518 Golden Terrace Ct., Katy, TX 77494;**

**Omar Khawaja (In Rem Only), 13602 Milan Meadow Ct., Houston, TX 77077**

Unofficial Copy Office of Marilyn Burgess District Clerk

If any party is shown at an unknown address, the Defendant(s) include such person's unknown heirs, successors and assigns, whose identity and location are unknown, unknown owners, such unknown owner's heirs, successors and assigns, and any and all other persons, including adverse claimants, owning or having or claiming any legal or equitable interest in or lien upon the property which is the subject of the delinquent tax claim in this case.

The following taxing unit(s), whether one or more, is joined as a party herein as required by TEX. TAX CODE § 33.44(a) because it may have a claim and lien for delinquent taxes against all or part of the same property described below: **HARRIS COUNTY, and for certain county-wide taxing authorities which are the Harris County Department of Education, the Port of Houston Authority of Harris County, the Harris County Flood Control District, and the Harris County Hospital District, all of which are included within the references to Harris County made herein**. The foregoing named taxing unit(s), if any, is invited to add its claim by intervening herein.

II.

Claims for all taxes becoming delinquent on said property at any time subsequent to the filing of this suit, up to the day of judgment, including all penalties, interest, attorney's fees, and costs on same, are incorporated in this suit, and Plaintiff(s) is entitled to recover the same, upon proper proof, without further citation or notice. Plaintiff(s) is further entitled to recover each penalty that is incurred and all interest that accrues on all delinquent taxes imposed on the property from the date of judgment to the date of sale.

III.

As to each separately described property shown below, there are delinquent taxes, penalties, interest, and costs justly due, owing and unpaid to Plaintiff(s) for the tax years and in the amounts as follows, if paid in **September, 2023**:

**PROPERTY AND AMOUNTS OWED**

**ACCT. NO.1404400230001; Condominium Unit No. 3201 of Arabella Condominiums, a condominium regime in Harris County, Texas according to the condominium declaration recorded under Film Code No. 216849 in the Condominium Records of Harris County, Texas and all amendments thereto; together with the following interests: the space encompassed by the boundaries of the unit and appurtenances thereto; the exterior surface of the associated balcony and/or patio, and parking space(s), if any; and an undivided interest in the common elements as described, defined and delineated in the condominium declaration.**

**CITY OF HOUSTON**

| | Tax Year(s) | Tax Amount | Penalties and Interest | Total Due |
|---|---|---|---|---|
| | 2022 | $5,117.38 | $2,006.01 | $7,123.39 |
| **TOTALS:** | | $5,117.38 | $2,006.01 | $7,123.39 |

**HOUSTON INDEPENDENT SCHOOL DISTRICT**

| | Tax Year(s) | Tax Amount | Penalties and Interest | Total Due |
|---|---|---|---|---|
| | 2022 | $10,361.18 | $4,061.58 | $14,422.76 |
| **TOTALS:** | | $10,361.18 | $4,061.58 | $14,422.76 |

Unofficial Copy Office of Marilyn Burgess District Clerk

**HOUSTON COMMUNITY COLLEGE SYSTEM**

| | Tax Year(s) | Tax Amount | Penalties and Interest | Total Due |
|---|---|---|---|---|
| | 2022 | $755.59 | $296.19 | $1,051.78 |
| **TOTALS:** | | **$755.59** | **$296.19** | **$1,051.78** |

**TOTAL DUE** **$22,597.93**

The total aggregate amount of taxes, penalties, interest, and attorney's fees (if any) for which Plaintiff(s) sues is **$22,597.93**, subject to additional taxes, penalties, interest, and attorney's fees that accrue subsequent to the filing of this petition.

IV.

All of the taxes were authorized by law and legally imposed in the county in which this suit is brought. The taxes were imposed in the amount(s) stated above on each separately described property for each year specified and on each person named, if known, who owned the property on January 1 of the year for which the tax was imposed. Plaintiff(s) now has and asserts a lien on each tract of real property and each item of personal property described herein to secure the payment of all taxes, penalties, interest and costs due. Pursuant to Rule 54 of the Texas Rules of Civil Procedure, Plaintiff(s) affirmatively avers that all things required by law to be done have been done properly by the appropriate officials and all conditions precedent have been met.

V.

All of the property described above was, at the time the taxes were assessed, located within the territorial boundaries of each taxing unit in whose behalf this suit is brought. All Defendants named in this suit either owned the property that is the subject of this suit on January 1 of the year in which taxes were imposed on said property, or owned or claimed an interest in or lien upon said property at the time of the filing of this suit. The value of any personal property that may be described above, and against which the tax lien is sought to be enforced, is in excess of FIVE HUNDRED AND NO/100 DOLLARS ($500.00).

VI.

The Law Firm represented by the attorney whose name is signed hereto is legally authorized and empowered to institute and prosecute this action on behalf of Plaintiff(s). Plaintiff(s) should recover attorney's fees as provided by law for the prosecution of this case, and such attorney's fees should be taxed as costs.

Unofficial Copy Office of Marilyn Burgess District Clerk

VII.

Plaintiff(s) may have incurred certain expenses in the form of abstractor's costs in procuring data and information as to the name, identity and location of necessary parties, and in procuring necessary legal descriptions of the property that is the subject of this suit. Said expenses, if incurred, are reasonable and are in the following amount: $300.00. The abstractor's costs, if any be shown, should be taxed as costs herein.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff(s) requests that citation be issued and served upon each Defendant named herein, commanding them to appear and answer herein in the time and manner required by law. Plaintiff(s) further prays, upon final hearing in this cause, for foreclosure of its liens against the above-described property securing the total amount of all delinquent taxes, penalties and interest, including taxes, penalties and interest becoming delinquent during the pendency of this suit, costs of court, attorney's fees, abstract fees, and expenses of foreclosure sale. Plaintiff(s) further prays for personal judgment against Defendant(s) who owned the property on January 1 of the year for which the taxes were imposed for all taxes, penalties, interest, and costs that are due or will become due on the property, together with attorney's fees and abstractor's fees. Plaintiff(s) further prays for: (1) the appropriate order of sale requiring the foreclosed property to be sold, free and clear of any right, title or interest owned or held by any of the named Defendants, at public auction in the manner prescribed by law, and (2) writs of execution, directing the sheriffs and constables for the State of Texas, to search out, seize, and sell sufficient property of the Defendant(s) against whom personal judgment may be awarded to satisfy the lawful judgment sought herein. Finally, Plaintiff(s) prays for such other and further relief, at law or in equity, to which it may show itself justly entitled. However, Plaintiff(s) do not pray for personal judgment against any defendant(s) identified in paragraph I as IN REM ONLY. Plaintiff(s) pray for costs of court and for such other and further relief, at law or in equity, to which they may show themselves justly entitled.

Unofficial Copy Office of Marilyn Burgess District Clerk

Respectfully submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
PO Box 3064
Houston, TX 77253-3064
(713) 844-3580, (713) 844-3502 - Fax

Angelica Maria Hernandez

Angelica M. Hernandez
Angelica.Hernandez@lgbs.com
State Bar No. 00797872
Damon D. Edwards
State Bar No. 24027156
Margaret Alfred
State Bar No. 24104378
Attorneys for Plaintiff(s)