# EXHIBIT 21

Default Judgment, Cause No. 2023-67381 (signed Feb. 15, 2026), with Joint Motion for Default Judgment

Unofficial Copy Office of Marilyn Burgess District Clerk

2/9/2026 2:39 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 111026737
By: Auto Clerk
Filed: 2/9/2026 2:39 PM
Pgs-18

SALPX
DC
ATFEX
5

**SUIT NO. 202367381**

| | | |
|---|---|---|
| **CITY OF HOUSTON, ET AL** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **215TH JUDICIAL DISTRICT** |
| | § | |
| **ARABELLA PH 3201 LLC, ET AL** | § | **HARRIS COUNTY, TEXAS** |

**DEFAULT JUDGMENT**

On the 13th day of February, 2026, this cause being called in its regular order, came the Plaintiff Taxing Unit(s) whether Plaintiff(s), Intervenor(s) or Impleaded Plaintiff(s), as follows:

**Plaintiff(s):**

**CITY OF HOUSTON**

**HOUSTON INDEPENDENT SCHOOL DISTRICT (HOUSTON ISD)**

**HOUSTON CITY COLLEGE, FKA HOUSTON COMMUNITY COLLEGE (HCC)**

**and Intervenor(s):**

**HARRIS COUNTY**

Harris County collects on behalf of itself and certain county-wide taxing authorities which are the Harris County Department of Education, the Port of Houston Authority of Harris County, the Harris County Flood Control District, and the Harris County Hospital District, all of which are included within the references to Harris County made herein, and move for Judgment by Default in the above-styled cause.

The Defendant(s) are as follows:

**Arabella PH 3201 LLC, who was duly served with citation which has been returned to this court and has been on file for more than ten (10) days, failed to appear or answer and wholly made default.**

Unofficial Copy Office of Marilyn Burgess District Clerk

**Osama Abdullatif AKA Osama Ali Abdullatif (In Rem Only), who was duly served with citation which has been returned to this court and has been on file for more than ten (10) days, failed to appear or answer and wholly made default.**

**Abdullatif & Company, LLC (In Rem Only), who was duly served with citation which has been returned to this court and has been on file for more than ten (10) days, failed to appear or answer and wholly made default.**

**John Quinlan (In Rem Only), who was duly served with citation which has been returned to this court and has been on file for more than ten (10) days, failed to appear or answer and wholly made default.**

**Omar Khawaja (In Rem Only), who was duly served with citation which has been returned to this court and has been on file for more than ten (10) days, failed to appear or answer and wholly made default.**

All matters of controversy, both of fact and of law, were submitted to the Court. The Court, after considering the pleadings, evidence, and arguments of counsel, grants judgment as follows:

IT IS ORDERED that Plaintiff Taxing Unit(s) shall not be granted any monetary relief against any defendant identified as IN REM ONLY.

IT IS ORDERED that the Plaintiff Taxing Unit(s) recover of and from the Defendant(s), as indicated above, the total sums of money set out below, which claims are secured by tax liens against the property hereinafter described as follows:

**ACCOUNT NUMBER: 1404400230001**

**LEGAL DESCRIPTION: CONDOMINIUM UNIT NO. 3201 OF ARABELLA CONDOMINIUMS, A CONDOMINIUM REGIME IN HARRIS COUNTY, TEXAS ACCORDING TO THE CONDOMINIUM DECLARATION RECORDED UNDER FILM CODE NO. 216849 IN THE CONDOMINIUM RECORDS OF HARRIS COUNTY, TEXAS AND ALL AMENDMENTS THERETO; TOGETHER WITH THE FOLLOWING INTERESTS: THE SPACE ENCOMPASSED BY THE BOUNDARIES OF THE UNIT AND APPURTENANCES THERETO; THE EXTERIOR SURFACE OF THE ASSOCIATED BALCONY AND/OR PATIO, AND PARKING SPACE(S), IF ANY; AND AN UNDIVIDED INTEREST**

Unofficial Copy Office of Marilyn Burgess District Clerk

**IN THE COMMON ELEMENTS AS DESCRIBED, DEFINED AND DELINEATED IN THE CONDOMINIUM DECLARATION.**

**HCAD DESCRIPTION: UNIT 3201 .0176 INT COMMON LAND & ELE ARABELLA CONDO 8TH AMEND**

**ADJUDGED MARKET VALUE: $3,434,680.00**

| | Tax Years | Delinquent Base Tax | Penalty & Interest | 33.48 Atty Fees | Total |
|---|---|---|---|---|---|
| **HOUSTON ISD** | **2022 - 2025** | **$101,591.10** | **$44,761.77** | **$4,841.77** | **$151,194.64** |
| **HCC** | **2022 - 2025** | **$10,772.49** | **$4,581.20** | **$544.66** | **$15,898.35** |
| **CITY OF HOUSTON** | **2022 - 2025** | **$59,461.89** | **$25,952.72** | **$2,862.12** | **$88,276.73** |
| **HARRIS COUNTY** | **2022 - 2025** | **$66,922.57** | **$16,155.28** | **$12,461.69** | **$95,539.54** |

Unofficial Copy Office of Marilyn Burgess District Clerk

IT IS ORDERED, ADJUDGED, AND DECREED that the Plaintiff taxing units, do have and recover from the Defendant(s), as indicated above, the total sum of money due for taxes, penalties, interest, and attorney fees with penalty and interest continuing to accrue at the rates set forth in Tex. Prop. Tax Code Sec. 33.01, 33.07 and 33.08 from the date of trial until paid or sold, plus all costs of court, for which let execution issue.

IT IS ORDERED that title research fees incurred herein by LINEBARGER GOGGAN BLAIR & SAMPSON, LLP (hereinafter Linebarger), attorneys for certain Plaintiff Taxing Unit(s), for determining the name, identity and location of necessary parties and in procuring the legal description of the subject property in the amount of **$300.00** be paid by the Defendant(s), for which let execution issue.

IT IS ORDERED that certain costs incurred by Linebarger as attorneys for certain Plaintiff Taxing Units(s) in this matter for service of process, including publication cost, and Secretary of State and/or out of county service of process fees in the amount of **$55.00** be recovered from the Defendant(s), for which let execution issue.

IT IS ORDERED that the Plaintiff Taxing Unit(s) do have and recover from the Defendant(s) all court costs that have been and will be incurred in the prosecution of this cause. All costs of court shall be paid by the Defendant(s), for which let execution issue.

IT IS ORDERED that Plaintiff Taxing Unit(s) shall have foreclosure of said tax lien(s) on each of said tracts of land against Defendant(s) or any person(s) claiming under said Defendant(s) by any right, title or interest acquired during the pendency of this suit. Further, said property is ORDERED SOLD in execution of this judgment.

IT IS ORDERED that the property may be sold to a taxing unit that is a party to the suit or any other person, other than a person owning an interest in the property or any party to the suit that is not a taxing unit, for the adjudged market value of the property stated in the judgment or the aggregate amount of the judgments against the property, whichever is less.

IT IS ORDERED that the clerk of this court shall issue a writ of possession as authorized by law, to the purchaser at the foreclosure sale or his heir(s), executor(s), administrator(s) or assigns pursuant to the Texas Property Tax Code.

IT IS ORDERED that for all the above recovery, let execution issue.

Any other relief previously requested and not herein granted is expressly denied. This final judgment disposes of all parties and all claims and is appealable.

If you are an individual (not a company), your money or property may be protected from being taken to pay this judgment. Find out more by visiting www.texaslawhelp.org/exempt-property. *Si usted es una persona física (y no una compañía), su dinero o propiedad pudieran estar protegidos de ser embargados como pago de esta deuda decretada en juicio en contra suya. Obtenga mayor información visitando el sitio* www.texaslawhelp.org/exempt-property.

Unofficial Copy Office of Marilyn Burgess District Clerk

Signed this the _______day of ____________________, 20 Signed: 2/15/2026 11:53 AM

______________________________
JUDGE PRESIDING

Submitted by:
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253-3064
(713) 844-3580, (713) 844-3502 - Fax

______________________________
Margaret Alfred
State Bar No. 24104378
margaret.alfred@lgbs.com
Attorney for Plaintiff(s)

Harris County Attorney
Jonathan G. C. Fombonne (99999902)

______________________________
Mary Vu, Assistant County Attorney
State Bar #: 24066250
Susan Wells, Assistant County Attorney
State Bar #: 24048789
J.R. Harris, Assistant County Attorney
State Bar #: 24049808
Susan Fuertes, Assistant County Attorney
State Bar #: 00790895
Vivian Seguro, Assistant County Attorney
State Bar #: 24135672
Holly McAfee, Assistant County Attorney
State Bar #: 24041619
PO BOX 2928
HOUSTON, TX, 77252-2928
Email: TaxEservice.cao@harriscountytx.gov
Phone: 346-286-8787
**Attorneys for Intervenor(s)**

Unofficial Copy Office of Marilyn Burgess District Clerk

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Final Judgment was mailed, faxed or hand-delivered to all opposing counsel and other parties listed below who have been named as a party in this suit pursuant to rule 21(a) T.R.C.P. on the **13th day of February, 2026.**

**Arabella PH 3201 LLC**
P.O. Box 10219
Jackson, WY 83002

**Osama Abdullatif**
**AKA Osama Ali Abdullatif (In Rem Only)**
5417 Valerie Street
Bellaire, TX 77401

**Abdullatif & Company, LLC (In Rem Only)**
**by serving Osama Abdulatif**
**Registered Agent**
5417 Valerie Street
Bellaire, TX 77041

**John Quinlan (In Rem Only)**
3518 Golden Terrace Ct.
Katy, TX 77494

**Omar Khawaja (In Rem Only)**
611 Pinehaven Dr
Houston, TX 77024

**Current Resident**
4521 San Felipe St
Houston, TX 77027

**Office of the Harris County Attorney**
1019 Congress, 15th Floor
Houston, TX 77008
TaxEservice.cao@harriscountytx.gov
taxlitigation.cao@harriscountytx.gov

Unofficial Copy Office of Marilyn Burgess District Clerk

M. Alfred

Margaret Alfred
State Bar No. 24104378
margaret.alfred@lgbs.com
Attorney Certifying

# CERTIFICATE OF LAST KNOWN MAILING ADDRESS

Pursuant to rule 239(a), T.R.C.P., I do hereby certify that the address of any defaulting defendant named below is the last known address for that defendant as of the **13th day of February, 2026.**

**Arabella PH 3201 LLC**
P.O. Box 10219
Jackson, WY 83002

**Osama Abdullatif**
**AKA Osama Ali Abdullatif (In Rem Only)**
5417 Valerie Street
Bellaire, TX 77401

**Abdullatif & Company, LLC (In Rem Only)**
**by serving Osama Abdulatif**
**Registered Agent**
5417 Valerie Street
Bellaire, TX 77041

**John Quinlan (In Rem Only)**
3518 Golden Terrace Ct.
Katy, TX 77494

**Omar Khawaja (In Rem Only)**
611 Pinehaven Dr
Houston, TX 77024

M. Alfred

Margaret Alfred
State Bar No. 24104378
margaret.alfred@lgbs.com
Attorney Certifying

Unofficial Copy Office of Marilyn Burgess District Clerk

**SUIT NO. 202367381**

| | | |
|---|---|---|
| **CITY OF HOUSTON, ET AL** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **215TH JUDICIAL DISTRICT** |
| | § | |
| **ARABELLA PH 3201 LLC, ET AL** | § | **HARRIS COUNTY, TEXAS** |

**JOINT MOTION FOR DEFAULT JUDGMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES,

**Plaintiff(s):**

**CITY OF HOUSTON**

**HOUSTON INDEPENDENT SCHOOL DISTRICT**

**HOUSTON CITY COLLEGE, FKA HOUSTON COMMUNITY COLLEGE (HCC)**

**and Intervenor(s):**

**HARRIS COUNTY**

Harris County collects on behalf of itself and certain county-wide taxing authorities which are the Harris County Department of Education, the Port of Houston Authority of Harris County, the Harris County Flood Control District, and the Harris County Hospital District, all of which are included within the references to Harris County made herein and move for Judgment by Default in the above-styled cause.

It is respectfully submitted to this Court that **Arabella PH 3201 LLC**, who was duly served with citation which has been returned to this court and has been on file for more than ten (10) days, failed to appear or answer and wholly made default.

**Osama Abdullatif AKA Osama Ali Abdullatif (In Rem Only)**, who was duly served with citation which has

been returned to this court and has been on file for more than ten (10) days, failed to appear or answer and wholly made default.

**Abdullatif & Company, LLC (In Rem Only)**, who was duly served with citation which has been returned to this court and has been on file for more than ten (10) days, failed to appear or answer and wholly made default.

**John Quinlan (In Rem Only)**, who was duly served with citation which has been returned to this court and has been on file for more than ten (10) days, failed to appear or answer and wholly made default.

**Omar Khawaja (In Rem Only)**, who was duly served with citation which has been returned to this court and has been on file for more than ten (10) days, failed to appear or answer and wholly made default.

The Undersigned Plaintiffs' attorney affirms that a copy of the Petition was attached to the citation delivered to the Defendant(s) in the above-styled lawsuit.

WHEREFORE, Plaintiff(s) and Intervenor(s) request that the Court grant and enter a Default Judgment in favor of Plaintiff(s) and Intervenor(s) for all relief requested in their petitions on file herein.

DATED this **4th day of February, 2026.**

Respectfully Submitted:

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
Houston, TX 77253-3064
(713) 844-3580, (713) 844-3502 - Fax

M. Alfred

Margaret Alfred
State Bar No. 24104378
margaret.alfred@lgbs.com
Attorney for Plaintiff(s)

Unofficial Copy Office of Marilyn Burgess District Clerk

**SUIT NO. 202367381**

| | | |
|---|---|---|
| **CITY OF HOUSTON, ET AL** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **215TH JUDICIAL DISTRICT** |
| | § | |
| **ARABELLA PH 3201 LLC, ET AL** | § | **HARRIS COUNTY, TEXAS** |

**AFFIDAVIT OF NONMILITARY STATUS**

Before me, the undersigned authority, personally appeared the undersigned affiant, known to me as **Margaret Alfred,** who, being duly sworn, on oath stated:

"My name is **Margaret Alfred.** I am over the age of 18 years, of sound mind, and capable of making this affidavit. The facts stated herein are within my personal knowledge and are true and correct.

I am an attorney in the law firm of *Linebarger Goggan Blair & Sampson, LLP*, Counsel for Plaintiff Taxing Units in this cause.

Based upon my review of a *Military Status Report* obtained from the Defense Manpower Data Center, an organization of the United States Department of Defense pursuant to 50 U.S.C. app. §§ 501 et seq, the *Servicemembers Civil Relief Act*, I have good reason to believe and do believe that Defendant(s) **Osama Abdullatif AKA Osama Ali Abdullatif (In Rem Only), John Quinlan (In Rem Only) and Omar Khawaja (In Rem Only),** were not in any branch of the military when this suit was filed, have not been in military service at any time since then, and are not now in military service in any branch of the United States military. The information provided in the *Military Status Report* is based upon the social security number and last name of Defendant(s).

**I have personal knowledge of the matters stated herein, all of which are true and correct.**"

M. Alfred

Margaret Alfred
State Bar No. 24104378
margaret.alfred@lgbs.com
Attorney for Plaintiff(s)

SUBSCRIBED AND SWORN TO before me on this **4th day of February, 2026**

ADIATU CEESAY
Notary Public, State of Texas
Comm. Expires 06-11-2028
Notary ID 134941429

Notary Public in and for The State of Texas

Unofficial Copy Office of Marilyn Burgess District Clerk

# Status Report
# Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-4576
Birth Date:
Last Name: ABDULLATIF
First Name: OSAMA
Middle Name:
Status As Of: Feb-04-2026
Certificate ID: 7796GY5C9B5Y1B5

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Unofficial Copy Office of Marilyn Burgess District Clerk

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Unofficial Copy Office of Marilyn Burgess District Clerk

# Status Report
# Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-4576
Birth Date:
Last Name: ABDULLATIF
First Name: OSAMA
Middle Name: ALI
Status As Of: Feb-04-2026
Certificate ID: 48BJMDMT4T7NJNY

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Unofficial Copy Office of Marilyn Burgess District Clerk

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Unofficial Copy Office of Marilyn Burgess District Clerk

# Status Report
# Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-5448
Birth Date:
Last Name: QUINLAN
First Name: JOHN
Middle Name:
Status As Of: Feb-04-2026
Certificate ID: GY6SK5SF4JCWHXS

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Unofficial Copy Office of Marilyn Burgess District Clerk

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Unofficial Copy Office of Marilyn Burgess District Clerk

# Status Report
# Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-1665
Birth Date:
Last Name: KHAWAJA
First Name: OMAR
Middle Name:
Status As Of: Feb-04-2026
Certificate ID: 8J5W5R9F6HW86X1

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Unofficial Copy Office of Marilyn Burgess District Clerk

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Unofficial Copy Office of Marilyn Burgess District Clerk