# EXHIBIT 22

Reporter's Record, Aug. 26, 2026 hearing, Cause Nos. 2026-60637 and 2026-59605

Unofficial Copy Office of Marilyn Burgess District Clerk

# EXHIBIT A

Certified Reporter's Record, August 26, 2026 hearing before Hon. Sonya L. Aston — Cause Nos. 2026-60637 and 2026-59605 (Donna King, Texas CSR 6273)

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NUMBER 2026-60637

| | | |
|---|---|---|
| ALI CHOUDHRI, *Plaintiff*, | : | IN THE DISTRICT COURT |
| v. | : | HARRIS COUNTY, TEXAS |
| CITY OF HOUSTON, et al., *Defendants*. | : | 61st JUDICIAL DISTRICT |

CAUSE NUMBER 2026-59605

| | | |
|---|---|---|
| ALI CHOUDHRI, *Plaintiff*, | : | IN THE DISTRICT COURT |
| v. | : | HARRIS COUNTY, TEXAS |
| ALAN ROSEN, CONSTABLE PRECINCT 1, HARRIS COUNTY, *Defendant*. | : | 127th JUDICIAL DISTRICT |

*****************************************************

*AUGUST 26, 2026*

*****************************************************

On the 26th day of August, 2026, the following proceedings came on to be heard in the ancillary court in the above-entitled and -numbered cause before the Honorable Sonya L. Aston, Judge Presiding, held in Houston, Harris County, Texas.

Proceedings reported by Certified Shorthand Reporter and Machine Shorthand/Computer-Aided Transcription.

Unofficial Copy Office of Marilyn Burgess District Clerk

A P P E A R A N C E S

*FOR THE PLAINTIFF, ALI CHOUDHRI:*
Mr. Ali Choudhri, Pro se
*ali@jetallcapital.com*
4521 San Felipe Street, Unit 3201
Houston, Texas 77027
Telephone: 281-630-6627
Facsimile: 214-545-3473

*FOR THE RECEIVER, TRAVIS VARGO:*
Mr. Michael Poynter, SBN 24092991
*mpoynter@vargolawfirm.com*
Mr. Travis B. Vargo, SBN 24047027
*tvargo@vargolawfirm.com*
THE VARGO LAW FIRM, P.C.
12012 Wickchester, Suite 670
Houston, Texas 77079
Telephone: 713-524-2441

*FOR THE DEFENDANT, ALAN ROSEN:*
Mr. Brian J. Hrach, SBN 24050787
*Brian.Hrach@harriscountytx.gov*
OFFICE OF THE HARRIS COUNTY ATTORNEY
1010 Lamar Street, 11th Floor
Houston, Texas 77002
Telephone: 713-274-5101
Facsimile: 713-755-8924

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

*P R O C E E D I N G S*

*THE COURT:* This is Case Number 2026-60637; *Ali Choudhri versus City of Houston*, and would the parties please announce themselves?

*MR. POYNTER:* You're the plaintiff.

*MR. CHOUDHRI:* Your Honor, Ali Choudhri, and I just wanted to bring to the attention --

*THE COURT:* Wait. We're just announcing.

*MR. CHOUDHRI:* Ali Choudhri.

*MR. POYNTER:* I'm Michael Poynter. I'm attorney for Travis Vargo, who's here as well.

*THE COURT:* Okay. Did we have somebody from the Harris County --

*MR. HRACH:* I don't believe I'm a party to this action, Your Honor, with the taxing authority, but I am in the others.

*THE COURT:* Okay. All right.

*MR. HRACH:* Brian Hrach with the Harris County Attorney's Office. I will make an appearance for Alan Rosen. The last name is spelled H-R-A-C-H.

*THE COURT:* Okay. All right. So we're handling the City of Houston issues.

*MR. POYNTER:* Yes, ma'am, and I say

Unofficial Copy Office of Marilyn Burgess District Clerk

it's less contested.

*THE COURT:* Okay. Well, he's the plaintiff, so let me let him go ahead -- talking.

*MR. POYNTER:* I filed an intervention, so I'm also sort of a plaintiff.

*THE COURT:* Okay.

*MR. POYNTER:* So -- but if you want to hear him first, that's fine.

*MR. CHOUDHRI:* Your Honor, it may -- I believe it's moot. I've spoken -- I have an e-mail that I can present to the Court, and this kind of goes into what -- I've seen their emergency is to dissolve a TRO -- is that there is a pending tax sale, foreclosure that's on Tuesday.

*THE COURT:* Okay.

*MR. CHOUDHRI:* And I have confirmation from the attorney from Linebarger I can show the Court -- forward to the Court and Mr. Poynter that the sale has been canceled, and that's where we're at. And the emergency I believe they had was that the sale was pending, and this has to do with property taxes, and a lot of it was interference by Mr. Vargo, claiming that he's in control of my homestead and then not being able to speak to me; but they had a meeting today, and they've -- I presented

Unofficial Copy Office of Marilyn Burgess District Clerk

to them that I have a TRO on file, and they've confirmed to me that the sale is canceled. So I believe the TRO is not really needed to stop them from foreclosing because they've agreed to stand down, cancel the sale.

*THE COURT:* Have you provided that information to --

*MR. POYNTER:* No, Your Honor. We want to proceed with our TRO. So if his is moot, I'm ready to proceed. I have a sim- -- I have a TRO request in that case as well.

I've not heard that from the City. I'd like to proceed with my TRO to stop that sale.

*MR. CHOUDHRI:* Would you like to --

*MR. POYNTER:* No, I'm not going to look at that right now.

*THE COURT:* Okay. So you want to moot yours? And yours is -- or yours can be denied because it's moot, but --

*MR. CHOUDHRI:* Well, Your Honor, if they're going to go forward -- I don't understand how their TRO -- if -- if it's based on -- they've -- they have a TRO against the City enjoining them because of the foreclosure. The foreclosure has now been canceled, and I have an e-mail here from Lilly

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

Arranda *[ph]* at 3:30 p.m. saying the suit -- the sale for suit 2023-67381 scheduled for September 1, 2026 is now canceled, and she also said she's available by phone if needed to confirm to the Court as well, and I can -- if -- if it's okay, I can show the e-mail.

*THE COURT:* Well, I would make sure they get a copy of the e-mail.

*MR. POYNTER:* Your Honor, can I make a suggestion then?

*THE COURT:* Yes.

*MR. POYNTER:* I think Mr. Vargo is going to e-mail that person.

*MR. VARGO:* No.

*MR. POYNTER:* No?

*MR. VARGO:* She's going to call her.

*MR. POYNTER:* Oh, can you call the Linebarger attorney and say, "I'm Judge Sonya Aston. Are you guys doing a sale on the 1st?"

*THE COURT:* Sure. Who's the attorney?

*(Brief pause to place phone call.)*

*MR. POYNTER:* So if we want to -- oh --

*(Sotto-voce discussion between the Court and the clerk.)*

*THE COURT:* Because if that's the case, that might resolve --

Unofficial Copy Office of Marilyn Burgess District Clerk

*MR. POYNTER:* Yeah. So we can possibly table that one and move on to the jurisdictional issue in the second one, if you'd like, or we can --

*THE COURT:* Well, let's take one at a time.

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* I don't need to confuse my court reporter.

*MR. POYNTER:* Oh, sure. And I'm just trying to -- I know you guys in the ancillary like us to be fast. I think you probably have things you want to do tonight besides an ancillary, so I'm just trying to move this along.

*THE COURT:* I appreciate that, but too many balls in the air get things messed up. I've already got a jury in there. I've already got balls in the air, so --

*MR. POYNTER:* Yes, ma'am.

*MR. CHOUDHRI:* Would you like to take a look at this e-mail?

*MR. POYNTER:* Why don't you forward it to us? You've got our e-mail address?

*MR. CHOUDHRI:* Yep.

*(Sotto-voce discussion between the Court and the clerk.)*

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

*THE COURT:* No response?

*MR. VARGO:* Your Honor, I have the main number. I suspect if you tell Linebarger you are the 80th District Court of Harris County, they're going to put a lawyer on the phone --

*THE COURT:* Okay.

*MR. VARGO:* -- to confirm that the sale's been canceled or not. Can I give you the number?

*THE COURT:* Please.

*(Brief pause to place phone call.)*

*THE COURT:* Nobody's answering the phone. Okay.

*MR. POYNTER:* Your Honor, without confirmation, we're inclined to proceed.

*THE COURT:* Okay.

*MR. POYNTER:* I can give you reasons if you'd like, but we'd like to proceed on our TRO.

*THE COURT:* Yes. Until we hear confirmation, yes.

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* Until we hear confirmation, please proceed.

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* I assume we may get a phone

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

call --

*MR. POYNTER:* Sure.

*THE COURT:* -- any minute.

*MR. POYNTER:* So --

*MR. CHOUDHRI:* And I just want to clar- -- one thing, Your Honor. I don't want to have my TRO denied. I just would -- want it to be subject to the sale, because the emergency relief they've requested is because of the sale. So if that is the case, then the relief would not be -- it would be based on that, based on Paragraph 22, 23, that they cite what the emergency is.

*THE COURT:* Okay.

*MR. POYNTER:* So may I proceed, Your Honor?

*THE COURT:* Yes.

*MR. POYNTER:* All right. Thank you.

My name is Michael Poynter. I'm an attorney. Travis Vargo is my client today. I work at his firm. He's a receiver. He's a post-judgment receiver who was appointed by the 333rd District Court. Judge Randy Wilson of the Fourteenth Court of Appeals presides in that case by assignment.

Mr. Choudhri, in that case -- and there's two cases in that, Your Honor. They -- let

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

me give you the case numbers, Your Honor. It's Case Number 2012-27197A, as in apple, and the second one is 2012-27197D, as in dog.

Your Honor, our exhibits to this motion, 2 and 3, I'm going to tender to you at this time, Your Honor. These are certified copies of those turnover orders, Your Honor, so I'd ask that these be admitted.

*(Intervenor's Exhibits 2 and 3 offered.)*

*THE COURT:* Okay.

*MR. POYNTER:* And they were filed.

*THE COURT:* Yes, I see them.

*MR. POYNTER:* Would you like paper copies?

*THE COURT:* No.

*MR. POYNTER:* Okay.

*MR. CHOUDHRI:* I would object, Your Honor. This -- if this is a TI, then I would also want to have evidence admitted and cross-examination. This is a --

*MR. POYNTER:* Your Honor, that's not a valid objection to the admiss- -- of evidence.

*THE COURT:* A TRO is -- there's no evidence other than documentary evidence given in a

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

temporary restraining order, so --

*MR. CHOUDHRI:* Yes, Your Honor.

*THE COURT:* Basically he's just talking about evidence that he's -- has already put in that was attached to his motion.

*MR. CHOUDHRI:* Yes, Your Honor.

*MR. POYNTER:* So to be clear, are Exhibits 2 and 3 admitted, Your Honor?

*THE COURT:* Yes, you -- yes, you already --

*MR. POYNTER:* Sure. Okay.

*THE COURT:* They're already attached to your motion.

*(Intervenor's Exhibit 2 and 3 admitted.)*

*MR. POYNTER:* Yes, ma'am.

*MR. CHOUDHRI:* Do you have a copy?

*MR. POYNTER:* I can -- I don't have a copy for you.

So Mr. Vargo was appointed to -- that case number is from 2012.

*THE COURT:* Yes.

*MR. POYNTER:* This is the culmination or the most recent point in a very long series of litigation with Mr. Choudhri.

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

*THE COURT:* Yes.

*MR. POYNTER:* Mr. Vargo was appointed in spring of last year, and he's been attempting to collect.

*THE COURT:* Okay.

*MR. POYNTER:* The issue -- the property we're here today -- is a penthouse on San Felipe. I believe the address is 4251 San Felipe, Unit 3201, Houston, Texas 77027.

*THE COURT:* Okay. Hang on. It's San Felipe. What's the unit?

*MR. POYNTER:* Unit 3207 -- or 3201, rather.

*THE COURT:* 3201. Okay.

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* All right.

*MR. POYNTER:* And the ZIP is 77027.

*THE COURT:* Okay.

*MR. POYNTER:* Yeah. The record owner is not Mr. Choudhri.

*THE COURT:* Okay.

*MR. POYNTER:* It's an entity called Arabella PH 3201, LLC. "Arabella" is the name of the condo unit.

*THE COURT:* Okay.

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

*MR. POYNTER:* There's an order by Judge Wilson -- I believe is our Exhibit 4. Your Honor, this was signed on July 28th of this year --

*THE COURT:* Okay.

*MR. POYNTER:* -- by Judge Wilson, and it directs that Mr. Vargo, as receiver, is entitled to possession of that property and that it's a writ -- that writs of possession are to be issued.

So our TRO today against the City of Houston in this case has two grounds, one, that they are not entitled to sell property that's in Judge Wilson's custodia legis. That's been turned over. It's under his control. The 333rd is the only court that can determine what happens to that property. Sales, even under tax sales on a prior final deed of trust would be void as to property in custodia legis, and this order says it's in custodia legis.

*THE COURT:* Okay.

*MR. POYNTER:* So that tax sale can't proceed. We're asking that the -- that's a bill of review case that -- that was filed. That bill of review I think is eventually going to get denied, but a bill of review gets routed to the original court. That hasn't happened yet.

The original court is Judge Milliron in

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

the 215th, so we're asking you, who would be the stand-in for Judge Milliron in this scenario -- in the --

*THE COURT:* "Milliron."

*MR. POYNTER:* Is it "Milliron"?

*THE COURT:* "Milliron."

*MR. POYNTER:* "Milliron." I'm sorry.

-- to issue a restraining order basically to the same court, saying "This Court" --

*THE COURT:* Okay. Wait. You're throwing courts around, so --

*MR. POYNTER:* Sorry.

*THE COURT:* Judge Randy -- wait. Let me finish. Judge Randy Wilson has signed an order as of the end of July --

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* -- stating that they have custody and control of that property --

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* -- for -- for Mr. Vargo to handle. What is -- what does Judge Milliron's --

*MR. POYNTER:* Oh, that's right. I skipped a step there, Your Honor. Milliron's court has a tax judgment against Arabella 3201 PH, LLC, in the amount of, I think, about $390,000.

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

*THE COURT:* $890,000?

*MR. POYNTER:* $390,000 is the tax judgment. That's approximate, of course.

*THE COURT:* Tax --

*MR. POYNTER:* And that property -- it's a 32nd floor high-rise off San Felipe by the Galleria. It's worth quite a bit more than that, yet he has it listed for sale right now for about four-and-a-half-million dollars.

*THE COURT:* Okay.

*MR. POYNTER:* So that tax sale, if it proceeds -- one, it will destroy value as to receivership because that's not going to yield four-and-a-half-million dollars. And second, it can't proceed anyway because it's an order out of the 215th for a tax sale for a property held by the 333rd.

*THE COURT:* Okay.

*MR. POYNTER:* So they can't sell that, but that case should end up in the 215th because it's a bill of review, and it's basically enjoining itself. Right? This distinction is going to become important in a second in the second case. But you can enjoin a sale in the bill of review because that Court's already evaluating its own judgment. It's saying, "I'm not going to execute on my own judgment

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

until later" because --

*THE COURT:* Okay.

*MR. POYNTER:* -- they'll review their issues. So we're at --

*THE COURT:* So 215th is already looking at its own order?

*MR. POYNTER:* I believe it's currently assigned to the 61st, but in my own experience when I file bills of review -- I think he filed it two or three days ago -- it takes a couple of days for the Court's staff and the -- to get it routed to the court that it's in, but there's a -- Harris County local rule that requires cases that are based on a judgment in another case to be reassigned to that court, because they're randomly assigned when it's filed.

*THE COURT:* Right.

*MR. POYNTER:* So that process is still cooking. Eventually it'll get routed back to the 215th. That's why this Court can enjoin, because you're the ancillary for the eventual one -- can enjoin its own order of sale.

*THE COURT:* Okay.

*MR. POYNTER:* All right? Because that -- in theory, that's -- so we're asking -- and

Unofficial Copy Office of Marilyn Burgess District Clerk

that's -- and that sale is for September 1st, next Tuesday.

THE COURT: Okay.

MR. POYNTER: So we're asking just that that sale be enjoined while --

THE COURT: Just that sale? Okay. Well, that's the only one I'd have authority --

MR. POYNTER: Yeah, out of that case. There's a separate case we're asking for some other stuff, Your Honor, one other.

THE COURT: Okay.

MR. POYNTER: So that's --

You think I've missed anything?

MR. VARGO: No.

MR. POYNTER: So we're asking you to issue a temporary restraining order to restrain the tax sale on the 1st --

THE COURT: Okay.

MR. POYNTER: -- for that property so that that asset is preserved, and then we're going to deal with it in Judge Wilson's court.

THE COURT: Okay.

MR. POYNTER: But if that sale goes through, I guess we're going to have to undo it, and that will cause ex- -- that will cause damage --

Unofficial Copy Office of Marilyn Burgess District Clerk

*THE COURT:* I understand.

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* I used to be general counsel for the tax office.

*MR. POYNTER:* Yes, ma'am. Okay. So you know. So that's what we're asking in that case. And I believe Mr. Choudhri can speak for himself, but he's asking for basically the same relief for different reasons, but before we pass it back to him, I want to point out that it's our theory, and we plead this in our intervention, that Mr. Choudhri doesn't have standing about this property.

One of the other things that happened in this July 28th order --

*THE COURT:* Okay. Wait, wait, wait. Just let me read the order yet.

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* I'm talented, but not that talented.

*MR. POYNTER:* Yeah. No. I was talking fast too. I apologize to your court reporter. I apologize.

*THE COURT:* (Reviewing document.)

There's a statement in here, "The Court also finds that the balance of hardship weighs in

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

favor of injunction, as there's little or no hardships to the plaintiffs." Don't you mean the defendants?

*MR. POYNTER:* Yeah. I think I might've crossed a word there, Your Honor. It's unusual, because the TROs we usually write, we're the plaintiff.

*THE COURT:* Okay. I'm going to fix.

*MR. POYNTER:* Yes, ma'am. Thank you.

Your Honor, I'll point out that issue we talked about with the word "Plaintiff" should be changed to "Defendants" happens in the next paragraph as well.

*THE COURT:* Okay.

*MR. POYNTER:* And I apologize for the error, Your Honor.

I think she just printed it, but I brought my paper copy, too, Your Honor.

*THE COURT:* So what date and time?

*THE CLERK:* September 4th.

*THE COURT:* Fourth, like --

*THE CLERK:* September 4th at 1:30.

*THE COURT:* Okay. Thank you. Which court?

*THE CLERK:* The 61st.

Unofficial Copy Office of Marilyn Burgess District Clerk

*THE COURT:* What bond amount?

*MR. POYNTER:* A hundred dollars would be appropriate, Your Honor.

*MR. CHOUDHRI:* Your Honor, when you're ready, I --

*MR. POYNTER:* I wanted to finish a thought before I pass the ball to him on this one, Your Honor.

*THE COURT:* Okay. Let me finish signing it.

*MR. POYNTER:* Yes, ma'am. Thank you.

*THE COURT:* Today's the 26th, right?

*MR. POYNTER:* It is. Yes, ma'am.

*THE COURT:* It is four fifty- --

Okay. Yes.

*MR. POYNTER:* Yes, ma'am. So in that July 28th order, there's a little bit more language I want to discuss, which is, it voids --

*THE COURT:* In the -- okay. Go ahead.

*MR. POYNTER:* It voids two deeds at the end. It says these two deeds are void and expunged. We've recorded it. It's deeds Number RP, dash, 2024, dash, 272170 and also RP, dash, 2026, dash, 83776.

I'm -- copies of those, but I'll just describe them to you, Your Honor.

Unofficial Copy Office of Marilyn Burgess District Clerk

The chain of title on this case has already been adjudicated by Judge Wilson.

*THE COURT:* Okay.

*MR. POYNTER:* So it's res judicata on that. What he decided was that -- there's three deeds, and I'll give them to you in order. There's a first deed --

*THE COURT:* Okay. Wait. Are we now going to the other TRO?

*MR. POYNTER:* No. It relates to why we're entitled to relief in this TRO against the City of Houston.

*THE COURT:* I've already given you relief, so why --

*MR. POYNTER:* Sure.

*THE COURT:* So why do we need to discuss --

*MR. POYNTER:* Well, because he's going to say he's entitled to relief, too, so I wanted to give --

*THE COURT:* Okay. Well, I understand. I've granted your relief.

*MR. POYNTER:* Okay.

*THE COURT:* Let's move on, over to you.

*MR. POYNTER:* Yes.

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

*MR. CHOUDHRI:* So I just want to make sure, because what's happened -- and sometimes things are represented to one court and they're different in a different court. So one of the things that -- in this proposed order that it does -- I just want to, first of all, talk about that -- just some -- some representations that were made. First of all --

*THE COURT:* Let me -- actually, let me see that order.

*MR. CHOUDHRI:* In the proposed order, Your Honor, they also --

*THE COURT:* In their proposed order?

*MR. CHOUDHRI:* In their proposed order that they've -- that's what I wanted to respond to --

*THE COURT:* Okay.

*MR. CHOUDHRI:* -- the representations they've made, and I have -- I wanted to go through the series of representations that have been made.

But number one, this is my homestead. There can be no other finding otherwise. It is not custodia legis. They don't have standing. The receiver does not have standing over my homestead, full stop. This is, constitutionally, my home, and there's never -- and it's undisputed, there's never been a hearing before Judge Wilson. And -- and I'm

Unofficial Copy Office of Marilyn Burgess District Clerk

not here to even attack that. The fact is that in their own intervention -- and I'd just like, if Your Honor would allow me -- I have a little written out -- I'd like to just address.

But one of the things on their proposed order they're saying -- if they want to file a motion in the 61st and ask -- and actually have evidence and a day of, like -- you know, not a TRO, to where the order here -- it says that -- I think it says somewhere here, Your Honor, that -- "attempt" -- "otherwise attempting to interfere" -- that anybody, including me, con- -- or participation -- interfere with receiver's possession of property, as determined by the written orders that -- they're simply saying it should be sent to that specific judge, and they haven't filed a motion to transfer it, and there's a whole jurisdictional issue.

They're talking about the entity owns it. That's what he said, the entity owns it. The entity -- that's Wyoming, and Wyoming law does not -- assume they're right. They're absolutely wrong, and I have a lady here who's an attorney, and she rep- -- and she's done a lot of work for a lot of title companies. She can talk about the title representations that he's made.

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

This is my homestead. They don't have jurisdiction over it, and I just wanted to -- because what they -- what they'll do a lot of times is they say, "Oh, that's res judicata," res judicata when something was -- it was -- it was -- this case was filed in 2012. Arabella PH, LLC's never been a party to that case. The record will show it's never been a party. They're saying Arabella owns it. Well, where were they served? Where is the due process? Arabella was never served.

There was no trespass-to-title case. They want to just void deeds and have you sign that the deeds are voided or whatever. The fact is that there was a -- according to his own intervention, Your Honor -- I just want to go through this.

They admit -- Paragraph 1 in Receiver Travis Vargo's intervention, emergency motion to dissolve the TRO. This is a judicial admission by them, "the high-rise condo the judgment debtor lives in." I've lived in that home --

*MR. POYNTER:* He's reading from the other case, Your Honor.

*MR. CHOUDHRI:* I want to finish.

*(Overlapping speakers.)*

*THE COURT:* Wait, wait, wait. One at a

Unofficial Copy Office of Marilyn Burgess District Clerk

time. Let him finish.

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* I know you're excited.

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* And I know it's the end of the day, but we need to let everybody have their time to speak.

*MR. POYNTER:* Yes. I understand.

*MR. CHOUDHRI:* And that order, Judge, is on appeal in the Fourteenth Court, the same court where Judge Wilson is, which, those are other issues. And there's a pending issue that's being filed, but whatever. The key right now, Judge, is that that -- his response, which I have here, to the Fourteenth Court that he's made yesterday, Your Honor -- Mr. Vargo's response -- he's saying I can't appeal anywhere, the Fourteenth Court doesn't have jurisdiction for me to appeal my homestead on an order that was entered, undisputed, without a hearing. There was no hearing. There was no evidence. Ms. Alicia went to the hearing on the motion to reconsider, and on the record, Judge -- which, we've requested a record, and I have a declaration from the attorney who was there -- Judge Wilson said, "I have not review-" -- "I have not

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

reviewed your motion objecting to their motion or the deeds," but he expunged deeds that he hadn't even reviewed. There was never evidence. There was never a hearing. He signed the order on submission. In fact, it's admitted in their own pleading, so how is that due process? How is anybody in Harris County living in a homestead -- they can have their deed expunged without a day in court, a trial, a trespass to title? So this is a simple -- I -- I just want -- I have -- I have a few things I want to state, Your Honor, if it's okay because this -- this is the -- the echo chamber when someone makes a representation to one court and then they go somewhere else and they say, "Well, that Court said this," and then the premises is false. So I'd --

*MR. POYNTER:* I object that --

*MR. CHOUDHRI:* -- like, Your Honor --

*MR. POYNTER:* -- mischaracterizing that I mischaracterized things. I think that's not true, and that's not a fair characterization to make to this Court.

*THE COURT:* Okay.

*MR. CHOUDHRI:* Your Honor, may I just sit and read something to the Court? If that's okay, I'll be as fast as possible.

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

*THE COURT:* Yes. Don't -- do not be as fast as possible. My --

*MR. CHOUDHRI:* Sorry.

*THE COURT:* My court reporter is human, so --

*MR. CHOUDHRI:* Yes. Yes, Your Honor. I just didn't want to frus- -- you seem impatient.

First of all, Your Honor, I wanted to say that the custodia legis doctrine does not override my -- "Choudhri" is how I pronounce my name -- constitutional homestead rights.

The custodia legis doctrine applies only to property lawfully in the Court's custody. The Constitution says that a homestead is exempt. Therefore, the property is not in custodia legis.

The cases cited by Receiver are distinguishable because they only relate to property lawfully within custodia legis. Here, the property's exempt and, thus, not in custodia legis.

Mr. Vargo's claim that this case is a stay of execution of a judgment under a Section 65.023(b) in the 333rd is inaccurate. Section 65.023(b) is inapplicable. My lawsuit here is not an attack on the 333rd Court's judgment. The lawsuit asserts -- independent cause of action stemming from

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

seizure of Constitutionally protected homestead.

My -- my lawsuit asserts an independent Constitutional right and exists regardless of the 333rd. The -- there is no dispute that there was never a trial before -- or a hearing, or evidence before that order that they asked you to take a look at that expunges my deeds.

Those deeds are in my name -- into my name from 2021, four years. I've lived in this home for four-and-a-half years, since November of 2021. Every day, that's where I sleep, that's where I live, that's where my intention is.

The Constitution says even if there wasn't a deed -- I have a deed, in -- purportedly, this deed has been expunged without -- and that's what an injunction is for, and that's what we have a trial for, or a TI, which is next week.

So what -- what Mr. Vargo is doing -- and this became very prevalent when I spoke to the taxing authority. He's -- he, on one -- and I'll just read my presentation, Your Honor, because it relates to these issues.

The 127th has jurisdiction to hear these Constitutional claims. The fact that the judgment was rendered in the 333rd does not strip the

Unofficial Copy Office of Marilyn Burgess District Clerk

Court of jurisdiction. Mr. Vargo or Mr. Poynter has represented to the Court that the property's not in my name, the deed was voided. Well, then where is the property? It's in an LLC that's in Wyoming.

In Wyoming law -- and I want to go into that because that's what the law is. They have to determine what Wyoming law is or -- a receiver -- and I have his own words, his own e-mails, his own statements in other places, he has a charging order only against LLCs.

He cannot take over these LLCs or run these LLCs, especially if these entities are not a party and never had their day in court, nor there was any trial or anything to do with my -- this, specifically, is my homestead. He's sitting on millions of dollars. He's tied up assets that are LLC's. He's come to court, Your Honor, and he's stipulated to a 47-million-dollar judgment on my behalf and on behalf of LLCs. That's completely ultra vires, not allowed, but he's doing it.

*THE COURT:* Let's stick to what we're dealing with, just this case.

*MR. CHOUDHRI:* So -- so -- so, Your Honor, the -- the custodia legis doctrine applies only to property lawfully in the Court's custody.

Unofficial Copy Office of Marilyn Burgess District Clerk

The Constitution said homestead is exempt, therefore, the property's not in custodia legis.

A few things, Your Honor. That cause of action, dec- -- declaratory judgment, wrongful writ of execution against the exempt homestead, violation of rights, Article XV, Section 50 of Texas Constitution, in conversion of property -- no one here has refuted that I've lived in the home for five years, and in fact, their own pleading says I own this LLC that they're claiming now it's reverted back to a hundred percent, and it's defunct. So then where does the ownership then go? If it's a hundred percent my company, which, the property is a hundred percent mine because the deed -- it's in my individual name and has been for four years, and -- and -- and that is on appeal.

And in fact, Mr. Vargo -- and I'll just read this quote that he says to the Fourteenth Court of Appeals: Receiver Vargo's Response to Defendant's -- Ali -- Verified Motion to -- for the Writ of Possession Pending Reconsideration and Trial. This is something he filed on August 25th. On Page -- the first page, he states: This Court lacks jurisdiction to review post-judgment orders for writs of possession, even -- and -- and even besides the

Unofficial Copy Office of Marilyn Burgess District Clerk

fundamental issue, the motion lacks merit.

So he's saying, "This case is Mr. Choudhri's appeal of that order." That -- the Court of Appeals -- where am I supposed to go? Where is my adequate remedy? And so what -- what they're doing is -- so I'll continue.

I have no adequate remedy. The real property is unique. This is a court of equity. A balance of the equities tips in my favor due to the tremendous loss I'll suffer if I lose my property. I'm entitled to my day in court.

Only two things has to be true, but either way, seizure is unlawful. The deed to Ali -- myself, Ali Choudhri, personally, is valid, and his homestead prevents -- my homestead prevents seizure, or -- or, as they say, the penthouse is owner *[sic]* by Arabella, which is the LLC, as confirmed by the district court. If so -- Arabella is a Wyoming LLC, and both Wyoming and Texas law do not allow a judgment creditor to seize the assets of an LLC. That includes a single-member LLC. In both of these instances, seizure is unlawful.

Since title is in dispute, the Court should grant until the title is determined. And so this is a disruption of what -- where I'm living.

Unofficial Copy Office of Marilyn Burgess District Clerk

The issue in Mr. Vargo's own pleading -- I just want to point out Cause Number 2026-59605, which is Receiver Travis Vargo's Intervention, Emergency Motion to Dissolve Temporary Restraining Order and Plea to the Jurisdiction, which -- really the same issues we're discussing, which he filed, and he says in Paragraph 1, "a high-rise condo the judgment debtor lives in."

Occupancy and use as a resident *[sic]* and element of homestead -- homestead, it's conceded in his opening sentence.

Paragraph 9, he says -- and, Your Honor, if you want, I can hand this to you, if it's okay.

*THE COURT:* Okay. No.

*MR. POYNTER:* I'm sorry.

*THE COURT:* Okay. Let me just make sure I understand what's going on, because I think I want to just cut to the chase.

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* Wait. Go ahead and sit down.

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* According to Randy Wilson, this property's been handed over to the receiver,

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

however, that's been appealed by Mr. Choudhri and is in the Court of Appeals.

*MR. POYNTER:* Yeah. That's correct. He has not posted a supersedeas bond in that case.

*THE COURT:* Okay.

*MR. POYNTER:* In any case. There's no supersedeas bond in any --

*THE COURT:* Okay. And let me hear from --

*MR. CHOUDHRI:* I --

*THE COURT:* Let me talk right now.

*MR. CHOUDHRI:* Yes, Your Honor.

*THE COURT:* So let me hear -- why don't you come on up? Because I think this is all getting intertwined and mixed. I can't use my computer so I don't know what -- wait, I do have the cause -- no, I don't have the cause number.

What's the cause -- his cause number? Oh, wait, wait. I do.

Is that the -- 2026-60637? Is that your case?

*MR. HRACH:* I -- I believe so, Your Honor. I apologize for not having the cause number in front of me.

*THE CLERK:* That is it, Judge.

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

*MR. POYNTER:* His cause number ends in 9605.

*THE COURT:* Okay.

*MR. POYNTER:* He's here for Alan Rosen, the constable.

*THE COURT:* I understand. So -- and state your name again for the record.

*MR. HRACH:* Yes. I'm Brian Hrach of the Harris County Attorney's Office --

*THE COURT:* You can come to the table.

*MR. HRACH:* -- representing Alan Rosen.

*THE COURT:* Okay. I've heard from these two. Where are you? Are you just here to hear what happens?

*MR. HRACH:* We have no part in this fight, Your Honor, the underlying case. The only thing that I'm doing is making an appearance because we were served by the Plaintiff, Ali Choudhri, and -- I'm sorry. I apologize. You know, he filed the TRO. He did not serve us. We were actually served via e-mail by the receiver.

*THE COURT:* Okay.

*MR. HRACH:* And at this point -- we have not made an answer into the 127th Judicial District Court at this point. We're just going to

Unofficial Copy Office of Marilyn Burgess District Clerk

have the TI hearing on the 4th. However, we do join, only in part, the plea to the jurisdiction because we believe that we were incorrectly brought into this lawsuit. And I -- of course, I don't want to go into all the details. We want to make our written response if we need to at some point, but we believe that Mr. Choudhri has incorrectly made us a defendant, but I believe that he has now made the correct party the defendant at this time through his actions, what he filed just today, I believe.

So that's -- that is the only thing that I wanted to add, from our perspective, Your Honor.

*THE COURT:* Okay. So in -- in that regard -- and then there's a tax sale -- to throw another kink in the whole --

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* -- situation, we've got a tax sale that's potentially happening on September 3rd, and we've got an eviction notice -- or eviction attempt that's going on. So this is very complicated.

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* And it looks like it's something that -- where there's going to have to be

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

testimony and document- -- I'm the judge, and I'm saying there is.

*MR. POYNTER:* Yes, ma'am.

*MR. VARGO:* Well --

*THE COURT:* Okay?

*MR. VARGO:* Respectfully, Judge, the testimony's already been taken.

*THE COURT:* Okay.

*MR. VARGO:* Court orders have already been written.

*THE COURT:* I understand, but what he's saying now is that he wasn't given his due time in court and that that case is now being appealed.

*MR. POYNTER:* I think the brief -- I will be brief in my rebuttal to the things he was saying, if you'll allow me, Your Honor.

*MR. CHOUDHRI:* Can I expound on one thing, Your Honor?

*THE COURT:* Nope.

*MR. CHOUDHRI:* Sorry.

*THE COURT:* Go ahead.

*MR. POYNTER:* Okay.

*THE COURT:* But brief.

*MR. POYNTER:* Yes, ma'am. So to back up just a little bit, title -- Randy Wilson voided

Unofficial Copy Office of Marilyn Burgess District Clerk

the deeds he claims give him title. Those orders are under appeal.

*THE COURT:* Okay.

*MR. POYNTER:* They haven't been superseded. They're effective until they're superseded or -- so he doesn't have title.

Arabella PH 3201 is the record titleholder. He can't have homestead in property he doesn't own. It's -- it's well briefed in the documents. He doesn't own it. An LLC does. That cannot possibly be his homestead. That's point one.

*THE COURT:* Okay.

*MR. POYNTER:* Second point, there have been hearings. There were written submission hearings, and then there was an oral hearing to reconsider a week ago today where he was represented by counsel, and he presented to Judge Wilson arguments about his alleged homestead, his arguments about he's the record owner, his arguments about custodia legis and all of that, and those were all rejected. He filed motions to reconsider. We have them right here if you want to see the arguments he presented, but he asked to reconsider the turnover of the property to the receiver. That was denied. He asked to reconsider setting a different bond. That

Unofficial Copy Office of Marilyn Burgess District Clerk

was denied. Judge Wilson said: There is a bond. It's $5 million. You can pay that. There's no separate bond. These issues -- he was represented by counsel. Derek Staub was there. I met him.

*THE COURT:* Okay.

*MR. POYNTER:* There was a hearing on his homestead. He said, "Don't -- Mr. Vargo's proposed action can't proceed. I have a homestead."

Judge Wilson heard those arguments and said, "Your motions to reconsider are denied."

*THE COURT:* Okay. So there's --

*MR. POYNTER:* Those arguments have been rejected by Judge Wilson. He's the person who has it in custodia legis. He's asking --

*THE COURT:* Okay. I need to see that.

*MR. POYNTER:* Sure. It's --

*THE COURT:* Okay.

*MR. POYNTER:* -- the July 28th order, and then I can give you the order that he signed.

*THE COURT:* I don't have access to my computer.

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* So hang on just a second.

*MR. CHOUDHRI:* Your Honor, may I -- just a --

Unofficial Copy Office of Marilyn Burgess District Clerk

*(Brief technical pause.)*

*MR. POYNTER:* Your Honor, I have the order.

*(Sotto-voce discussion between the Court and the clerk.)*

*MR. POYNTER:* Your Honor, I have some orders to show you.

*THE COURT:* Okay. I am dealing with an issue.

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* One at a time.

*MR. POYNTER:* Yes, ma'am.

*(Brief pause.)*

*THE COURT:* Okay. All right. You have the order from Randy --

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* -- Wilson?

*MR. POYNTER:* This is the order Judge Wilson signed last week. It's August 19th. I'll hand it to you, but it says the Court considered his verified motion to stay enforcement and for supersedeas of writ of possession pending reconsideration and appeal and also his motion for new trial, motion to modify, correct, or reform the order, and motion for reconsideration, and both of

Unofficial Copy Office of Marilyn Burgess District Clerk

those were denied.

*THE COURT:* Okay.

*MR. POYNTER:* So I can offer that to you?

*THE COURT:* Yes.

*MR. POYNTER:* May I approach?

*THE COURT:* Yes.

*MR. POYNTER:* We have two other orders, Your Honor. One of them, you've seen. This is the July 28th order. You have that. And then this is the order that set the hearing for last week --

*THE COURT:* Okay.

*MR. POYNTER:* -- where -- it tells you that he has had a hearing.

*THE COURT:* Okay.

*MR. POYNTER:* It was last week.

*THE COURT:* Hang on. Let me read it.

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* Okay. (Reviewing document.)

*MR. POYNTER:* This is a paper copy of the July 28th order. (Tendering document.)

*THE COURT:* Okay. Well, these are just orders setting it for hearing. What was the result of the --

*MR. POYNTER:* The second one I handed

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

you. It says they were denied at the bottom.

*MR. CHOUDHRI:* Your Honor, can I respond real quick?

*THE COURT:* Let me finish talking to them.

*MR. CHOUDHRI:* I'm sorry. I'm sorry.

*MR. POYNTER:* I have copies of the motions that were under consideration, if you'd like to see the ar- -- that the arguments that he's making now were presented then.

*THE COURT:* Okay. So the motion to stay -- so right here, I have an order --

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* -- signed by Randy Wilson that says he had a motion to stay enforcement and for supersedeas writ -- of writ of possession pending consideration and appeal and motion to modify, correct, or reform the order. The motions were each denied.

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* Okay.

*MR. POYNTER:* Those are virtually the same issues you're hearing today.

*THE COURT:* And that was signed August 19th, 2026?

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

*MR. POYNTER:* Yes, ma'am. He was represented by counsel.

*THE COURT:* Okay. All right. Now you may speak.

*MR. CHOUDHRI:* So, Your Honor, the representation to Your Honor has been made that I had my day in court and that evidence was made, presented, it was an evidentiary hearing.

The order that Judge Wilson signed on July 28th voiding my homestead deed was entered without a hearing, on a submission, with no evidence, no opportunity -- this is simply a motion to reconsider, and that was a hearing that was held on a motion to reconsider that.

*THE COURT:* Correct.

*MR. CHOUDHRI:* At that hearing -- Ms. Alicia was there, who's a title expert and was asked, would -- we would like to put her on the stand. The judge says --

*MR. POYNTER:* Objection, Your Honor.

*MR. CHOUDHRI:* Can I finish?

*THE COURT:* Yes.

*MR. CHOUDHRI:* The judge denied an evidentiary hearing, so there was never -- the representation that -- now -- now, the reality is,

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

Your Honor -- and I'd like, if -- Your Honor, if I may just approach and show Your Honor this pleading by them real quick -- may I approach?

*THE COURT:* Yes.

*MR. CHOUDHRI:* Okay. Sorry. I don't want to -- so, Your Honor, here -- this is Mr. Vargo's intervention, emergency motion. Here, he makes an admission, the high-rise condo is Judgment -- where -- Judgment Debtor lives in. That's undisputed. The only evidence at that hearing -- or on the motion was my affidavit.

There's no contradicting affidavit it's not my homestead. There's no contradicting affidavit that even the LLC is a hundred percent owned by me, and at -- and even in their own charging order that they mention -- they get a charging order against LLCs, but they decided to run these LLCs and sign deeds and take action, which is creating a huge mess, but -- but it has to stop at my homestead. I just -- this is where -- I -- I just can't -- I have a 78-year-old mom who lives with me. She has -- she's a stroke victim. She's stressed out, which is why what Mr. Vargo did -- and -- and just a few things, Your Honor. Here, Paragraph 9, "The Receivership Orders turned over" -- and everything I'm telling

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

Your Honor is 100 percent precise and accurate.

There was no day in court, there was no evidentiary hearing as it relates to my homestead, full stop, no evidentiary hearing, and if -- if he's going to tell you there was an evidentiary hearing, I want him to tell you right now because that's a misrepresentation, that I had my day in court and there was -- there was an evidentiary hearing --

*MR. POYNTER:* I had --

*MR. CHOUDHRI:* -- on my homestead.

*MR. POYNTER:* I had evidence admitted in that hearing.

*MR. CHOUDHRI:* At what hearing?

*MR. POYNTER:* The hearing last week that you weren't at.

*MR. CHOUDHRI:* The motion to reconsider?

*MR. POYNTER:* You weren't at it.

*MR. CHOUDHRI:* Was it a motion to reconsider? Was it after the order was already entered?

*MR. POYNTER:* I'm not here to --

*THE COURT:* Wait, wait, wait. Talk to me --

*MR. CHOUDHRI:* Sorry, Your Honor.

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

THE COURT: -- not to each other.

MR. CHOUDHRI: So, Your Honor, I have also contacted this court reporter, and I've sent multiple messages. I even went to meet her today. She's working on the transcript. She said she'll have it next week. Judge Wilson said at the motion to reconsider he did not review our motion or opposition and the exhibits. He couldn't open the exhibits. They were restricted. So he signed an order that voids deeds that he didn't even look at, without -- without a trespass-to-title lawsuit.

So, number one, it's -- and, two, in his intervention here, Your Honor, he says, "The Receivership Orders turned over ownership and control of Arabella PH 3201 LLC, a defunct, expired Wyoming LLC exclusively owned by Choudhri."

He admits it's a hundred percent owned by me, the entity. So at most, he would have a charging order, not to take over the company and the properties owned by the -- we might as well ignore every LLC that exists. You know, if -- if we're in the same car, we're the same person. There's no alter ego --

THE COURT: Okay.

MR. CHOUDHRI: -- finding --

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

*THE COURT:* Okay.

*MR. CHOUDHRI:* Yes, Your Honor. Just a few more things I want to point out.

He admits the entity owns fee simple title at San Felipe. Then he says the motion was set on submission docket for ruling. That's what he says on Paragraph 10, and then he says Mr. Choudhri filed a lengthy response/opposition.

*THE COURT:* Hold on just a second.

*MR. CHOUDHRI:* Yes, Your Honor.

*(Brief pause.)*

*THE COURT:* Okay. Go ahead.

*MR. CHOUDHRI:* And I also want to address about the representation of the supersedeas. I've never had a hearing to have a supersedeas. I've never had a hearing to set a supersedeas to allow my net worth. In fact, I can't get a hearing, and I have evidence of this. I have orders of those, but here, Your Honor, he states the entity owns a simple title -- the simple title to the property.

So he's admitted the Wyoming LLC owns -- is owned exclusively by me. He also admits, on Paragraph 10, the motion was set on submission.

"The motion for writ of possession" -- this is what Mr. Vargo tells this Court, "The motion

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

for writ of possession and expungement of recorded documents" -- meaning my deeds being expunged -- "were set on submission docket for ruling."

I fil- -- "Choudhri filed a lengthy opposition alleging the penthouse was his homestead. Receiver then filed a reply -- which Mr. Choudhri filed a sur-reply. Suffice to say, the issues regarding title, homestead were thoroughly briefed."

"July 28, Judge Wilson signed an order regarding the penthouse giving Receiver ability to sell it, expel all occupants and personal property," which is exclusive remedy of the JP court.

"The order also voided and expunged two deeds -- the very same two deeds attached to Plaintiff's petition, Exhibit A."

Then he says that -- "Not accepting Judge Wilson's decision, Choudhri filed a motion for reconsideration," and that was the hearing we actually had, and we never had any evidence. We, in fact, had witnesses. We weren't allowed, and that is on appeal. And his response to the Court of Appeals, which I have right here, Your Honor, in fact, says that the Court of Appeals doesn't have jurisdiction, and he says that it's my -- that I own it a hundred percent. This is Wyoming. So if you --

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

*THE COURT:* But he says that the Court of Appeals doesn't have jurisdiction?

*MR. CHOUDHRI:* Yes, Your Honor. So I have no other -- this is -- this, Your Honor, I will pass -- this is -- I will read. This is Number 14-26-00804-CV, in the Fourteenth Court of Appeals. "Receiver Travis Vargo's Response to Defendant Ali's Emergency Verified Motion to Stay Enforcement and for Supersedeas of Writ of Possession Pending Reconsideration and Appeal." He's filed this on the 26th, which was yesterday, and he --

*MR. VARGO:* Judge, I filed that in response to his emergency motion with the Court of Appeals for stay --

*THE COURT:* Okay.

*MR. VARGO:* -- which he's continually stated that he has no adequate remedy at law. That is his remedy, and he is pursuing it, but he's coming to this Court seeking two bites at the apple. If I would for a minute, Judge --

*THE COURT:* Okay.

*MR. VARGO:* There's an -- there's an order --

*THE COURT:* We're going to have to take a break.

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

*MR. VARGO:* -- that's dated March 6 --

*THE COURT:* We're going to have to take a break. We're going to have to take a break because I've got a jury verdict --

*MR. VARGO:* Okay.

*THE COURT:* -- in the trial, so --

*MR. VARGO:* Yes, Judge.

*MR. CHOUDHRI:* Thank you, Judge. I just want to finish my presentation when we're back.

*THE COURT:* Okay.

*MR. CHOUDHRI:* Yes, Judge, because I get flust- -- sorry about getting a little --

*THE COURT:* No, I understand.

*(Brief recess.)*

*THE COURT:* All right. Sorry for the interruption. That's the life of an ancillary judge.

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* Okay. Who was speaking when I left?

*MR. VARGO:* I was, Judge.

*MR. CHOUDHRI:* I was.

*MR. VARGO:* We were talking about Judge Randy Wilson's order --

*THE COURT:* Okay.

*MR. VARGO:* -- in 2012-27197A dated

Unofficial Copy Office of Marilyn Burgess District Clerk

March 6th of 2025. And if it feels like you're in a little bit of a circus right now and perhaps overwhelmed, this is something that Judge Wilson --

*MR. CHOUDHRI:* Judge, I would object to Mr. Vargo -- he has an attorney. If they're going to double team, that's -- I don't think that's appropriate because Mr. Poynter's been speaking, now Mr. Vargo's speaking; and I'm always getting bullied by them, but at least one of them should be talking.

*THE COURT:* Well, he is correct on that point.

*MR. POYNTER:* Your Honor, what we're attempting to clear up is a material misstatement he made to you earlier, which -- and to give you some context for what's happening.

*THE COURT:* Okay.

*MR. POYNTER:* He said earlier, "I've never had a hearing on my supersedeas," and that's just super untrue. There was a -- there were hearings on his supersedeas bond.

Judge Wilson entered an order on the supersedeas bond in that case March 6th. I have a copy of it here. It starts at the beginning, "On March 3rd, 2005 *[sic]*, the Court held a consolidated hearing" -- it's very long, but "in Cause Number

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

2012-27197-A and 2012-27197-D and considered the plaintiffs' objections and contests to the net worth affidavits of Ali Choudhri, the judgment creditors' joint brief filed in support of defendants' net worth affidavits, judgment creditors' supplement to judgment creditors' joint brief filed in support of contest to defendants' net worth affidavits, Mokaram and Abdullatif -- or the plaintiffs' motions to strike the net worth affidavits of Ali Choudhri, Mokaram and Abdullatif's motions for sanctions for bad-faith net worth affidavits, Mokaram and Abdullatif's motion to require proper reporting by defendants, and the request to set the amount of bond required to supersede the judgment in both cases."

So all those things were heard. He has had a lengthy hearing about a supersedeas bond, so that's why this is relevant.

*THE COURT:* Okay.

*(Overlapping speakers.)*

*THE COURT:* Wait, wait, wait. One at a time. Let -- let him finish.

*MR. POYNTER:* Yeah. As a result of that, a supersedeas bond was set, after multiple days of hearing. So that's happened. But also he was sanctioned significantly, $355,000, for the delays

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

and his activities to -- I'm going to read from this. This is Paragraph 32. Quote, "The net worth affidavits filed by the judgment debtors were filed for an improper purpose, were groundless, were filed in bad faith, were filed for the purposes of delay only and/or were filed to harass or cause unnecessary delay or needless increase in the cost of litigation." Paragraph --

*MR. CHOUDHRI:* I'd object to the relevance.

*THE COURT:* Okay.

*MR. POYNTER:* Paragraph 34 --

*THE COURT:* Now, what -- what is this that you're reading?

*MR. POYNTER:* This is an order by Judge Wilson.

*THE COURT:* About what?

*MR. POYNTER:* About his supersedeas and the sanctions for his bad conduct.

*MR. CHOUDHRI:* And what's the --

*THE COURT:* Okay. Wait, wait, wait.

*MR. POYNTER:* March 6.

*THE COURT:* Okay. I just need -- you can just give me a copy of that.

*MR. CHOUDHRI:* What hearing?

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

*THE COURT:* All right. Now --

*MR. POYNTER:* You know what hearing, Ali. You were there.

*MR. CHOUDHRI:* No, I wasn't there.

Your Honor, I was actually not there.

*MR. POYNTER:* Sir --

*MR. CHOUDHRI:* So that's --

*MR. POYNTER:* I'm trying to provide context for the overwhelming feeling that's going on in this Court, Your Honor.

*THE COURT:* Okay.

*MR. POYNTER:* And he's been sanctioned for causing needless delays for hundreds of thousands of dollars. He hasn't paid those sanctions.

*MR. CHOUDHRI:* I wasn't --

*THE COURT:* Okay. Okay.

*MR. CHOUDHRI:* I'll object to relevance, Your Honor. There's also a bankruptcy judge who has said Mr. Vargo's in contempt. He's violated his orders. I have that transcript. This --

*THE COURT:* Okay. Wait, wait, wait. Stop. Stop.

*MR. CHOUDHRI:* This is --

*THE COURT:* Stop. Stop. We need to

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

quit throwing aspersions --

*MR. CHOUDHRI:* Yes.

*THE COURT:* -- at each other.

What -- what would -- both parties agree that we want to stop the sale on Tuesday. I'm going to sign an order -- not your order, not your order. I'm just going to sign an order that's just basically saying that the -- there's an emergency, the question regarding the future of that property is tied up in litigation and that they're not going to -- that they can't go forward with their tax sale. So we're going to stop the tax sale.

Even though you got an e-mail, I want to make sure that that's totally done, so we're going to take care of that issue.

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* So you can take that off of your plate. In regards to the -- your -- filed the motion to dissolve the TRO. Is that correct?

*MR. POYNTER:* To dismiss the case. Yes.

*THE COURT:* In this case.

*MR. POYNTER:* No, to dismiss the entire case, Your Honor.

*THE COURT:* Okay. I understand.

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

Obviously this is not something that I can make a snap decision today, and waiting for a day or two for me to review everything -- I don't see there's an immediate problem with doing that. There's -- there's been no statement of this is -- the world's going to fall apart if we -- there's no irreparable harm in waiting.

*MR. POYNTER:* There is one problem, Your Honor. Mr. Choudhri has the property for sale. So we're enjoined -- well, Mr. Rosen's enjoined from executing our writ. We can't do what Judge Wilson told us we were allowed to do. In the meantime, he's trying to sell the property.

So if you wait, he's going to sell it tomorrow, or he's going to -- and that will -- we'll have arguments about why that sale is void, but that -- there is danger of waiting because as long as we're -- we can't take possession and we can't market it for sale because of the TRO that's been entered, he's over there conducting his own sales activity.

*THE COURT:* So why haven't you filed a TRO asking him to not sell?

*MR. POYNTER:* Well, because instead what we did was we filed a motion to dissolve and dismiss to say that the TRO that was enjoining us

Unofficial Copy Office of Marilyn Burgess District Clerk

should be -- should go away.

*THE COURT:* Okay. Well, what if that doesn't happen?

*MR. POYNTER:* Well, I haven't thought that far ahead at this point, Your Honor. We will probably -- but the problem with the TRO is that -- our basis of our motion to dismiss and to dissolve is jurisdictional. TROs are the wrong thing to do --

*THE COURT:* Okay.

*MR. POYNTER:* -- without writs.

*THE COURT:* I will be happy to look at those arguments, but that is not something that I can look at and make a decision tonight. It's not going to happen tonight.

*MR. POYNTER:* Are we reset to tomorrow?

*MR. CHOUDHRI:* Your Honor, may I respond, if it's okay? Because they're just -- I had filed a TRO, and I had actually had the earlier setting on my TRO because of actions of -- Mr. Vargo's continuous actions.

One of the things is he is circling my mom and other things, interfering. Same thing with the taxing office. He's representing to them, and I just would like, Your Honor, if -- because I -- before the break I was going through my presentation.

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

I thought we would resume, and one of the things that he's made and I need to respond to is this superseding the judgment, and I have some evidence here, Your Honor, that -- I'd like Your Honor just to hear me out just -- just so that way, I can express to Your Honor what -- where we are and what's really happened, if it's okay.

*MR. POYNTER:* The easiest, at bottom -- this Court can't enjoin another Court's receiver. That's the main issue.

*THE COURT:* Okay.

*MR. POYNTER:* It doesn't matter for anything else.

*THE COURT:* That's some -- I appreciate what you're saying.

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* I need to do the research --

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* -- because I don't know that you've presented -- I haven't even had a look --

*MR. POYNTER:* Sure.

*THE COURT:* -- chance to look at your pleadings.

*MR. POYNTER:* Sure.

Unofficial Copy Office of Marilyn Burgess District Clerk

*THE COURT:* But I don't know if you are correct. I need to -- and I don't know if you've provided me the law on that.

*MR. POYNTER:* I did.

*THE COURT:* Okay. Wait. Let me finish talking. So I need some time -- this is not something I'm going to make a snap decision because it's very -- it's a person's home, and I am taking it very seriously about evicting someone from their home.

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* Okay? That -- so that's very important. Whatever we do, we don't take that lightly.

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* And so I am going to take the time and look at that issue.

*MR. POYNTER:* Okay.

*THE COURT:* In the meantime -- now, if there's anything that you think that I need to look at that hasn't already been filed that I need to consider, you can let me know now.

*MR. POYNTER:* He filed -- it was very late last night. I haven't had a chance to respond to those because they were filed at, like, midnight.

Unofficial Copy Office of Marilyn Burgess District Clerk

*THE COURT:* You can file --

*MR. POYNTER:* So you might get -- can I --

*THE COURT:* Let me finish talking.

*MR. POYNTER:* I'm sorry.

*THE COURT:* You can file something tonight, tomorrow, if you want, and I will -- I will let y'all know as soon as I make a decision, but if you want to file -- either party, if you want to file more stuff, I probably will not make a decision before -- what's today? Wednesday? Probably not before Friday.

*MR. POYNTER:* Yes, ma'am. Okay.

*MR. CHOUDHRI:* So --

*MR. POYNTER:* Can I ask a clarifying question? The TRO that's in place stays in place?

*THE COURT:* Yes.

*MR. POYNTER:* Okay. The decision you're making will also be --

*(Sotto-voce discussion between counsel.)*

*MR. POYNTER:* We're talking about the --

The TRO against Alan Rosen continues to be in place?

Unofficial Copy Office of Marilyn Burgess District Clerk

*THE COURT:* Yes.

*MR. POYNTER:* There's also -- you're going to sign a TRO tonight enjoining the tax entities from doing a sale next week?

*THE COURT:* Yes.

*MR. POYNTER:* Those are the two TROs that will continue. One of the issues you're considering --

*THE COURT:* Well, one's not going to continue. One's going to be put in place.

*MR. POYNTER:* Yes, ma'am. Yes, yes. Going forward, there will be those two TROs. One of the issues you're considering is our request to dissolve the current TRO and to dismiss the case outright while you're also considering his request to further his TRO as to our conduct?

*THE COURT:* Okay. So I'm going -- yes. That -- I know about those two. I don't know about his furtherance, so I -- I have -- he hasn't had the chance to talk about that, so --

*MR. POYNTER:* Sure. I haven't had a chance either. He eFiled it last night, so it's -- I've -- all of those things are issues that should be brought to Randy Wilson, though. We have a --

*THE COURT:* Okay. Wait, wait, wait.

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

Let me let him make those arguments, though. It's his turn.

*MR. CHOUDHRI:* First of all, Your Honor, the TRO that is in front of you to dissolve the TRO specifically has what's the emergency relief, which you've remedied by entering -- or proposing an agreed -- or a vanilla, without -- you know, just the tax sale can *[sic]* go forward.

If you read Paragraph 22, 23, 24 of their motion to dissolve the TRO, that's the only emergency they cite. So they can't ask for more than they've asked for because they've gotten that.

*THE COURT:* Okay.

*MR. CHOUDHRI:* So there's no standing or basis they have to dissolve the TRO. That's number one. The basis that I have, number one, Your Honor, is that order that they presented to you is a May -- March 2025 order that isn't -- was in violation of a bankruptcy stay, number one, and I have the testimony and the transcripts on that. I was not at that hearing, number one.

Number two, there -- there was a notice on the Court's Web site, which I will show because he's stated that, that the hearing has been passed. I was not at that hearing. It was a one-day hearing.

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

He was in multiple hearings. I was there. He said I should know. He wasn't there. I wasn't there. So that's a misrepresentation.

Number two, Your Honor, under TRAP 24, I can supersede the judgment. Mr. Vargo has sold assets, transferred assets, won't give me an accounting, won't even give me a payoff. My lawyers -- I have -- I have e-mails here. And he's here, and I'm happy to put myself on the stand and swear in. I'm happy to swear him in right now, and he can answer questions truthfully because the representations that are being made are not true.

I was never allowed an opportunity to supersede the judgment. I have here the timeline of that, and I have the e-mail. In fact, Mr. Vargo told the very Court of Appeals, very -- here that "Mr. Choudhri never posted supersedeas, but he did attempt to post a new net affidavit, which the Court denied earlier this year." The Court has refused me a hearing to supersede.

I've also filed a motion for accounting. Mr. Vargo, in this very court, Your Honor -- and I have it right here, and it's the case number 2023-84714. Fortunately Your Honor has not ruled on that, so what they've done is they've asked

Unofficial Copy Office of Marilyn Burgess District Clerk

Your Honor to transfer the case to Judge Wilson's court. Now, in this -- in this plaintiff's motion for entry of stipulated judgment, Case Number 2023-84714, Tig Romspen versus Choudhri and -- Ali -- this is a large, 4- or 5-acre building worth tens and -- forty, fifty million dollars of just tax valuation, with appraisals, varying values.

Mr. Vargo -- what he's done -- without any involvement, interjection, or any notice to me, he has went and entered a stipulated judgment for $42 million, jointly and severally against me and the LLC that I have membership in. Ultra vires, not allowed. Okay. Well, then, what's my net worth? Because the net worth, as you may know -- TRAP 24, you can supersede a judgment based on 50 percent of your net worth, and your net worth changes.

Mr. Vargo has sold assets that belong to me. He's frozen my mother's bank accounts, illegally, misrepresented a Chase -- I have e-mail here where he's made misrepresentations to the tax office, Linebarger. They've forwarded me those e-mails. This is evidentiary. This comes out.

And -- and -- and a few things I want to mention, Your Honor. This is completely -- the underlying judgment that he's an appointed a receiver

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

on is on appeal, is on appeal, is without jurisdiction. It doesn't have jurisdiction.

So all of this that he's doing is going to get undone. It's not correct. What he's doing is he's involving third parties, interfering, and I have all of this evidence.

A few more things, Your Honor, I wanted to just mention. Here is an e-mail, which I believe was an exhibit, but I can present it. There was an exhibit -- I've e-mailed the Court and asked the Court to print it. I've e-mailed counsel. I've filed it as well. It is a declaration from Derek Staub, who was at the hearing, because they opened that door. They said this is what was said.

I want to represent to Your Honor, truth -- truthfully and accurately, there was no evidence permitted at the motion to reconsider. It was asked for. It was not -- and, Your Honor, also Angelia Singleton, the court reporter in the 333rd, who I've spoken to, I've e-mailed -- she will have the transcript next week. The -- what -- what -- what the representation is is just not true. Never had my day in court.

Deeds -- I've been in real estate for 30 years. This is -- this is a -- he is a henchman

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

for someone who's an adversary of mine for 15, 20 years, who has sued my mom, my dad and filed 90 lis pendens and gotten an ex-wife to claim she's still married to me and filed a whole divorce action, which later was found to be void, with no jurisdiction. So these are not just things I'm just making up. It's -- it's so crazy.

For -- for Mr. Vargo, in writing, to e-mail one of my lawyers, who's representing Galleria Loop Note Holder -- and unfortunately he -- he is deceased now. He was a bankruptcy lawyer. He was representing this entity, and, Your Honor, I'd just like to present to you -- this is an example.

This affects the supersedeas and the net worth, because the net worth -- you supersede based on your net worth, and if I don't know what the payoff is and what -- what he sold -- this here, Your Honor, is an e-mail from Mr. Mercer to Mr. Vargo, and if he's going to dispute that e-mail, he's here. He's aware of this e-mail.

This is an e-mail -- it starts off where Mr. Mercer says, "I don't want to violate any orders or represent these LLCs. Do you direct the acts and the conducts of these LLCs?" And Mr. Vargo says, "No. I have just a charging order," and that's

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

what the Business Code says.

But Mr. Vargo then continues to enter into stipulated judgments and bind and release liens. One of my entities, called Milestone -- he has signed a release of lien. That lien is $8 million on a property worth multiple more, plus he's frozen accounts. So I've recently -- Your Honor, I'll just show you here. What I wanted to show you is I've recently asked Mr. Vargo, "Can you please provide me" -- I followed up after a year, "Can you please provide me with -- with the payoff of your judgment, and can you break down what you've collected and what's outstanding? If it's a few million dollars, tell me what it is" because there's assets, including my home, if I need to borrow money on property.

So one of the things, Your Honor, here -- I have asked Mr. Vargo to please provide me a balance, and he refuses to provide me a balance of what's owed. So not only -- I can't get a hearing to supersede the judgment, and there's been no bond presented at the hearing. There was an amount in the order that they mentioned, but since -- and there was no net worth finding.

*THE COURT:* Okay.

*MR. CHOUDHRI:* And I've asked for a net

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

worth finding. Here's also an e-mail from -- in May, and you can see the whole chain where my lawyer -- and he's also contacted my lawyers and asked -- I told them they can't -- that -- that he holds the privilege, and it's like -- and when I want to appeal, he holds the privilege to appeal.

This is not a cust- -- like, it's not a -- and this is where my --

*THE COURT:* Well -- okay. So this information is not really -- it's kind of background. I'm going to have to rely on the orders that's been -- what's been filed and what's been determined. And I appreciate that it's your home.

*MR. CHOUDHRI:* Just want to mention -- one more thing, Judge, is the receivership jurisdictional arguments are completely meritless. The TRO issued by this Court does not stay proceedings in the 333rd --

*THE COURT:* What are you -- what document are you reading from?

*MR. CHOUDHRI:* I'm reading, Your Honor, my response to the opposition to dissolve.

*THE COURT:* That you filed --

*MR. CHOUDHRI:* Yes, Judge.

*THE COURT:* -- in this case?

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

*MR. CHOUDHRI:* Yes, Judge.

*THE COURT:* So I have this.

*MR. CHOUDHRI:* In the 2026 -- I just want to point to one thing, specifically -- was that this is an independent Constitutional claim cognizable in any court under Section -- the -- the -- Section 65.023(b) is inapplicable, and the custodia legis doctrine does not shield orders that purport to reach Constitutional immune property. And this is a taking, this is my civil rights, and there is no dispute that the -- and I'd like to file what Mr. Vargo has -- has said, that appellates *[ph]* court lack jurisdiction to issue a stay of the writ of possession. So according to him, that judgment from Judge Wilson is unappealable, and it was done without a hearing.

*THE COURT:* And that was the statement that was made in the filing that you made, right?

*MR. POYNTER:* Yes, Your Honor. So the issue is that that's an interlocutory order, and the case law said -- I don't say it's unappealable. That's what Texas law says.

His issues with what Judge Wilson and what Mr. Vargo have done aren't -- the question is: Are you the right forum for them? You're not.

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

Right? There is an active receivership. He's made -- he can file motions with Judge Wilson, but he chooses not to. Right? The issue --

*MR. CHOUDHRI:* I would object. There's a pending motion --

*MR. POYNTER:* I'm still talking.

*MR. CHOUDHRI:* Sorry. I wasn't finished earlier.

*MR. POYNTER:* I'm -- I'm talking, dude.

*THE COURT:* Okay.

*MR. POYNTER:* He is here asking you to review the decisions of a sister court that's co-equal to you. You don't sit in review of the 333rd.

*THE COURT:* You don't tell me what to do.

*MR. POYNTER:* Yes, ma'am. I'm at jurisdiction -- let me rephrase. This Court lacks the jurisdiction to review the orders of another district court.

*THE COURT:* I do not believe that's true, but I'm going to look at everything. I think you're making some sweeping arguments about what I can and can't do.

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* So I will make that

Unofficial Copy Office of Marilyn Burgess District Clerk

determination.

*MR. POYNTER:* Yes, ma'am.

*THE COURT:* So --

*MR. POYNTER:* We --

*THE COURT:* Go -- if there's anything that hasn't been filed, I ask that y'all file it.

*MR. POYNTER:* Yes, ma'am. We will file -- by end of business tomorrow, you'll have all of our supplemental stuff.

*THE COURT:* Okay.

*MR. CHOUDHRI:* And, Your Honor, I've asked Mr. Vargo for a payoff or an amount. Number one, he won't provide me that, won't provide me what actions he's taken, what's the accounting, what's -- he's collected, what -- what's the remaining -- the other thing, Your Honor -- I will file certain things. And the other thing is he had set a hearing in the other court, not coming to you, and I wanted to clarify that with him. He said, no, that other court can hear him, and I don't think you can just pick what court. You follow the local rules or 35 --

*THE COURT:* But --

*MR. CHOUDHRI:* -- resolution of -- or -- or a TRO.

*THE COURT:* This is --

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

*MR. VARGO:* Judge, if I heard you right, you said that you were going to take these under advisement?

*THE COURT:* Okay. Well, hang on. I said -- I want to finish my talking. Everyone's very bad today about interrupting.

This is very complicated, and there's a -- multiple courts involved, so, therefore, I need to make sure -- see what all is going on, but I'm going to take this under advisement, and I'm not making a decision today.

*MR. VARGO:* Thank you. May we be excused?

*THE COURT:* Well, I think you don't want to leave while he's still here talking.

*MR. VARGO:* I've been to so many proceedings, Judge. He's going to keep talking until midnight.

*THE COURT:* Okay. Mr. --

*MR. CHOUDHRI:* I would object. That's a very --

*THE COURT:* Okay. I understand the sidebar. I can dismiss that myself. Do you have anything else that you want to add, Mr. Choudhri?

*MR. CHOUDHRI:* Yes, Your Honor.

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

*THE COURT:* If you don't want to stick around, he -- I'm going to let him, if he has anything else he wants to tell me. If you want to stick around and -- if you feel like you can -- you're welcome to leave if you want, however, he may end up talking to me, so -- is what I'm saying. You might want to see what he has to say.

*MR. POYNTER:* Yes, ma'am.

*MR. CHOUDHRI:* So just to --

*THE COURT:* No, I'm going to draft my own order, and --

*(Sotto-voce discussion between the Court and the clerk.)*

*THE COURT:* Okay. Just -- short. I just need --

*MR. CHOUDHRI:* I have a declaration I'd like to get admitted that I filed and sent to counsel I'd just like you to have, and I'd like to read it, or the judge -- Your Honor can just read it. It's the gentleman who was at the hearing, the attorney.

*THE COURT:* So you filed it in this case already?

*MR. CHOUDHRI:* Yes. Yes, Your Honor, and I e-mailed it --

*THE COURT:* This one?

Unofficial Copy Office of Marilyn Burgess District Clerk

*MR. CHOUDHRI:* Yes, Your Honor.

*THE COURT:* Okay. I'll look at it.

*MR. CHOUDHRI:* Derek Staub. And the receiver's jurisdictional argument conflates two fundamentally different things. An injunction --

*THE COURT:* Is this already what you have filed in the documentation?

*MR. CHOUDHRI:* Yes.

*THE COURT:* Okay. I'll be reading it.

*MR. CHOUDHRI:* Yes, Your Honor. And I have not filed his response in the Fourteenth Court. I have not had a chance to do that, but I will do that and point out, Your Honor, where he says I -- I -- I don't have, you know, a way to do the appeal there in any way.

And then the other thing, Your Honor, there is -- I have a brief. I will send it to Your Honor, because the standing issue is they've judicially admitted the property -- according to them. I disagree -- is owned by a Wyoming LLC, and what -- what the rules in Wyoming are and what the case law in Wyoming is, it doesn't take over the entity. It takes over a charging order. If there was a distribution the entity made --

*THE COURT:* Okay. I will look at that.

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

*MR. CHOUDHRI:* Yes, Your Honor. If I may have some time to file --

*THE COURT:* Yes. Y'all have all day tomorrow to file.

*MR. CHOUDHRI:* Your Honor, the problem is I'm in a bankruptcy court hearing with -- what Mr. Vargo's -- created lots of entities filing bankruptcy, and -- and my mom's company that's a hundred percent owned by my mom from the outset -- he has filed and clouded title, and that case is pending. And so I --

*THE COURT:* So you're in court tomorrow?

*MR. CHOUDHRI:* I'm -- I'm in court. I have a -- I'm in a deposition tomorrow. I'm in a court Friday. Then I have a trial on Monday relating to my mom's company that I had interest in the prior -- the borrower, and she made a loan and owned -- owned the -- so -- so, needless to say, I'm happy to present my schedule and show you the cases I'm in that all relate to the one issue.

What he's done is he's just created a huge mess, saying he's in control of -- and this is not a conservatorship. He's acting as if he can go and confess murder on my behalf, and I -- and I don't

Unofficial Copy Office of Marilyn Burgess District Clerk

believe he can -- you know, I don't believe he -- those are ultra vires acts, and I don't believe he can do that because none of those parties were ever parties before. I don't think you can bind parties that are not in front of you, just like Arabella PH LLC is not in front of you, which is why I don't think he has any standing, according to his own admission that if the property's owned by the LLC.

Secondly, I believe it's -- I -- I contend and I know it's my homestead, and that's very powerful in Texas, and I don't think -- because he's gotten away with so much, he thinks that this is something that he can also --

*THE COURT:* Okay.

*MR. CHOUDHRI:* -- get away with.

I would like to file some more paperwork, to let Your Honor know, and so I will hold my TRO since I guess this TRO was really his that he was arguing.

*THE COURT:* Okay. Yes.

*MR. CHOUDHRI:* So -- so I will then have mine set at a different date, Your Honor.

*THE COURT:* Okay.

*MR. CHOUDHRI:* Thank you, Your Honor. Thank you for your time.

Unofficial Copy Office of Marilyn Burgess District Clerk

*THE COURT:* Thank you.

*MR. CHOUDHRI:* Sorry if I was --

*THE COURT:* No.

*MR. CHOUDHRI:* -- too --

*THE COURT:* I understand. Everybody's passionate here. I think y'all have been at this for some time, and there's a lot of feelings, and I appreciate that, and I want to make it the best and most righteous outcome that I can.

*MR. POYNTER:* Yes, ma'am.

*MR. CHOUDHRI:* How much time will I have, Your Honor? Because I'm going to have to submit --

*THE COURT:* Well, I won't make a -- you have until the end of day Friday.

*MR. CHOUDHRI:* Is it possible I can get until, like, Tuesday? Because I'm in hearings until -- until Tuesday.

*THE COURT:* Well, then your hearing is coming up, so that kind of defeats the purpose.

*MR. CHOUDHRI:* The hearing's on the 4th, right? I think --

*THE COURT:* Okay.

*MR. CHOUDHRI:* Sorry.

*THE COURT:* I'll let you know. It

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

won't be before Friday, end of day. If I can extend it, I'll let you know.

*MR. CHOUDHRI:* I'll work around the clock.

*THE COURT:* Okay. Thank you.

You may now be excused.

*MR. POYNTER:* Yes, ma'am. Thank you.

*THE COURT:* All right. Have a good day.

*(Proceedings adjourned.)*

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS )
)
COUNTY OF HARRIS )

I, Donna King, Official Court Reporter in and for the 80th Judicial District Court of Harris County, Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record in the above-styled and -numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, admitted by the respective parties.

I further certify that the total cost for the preparation of this Reporter's Record is $_____________ and that it was paid by ___________________.

WITNESS MY OFFICIAL HAND this, the 3rd day of September, 2026.

/s/ Donna King
______________________________
DONNA KING, CSR 6273
Expiration Date: 10/31/27
Official Court Reporter
80th Judicial District Court
Harris County, Texas
201 Caroline, 9th Floor
Houston, Texas 77002
832-927-2677

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

**MR. CHOUDHRI: [97]**
**MR. HRACH: [7] 3/16 3/20 33/22 34/8 34/11 34/15 34/23**
**MR. POYNTER: [187]**
**MR. VARGO: [20] 6/13 6/15 8/2 8/7 17/14 36/4 36/6 36/9 48/12 48/16 48/22 49/1 49/5 49/7 49/20 49/22 49/25 71/1 71/12 71/16**
**THE CLERK: [4] 19/20 19/22 19/25 33/25**
**THE COURT: [249]**

**$**

**$355,000 [1] 51/25**
**$390,000 [2] 14/25 15/2**
**$42 [1] 63/11**
**$42 million [1] 63/11**
**$5 [1] 38/2**
**$5 million [1] 38/2**
**$8 [1] 66/5**
**$8 million [1] 66/5**
**$890,000 [1] 15/1**

**-**

**-- at [1] 54/3**
**-- because [1] 57/20**
**-- by [1] 13/5**
**-- chance [1] 57/23**
**-- finding [1] 45/25**
**-- for [2] 14/20 17/19**
**-- get [1] 75/15**
**-- in [3] 49/6 49/25 67/25**
**-- resolution [1] 70/23**
**-- signed [1] 41/14**
**-- situation [1] 35/18**
**-- stating [1] 14/17**
**-- the [1] 22/16**
**-- where [1] 40/13**
**-- without [1] 56/10**
**-numbered [2] 1/19 78/7**

**/**

**/s [1] 78/18**

**0**

**00804 [1] 48/6**

**1**

**1 [4] 1/10 6/2 24/16 32/7**
**10 [3] 46/7 46/23 78/19**
**10/31/27 [1] 78/19**
**100 [1] 44/1**
**100 percent [1] 44/1**
**1010 [1] 2/16**
**11th [1] 2/16**
**12012 [1] 2/11**
**127th [3] 1/10 28/23 34/24**
**14 [1] 48/6**
**14-26-00804-CV [1] 48/6**
**15 [1] 65/1**
**19th [2] 39/19 41/25**
**1:30 [1] 19/22**
**1st [3] 6/18 17/1 17/17**

**2**

**2 [4] 10/5 10/9 11/8 11/14**
**20 [1] 65/1**
**2005 [1] 50/24**
**201 [1] 78/21**
**2012 [7] 10/2 10/3 11/21 24/6 49/25 51/1 51/1**
**2012-27197-A [1] 51/1**
**2012-27197-D [1]**

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

## 2

2012-27197-D... [1] 51/1
2012-27197A [2] 10/2 49/25
2012-27197D [1] 10/3
2021 [2] 28/9 28/10
2023 [3] 6/2 62/24 63/4
2023-67381 [1] 6/2
2023-84714 [2] 62/24 63/4
2024 [1] 20/22
2025 [2] 50/1 61/18
2026 [12] 1/1 1/6 1/13 1/17 3/3 6/2 20/23 32/3 33/20 41/25 68/3 78/16
2026-59605 [2] 1/6 32/3
2026-60637 [3] 1/1 3/3 33/20
214 [1] 2/7
214-545-3473 [1] 2/7
215th [5] 14/1 15/15 15/19 16/5 16/20
22 [2] 9/11 61/9
23 [2] 9/11 61/9
24 [3] 61/9 62/4 63/14
24047027 [1] 2/10
24050787 [1] 2/14
24092991 [1] 2/9
2441 [1] 2/12
25th [1] 30/22
26 [2] 1/13 48/6
2677 [1] 78/22
26th [3] 1/17 20/12 48/11
27 [1] 78/19
27197 [2] 51/1 51/1
27197A [2] 10/2 49/25
27197D [1] 10/3
272170 [1] 20/23
274 [1] 2/17
28 [1] 47/9
281 [1] 2/6
281-630-6627 [1] 2/6
28th [7] 13/3 18/14 20/17 38/18 40/10 40/21 42/10

## 3

3 [4] 10/5 10/9 11/8 11/14
30 [1] 64/25
31 [1] 78/19
32 [1] 52/2
3201 [8] 2/5 12/8 12/12 12/14 12/23 14/24 37/7 45/15
3207 [1] 12/12
32nd [1] 15/6
333rd [10] 9/21 13/13 15/16 27/22 27/24 28/4 28/25 64/19 67/18 69/13
34 [1] 52/12
3473 [1] 2/7
35 [1] 70/21
3:30 [1] 6/1
3rd [3] 35/20 50/24 78/16

## 4

4 [2] 13/2 63/5
4251 [1] 12/8
4521 [1] 2/5
47 [1] 29/18
47-million-dollar [1] 29/18
4th [4] 19/20 19/22 35/1 76/22

## 5

5 [1] 63/5
5-acre [1] 63/5
50 [2] 30/6 63/15
50 percent [1] 63/15
5101 [1] 2/17
524 [1] 2/12
545 [1] 2/7
59605 [2] 1/6 32/3


Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

6

60637 [3] 1/1 3/3 33/20
61st [4] 1/5 16/8 19/25 23/7
6273 [1] 78/19
630 [1] 2/6
65.023 [3] 27/22 27/23 68/7
6627 [1] 2/6
670 [1] 2/11
67381 [1] 6/2
6th [2] 50/1 50/22

7

713 [3] 2/12 2/17 2/17
713-274-5101 [1] 2/17
713-524-2441 [1] 2/12
713-755-8924 [1] 2/17
755 [1] 2/17
77002 [2] 2/16 78/22
77027 [3] 2/6 12/9 12/17
77079 [1] 2/12
78 [1] 43/21
78-year-old [1] 43/21

8

80th [3] 8/4 78/4 78/20
832 [1] 78/22
832-927-2677 [1] 78/22
83776 [1] 20/23
84714 [2] 62/24 63/4
8924 [1] 2/17

9

9 [2] 32/12 43/24
90 [1] 65/3
90 lis pendens [1] 65/3
927 [1] 78/22
9605 [1] 34/2
9th [1] 78/21

A

Abdullatif [1] 51/8
Abdullatif's [2] 51/10 51/12
ability [1] 47/10
able [1] 4/24
about [25] 11/4 14/25 15/8 18/12 19/11 22/6 23/18 23/24 37/18 37/19 37/19 46/14 49/12 49/22 51/16 52/17 52/18 55/16 58/9 59/22 60/18 60/18 60/20 69/22 71/6
about getting [1] 49/12
about with [1] 19/11
above [3] 1/19 78/5 78/7
above-entitled [1] 1/19
above-styled [1] 78/7
absolutely [1] 23/21
accepting [1] 47/16
access [1] 38/20
according [5] 24/14 32/24 68/14 73/19 75/7
accounting [3] 62/7 62/22 70/14
accounts [2] 63/18 66/7
accurate [1] 44/1
accurately [1] 64/16
acre [1] 63/5
acting [1] 74/24
action [6] 3/17 27/25 30/4 38/8 43/18 65/4
actions [4] 35/10 56/19 56/20 70/14


Unofficial Copy Office of Marilyn Burgess District Clerk

# A

active [1] 69/1
activities [1] 52/1
activity [1] 55/20
acts [2] 65/24 75/2
actually [6] 22/8 23/7 34/20 47/19 53/5 56/18
add [2] 35/12 71/24
address [4] 7/22 12/8 23/4 46/14
adequate [3] 31/5 31/7 48/17
adjourned [1] 77/10
adjudicated [1] 21/2
admiss [1] 10/23
admission [3] 24/18 43/8 75/8
admit [1] 24/16
admits [3] 45/17 46/4 46/22
admitted [10] 10/8 10/20 11/8 11/15 26/5 44/11 46/21 72/17 73/19 78/11
adversary [1] 65/1
advisement [2] 71/3 71/10
affects [1] 65/14
affidavit [4] 43/11 43/12 43/13 62/18
affidavits [6] 51/3 51/5 51/7 51/9 51/11 52/3
after [3] 44/20 51/23 66/10
again [1] 34/7
against [9] 5/23 13/9 14/24 21/11 29/10 30/5 43/16 59/24 63/11
ago [2] 16/10 37/16
agree [1] 54/5
agreed [2] 5/4 61/7
ahead [6] 4/3 20/19 32/21 36/21 46/12 56/5
Aided [1] 1/23
air [2] 7/15 7/17
al [1] 1/4
ALAN [6] 1/9 2/14 3/22 34/4 34/11 59/24
ali [16] 1/2 1/7 2/4 2/4 2/5 3/3 3/6 3/11 30/20 31/13 31/14 34/18 51/3 51/9 53/3 63/4
Ali's [1] 48/7
Alicia [2] 25/21 42/17
all [29] 3/19 3/23 9/17 12/16 16/24 22/6 22/7 27/8 33/14 35/5 37/20 37/20 39/14 42/3 47/11 49/15 51/15 53/1 60/23 61/3 64/3 64/6 70/8 71/9 74/3 74/21 77/8 78/6 78/7
alleged [1] 37/18
alleging [1] 47/5
allow [4] 23/3 31/19 36/16 46/16
allow me [1] 36/16
allowed [5] 29/20 47/20 55/12 62/13 63/13
along [1] 7/13
already [15] 7/16 7/16 11/4 11/10 11/12 15/24 16/5 21/2 21/13 36/7 36/9 44/20 58/21 72/22 73/6
also [21] 4/5 6/3 10/20 18/25 20/23 22/11 39/23 45/3 46/13 46/22 47/13 51/24 53/18 59/19 60/2 60/15 62/21 64/18 67/1 67/3 75/13
also want [1] 10/20
alter [1] 45/23
always [1] 50/8

Unofficial Copy Office of Marilyn Burgess District Clerk

## A

am [5] 3/18 31/4 39/8 58/8 58/16
amount [5] 14/25 20/1 51/13 66/21 70/12
ancillary [5] 1/19 7/10 7/12 16/21 49/16
Angelia [1] 64/19
announce [1] 3/4
announcing [1] 3/10
another [4] 16/14 35/16 57/9 69/18
answer [2] 34/24 62/11
answering [1] 8/12
any [12] 9/3 29/14 33/6 33/7 47/19 63/9 63/9 65/22 68/6 73/15 75/7 78/11
anybody [2] 23/11 26/6
anything [7] 17/13 29/14 57/13 58/20 70/5 71/24 72/3
anyway [1] 15/15
anywhere [1] 25/17
apart [1] 55/6
apologize [5] 18/21 18/22 19/15 33/23 34/19
appeal [15] 25/10 25/16 25/18 30/16 31/3 37/2 39/23 41/17 47/21 48/10 64/1 64/1 67/6 67/6 73/14
appealed [2] 33/1 36/13
Appeals [10] 9/23 30/19 31/4 33/2 47/21 47/23 48/2 48/6 48/14 62/16
appearance [2] 3/21 34/17
appellates [1] 68/12
apple [2] 10/2 48/19
applies [2] 27/12 29/24
appointed [4] 9/21 11/20 12/2 63/25
appraisals [1] 63/7
appreciate [4] 7/14 57/14 67/13 76/8
approach [3] 40/6 43/2 43/3
appropriate [2] 20/3 50/7
approximate [1] 15/3
ar [1] 41/9
Arabella [11] 12/23 12/23 14/24 24/6 24/8 24/10 31/17 31/18 37/7 45/15 75/5
are [38] 6/18 8/3 10/6 11/7 13/8 13/11 16/13 20/21 21/8 22/3 24/13 25/11 27/16 28/8 29/12 29/16 34/13 34/13 37/1 38/10 40/22 41/22 56/8 56/15 57/6 58/1 60/6 60/23 62/12 62/12 65/6 67/16 67/19 67/20 68/25 73/21 75/2 75/5
aren't [1] 68/24
arguing [1] 75/19
argument [1] 73/4
arguments [12] 37/18 37/18 37/19 37/22 38/9 38/12 41/9 55/16 56/12 61/1 67/16 69/22
around [4] 14/11 72/2 72/4 77/3
Arranda [1] 6/1
Article [1] 30/6
as [30] 3/13 5/11 6/4 10/2 10/3 13/6 13/16 14/14 15/12 19/1 19/13 23/13

Unofficial Copy Office of Marilyn Burgess District Clerk

## A

as... [18] 26/25 26/25 27/1 27/2 31/16 31/17 32/9 44/3 45/20 51/22 55/17 55/17 59/8 59/8 60/16 63/14 64/12 74/24
ask [5] 10/7 23/7 59/15 61/11 70/6
asked [13] 28/6 37/23 37/25 42/18 61/12 62/25 64/10 64/18 66/9 66/17 66/25 67/3 70/12
asking [11] 13/20 14/1 16/25 17/4 17/9 17/15 18/6 18/8 38/14 55/22 69/11
aspersions [1] 54/1
asserts [2] 27/25 28/2
asset [1] 17/20
assets [6] 29/16 31/20 62/6 62/6 63/17 66/14
assigned [2] 16/8 16/15
assignment [1] 9/23
assume [2] 8/25 23/21
Aston [2] 1/20 6/17
attached [3] 11/5 11/12 47/14
attack [2] 23/1 27/24
attempt [3] 23/10 35/21 62/18
attempting [3] 12/3 23/11 50/13
attention [1] 3/8
attorney [10] 2/15 3/13 4/17 6/17 6/19 9/19 23/22 25/24 50/5 72/20
Attorney's [2] 3/21 34/9
AUGUST [5] 1/13 1/17 30/22 39/19 41/25
August 19th [2] 39/19 41/25
August 25th [1] 30/22
authority [3] 3/18 17/7 28/20
available [1] 6/3
aware [1] 65/20
away [3] 56/1 75/12 75/15

## B

b [4] 2/10 27/22 27/23 68/7
back [5] 16/19 18/9 30/10 36/24 49/9
background [1] 67/10
bad [4] 51/11 52/5 52/19 71/6
bad-faith [1] 51/11
balance [4] 18/25 31/9 66/18 66/18
ball [1] 20/7
balls [2] 7/15 7/16
bank [1] 63/18
bankruptcy [5] 53/18 61/19 65/11 74/6 74/8
based [6] 5/22 9/11 9/11 16/13 63/15 65/16
basically [5] 11/3 14/9 15/20 18/8 54/8
basis [3] 56/7 61/15 61/16
be [38] 1/18 5/18 7/11 9/7 9/10 9/10 10/8 11/7 13/8 13/16 14/1 16/14 17/5 18/3 19/11 20/3 22/20 23/15 26/25 27/1 31/12 35/25 36/15 37/11 50/9 56/1 56/11 59/19 59/25 60/10 60/12 60/23 65/5


Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

B
be... [5] 71/12 73/9 77/1 77/6 78/6
became [1] 28/19
because [52] 5/4 5/19 5/24 6/24 9/8 9/9 15/13 15/15 15/19 15/23 16/1 16/15 16/20 16/24 19/6 21/18 22/2 24/2 26/11 27/17 28/21 29/6 30/14 32/18 33/14 34/17 35/2 44/6 49/4 49/11 50/7 55/17 55/19 55/23 56/17 56/19 56/24 57/20 58/7 58/25 61/12 61/23 62/11 63/14 64/13 65/15 66/14 73/18 75/3 75/11 76/12 76/17
become [1] 15/21
been [34] 4/19 5/25 8/8 12/3 13/12 21/2 22/18 22/25 24/6 24/7 28/15 30/15 32/25 33/1 36/7 36/10 37/4 37/14 38/12 42/6 50/7 53/12 55/5 55/19 58/21 61/24 64/24 66/20 67/12 67/12 67/12 70/6 71/16 76/6
before [11] 1/20 18/9 20/7 22/25 28/5 28/6 56/25 59/11 59/12 75/4 77/1
beginning [1] 50/23
behalf [3] 29/19 29/19 74/25
being [5] 4/24 25/12 36/13 47/2 62/12
believe [19] 3/16 4/10 4/20 5/3 12/8 13/2 16/7 18/7 33/22 35/3 35/6 35/8 35/10 64/8 69/20 75/1 75/1 75/2 75/9
belong [1] 63/17
besides [2] 7/12 30/25
best [1] 76/8
between [5] 6/22 7/24 39/4 59/20 72/12
bill [5] 13/20 13/21 13/23 15/20 15/23
bills [1] 16/9
bind [2] 66/3 75/4
bit [4] 15/7 20/17 36/25 50/2
bites [1] 48/19
bond [12] 20/1 33/4 33/7 37/25 38/1 38/3 50/20 50/22 51/13 51/16 51/23 66/20
borrow [1] 66/15
borrower [1] 74/18
both [5] 31/19 31/21 39/25 51/14 54/4
bottom [2] 41/1 57/8
break [5] 48/25 49/3 49/3 56/25 66/12
Brian [3] 2/14 3/20 34/8
Brian.Hrach [1] 2/15
brief [12] 6/20 8/11 36/14 36/15 36/23 39/1 39/13 46/11 49/14 51/4 51/6 73/17
briefed [2] 37/9 47/8
bring [1] 3/7
brought [3] 19/18 35/3 60/24
building [1] 63/5
bullied [1] 50/8
business [2] 66/1


Unofficial Copy Office of Marilyn Burgess District Clerk

**B**

**business... [1] 70/8**

**C**

**C [3] 2/2 3/1 3/22**
**call [5] 6/15 6/16 6/20 8/11 9/1**
**called [2] 12/22 66/4**
**came [1] 1/18**
**can [62] 4/11 4/17 5/18 6/5 6/5 6/8 6/16 7/1 7/3 8/8 8/17 11/18 13/14 15/23 16/20 16/21 18/7 22/20 23/24 26/7 32/13 34/10 36/17 38/2 38/19 40/3 41/2 42/21 52/24 54/17 55/1 56/12 57/5 58/22 59/1 59/2 59/6 59/15 61/8 62/5 62/11 63/15 64/9 66/9 66/10 66/12 67/2 69/2 69/23 70/20 70/20 71/23 72/4 72/19 74/24 75/1 75/3 75/4 75/13 76/9 76/16 77/1**
**can't [18] 13/19 15/14 15/18 25/16 33/15 37/8 38/8 43/20 46/17 54/11 55/11 55/18 55/18 57/9 61/11 66/19 67/4 69/23**
**cancel [1] 5/5**
**canceled [5] 4/19 5/2 5/25 6/3 8/8**
**cannot [2] 29/11 37/11**
**car [1] 45/22**
**care [1] 54/15**
**Caroline [1] 78/21**
**case [43] 3/2 5/11 6/24 9/10 9/23 9/24 10/1 10/1 11/21 13/10 13/21 15/19 15/22 16/14 17/8 17/9 18/6 21/1 24/5 24/7 24/11 24/22 27/20 29/22 31/2 33/4 33/6 33/21 34/16 36/13 50/22 54/20 54/22 54/24 60/14 62/23 63/1 63/3 67/25 68/21 72/22 73/22 74/10**
**cases [5] 9/25 16/13 27/16 51/14 74/20**
**cause [17] 1/1 1/6 1/20 17/25 17/25 27/25 30/3 32/2 33/16 33/17 33/18 33/18 33/23 34/1 50/25 52/6 78/7**
**causing [1] 53/13**
**certain [1] 70/16**
**certified [2] 1/22 10/6**
**certify [3] 78/5 78/10 78/13**
**chain [2] 21/1 67/2**
**chamber [1] 26/12**
**chambers [1] 78/8**
**chance [5] 57/23 58/24 60/20 60/22 73/12**
**changed [1] 19/12**
**changes [1] 63/16**
**characterization [1] 26/20**
**charging [6] 29/9 43/15 43/16 45/19 65/25 73/23**
**chase [2] 32/19 63/19**
**chooses [1] 69/3**
**CHOUDHRI [28] 1/2 1/7 2/4 2/4 3/3 3/7 3/11 9/24 11/25 12/20 18/7 18/11 27/10 31/14 33/1 34/18 35/7 45/16 46/7 47/4 47/6 47/17 51/3 51/9 55/9 62/17 63/4**

Unofficial Copy Office of Marilyn Burgess District Clerk

Unofficial Copy Office of Marilyn Burgess District Clerk

C
CHOUDHRI... [1] 71/24
Choudhri's [1] 31/3
circling [1] 56/21
circus [1] 50/2
cite [2] 9/12 61/11
cited [1] 27/16
CITY [7] 1/4 3/3 3/24 5/12 5/23 13/9 21/11
civil [1] 68/10
claim [3] 27/20 65/3 68/5
claiming [2] 4/23 30/10
claims [2] 28/24 37/1
clar [1] 9/6
clarify [1] 70/19
clarifying [1] 59/15
clear [2] 11/7 50/13
clerk [4] 6/23 7/25 39/5 72/13
client [1] 9/19
clock [1] 77/4
clouded [1] 74/10
co [1] 69/12
Code [1] 66/1
cognizable [1] 68/6
collect [1] 12/4
collected [2] 66/12 70/15
come [3] 29/17 33/14 34/10
comes [1] 63/22
coming [3] 48/18 70/18 76/20
companies [1] 23/24
company [4] 30/13 45/19 74/8 74/17
completely [3] 29/19 63/24 67/16
complicated [2] 35/22 71/7
computer [3] 1/23 33/15 38/21
con [1] 23/12
conceded [1] 32/10
condo [4] 12/24 24/19 32/8 43/8
conduct [2] 52/19 60/16
conducting [1] 55/20
conducts [1] 65/24
confess [1] 74/25
confirm [2] 6/4 8/7
confirmation [4] 4/16 8/15 8/20 8/22
confirmed [2] 5/2 31/17
conflates [1] 73/4
confuse [1] 7/7
conservatorship [1] 74/24
consider [1] 58/22
consideration [2] 41/8 41/17
considered [2] 39/20 51/1
considering [3] 60/8 60/13 60/15
consolidated [1] 50/24
constable [2] 1/9 34/5
Constitution [4] 27/14 28/13 30/1 30/7
constitutional [5] 27/11 28/3 28/24 68/5 68/9
constitutionally [2] 22/23 28/1
contacted [2] 45/3 67/3
contains [1] 78/5
contempt [1] 53/19
contend [1] 75/10
contest [1] 51/7
contested [1] 4/1
contests [1] 51/2
context [2] 50/15 53/9
continually [1] 48/16

C
continue [3] 31/6 60/7 60/10
continues [2] 59/24 66/2
continuous [1] 56/20
contradicting [2] 43/12 43/13
control [5] 4/23 13/13 14/18 45/14 74/23
conversion [1] 30/7
cooking [1] 16/19
copies [4] 10/6 10/15 20/24 41/7
copy [7] 6/7 11/17 11/19 19/18 40/20 50/23 52/24
correct [10] 33/3 35/9 39/24 41/18 42/15 50/10 54/19 58/2 64/4 78/5
correctly [1] 78/10
cost [2] 52/7 78/13
couldn't [1] 45/8
counsel [8] 18/4 37/17 38/4 42/2 59/21 64/11 72/17 78/6
COUNTY [14] 1/3 1/8 1/10 1/21 2/15 3/15 3/21 8/4 16/12 16/6 34/9 78/2 78/5 78/21
couple [1] 16/10
course [2] 15/3 35/4
court [99]
Court of [1] 8/4
Court's [7] 15/24 16/11 27/13 27/24 29/25 57/9 61/23
courts [2] 14/11 71/8
crazy [1] 65/7
created [2] 74/7 74/22
creating [1] 43/18
creditor [1] 31/20
creditors' [3] 51/3 51/5 51/6
cross [1] 10/20
crossed [1] 19/5
CSR [1] 78/19
culmination [1] 11/23
current [1] 60/14
currently [1] 16/7
cust [1] 67/7
custodia [14] 13/12 13/16 13/17 22/21 27/9 27/12 27/15 27/18 27/19 29/24 30/2 37/20 38/14 68/8
custody [3] 14/18 27/13 29/25
cut [1] 32/19
CV [1] 48/6

D
D [2] 3/1 51/1
dad [1] 65/2
damage [1] 17/25
danger [1] 55/17
dash [4] 20/22 20/23 20/23 20/23
date [3] 19/19 75/22 78/19
dated [2] 49/1 49/25
day [18] 1/17 23/8 25/6 26/8 28/11 29/13 31/11 42/7 44/2 44/7 55/2 61/25 64/23 74/3 76/15 77/1 77/9 78/16
days [3] 16/10 16/10 51/23
deal [1] 17/21
dealing [2] 29/22 39/8
debtor [3] 24/19 32/8 43/9
debtors [1] 52/3
dec [1] 30/4
deceased [1] 65/11
decided [2] 21/5

Unofficial Copy Office of Marilyn Burgess District Clerk

D
decided... [1] 43/17
decision [8] 47/17 55/2 56/13 58/7 59/8 59/10 59/18 71/11
decisions [1] 69/12
declaration [3] 25/24 64/12 72/16
declaratory [1] 30/4
deed [10] 13/15 21/7 26/7 28/14 28/14 28/15 29/3 30/14 31/13 42/10
deeds [17] 20/20 20/21 20/22 21/6 24/12 24/13 26/2 26/2 28/7 28/8 37/1 43/18 45/10 47/2 47/14 47/14 64/24
defeats [1] 76/20
defendant [5] 1/10 2/14 35/8 35/9 48/7
Defendant's [1] 30/20
defendants [4] 1/5 19/3 19/12 51/13
defendants' [2] 51/4 51/7
defunct [2] 30/11 45/15
delay [2] 52/5 52/7
delays [2] 51/25 53/13
denied [11] 5/18 9/7 13/22 37/24 38/1 38/10 40/1 41/1 41/19 42/23 62/19
deposition [1] 74/15
Derek [3] 38/4 64/12 73/3
describe [1] 20/25
destroy [1] 15/12
details [1] 35/5
determination [1] 70/1
determine [2] 13/14 29/7
determined [3] 23/13 31/24 67/12
did [7] 3/14 34/20 43/23 45/7 55/24 58/4 62/17
didn't [2] 27/7 45/10
different [6] 18/9 22/3 22/4 37/25 73/5 75/22
direct [1] 65/23
directs [1] 13/6
disagree [1] 73/20
discuss [2] 20/18 21/17
discussing [1] 32/6
discussion [5] 6/22 7/24 39/4 59/20 72/12
dismiss [6] 54/20 54/23 55/25 56/7 60/14 71/23
dispute [4] 28/4 31/23 65/19 68/11
disruption [1] 31/25
dissolve [11] 4/13 24/18 32/4 54/19 55/24 56/7 60/14 61/4 61/10 61/15 67/22
distinction [1] 15/21
distinguishable [1] 27/17
distribution [1] 73/24
district [11] 1/2 1/5 1/7 1/10 8/4 9/21 31/18 34/25 69/19 78/4 78/20
divorce [1] 65/4
do [26] 4/21 7/12 11/17 21/16 24/3 27/1 29/14 31/19 33/16 33/19 35/1 55/11 55/12 56/8 57/17 58/13 65/23

Unofficial Copy Office of Marilyn Burgess District Clerk

## D


do... [9] 69/15 69/20 69/23 71/23 73/12 73/12 73/14 75/3 78/5
docket [2] 46/6 47/3
doctrine [4] 27/9 27/12 29/24 68/8
document [5] 18/23 36/1 40/19 40/21 67/20
documentary [1] 10/25
documentation [1] 73/7
documents [2] 37/10 47/2
does [10] 14/21 22/5 22/22 23/20 27/9 28/25 30/12 37/10 67/17 68/8
doesn't [11] 18/12 25/17 37/6 37/9 37/10 47/23 48/2 56/3 57/12 64/2 73/22
dog [1] 10/3
doing [9] 6/18 28/18 29/20 31/6 34/17 55/4 60/4 64/3 64/4
dollar [1] 29/18
dollars [7] 15/9 15/14 20/2 29/16 53/14 63/6 66/13
don't [39] 3/16 5/21 7/7 7/21 9/6 11/18 19/2 22/21 24/1 27/1 33/13 33/16 33/17 35/4 38/7 38/20 43/5 50/6 55/3 57/20 58/1 58/2 58/13 60/18 65/16 65/22 68/21 69/13 69/14 70/20 71/14 72/1 73/14 74/25 75/1 75/2 75/4 75/6 75/11
done [7] 23/23 54/14 62/25 63/8 68/15 68/24 74/22
Donna [3] 78/4 78/18 78/19
door [1] 64/14
double [1] 50/6
down [3] 5/5 32/22 66/12
draft [1] 72/10
dude [1] 69/9
due [4] 24/9 26/6 31/9 36/12


## E


e [29] 2/2 2/2 3/1 3/1 4/10 5/25 6/5 6/7 6/12 7/20 7/22 29/8 34/21 54/13 62/8 62/15 63/19 63/22 64/8 64/10 64/11 64/20 65/9 65/18 65/19 65/20 65/21 67/1 72/24
e-mail [18] 4/10 5/25 6/5 6/7 6/12 7/20 7/22 34/21 54/13 62/15 63/19 64/8 65/9 65/18 65/19 65/20 65/21 67/1
e-mailed [4] 64/10 64/11 64/20 72/24
e-mails [3] 29/8 62/8 63/22
each [3] 41/18 45/1 54/3
earlier [5] 50/14 50/17 56/18 62/19 69/8
easiest [1] 57/8
echo [1] 26/12
effective [1] 37/5
eFiled [1] 60/22
ego [1] 45/23
either [3] 31/13 59/9 60/22
element [1] 32/10
else [4] 26/13 57/13 71/24 72/3


Unofficial Copy Office of Marilyn Burgess District Clerk

# E


emergency [12] 4/12 4/20 9/8 9/12 24/17 32/4 43/7 48/8 48/13 54/8 61/5 61/11
end [8] 14/15 15/19 20/21 25/5 70/8 72/6 76/15 77/1
ends [1] 34/1
enforcement [3] 39/21 41/15 48/8
enjoin [4] 15/23 16/20 16/22 57/9
enjoined [3] 17/5 55/10 55/10
enjoining [4] 5/23 15/20 55/25 60/3
enter [1] 66/2
entered [6] 25/19 42/10 44/21 50/21 55/19 63/10
entering [1] 61/6
entire [1] 54/23
entities [4] 29/12 60/4 66/4 74/7
entitled [6] 1/19 13/6 13/11 21/11 21/19 31/11
entity [10] 12/22 23/18 23/19 23/20 45/18 46/4 46/19 65/12 73/23 73/24
entry [1] 63/3
equal [1] 69/13
equities [1] 31/9
equity [1] 31/8
error [1] 19/16
especially [1] 29/12
estate [1] 64/24
et [1] 1/4
evaluating [1] 15/24
even [13] 13/15 23/1 26/2 28/13 30/25 30/25 43/14 43/15 45/4 45/10 54/13 57/21 62/7
eventual [1] 16/21
eventually [2] 13/22 16/19
ever [1] 75/3
every [2] 28/11 45/21
everybody [1] 25/6
Everybody's [1] 76/5
Everyone's [1] 71/5
everything [3] 43/25 55/3 69/21
evicting [1] 58/9
eviction [2] 35/20 35/21
evidence [19] 10/20 10/23 10/25 10/25 11/4 23/7 25/21 26/3 28/5 42/7 42/11 43/10 44/11 46/18 47/19 57/3 64/6 64/17 78/6
evidentiary [7] 42/8 42/24 44/3 44/4 44/5 44/8 63/22
ex [2] 17/25 65/3
ex-wife [1] 65/3
examination [1] 10/21
example [1] 65/13
excited [1] 25/3
exclusive [1] 47/12
exclusively [2] 45/16 46/22
excused [2] 71/13 77/6
execute [1] 15/25
executing [1] 55/11
execution [2] 27/21 30/5
exempt [4] 27/14 27/19 30/1 30/5
exhibit [5] 11/14 13/2 47/15 64/9 64/10
Exhibit 4 [1] 13/2
exhibits [6] 10/4 10/9 11/8 45/8 45/9 78/11
exists [2] 28/3


Unofficial Copy Office of Marilyn Burgess District Clerk

## E


exists... [1] 45/21
expel [1] 47/11
experience [1] 16/8
expert [1] 42/17
Expiration [1] 78/19
expired [1] 45/15
expound [1] 36/17
express [1] 57/5
expunged [6] 20/21 26/2 26/8 28/15 47/2 47/13
expungement [1] 47/1
expunges [1] 28/7
extend [1] 77/1


## F


Facsimile [2] 2/7 2/17
fact [10] 23/1 24/13 26/5 28/24 30/9 30/17 46/17 47/20 47/22 62/15
fair [1] 26/20
faith [2] 51/11 52/5
fall [1] 55/6
false [1] 26/15
far [1] 56/5
fast [4] 7/11 18/21 26/25 27/2
favor [2] 19/1 31/9
fee [1] 46/4
feel [1] 72/4
feeling [1] 53/9
feelings [1] 76/7
feels [1] 50/1
Felipe [6] 2/5 12/7 12/8 12/11 15/6 46/5
few [7] 26/10 30/3 43/23 46/3 63/23 64/7 66/13
fifty [2] 20/14 63/6
fifty million [1] 63/6
fight [1] 34/16
fil [1] 47/4
file [15] 5/1 16/9 23/6 59/1 59/6 59/9 59/9 68/11 69/2 70/6 70/8 70/16 74/2 74/4 75/16
filed [46] 4/4 10/12 13/21 16/9 16/16 23/16 24/6 25/12 30/22 32/7 34/19 35/10 37/21 46/7 47/4 47/6 47/7 47/17 48/10 48/12 51/4 51/6 52/3 52/3 52/4 52/5 52/6 54/18 55/21 55/24 56/18 58/21 58/23 58/25 62/21 64/12 65/2 65/4 67/12 67/23 70/6 72/17 72/21 73/7 73/11 74/10
filing [2] 68/18 74/7
final [1] 13/15
finding [4] 22/20 45/25 66/23 67/1
finds [1] 18/25
fine [1] 4/8
finish [12] 14/14 20/6 20/9 24/23 25/1 41/4 42/21 49/9 51/21 58/5 59/4 71/5
finished [1] 69/8
firm [2] 2/11 9/20
first [7] 4/8 21/7 22/6 22/7 27/8 30/23 61/3
five [1] 30/8
fix [1] 19/8
floor [3] 2/16 15/6 78/21
flust [1] 49/12
follow [1] 70/21
followed [1] 66/10
following [1] 1/18
foreclosing [1] 5/4
foreclosure [3] 4/14 5/24 5/24
foregoing [1] 78/5
Fortunately [1]


Unofficial Copy Office of Marilyn Burgess District Clerk

F

Fortunately... [1] 62/24
forty [1] 63/6
forum [1] 68/25
forward [6] 4/18 5/21 7/21 54/11 60/12 61/8
forwarded [1] 63/21
found [1] 65/5
four [6] 15/9 15/13 20/14 28/9 28/10 30/15
four-and-a-half-million [1] 15/9
Fourteenth [7] 9/22 25/10 25/14 25/17 30/18 48/6 73/11
Fourth [1] 19/21
Friday [4] 59/12 74/16 76/15 77/1
front [4] 33/24 61/4 75/5 75/6
frozen [2] 63/18 66/6
frus [1] 27/7
full [2] 22/23 44/4
fundamental [1] 31/1
fundamentally [1] 73/5
further [3] 60/16 78/10 78/13
furtherance [1] 60/19
future [1] 54/9

G

G [1] 3/1
Galleria [2] 15/7 65/9
general [1] 18/3
gentleman [1] 72/20
get [15] 6/7 7/15 8/25 13/22 16/11 16/19 43/16 46/17 49/12 59/2 64/4 66/19 72/17 75/15 76/16
gets [1] 13/23
getting [3] 33/14 49/12 50/8
give [11] 8/8 8/17 10/1 21/6 21/20 37/1 38/19 50/14 52/24 62/6 62/7
given [3] 10/25 21/13 36/12
giving [1] 47/10
go [18] 4/3 5/21 20/19 22/17 24/15 26/13 29/5 30/12 31/4 32/21 35/4 36/21 46/12 54/11 56/1 61/8 70/5 74/24
goes [2] 4/12 17/23
going [54] 5/15 5/21 6/12 6/15 8/4 10/5 13/22 15/13 15/21 15/25 17/20 17/24 19/8 21/9 21/18 32/18 34/25 35/21 35/25 44/5 48/24 49/2 49/3 50/5 52/1 53/9 54/6 54/7 54/10 54/12 54/14 55/6 55/14 55/15 56/13 56/25 58/7 58/16 60/3 60/9 60/10 60/12 60/17 64/3 65/19 67/11 69/21 71/2 71/9 71/10 71/17 72/2 72/10 76/12
good [1] 77/8
got [7] 7/16 7/16 7/22 35/18 35/20 49/4 54/13
gotten [3] 61/12 65/3 75/12
grant [1] 31/24
granted [1] 21/22
groundless [1] 52/4
grounds [1] 13/10
guess [2] 17/24 75/18

Unofficial Copy Office of Marilyn Burgess District Clerk

**G**

guys [2] 6/18 7/10

**H**

H [2] 3/22 3/22
H-R-A-C-H [1] 3/22
had [27] 4/20 4/25 29/13 40/14 41/15 42/6 44/7 44/9 44/11 46/15 46/16 47/19 47/19 47/20 50/18 51/16 56/17 56/18 56/18 57/21 58/24 60/19 60/21 64/23 70/17 73/12 74/17
hadn't [1] 26/2
half [3] 15/9 15/14 28/10
hand [3] 32/13 39/20 78/16
handed [2] 32/25 40/25
handle [1] 14/21
handling [1] 3/24
hang [4] 12/10 38/23 40/17 71/4
happen [2] 56/3 56/14
happened [5] 13/24 18/13 22/2 51/24 57/7
happening [2] 35/19 50/15
happens [3] 13/14 19/12 34/14
happy [4] 56/11 62/9 62/10 74/20
harass [1] 52/6
hardship [1] 18/25
hardships [1] 19/2
harm [1] 55/7
HARRIS [14] 1/3 1/8 1/10 1/21 2/15 3/15 3/20 8/4 16/12 26/6 34/9 78/2 78/4 78/21
harriscountytx.gov [1] 2/15
has [44] 4/19 4/21 5/24 11/4 13/10 14/14 14/24 15/8 21/1 28/15 28/23 29/1 29/9 30/8 30/15 31/12 33/4 35/7 35/8 38/13 40/14 42/6 43/19 43/21 48/17 50/5 51/15 53/19 55/9 61/5 61/24 62/5 62/19 62/24 63/10 63/17 65/2 66/4 68/12 68/12 72/2 72/7 74/10 75/7
hasn't [5] 13/24 53/14 58/21 60/19 70/6
have [120]
haven't [7] 23/16 37/4 55/21 56/4 57/21 58/24 60/21
having [1] 33/23
he [108]
he's [64] 4/2 4/23 9/20 9/20 11/3 11/4 12/3 18/8 21/18 21/19 23/25 24/21 25/15 25/16 28/20 29/15 29/16 29/17 29/17 29/20 31/2 34/4 36/11 37/19 38/13 38/14 41/9 44/4 46/21 48/10 48/16 48/18 53/12 53/19 55/12 55/14 55/15 55/20 56/23 57/2 61/24 62/8 63/8 63/18 63/20 63/25 64/3 64/4 64/5 65/19 65/19 65/20 66/6 67/3 69/1 70/14 70/15 71/15 71/17 74/22 74/22 74/23 74/24 75/11
hear [9] 4/8 8/19 8/22 28/23 33/8 33/13 34/13 57/5


Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

# H


hear... [1] 70/20
heard [6] 1/18 5/12 34/12 38/9 51/15 71/1
hearing [49] 22/25 25/20 25/20 25/21 26/4 28/5 35/1 37/15 38/6 40/11 40/14 40/23 41/23 42/8 42/11 42/13 42/16 42/24 43/11 44/3 44/4 44/5 44/8 44/12 44/13 44/14 46/15 46/16 46/17 47/18 50/18 50/25 51/16 51/24 52/25 53/2 61/21 61/24 61/25 61/25 62/20 64/13 66/19 66/21 68/16 70/17 72/20 74/6 76/19
hearing's [1] 76/21
hearings [5] 37/14 37/15 50/20 62/1 76/17
held [4] 1/21 15/16 42/13 50/24
henchman [1] 64/25
her [3] 6/15 42/18 45/4
here [39] 3/13 5/25 12/7 18/24 23/1 23/9 23/10 23/22 25/14 27/18 27/23 30/8 34/4 34/13 37/22 41/12 43/6 43/7 43/24 44/22 45/13 46/19 47/22 50/23 57/4 62/8 62/9 62/14 62/16 62/23 63/20 64/8 65/17 65/19 66/8 66/17 69/11 71/15 76/6
Here's [1] 67/1
hereby [1] 78/5
high [4] 15/6 24/19 32/8 43/8
high-rise [4] 15/6 24/19 32/8 43/8
him [16] 4/3 4/8 18/9 20/7 25/1 37/1 38/4 44/6 51/21 55/22 61/1 62/10 68/14 70/19 70/20 72/2
himself [1] 18/7
his [41] 5/9 9/20 11/5 13/13 24/14 25/14 29/8 29/8 29/8 31/14 32/11 33/18 34/1 35/9 36/12 37/11 37/18 37/18 37/19 38/7 39/20 39/23 45/13 47/5 47/21 48/13 48/18 50/20 52/1 52/18 52/19 53/20 55/20 60/15 60/16 60/19 61/2 68/23 73/11 75/7 75/18
hold [2] 46/9 75/17
Holder [1] 65/10
holds [2] 67/4 67/6
home [8] 22/23 24/20 28/9 30/8 58/8 58/10 66/15 67/13
homestead [29] 4/24 22/19 22/22 24/1 25/18 26/7 27/11 27/14 28/1 29/15 30/1 30/5 31/15 31/15 32/10 32/10 37/8 37/11 37/18 38/7 38/8 42/10 43/13 43/19 44/3 44/10 47/5 47/8 75/10
Honor [120]
Honorable [1] 1/20
HOUSTON [11] 1/4 1/21 2/6 2/12 2/16 3/3 3/24 12/9 13/10 21/12 78/22
how [5] 5/21 26/5 26/6 27/10 76/11


Unofficial Copy Office of Marilyn Burgess District Clerk

## H

however [3] 33/1 35/1 72/5
Hrach [3] 2/14 3/20 34/8
huge [2] 43/18 74/23
human [1] 27/4
hundred [8] 20/2 30/11 30/12 30/13 43/14 45/17 47/24 74/9
hundreds [1] 53/13

## I

I [340]
I expound [1] 36/17
I wasn't [1] 53/15
I'd [14] 5/12 10/7 17/7 23/2 23/4 26/15 43/1 52/9 57/4 65/12 68/11 72/16 72/18 72/18
I'll [16] 19/10 20/24 21/6 26/25 28/20 30/17 31/6 31/10 39/19 53/17 66/7 73/2 73/9 76/25 77/2 77/3
I'm [61] 3/12 3/12 3/16 4/5 5/9 5/15 6/17 7/9 7/12 9/18 10/5 14/7 15/25 18/18 19/8 20/24 22/25 31/11 31/25 32/16 34/8 34/17 34/19 36/1 36/1 41/6 41/6 43/25 44/22 50/8 52/1 53/8 54/5 54/7 58/7 59/5 60/17 62/9 62/10 65/6 67/11 67/21 69/6 69/9 69/9 69/16 69/21 71/9 71/10 72/2 72/6 72/10 74/6 74/14 74/14 74/15 74/15 74/19 74/21 76/12 76/17
I'm going [1] 76/12
I've [30] 4/10 4/12 5/12 7/15 7/16 17/13 21/13 21/22 24/20 28/9 30/8 34/12 45/3 46/15 46/15 49/4 50/17 60/23 62/21 64/10 64/11 64/11 64/20 64/20 64/24 66/7 66/8 66/25 70/11 71/16
ignore [1] 45/20
illegally [1] 63/19
immediate [1] 55/4
immune [1] 68/9
impatient [1] 27/7
important [2] 15/22 58/13
improper [1] 52/4
inaccurate [1] 27/22
inapplicable [2] 27/23 68/7
inclined [1] 8/15
included [1] 78/7
includes [1] 31/21
including [2] 23/12 66/14
incorrectly [2] 35/3 35/7
increase [1] 52/7
independent [3] 27/25 28/2 68/5
individual [1] 30/15
information [2] 5/7 67/10
injunction [3] 19/1 28/16 73/5
instances [1] 31/22
instead [1] 55/23
intention [1] 28/12
interest [1] 74/17
interfere [2] 23/11 23/12
interference [1] 4/22
interfering [2] 56/22 64/5


Unofficial Copy Office of Marilyn Burgess District Clerk

I
interjection [1] 63/9
interlocutory [1] 68/20
interrupting [1] 71/6
interruption [1] 49/16
intertwined [1] 33/15
Intervenor's [2] 10/9 11/14
intervention [8] 4/4 18/11 23/2 24/14 24/17 32/4 43/7 45/13
involved [1] 71/8
involvement [1] 63/9
involving [1] 64/5
irreparable [1] 55/6
is [217]
is four [1] 20/14
is the [1] 26/11
isn't [1] 61/18
issue [18] 7/3 12/6 14/8 17/16 19/10 23/17 25/12 31/1 32/1 39/9 54/15 57/10 58/17 68/13 68/20 69/3 73/18
74/21
issued [2] 13/8 67/17
issues [12] 3/24 16/4 25/11 28/22 32/6 38/3 41/23 47/7 60/7 60/13 60/23 68/23
it [97]
it voids [1] 20/18
it'll [1] 16/19
it's [67] 4/1 4/10 5/19 5/22 6/5 10/1 12/10 12/22 13/7 13/13 13/17 15/5 15/7 15/15 15/19 15/20 15/24 16/7 16/12 16/15 18/10 19/5 20/22 21/4 22/24 24/7 25/5 26/5 26/11 29/4 30/10 30/11 30/12 30/14 32/10 32/13 35/24 37/9 37/9 38/2 38/16 39/19 43/12 45/12 45/17 47/24 50/25 56/13 56/17 57/7 58/8 58/8 60/22 61/1 62/23 64/4 65/7 65/7 66/13 67/5 67/7 67/10 67/13 68/21 72/19 75/9
75/10
its [3] 15/24 16/6 16/22
itself [1] 15/21
J
J [1] 2/14
jetallcapital.com [1] 2/5
join [1] 35/1
joint [2] 51/4 51/6
jointly [1] 63/11
JP [1] 47/12
judge [58] 1/20 6/17 9/22 13/1 13/5 13/11 13/25 14/2 14/13 14/14 14/21 17/21 21/2 22/25 23/15 25/9 25/11 25/13 25/22 25/24 33/25 36/1 36/6 37/17 38/1 38/9 38/13 39/18 42/9 42/19 42/23 45/6 47/9 47/17 48/12 48/20 49/7 49/8 49/11 49/16 49/20 49/22 50/3 50/4 50/21 52/15 53/19 55/11 63/1 67/15 67/24 68/1 68/15 68/23 69/2 71/1 71/17 72/19

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

## J


judgment [32] 9/20 14/24 15/3 15/24 15/25 16/14 24/19 27/21 27/24 28/25 29/18 30/4 30/24 31/20 32/8 43/9 43/9 51/3 51/5 51/6 51/14 52/3 57/3 62/5 62/14 63/3 63/10 63/15 63/25 66/11 66/20 68/14
judgments [1] 66/3
judicata [3] 21/4 24/4 24/4
judicial [6] 1/5 1/10 24/18 34/24 78/4 78/20
judicially [1] 73/19
July [9] 13/3 14/15 18/14 20/17 38/18 40/10 40/21 42/10 47/9
July 28 [1] 47/9
July 28th [7] 13/3 18/14 20/17 38/18 40/10 40/21 42/10
jurisdiction [15] 24/2 25/18 28/23 29/1 30/24 32/5 35/2 47/23 48/2 64/2 64/2 65/6 68/13 69/17 69/18
jurisdictional [5] 7/2 23/17 56/8 67/16 73/4
jury [2] 7/16 49/4
just [72] 3/7 3/9 7/9 7/12 9/5 9/7 11/3 17/4 17/6 18/16 19/17 20/24 22/1 22/5 22/6 23/2 23/4 24/2 24/12 24/15 26/9 26/23 27/7 28/21 29/22 30/17 32/2 32/17 32/19 34/13 34/25 35/10 36/25 38/23 38/25 40/22 43/2 43/19 43/20 43/23 46/2 46/9 49/9 50/19 52/23 52/24 54/7 54/7 56/17 56/24 57/4 57/5 57/5 61/7 63/6 64/8 64/22 65/6 65/6 65/12 65/25 66/7 67/14 68/3 70/20 72/9 72/14 72/15 72/18 72/19 74/22 75/5


## K


keep [1] 71/17
key [1] 25/13
kind [3] 4/11 67/10 76/20
King [3] 78/4 78/18 78/19
kink [1] 35/16
know [26] 7/10 18/6 23/8 25/3 25/5 33/16 34/19 45/21 53/2 57/20 58/1 58/2 58/22 59/8 60/18 60/18 61/7 62/2 63/14 65/16 73/14 75/1 75/10 75/17 76/25 77/2


## L


L [1] 1/20
lack [1] 68/13
lacks [3] 30/23 31/1 69/17
lady [1] 23/22
Lamar [1] 2/16
language [1] 20/17
large [1] 63/5
last [8] 3/22 12/3 39/19 40/11 40/16 44/14 58/24 60/22
late [1] 58/24
later [2] 16/1 65/5
law [11] 2/11 23/20 29/5 29/6 29/7 31/19 48/17 58/3 68/21 68/22 73/22
lawfully [3] 27/13 27/18 29/25


Unofficial Copy Office of Marilyn Burgess District Clerk

## L


lawsuit [5] 27/23 27/24 28/2 35/4 45/11
lawyer [3] 8/5 65/11 67/2
lawyers [3] 62/8 65/9 67/3
least [1] 50/9
leave [2] 71/15 72/5
left [1] 49/19
legis [14] 13/12 13/16 13/17 22/21 27/9 27/12 27/15 27/18 27/19 29/24 30/2 37/20 38/14 68/8
lengthy [3] 46/8 47/4 51/16
less [1] 4/1
let [29] 4/3 4/3 9/25 14/13 18/16 20/9 22/8 22/8 25/1 25/6 32/17 33/8 33/11 33/13 40/17 41/4 51/21 51/21 58/5 58/22 59/4 59/8 61/1 61/1 69/17 72/2 75/17 76/25 77/2
let's [3] 7/4 21/24 29/21
lien [2] 66/5 66/5
liens [1] 66/3
life [1] 49/16
lightly [1] 58/14
like [32] 5/13 5/14 7/3 7/10 7/19 8/18 8/18 10/14 19/21 23/2 23/4 23/8 26/17 35/24 41/8 42/18 43/1 50/1 56/24 57/4 58/25 65/13 67/5 67/7 68/11 72/4 72/17 72/18 72/18 75/5 75/16 76/17
Lilly [1] 5/25
Linebarger [4] 4/17 6/17 8/3 63/21
lis [1] 65/3
listed [1] 15/8
litigation [3] 11/25 52/8 54/10
little [6] 19/1 20/17 23/3 36/25 49/12 50/2
live [1] 28/11
lived [3] 24/20 28/9 30/8
lives [4] 24/19 32/8 43/9 43/21
living [2] 26/7 31/25
LLC [18] 12/23 14/24 29/4 30/10 31/17 31/18 31/20 31/21 37/10 43/14 45/15 45/16 45/21 46/21 63/12 73/20 75/6 75/8
LLC's [2] 24/6 29/17
LLCs [8] 29/10 29/11 29/12 29/19 43/17 43/17 65/23 65/24
loan [1] 74/18
local [2] 16/13 70/21
long [3] 11/24 50/25 55/17
look [13] 5/15 7/20 28/6 45/10 56/11 56/13 57/21 57/23 58/17 58/20 69/21 73/2 73/25
looking [1] 16/5
looks [1] 35/24
Loop [1] 65/10
lose [1] 31/10
loss [1] 31/10
lot [5] 4/22 23/23 23/23 24/3 76/7
lots [1] 74/7


## M


ma'am [47] 3/25 7/6 7/18 8/21 8/24


Unofficial Copy Office of Marilyn Burgess District Clerk

# M

ma'am... [42] 11/16 12/15 14/16 14/19 18/2 18/5 18/17 19/9 20/11 20/13 20/16 25/2 25/4 32/20 32/23 35/17 35/23 36/3 36/24 38/22 39/10 39/12 39/16 40/18 41/13 41/20 42/1 49/17 54/16 57/16 57/19 58/11 58/15 59/13 60/11 69/16 69/24 70/2 70/7 72/8 76/10 77/7
Machine [1] 1/23
made [19] 22/7 22/17 22/18 23/25 25/15 34/24 35/7 35/8 42/6 42/7 50/14 57/2 62/12 63/20 68/18 68/18 69/2 73/24 74/18
mail [18] 4/10 5/25 6/5 6/7 6/12 7/20 7/22 34/21 54/13 62/15 63/19 64/8 65/9 65/18 65/19 65/20 65/21 67/1
mailed [4] 64/10 64/11 64/20 72/24
mails [3] 29/8 62/8 63/22
main [2] 8/2 57/10
make [18] 3/21 6/6 6/8 22/1 26/20 32/17 35/5 54/14 55/1 56/13 58/7 59/8 59/10 61/1 69/25 71/9 76/8 76/14
makes [2] 26/12 43/8
making [6] 34/17 41/9 59/19 65/7 69/22 71/11
many [2] 7/15 71/16
March [6] 49/1 50/1 50/22 50/24 52/22 61/18
March 2025 [1] 61/18
March 3rd [1] 50/24
March 6 [1] 52/22
market [1] 55/18
married [1] 65/4
material [1] 50/13
matter [1] 57/12
may [17] 4/9 8/25 9/14 26/23 38/24 40/6 42/4 43/2 43/3 56/16 61/18 63/14 67/1 71/12 72/5 74/2 77/6
me [53] 4/3 4/24 5/2 10/1 14/14 18/16 20/9 22/8 22/8 23/3 23/12 25/18 32/17 33/8 33/11 33/13 33/24 36/16 40/17 41/4 43/14 43/21 44/24 45/18 46/22 52/24 55/3 57/5 58/3 58/5 58/22 59/4 61/1 62/6 62/7 62/19 63/9 63/11 63/18 63/21 65/4 66/10 66/11 66/14 66/17 66/18 69/14 69/17 70/13 70/13 72/3 72/6 78/8
mean [1] 19/2
meaning [1] 47/2
meantime [2] 55/12 58/19
meet [1] 45/4
meeting [1] 4/25
member [1] 31/21
membership [1] 63/12
mention [4] 43/16 63/24 64/8 67/14
mentioned [1] 66/22
Mercer [2] 65/18

Certified Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

M

Mercer... [1] 65/22
merit [1] 31/1
meritless [1] 67/16
mess [2] 43/18 74/23
messages [1] 45/4
messed [1] 7/15
met [1] 38/4
Michael [3] 2/9 3/12 9/18
midnight [2] 58/25 71/18
might [4] 6/25 45/20 59/2 72/7
might get [1] 59/2
might've [1] 19/4
Milestone [1] 66/4
million [8] 15/9 15/14 29/18 38/2 63/6 63/11 66/5 66/13
millions [1] 29/16
Milliron [6] 13/25 14/2 14/4 14/5 14/6 14/7
Milliron in [1] 14/2
Milliron's [2] 14/21 14/23
mine [3] 30/14 65/1 75/22
minute [2] 9/3 48/20
mischaracterized [1] 26/19
mischaracterizing [1] 26/18
misrepresentation [2] 44/7 62/3
misrepresentations [1] 63/20
misrepresented [1] 63/19
missed [1] 17/13
misstatement [1] 50/13
mixed [1] 33/15
modify [2] 39/24 41/17
Mokaram [3] 51/7 51/10 51/11
mom [4] 43/21 56/22 65/2 74/9
mom's [2] 74/8 74/17
Monday [1] 74/16
money [1] 66/15
moot [4] 4/10 5/9 5/17 5/19
more [9] 15/7 20/17 46/3 59/10 61/11 64/7 66/6 67/15 75/16
most [3] 11/24 45/18 76/9
mother's [1] 63/18
motion [43] 10/5 11/5 11/13 23/6 23/16 24/17 25/22 26/1 26/1 30/20 31/1 32/4 39/21 39/23 39/24 39/25 41/11 41/15 41/17 42/12 42/14 43/7 43/11 44/16 44/19 45/6 45/7 46/5 46/23 46/24 46/25 47/17 48/8 48/13 51/12 54/19 55/24 56/7 61/10 62/21 63/2 64/17 69/5
motions [7] 37/21 38/10 41/8 41/18 51/8 51/10 69/2
move [3] 7/2 7/13 21/24
mpoynter [1] 2/9
Mr [45] 2/4 2/9 2/10 2/14 4/18 4/23 6/11 9/24 11/20 11/25 12/2 12/20 13/6 14/20 18/7 27/20 28/18 29/1 29/1 30/17 32/1 33/1 38/7 46/7 47/6 50/5 50/7 50/8 53/19 55/9 62/5 62/15 62/22 63/17 65/18 65/22 65/24

Unofficial Copy Office of Marilyn Burgess District Clerk

M

Mr... [8] 66/2 66/9 66/17 68/12 68/24 70/12 71/19 71/24
Mr. [14] 18/11 25/16 31/3 35/7 43/7 43/23 46/25 55/10 56/20 62/17 63/8 65/8 65/18 74/7
Mr. Choudhri [3] 18/11 35/7 62/17
Mr. Choudhri's [1] 31/3
Mr. Mercer [1] 65/18
Mr. Rosen's [1] 55/10
Mr. Vargo [4] 43/23 46/25 63/8 65/8
Mr. Vargo's [4] 25/16 43/7 56/20 74/7
Ms [1] 25/21
Ms. [1] 42/17
Ms. Alicia [1] 42/17
much [2] 75/12 76/11
multiple [5] 45/4 51/23 62/1 66/6 71/8
murder [1] 74/25
my [80]
myself [3] 31/14 62/9 71/23

N

N [2] 2/2 3/1
name [9] 3/22 9/18 12/23 27/11 28/8 28/9 29/3 30/15 34/7
need [16] 7/7 21/16 25/6 35/6 38/15 52/23 53/25 57/2 57/17 58/2 58/6 58/20 58/21 66/15 71/8 72/15
needed [2] 5/3 6/4
needless [3] 52/7 53/13 74/19
net [17] 46/17 51/2 51/4 51/7 51/9 51/11 52/2 62/18 63/13 63/14 63/16 63/16 65/15 65/15 65/16 66/23 66/25
never [17] 22/24 22/24 24/6 24/7 24/10 26/3 26/3 28/5 29/13 42/24 46/15 46/16 47/19 50/18 62/13 62/17 64/22
new [2] 39/24 62/18
next [6] 17/1 19/12 28/17 45/6 60/4 64/21
night [2] 58/24 60/22
no [48] 5/8 5/15 6/13 6/14 8/1 10/16 10/24 17/14 18/20 19/1 21/10 22/20 24/11 25/20 25/20 28/4 30/7 31/7 32/15 33/6 33/16 34/15 38/2 42/11 42/12 43/12 43/13 44/2 44/2 44/4 45/22 48/4 48/17 49/13 53/4 54/23 55/5 55/6 61/14 64/16 65/5 65/25 66/20 66/23 68/11 70/19 72/10 76/3
Nobody's [1] 8/12
none [1] 75/3
Nope [1] 36/19
not [79]
Note [1] 65/10
notice [3] 35/20 61/22 63/9
November [1] 28/10
November of [1] 28/10


Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

N
now [26] 5/16 5/24 6/3 15/8 21/8 25/13 30/10 33/11 35/8 36/12 36/13 41/10 42/3 42/25 42/25 44/6 50/2 50/7 52/13 53/1 58/19 58/22 62/10 63/2 65/11 77/6
number [26] 1/1 1/6 3/2 8/3 8/9 10/2 11/21 20/22 22/19 32/2 33/17 33/18 33/23 34/1 45/12 48/5 50/25 61/16 61/16 61/19 61/21 61/22 62/4 62/24 63/3 70/12
numbered [2] 1/19 78/7
numbers [1] 10/1

O

O [1] 3/1
object [7] 10/18 26/16 50/4 52/9 53/17 69/4 71/20
object that [1] 26/16
objecting [1] 26/1
objection [2] 10/23 42/20
objections [1] 51/2
Obviously [1] 55/1
Occupancy [1] 32/9
occupants [1] 47/11
occurred [1] 78/8
off [3] 15/6 54/17 65/21
offer [1] 40/3
offered [1] 10/10
office [6] 2/15 3/21 18/4 34/9 56/23 63/21
Official [3] 78/4 78/16 78/20
oh [6] 6/16 6/21 7/9 14/22 24/4 33/19
okay [127]
old [1] 43/21
one [46] 7/2 7/3 7/4 9/6 10/2 13/10 15/12 16/21 17/7 17/10 18/13 20/7 22/3 22/4 22/19 23/5 24/25 26/13 28/20 30/7 36/17 37/11 39/11 40/9 40/25 45/12 50/9 51/20 55/8 56/21 57/1 60/7 60/12 61/16 61/16 61/19 61/21 61/25 65/9 66/4 66/16 67/15 68/4 70/13 72/25 74/21
one's [2] 60/9 60/10
one-day [1] 61/25
only [14] 13/13 17/7 27/13 27/17 29/10 29/25 31/12 34/16 35/2 35/11 43/10 52/6 61/10 66/19
open [2] 45/8 78/8
opened [1] 64/13
opening [1] 32/11
opportunity [2] 42/12 62/13
opposition [4] 45/8 46/8 47/5 67/22
oral [1] 37/15
order [61] 11/1 13/1 13/17 14/8 14/14 15/15 16/6 16/22 17/16 18/14 18/16 20/17 21/6 22/5 22/9 22/10 22/12 22/13 23/6 23/9 25/9 25/19 26/4 28/6 29/9 31/3 32/5 38/18 38/19 39/3 39/15 39/18 39/25 40/10 40/11 40/21 41/12 41/18 42/9 43/15 43/16 44/20 45/10 45/19 47/9 47/13 48/23

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

## O

order... [14] 49/23 50/21 52/15 54/6 54/6 54/7 54/7 61/17 61/18 65/25 66/22 68/20 72/11 73/23
order that [1] 38/19
orders [16] 10/7 23/14 30/24 36/9 37/1 39/7 40/8 40/23 43/25 45/14 46/18 53/20 65/23 67/11 68/8 69/18
original [2] 13/23 13/25
other [20] 10/25 17/9 17/10 18/13 21/9 22/20 24/22 25/11 29/9 40/8 45/1 48/4 54/3 56/22 70/16 70/17 70/18 70/19 73/16 78/6
others [1] 3/18
otherwise [2] 22/20 23/11
our [17] 5/9 7/22 8/18 10/4 13/2 13/9 18/10 18/11 35/5 35/12 45/7 55/11 56/7 56/7 60/13 60/16 70/9
out [11] 15/15 17/8 18/10 19/10 23/4 32/2 43/22 46/3 57/5 63/22 73/13
outcome [1] 76/9
outright [1] 60/15
outset [1] 74/9
outstanding [1] 66/13
over [12] 13/12 21/24 22/22 24/2 29/11 32/25 43/25 45/14 45/19 55/20 73/22 73/23
Overlapping [2] 24/24 51/19
override [1] 27/10
overwhelmed [1] 50/3
overwhelming [1] 53/9
owed [1] 66/19
own [21] 15/24 15/25 16/6 16/8 16/22 23/2 24/14 26/5 29/8 29/8 29/8 30/9 30/9 32/1 37/9 37/10 43/15 47/24 55/20 72/11 75/7
owned [10] 43/14 45/16 45/17 45/20 46/22 73/20 74/9 74/19 74/19 75/8
owner [3] 12/19 31/16 37/19
ownership [2] 30/12 45/14
owns [6] 23/18 23/19 24/8 46/4 46/19 46/22

## P

P [3] 2/2 2/2 2/21
P.C [1] 2/11
p.m [1] 6/1
page [2] 30/23 30/23
paid [2] 53/14 78/14
paper [3] 10/14 19/18 40/20
paperwork [1] 75/17
paragraph [12] 9/11 19/12 24/16 32/7 32/12 43/24 46/7 46/23 52/2 52/8 52/12 61/9
part [2] 34/15 35/2
participation [1] 23/12
parties [8] 3/4 54/4 64/5 75/3 75/4 75/4 78/6 78/11
party [6] 3/16 24/6

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

**P**

**party... [4] 24/8 29/13 35/9 59/9**
**pass [3] 18/9 20/7 48/5**
**passed [1] 61/24**
**passionate [1] 76/6**
**pause [5] 6/20 8/11 39/1 39/13 46/11**
**pay [1] 38/2**
**payoff [4] 62/7 65/17 66/11 70/12**
**pendens [1] 65/3**
**pending [9] 4/13 4/21 25/12 30/21 39/22 41/16 48/9 69/5 74/11**
**penthouse [4] 12/7 31/16 47/5 47/10**
**percent [9] 30/11 30/13 30/14 43/14 44/1 45/17 47/25 63/15 74/9**
**perhaps [1] 50/2**
**permitted [1] 64/17**
**person [3] 6/12 38/13 45/22**
**person's [1] 58/8**
**personal [1] 47/11**
**personally [1] 31/14**
**perspective [1] 35/12**
**petition [1] 47/15**
**ph [8] 6/1 12/23 14/24 24/6 37/7 45/15 68/12 75/5**
**phone [6] 6/4 6/20 8/5 8/11 8/13 8/25**
**pick [1] 70/21**
**place [6] 6/20 8/11 59/16 59/16 59/25 60/10**
**places [1] 29/9**
**plaintiff [9] 1/2 1/7 2/4 3/5 4/3 4/5 19/7 19/11 34/18**
**plaintiff's [2] 47/15 63/2**
**plaintiffs [1] 19/2**
**plaintiffs' [2] 51/2 51/8**
**plate [1] 54/18**
**plea [2] 32/5 35/2**
**plead [1] 18/11**
**pleading [4] 26/5 30/9 32/2 43/2**
**pleadings [1] 57/24**
**please [6] 3/4 8/10 8/23 66/9 66/10 66/17**
**plus [1] 66/6**
**point [14] 11/24 18/10 19/10 32/2 34/23 34/25 35/6 37/11 37/13 46/3 50/11 56/5 68/4 73/13**
**portions [1] 78/6**
**possession [12] 13/7 13/8 23/13 30/21 30/25 39/22 41/16 46/24 47/1 48/9 55/18 68/14**
**possible [3] 26/25 27/2 76/16**
**possibly [2] 7/1 37/11**
**post [3] 9/20 30/24 62/18**
**post-judgment [2] 9/20 30/24**
**posted [2] 33/4 62/17**
**potentially [1] 35/19**
**powerful [1] 75/11**
**Poynter [5] 2/9 3/12 4/18 9/18 29/1**
**Poynter's [1] 50/7**
**PRECINCT [1] 1/10**
**precise [1] 44/1**
**premises [1] 26/15**
**preparation [1] 78/13**
**present [4] 4/11 64/9 65/13 74/20**
**presentation [3]**

Unofficial Copy Office of Marilyn Burgess District Clerk

## P

presentation... [3] 28/21 49/9 56/25
presented [8] 4/25 37/17 37/23 41/10 42/8 57/21 61/17 66/21
preserved [1] 17/20
presides [1] 9/23
Presiding [1] 1/21
prevalent [1] 28/19
prevents [2] 31/15 31/15
print [1] 64/11
printed [1] 19/17
prior [2] 13/15 74/18
privilege [2] 67/5 67/6
Pro [1] 2/4
probably [4] 7/11 56/6 59/10 59/11
problem [4] 55/4 55/8 56/6 74/5
proceed [10] 5/9 5/10 5/13 8/15 8/18 8/23 9/14 13/20 15/15 38/8
proceedings [7] 1/18 1/22 67/18 71/17 77/10 78/6 78/10
proceeds [1] 15/12
process [3] 16/18 24/9 26/6
pronounce [1] 27/10
proper [1] 51/12
properties [1] 45/20
property [32] 4/22 12/6 13/7 13/11 13/14 13/16 14/18 15/5 15/16 17/19 18/12 23/13 27/13 27/15 27/17 29/4 29/25 30/7 30/13 31/8 31/10 37/8 37/24 46/20 47/11 54/9 55/9 55/13 66/6 66/15 68/9 73/19
property's [5] 27/18 29/2 30/2 32/25 75/8
proposed [6] 22/5 22/10 22/12 22/13 23/5 38/8
proposing [1] 61/6
protected [1] 28/1
provide [7] 53/8 66/9 66/11 66/17 66/18 70/13 70/13
provided [2] 5/6 58/3
purport [1] 68/9
purportedly [1] 28/14
purpose [2] 52/4 76/20
purposes [1] 52/5
pursuing [1] 48/18
put [5] 8/5 11/4 42/18 60/10 62/9

## Q

question [3] 54/9 59/16 68/24
questions [1] 62/11
quick [2] 41/3 43/3
quit [1] 54/1
quite [1] 15/7
quote [2] 30/18 52/2

## R

R [3] 2/2 3/1 3/22
randomly [1] 16/15
Randy [9] 9/22 14/13 14/14 32/24 36/25 39/15 41/14 49/23 60/24
rather [1] 12/13
reach [1] 68/9
read [10] 18/16 26/24 28/21 30/18 40/17 48/5 52/1 61/9 72/18 72/19
reading [5] 24/21 52/14 67/20 67/21


Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

# R


reading... [1] 73/9
reading from [1] 24/21
ready [2] 5/10 20/5
real [4] 31/7 41/3 43/3 64/24
reality [1] 42/25
really [5] 5/3 32/6 57/6 67/10 75/18
reasons [2] 8/17 18/9
reassigned [1] 16/14
rebuttal [1] 36/15
receiver [18] 2/8 9/20 9/21 13/6 22/22 24/16 27/16 29/7 30/19 32/3 32/25 34/21 37/24 47/6 47/10 48/7 57/9 63/25
Receiver ability [1] 47/10
receiver's [2] 23/13 73/4
receivership [5] 15/13 43/24 45/14 67/15 69/1
recent [1] 11/24
recently [2] 66/7 66/9
recess [1] 49/14
reconsider [12] 25/22 37/16 37/21 37/23 37/25 38/10 42/13 42/14 44/17 44/20 45/7 64/17 66/5
reconsideration [5] 30/21 39/23 39/25 47/18 48/10
record [10] 12/19 24/7 25/22 25/23 34/7 37/7 37/19 78/7 78/10 78/13
recorded [2] 20/22 47/1
reflects [1] 78/11
reform [2] 39/24 41/18
refused [1] 62/19
refuses [1] 66/18
refuted [1] 30/8
regard [1] 35/15
regarding [3] 47/8 47/10 54/9
regardless [1] 28/3
regards [1] 54/18
rejected [2] 37/21 38/13
relate [2] 27/17 74/21
relates [3] 21/10 28/22 44/3
relating [1] 74/16
release [2] 66/3
relevance [2] 52/10 53/18
relevant [1] 51/17
relief [8] 9/8 9/10 18/8 21/11 21/14 21/19 21/22 61/5
rely [1] 67/11
remaining [1] 70/15
remedied [1] 61/6
remedy [5] 31/5 31/7 47/12 48/17 48/18
rendered [1] 28/25
rep [1] 23/22
rephrase [1] 69/17
reply [2] 47/6 47/7
reported [2] 1/22 78/8
reporter [8] 1/23 7/8 18/21 27/4 45/3 64/19 78/4 78/20
Reporter's [3] 78/7 78/10 78/13
reporting [1] 51/12
represent [2] 64/15 65/23
representation [5] 26/12 42/6 42/25 46/14 64/22
representations [5] 22/7 22/16 22/18


Unofficial Copy Office of Marilyn Burgess District Clerk

R


representations... [2] 23/25 62/12
represented [5] 22/3 29/2 37/16 38/3 42/2
representing [4] 34/11 56/23 65/9 65/12
request [4] 5/11 51/13 60/13 60/15
requested [3] 9/9 25/23 78/6
require [1] 51/12
required [1] 51/14
requires [1] 16/13
res [3] 21/4 24/4 24/4
research [1] 57/18
reset [1] 56/15
resident [1] 32/9
resolution [1] 70/23
resolve [1] 6/25
Respectfully [1] 36/6
respective [1] 78/11
respond [5] 22/14 41/3 56/17 57/2 58/24
response [11] 8/1 25/14 25/16 30/19 35/6 46/8 47/21 48/7 48/13 67/22 73/11
response/opposition [1] 46/8
restrain [1] 17/16
restraining [4] 11/1 14/8 17/16 32/5
restricted [1] 45/9
result [2] 40/23 51/22
resume [1] 57/1
reverted [1] 30/10
review [14] 13/21 13/22 13/23 15/20 15/23 16/3 16/9 25/25 30/24 45/7 55/3 69/12 69/13 69/18
reviewed [2] 26/1 26/3
Reviewing [2] 18/23 40/19
right [33] 3/19 3/23 5/16 9/17 12/16 14/22 15/8 15/21 16/17 16/24 20/12 23/21 25/13 28/3 33/11 37/22 39/14 41/12 42/3 44/6 47/22 49/15 50/2 53/1 62/10 62/23 68/18 68/25 69/1 69/3 71/2 76/22 77/8
righteous [1] 76/9
rights [3] 27/11 30/6 68/10
rise [4] 15/6 24/19 32/8 43/8
Romspen [1] 63/4
ROSEN [6] 1/9 2/14 3/22 34/4 34/11 59/24
Rosen's [1] 55/10
routed [3] 13/23 16/11 16/19
RP [2] 20/22 20/23
rule [1] 16/13
ruled [1] 62/25
rules [2] 70/21 73/21
ruling [2] 46/6 47/3
run [2] 29/11 43/17


S


s [3] 2/2 3/1 78/18
said [20] 6/3 23/19 25/25 26/14 30/1 38/1 38/7 38/10 45/5 45/6 50/17 53/19 62/1 64/14 64/14 68/12 68/21 70/19 71/2 71/5
sale [31] 4/14 4/19 4/21 5/2 5/5 5/13 6/1 6/18 9/8 9/9 13/19 15/8 15/11


Unofficial Copy Office of Marilyn Burgess District Clerk

# S


sale... [18] 15/16 15/23 16/22 17/1 17/5 17/6 17/17 17/23 35/15 35/19 54/5 54/11 54/12 55/9 55/16 55/19 60/4 61/8
sale's [1] 8/8
sales [3] 13/15 13/15 55/20
same [9] 14/9 18/8 25/10 32/6 41/23 45/22 45/22 47/14 56/22
San [6] 2/5 12/7 12/8 12/11 15/6 46/5
San Felipe [1] 12/11
sanctioned [2] 51/25 53/12
sanctions [3] 51/10 52/19 53/14
say [12] 3/25 6/17 21/19 24/4 26/14 27/9 31/16 47/7 55/25 68/21 72/7 74/19
saying [15] 6/1 14/9 15/25 23/6 23/14 24/8 25/16 31/2 36/2 36/12 36/16 54/8 57/15 72/6 74/23
says [27] 13/17 20/21 23/9 23/9 27/14 28/13 30/9 30/18 32/7 32/12 39/20 41/1 41/15 42/19 45/13 46/5 46/6 46/7 47/16 47/22 47/24 48/1 65/22 65/25 66/1 68/22 73/13
SBN [3] 2/9 2/10 2/14
scenario [1] 14/2
schedule [1] 74/20
scheduled [1] 6/2
se [1] 2/4
second [9] 7/3 10/2 15/14 15/22 15/22 37/13 38/23 40/25 46/9
Secondly [1] 75/9
Section [5] 27/21 27/22 30/6 68/6 68/7
see [9] 10/13 22/9 37/22 38/15 41/9 55/3 67/2 71/9 72/7
seeking [1] 48/19
seem [1] 27/7
seen [2] 4/12 40/9
seize [1] 31/20
seizure [4] 28/1 31/13 31/15 31/22
sell [6] 13/11 15/18 47/11 55/13 55/14 55/22
send [1] 73/17
sent [3] 23/15 45/3 72/17
sentence [1] 32/11
separate [2] 17/9 38/3
September [6] 6/2 17/1 19/20 19/22 35/20 78/16
September 1st [1] 17/1
September 3rd [1] 35/20
September 4th [2] 19/20 19/22
series [2] 11/24 22/18
seriously [1] 58/9
serve [1] 34/20
served [4] 24/9 24/10 34/18 34/20
set [9] 40/11 46/5 46/16 46/23 47/3 51/13 51/23 70/17 75/22
setting [3] 37/25 40/23 56/19
severally [1] 63/11


Unofficial Copy Office of Marilyn Burgess District Clerk

**S**

**she [8] 6/3 19/17 23/22 23/24 43/21 45/5 64/20 74/18**
**she'll [1] 45/5**
**she's [7] 6/3 6/15 23/23 43/21 43/22 45/5 65/3**
**shield [1] 68/8**
**short [1] 72/14**
**Shorthand [2] 1/22 1/23**
**Shorthand/Computer-Aided [1] 1/23**
**should [9] 15/19 19/11 23/15 31/24 50/9 56/1 56/1 60/23 62/2**
**show [9] 4/17 6/5 24/7 39/7 43/2 61/23 66/8 66/8 74/20**
**sic [4] 31/16 32/9 50/24 61/8**
**sidebar [1] 71/23**
**sign [5] 24/12 43/17 54/6 54/7 60/3**
**signed [11] 13/3 14/14 26/4 38/19 39/19 41/14 41/24 42/9 45/9 47/9 66/4**
**significantly [1] 51/25**
**signing [1] 20/10**
**sim [1] 5/10**
**simple [4] 26/9 46/4 46/19 46/20**
**simply [2] 23/14 42/12**
**since [4] 28/10 31/23 66/22 75/18**
**single [1] 31/21**
**single-member [1] 31/21**
**Singleton [1] 64/19**
**Sir [1] 53/6**
**sister [1] 69/12**
**sit [3] 26/24 32/21 69/13**
**site [1] 61/23**
**sitting [1] 29/15**
**situation [1] 35/18**
**skipped [1] 14/23**
**sleep [1] 28/11**
**snap [2] 55/2 58/7**
**so [131]**
**so I [1] 74/11**
**So I'd [1] 26/15**
**So we [1] 7/1**
**so why [1] 21/14**
**sold [3] 62/5 63/17 65/17**
**some [13] 17/9 22/6 22/6 35/6 39/6 50/14 57/3 57/14 58/6 69/22 74/2 75/16 76/7**
**somebody [1] 3/14**
**someone [3] 26/12 58/9 65/1**
**something [10] 24/5 26/24 30/22 35/25 50/3 55/1 56/12 58/7 59/6 75/13**
**sometimes [1] 22/2**
**somewhere [2] 23/10 26/13**
**Sonya [2] 1/20 6/17**
**soon [1] 59/8**
**sorry [16] 14/7 14/12 27/3 32/16 34/19 36/20 41/6 41/6 43/5 44/25 49/12 49/15 59/5 69/7 76/2 76/24**
**sort [1] 4/5**
**Sotto [5] 6/22 7/24 39/4 59/20 72/12**
**Sotto-voce [5] 6/22 7/24 39/4 59/20 72/12**
**speak [4] 4/24 18/7 25/7 42/4**
**speakers [2] 24/24 51/19**
**speaking [3] 49/18 50/7 50/8**
**specific [1] 23/15**

Unofficial Copy Office of Marilyn Burgess District Clerk

S

specifically [3] 29/15 61/5 68/4
spelled [1] 3/22
spoke [1] 28/19
spoken [2] 4/10 64/20
spring [1] 12/3
staff [1] 16/11
stand [4] 5/4 14/2 42/19 62/9
stand-in [1] 14/2
standing [6] 18/12 22/21 22/22 61/14 73/18 75/7
starts [2] 50/23 65/21
state [3] 26/10 34/7 78/1
stated [2] 48/17 61/24
statement [3] 18/24 55/5 68/17
statements [1] 29/9
states [2] 30/23 46/19
stating [1] 14/17
Staub [3] 38/4 64/13 73/3
stay [9] 27/21 39/21 41/12 41/15 48/8 48/14 61/19 67/17 68/13
stays [1] 59/16
stemming [1] 27/25
step [1] 14/23
stick [3] 29/21 72/1 72/4
still [4] 16/18 65/4 69/6 71/15
stipulated [4] 29/18 63/3 63/10 66/3
stop [11] 5/3 5/13 22/23 43/19 44/4 53/23 53/23 53/25 53/25 54/5 54/12
Street [2] 2/5 2/16
stressed [1] 43/22
strike [1] 51/9
strip [1] 28/25
stroke [1] 43/22
stuff [3] 17/10 59/10 70/9
styled [1] 78/7
subject [1] 9/7
submission [6] 26/4 37/14 42/11 46/6 46/23 47/3
submit [1] 76/13
sued [1] 65/2
suffer [1] 31/10
Suffice [1] 47/7
suggestion [1] 6/9
suit [2] 6/1 6/2
Suite [1] 2/11
super [1] 50/19
supersede [7] 51/14 62/5 62/14 62/20 63/15 65/15 66/20
supersedeas [16] 33/4 33/7 39/22 41/16 46/14 46/15 46/16 48/9 50/18 50/20 50/22 51/16 51/23 52/18 62/17 65/14
superseded [2] 37/5 37/6
superseding [1] 57/3
supplement [1] 51/5
supplemental [1] 70/9
support [2] 51/4 51/6
supposed [1] 31/4
sur [1] 47/7
sur-reply [1] 47/7
sure [14] 6/6 6/19 7/9 9/2 11/11 21/15 22/2 32/18 38/16 54/14 57/22 57/25 60/21 71/9
suspect [1] 8/3
swear [2] 62/10 62/10
sweeping [1] 69/22

Unofficial Copy Office of Marilyn Burgess District Clerk

T

take [17] 7/4 7/19 28/6 29/11 43/18 45/19 48/24 49/3 49/3 54/15 54/17 55/18 58/13 58/16 71/2 71/10 73/22
take a [1] 49/3
taken [2] 36/7 70/14
takes [2] 16/10 73/23
taking [2] 58/8 68/10
talented [2] 18/18 18/19
talk [5] 22/6 23/24 33/11 44/23 60/20
talked [1] 19/11
talking [16] 4/3 11/3 18/20 23/18 41/4 49/22 50/9 58/6 59/4 59/22 69/6 69/9 71/5 71/15 71/17 72/6
tax [18] 4/13 13/15 13/19 14/24 15/2 15/4 15/11 15/16 17/17 18/4 35/15 35/19 54/11 54/12 60/3 61/8 63/6 63/20
taxes [1] 4/22
taxing [3] 3/17 28/20 56/23
team [1] 50/6
technical [1] 39/1
Telephone [3] 2/6 2/12 2/17
tell [6] 8/3 44/5 44/6 66/14 69/14 72/3
telling [1] 43/25
tells [2] 40/13 46/25
temporary [3] 11/1 17/16 32/4
tender [1] 10/5
Tendering [1] 40/21
tens [1] 63/5
testimony [2] 36/1 61/20
testimony's [1] 36/7
TEXAS [15] 1/3 1/8 1/21 2/6 2/12 2/16 12/9 30/6 31/19 68/22 75/11 78/1 78/5 78/21 78/22
than [3] 10/25 15/7 61/11
Thank [11] 9/17 19/9 19/23 20/11 49/8 71/12 75/24 75/25 76/1 77/5
77/7
that [290]
that transcript [1] 53/20
that's [70] 4/8 4/14 4/19 6/24 10/22 13/11 13/12 13/20 14/22 15/3 15/13 16/20 16/25 17/1 17/7 17/12 18/6 22/14 23/19 23/20 24/4 25/12 26/19 26/20 26/24 28/11 28/11 28/12 28/15 28/16 29/4 29/6 29/19 33/1 33/3 35/11 35/19 35/21 37/11 43/10 44/6 46/6 49/1 49/16 50/6 50/6 50/18 51/17 51/24 53/7 53/9 54/7 54/14 55/19 57/10 57/14 58/12 59/16 61/10 61/15 62/3 65/25 67/11 68/20 68/22 69/12 69/20 71/20 74/8 75/10
their [17] 4/12 5/22 16/3 22/12 22/13 23/2 23/5 25/6 26/1 26/5 26/7 29/13 30/9 43/15 54/11

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

# T


**their... [2]** 58/9 61/10

**them [17]** 5/1 5/3 5/23 10/13 20/25 21/6 24/19 37/22 40/9 41/5 43/3 50/9 50/9 56/23 67/4 68/25 73/20

**themselves [1]** 3/4

**then [25]** 4/24 6/9 9/10 10/19 17/20 26/13 26/14 29/3 30/11 30/12 35/15 37/15 38/19 40/10 41/10 46/5 46/7 47/6 47/16 63/13 66/2 73/16 74/16 75/21 76/19

**theory [2]** 16/25 18/10

**there [53]** 4/13 7/16 14/23 19/5 22/20 24/11 24/14 25/20 25/20 25/24 26/3 26/3 28/4 28/4 28/13 29/13 36/2 37/13 37/14 37/15 38/1 38/4 38/6 42/17 42/24 44/2 44/2 44/5 44/8 44/8 50/19 50/19 53/3 53/4 53/5 55/8 55/17 55/20 60/12 61/22 61/22 62/1 62/2 62/2 64/9 64/16 66/21 66/22 68/10 69/1 73/15 73/17 73/23

**there's [39]** 9/25 10/24 13/1 16/12 17/9 18/24 19/1 20/17 21/5 21/6 22/24 22/24 23/16 25/12 33/6 35/15 35/25 38/2 38/11 43/12 43/13 45/22 48/22 48/22 53/18 54/8 55/3 55/4 55/5 55/6 58/20 60/2 61/14 66/14 66/20 69/4 70/5 71/7 76/7

**therefore [3]** 27/15 30/1 71/8

**these [17]** 10/6 10/8 20/21 28/22 28/24 29/11 29/12 29/12 31/21 34/13 38/3 40/22 43/17 65/6 65/23 65/24 71/2

**they [43]** 4/20 4/25 5/23 6/7 9/11 9/25 10/12 13/10 14/17 15/18 22/11 22/21 23/6 23/15 24/1 24/3 24/3 24/9 24/12 24/16 26/7 26/13 26/13 27/17 28/6 29/6 31/16 37/4 41/1 43/16 43/16 43/17 45/9 54/11 58/25 61/11 61/11 61/15 61/17 64/13 64/14 66/22 67/4

**they'll [2]** 16/3 24/3

**they're [18]** 5/21 8/4 11/12 16/15 22/3 23/6 23/14 23/18 23/21 23/21 24/8 30/10 31/5 37/5 37/5 50/5 54/10 56/17

**they've [13]** 4/25 5/1 5/4 5/22 9/8 22/14 22/17 61/12 61/12 62/25 62/25 63/21 73/18

**thing [11]** 9/6 34/17 35/11 36/18 56/8 56/22 67/15 68/4 70/16 70/17 73/16

**things [24]** 7/11 7/15 18/13 22/2 22/4 23/5 26/10 26/19 30/3 31/12 36/15 43/23 46/3 51/15 56/21 56/22 57/1 60/23 63/23


Unofficial Copy Office of Marilyn Burgess District Clerk

Unofficial Copy Office of Marilyn Burgess District Clerk

T

things... [5] 64/7 65/6 66/16 70/17 73/5
think [23] 6/11 7/11 13/22 14/25 16/9 17/13 19/4 19/17 23/9 26/19 32/18 33/14 36/14 50/6 58/20 69/21 70/20 71/14 75/4 75/7 75/11 76/6 76/22
thinks [1] 75/12
third [1] 64/5
this [138]
This Court [1] 14/9
this is [1] 55/5
thoroughly [1] 47/8
those [23] 10/7 20/24 25/11 28/8 37/1 37/20 38/9 38/12 40/1 41/22 46/18 51/15 53/14 56/12 58/25 60/6 60/12 60/18 60/23 61/1 63/21 75/2 75/3
though [3] 54/13 60/24 61/1
thought [3] 20/7 56/4 57/1
thousands [1] 53/13
three [2] 16/10 21/5
through [5] 17/24 22/17 24/15 35/9 56/25
throw [1] 35/15
throwing [2] 14/11 54/1
thus [1] 27/19
TI [3] 10/19 28/17 35/1
tied [2] 29/16 54/10
Tig [1] 63/4
time [15] 7/5 10/6 19/19 25/1 25/6 35/9 36/12 39/11 51/21 58/6 58/17 74/2 75/25 76/7 76/11
timeline [1] 62/14
times [1] 24/3
tips [1] 31/9
title [17] 21/1 23/23 23/24 24/11 26/9 31/23 31/24 36/25 37/1 37/6 42/17 45/11 46/5 46/20 46/20 47/8 74/10
titleholder [1] 37/8
today [12] 4/25 9/19 12/7 13/9 35/10 37/16 41/23 45/4 55/2 59/11 71/6 71/11
Today's [1] 20/12
told [3] 55/12 62/15 67/4
tomorrow [7] 55/15 56/15 59/7 70/8 74/4 74/13 74/15
tonight [5] 7/12 56/13 56/14 59/7 60/3
too [5] 7/14 18/21 19/18 21/19 76/4
total [1] 78/13
totally [1] 54/14
transcript [3] 45/5 53/20 64/21
transcription [2] 1/24 78/5
transcripts [1] 61/20
transfer [2] 23/16 63/1
transferred [1] 62/6
TRAP [2] 62/4 63/14
TRAVIS [7] 2/8 2/10 3/13 9/19 24/17 32/3 48/7
tremendous [1] 31/10
trespass [3] 24/11 26/8 45/11
trial [8] 26/8 28/5

Unofficial Copy Office of Marilyn Burgess District Clerk

T

trial... [6] 28/17 29/14 30/21 39/24 49/6 74/16
TRO [37] 4/13 5/1 5/3 5/9 5/10 5/13 5/22 5/23 8/18 9/7 10/24 13/9 21/9 21/11 23/8 24/18 34/19 54/19 55/19 55/22 55/25 56/6 56/18 56/19 59/16 59/24 60/3 60/14 60/16 61/4 61/5 61/10 61/15 67/17 70/24 75/18 75/18
TRO issued [1] 67/17
TROs [4] 19/6 56/8 60/6 60/12
true [6] 26/19 31/12 62/12 64/22 69/21 78/5
truly [1] 78/10
trust [1] 13/16
truth [1] 64/16
truthfully [2] 62/11 64/16
trying [4] 7/10 7/13 53/8 55/13
Tuesday [5] 4/14 17/2 54/5 76/17 76/18
turn [1] 61/2
turned [3] 13/12 43/25 45/14
turnover [2] 10/7 37/23
tvargo [1] 2/10
two [19] 9/25 13/10 16/9 20/20 20/21 31/12 34/13 40/8 45/12 47/13 47/14 48/19 55/2 60/6 60/12 60/18 61/22 62/4 73/4

U

ultra [3] 29/20 63/12 75/2
unappealable [2] 68/15 68/21
under [9] 13/13 13/15 27/21 37/2 41/8 62/4 68/6 71/3 71/10
underlying [2] 34/16 63/25
understand [11] 5/21 18/1 21/21 25/8 32/18 34/6 36/11 49/13 54/25 71/22 76/5
undisputed [3] 22/24 25/19 43/10
undo [1] 17/24
undone [1] 64/4
unfortunately [1] 65/10
unique [1] 31/8
unit [5] 2/5 12/8 12/11 12/12 12/24
unlawful [2] 31/13 31/22
unnecessary [1] 52/6
until [10] 8/19 8/22 16/1 31/24 37/5 71/17 76/15 76/17 76/18 76/18
untrue [1] 50/19
unusual [1] 19/5
up [11] 7/15 15/19 29/16 33/14 36/25 50/13 54/10 65/7 66/10 72/6 76/20
us [6] 7/10 7/22 34/20 35/7 55/12 55/25
use [2] 32/9 33/15
used [1] 18/3
usually [1] 19/6

V

v [2] 1/3 1/8
valid [2] 10/23 31/14
valuation [1] 63/7
value [1] 15/12


Unofficial Copy Office of Marvin Burgess District Clerk
Unofficial Copy Office of Marvin Burgess District Clerk

## V


**values [1]** 63/7
**vanilla [1]** 61/7
**VARGO [31]** 2/8 2/10 2/11 3/13 4/23 6/11 9/19 11/20 12/2 13/6 14/20 28/18 29/1 30/17 43/23 46/25 50/5 62/5 62/15 62/22 63/8 63/17 65/8 65/18 65/24 66/2 66/9 66/17 68/12 68/24 70/12
**Vargo's [13]** 24/17 25/16 27/20 30/19 32/1 32/3 38/7 43/7 48/7 50/8 53/19 56/20 74/7
**vargolawfirm.com [2]** 2/9 2/10
**varying [1]** 63/7
**verdict [1]** 49/4
**verified [3]** 30/20 39/21 48/8
**versus [2]** 3/3 63/4
**very [16]** 11/24 28/19 35/21 47/14 50/25 58/8 58/9 58/13 58/23 62/16 62/16 62/22 71/5 71/7 71/21 75/10
**via [1]** 34/20
**victim [1]** 43/22
**violate [1]** 65/22
**violated [1]** 53/20
**violation [2]** 30/6 61/19
**vires [3]** 29/20 63/12 75/2
**virtually [1]** 41/22
**voce [5]** 6/22 7/24 39/4 59/20 72/12
**void [5]** 13/16 20/21 24/12 55/16 65/5
**voided [4]** 24/13 29/3 36/25 47/13
**voiding [1]** 42/10
**voids [3]** 20/18 20/20 45/10
**volume [1]** 78/7


## W


**wait [31]** 3/9 14/10 14/13 18/15 18/15 18/15 21/8 24/25 24/25 24/25 32/21 33/16 33/19 33/19 44/23 44/23 44/23 51/20 51/20 51/20 52/21 52/21 52/21 53/22 53/22 53/22 55/14 58/5 60/25 60/25 60/25
**waiting [3]** 55/2 55/7 55/17
**want [51]** 4/7 5/8 5/17 6/21 7/12 9/5 9/6 9/7 10/20 18/10 20/18 22/1 22/5 23/6 24/12 24/15 24/23 26/9 26/10 27/7 29/5 32/2 32/13 32/19 35/4 35/5 37/22 43/6 44/6 46/3 46/13 49/9 54/5 54/13 59/7 59/9 59/9 63/23 64/15 65/22 67/5 67/14 68/4 71/5 71/15 71/24 72/1 72/3 72/5 72/7 76/8
**wanted [11]** 3/7 20/6 21/19 22/14 22/17 24/2 27/8 35/12 64/7 66/8 70/18
**wants [1]** 72/3
**was [103]**
**wasn't [7]** 28/14 36/12 53/4 53/15 62/2 62/2 69/7
**way [4]** 31/13 57/5 73/14 73/15
**we [54]** 3/14 5/8 6/21 7/1 7/3 8/19 8/22 8/25 18/9


Unofficial Copy Office of Marilyn Burgess District Clerk

**W**

**we... [45]** 18/10 19/6 19/11 21/8 21/16 25/6 28/16 34/15 34/18 34/20 34/23 35/1 35/2 35/3 35/5 35/6 35/6 37/21 40/8 42/18 45/20 47/18 47/19 47/19 47/20 49/22 53/25 54/5 55/6 55/11 55/12 55/18 55/18 55/24 55/24 56/5 56/15 57/1 57/6 58/13 58/13 60/24 70/4 70/7 71/12
**we'd [1]** 8/18
**we'll [1]** 55/15
**we're [32]** 3/9 3/23 4/19 8/15 12/7 13/20 14/1 16/4 16/25 17/4 17/9 17/15 17/20 17/24 18/6 19/6 21/11 29/21 32/6 34/25 45/21 45/22 48/24 49/2 49/3 49/9 50/12 54/12 54/14 55/10 55/18 59/22
**we've [4]** 20/22 25/23 35/18 35/20
**Web [1]** 61/23
**Wednesday [1]** 59/11
**week [9]** 28/17 37/16 39/19 40/11 40/16 44/14 45/6 60/4 64/21
**weighs [1]** 18/25
**welcome [1]** 72/5
**well [31]** 3/13 4/2 5/11 5/20 6/4 6/6 7/4 17/7 19/13 21/18 21/21 24/8 26/14 29/3 36/4 37/9 40/22 45/20 50/10 55/10 55/23 56/2 56/4 60/9 63/13 64/12 67/9 71/4 71/14 76/14 76/19
**went [3]** 25/21 45/4 63/10
**were [30]** 10/12 22/7 24/9 34/18 34/20 35/3 37/14 37/20 40/1 41/1 41/8 41/10 41/18 45/9 47/3 47/8 49/22 50/19 51/15 52/3 52/4 52/4 52/5 52/6 53/3 55/12 58/25 71/2 75/3 78/8
**weren't [3]** 44/15 44/18 47/20
**what [79]**
**What hearing [1]** 52/25
**what's [17]** 12/11 22/2 32/18 33/18 50/15 52/20 57/6 59/11 61/5 63/13 66/13 66/19 67/12 67/12 70/14 70/14 70/15
**whatever [3]** 24/13 25/13 58/13
**when [9]** 16/8 16/15 20/4 24/4 26/12 28/19 49/9 49/19 67/5
**where [25]** 4/19 23/8 24/8 24/9 25/11 28/11 28/11 28/12 29/3 30/12 31/4 31/4 31/25 34/13 35/25 37/16 40/13 43/9 43/20 57/6 63/20 65/22 67/2 67/8 73/13
**which [26]** 19/23 20/18 25/11 25/14 25/23 28/17 30/13 31/17 32/3 32/6 32/7 43/18 43/22 47/6 47/12 47/22 48/11 48/16 50/14

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk

## W


which... [7] 61/6 61/23 62/18 64/8 65/5 75/6 78/7
while [3] 17/5 60/15 71/15
who [11] 9/21 14/1 25/24 38/13 43/21 49/18 53/19 64/13 64/20 65/2 72/20
who's [6] 3/13 6/19 23/22 42/17 65/1 65/9
whole [4] 23/17 35/16 65/4 67/2
why [11] 7/21 16/20 21/10 21/14 21/16 33/13 43/22 51/17 55/16 55/21 75/6
Wickchester [1] 2/11
wife [1] 65/3
will [28] 3/21 15/12 17/25 17/25 24/7 36/15 48/4 48/5 55/15 56/5 56/11 59/7 59/7 59/10 59/19 60/7 60/12 61/23 64/20 69/25 70/7 70/16 73/12 73/17 73/25 75/17 75/21 76/11
Wilson [28] 9/22 13/2 13/5 14/14 21/2 22/25 25/11 25/25 32/24 36/25 37/17 38/1 38/9 38/13 39/17 39/19 41/14 42/9 45/6 47/9 50/3 50/21 52/16 55/11 60/24 68/15 68/23 69/2
Wilson's [5] 13/12 17/21 47/17 49/23 63/1
within [1] 27/18
without [12] 8/14 25/19 26/8 28/15 42/11 45/11 45/11 56/10 61/7 63/8 64/1 68/15
WITNESS [1] 78/16
witnesses [1] 47/20
won't [6] 62/6 62/7 70/13 70/13 76/14 77/1
word [2] 19/5 19/11
words [1] 29/8
work [3] 9/19 23/23 77/3
working [1] 45/5
world's [1] 55/5
worth [19] 15/7 46/17 51/2 51/4 51/7 51/9 51/11 52/2 63/5 63/13 63/14 63/16 63/16 65/15 65/15 65/16 66/6 66/23 67/1
would [25] 3/4 5/14 6/6 7/19 9/7 9/10 9/10 10/14 10/18 10/19 13/16 14/1 20/2 23/3 42/18 42/18 45/18 48/20 50/4 54/4 56/24 57/1 69/4 71/20 75/16
writ [11] 13/8 30/5 30/21 39/22 41/16 41/16 46/24 47/1 48/9 55/11 68/13
write [1] 19/6
writing [2] 65/8 78/6
writs [3] 13/8 30/24 56/10
written [5] 23/3 23/14 35/5 36/10 37/14
wrong [2] 23/21 56/8
wrongful [1] 30/4
Wyoming [13] 23/20 23/20 29/4 29/5 29/7 31/18 31/19 45/15 46/21 47/25 73/20 73/21


Unofficial Copy Office of Marilyn Burgess District Clerk

**W**

**Wyoming... [1]** 73/22

**X**

**XV [1]** 30/6

**Y**

**y'all [4]** 59/8 70/6 74/3 76/6
**Yeah [7]** 7/1 12/19 17/8 18/20 19/4 33/3 51/22
**year [5]** 12/3 13/3 43/21 62/19 66/10
**years [6]** 28/9 28/10 30/9 30/15 64/25 65/2
**Yep [1]** 7/23
**yes [95]**
**yesterday [2]** 25/15 48/11
**yet [3]** 13/24 15/7 18/16
**yield [1]** 15/13
**you [141]**
**you'd [3]** 7/3 8/18 41/8
**you'll [2]** 36/16 70/8
**you're [18]** 3/5 14/10 16/21 20/4 25/3 41/23 50/1 52/14 57/15 59/19 60/2 60/7 60/13 60/15 68/25 69/22 72/5 74/12
**you've [6]** 7/22 40/9 57/21 58/2 61/6 66/12
**your [139]**
**yours [3]** 5/18 5/18 5/18

**Z**

**ZIP [1]** 12/17

Unofficial Copy Office of Marilyn Burgess District Clerk
Unofficial Copy Office of Marilyn Burgess District Clerk