# EXHIBIT 23

Notice of Removal, Adv. No. 26-03644, and Rule 9027(c) notice filed in Cause No. 2012-27197-A (file-stamped)

Unofficial Copy Office of Marilyn Burgess District Clerk