# EXHIBIT 25

Transcript excerpt, Sept. 10, 2026 hearing, Cause No. 2026-63841

Unofficial Copy Office of Marilyn Burgess District Clerk