# EXHIBIT 26

Constable Rosen's Motion for Emergency Hearing on September 14th as to His Plea to the Jurisdiction, Cause No. 2026-63841 (filed Sept. 11, 2026, Envelope No. 119818061)

Unofficial Copy Office of Marilyn Burgess District Clerk

9/11/2026 4:20 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 119818061
By: Kaaja Amerson
Filed: 9/11/2026 4:20 PM

**CAUSE NO. 2026-63841**

| | | |
|---|---|---|
| **CHOUDHRI, ALI AND ARABELLA PH 3201 LLC,** | § | **IN THE DISTRICT COURT** |
| | § | |
| *PLAINTIFFS,* | § | |
| | § | |
| **V.** | § | **133RD JUDICIAL DISTRICT** |
| | § | |
| **ALAN ROSEN, CONSTABLE PRECINCT 1, HARRIS COUNTY, IN HIS OFFICIAL CAPACITY** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| *DEFENDANT.* | § | |
| | § | |

**CONSTABLE ROSEN'S MOTION FOR EMERGENCY HEARING ON SEPTEMBER 14TH AS TO HIS PLEA TO THE JURISDICTION**

ALAN ROSEN, in his official capacity as Constable, Precinct 1, ("Constable Rosen") files this Motion for Emergency Hearing as to his Plea to the Jurisdiction and in support thereof, shows the Court the following:

1. On September 10, 2026, Constable Rosen filed a Plea to the Jurisdiction as he has immunity from suit and liability from all claims in this matter.
2. A Temporary Injunction hearing is scheduled for Monday, September 14, 2026, at 3:00 pm, which remains in place as of the time of filing this Motion.
3. On September 2, 2026, Plaintiffs filed a "Verified Emergency Original Petition and Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction" as the basis for Monday's Temporary Injunction Hearing. The TRO was denied.

Unofficial Copy Office of Marilyn Burgess District Clerk

4. In this filing, Plaintiffs request that the Court order "expedited discovery…including leave to serve written discovery on Defendant on shortened response time…" *See* Plaintiffs' Petition at ¶108(f).
5. Similarly, in Plaintiffs "Renewed Application for Temporary Restraining Order" filed on September 9, 2026, following the denial of the TRO, Plaintiffs requested that the ancillary court order "Defendant Alan Rosen to appear for oral deposition within three business days…" *See* Plaintiffs' Renewed Application at ¶46(4).
6. It is, therefore, clear that Plaintiffs are requesting that discovery commence as soon as possible, including soon after the September 14th hearing at 3:00 p.m.
7. To properly safeguard his interests and because this Court lacks jurisdiction as to Constable Rosen, Constable Rosen needs to urge his Plea to the Jurisdiction to the Court at the same or before the Temporary Injunction set for Monday, September 14th at 3:00pm, as a ruling GRANTING Defendant's Plea to the Jurisdiction would dismiss the matter against Constable Rosen and would make a Temporary Injunction hearing or discovery-related orders against Constable Rosen unnecessary.
8. Ali Choudhri <u>OBJECTS</u> to this motion being set on Monday, September 14, 2026.
9. Intervenor Travis Vargo does not object to the Court having this motion set September 14, 2026 at 3:00 pm or sooner.

Unofficial Copy Office of Marilyn Burgess District Clerk

**PRAYER**

Constable Rosen prays that the Court grant the Motion for Emergency Hearing as to his Plea to the Jurisdiction. Constable Rosen further requests such other and further relief, general and special, legal and equitable, to which they may show themselves justly entitled.

Respectfully submitted,

**ABBIE KAMIN**
Harris County Attorney

**NEAL SARKAR**
First Assistant County Attorney

**SARAH J. UTLEY**
Managing Counsel,
Affirmative and Special Litigation and Environmental

**CHRISTOPHER GARZA**
Division Director,
Affirmative & Special Litigation

/s/ Felipe Guevara
**FELIPE S. GUEVARA**
Assistant County Attorney
Texas State Bar No: 24147888
Felipe.Guevara@harriscountytx.gov
**BRIAN J. HRACH**
Deputy Director
Texas State Bar No: 24050787
Brian.Hrach@harriscountytx.gov
**COURTNEY T. CARLSON**
Senior Assistant County Attorney
Texas State Bar No: 24065004
Courtney.Carlson@harriscountytx.gov

OFFICE OF THE HARRIS COUNTY ATTORNEY
1010 Lamar St., 11th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

ATTORNEYS FOR DEFENDANT

Unofficial Copy Office of Marilyn Burgess District Clerk

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of September, 2026 a true and correct copy of the foregoing document was served via the Court's electronic filing system to all parties and counsel of record.

*/s/ Felipe S. Guevara*
**FELIPE S. GUEVARA**

Unofficial Copy Office of Marilyn Burgess District Clerk

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Leslie Austin on behalf of Felipe Guevara
Bar No. 24147888
leslie.austin@harriscountytx.gov
Envelope ID: 119818061
Filing Code Description: Motion (No Fee)
Filing Description: Constable Rosen's Motion for Emergency Hearing on September 14th as to His Plea to the Jurisdiction
Status as of 9/11/2026 4:28 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Felipe Guevara | 24147888 | Felipe.Guevara@harriscountytx.gov | 9/11/2026 4:20:04 PM | SENT |
| Gia Samavati | 24076666 | gia@trialninjas.com | 9/11/2026 4:20:04 PM | SENT |
| Ali Choudhri | | ali@jetallcapital.com | 9/11/2026 4:20:04 PM | SENT |
| Michael Poynter | | eservice@vargolawfirm.com | 9/11/2026 4:20:04 PM | SENT |
| Courtney Carlson | | courtney.carlson@harriscountytx.gov | 9/11/2026 4:20:04 PM | SENT |
| Brian Hrach | 24050787 | Brian.Hrach@harriscountytx.gov | 9/11/2026 4:20:04 PM | SENT |

Unofficial Copy Office of Marilyn Burgess District Clerk