# EXHIBIT 27

Motion to Enforce Rule 11 Agreement, Adv. No. 26-03650

Unofficial Copy Office of Marilyn Burgess District Clerk