# EXHIBIT 28

Voluntary Petition, In re Arabella PH 3201 LLC, No. 26-20432 (Bankr. D. Wyo.)

Unofficial Copy Office of Marilyn Burgess District Clerk