# EXHIBIT 29

Video recorded Sept. 15, 2026 at Unit 3201

Unofficial Copy Office of Marilyn Burgess District Clerk