# EXHIBIT 30

Email chains \"Arabella LLC / Choudhri Homestead\" and \"Immediate Stand-Down Demand\" (Sept. 15, 2026), with the Sept. 15, 2026 order

Unofficial Copy Office of Marilyn Burgess District Clerk