# EXHIBIT 31

Email chain \"Urgent - Writ of Possession for Arabella (Choudhri)\" (Aug. 20–21, 2026)

Unofficial Copy Office of Marilyn Burgess District Clerk