Unofficial Copy Office of Marilyn Burgess District Clerk

# EXHIBIT 34

Deposition of Omar Khawaja (Sept. 11, 2024), In re Texas REIT, LLC, No. 24-10120 (Bankr. W.D. Tex.), excerpts with highlighting: cover and appearance pages, pp. 4, 85–86, 109–110, 116, 157–166

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

In re: Chapter 11

TEXAS REIT, LLC Case No.

Debtor 24-10120-smr

REMOTE DEPOSITION OF

OMAR KHAWAJA

September 11, 2024
10:15 a.m.

5051 Westheimer, Suite 1200
Houston, Texas

Cheryl Madriaga, Shorthand Reporter

Unofficial Copy Office of Marilyn Burgess District Clerk

APPEARANCES OF COUNSEL:

On behalf of Debtor, Texas Reit, LLC:

STEPHEN W. SATHER, ESQ.
BARRON & NEWBURGER, P.C.
7320 N. Mopac Expy, Suite 400
Austin, TX 78731
(512) 476-9103
ssather@bn-lawyers.com

On behalf of Deponent, Omar Khawaja:

MICHAEL BALLASES, ESQ.
HOOVER SLOVACEK, LLP
5051 Westheimer, Suite 1200
Houston, Texas 77056
(713) 977-8686
ballases@hooverslovacek.com

On behalf of Dalio Holdings I and II, LLC:

LORI A. HOOD, ESQ.
SHACKELFORD, MCKINLEY & NORTON, LLP
717 Texas Avenue, 27th Floor
Houston, TX 77002
(832) 669-6081
lhood@shackelford.law

Also Present:

Dwayne Mason, Esq., Greenberg Traurig, LLP - prospective counsel for Dalio Holdings I and II, LLC

Ali Choudhri, pro se - in his individual capacity

Gene McCubbin - assistant to Lori Hood

Tammy Luu - assistant to Ali Choudhri

Osama Abdullatif - noticed deponent

John Quinlan - noticed deponent

Unofficial Copy Office of Marilyn Burgess District Clerk

P R O C E E D I N G S

THE REPORTER: We are on the record. The date is September 11th, 2024. This begins the deposition of Omar Khawaja.

My name is Cheryl Madriaga, representing Esquire Deposition Solutions.

Will counsel please state their name on the record and whom they represent?

MR. SATHER: Stephen Sather --

MR. BALLASES: Michael Ballases --

MR. SATHER: -- attorney for --

MR. BALLASES: -- (unintelligible) Khawaja --

THE REPORTER: Sorry --

MR. BALLASES: -- John Quinlan, and Osama Abdullatif.

THE REPORTER: Okay. Sorry. I just had two people speaking at once. Could I start with one counsel, please?

MR. BALLASES: Sure. Michael Ballases, counsel of record for the deponent, Omar Khawaja, also John Quinlan, also Osama Abdullatif.

THE REPORTER: Thank you.

MR. SATHER: Stephen Sather --

MR. BALLASES: You're welcome.

MR. SATHER: -- for Texas REIT, LLC, the

Unofficial Copy Office of Marilyn Burgess District Clerk

source?

MR. BALLASES: I'm going to assert the same objection and the same assertions of legal privilege and instruct the client not to answer, as I did to the question before.

Q. (BY MS. HOOD) Mr. Khawaja, are you going to follow your counsel's instruction and refuse to answer my question?

A. I am.

Q. Mr. Khawaja, when you purchased your interest in this judgment, did you purchase it via wire transfer or a check? Cash? How did you purchase it?

MR. BALLASES: I'm going to assert the same legal objections and the same assertions of legal privilege and instruct client not to answer, as I did with the previous question.

Q. (BY MS. HOOD) Mr. Khawaja, are you going to adhere to your client's (sic) instruction and refuse to answer my question?

A. My counsel's. Yes, I am.

Q. Mr. Khawaja, do you know a gentleman by the name of Wayne Dolcefino?

A. I've seen him online.

Q. And was it one of Mr. Dolcefino's videos in which Ms. Davy appeared?

Unofficial Copy Office of Marilyn Burgess District Clerk

A. I think so, yes.
MR. BALLASES: Objection. Form.
Q. (BY MS. HOOD) Have you ever met Mr. Dolcefino?
A. I've met him, yes.
MR. BALLASES: Objection --
Q. (BY MS. HOOD) In connection with any of your cases related to Mr. Choudhri?
A. No.
MR. BALLASES: Objection. Form.
Q. (BY MS. HOOD) With regard to this Judgment Number 1 that was assigned to you, how much of -- how much do you own of this judgment?
THE WITNESS: I think that goes to the privilege again.
MR. BALLASES: I'm going to object to the question as being oppressive and harassing and assert the attorney-client, attorney work product, and joint litigation privilege and instruct him not to answer.
Q. (BY MS. HOOD) Mr. Khawaja, are you going to adhere to your lawyer's instruction not to answer my question?
A. I am.
Q. As you sit here today, you're not going to tell me how much of this $501,513.85 judgment that you

Unofficial Copy Office of Marilyn Burgess District Clerk

hang on. Let me find it.
Is that the lawsuit involving HREP?
A. Yes.
Q. Okay. And were you involved in that lawsuit?
A. I was not.
Q. So everything you know about that lawsuit, you read as a matter of public record.
A. That's correct.
Q. Was there a finding of fraudulent transfers in that case?
MR. BALLASES: Objection. Form.
A. Other fraud, but I don't know if fraudulent transfer was part of that.
Q. (BY MS. HOOD) I didn't see it.
MR. BALLASES: Objection. Sidebar.
Q. (BY MS. HOOD) All right. That's the first lawsuit that you said you looked at for public record in order to determine that my client is somehow the alter ego of all these other things; correct?
A. That's correct.
Q. Okay. What other -- what other public records did you review?
A. There's also these videos by a guy named Wayne Dolcefino I saw.
Q. So you looked at videos.

Unofficial Copy Office of Marilyn Burgess District Clerk

A. Yes.
Q. Anything else you reviewed?
A. I think just generally people in the community know that your client commits fraud. He's known as a fraudster.
Q. Who are these --
A. So many people have approached me.
Q. Okay. Who are these people?
A. Yeah, I can't -- many people that he's defrauded over the years.
Q. Name one.
A. Well, Judge Norman is one. I don't know if you know him. He's in the Southern District.
Q. Okay. Who else?
A. Let's see. Who else in the community have called him a fraudster?
Judge Landrum, Judge Michael Landrum in the Harris County District Court, 164th District Court. He considers your client a fraud.
Q. And is that in relation to the HREP case?
A. I just think generally.
Q. Okay. So Judge Landrum has spoken to you about Mr. Choudhri being a fraudster?
A. It's in a final judgment. I can read that for you if you'd like.

Unofficial Copy Office of Marilyn Burgess District Clerk

Q. Did collectibility matter to you when you purchased the assignment of the judgments that form the basis of your proof of claim?

A. Yes.

MR. BALLASES: Objection. Form.

Q. (BY MS. HOOD) Did you do any due diligence prior to filing your proof of claim in this lawsuit as to the debtor's ability to pay these judgments?

A. Yes.

MR. BALLASES: Objection. Form.

Q. (BY MS. HOOD) What due diligence did you do?

A. Reviewed public documents, spoke to people, watched videos of Wayne Dolcefino online.

Q. Okay. So the public documents that you reviewed prior to filing your proof of claim in this lawsuit --

A. Yes.

Q. -- that -- let me finish -- that supported your proof of claim regarding collectibility were public records and the --

A. Yes.

Q. -- Dolcefino videos.

A. That's correct.

MR. BALLASES: Objection. Form.

Q. (BY MS. HOOD) When did you learn that your

Unofficial Copy Office of Marilyn Burgess District Clerk

THE REPORTER: Sorry. I'm sorry. I'm getting two speakers again.

MR. BALLASES: Sure. I just -- I'm just trying to help Mr. Choudhri answer questions --

MR. CHOUDHRI: No, please don't help.

MR. BALLASES: -- on our --

MR. CHOUDHRI: Please don't help me. I don't need your help, Mr. Ballases. Please stop talking. Object and limit your objections. Stop talking.

Q. (BY MR. CHOUDHRI) Mr. Khawaja, do you use text messaging as a form of communication?

MR. BALLASES: Objection. Form.

A. Occasionally, sure. I think we all do.

Q. (BY MR. CHOUDHRI) Have you texted Wayne Dolcefino?

A. No.

MR. BALLASES: Objection. Form.

Q. (BY MR. CHOUDHRI) Have you received any text messages from Wayne Dolcefino?

A. No.

MR. BALLASES: Objection. Form.

Q. (BY MR. CHOUDHRI) What's your answer, Mr. Khawaja?

A. No.

MR. BALLASES: Objection. Form.

Unofficial Copy Office of Marilyn Burgess District Clerk

Q. (BY MR. CHOUDHRI) Have you ever paid Wayne Dolcefino directly or indirectly, in any way?
MR. BALLASES: Objection. Form.
A. (Unintelligible) no.
MR. BALLASES: I'm going to -- your answer is what?
THE WITNESS: My answer is no.
MR. BALLASES: The answer is no, but I'm going to instruct him not to answer any more questions that have nothing to do with the scope and purpose of this deposition pursuant to the judge's instruction.
MR. CHOUDHRI: Stop frivolously objecting, Mr. Ballases. He said he learned based on Wayne Dolcefino's videos, so I definitely have an opportunity to get into the line of questions that I need to get into, and you're going to continue to object and instruct him not to answer. Is that what you're going to say on the record?
MR. BALLASES: Objection. Sidebar.
Q. (BY MR. CHOUDHRI) Mr. Khawaja, just so the record is clear, you have not ever, in any way, shape, or form, paid Wayne Dolcefino any amount of money or consideration?
A. I'm not answering that question.
MR. BALLASES: Objection. Form.

Unofficial Copy Office of Marilyn Burgess District Clerk

I'm going to instruct the client --
MR. CHOUDHRI: I --
MR. BALLASES: -- not to answer because it is oppressive and harassing and has nothing to do with the limited scope of the deposition, and he's already answered it.
Move along.
Q. (BY MR. CHOUDHRI) Are you not going to answer any questions relating to Wayne Dolcefino?
A. That means, yes, I'm not going to answer any questions relating to Wayne Dolcefino. He has nothing to do with this case at all.
Q. Well, can I ask you why? When Ms. Hood was asking you, you mentioned that you -- you mentioned Wayne Dolcefino and how you --
A. He --
MR. BALLASES: Objection. Form.
(Crosstalk)
THE REPORTER: I'm sorry. One at a time, please.
THE WITNESS: I'm sorry. Go ahead.
MR. BALLASES: Objection. Form, for the record.
A. Well, can I answer? You asked very -- she asked me very specifically where did I learn about the

Unofficial Copy Office of Marilyn Burgess District Clerk

potential for the claims that -- the basis of the claims that we filed against you in this case, and I answered, Through multiple sources, including Wayne Dolcefino. That's a factual answer.

Q. (BY MR. CHOUDHRI) And have you paid Wayne Dolcefino any amount of money --

MR. BALLASES: Objection. Form.

Q. (BY MR. CHOUDHRI) -- or consideration, directly or indirectly --

(Crosstalk)

MR. BALLASES: -- (unintelligible) not to answer your question.

MR. CHOUDHRI: Mr. Ballases --

THE REPORTER: I'm --

MR. CHOUDHRI: Mr. Ballases, would you please let the court reporter take her turn -- please take turns. When I'm asking the question, wait till my question is over before you need to --

MR. BALLASES: So you've asked -- you've asked this question three times, and he's answered it three times. And all three times, I've told him -- I've objected and told him not to answer. So you don't need to ask it a fourth time.

It's on the record clear. I know you're not an attorney, and you're not familiar with this, but

Unofficial Copy Office of Marilyn Burgess District Clerk

it's on the record and it's clear, I promise. Move along.

Q. (BY MR. CHOUDHRI) So the record is clear, when I've asked you, Have you been -- have you paid Wayne Dolcefino any amount of money, directly or indirectly, or any consideration, your answer is: I'm not going to answer that question. Is that -- is that clear --

MR. BALLASES: Objection --

Q. (BY MR. CHOUDHRI) -- for the record?

MR. BALLASES: Objection. Form. I've --

A. I'm not going to answer that question.

MR. BALLASES: -- objected --

A. I've already asked it -- answered.

MR. BALLASES: -- to the form. It's oppressive and harassing. The client's already answered it. I'm instructing him not to answer because it's exceeding the scope of the deposition, and it's oppressive and harassing, and it's asked and answered.

Did you hear me, Mr. Choudhri?

MR. CHOUDHRI: Mr. Ballases, throughout today, you have been frustrating this deposition.

MR. BALLASES: Objection. Sidebar.

MR. CHOUDHRI: You have been disrupting -- so

Unofficial Copy Office of Marilyn Burgess District Clerk

please refrain from your -- your sidebar and your objections. Limit to your objections as form.
Q. (BY MR. CHOUDHRI) So, Mr. Khawaja --
MR. BALLASES: Objection. Sidebar.
Q. (BY MR. CHOUDHRI) -- have you paid -- Mr. Khawaja, have you paid -- no, let me back up.
Mr. Khawaja, who is Wayne Dolcefino? What does he do?
MR. BALLASES: Objection --
A. I'm not going to answer these questions.
MR. BALLASES: Objection. Form.
A. I'm sorry. You've got to move on to the claim -- claim questions, Ali, or we're gonna end this.
Q. (BY MR. CHOUDHRI) So, Mr. Khawaja, are you going to tell me that you're not going to describe --
A. Yes.
Q. -- who Wayne --
A. I'm not going to.
Q. -- Dolcefino is, and you're not --
A. Correct.
MR. BALLASES: Objection. Form.
I'm going to instruct him not to answer because your questions are oppressive and harassing, and they exceed the scope of the limited deposition.

Unofficial Copy Office of Marilyn Burgess District Clerk

I'm instructing him not to answer. I'm doing it, Mr. Ballases.
Q. (BY MR. CHOUDHRI) Are you taking his instructions and not answering any questions as it relates to Wayne Dolcefino, Mr. Khawaja?
A. Yes, sir. Yes. I'm not. I will follow advice of counsel.
Q. Who is Chris Wyatt, Mr. Khawaja?
A. Again, that has nothing to do with this case.
Q. So Chris Wyatt has nothing to do with this case. So -- I want the record clear.
A. I -- Chris Wyatt is a witness, and he is a -- he was your former chief financial officer, and that's how I know him -- or chief operating officer.
Q. Has he ever given you documents from the Jetall server?
A. From the Jetall server? I don't -- I don't know that. I don't know the answer to that question.
Q. Has Mr. Wyatt --
A. I don't know what the Jetall server is.
Q. Has Mr. Wyatt ever given you any documents?
A. No.
Q. Mr. Chris Wyatt has never given you any documents; that's a true statement?
A. I cannot discuss anything pertaining to Chris

Unofficial Copy Office of Marilyn Burgess District Clerk

Wyatt because of attorney-client privilege, so we're not talking about Chris Wyatt.

Q. What is the privilege, Mr. Khawaja, with you and Chris Wyatt?

A. Attorney-client privilege.

Q. Is Chris Wyatt an attorney?

A. No, no. I'm the attorney; he's the client. He sought counsel from me, which I provided, pertaining to this case, and I will not discuss anything further regarding him.

Q. Pertaining to this case, the case we're here for today.

A. No, pertaining to other matters involving you and him.

Q. So Chris Wyatt is your client; is that correct?

A. Yes.

MR. BALLASES: Objection --

Q. (BY MR. CHOUDHRI) And Hira Azhar is your client; correct?

A. Yes.

Q. And Azeemah Zaheer is your client; correct?

A. Yes.

MR. BALLASES: Objection. Form.

Q. (BY MR. CHOUDHRI) And Osama -- and Osama

Unofficial Copy Office of Marilyn Burgess District Clerk

Abdullatif is your client; correct?
A. Yes.
MR. BALLASES: Objection. Form.
Q. (BY MR. CHOUDHRI) Is David Tang your client?
A. No.
MR. BALLASES: Objection. Form.
A. He's just a friend.
Q. (BY MR. CHOUDHRI) Is Rodney Drinnon your client?
MR. BALLASES: Objection. Form.
A. No.
Q. (BY MR. CHOUDHRI) Is Harold Polk --
A. He's an attorney.
Q. -- your client? Is Harold Polk your client?
MR. BALLASES: Objection. Form.
A. No, he's not.
Q. (BY MR. CHOUDHRI) Harold Polk is not your client.
A. Correct.
MR. BALLASES: Objection. Form.
Q. (BY MR. CHOUDHRI) How did you meet Chris Wyatt?
MR. BALLASES: Objection. Form.
A. Yeah, I can't talk about that. I'm sorry.
Q. (BY MR. CHOUDHRI) Why can't you talk about

Unofficial Copy Office of Marilyn Burgess District Clerk

how you met Chris Wyatt?
A. That's protected.
Q. By what?
A. Attorney-client privilege.
Q. Are you refusing to answer when you met Chris Wyatt?
A. Yes.
Q. When did the attorney-client privilege start with Chris Wyatt?
MR. BALLASES: Objection. Form.
A. Since I met him.
Q. (BY MR. CHOUDHRI) And when did you meet him?
MR. BALLASES: Objection. Form.
A. Sometime after he left your employment.
Q. (BY MR. CHOUDHRI) You never met him while he was employed as a paralegal for me?
A. No.
MR. BALLASES: Objection. Form.
Q. (BY MR. CHOUDHRI) You never saw him come to court in the divorce case when you were representing the -- Hira Azhar?
MR. BALLASES: Objection. Form.
A. No, I didn't, actually, to be honest with you. No.
Q. (BY MR. CHOUDHRI) And you're not aware that

Unofficial Copy Office of Marilyn Burgess District Clerk