# EXHIBIT 35

Docket sheets, Fourteenth Court of Appeals, Nos. 14-26-00804-CV and 14-25-00614-CV, including the August 27, 2026 order denying stay

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. 2026-63841

| | | |
|---|---|---|
| Ali Choudhri | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| Alan Rosen | § | |
| Defendant | § | 133rd JUDICIAL DISTRICT |

**EXHIBIT 18**

**RECEIVER TRAVIS VARGO'S INTERVENTION, PLEA TO THE JURISDICTION AND MOTION TO DISMISS**

Unofficial Copy Office of Marilyn Burgess District Clerk

FILE COPY

**Justices**

KEN WISE
KEVIN JEWELL
RANDY WILSON
BRAD HART
TONYA MCLAUGHLIN
CHAD BRIDGES
KATY BOATMAN
MARITZA M. ANTÚ

**Chief Justice**

TRACY CHRISTOPHER

**Clerk**

RENEE WILSON,
CLERK PRO TEMPORE
PHONE 713-274-2800

# Fourteenth Court of Appeals

301 Fannin, Suite 245
Houston, Texas 77002

Unofficial Copy Office of Marilyn Burgess District Clerk

Thursday, August 27, 2026

William Drabble
Gray Reed & McGraw LLP
1601 Elm Street, Suite 4600
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

D. Scott Funk
Gray Reed & McGraw, P.C.
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056
* DELIVERED VIA E-MAIL *

Thomas Michael Ballases
Hoover Slovacek LLP
5051 Westheimer, Suite 1200
Houston, TX 77056-5839
* DELIVERED VIA E-MAIL *

Preston T. Kamin
Gray Reed & McGraw LLP
1601 Elm Street
Suite 4600
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

Travis B. Vargo
12012 Wickchester
Suite 670
Houston, TX 77079
* DELIVERED VIA E-MAIL *

Michael Poynter
12012 Wickchester
Suite 670
Houston, TX 77079-1235
* DELIVERED VIA E-MAIL *

Derek Staub
FBT Gibbons LLP
2101 Cedar Springs Rd., #900
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

RE: Court of Appeals Number: 14-26-00804-CV
Trial Court Case Number: 2012-27197A

Style: Ali Choudhri v. Mokaram-Latif West Loop, Ltd.

FILE COPY

Please be advised that on this date the Court **DENIED APPELLANT'S** motion to stay in the above cause.

**Panel Consists of Justices Jewell, Bridges and Antú.**

Sincerely,

Renee Wilson,
Clerk Pro Tempore

cc:

Unofficial Copy Office of Marilyn Burgess District Clerk