# EXHIBIT 36

Unopposed Motion to Consolidate (Aug. 27, 2026) and Notice of Submission (Aug. 28, 2026), Cause Nos. 2025-75174 and 2026-20754, signed by Hoover Slovacek LLP as attorneys for Osama Abdullatif and PBAC 507, LLC through Travis Vargo, Receiver (highlighting added)

Unofficial Copy Office of Marilyn Burgess District Clerk

8/27/2026 5:29 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 119211906
By: Precious Mouton
Filed: 8/27/2026 5:29 PM

CAUSE NO. 2025-75174

| | | |
|---|---|---|
| SAGE CAPITAL INVESTMENTS, LLC, AAMEER LAKHANI, and MAASS INVESTMENTS, LLC, individually and derivatively as limited partners of Kismat Fund, LP, *Plaintiffs,* | § | IN THE DISTRICT COURT OF |
| VS. | § | HARRIS COUNTY, TEXAS |
| KISMAT FUND, LLC ACCESSION CAPITAL, LLC, MERCHANT ENTERPRISES, LLC, MANSOOR AHMED, and MALIK MERCHANT *Defendants,* | § | 165th JUDICIAL DISTRICT |

CAUSE NO. 2026-20754

| | | |
|---|---|---|
| OSAMA ABDULLATIF, PBAC 507 HOLDINGS, LLC and TRAVIS VARGO, State Court appointed receiver, *Plaintiffs*, | § | IN THE DISTRICT COURT OF |
| vs. | § | HARRIS COUNTY, TEXAS |
| ANOSH AHMED, MALIK MERCHANT 7979 FANNIN LLC (Wyoming), 7979 FANNIN LLC (Texas), KISMAT FUND, LP, and its general partner ACCESSION CAPITAL LLC, SUMMIT LENDING 24, LLC and SUMMIT CAPITAL GROUP, LP, *Defendants.* | § | 61st JUDICIAL DISTRICT |

**OSAMA ABDULLATIF AND TRAVIS B. VARGO, IN HIS CAPACITY AS COURT APPOINTED RECEIVER,**
**UNOPPOSED MOTION TO CONSOLIDATE**

Osama Abdullatif and Travis B. Vargo, in his capacity as Court Appointed Receiver ("Movants"), file this Unopposed Motion to Consolidate.

**RELIEF SOUGHT**

Unofficial Copy Office of Marilyn Burgess District Clerk

1. Movants respectfully requests for this Court to consolidate this cause with Cause No. 2026-20754, *Osama Abdullatif, as Judgment Creditor, and PBAC 507, LLC, through Travis Vargo, State Appointed Receiver v. Anosh Ahmed, Malik Merchant, 7979 Fannin LLC [Wyoming], 7979 Fannin LLC [Texas], Kismat Fund, LP, its general partner, Accession Capital LLC, Summit Lending 24, LLC, and Summit Capital Group, LP*, pending in the 61st Judicial District Court of Harris County, Texas. The end result will be that Cause No. 2026-20754 will be subsumed within and into this cause, Cause No. 2025-75174.

Unofficial Copy Office of Marilyn Burgess District Clerk

## GROUNDS FOR CONSOLIDATION

2. Texas Rule of Civil Procedure 174(a) authorizes consolidation of actions involving common questions of law or fact— both of which exist here in these two lawsuits.

3. Here, the two lawsuits arise out of the same underlying transactions and involve substantially overlapping parties, witnesses, documents, and issues.[1] Specifically, both lawsuits concern:

a. the ownership, encumbrance, transfers, and disposition of the real property located at 7979 Fannin Street, Houston, Harris County, Texas (the "Property");

b. the validity and enforceability of the loan documents, transfers, consideration, and deeds of trust, related to the Property;

c. the conduct of Defendant Malik Merchant (and other related parties) in connection with those transactions and transfers; and

d. competing claims concerning the parties' respective rights and interests in the Property.

Consolidation will avoid unnecessary duplication of discovery, conserve judicial resources, reduce litigation costs, and eliminate the risk of inconsistent rulings regarding the validity, priority, and enforceability of Summit's liens and the parties' respective rights in the subject

[1] Attached as Exhibit A is the live Petition in Cause No. 2026-20754, which is the matter Movant seeks to consolidate into this lawsuit.

property. Movants are particularly concerned about conflicting rulings from different courts if the cases are not consolidated and the delay that would accompany those conflicting rulings given some of the party's propensity to file baseless litigation. The safest and most practical approach for the parties, Property, Harris County taxpayers, and Court is consolidation.

4. This motion is unopposed by all counsel. Counsel for all parties have conferred and are unopposed to the requested consolidation.

## CONCLUSION

Movants, Osama Abdullatif and Travis B. Vargo, in his capacity as Court Appointed Receiver, respectfully requests that the Court enter an Order consolidating Cause No. 2026-20754, *Osama Abdullatif, as Judgment Creditor, and PBAC 507, LLC, through Travis Vargo, State Appointed Receiver v. Anosh Ahmed, Malik Merchant, 7979 Fannin LLC [Wyoming], 7979 Fannin LLC [Texas], Kismat Fund, LP, its general partner, Accession Capital LLC, Summit Lending 24, LLC, and Summit Capital Group, LP*, pending in the 61st Judicial District Court of Harris County, Texas, with and into this Cause, for all purposes, together with such other and further relief to which Movants may be justly entitled.

Unofficial Copy Office of Marilyn Burgess District Clerk

Respectfully submitted,

**HOOVER SLOVACEK LLP**

By: ______________________________

T. Michael Ballases
Texas Bar No. 24043617
ballases@hooverslovacek.com
Colin L. Guy
State Bar No. 24083118
guy@hooverslovacek.com
Christopher J. Kronzer
State Bar No. 24060120
kronzer@hooverslovacek.com
Galleria Tower II
5051 Westheimer Street, Suite 1200
Houston, Texas 77056
Telephone: 713.977.8686
Facsimile: 713.977.5395

**ATTORNEYS FOR OSAMA ABDULLATIF, AS JUDGMENT CREDITOR, AND PBAC 507, LLC, THROUGH TRAVIS VARGO, STATE APPOINTED RECEIVER**

Unofficial Copy Office of Marilyn Burgess District Clerk

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for all parties regarding the relief requested in this Motion, and the Motion is unopposed.

______________________________
T. Michale Ballases

# CERTIFICATE OF SERVICE

I hereby certify compliance with Tex. R. Civ. P. 21. A true and correct copy of the foregoing instrument has been served on all persons, by electronic transmission to the electronic mail address on file with the electronic filing manager. Rule 21a(1). If a party has not designated an electronic mail address with the electronic filing manager, the party was served a true and correct copy of the foregoing instrument by electronic-mail as required by Rules 21a(1) and (2) or as stated below. Service was made on all parties, on this the 27th day of August 2026.

***Via: E-File Service***
Kevin M. Madden
Law Offices of Kevin Michael Madden, P.L.L.C.
16310 State Highway 249, Unit 1304
Houston, Texas 77064
kmm@kmaddenlaw.com
Telephone: (281) 888-9681
**ATTORNEY FOR SUMMIT LENDING 24, LLC**

***Via: E-File Service***
Steven D. Grossman
Sheiness Glover & Grossman, L.L.P.
4544 Post Oak Place Drive
Houston, Texas 77027
Telephone: (713) 374-7015
sgrossman@hou-law.com
**ATTORNEYS FOR KISMAT FUND LLC, KISMAT FUND, L.P., ACCESSION CAPITAL, LLC, MERCHANT ENTERPRISES, LLC, AND MALIK MERCHANT**

***Via: E-File Service***
Robert R. Burford
Burford Perry, LLP
909 Fannin St., Suite 2630
Houston, Texas 77010
Telephone: (713) 401-9790 / Facsimile: (713) 993-7739
rburford@burfordperry.com
**ATTORNEY FOR SAGE CAPITAL INVESTMENTS, LLC, AAMEER LAKHANI, AND MAASS INVESTMENTS, LLC**

***Via: E-File Service***
Allison H. Gabbert
The Gabbert Law Firm
11511 Katy Freeway, Suite 610
Houston, Texas 77079
Telephone: (832) 512-9684
allison@thegabbertlawfirm.com
**ATTORNEY FOR MANSOOR AHMED**

T. Michael Ballases





Unofficial Copy Office of Marilyn Burgess District Clerk

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tishany Wheeler on behalf of T. Michael Ballases
Bar No. 24036179
wheeler@hooverslovacek.com
Envelope ID: 119211906
Filing Code Description: Motion (No Fee)
Filing Description: Osama Abdullatif and Travis B. Vargo, in his Capacity as Court Appointed Receiver, Unopposed Motion to Consolidate
Status as of 8/29/2026 9:30 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert R.Burford | 3371700 | rburford@burfordperry.com | 8/27/2026 5:29:58 PM | SENT |
| Brent C.Perry | 15799650 | bperry@burfordperry.com | 8/27/2026 5:29:58 PM | SENT |
| Allison H.Gabbert | 795357 | allison@thegabbertlawfirm.com | 8/27/2026 5:29:58 PM | SENT |
| Elizabeth Walls | | liz@thegabbertlawfirm.com | 8/27/2026 5:29:58 PM | SENT |
| Burford Perry Service | | service@burfordperry.com | 8/27/2026 5:29:58 PM | SENT |
| Karen Bowden | | kbowden@hou-law.com | 8/27/2026 5:29:58 PM | SENT |
| CKay Schwamkrug | | ckay@hou-law.com | 8/27/2026 5:29:58 PM | SENT |
| Steven Grossman | 8547800 | sgrossman@hou-law.com | 8/27/2026 5:29:58 PM | SENT |

Unofficial Copy Office of Marilyn Burgess District Clerk

8/28/2026 11:40 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 119238917
By: Precious Mouton
Filed: 8/28/2026 11:40 AM

**CAUSE NO. 2025-75174**

| | | |
|---|---|---|
| **SAGE CAPITAL INVESTMENTS, LLC, AAMEER LAKHANI, and MAASS INVESTMENTS, LLC, individually and derivatively as limited partners of Kismat Fund, L.P.** ***Plaintiffs,*** | § | **IN THE DISTRICT COURT OF** |
| **VS.** | § | **HARRIS COUNTY, TEXAS** |
| **KISMAT FUND, LLC ACCESSION CAPITAL, LLC, MERCHANT ENTERPRISES, LLC, MANSOOR AHMED, and MALIK MERCHANT** ***Defendants.*** | § | **165TH JUDICIAL DISTRICT** |

**NOTICE OF SUBMISSION ON UNOPPOSED MOTION TO CONSOLIDATE**

PLEASE TAKE NOTICE that Movants Unopposed Motion to Consolidate, filed August 27, 2026, has been set for submission, without oral hearing, on **Monday, September 7, 2026 at 8:00 a.m.,** before the 165th Judicial District Court of Harris County, Texas.

Respectfully submitted,

**HOOVER SLOVACEK LLP**

By: */s/ Michael Ballases*
T. Michael Ballases
Texas Bar No. 240436179
ballases@hooverslovacek.com
Colin L. Guy
State Bar No. 24083118
guy@hooverslovacek.com
Christopher J. Kronzer
State Bar No. 24060120
kronzer@hooverslovacek.com
Galleria Tower II
5051 Westheimer Street, Suite 1200
Houston, Texas 77056
Telephone: 713.977.8686
Facsimile: 713.977.5395

Unofficial Copy Office of Marilyn Burgess District Clerk

**ATTORNEYS FOR OSAMA ABDULLATIF, AS JUDGMENT CREDITOR, AND PBAC 507, LLC, THROUGH TRAVIS VARGO, STATE APPOINTED RECEIVER**

## CERTIFICATE OF SERVICE

I hereby certify compliance with Tex. R. Civ. P. 21. A true and correct copy of the foregoing instrument has been served on all persons, by electronic transmission to the electronic mail address on file with the electronic filing manager. Rule 21a(1). If a party has not designated an electronic mail address with the electronic filing manager, the party was served a true and correct copy of the foregoing instrument by electronic-mail as required by Rules 21a(1) and (2) or as stated below. Service was made on all parties, on this the 28th day of August 2026.

***Via: E-File Service***
Kevin M. Madden
Law Offices of Kevin Michael Madden, P.L.L.C.
16310 State Highway 249, Unit 1304
Houston, Texas 77064
kmm@kmaddenlaw.com
**ATTORNEY FOR SUMMIT LENDING 24, LLC**

***Via: E-File Service***
Steven D. Grossman
Sheiness Glover & Grossman, L.L.P.
4544 Post Oak Place Drive
Houston, Texas 77027
sgrossman@hou-law.com
**ATTORNEYS FOR KISMAT FUND LLC, KISMAT FUND, L.P., ACCESSION CAPITAL, LLC, MERCHANT ENTERPRISES, LLC, AND MALIK MERCHANT**

***Via: E-File Service***
Robert R. Burford
Burford Perry, LLP
909 Fannin St., Suite 2630
Houston, Texas 77010
rburford@burfordperry.com
**ATTORNEY FOR SAGE CAPITAL INVESTMENTS, LLC, AAMEER LAKHANI, AND MAASS INVESTMENTS, LLC**

Unofficial Copy Office of Marilyn Burgess District Clerk

***Via: E-File Service***
Allison H. Gabbert
The Gabbert Law Firm
11511 Katy Freeway, Suite 610
Houston, Texas 77079
allison@thegabbertlawfirm.com
**ATTORNEY FOR MANSOOR AHMED**

*/s/ Michael Ballases*
T. Michael Ballases

Unofficial Copy Office of Marilyn Burgess District Clerk

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tishany Wheeler on behalf of T. Michael Ballases
Bar No. 24036179
wheeler@hooverslovacek.com
Envelope ID: 119238917
Filing Code Description: Notice
Filing Description: Notice of Submission on Unopposed Motion to Consolidate
Status as of 8/29/2026 10:18 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert R.Burford | 3371700 | rburford@burfordperry.com | 8/28/2026 11:40:05 AM | SENT |
| Brent C.Perry | 15799650 | bperry@burfordperry.com | 8/28/2026 11:40:05 AM | SENT |
| Allison H.Gabbert | 795357 | allison@thegabbertlawfirm.com | 8/28/2026 11:40:05 AM | SENT |
| Elizabeth Walls | | liz@thegabbertlawfirm.com | 8/28/2026 11:40:05 AM | SENT |
| Burford Perry Service | | service@burfordperry.com | 8/28/2026 11:40:05 AM | SENT |
| Karen Bowden | | kbowden@hou-law.com | 8/28/2026 11:40:05 AM | SENT |
| CKay Schwamkrug | | ckay@hou-law.com | 8/28/2026 11:40:05 AM | SENT |
| Steven Grossman | 8547800 | sgrossman@hou-law.com | 8/28/2026 11:40:05 AM | SENT |

Unofficial Copy Office of Marilyn Burgess District Clerk