# EXHIBIT 39

Email from Travis Vargo to Justin Rayome (July 10, 2025) (Renewed TRO Application Ex. L, No. 2026-63841)

Unofficial Copy Office of Marilyn Burgess District Clerk

# EXHIBIT L

July 10, 2025 email from Receiver Travis Vargo to Justin Rayome, counsel for Plaintiff — HIGHLIGHTED

Unofficial Copy Office of Marilyn Burgess District Clerk

Gmail

**Justin Rayome <justin.rayome.law@gmail.com>**

# FW: 24-10120-smr Ch-11 Notice of Appeal Texas REIT, LLC

1 message

**Travis Vargo** <tvargo@vargolawfirm.com> Thu, Jul 10, 2025 at 5:40 PM
To: "justin.rayome.law@gmail.com" <justin.rayome.law@gmail.com>

Mr. Rayome,

Please see attached and kindly explain how you have authority to file anything on behalf of Ali Choudhri individually in any case as Plaintiff/Claimant including the below appeal.

If you fail to respond or articulate your authority, I am going to file a show cause motion with Judge Wilson seeking to hold you in contempt for interfering with the receivership.

I also look forward to your response to my prior email concerning your compensation. Please call me to discuss.

Travis B. Vargo, Court Receiver

12012 Wickchester, Suite 670

Houston, TX 77079

(713) 524-2441 - Office

(832) 779-8838 - Fax

Confidentiality Notice: The contents of this electronic message, and any attachment to it, contain information which may be confidential and/or privileged. This information is intended only for the addressed recipients and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or use of this electronic message or its contents is strictly prohibited and may be unlawful. If you have received this electronic message in error, please immediately reply to to sender that you have received the message in error, and destroy all copies of it. Further, nothing in the above message is intended to and does not constitute tax advice. All information transmitted herein should be disclosed to your tax preparer for advice. Lastly, pursuant to the Fair Debt Collection Practices Act, you are advised that this office is deemed to be a debt collector and any information obtained may be used for that purpose.



Unofficial Copy Office of Marilyn Burgess District Clerk