# EXHIBIT 42

Email from Courtney A. Vincent to Travis Vargo, copying Michael Poynter, L. Lee Thweatt, and Derek Staub (Sept. 11, 2026, 7:55 p.m.), and attached Notice of Litigation Hold and Demand to Preserve Evidence (dated Sept. 12, 2026), Arabella PH 3201 LLC v. Vargo, No. 4:26-cv-07537 (S.D. Tex.)

Unofficial Copy Office of Marilyn Burgess District Clerk

**Vincent Civil Rights**
A Division of Vincent Law, PLLC

Phone: 713.223.9300 (Texas) | 651.204.5300 (Minnesota)
Info@vincentlawpllc.com | www.vincentlawpllc.com

September 12, 2026

**VIA EMAIL AND USPS CMERRR**
**9589 0710 5270 2740 4468 48; 9589 0710 5270b2740 4468 24;**
**9589 0710 5270 2740 4468 31**

**L. LEE THWEATT**
*Counsel for Travis B. Vargo*
***Terry & Thweatt, P.C.***
114 Byrne Street
Houston, Texas 77009

*and to:*

**THE VARGO LAW FIRM, P.C.**
12012 Wickchester Lane, Suite 670
Houston, Texas 77079

*and*

**Registered Office:**
7660 Woodway Drive, Suite 585
Houston, Texas 77063-1529

cc: Michael Poynter, The Vargo Law Firm, P.C.

**Re: Client: Arabella PH 3201 LLC**
**Arabella PH 3201 LLC v. Vargo, No. 4:26-cv-07537 (S.D. Tex.)**
**Property: 4521 San Felipe Street, Unit 3201, Houston, Texas 77027**

**NOTICE OF LITIGATION HOLD AND DEMAND TO PRESERVE EVIDENCE**

Mr. Thweatt:

I represent Arabella PH 3201 LLC, Plaintiff in the above-referenced action filed September 9, 2026 in the United States District Court for the Southern District of Texas. Your client has advised that you represent Travis B. Vargo in that action. This letter is formal notice to Mr. Vargo and to The Vargo Law Firm, P.C. of the obligation to preserve documents and electronically stored information relevant to it. That obligation is already in effect and is not contingent on discovery having opened.

Please take all steps necessary to preserve, and to direct The Vargo Law Firm, P.C. and its attorneys, employees, agents, contractors, and vendors to preserve, all documents and electronically stored information relating to the Property identified above and to the receivership in Cause Nos. 2012-27197-A

Unofficial Copy Office of Marilyn Burgess District Clerk

and 2012-27197-D in the 333rd Judicial District Court of Harris County, Texas, including without limitation:

- email, text and SMS messages, WhatsApp and other messaging application content, voicemail, call logs, calendar entries, handwritten and electronic notes, drafts, and all associated metadata;
- communications with Osama Abdullatif, Omar Khawaja, and any judgment creditor or counsel for any judgment creditor;
- communications with any listing broker, real estate agent, appraiser, or prospective purchaser of the Property, and all listing agreements, showing records, and offers;
- communications with any taxing authority and with the Arabella Condominium association or its management company;
- communications with any court or court staff concerning the Property;
- communications with any constable, deputy, or other officer concerning the writ of possession; and
- accounting records, bank and trust account records, invoices, time entries, and fee statements relating to the receivership and to the Property.

Please immediately suspend any automatic deletion, purge, archiving, retention, or overwrite policy that would affect this material, and preserve any backup media, disaster-recovery copies, and legacy systems on which it may reside. The obligation extends to material held in personal email accounts, personal mobile devices, and cloud storage accounts to the extent used for any matter relating to the Property. Do not wipe, reset, reimage, discard, or transfer any device without first preserving a forensically sound copy.

Failure to preserve may support relief under Federal Rule of Civil Procedure 37(e), including an adverse inference instruction, and may support further relief available for spoliation of evidence.

Please confirm in writing within seven days that a litigation hold has been issued and that the steps described above have been taken. Please also advise whether you represent The Vargo Law Firm, P.C. in addition to Mr. Vargo, or whether the firm has separate counsel to whom I should direct a copy of this letter.

Nothing in this letter waives any right, claim, or position, all of which are expressly reserved.

Unofficial Copy Office of Marilyn Burgess District Clerk

Mailing Address: PO Box 940129, Houston, Texas 77094
Office Address: 1035 Dairy Ashford, Ste #145, Houston, Texas 77079

With Appreciation,

Courtney A. Vincent
SDTX Bar No. 3746531
State Bar No. MN 0403083
***Federal Civil Rights Attorney***
**Vincent Civil Rights – a Division of Vincent Law, PLLC**
PO Box 940129
Houston, Texas 77094
Ph: 713.223.9300 | Fax: 832.603.4444
**info@vincentlawpllc.com**
**COUNSEL FOR PLAINTIFF**

**Admitted to:**
U.S. Federal District & Bankruptcy Courts of the Southern District of Texas
U.S. Federal District & Bankruptcy Courts of the Northern District of Texas
U.S. Federal District & Bankruptcy Courts of the Eastern District of Texas
U.S. Federal District & Bankruptcy Courts of the Western District of Texas
U.S. Court of Appeals, 5th Circuit
Supreme Court of the United States
U.S. Federal District Court of Minnesota
State of Minnesota
U.S. Court of Federal Claims
U.S. Immigration Courts, U.S. Department of Justice
Social Security Disability Representative
**Memberships:**
Federal Bar Association; Bar Association of the Supreme Court of the United States; Association of the Federal Fifth Circuit;
Member Houston Bar Association (HBA); Member HBA Federal Section;
Member HBA Bankruptcy Section; Member Minnesota Bar Association;
Member National Police Accountability Project

Unofficial Copy Office of Marilyn Burgess District Clerk