# EXHIBIT 43

Notice of Receivership (MCITBE LLC and 2232 Swift Boulevard), recorded Feb. 3, 2026, Harris County Official Public Records Doc. No. RP-2026-38584

Unofficial Copy Office of Marilyn Burgess District Clerk

RP-2026-38584
02/03/2026 ER $29.00

NOTICE OF CONFIDENTIAL RIGHTS: IF YOU ARE. NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT THAT TRANSFERS INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER

STATE OF TEXAS §
COUNTY OF HARRIS §

**NOTICE OF RECEIVERSHIP**

**(MCITBE LLC and 2232 Swift Boulevard, Houston, TX 77030)**

PLEASE TAKE NOTICE that Travis B. Vargo was appointed as post-judgment turnover receiver for judgment debtors ALI CHOUDHRI, DALIO HOLDINGS I, LLC and DALIO HOLDINGS II, LLC by the 333rd District Court, Harris County, Texas, in cause numbers 2012-27197-A and 2012-27197-D, styled Mokaram-Latif West Loop, Ltd. v. Choudhri et al. These turnover orders were further interpreted by the following orders:

> ORDER GRANTING THE RECEIVER'S MOTION TO SHOW AUTHORITY, Docket 304, entered October 17, 2025, in 24-51195-mmp, *In re RIC (Lavernia) LLC,* in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division;
>
> ORDER REGARDING MOTIONS TO SHOW AUTHORITY, Docket 996, entered October 17, 2025, in 24-10119-smr, *In re 1001 WL, LLC*, in the United States Bankruptcy Court for the Western District of Texas, Austin Division; and
>
> ORDER REGARDING MOTION OF TRAVIS VARGO, STATE COURT RECEIVER TO SHOW AUTHORITY OF JUSTIN RAYOME AND CAVAZOS HENDRICKS POIROT, PC, Docket 784, entered October 17, 2025, in 24-10120-smr, *In re Texas REIT LLC*, in the United States Bankruptcy Court for the Western District of Texas, Austin Division.

Pursuant to the foregoing orders, all of the judgment debtors' non-exempt property is held in custodia legis and turned over to the Receiver, including all rights and control to MCITBE, LLC, including in the following real property located in Harris County, Texas:

> The West 25 feet of Lot Twenty One (21) and the adjoining East 40 feet of Lot Twenty Two (22), Block Nine (9), of SOUTHGATE, an addition in Harris County, Texas, according to the map or play thereof recorded in Volume 10, Page 49, of the Map Records of Harris County, Texas, more commonly known as 2232 Swift Boulevard, Houston, TX 77030.

Reference is further made to the DEED OF TRUST executed by MCITBE LLC in favor of THOMAS O. MONTGOMERY, recorded in the real property records of Harris County, Teaxs as RP-2017-441623.



RP-2026-38584

Unofficial Copy Office of Marilyn Burgess District Clerk

Any and all sums or proceeds due MCITBE LLC (e.g. excess proceeds from a foreclosure) must be paid to the Receiver at 12012 Wickchester, Suite 670, Houston, TX 77079 or deposited into the registry of the 333rd Judicial District Court of Harris County, Texas under case numbers 2012-27197-A or 2012-27197-D, styled Mokaram-Latif West Loop, Ltd. v. Choudhri et al.

Travis B. Vargo, Court Receiver
State Bar No. 24047027
12012 Wickchester, Suite 670
Houston, Texas 77079
(713) 524-2441 telephone
(832) 779-8838 facsimile
tvargo@vargolawfirm.com
COURT APPOINTED RECEIVER

## ACKNOWLEDGEMENT

ACKNOWLEDGED, SWORN, AND SUBSCRIBED TO BEFORE ME by Travis B. Vargo in his capacity as Court Appointed Receiver on this 2nd day of February, 2026 to certify which witness my hand and seal of office.

MICHAEL D POYNTER
Notary ID #133546180
My Commission Expires
January 21, 2030

Notary Public, State of Texas

After recording, please return to: Travis B. Vargo, 12012 Wickchester, Suite 670, Houston, Texas 77079

UNOFFICIAL COPY
Unofficial Copy Office of Marilyn Burgess District Clerk
RP-2026-38584

RP-2026-38584

# Pages 3

02/03/2026 08:03 AM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

TENESHIA HUDSPETH

COUNTY CLERK

Fees $29.00

UNOFFICIAL COPY

Unofficial Copy Office of Marilyn Burgess District Clerk

RP-2026-38584

RECORDERS MEMORANDUM
This instrument was received and recorded electronically and any blackouts, additions or changes were present at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or use of the described real property because of color or race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED in the Official Public Records of Real Property of Harris County, Texas.

COUNTY COURT OF HARRIS COUNTY, TEXAS

Teneshia Hudspeth

COUNTY CLERK
HARRIS COUNTY, TEXAS