# EXHIBIT 45

Harris County District Clerk settings history, Cause No. 2012-27197-A

Unofficial Copy Office of Marilyn Burgess District Clerk

51195-mmp Doc#376-57 Filed 10/30/26 Entered 10/30/26 22:09:55 Exhibit 15-45 I
of 4

# 201227197A - MOKARAM, ALI vs. CHOUDHRI, ALI ET AL (Court 333)

Print All (non-financial)
Chronological History

## Summary +

## Images +

## Appeals +

## Cost Statements +

## Transfers +

## Post Trial Writs +

## Abstracts +

## Parties +

## Court Costs +

## Judgments/Events +

## Settings −

Click column headings to sort. Click again to toggle direction.
Print Settings

Page 1 of 3 1 2 3 » Last

| Date | Court | Post Jdgm | Docket Type | Reason/ Appearance Court | Results/ Setting Type | Comments | Requesting Party |
|---|---|---|---|---|---|---|---|
| 8/19/2026 09:00 AM | 333 | | Law Day Docket In Person | ORAL HEARING (MOTION FOR) | Hearing Held | | |
| 12/10/2025 09:00 AM | 333 | | Trial Coordinators Docket | STATUS CONFERENCE (MOTION FOR) | Passed N/A | | |
| 8/18/2025 08:00 AM | 333 | | Submission Docket | SHOW AUTHORITY (MOTION TO)(TRCP 12) | Passed | CASE ON APPEAL | YABLON, MARK P. |
| 8/13/2025 09:00 AM | 333 | | Law Day Docket In Person | STATUS CONFERENCE (MOTION FOR) | Passed N/A | | |
| 8/11/2025 08:00 AM | 333 | | Submission Docket | SHOW AUTHORITY (MOTION TO)(TRCP 12) | Passed | CASE ON APPEAL | VARGO, TRAVIS B. |
| 8/11/2025 08:00 AM | 333 | | Submission Docket | SHOW AUTHORITY (MOTION TO)(TRCP 12) | Passed N/A | CASE ON APPEAL | VARGO, TRAVIS B. |
| 8/11/2025 08:00 AM | 333 | | Submission Docket | SHOW AUTHORITY (MOTION TO)(TRCP 12) | Passed | CASE ON APPEAL | VARGO, TRAVIS B. |
| 8/11/2025 08:00 AM | 333 | | Submission Docket | SHOW AUTHORITY (MOTION TO)(TRCP 12) | Passed N/A | CASE ON APPEAL | VARGO, TRAVIS B. |
| 7/02/2025 09:00 AM | 333 | | Trial Coordinators Docket | STATUS CONFERENCE (MOTION FOR) | Passed | | |
| 6/26/2025 09:30 AM | 333 | | Law Day Docket In Person | STATUS CONFERENCE (MOTION FOR) | Passed N/A | CASE ON APPEAL | TAYLOR, WILLIAM A. |
| 6/09/2025 08:00 AM | 333 | | Submission Docket | TURNOVER (MOTION FOR) | Passed | CASE ON APPEAL | BALLASES, THOMAS MICHAEL |
| 3/31/2025 08:00 AM | 333 | | Submission Docket | APPOINT RECEIVER (MOTION TO) | Passed N/A | IMPROPER TIME SUB. 8AM | BALLASES, THOMAS MICHAEL |
| 3/03/2025 08:00 AM | 333 | | Submission Docket | STRIKE EXPERTS (MOTION TO) | Passed | CASE ON APPEAL | BALLASES, THOMAS MICHAEL |
| 2/07/2024 09:00 AM | 333 | | Law Day Docket In Person | CONTEMPT (MOTION FOR) | Granted In Part N/A | GRANTED IN PART | DRINNON, RODNEY LEE |

Unofficial Copy Office of Marilyn Burgess District

51195-mmp Doc#376-57 Filed 10/30/26 Entered 10/30/26 22:09:55 Exhibit 15-45 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/04/2024 09:00 AM | 333 | Law Day Docket Virtual | APPOINT RECEIVER (MOTION TO) | Hearing Held | | |
| 9/04/2023 09:00 AM | 333 | Trial Setting In Person | TRIAL ON MERITS (MOTION FOR) | Tried N/A | | |
| 1/09/2023 09:00 AM | 333 | Submission Docket | ENTRY OF JUDGMENT (MOTION FOR) | Hearing Held | HEARD | FUNK, D. SCOTT |
| 5/02/2022 08:00 AM | 333 | Submission Docket | WITHDRAWAL OF ATTORNEY OF RECORD (MOTION FOR) | Granted N/A | | SHEPPARD, BRANCH MASTERSON |
| 3/28/2022 09:00 AM | 333 | Submission Docket | SUMMARY JUDGMENT PARTIAL (MOTION FOR) (TRCP 166A) | Granted | | FUNK, D. SCOTT |
| 11/01/2021 09:00 AM | 333 | Law Day Docket In Person | SUMMARY JUDGMENT PARTIAL (MOTION FOR) (TRCP 166A) | Hearing Held N/A | | SHEPPARD, BRANCH MASTERSON |
| 11/01/2021 09:00 AM | 333 | Law Day Docket In Person | SUMMARY JUDGMENT PARTIAL (MOTION FOR) (TRCP 166A) | Hearing Held | | FUNK, D. SCOTT |
| 11/01/2021 09:00 AM | 333 | Law Day Docket In Person | ENTRY OF JUDGMENT (MOTION FOR) | Hearing Held N/A | | FUNK, D. SCOTT |
| 11/01/2021 09:00 AM | 333 | Law Day Docket In Person | SUMMARY JUDGMENT PARTIAL (MOTION FOR) (TRCP 166A) | Hearing Held | | SHEPPARD, BRANCH MASTERSON |
| 10/25/2021 08:00 AM | 333 | Submission Docket | SUMMARY JUDGMENT PARTIAL (MOTION FOR) (TRCP 166A) | Hearing Held N/A | | SHEPPARD, BRANCH MASTERSON |
| 10/18/2021 09:00 AM | 333 | Law Day Docket In Person | STATUS CONFERENCE (MOTION FOR) | Hearing Held | | |
| 10/14/2021 09:00 AM | 333 | Law Day Docket In Person | TEMPORARY INJUNCTION (MOTION FOR) | Hearing Held N/A | | FUNK, D. SCOTT |
| 10/11/2021 08:00 AM | 333 | Submission Docket | SUMMARY JUDGMENT PARTIAL (MOTION FOR) (TRCP 166A) | Hearing Held | | SIBLEY, JOSEPH DAVID IV |
| 10/06/2021 09:00 AM | 333 | Law Day Docket In Person | APPL REMOVE/CANCEL LIS PENDENS (MOTION TO)(ART. 6643A) | Hearing Held N/A | | DRINNON, RODNEY LEE |
| 10/06/2021 09:00 AM | 333 | Law Day Docket Virtual | SEAL DOCUMENTS (MOTION TO) | Denied | | |
| 10/04/2021 08:00 AM | 333 | Submission Docket | APPL REMOVE/CANCEL LIS PENDENS (MOTION TO)(ART. 6643A) | Hearing Held N/A | | SHEPPARD, BRANCH MASTERSON |
| 9/27/2021 08:00 AM | 333 | Submission Docket | ARBITRATION (MOTION FOR) | Granted | | FUNK, D. SCOTT |
| 9/23/2021 10:30 AM | 333 | Law Day Docket In Person | STATUS CONFERENCE (MOTION FOR) | Hearing Held N/A | | |
| 9/13/2021 08:00 AM | 333 | Submission Docket | SPECIAL EXCEPTIONS (MOTION FOR) (TRCP 91) | Hearing Held | | DRINNON, RODNEY LEE |
| 8/25/2021 11:00 AM | 333 | Law Day Docket Virtual | STATUS CONFERENCE (MOTION FOR) | Hearing Held N/A | | |
| 6/28/2021 08:00 AM | 333 | Submission Docket | APPL REMOVE/CANCEL LIS PENDENS (MOTION TO)(ART. 6643A) | Hearing Held | | DRINNON, RODNEY LEE |
| 6/21/2021 08:00 AM | 333 | Submission Docket | CASE CONSOLIDATION (MOTION FOR) (TRCP 174) | Passed N/A | PER HAILEY SHEPPARD | SHEPPARD, BRANCH MASTERSON |
| 6/21/2021 08:00 AM | 333 | Submission Docket | APPL REMOVE/CANCEL LIS PENDENS (MOTION TO)(ART. 6643A) | Re Set | PER NTC 6/11 | DRINNON, RODNEY LEE |
| 6/21/2021 08:00 AM | 333 | Submission Docket | OBJECTIONS (MOTION FOR) | Passed N/A | PASSED PER COURT | SIBLEY, JOSEPH DAVID IV |
| 5/17/2021 08:00 AM | 333 | Submission Docket | LEAVE TO FILE PLEADING (MOTION TO) | Granted | | SIBLEY, JOSEPH DAVID IV |
| 5/17/2021 08:00 AM | 333 | Submission Docket | CASE CONSOLIDATION (MOTION FOR) (TRCP 174) | Granted N/A | | DRINNON, RODNEY LEE |
| 3/22/2021 08:00 AM | 333 | Submission Docket | SPECIAL EXCEPTIONS (MOTION FOR) (TRCP 91) | Granted | | DRINNON, RODNEY LEE |
| 3/22/2021 08:00 AM | 333 | Submission Docket | WITHDRAWAL OF ATTORNEY OF RECORD (MOTION FOR) | Granted N/A | | JOYCE, JEFF |
| 2/22/2021 08:00 AM | 333 | Another Docket In Person | RE HEARING (MOTION FOR) | Set In Error | DUPLICATE SETTING | SIBLEY, JOSEPH DAVID IV |
| 2/22/2021 08:00 AM | 333 | Submission Docket | RE HEARING (MOTION FOR) | Passed N/A | | SIBLEY, JOSEPH DAVID IV |
| 2/15/2021 08:00 AM | 333 | Another Docket In Person | RE HEARING (MOTION FOR) | Denied | | DRINNON, RODNEY L |

Unofficial Copy Office of Marilyn Burgess District

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/01/2021 10:00 AM | 333 | Presetting Teleconference Virtual | STATUS CONFERENCE (MOTION FOR) | Hearing Held N/A | | |
| 2/01/2021 10:00 AM | 333 | Law Day Docket Virtual | STATUS CONFERENCE (MOTION FOR) | Passed | DUPLICATE SETTING | |
| 1/11/2021 09:00 AM | 333 | Law Day Docket Virtual | ARBITRATION (MOTION FOR) | Granted N/A | | SIBLEY, JOSEPH DAVID IV |
| 10/05/2020 08:00 AM | 333 | Submission Docket | SUMMARY JUDGMENT FINAL (MOTION FOR) (TRCP 166A) | Denied | | |
| 9/14/2020 08:00 AM | 333 | Submission Docket | COMPEL PRODUCTION (MOTION TO) | Passed N/A | LEIGH | FUNK, D. SCOTT |

**Services/Notices** +

**Court Registry** +

**Child Support** +

Unofficial Copy Office of Marilyn Burgess District Clerk