# EXHIBIT 46

Email chains between the Receiver and Judge Wilson, June 2–3, June 9–10, June 15–July 23, and August 6, 2026 (Gmail printouts)

Unofficial Copy Office of Marilyn Burgess District Clerk