# EXHIBIT 47

Email thread \"Re: 2012-27197A, Motion re Arabella Penthouse\" (Aug. 13 – Sept. 11, 2026), including Michael Poynter's Sept. 11, 2026, 6:00 a.m. email to Judge Wilson, as printed from the email account of Choudhri's counsel, Derek Staub, with the attached proposed Order

Unofficial Copy Office of Marilyn Burgess District Clerk

**Staub, Derek R.**

| | |
|---|---|
| **From:** | Michael Poynter <mpoynter@vargolawfirm.com> |
| **Sent:** | Friday, September 11, 2026 6:00 AM |
| **To:** | Randy Wilson |
| **Cc:** | Travis Vargo; Staub, Derek R.; Scott Funk; 'T. Michael Ballases'; Simien, Shawn (DCA) |
| **Subject:** | Re: 2012-27197A, Motion re Arabella Penthouse |
| **Attachments:** | 2026.08.24 Petition.pdf; 2026.09.09 Docket 01 Petition.pdf; Proposed Order 09.10.2026.pdf |

Unofficial Copy Office of Marilyn Burgess District Clerk

Judge Wilson,

Since our last hearing with you on August 19, 2026, Mr. Choudhri filed numerous new litigations in Harris County District Courts, the Harris County Civil Courts at Law, and now in Federal District Court. These lawsuits attempt to stop the writ of possession from being executed on the penthouse, and attempt to hold the Receiver liable for following this Court's orders to execute the writ.

Mr. Choudhri repeatedly argues that the penthouse is his homestead, and that the turnover order does not turn over Arabella PH 3201 LLC to the receiver. Receiver believes that your turnover orders and the July 28, 2026 order already disposed of those issues. But there has been a significant amount of litigation about it. I attach a proposed order that expressly states the denial of his homestead claim and the affirmative turnover of the entity. I request entry of the order to avoid even more repetitive litigation on these issues.

**District Court Cases:**
Mr. Choudhri has obtained five hearings in other Harris County District Courts since August 19, 2026, the date you denied the motion to reconsider. **There is a hearing set for September 14, 2026 on a temporary injunction in front of Judge Nicole Perdue, the 133rd for** 202663841 - CHOUDHRI, ALI vs. ROSEN, ALAN. A table of the various emergency hearings he has scheduled is below.

| Date | Style | Outcome |
|---|---|---|
| August 21, 2026 | 202659605 - CHOUDHRI, ALI vs. ROSEN, ALAN | **TRO Granted** |
| August 26, 2026 | 202659605 - CHOUDHRI, ALI vs. ROSEN, ALAN | TRO Denied |
| September 1, 2026 | 202659605 - CHOUDHRI, ALI vs. ROSEN, ALAN | Motion to Dismiss Granted, TI Denied |
| September 2, 2026 | 202663841 - CHOUDHRI, ALI vs. ROSEN, ALAN | TRO Denied |
| September 10, 2026 | 202663841 - CHOUDHRI, ALI vs. ROSEN, ALAN | TRO Denied |

**County Court at Law:**
This is an adverse possession claim for the penthouse. That case is styled 1285136, *Ali Choudhri v. Arabella PH 3201 LLC*, in the County Civil Court at Law No. 4, Harris County, Texas. Petition attached.

**Federal:**
Mr. Choudhri filed a federal civil rights lawsuit against the Receiver relating to the penthouse. That case is styled 4:26-cv-7537, *Arabella PH 3201 LLC v Travis B. Vargo, individually and in his capacity as Receiver*, et al, in the United States District Court for the Southern District of Texas, Houston Division. A copy of that complaint is attached.

Very truly yours,

Michael Poynter
Attorney
Vargo Law Firm, P.C.
12012 Wickchester, Suite 670
Houston, TX 77079
(713) 524-2441, Ext. 2 - Phone
(832) 779-8838 - Fax
www.vargolawfirm.com
Confidentiality Notice: The contents of this electronic message, and any attachment to it, contain information which may be confidential and/or privileged. This information is intended only for the addressed recipients and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or use of this electronic message or its contents is strictly prohibited and may be unlawful. If you have received this electronic message in error, please immediately reply to the sender that you have received the message in error, and destroy all copies of it. Further, nothing in the above message is intended to and does not constitute tax advice. All information transmitted herein should be disclosed to your tax preparer for advice. Lastly, pursuant to the Fair Debt Collection Practices Act, you are advised that this office is deemed to be a debt collector and any information obtained may be used for that purpose.

**From:** Travis Vargo
**Sent:** Wednesday, August 26, 2026 12:21 PM
**To:** 'Staub, Derek R.' <dstaub@fbtgibbons.com>; 'Randy Wilson' <Randy.Wilson@txcourts.gov>
**Cc:** 'Scott Funk' <sfunk@grayreed.com>; 'T. Michael Ballases' <ballases@hooverslovacek.com>; 'Simien, Shawn (DCA)' <shawn_simien@justex.net>; Michael Poynter <mpoynter@vargolawfirm.com>
**Subject:** RE: 2012-27197A, Motion re Arabella Penthouse

All ancillary matters have been moved to **3:30pm** today (80th District Court).

Travis B. Vargo
Vargo Law Firm, PC
(713) 524-2441 - Office

**From:** Travis Vargo
**Sent:** Wednesday, August 26, 2026 11:47 AM
**To:** 'Staub, Derek R.' <dstaub@fbtgibbons.com>; Randy Wilson <Randy.Wilson@txcourts.gov>
**Cc:** Scott Funk <sfunk@grayreed.com>; 'T. Michael Ballases' <ballases@hooverslovacek.com>; Simien, Shawn (DCA) <shawn_simien@justex.net>; Michael Poynter <mpoynter@vargolawfirm.com>
**Subject:** RE: 2012-27197A, Motion re Arabella Penthouse

Judge Wilson,

There are **3 TRO matters** on the ancillary docket at **12:45pm today** (80th District Court) and all of them touch this issue.

1. Mr. Choudhri is attempting to restrain me (Travis Vargo) from evicting him;
2. Mr. Choudhri is trying to stop restrain a tax sale for Monday; and
3. I am trying to stop restrain a tax sale for Monday.

Unofficial Copy Office of Marilyn Burgess District Clerk

A signed order would save significant judicial resources and arguing in front of the ancillary judge. I apologize for the urgency, but I could not control most of this timing.

Travis B. Vargo
Vargo Law Firm, PC
(713) 524-2441 - Office

**From:** Staub, Derek R. <dstaub@fbtgibbons.com>
**Sent:** Tuesday, August 25, 2026 1:11 PM
**To:** Travis Vargo <tvargo@vargolawfirm.com>; Randy Wilson <Randy.Wilson@txcourts.gov>
**Cc:** Scott Funk <sfunk@grayreed.com>; 'T. Michael Ballases' <ballases@hooverslovacek.com>; Simien, Shawn (DCA) <shawn_simien@justex.net>; Michael Poynter <mpoynter@vargolawfirm.com>
**Subject:** RE: 2012-27197A, Motion re Arabella Penthouse

Judge Wilson,

Attached is a proposed order concerning the homestead exemption from Mr. Choudhri's perspective. I have also attached the filing for your convenience.

Thank you,
Derek

**Derek Staub**
Partner

**FBT Gibbons**
Dallas, TX
Direct +1 214.580.5826
Mobile +1 214.507.3841

**From:** Travis Vargo <tvargo@vargolawfirm.com>
**Sent:** Tuesday, August 25, 2026 12:27 PM
**To:** Randy Wilson <Randy.Wilson@txcourts.gov>
**Cc:** Scott Funk <sfunk@grayreed.com>; 'T. Michael Ballases' <ballases@hooverslovacek.com>; Simien, Shawn (DCA) <shawn_simien@justex.net>; Staub, Derek R. <dstaub@fbtlaw.com>; Michael Poynter <mpoynter@vargolawfirm.com>
**Subject:** RE: 2012-27197A, Motion re Arabella Penthouse

Judge Wilson,

Attached is a proposed order concerning homestead exemption. It was filed on the docket as follows:

| | | | | |
|---|---|---|---|---|
| **127385134** | Filing | Proposed Order Overruling Exemption | 06/25/2026 | 1 |

This was part of the matters taken up by the Court regarding the Arabella Penthouse first on June 22, 2026, by submission and then again at the oral hearing in person on August 19, 2026. Mr. Choudhri, individually, asserted that the property was an exempt homestead and both parties had requested a ruling and their briefs to the court. Receiver requests entry of the order at your earliest convenience.

Mr. Staub (lead counsel for Mr. Choudhri) is copied. Thank you.

Unofficial Copy Office of Marilyn Burgess District Clerk

Travis Vargo
Court Appointed Receiver
(713) 524-2441

---

**From:** Randy Wilson <Randy.Wilson@txcourts.gov>
**Sent:** Thursday, August 13, 2026 11:13 AM
**To:** Michael Poynter <mpoynter@vargolawfirm.com>
**Cc:** Scott Funk <sfunk@grayreed.com>; 'T. Michael Ballases' <ballases@hooverslovacek.com>; 'Mark Yablon' <mark@yablonlaw.com>; Simien, Shawn (DCA) <shawn_simien@justex.net>; 'Scott Boyd' <ssboyd@pattersonboyd.com>; Staub, Derek R. <dstaub@fbtgibbons.com>; Travis Vargo <tvargo@vargolawfirm.com>
**Subject:** 2012-27197A, Motion re Arabella Penthouse

Counsel: Attached is an order setting these matters for oral hearing on Aug. 19, 2026 at 9:00 a.m. in the 333rd Courtroom.

Shawn: please see that this order gets filed in the records in this case.

Justice Randy Wilson
14th Court of Appeals

BOARD CERTIFIED
Texas Board of Legal Specialization
CIVIL TRIAL LAW

American Board of Trial Advocates

---

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling FBT Gibbons at (513) 651-6800, so that our address record can be corrected.

---

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. 2012-27197-A

| | | |
|---|---|---|
| Mokaram-Latif West Loop, Ltd.<br>Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| V. | §<br>§ | HARRIS COUNTY, TEXAS |
| Ali Choudhri et al<br>Defendants | §<br>§ | 333rd JUDICIAL DISTRICT |

**ORDER**

The Court held hearings on June 22, 2026 by submission, and August 19, 2026 orally, that considered issues on the prior turnover of Arabella PH 3201 LLC under the Court's turnover orders, Ali Choudhri's claims of a homestead exemption for property commonly known as 4521 San Felipe St. #3201, Houston, TX 77027, and deeds concerning that property. The Court considered *inter alia* the following motions, and their responses and replies:

(1) Receiver's Motion for Writ of Possession, Comfort Order, and Expungement of Recorded Documents Relating to 4521 San Felipe St., #3201, Houston, Texas;

(2) Ali Choudhri and Arabella PH 3201 LLC's Opposition to Receiver's Motion for Writ of Possession, Comfort Order, and Expungement of Recorded Documents Relating to 4521 San Felipe St., #3201, Houston, Texas (filed June 19, 2026);

(3) Defendant Ali Choudhri's Statement of Homestead Exemption Pursuant to Paragraph 28(c) of the Amended Turnover Order (filed June 19, 2026); and

(4) Defendant Ali Choudhri's motion for New Trial, Motion to Modify, Correct, or Reform the Order, and Motion for Reconsideration (filed August 5, 2026).

The legal description of the relevant property is.

Unit 3201, and its appurtenant undivided interest in and to the general and limited common elements of ARABELLA Condominiums, a condominium regime in the City of Houston, Harris County, Texas, created by and subject to that certain Amended and Restated Declaration of ARABELLA Condominiums dated September 30, 2015, recorded with, and as amended by, that certain First Amendment to Amended and Restated Declaration of ARABELLA Condominiums dated October 1, 2018, recorded October 5, 2018 as Document No. 216849 ( Volume 216, Page 849) of the Condominium Records of Harris County, Texas as referenced in Clerks File No. RP-2018-459164 of the Official Public Records of Real Property of Harris County, Texas (as may be further amended or supplemented, the "Declaration").

Unofficial Copy Office of Marilyn Burgess District Clerk

The Court incorporates by reference the July 28, 2026 that voided deeds relating to the property and FINDS that the record owner of the real property and all improvements thereon is Arabella PH 3201 LLC. The Court further FINDS and ORDERS that 4521 San Felipe St. #3201, Houston, TX 77027 is NOT the homestead of Ali Choudhri. The Court OVERRULES Ali Choudhri's homestead exemption.

The Court further FINDS and ORDERS that one hundred percent (100%) of the membership interest of Arabella PH 3201 LLC was turned over to the Receiver per the turnover orders of this Court.[1]

Date: ______________________________________

Judge Randy Wilson, Presiding

Unofficial Copy Office of Marilyn Burgess District Clerk

[1] *See* fn.1 of the Order dated June 15, 2026, which found the Court's turnover orders are effective December 14, 2023.