# EXHIBIT 48

Order of Assignment No. 5126 and Notice of Assignment (Sept. 16, 2026), Cause No. 2026-59605

Unofficial Copy Office of Marilyn Burgess District Clerk

P.3

FILED
Marilyn Burgess
District Clerk
SEP 16 2026
Time: ____
By ____ A. Dozier
Harris County, Texas
Deputy

# THE STATE OF TEXAS

## ELEVENTH ADMINISTRATIVE JUDICIAL REGION

## ORDER OF ASSIGNMENT BY THE PRESIDING JUDGE

Pursuant to Section 74.056, Texas Government Code, I hereby assign the Honorable **Randy Wilson, Justice, 14th Court of Appeals,** to the **333rd Judicial District Court** of Harris County, Texas, to hear **Cause No. 2026-59605; Choudhri, Ali vs Rosen, Alan.**

This assignment begins the **16th** day of September, 2026 and is for the primary purpose of hearing cases and disposing of any accumulated business requested by the court.

This assignment shall continue as may be necessary for the assigned Judge to dispose of any accumulated business and to complete trial of any case or cases begun during this assignment, and to pass on motions for new trial and all other matters growing out of accumulated business or cases heard before the Judge herein assigned, or until terminated by the Presiding Judge.

It is ordered that the Clerk of the Court to which this assignment is made, if it is reasonable and practicable, and if time permits, give notice of this assignment to each attorney representing a party to a case that is to be heard in whole or in part by the assigned Judge upon written instructions by the trial court.

It is further ordered that the Clerk, upon receipt hereof, shall post a copy of this order in a prominent place in the public area of the Clerk's office. This posting shall constitute "Notice of Assignment" as required by Section 74.053, Texas Government Code.

Ordered this 16th of September, 2026.

ELEVENTH ADMINISTRATIVE JUDICIAL REGION OF TEXAS

S Brown

Susan Brown, Presiding Judge
Eleventh Administrative Judicial Region

Attest:

Rebecca Brite

Rebecca Brite
Executive Assistant

Assignment # 5126

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Marilyn Burgess
District Clerk
Time:
SEP 16 2026
By A. Dozier
Harris County, Texas
Deputy

# Eleventh Administrative Judicial Region of Texas

**Susan Brown**
**Presiding Judge**
*Rebecca Brite*
*Executive Assistant*

September 16, 2026

Ali Choudhri
VIA EMAIL

Courtney Carlson
VIA EMAIL

Travis Vargo
VIA EMAIL

Brian Hrach
VIA EMAIL

***NOTICE OF ASSIGNMENT***

The Honorable Randy Wilson, Justice, 14th Court of Appeals, has been assigned to Cause No. 2026-59605; Choudhri, Ali vs Rosen, Alan; 333rd Judicial District Court of Harris County, Texas.

*Enclosure*

Unofficial Copy Office of Marilyn Burgess District Clerk

*301 Fannin ☆ Houston, Texas 77002 ☆ (832) 927-6600 ☆ Rebecca_brite@justex.net*

# Eleventh Administrative Judicial Region of Texas

## Susan Brown

### Presiding Judge

*Rebecca Brite*
*Executive Assistant*

FILED
Marilyn Burgess
District Clerk
SEP 16 2026
Time:______
Harris County, Texas
By A. Doziel
Deputy

September 16, 2026

**District Clerk**, Harris County
**VIA facsimile**

333rd Judicial District Court
**VIA EMAIL**

To Whom It May Concern:

Please find for filing the enclosed Order of Assignment by the Presiding Judge, assigning the Honorable **Randy Wilson to the 333rd Judicial District Court** of **Harris** County, Texas.

Thank you as always for your courtesies.

Sincerely,

Rebecca Brite

Rebecca Brite
Executive Assistant

short assignment

Enclosure(s)

Assignment #5126

Unofficial Copy Office of Marilyn Burgess District Clerk

*301 Fannin ☆ Houston, Texas 77002 ☆ (832) 927-6600 ☆ rebecca_brite@justex.net*