# EXHIBIT 25

Reporter's Record, Sept. 10, 2026 hearing, Cause No. 2026-63841

*(highlighting added)*

Unofficial Copy Office of Marilyn Burgess District Clerk

# EXHIBIT B

Certified Reporter's Record (Excerpt), Temporary Restraining Order Hearing of September 10, 2026, Cause No. 2026-63841, before the Hon. Tracy Good, certified by Katelyn Harrelson, CSR No. 9164 (key passages highlighted by counsel for the convenience of the Court)

Unofficial Copy Office of Marilyn Burgess District Clerk

REPORTER'S RECORD
VOLUME 1 OF 1 VOLUMES
TRIAL COURT CAUSE NO. 2026-63841

| | | |
|---|---|---|
| CHOUDHRI, ALI | ) | IN THE DISTRICT COURT |
| | ) | |
| vs. | ) | HARRIS COUNTY, TEXAS |
| | ) | |
| ROSEN, ALAN | ) | 333 JUDICIAL DISTRICT |

---

**TEMPORARY RESTRAING ORDER HEARING (EXCERPT)**

---

On the 10th day of September, 2026, the following proceedings came on to be held in the above-titled and numbered cause before the Honorable Tracy Good, Judge Presiding, held in Houston, HARRIS County, Texas.

Proceedings reported by computerized stenotype machine.

Unofficial Copy Office of Marilyn Burgess District Clerk

**APPEARANCES**

MS. GIA SAMAVATI
SBOT NO. 2407666
Trial Ninjas
PO Box 131803
Houston, TX 77219-1803
Telephone: 281-999-9990
E-mail: gia@trialninjas.com
Counsel for Arabella

MR. TRAVIS VARGO
SBOT NO. 24047027
Vargo Law Firm, PC
12012 Wickchester Lane
Suite 670
Houston, TX 77079-1235
Telephone: 713-524-2441
E-mail: tvargo@vargolawfirm.com
Counsel for Intervenor Plaintiff

*ALSO PRESENT:*

Ali Choudhri, Plaintiff
Justin Anthony, for Arabella Entities
Felipe Guevara, for Constable Rosen
Courtney Carlson, for Constable Rosen
Michael Poynter, Mr. Vargo
Courtney Vincent
Le Thuy

Unofficial Copy Office of Marilyn Burgess District Clerk

(Open Court; Parties appeared via Zoom)

(Excerpt begins)

16:58:08 THE COURT: Well, thank you and that's why I raised the provisions in 22 -- paragraph 22 -- because, to that extent, you and Mr. Steely have issues and there's a remedy afforded to you.

16:58:21 But I want to get to Mr. Vargo.

Mr. Vargo, there have been some -- some serious allegations, you know, levied your way. And you know that we're on the record. So, if you would like Mr. Poynter to argue these points or are more comfortable -- I mean, it is completely up to you -- but, to the extent that you testify, I have to bring you under oath. And I don't know if you want to go that far right now given the allegations made against you, but I want to afford you the opportunity to speak.

Or would you like Mr. Poynter to talk on your behalf?

16:59:07 MR. VARGO: Well, we're here to argue the merits of the motion. So, I'm going to defer to Mr. Poynter. I'm not backing down from addressing any of these allegations if Your Honor has specific questions or concerns about what you just heard.

I'll say that, I find it most interesting that Mr. Choudhri, in general, has stated that I'm,

Unofficial Copy Office of Marilyn Burgess District Clerk

basically, a henchman out there operating above and outside of the law; but Justice Wilson, four other judges in the Harris County District Courthouse, both Courts of Appeals have all sided with my orders and my interpretations of the order.

16:59:50 Mr. Poynter's going to go through Federal
16:59:53 bankruptcy court orders, that also bolster my reading of
16:59:57 the order. And, so, although Mr. Choudhri's analysis
17:00:00 is -- and his "linguancy" skills are high -- but there
17:00:09 are gross mischaracterizations of what has occurred --

17:00:16 THE COURT: And, again --

17:00:16 MR. VARGO: -- procedurally, factually --

17:00:16 THE COURT: And, again, that's why I'm
17:00:19 asking you -- or we can go down that road where I don't
17:00:24 know -- Mr. Poynter, as your lawyer, can elicit
17:00:28 testimony; or perhaps the -- because if the only -- the
17:00:33 only relief I hear Mr. Choudhri asking for is a
17:00:40 continuation of the time period established by Judge
17:00:45 Aston.

And if that -- you know, even if I do that, it would probably end on Monday, which would be a date that you guys would be in the 133rd. So, my question is this, do you want to continue this route of making an argument against the TRO; or would you like to just defer and hold everything at bay for three days so

Unofficial Copy Office of Marilyn Burgess District Clerk

that these issues can be raised in the 133rd?

MR. VARGO: Well, two things. Number one, Judge, he's not being removed from his home prior to Monday.

THE COURT: Well, no. That's not my -- my thing is, I just want to make sure that if that's the case, then you have no objection to there being a pause for three days; yes?

MR. VARGO: My objection is that Mr. Choudhri weaponizes any and all rulings by any Court and then tries to utilize them in the next court to say that you agreed with him.

THE COURT: No, I'm not saying anything about agreeing. The only thing I'm asking, again -- because let me tell you what he's doing -- well, let me tell you what I read under Section 8 of the orders established by -- I don't even want to get on that route -- I don't want to make -- I don't want to --

All I'm asking you is this, are you objecting to there being a pause for three days in order for you guys to get in front of the Presiding Judge of the 133rd? If the answer is, "I don't object to that, Judge, because nothing's going to happen," then this hearing is over.

MR. VARGO: So, long as there's no orders

Unofficial Copy Office of Marilyn Burgess District Clerk

coming out of this, I'm not removing him from the home. So, I have no objections.

THE COURT: All right. You got that on the record. You're not removing him from the home. You have no objections, right?

MR. VARGO: Prior to?

THE COURT: Monday the 14th.

You will not remove Mr. Choudhri or his mother from the home until a hearing that's scheduled for the 14th in the 133rd; is that correct, yes?

MR. VARGO: Yes.

THE COURT: All right. Thank y'all very much.

Mr. Choudhri, nothing's going to happen until Monday. And, so, at that time, you can go ahead and make your presentation. All right?

MR. CHOUDHRI: Your Honor, just one thing?

MR. VARGO: Thank you, Judge.

MS. SAMAVATI: Thank you.

THE COURT: Wait. Wait. Wait. Don't leave yet.

MR. CHOUDHRI: I just like to -- it's very simple --

THE COURT: Mr. Choudhri? Mr. Choudhri? Again, your presentation was well-rounded. I understand

Unofficial Copy Office of Marilyn Burgess District Clerk

17:03:42 and I accept and I hear exactly what you're saying.
17:03:46 And, again, the issue that you had was, you did not want
17:03:50 there to be a situation where somebody comes after you
17:03:55 or your mother in your home until you actually have a
17:04:00 full-fledged hearing before the court.
17:04:01 MR. CHOUDHRI: Yes.
17:04:01 THE COURT: You got that?
17:04:03 MR. CHOUDHRI: Yes, Your Honor.
17:04:04 THE COURT: So, we're done.
17:04:06 MR. CHOUDHRI: And I just ask if I can get
17:04:09 an expedited transcript of this because --
17:04:13 THE COURT: No worries.
17:04:13 MR. CHOUDHRI: -- this acknowledgment by
17:04:13 Mr. Vargo -- and one last request, Your Honor, this is
17:04:13 something my mom's been asking me and doesn't
17:04:19 understand -- what is the claim of the amount that Mr.
17:04:23 Vargo's claiming --
17:04:24 THE COURT: That, I'm not entertaining.
The only thing I'm doing right now, is to
get both you and your mom -- and I wish her the best in
her health -- the ability to -- for this weekend, y'all
have nothing to worry about as it relates to somebody
evicting you guys out of your home. All right.
17:04:42 MR. CHOUDHRI: So, so, so I want to get
17:04:42 clarity, Your Honor, because I need to tell her because

Unofficial Copy Office of Marilyn Burgess District Clerk

17:04:48 she can't sleep. Can you tell me, is it going to be --
17:04:50 the earliest -- can he just -- can you tell me the
17:04:50 earliest that he's going to evict?
17:04:53 THE COURT: No, the deal is --
17:04:56 MR. CHOUDHRI: Is it Monday or Tuesday?
17:04:58 THE COURT: Nothing will happen until
17:05:00 after the presiding judge holds your hearing on the
17:05:03 14th. So, the same presentation you're making to me, I
17:05:06 would imagine you're going to make the same presentation
17:05:08 to the presiding judge of the 133rd. All right?
17:05:13 MR. CHOUDHRI: Yes, Your Honor.
17:05:15 THE COURT: All right.
So, is it Ms. Harrison?
(Court Reporter clarification)
17:05:23 THE COURT: All right. Mr. Choudhri,
17:05:27 Ms. Harrelson is the Court Reporter. She's going to
17:05:30 attach herself to the case in Zoom.
Could you, Mr. Choudhri, not share your
screen anymore with me?
17:05:35 MR. CHOUDHRI: Oh, I apologize. I forgot.
17:05:35 THE COURT: All right. And, so, I want to
17:05:46 get on the record from everybody, so we have a clear
17:05:50 understanding that nobody within the hearing of my voice
17:05:52 is going to do anything to effect the eviction of
17:05:55 Mr. Choudhri over the weekend and that the issue related

Unofficial Copy Office of Marilyn Burgess District Clerk

Case 26-03... Document 6-2 Filed in TXSB on 09/21/26 Page 11 of 11



17:05:59 to his home will be presented to the 133rd on the 14th.

All right. I got everybody here. We're all in agreement and got it on the record. Thank y'all so very much. Y'all have a good weekend.

17:06:15 MR. VARGO: Thank you, Your Honor.

17:06:17 MS. SAMAVATI: Thank you, Your Honor.

(Proceedings concluded)

Unofficial Copy Office of Marilyn Burgess District Clerk

STATE OF TEXAS

COUNTY OF HARRIS

I, Katelyn Harrelson, Deputy Official Court Reporter in and for the 333 District Court of Harris, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, offered by the respective parties.

I further certify that the total cost for the preparation of this Reporter's Record is $200.00 and was paid by Mr. Ali Choudhri.

s/Katelyn Harrelson

Katelyn Harrelson, CSR
Texas CSR 9164
Deputy Official Court Reporter
333 District Court
Harris County, Texas
801 Congress, Suite 305
Houston, Texas 77002
Telephone: 832-683-7814
Expiration: 11/30/2026

Unofficial Copy Office of Marilyn Burgess District Clerk