# EXHIBIT 29

Video recordings made at 4521 San Felipe Street, Unit 3201, Houston, Texas, on the morning of September 15, 2026

**VIDEO EXHIBIT — LODGED IN NATIVE FORMAT**

This exhibit consists of video recordings that cannot be reproduced on paper. They are lodged with the Court in native digital format on a USB drive, as stated in the Notice of Lodging Video Exhibit filed in Cause No. 2023-84714, and are available to every party on request.

| Recordings | Recorded |
|---|---|
| Video recordings made inside and outside 4521 San Felipe Street, Unit 3201, Houston, Texas, on the morning of September 15, 2026, as stored on the USB drive in their original file format | By Ali Choudhri or in his presence |

**Declaration authenticating the recordings** (Tex. Civ. Prac. & Rem. Code § 132.001)

My name is Ali Choudhri. My date of birth is [redacted] 1980, and my address is 4521 San Felipe Street, Unit 3201, Houston, Texas 77027. I was present at 4521 San Felipe Street, Unit 3201 on the morning of September 15, 2026. The recordings listed above were made that morning by me or in my presence. I have reviewed them. They fairly and accurately depict what occurred, and they have not been edited or altered. I declare under penalty of perjury that the foregoing is true and correct. Executed in Harris County, Texas, on October 21, 2026.

/s/ Ali Choudhri

Ali Choudhri

Unofficial Copy Office of Marilyn Burgess District Clerk