# EXHIBIT 35

Notice, Fourteenth Court of Appeals, No. 14-26-00804-CV (Aug. 6, 2026) (replacement)

*(highlighting added)*

Unofficial Copy Office of Marilyn Burgess District Clerk

FILE COPY

**Justices**
Ken Wise
Kevin Jewell
Randy Wilson
Brad Hart
Tonya McLaughlin
Chad Bridges
Katy Boatman
Maritza M. Antú

# Fourteenth Court of Appeals

301 Fannin, Suite 245
Houston, Texas 77002

**Chief Justice**
Tracy Christopher

**Clerk**
Renee Wilson,
Clerk Pro Tempore
Phone 713-274-2800

8-10-26

FILED
Marilyn Burgess
District Clerk
AUG 10 2026
Time:
Harris County, Texas
By
Deputy
Melissa Medina

Thursday, August 6, 2026

Court Reporter, 333rd District Court
Harris County Civil Courthouse
201 Caroline, 14th Floor
Houston, TX 77002
* DELIVERED VIA E-MAIL *

Angelina Singleton
201 Caroline
Houston, TX 77002
* DELIVERED VIA E-MAIL *

RE: Court of Appeals Number: 14-26-00804-CV
Trial Court Case Number: 2012-27197A

Style: Ali Choudhri
v.
Mokaram-Latif West Loop, Ltd.

The trial court clerk has advised this court that a notice of appeal was filed in this case on August 5, 2026.

A post-judgment motion was filed. Accordingly, if the record has been requested and payment arrangements have been made, the reporter's record is due to be filed in this Court within 120 days after the judgment was signed, or by **Wednesday, November 25, 2026**, Tex. R. App. P. 35.3(b)(3).

All court reporters are required to complete and e-file with the Court an information sheet which is located at http://www.txcourts.gov/media/662557/court-reporter-info-sheet.pdf. If no request or payment arrangements have been made, you were not the court reporter in this case, additional court reporters took testimony, or you require an extension of time to file your record, please indicate this information on the form. This information sheet **must** be submitted to the Court within seven days of the date of this notice.

Pursuant to the Tex. R. App. P., Appendix C, Rule 2, all reporter's records must be filed via the court's electronic filing portal.

Sincerely,

Renee Wilson,
Clerk Pro Tempore

cc: William Drabble (DELIVERED VIA E-MAIL)
D. Scott Funk (DELIVERED VIA E-MAIL)
Thomas Michael Ballases (DELIVERED VIA E-MAIL)
Derek Staub (DELIVERED VIA E-MAIL)
Judge, 333rd District Court (DELIVERED VIA E-MAIL)
Harris County, District Clerk, Civil Division (DELIVERED VIA E-MAIL)
Preston T. Kamin (DELIVERED VIA E-MAIL)

Unofficial Copy Office of Marilyn Burgess District Clerk

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging