Unofficial Copy Office of Marilyn Burgess District Clerk

# EXHIBIT 54

Order, Cause No. 2012-27197-A (Apr. 16, 2026)

*(highlighting added)*

FILED
Marilyn Burgess
District Clerk

APR 16 2026
Time: 2:21 P.M.
Harris County, Texas
By Jessica Pannell
Deputy

Cause No. 2012-27197-A

| | | |
|---|---|---|
| Mokaram-Latif West Loop, Ltd., et al.<br>Plaintiffs | § | In the District Court of |
| | § | |
| v. | § | |
| | § | Harris County, Texas |
| Ali Choudhri | § | |
| Defendant | § | 333rd Judicial District |

SJUDY
DRECY
AUTHY
CASY
DISCY
LFPLY
P-1

## Order

This Court considered the following motions filed by Judgment Debtor Ali Choudhri:

1. Motion to Declare Void Ab Initio All Orders Entered by the Hon. Ravi Sandill filed on April 13, 2026;
2. Motion to Remove Receiver Travis B. Vargo, Verified Motion to Show Authority under Rule 12, Request for Oral Evidentiary Hearing and Request for Discovery filed on April 12, 2026 and again on April 13, 2026;
3. Motion to Rule on Pending April 2025 Motion to Vacate Void Orders and Collateral Supersedeas Issues and Request for Oral and Evidentiary Hearing filed April 9, 2026; and
4. Emergency Motion for Leave to File Updated Net Worth Affidavit and to Determine Supersedeas Security filed March 19, 2026.

These motions are DENIED.

Signed April 16, 2026.

[signature]

Judge Randy Wilson, Presiding

Unofficial Copy Office of Marilyn Burgess District Clerk

RECORDER'S MEMORANDUM
This instrument is poor quality
at the time of imaging