# EXHIBIT 55

Docket sheets (excerpts), *In re RIC (Lavernia) LLC*, No. 24-51195-mmp, and Adversary No. 24-05043-mmp (Bankr. W.D. Tex.), from PACER, October 21, 2026

Unofficial Copy Office of Marilyn Burgess District Clerk

## In re RIC (Lavernia) LLC, No. 24-51195-mmp (Bankr. W.D. Tex., San Antonio)

PACER docket report: 515 Docket Entries for Case 24-51195-mmp. Excerpted entries are reproduced verbatim; "[. . .]" marks omitted related-document text.

| No. | Date | Docket Text |
|---|---|---|
| 1 | 06/27/2024 | Voluntary Petition under Chapter 11 (Non-Individual) Without Schedules, Without Statement of Financial Affairs, Without Attorney Disclosure of Compensation ( Filing Fee: $ 1738, ) Filed By RIC (Lavernia) LLC. [. . .] (Hirsch, Kyle) |
| 202 | 08/21/2025 | Notice of Appearance and Request for Service of Notice filed by Leslie M. Luttrell for Interested Party Travis B Vargo. (Attachments: # 1 Service List)(Luttrell, Leslie) |
| 304 | 10/17/2025 | Order Granting (related document(s): 277 Motion of Travis Vargo, State Court Appointed Receiver, to Show Authority of Justin Rayome and Cavazos Hendricks Poirot, P.C., Including Lyndel Vargas, to Represent Otisco RDX, LLC. and Milestone Capital CRE 1, LLC. and to Strike Pleadings (WITH 21 Day Objection Language) filed by Leslie M. Luttrell for Interested Party Travis B. Vargo. [. . .]) (Order entered on 10/17/2025) (Castleberry, Deanna) |
| 322 | 11/06/2025 | Debtor's and Receiver's JOINT Ex Parte Motion to Reset (I) November 13, Hearings [. . .] AND (II) Extend Schedule for Briefing on Retrospective Relief filed by Kyle Hirsch for Debtor RIC (Lavernia) LLC. (Attachments: #(1) Proposed Order)(Hirsch, Kyle). Modified 11/7/2025 (Castleberry, Deanna). |
| 338 | 11/24/2025 | Notice of Withdrawal of Document filed by Leslie M. Luttrell for Interested Party Travis B Vargo. (Luttrell, Leslie) (Related Document(s): 254 Objection Filed by Lyndel A. Vargas for Interested Party Milestone Capital CRE 1, LLC [. . .], 255 Objection Filed by Lyndel A. Vargas for Interested Party Otisco RDX, LLC [. . .], 256 Response Filed by Lyndel A. Vargas for Interested Party Ali Choudhri [. . .]) |
| 346 | 12/04/2025 | Stipulation filed by Kyle Hirsch for Debtor RIC (Lavernia) LLC. (Hirsch, Kyle) |
| 347 | 12/04/2025 | Notice of Submission of Stipulated Order of Dismissal filed by Kyle Hirsch for Debtor RIC (Lavernia) LLC. (Attachments: # 1 Exhibit Stipulated Order of Case Dismissal)(Hirsch, Kyle) [. . .] |
| 348 | 12/05/2025 | Stipulated Order Dismissing Case (related document(s): 237 Second Amended Motion to Dismiss Case filed by Lyndel A. Vargas for Interested Parties Milestone Capital CRE 1, LLC, Otisco RDX, LLC [. . .]) (Order entered on 12/5/2025) (Hardage, Bridget) |
| | 12/05/2025 | Bankruptcy Case Closed (Hardage, Bridget) |
| 360 | 12/19/2025 | Chapter 11 Monthly Operating Report for the Month Ending: 12/05/2025 filed by Kyle Hirsch for Debtor RIC (Lavernia) LLC. (Hirsch, Kyle) |
| 361 | 04/01/2026 | Order Withdrawing Order to Appear and Show Cause (related document(s): 270 Order to Justin Rayome to Appear and Show Cause [. . .]) (Order entered on 4/1/2026) (Hardage, Bridget) |

Entries 362–368, filed October 19–21, 2026, are omitted. Between December 19, 2025 and October 19, 2026, the docket reflects no filing by any party; the only entries in that period are court notices and orders on a show-cause matter concerning another attorney.

Unofficial Copy Office of Marilyn Burgess District Clerk

## RIC (Lavernia) LLC v. Milestone Capital CRE 1, LLC, et al., Adv. No. 24-05043-mmp

PACER docket report: 274 Docket Entries for Case 24-05043-mmp. Excerpted entries are reproduced verbatim; "[. . .]" marks omitted related-document text.

| No. | Date | Docket Text |
|---|---|---|
| 1 | 06/28/2024 | Adversary case 24-05043. Notice of Removal - RIC (Lavernia) LLC against Milestone Capital CRE 1, LLC, John Daves, Lori Daves, Andres Cedillos ( Filing Fee: $ 350.00 ) [. . .] (Hirsch, Kyle) |
| 189 | 11/06/2025 | JOINT Ex Parte Motion to Reset November 13, 2025 Hearing (Related document(s) 136) Motion to Transfer Case Intra-Disctrict filed by Defendant Milestone Capital CRE 1, LLC. filed by Kyle Hirsch for Plaintiff RIC (Lavernia) LLC. and Leslie Luttrell for Receiver, Travis Vargo. (Attachments: #(1) Proposed Order) (Hirsch, Kyle). Modified on 11/7/2025 (Castleberry, Deanna). |
| 194 | 11/24/2025 | Agreed Motion for Entry of Judgment Filed by Kyle Hirsch for Plaintiff RIC (Lavernia) LLC. (Attachments: # 1 Exhibit Stipulated Judgment) (Hirsch, Kyle) |
| 195 | 11/24/2025 | Stipulated Judgment Milestone Capital CRE 1, LLC (related document(s): 194 Agreed Motion for Entry of Judgment Filed by Kyle Hirsch for Plaintiff RIC (Lavernia) LLC. (Attachments: # 1 Exhibit Stipulated Judgment)) (Order entered on 11/24/2025) (McGee, Maxine) |
| | 04/06/2026 | Docket Call Held. ***ADVERSARY RESOLVED WITH DOCUMENT #194 & #195***. (related document(s): 4 Plaintiff's Second Amended Petition filed by Kyle Hirsch for Plaintiff RIC (Lavernia) LLC). (Castleberry, Deanna) |
| | 04/06/2026 | Adversary Case Closed for Statistical Purposes Only. (Castleberry, Deanna) |

**Declaration** (Tex. Civ. Prac. & Rem. Code § 132.001)

My name is Ali Choudhri. My date of birth is [redacted] [redacted] 1980, and my address is 4521 San Felipe Street, Unit 3201, Houston, Texas 77027. On October 21, 2026, I obtained the complete PACER docket reports for No. 24-51195-mmp (515 entries) and Adversary No. 24-05043-mmp (274 entries). The entries above are true and correct copies of the entries shown. I reviewed every entry on both dockets. Neither docket contains any motion under Bankruptcy Rule 9019, or any other motion, seeking approval of the settlement agreement between Travis Vargo and TIG Romspen US Master Mortgage LP, and neither contains any order approving that agreement. The complete docket reports are available on PACER and will be produced on request. I declare under penalty of perjury that the foregoing is true and correct. Executed in Harris County, Texas, on October 21, 2026.

/s/ Ali Choudhri

Ali Choudhri

Unofficial Copy Office of Marilyn Burgess District Clerk