# EXHIBIT 58

Email of August 19, 2026, from Michael Poynter (Vargo Law Firm, P.C.) to Margaret Alfred, counsel for the taxing authorities, copying Travis Vargo

*(highlighting added)*

Unofficial Copy Office of Marilyn Burgess District Clerk

*Reproduction of the email as received. The original, with full headers, is retained and will be produced or substituted on request.*

**From:** Michael Poynter <mpoynter@vargolawfirm.com>

**Sent:** Wednesday, August 19, 2026 1:17 PM

**To:** Margaret Alfred <Margaret.Alfred@lgbs.com>

**Cc:** Travis Vargo <tvargo@vargolawfirm.com>

**Subject:** 2023-67381, City of Houston et al v. Arabella PH 3201 LLC

Margaret,

I represent Travis Vargo, who is the Court-Appointed Attorney for Ali Choudhri and two of his entities. The turnover orders are attached. They were entered in April 2025.

This is a post-judgment collection matter. Two of the receivership assets in custodia legis are Arabella PH 3201 LLC and the real property it owns, a condo at 4521 San Felipe St. #3201, Houston, TX 77027. Judge Wilson, presiding judge for the turnover proceedings, ordered that the Receiver is entitled to possess the condo and to sell it in an arm's length sale. That order is also attached.

You represent taxing authorities in a suit against Arabella PH 3201 LLC, #2023-67381. My understanding is that the condo is posted for the September 2026 auction. Respectfully, that sale cannot proceed absent Judge Wilson's authority. "No one has the authority, even under a prior deed of trust or execution, to sell property held in custodia legis by a duly appointed receiver, unless the sale is authorized by the court in which the receivership is pending." First S. Props., Inc. v. Vallone, 533 S.W.2d 339, 341 (Tex. 1976).

Per the attached order, Receiver has the current authority to sell the property and he is proceeding with same subject to the resolution of an emergency motion that will be ruled on by next week. Your clients' tax liens would be paid at closing.

Can we agree to withdraw the pending tax sale so that the Receiver can sell the property at a market price and discharge the liens?

The best way to communicate with Travis is 832-656-8550. Can you please reach out at your earliest convenience to discuss with him?

Very truly yours,

Michael Poynter
Attorney
Vargo Law Firm, P.C.
12012 Wickchester, Suite 670
Houston, TX 77079

Unofficial Copy Office of Marilyn Burgess District Clerk