Unofficial Copy Office of Marilyn Burgess District Clerk

# EXHIBIT 62

Harris County District Clerk, case images list, Cause No. 2023-84714 (Court 333), as viewed October 21, 2026 (excerpt)

## 202384714 - TIG ROMPSEN MASTER MORTGAGE LP vs. GALLERIA LOOP NOTE HOLDER LLC (Court 333)

Harris County District Clerk online case images list, page 1 of 2, as viewed October 21, 2026. Entries are reproduced as listed; selected exhibit and notice entries are omitted.

| Image No. | Date | Type | Title | Pages |
|---|---|---|---|---|
| 129194797 | 10/07/2026 | Filing | Notice of Filing Revised Form of Proposed Judgment | 3 |
| 129194798 | 10/07/2026 | Filing | Exhibit A | 7 |
| 129194800 | 10/07/2026 | Filing | Proposed Final Judgment | 6 |
| 129069453 | 09/30/2026 | Filing | Defendant Ali Choudhri's Verified Motion To Recuse And Disqualify Judge Randy Wilson, Judge Rabeea Sultan Collier, And Regional Presiding Judge Susan Brown, And Request For Referral To The Chief Justice | 41 |
| 129069455 | 09/30/2026 | Filing | Exhibit 1 | 519 |
| 129045042 | 09/29/2026 | Filing | Notice of Hearing | 3 |
| 128817848 | 09/16/2026 | Filing | 333 Notice of In Person Hearing | 2 |
| 128822002 | 09/16/2026 | Filing | Administrative Order | 3 |
| 128771689 | 09/14/2026 | Order | ORDER TRANSFERRING CASE TO ANOTHER DISTRICT COURT SIGNED | 1 |
| 128611725 | 09/03/2026 | Filing | Notice of Hearing (EJUD 10.26.26) | 3 |
| 128429331 | 08/20/2026 | Order | ORDER SIGNED DENYING TRANSFER OF CASE TO ANOTHER DIST COURT | 1 |
| 127956053 | 07/28/2026 | Filing | Notice of Attorney Resignation | 4 |
| 127790140 | 07/17/2026 | Filing | Errata to Plaintiff's Reply in Support of Motion to Transfer to 333rd Judicial District Court | 3 |
| 127641465 | 07/10/2026 | Filing | Plaintiff's Reply In Support of Motion to Transfer to 333rd Judicial District Court | 8 |
| 127021034 | 06/03/2026 | Filing | Notice of Oral Hearing (TRAN 7.20.2026) | 3 |
| 126734595 | 05/18/2026 | Filing | Defendants' Response in Opposition to Plaintiff's Motion to Transfer to 333rd Judicial District Court | 19 |
| 126138489 | 04/14/2026 | Order | ORDER LIFTING STAY SIGNED | 1 |
| 125710765 | 03/20/2026 | Filing | Defendants' Objection to Stipulated Judgment and Verified Motion to Show Authority | 8 |
| 125741298 | 03/20/2026 | Filing | Motion to Transfer to 333rd Judicial District Court | 6 |
| 125600277 | 03/13/2026 | Filing | Unopposed Motion to Lift Abatement | 7 |

Unofficial Copy Office of Marilyn Burgess District Clerk

| Image No. | Date | Type | Title | Pages |
|---|---|---|---|---|
| 124272437 | 12/19/2025 | Filing | Plaintiff's Motion for Entry of Stipulated Judgment | 6 |
| 124272438 | 12/19/2025 | Filing | Proposed Final Judgment | 6 |
| 123221232 | 10/15/2025 | Order | ORDER SIGNED GRANTING PLEA IN ABATEMENT | 1 |

**Declaration** (Tex. Civ. Prac. & Rem. Code § 132.001)

My name is Ali Choudhri. My date of birth is [redacted] 1980, and my address is 4521 San Felipe Street, Unit 3201, Houston, Texas 77027. On October 21, 2026, I viewed the Harris County District Clerk's online case images list for Cause No. 2023-84714. The entries above are copied from that list. The list shows no order recusing Judge Randy Wilson or referring my September 30, 2026 Verified Motion to Recuse and Disqualify to the regional presiding judge, and no order on that motion of any kind. The only filings after September 30, 2026 are TIG Romspen US Master Mortgage LP's three filings of October 7, 2026 (highlighted). I declare under penalty of perjury that the foregoing is true and correct. Executed in Harris County, Texas, on October 21, 2026.

/s/ Ali Choudhri

Ali Choudhri

Unofficial Copy Office of Marilyn Burgess District Clerk