Unofficial Copy Office of Marilyn Burgess District Clerk

# EXHIBIT 63

Sonder USA, Inc. v. Jetall Companies, Inc., Cause No. 2021-09675 (113th Dist. Ct., Harris County): Defendants' Verified Motion to Recuse Judge Rabeea Collier (May 28, 2021), with Exhibit A (docket, Khawaja Partners, Ltd. v. Jetall Companies, Inc., No. 4:14-cv-02975 (S.D. Tex.)) and Declaration of Ali Choudhri; Order of Recusal and Transfer (June 2, 2021)

*(highlighting added)*

Filed 21 June 03 A10:33
Marilyn Burgess - District Clerk
Harris County

Pgs-1

TRANX
RECUX
8X
7X

**NO. 2021-09675**

| | | |
|---|---|---|
| **SONDER USA INC** | **§** | **IN THE DISTRICT COURT OF** |
| **VS.** | **§** | **HARRIS COUNTY, T E X A S** |
| **JETALL COMPANIES INC** | **§** | **113th DISTRICT COURT** |

## ORDER OF RECUSAL AND TRANSFER

It is ordered that I voluntarily recuse myself and refer this case to the Administrative Judge of the Civil Trial Division for transfer to another court.

Signed on June 2, 2021.

Rabeea Sutton Collier

**Judge RABEEA COLLIER**
**113th District Court**

## ORDER

It is ORDERED that the District Clerk of Harris County transfer the above styled and numbered cause from the **113th** District Court to the 61st District Court.

Michael Gomez

**MICHAEL GOMEZ**
**Administrative Judge, Civil Division**

Unofficial Copy Office of Marilyn Burgess District Clerk

5/28/2021 3:52 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 53936740
By: Devanshi Patel
Filed: 5/28/2021 3:52 PM

2021-09675 / Court: 061

**Cause No. 2021-09675**

| | | |
|---|---|---|
| **SONDER USA, INC.** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **OF HARRIS COUNTY, TEXAS** |
| | § | **JURY REQUESTED** |
| | § | |
| **JETALL COMPANIES, INC.Et Al** | § | |
| **Defendants** | § | **113th JUDICIAL DISTRICT** |

**DEFENDANTS' VERIFIED MOTION TO RECUSE JUDGE RABEA COLLIER**

COME NOW, Defendants 1001 West Loop, LLC; Jetall Companies, Inc.; BDFI, LLC., and Galleria 2425 Owner, LLC; ("Movants") and file this Verified Motion to Recuse Judge Rabea Collier and would show the Court as follows:

**Introduction**

Movants seek to recuse Judge Collier because she has been a lawyer suing Ali Choudhri, and Jetall Companies, Inc. Judge Collier represented Omar Khawaja in the past against Ali Choudhri, and Jetall Companies, Inc., in *4-14-CV-02975; Khawaja Partners vs. Jetall Companies.*

## I. Grounds to Recuse Judge Collier

In Texas, judges may be removed from a particular case either because they are constitutionally disqualified, TEX. CONST. art. V, § 11 or because they are recused under rules promulgated by the Texas Supreme Court. TEX.R. CIV. P.18b.

If a judge is disqualified under the Constitution or subject to disqualification under Texas Government Code § 74.053(d), he is absolutely without jurisdiction in the case, and any judgment rendered by him is void, without effect, and subject to collateral attack. *In re Union Pacific Resources Co.; Gulf Maritime Warehouse Co. v. Towers,* 858 S.W.2d 556, 559 (Tex.App.-

Unofficial Copy Office of Marilyn Burgess District Clerk

Beaumont 1993, writ denied)(citing *Disqualification and Recusal of Judges,* 17 ST. MARY'S L. J at 601–02). The Texas Constitution disqualifies a trial judge from sitting "in any case wherein he may be interested." TEX. CONST. art. V, § 11.

Pursuant to the Judicial Canon 3(C):
"A judge should disqualify himself in a proceeding in which his impartiality might reasonably be questioned, including, but not limited to, instances where:
"(a). He has personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding;
"(b). He served as a lawyer in the matter in controversy, or a lawyer with whom he previously practiced law served during such association as lawyer concerning the matter, or the judge or such lawyer has been a material witness concerning it;
"(c). He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or is a party to the proceedings, or any other interest that could be substantially affected by the outcome of the proceeding...."

Due process requires a neutral and detached hearing body or officer. *Gagnon v. Scarpelli,* 411 U.S. 778, 786, 93 S.Ct. 1756, 36 L.Ed.2d 656 (1973). The Texas Constitution requires no less. *Brumit v. State,* 206 S.W.3d 639, 645 (Tex.Crim.App.2006).

The United States Supreme Court has repeatedly held that a violation of the right to an impartial judge is a structural error that defies harm analysis. *Arizona v. Fulminante,* 499 U.S. 279, 309, 111 S.Ct. 1246, 113 L.Ed.2d 302 (1991); *Chapman v. California,* 386 U.S. 18, 23 & n. 8, 87 S.Ct. 824, 17 L.Ed.2d 705 (1967); *Tumey v. Ohio,* 273 U.S. 510, 47 S.Ct. 437, 71 L.Ed. 749 (1927); *see also Cain v. State,* 947 S.W.2d 262, 264 (Tex.Crim.App.1997)(acknowledging structural errors recognized by *Arizona*). The "presence on the bench of a judge who is not impartial" deprives a litigant basic protections and infects the entire trial process from beginning to end. *Arizona,* 499 U.S. at 309–10, 111 S.Ct. 1246;*see also Neder v. United States,* 527 U.S. 1, 8, 119 S.Ct. 1827, 144 L.Ed.2d 35 (1999).

In Texas, a judge may be removed from presiding over a cause of action for the following reasons: (1) s/he is disqualified under Article V, Section 11, of the Constitution of Texas; (2)

Unofficial Copy Office of Marilyn Burgess District Clerk

her/his conduct violates the Fifth Amendment federal Due Process Clause; (3) s/he is disqualified under Rule 18 of the Texas Rules of Civil Procedure.

In the Texas adversarial system, the judge is a neutral arbiter between the advocates; he is the instructor in the law to the jury, but he is not involved in the fray. The advocates have the task of producing the evidence, arguing its significance, and pointing out the logical inferences that flow from that evidence. The jurors, meanwhile, are primarily passive listeners who are supposed to remain open-minded until the evidence is complete and the judge has given them the black-letter law in his written charge. "The adversary theory ... maintains that the devotion of the participants, judge, juror and advocate, each to a single function, leads to the fairest and most efficient resolution of the dispute."

Likewise, it is essential that the decisionmakers in an adversary system remain generally neutral and passive throughout all phases of litigation devoted to the production of evidence.

Just as it would be anti-systemic to deprive a party of loyally biased advocacy for his own position, so also would it contradict the basic principles of our jurisprudence to allow partisan advocacy by judges or jurors at any time before an ultimate issue has been given over to them for disposition. For this reason, trial judges should be especially sensitive about their own impartiality and that of the jurors. Decisionmakers, both as to law and fact, are to remain nonpartisan and uncommitted until the presentation of evidence and argument is concluded.

## II. Rule 18a Disqualification

Plaintiff also incorporates by reference the above facts and move to disqualify Judge Collier under Rule 18b(a) of the Texas Rules of Civil Procedure. Similarly, Texas Rule of Civil Procedure 18b(1)(b) requires a judge to disqualify himself from any case in which he may have "an interest in the subject matter in controversy." There is no time set within which a disqualification motion must be filed, and this issue can be raised for the first time on appeal or collateral attack. *See Williams v. State*, 492 S.W.2d 522, 524 (Tex. Crim. App. 1973).

## III. GROUNDS WARRANTING RECUSAL

Unofficial Copy Office of Marilyn Burgess District Clerk

Incorporating the facts stated above, Movant seeks in the alternative to recuse Judge Collier under Rule 18b. See *Liteky v. United States,* 510 U.S. 540, 563–564, 114 S.Ct. 1147, 127 L.Ed.2d 474 (1994). Rule 18b(b)(2) of the Texas Rules of Civil Procedure states, "A judge must recuse in any proceeding in which the judge has a personal bias or prejudice concerning the subject matter or a party." Under this standard, counsel need not prove actual bias or what was actually going through the mind of the trial judge. *Gaal v. State, supra,* 332 S.W.3d at 459. Counsel only needs to prove that a reasonable person might question the court's impartiality.*Id.*. Judge Collier filed an unopposed Motion to Substitute Attorney on February 2, 2015 and she was named the attorney on record the same day. *See* Exhibit A. Upon information and belief, Judge Collier has provided legal analysis to Osama Abdullatif, against Defendant Ali Choudhri. Based upon the allegations made by Defendants.

When a judge takes the side of one party, whether expressly or implicitly, the court creates an additional opponent in the courtroom for the other litigant. *See* 48A ROBERT P. SCHUWERK & LILLIAN B. HARDWICK, TEXAS PRACTICE: HANDBOOK OF TEXAS LAWYER AND JUDICIAL ETHICS§ 27.5 (2006–2007).18 In *Tamminen,* he court explained: To avoid further erosions of confidence that our courts do, indeed, treat all litigants with equal fairness, judges and prosecutors alike must keep themselves, like Caesar's wife, above suspicion by scrupulously avoiding situations in which their fairness and integrity could appear to be compromised. See *Tamminen v. State,* 644 S.W.2d 209, 218 (Tex.App.-San Antonio 1982), *aff'd,* 653 S.W.2d 799 (Tex.Crim.App.1983).

Unofficial Copy Office of Marilyn Burgess District Clerk

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendants 1001 West Loop, LLC; Jetall Companies, Inc.; BDFI, LLC., and Galleria 2425 Owner, LLC; ("Movants") moves to disqualify/recuse Judge Collier and respectfully pray that the Court grant recusal or disqualification and further pleads for such other and further relief, at law or in equity, to which Plaintiff requested herein or may be justly entitled.

Respectfully submitted,

*/s/ Lloyd E. Kelley*
LLOYD E. KELLEY
State Bar No. 11203180
2726 Bissonnet Ste 240 PMB 12
Houston, Texas 77005
Telephone: 281-492-7766
Telecopier: 281-652-5973
**COUNSEL FOR JETALL AND GALLERIA 2425 OWNER, LLC**

*/s/Michelle M. Fraga*
Michelle M. Fraga
The Fraga Law Firm
State Bar No. 24048640
2499 Judiway #4306
Houston, Texas 77018-924306
Telephone: 832-767-5833
michelle@fragalawoffice.com
**ATTORNEY FOR BDFI, LLC**

*/s/James D. Pierce*
James D Pierce
Texas State Bar No. 15994500
Cal State Bar No. 324513
115 Guenther St
Sugar Land, TX 77478
713-419-3775
jim@jamespierce.com
jim@jamesdpierce.onmicrosoft.com

**ATTORNEY FOR 1001 WL, LLC**

Unofficial Copy Office of Marilyn Burgess District Clerk

**CERTIFICATE OF SERVICE**

In compliance with Rules 21, 21a and 191 of the Texas Rules of Civil Procedure, May 28, 2021 this pleading was served upon the following:

Counsel of Record via the Court's Electronic Filing System.

/s/Lloyd E. Kelley
Lloyd E. Kelley

Unofficial Copy Office of Marilyn Burgess District Clerk

5/28/2021 3:52:22 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 53936740
By: PATEL, DEVANSHI
Filed: 5/28/2021 3:52:22 PM

2021-09675 / Court: 061

**Cause No. 2021-09675**

| | | |
|---|---|---|
| **SONDER USA, INC.** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **OF HARRIS COUNTY, TEXAS** |
| | § | |
| | § | |
| **JETALL COMPANIES, INC.** | § | |
| **Defendants** | § | **113th JUDICIAL DISTRICT** |

**ALI CHOUDRI'S DECLARATON IN SUPPORT OF MOTION TO RECUSE JUDGE RABEEA COLLIER**

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | |
| | § | |
| **COUNTY OF HARRIS** | § | |

As provided in Tex. Civ. Prac. & Rem. Code § 132.001, for declaration executed on or after September 1, 2011, Ali Choudhri declares as follows:

1. My name is Ali Choudhri. I am over 18 years of age, of sound mind, and fully competent to make this declaration. I have personal knowledge of the facts stated herein and they are all true and correct.

2. I am the owner and/or authorized agent of Defendants 1001 West Loop, LLC, Jetall Companies, Inc.; BDFI, LLC., and Galleria 2425 Owner, LLC ("Defendants").

3. Judge Collier has represented Khawaja Partners, Ltd., Jetall Companies, Inc. in the case of *4-14-cv-02975; Khawaja Partners vs. Jetall Companies* In the U.S. District Court Southern District of Texas.

4. Judge Collier filed an unopposed Motion to Substitute Attorney on February 2, 2015 and she was named the attorney on record the same day. *See Exhibit A*

5. Upon information and belief, Judge Collier has provided legal analysis to Osama

Unofficial Copy Office of Marilyn Burgess District Clerk

Abdullatif, against Defendant Ali Choudhri.

All of the facts stated herein are true and correct."

JURAT

My name is Ali Choudhri, and my address is 1001 West Loop South, Suite 700, Houston, Texas 77027. I declare under penalty of perjury that the foregoing is true and correct. Executed in Harris County in the State of Texas on this May 26, 2021.

________________________

Ali Choudhri

Unofficial Copy Office of Marilyn Burgess District Clerk

EXHIBIT A

CLOSED

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CIVIL DOCKET FOR CASE #: 4:14-cv-02975**

Khawaja Partners, Ltd et al v. Jetall Companies Inc et al
Assigned to: Judge Alfred H Bennett
Case in other court: SDTX-Adversary, 13-03252
Cause: 28:0157 Motion for Withdrawal of Reference

Date Filed: 10/07/2014
Date Terminated: 10/17/2017
Jury Demand: Defendant
Nature of Suit: 423 Bankruptcy Withdrawl
Jurisdiction: Federal Question

**In Re**

**Khawaja Partners, Ltd**
PO Box 70070
Houston, TX 77270
*Debtor*

represented by **Marc Douglas Myers**
Ross, Banks, May, Cron & Cavin P.C.
7700 San Felipe
Suite 550
Houston, TX 77063
713-626-1200
Fax: 713-623-6014
Email: mmyers@rossbanks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas W Graves**
Adair & Myers PLLC
3120 Southwest Fwy
Ste 320
Houston, TX 77098
713-522-2270
Fax: 713-522-3322
Email: twg@am-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey Berg**
Berg Plummer Johnson Raval, LLP
3700 Buffalo Speedway
Ste. 1150
Houston, TX 77098
713-526-0200
Fax: 832-615-2665
Email: gberg@bergplummer.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Khawaja Partners, Ltd**

represented by **Courtney Culver Baker**
Sheehy, Ware & Pappas, P.C.
909 Fannin, Suite 2500
Two Houston Center
Houston, TX 77010
713-951-1155
Email: cbaker@sheehyware.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Strother**
Diamond McCarthy LLP
909 Fannin Street
37th Floor
Houston, TX 77010
713-545-4937
Email: jstrother@strotherlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rabeea Sultan**
The Sultan Law Firm
12 Greenway Plaza
Suite 1100
Houston, TX 77046
713-940-0663
Fax: 832-426-5801
Email: rabeea@thesultanlawfirm.com
*TERMINATED: 09/11/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey Berg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Nelson**
Berg Plummer Johnson & Raval, LLP
3700 Buffalo Speedway Suite 1150
Houston, TX 77098
713-526-0200
Fax: 832-615-2665
Email: knelson@bergplummer.com
*ATTORNEY TO BE NOTICED*

**Lewis William Jost**
Attorney at Law
3139 W. Holcombe
Ste 370
Houston, TX 77025
713-854-4595
Fax: 832-202-2631

Unofficial Copy Office of Marilyn Burgess District Clerk