Unofficial Copy Office of Marilyn Burgess District Clerk

# EXHIBIT 66

Summary of Travis Vargo's and his counsel's emails to Judge Randy Wilson, and what Judge Wilson did next (June 2 – October 19, 2026) (Tex. R. Evid. 1006)

*(highlighting added)*

Unofficial Copy Office of Marilyn Burgess District Clerk

# VARGO ASKS BY EMAIL — JUDGE WILSON RULES BY EMAIL

*Each quotation is from the email or order cited. "Sept. 30 Mot." is Choudhri's Verified Motion to Recuse and Disqualify in Cause No. 2023-84714 (Image No. 129069453); its exhibits are Image No. 129069455. Judge Wilson sent these rulings from his Fourteenth Court of Appeals email account. The emails copied Choudhri's counsel; Choudhri does not characterize them as ex parte. The point is the practice: the receiver asks the appointing judge to rule by email, and the judge does.*

| Date / time | What Vargo or his counsel sent Judge Wilson | What Judge Wilson did | Source |
|---|---|---|---|
| **June 2, 2026** | Vargo, in his own suit against Choudhri's sister and mother (No. 2025-62940): defendants have "filed objections to orders transferring the case to you (contesting jurisdiction)"; attaches a proposed order setting those objections with his summary-judgment motions, and his proposed final judgment. | Next day: Judge Wilson emails a signed order setting the hearing. | Sept. 30 Mot. ¶ 29A; Ex. 46 |
| **June 9, 2026, 3:09 p.m.** | Vargo emails a "Report concerning lawsuits, re: Ali Choudhri Receivership" and three proposed orders, including sale of MCITBE's Swift Boulevard property: "ripe for ruling and Receiver requests same." | Next evening: "attached are two orders that I signed today," with direction to staff to file them. | ¶ 29A; Ex. 46 |
| **July 23, 2026** | Vargo emails that his motion for a writ of possession of Unit 3201 is "ripe for rulings." | July 28, 2026: order signed — writ of possession; recorded deeds declared void — by submission, exhibits not opened. | ¶ 29A; Ex. 46; Staub Decl. ¶¶ 4, 7 |
| **Aug. 6, 2026** | — | From a cruise ship: cannot sign an order, but is "ordering the receiver to not take any action with respect to this property for two weeks." Signed "Justice Randy Wilson, 14th Court of Appeals." | ¶ 29A; Ex. 46 |
| **Aug. 13, 2026, 11:13 a.m.** | Thread "2012-27197A, Motion re Arabella Penthouse." | Judge Wilson emails the parties from Randy.Wilson@txcourts.gov; order setting hearing for Aug. 19. | Ex. 4; Ex. 5 |
| **Aug. 21, 2026, 8:54 a.m.** | "Urgent - Writ of Possession" (high importance), from the home: "I am at the Arabella property with teams of packers and movers . . . The County Attorney's office is requesting that you make a ruling." Gives the judge the Assistant County Attorney's direct number and his own cell "for an emergency hearing, if necessary." One minute later: the county attorney "is not letting [the] writ proceed without a ruling from you." | — | ¶ 29; Ex. 31 |
| **Aug. 25, 2026** | Vargo emails a proposed order overruling Choudhri's homestead exemption and asks for its "entry . . . at your earliest convenience." | — | ¶ 29B; Ex. 4 |
| **Aug. 26, 2026, 11:47 a.m. & 12:21 p.m.** | With three TRO matters before the ancillary judge: "A signed order would save significant judicial resources and arguing in front of the ancillary judge. I apologize for the urgency . . . ." Then: "[a]ll ancillary matters have been moved to 3:30pm today (80th District Court)." | — | ¶ 29B; Ex. 4 |

| Date / time | What Vargo or his counsel sent Judge Wilson | What Judge Wilson did | Source |
|---|---|---|---|
| **Sept. 11, 2026, 6:00 a.m.** | Poynter (Vargo's counsel) lists Choudhri's pending suits: "There is a hearing set for September 14, 2026 . . . for 202663841 - CHOUDHRI, ALI vs. ROSEN, ALAN," attaches a proposed order on "the affirmative turnover of the entity," and asks for entry "to avoid even more repetitive litigation." | Sept. 14: Judge Collier transfers that case (the day of its hearing), 2026-59605, and 2023-84714 into the 333rd, on no motion. Sept. 16: Judge Brown assigns Judge Wilson to all three. | ¶ 29B; Exs. 4, 12, 17 |
| **Sept. 15, 2026, 11:19 a.m. – 12:13 p.m.** | Choudhri's counsel emails that the seizure violates the stay and the removal and asks that Vargo stand down. | 12:13 p.m.: "In light of the various bankruptcy filings, I am ordering Mr. Vargo to stop the seizure of Mr. Choudhri's residence." | ¶¶ 26–27; Ex. 30; Ex. 7 |
| **Sept. 15, 2026, 12:59 p.m. – 5:12 p.m.** | Vargo: "everyone has been removed from the unit . . . and the locks have been secured. No one will go into the unit until you advise further," and asks whether Choudhri may re-enter. | 1:31 p.m.: emails a signed order. 3:24 p.m.: emails notice of a hearing for the next morning. 5:12 p.m.: cancels it. | ¶ 28; Ex. 30 |
| **Oct. 19, 2026, 9:47 a.m.** | While Choudhri's Sept. 30 recusal motion is pending: proposed order "to allow the Receiver to resume the writ of possession and commence the marketing/sales process"; Receiver "seeks direction regarding notice to vacate." | Pending. Choudhri's counsel responds the same morning, subject to and without waiving the recusal motion. | Ex. 7 / Supp. Ex. 30 |

*Prepared by Ali Choudhri. This summary is offered under Texas Rule of Evidence 1006; the underlying emails and orders are on file in Cause No. 2023-84714 (Exs. 30, 31, 46, 47 to the September 30, 2026 motion) and are attached to this motion where indicated, and will be produced on request.*

Unofficial Copy Office of Marilyn Burgess District Clerk