# EXHIBIT 67

Emails of September 11, 2026: Ali Choudhri to Travis Vargo and Michael Poynter (5:24 p.m.), objecting to direct communications with Judge Wilson and requesting them; Vargo's reply (6:23 p.m.); counsel's preservation demand (7:55 p.m.); Choudhri's follow-up (9:05 p.m.)

***(highlighting added)***

Unofficial Copy Office of Marilyn Burgess District Clerk

JETALL

Ali Choudhri <ali@jetallcapital.com>

# Fwd: FW: 2026-63841

1 message

**Ali Choudhri** <ali@jetallcapital.com> Fri, Sep 11, 2026 at 9:05 PM
To: "Tvargo@vargolawfirm.com" <tvargo@vargolawfirm.com>, Michael Poynter <mpoynter@vargolawfirm.com>

Mr. Vargo

Are you going to respond to my email? Or sandbag me again?

Here is my email again:

---

**From: Ali Choudhri <ali@jetallcapital.com>**
**Sent: Friday, September 11, 2026 5:24 PM**
**To: Travis Vargo <tvargo@vargolawfirm.com>; Michael Poynter <mpoynter@vargolawfirm.com>**
**Subject: 2026-63841**

**Mr. Vargo,**

**You stipulated in open court, and Defendant Rosen agreed, that you would take no action relating to my home until after the decision of the TI on Monday. which is set for 3pm on Sept 14, 2026**

**You set a matter for 8 am in the 133rd to dismiss which contradicts the agreement you made on the record yesterday in front of Judge Tracy Good**

**You have also encouraged the Defendant to schedule his matter at 3pm before the TI is heard and adjudicated.**

**These maneuvers and gamesmanship contradict the representation and agreement you made in court yesterday.**

**Please CONFIRM in writing immediately that you will pass your 8 a.m. submission and setting to dismiss the case to a date after the TI is heard and adjudicated.**

Unofficial Copy Office of Marilyn Burgess District Clerk

**Also, I would ask you to provide me all communications you have had with the Defendant immediately and prior the hearing monday.**

**I ask you to provide me with all the emails, call logs, and texts, whatsapp you have with Judge Randy Wilson.**

**I further object to you directly communicating with Judge Randy Wilson**

**If I do not hear from you immediately, I will notify the court of your actions.**

---------- Forwarded message ---------
From: **Vincent Law PLLC** <info@vincentlawpllc.com>
Date: Fri, Sep 11, 2026 at 7:55 PM
Subject: Re: FW: 2026-63841
To: Travis Vargo <tvargo@vargolawfirm.com>
Cc: Staub, Derek R. <dstaub@fbtgibbons.com>, Michael Poynter <mpoynter@vargolawfirm.com>, Lee Thweatt <lthweatt@terrythweatt.com>, Ali Choudhri <ali@jetallcapital.com>

Mr. Vargo -

I represent Arabella PH 3201 LLC in *Arabella PH 3201 LLC v. Vargo*, No. 4:26-cv-07537 (S.D. Tex.). I have not appeared in Cause No. 2026-63841 and I do not represent Mr. Choudhri individually in that matter or in any other proceeding involving you. He is self-represented in Cause No. 2026-63841.

I did not direct or participate regarding his September 11 email, and I take no position here on its contents.

You advised that Mr. Thweatt represents you in No. 4:26-cv-07537. Post this message, I will direct communications in that case to him.

**Preservation of documents and electronically stored information.** Separately, and as counsel for Plaintiff in No. 4:26-cv-07537, this is formal notice of your obligation to preserve. Please take all steps necessary to preserve, and to direct The Vargo Law Firm, P.C. and its personnel, agents, and contractors to preserve, all documents and electronically stored information relating to 4521 San Felipe Street, Unit 3201, Houston, Texas, and to the receivership in Cause Nos. 2012-27197-A and 2012-27197-D, including without limitation:

- email, text and SMS messages, WhatsApp and other messaging application content, voicemail, call logs, calendar entries, handwritten and electronic notes, drafts, and associated metadata;
- communications with Osama Abdullatif, Omar Khawaja, and any judgment creditor or counsel for any judgment creditor;
- communications with any listing broker, agent, or prospective purchaser of the Property;
- communications with any taxing authority and with the Arabella Condominium association;
- communications with any court or court staff concerning the Property; and
- accounting records, invoices, time entries, and fee statements relating to the receivership and to the Property.

Unofficial Copy Office of Marilyn Burgess District Clerk

Please suspend any automatic deletion, retention, or overwrite policy and preserve any backup media that would otherwise affect this material. Failure to preserve may support relief under Federal Rule of Civil Procedure 37(e). Preservation Letter attached.

With Appreciation,

***Courtney A. Vincent, J.D., M.Ed.***
***Federal Civil Rights Attorney***
P.O. Box 940129
Houston, TX. 77094
Phone: 713.223.9300 (Texas) 651.204.5300 (Minnesota)
Fax: 832.603.4444
www.vincentcivilrights.com | www.vincentlawpllc.com

Vincent Civil Rights
A Division of Vincent Law, PLLC

Phone: 713.223.9300 (Texas) | 651.204.5300 (Minnesota)
Info@vincentlawpllc.com | www.vincentlawpllc.com

**Admitted to:**
U.S. Federal District & Bankruptcy Courts of the Southern District of Texas
U.S. Federal District & Bankruptcy Courts of the Northern District of Texas
U.S. Federal District & Bankruptcy Courts of the Eastern District of Texas
U.S. Federal District & Bankruptcy Courts of the Western District of Texas
U.S. Court of Appeals, 5th Circuit
Supreme Court of the United States
U.S. Federal District Court of Minnesota
State of Minnesota
U.S. Court of Federal Claims
U.S. Immigration Courts, U.S. Department of Justice
Social Security Disability Representative
**Memberships:**
Federal Bar Association; Bar Association of the Supreme Court of the United States; Association of the Federal Fifth Circuit;
Member Houston Bar Association (HBA); Member HBA Federal Section;
Member HBA Bankruptcy Section; Member Minnesota Bar Association;
Member National Police Accountability Project

**NOTICES**: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately. Any tax advice contained in this message is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the internal revenue code or (2) promoting, marketing, or recommending to others any tax-related matter(s) addressed here.

On Fri, Sep 11, 2026 at 6:23 PM Travis Vargo <tvargo@vargolawfirm.com> wrote:

> Counsel,
>
> Your client is contacting me directly. I have copied my counsel so that everyone can get on the same page regarding communications. Please make sure he goes through the proper channels. Have a nice weekend.
>
> Travis Vargo
>
> Court Appointed Receiver
>
> (713) 524-2441

Unofficial Copy Office of Marilyn Burgess District Clerk

Unofficial Copy Office of Marilyn Burgess District Clerk

**From:** Ali Choudhri <ali@jetallcapital.com>
**Sent:** Friday, September 11, 2026 5:24 PM
**To:** Travis Vargo <tvargo@vargolawfirm.com>; Michael Poynter <mpoynter@vargolawfirm.com>
**Subject:** 2026-63841

Mr. Vargo,

You stipulated in open court, and Defendant Rosen agreed, that you would take no action relating to my home until after the decision of the TI on Monday. which is set for 3pm on Sept 14, 2026

You set a matter for 8 am in the 133rd to dismiss which contradicts the agreement you made on the record yesterday in front of Judge Tracy Good

You have also encouraged the Defendant to schedule his matter at 3pm before the TI is heard and adjudicated.

These maneuvers and gamesmanship contradict the representation and agreement you made in court yesterday.

Please CONFIRM in writing immediately that you will pass your 8 a.m. submission and setting to dismiss the case to a date after the TI is heard and adjudicated.

Also, I would ask you to provide me all communications you have had with the Defendant immediately and prior the hearing monday.

I ask you to provide me with all the emails, call logs, and texts, whatsapp you have with Judge Randy Wilson.

I further object to you directly communicating with Judge Randy Wilson

If I do not hear from you immediately, I will notify the court of your actions.

Unofficial Copy Office of Marilyn Burgess District Clerk

**Vargo-Litigation-Hold-2026.09.11_1.pdf**
822K