JETALL

Ali Choudhri <ali@jetallcapital.com>

## Cases - wanted to walk you thru at your convenience

1 message

**Ali Choudhri** <ali@jetallcapital.com>  Wed, Jun 11, 2025 at 6:12 AM
To: nicholas.legatos@huschblackwell.com

24-10120-smr TEXAS REIT and related adversary JUDGE ROBINSON Austin WESTERN DISTRICT

Bankr. W.D. Tex (Shad Robinson)
Bankruptcy Case No. 24-10120-smr
Adversary Proceeding No. 24-01045-smr
Adversary Proceeding No. 24-01039-smr

24-10119-smr 1001 WL and related adversary JUDGE ROBINSON Austin WESTERN DISTRICT

Adversary Proceeding 24-01010-smr
Adverse Party here is TIG ROMSPEN opposing counsel is Kyle Hirsch and appellate counsel is Steve Bryant Locke Lord
Ch 11 Trustee is Pat Lowe and his attorney Brian Cummings and at same time Brian Cumings representing State Crt reciever (see pending objection filed by Kell Mercer)

US Western District Austin court for the appeal by Mark Taylor
CIVIL ACTION NO. 1:24-CV-00868-DAE 1001 WL appellant/debtor and TIG ROMSPEN US MASTER MORTGAGE appellee Mark Taylor was counsel for Appellant but now Pat Lowe via Brian Cumings has or wants to take over for Trustee and part of proposed compromise they dismiss this matter against Romspen

24-51195-mmp and related adversary JUDGE PARKER San Antonio WESTERN DISTRICT
Bankr. W.D. Tex (Michael Parker)
Adversary Proceeding No. 24-05043-mmp
Adverse PARTY here is ROMSPEN and RIC
LAVERNIA opposing counsel is Kyle Hirsch

2024-67186 / Court: 164 Harris County District court
set for mediation on June 16 Will send you state
court pleadings

**Ali Choudhri <ali@jetallcapital.com>**

## RE: Cases - wanted to walk you thru at your convenience

1 message

**Legatos, Nicholas** <nicholas.legatos@huschblackwell.com> Sat, Jun 14, 2025 at 11:05 AM
To: Ali Choudhri <ali@jetallcapital.com>
Cc: "Brandess, Michael" <Michael.Brandess@huschblackwell.com>

Hi Ali,

We would like to schedule a call for Monday from 2:30PM-4PM CDT. I have copied my partner, Michail Brandess on this email. Mike's schedule is very busy next week as he will be travelling for various hearings. Please let us know if this time works. Thank you. Nick

**Nicholas Legatos**

**Partner**

Direct: 312-526-1526

Nicholas.Legatos@huschblackwell.com

---

**From:** Ali Choudhri <ali@jetallcapital.com>
**Sent:** Wednesday, June 11, 2025 6:13 AM
**To:** Legatos, Nicholas <nicholas.legatos@huschblackwell.com>
**Subject:** Cases - wanted to walk you thru at your convenience

[EXTERNAL EMAIL]

24-10120-smr TEXAS REIT and related adversary JUDGE ROBINSON Austin WESTERN DISTRICT

Bankr. W.D. Tex (Shad Robinson)

Bankruptcy Case No. 24-10120-smr

Adversary Proceeding No. 24-01045-smr

Adversary Proceeding No. 24-01039-smr

## 24-10119-smr 1001 WL and related adversary JUDGE ROBINSON Austin WESTERN DISTRICT

Adversary Proceeding 24-01010-smr
Adverse Party here is TIG ROMSPEN opposing counsel is Kyle Hirsch and appellate counsel is Steve Bryant Locke Lord
Ch 11 Trustee is Pat Lowe and his attorney Brian Cummings and at same time Brian Cumings representing State Crt reciever (see pending objection filed by Kell Mercer)

US Western District Austin court for the appeal by Mark Taylor
CIVIL ACTION NO. 1:24-CV-00868-DAE 1001 WL appellant/debtor and TIG ROMSPEN US MASTER MORTGAGE appellee Mark Taylor was counsel for Appellant but now Pat Lowe via Brian Cumings has or wants to take over for Trustee and part of proposed compromise they dismiss this matter against Romspen

24-51195-mmp and related adversary JUDGE PARKER San Antonio WESTERN DISTRICT

Bankr. W.D. Tex (Michael Parker)

Adversary Proceeding No. 24-05043-mmp

Adverse PARTY here is ROMSPEN and RIC LAVERNIA opposing counsel is Kyle Hirsch

2024-67186 / Court: 164 Harris County District court set for mediation on June 16 Will send you state court pleadings