JETALL

Ali Choudhri <ali@jetallcapital.com>

# Fwd: State Court Proceedings Regarding TRO, Contempt, Etc Mentioned During Call

1 message

**Ali Choudhri** <ali@jetallcapital.com> Wed, Jun 11, 2025 at 6:14 AM
To: nicholas.legatos@huschblackwell.com

This matter is set for mediation on June 16th and could impact most if not all the matters with Romspen

Here are some of the relevant pleadings from the state court action.

**7 attachments**

**Romspen TRO.pdf**
393K

**Romspen Petition.pdf**
393K

**10.16.2024 motion to enforce court order.PDF**
98K

**9.30.24 tro order.PDF**
1095K

**jan 2025.PDF**
798K

**AMC edits, Romspen - Motion for Contempt.pdf**
225K

**Romspen TRO (1).pdf**
393K