JETALL

**Ali Choudhri <ali@jetallcapital.com>**

---

## Bankruptcy - Houston and San Antonio Properties - Kick Off Call

1 message

---

**Legatos, Nicholas** <Nicholas.Legatos@huschblackwell.com> Mon, Jun 16, 2025 at 9:20 AM
To: "ali@jetallcapital.com" <ali@jetallcapital.com>, "Brandess, Michael" <Michael.Brandess@huschblackwell.com>, "LeDay, Tara" <Tara.LeDay@huschblackwell.com>

---

**Microsoft Teams** Need help?

### Join the meeting now

Meeting ID: 248 905 298 691 1

Passcode: fa9GP7nC

---

**Dial in by phone**

+1 573-303-0661,,325581732# United States, Columbia

Find a local number

Phone conference ID: 325 581 732#

**Join on a video conferencing device**

Tenant key: teams@pexip.huschblackwell.com

Video ID: 118 382 536 3

More info

For organizers: Meeting options | Reset dial-in PIN

---

**invite.ics**
4K