JETALL

Ali Choudhri <ali@jetallcapital.com>

## Fw: [EXTERNAL] RE: Attorney client work product - privileged - notice of conflict

1 message

**Adam Zarafshani** <adam@panache-usa.com> Sat, Sep 20, 2025 at 12:11 PM
To: "ali@jetallcapital.com" <ali@jetallcapital.com>

**Adam Zarafshani**

PANACHE

**Panache Development & Construction, Inc.**

**Arboretum Plaza I**

**9442 Capital of Texas HWY, Ste. 850**

**Austin, TX 78759**

512 345 7000 Austin

872 222 7031 Chicago

310 929 0094 LA

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by

reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

---

**From:** Adam Zarafshani <adam@panache-usa.com>
**Sent:** Friday, September 19, 2025 8:37 PM
**To:** Ali Choudhri <ali@jetallcompanies.com>
**Subject:** Fw: [EXTERNAL] RE: Attorney client work product - privileged - notice of conflict

FYI - This is the first to Mitchem

**Adam Zarafshani**

PANACHE

**Panache Development & Construction, Inc.**

**Arboretum Plaza I**

**9442 Capital of Texas HWY, Ste. 850**

**Austin, TX 78759**

512 345 7000 Austin

872 222 7031 Chicago

310 929 0094 LA

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by

reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

---

**From:** Adam Zarafshani <adam@panache-usa.com>
**Sent:** Thursday, September 11, 2025 3:57 PM
**To:** Mitchem, Ryan <Ryan.Mitchem@huschblackwell.com>
**Cc:** Legatos, Nicholas <nicholas.legatos@huschblackwell.com>
**Subject:** Re: [EXTERNAL] RE: Attorney client work product - privileged - notice of conflict

Good afternoon Mr. Mitchem,

Please see the attached letter.

Best regards,

**Adam Zarafshani**

PANACHE

**Panache Development & Construction, Inc.**

**Arboretum Plaza I**

**9442 Capital of Texas HWY, Ste. 850**

**Austin, TX 78759**

**512 345 7000 Austin**

**872 222 7031 Chicago**

**310 929 0094 LA**

**The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.**

---

**From:** Mitchem, Ryan <Ryan.Mitchem@huschblackwell.com>
**Sent:** Wednesday, September 10, 2025 4:04 PM
**To:** Adam Zarafshani <adam@panache-usa.com>
**Subject:** [EXTERNAL] RE: Attorney client work product - privileged - notice of conflict

[EXTERNAL]

Mr. Zarafshani,

Your letter to Nicholas Legatos and Lynn Butler has been forwarded to me for a response.

Your engagement letter with our firm is attached for your reference. In the section titled “Conflicts,” you agreed that our firm could “represent parties to whom you are adverse in matters in which we represent you, provided … that we do so only in matters that are not substantially related to our work for you.” In your letter, you do not explain in any way how the firm’s work for you (all of which was performed in 2023) is related in any way, much less substantially related, to our firm’s current work for a Romspen entity in the referenced bankruptcy involving a different lender, a different borrower, and different property.

Further, you are not a current firm client. The last time billed to any matter for you was on December 18, 2023. In the section titled “Conclusion of Representation” in your engagement letter, you agreed that “in the event we have performed no work for you or on your behalf for six consecutive months, you agree that our attorney-client relationship with you will be terminated.” It has been more than 20 months.

Unless you can provide some reasonable explanation, supported by written evidence, of how the matter our firm handled in for you adverse to a Romspen entity, a matter concluded in 2023, is substantially related to a matter we are currently handling for a different Romspen entity, we intend to continue with that representation.

**Ryan W. Mitchem**
**Deputy General Counsel**

**HUSCH BLACKWELL**
Direct: 816.983.8204
Ryan.Mitchem@huschblackwell.com

---

**From:** Adam Zarafshani <adam@panache-usa.com>
**Sent:** Monday, September 8, 2025 11:11 AM
**To:** Legatos, Nicholas <nicholas.legatos@huschblackwell.com>
**Cc:** Fara Ranjbaran <fara@panache-usa.com>; Amanda Woodham <amanda@panache-usa.com>
**Subject:** Attorney client work product - privileged - notice of conflict

[EXTERNAL EMAIL]

Good morning Nick,

I tried to call you this morning, but it went to voice mail. Please find attached the formal notice of conflict. Since we are not talking with Lynn Butler directly, we are leaving it to you to communicate this conflict to him. Please let me know what Husch Blackwell position is as soon as possible.

I also need to know how this did not come up during the conflict check. It is not like we are a past client. This is still a live litigation. You know, Nick, that I have updated you regularly on this suit. It is very active. I am hoping that this will be resolved soon because I cannot wait for bureaucracy. We need to understand your firm's position as soon as possible, if this is not cleared up quickly, I need to take all necessary steps for our protection.

Best regards,

**Adam Zarafshani**

Panache USA

**Panache Development & Construction, Inc.**

**Arboretum Plaza I**

**9442 Capital of Texas HWY, Ste. 850**

**Austin, TX 78759**

512 345 7000 Austin

872 222 7031 Chicago

310 929 0094 LA

**The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.**

**Letter 9-11-2025 to Husch Blackwell.pdf**
110K