PANACHE

Arboretum Plaza I
9442 N. Capital of Texas
Hwy., Ste. 850
Austin, TX 78759
512-345-7000

www.panache-usa.com

September 19, 2025

Mr. Ryan W. Mitchem
Deputy General Counsel
Husch Blackwell

Re: Conflict of Interest – Romspen Representation

Dear Mr. Mitchem,

We are following up on our letter dated September 11, 2025. As of today, we have not received any response. The issues raised in that letter concern serious ethical obligations under the Texas Disciplinary Rules of Professional Conduct, including duties of confidentiality (Rule 1.05), conflict of interest (Rules 1.06 and 1.09), and termination of representation (Rule 1.15).

As outlined previously, there has been no disengagement letter, no return of files, and no formal termination of the attorney–client relationship. We have maintained substantive communications with your firm — including with Mr. Nicholas Legatos — throughout 2024 and 2025 regarding Romspen-related matters. Therefore, we remain your clients. That said, we emphasize for the record that under Texas law, even if we were former clients, your firm would still be barred from representing Romspen in any substantially related matter due to the possession of confidential information.

We again reiterate that your firm's current representation of Romspen is adverse to Panache, Vesta, and AFMN, and directly implicate matters on which your firm was previously retained. Husch Blackwell is in possession of confidential and privileged materials belonging to Panache and affiliated entities. This includes physical and electronic files from the late Mr. Kell Mercer, including trial strategy binders, notes, and devices, which were held by Mr. Lynn Butler and subsequently transferred to Mr. Casey Roy. We now formally demand a full written explanation of the chain of custody of those materials, including all personnel who accessed or reviewed them.

Please also be advised that Mikele Meade is a material witness in the pending litigation involving Panache and Romspen. Ms. Meade has personal knowledge of communications involving Terry Irion and myself that are relevant to the conflict and confidential information issues described above. We intend to subpoena Ms. Meade. No attorney–client privilege may be asserted to restrict her testimony, as the communications at issue do not fall within the scope of any privileged relationship with your firm.

Given the severity of the issues raised, we are initiating a disciplinary complaint with the State Bar of Texas and will be engaging outside counsel to conduct a formal investigation regarding Mr. Butler's handling of client property and any resulting breaches of ethical obligations by your firm.

Effective immediately, we demand that Husch Blackwell preserve all communications — electronic, physical, and oral — involving Romspen, Panache, Vesta, AFMN, or related matters. This preservation requirement applies to all attorneys and staff who have participated in or had access to any aspect of this representation, including Mr. Butler, Mr. Roy, and Mr. Legatos.

Please confirm in writing by September 23, 2025:

1. That Husch Blackwell has implemented a litigation hold;
2. That all communication channels have been preserved;
3. That a full explanation of the chain of custody of Kell Mercer's materials will be provided.

This correspondence is being copied to our counsels:

- Jason Rudd – Wick Phillips
- Russ Horton – George Brothers Kincaid & Horton
- Dan Byrne – Fritz Byrne
- Casey Roy – Kane Russell Coleman Logan
- Jeff Chapman – The Chapman Firm
- Nicholas Legatos – Husch Blackwell

We are taking these steps to protect our legal interests and preserve the integrity of the federal litigation currently pending in the Western District of Texas. Nothing in this letter waives any rights or remedies.

Sincerely,

Adam Zarafshani

Cc:

Jason Rudd – Wick Phillips
Russ Horton – George Brothers Kincaid & Horton
Dan Byrne – Fritz Byrne
Casey Roy – Kane Russell Coleman Logan
Jeff Chapman – The Chapman Firm
Nicholas Legatos – Husch Blackwell