---------- Forwarded message ----------
From: "Hayes, Lauren" <Lauren.Hayes@huschblackwell.com>
To: Ali Choudhri <ali@jetallcapital.com>
Cc:
Bcc:
Date: Mon, 5 May 2025 21:46:48 +0000
Subject: Re: Automatic reply:

Ali,

Even if our firm has represented you individually, we have not represented Meandering Bend. There is no conflict of interest.

**Lauren Hayes**
**Partner**
Direct: 512-479-1163
Lauren.Hayes@huschblackwell.com

---

**From:** Hayes, Lauren
**Sent:** Monday, May 5, 2025 1:21:01 PM
**To:** Ali Choudhri <ali@jetallcapital.com>
**Subject:** Re: Automatic reply:

Ali,

If you have records of Husch Blackwell representing you individually, please send them to me.

Correct that we have not been instructed to stand down from the sale tomorrow and plan to proceed.

Sincerely,
Lauren Hayes

Sent from my iPhone

> On May 5, 2025, at 1:18 PM, Ali Choudhri <ali@jetallcapital.com> wrote:
>
> [EXTERNAL EMAIL]
>
> Your firm did. You told me your firm did not.
>
> I have asked you to confirm you are standing down immediately. You said you are no.
>
> On Mon, May 5, 2025 at 1:04 PM Hayes, Lauren <lauren.hayes@huschblackwell.com> wrote:

Ali,

I can confirm that we do not have records of ever having represented you personally. If you have records showing otherwise, please send them.

Sincerely,

**Lauren Hayes**

**Partner**

Direct: 512-479-1163

Lauren.Hayes@huschblackwell.com

**From:** Ali Choudhri <ali@jetallcapital.com>
**Sent:** Monday, May 5, 2025 10:18 AM
**To:** Hayes, Lauren <lauren.hayes@huschblackwell.com>
**Subject:** Re: Automatic reply:

[EXTERNAL EMAIL]

Lauren,

This is to confirm our conversation

You stated your firm has never represented me individually (Ali Choudhri) before.

You stated your firm ran conflicts checks.

I became aware of your adverse representation and informed you that your firm did represent me before and you stated to me that your firm never represented me before.

Please confirm the above communication is an accurate representation of our conversation.

On Sun, May 4, 2025 at 6:07 PM Hayes, Lauren <lauren.hayes@huschblackwell.com> wrote:

> I am on maternity leave. If you do not know who to contact while I am on leave, please e-mail Denee Elliott-Modgling at Denee.ElliottModgling@huschblackwell.com who can help connect you to the appropriate person.

---------- Forwarded message ----------
From: Ali Choudhri <ali@jetallcapital.com>
To: Lauren.Hayes@huschblackwell.com, Ali Choudhri <ali@jetallcapital.com>
Cc:
Bcc:
Date: Mon, 5 May 2025 14:09:25 -0500
Subject: Fwd: FW: Femrite Subpoena Duces Tecum (Cause No. 2012-27197-A &D)

Begin forwarded message:

**From:** Kevin Kerr <kevin@kkerrlaw.com>
**Date:** January 15, 2024 at 3:15:53 PM CST
**To:** "ataylor andytaylorlaw.com" <ataylor@andytaylorlaw.com>
**Subject: FW: Femrite Subpoena Duces Tecum (Cause No. 2012-27197-A &D)**

FYI

*Kevin*

Kevin M. Kerr

C: 972-345-3224

---

**From:** Simone Nunez <snunez@mccathernlaw.com>
**Sent:** Monday, January 15, 2024 2:09 PM
**To:** Kevin Kerr <kevin@kkerrlaw.com>
**Cc:** Rodney Drinnon <rdrinnon@mccathernlaw.com>; David Clark <dclark@mccathernlaw.com>; Scott Funk <sfunk@grayreed.com>
**Subject:** Re: Femrite Subpoena Duces Tecum (Cause No. 2012-27197-A &D)

Mr. Kerr,

Please see the attached for the subpoena issued to Femrite and the corresponding Order from Judge Wilson permitting its service.

Additionally, please deem this subpoena officially served as of **January 23, 2024**. The copying fee of $11.00 will be mailed to Femrite in compliance with the Texas Rules of Civil Procedure.

If you have any questions, please direct them to Mr. Drinnon (who is cc'd in this email).

Thank you,

**Simone Nunez**

Paralegal

McCathern

2000 West Loop S, Suite 1850

Houston, TX 77027

P 832.533.8689 | F 832.213.4842

snunez@mccathernlaw.com

www.mccathernlaw.com

*This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify McCathern immediately by telephone 832.533.8689 and destroy the original message. Messages sent to and from us may be monitored.*

*Please consider the environment before printing this email.*

--
Ali Jetall
Jetall Companies
1001 West Loop South Suite 700
Houston, Texas 77027
713-789-7654 telephone
832-403-3276 direct
281-630-6627 mobile
713-789-3331 facsimile
ali@jetallcompanies.com

Neither Jetall nor any of its subsidiaries shall be bound by or to any lease, purchase and/or sale agreement, contract or any other instrument or modification thereof, nor to any oral statement made by any person, unless the same has been reduced to writing and signed by an officer of Jetall or of its appropriate subsidiary.

---------- Forwarded message ----------
From: "Hayes, Lauren" <Lauren.Hayes@huschblackwell.com>
To: Ali Choudhri <ali@jetallcapital.com>
Cc:
Bcc:
Date: Mon, 5 May 2025 18:21:01 +0000
Subject: Re: Automatic reply:
Ali,

If you have records of Husch Blackwell representing you individually, please send them to me.

Correct that we have not been instructed to stand down from the sale tomorrow and plan to proceed.

Sincerely,
Lauren Hayes

Sent from my iPhone

On May 5, 2025, at 1:18 PM, Ali Choudhri <ali@jetallcapital.com> wrote:

[EXTERNAL EMAIL]

Your firm did. You told me your firm did not.

I have asked you to confirm you are standing down immediately. You said you are no.

On Mon, May 5, 2025 at 1:04 PM Hayes, Lauren <lauren.hayes@huschblackwell.com> wrote:

Ali,

I can confirm that we do not have records of ever having represented you personally. If you have records showing otherwise, please send them.

Sincerely,

**Lauren Hayes**

**Partner**

Direct: 512-479-1163

Lauren.Hayes@huschblackwell.com

**From:** Ali Choudhri <ali@jetallcapital.com>
**Sent:** Monday, May 5, 2025 10:18 AM
**To:** Hayes, Lauren <lauren.hayes@huschblackwell.com>
**Subject:** Re: Automatic reply:

[EXTERNAL EMAIL]

Lauren,

This is to confirm our conversation

You stated your firm has never represented me individually (Ali Choudhri) before.

You stated your firm ran conflicts checks.

I became aware of your adverse representation and informed you that your firm did represent me before and you stated to me that your firm never represented me before.

Please confirm the above communication is an accurate representation of our conversation.

On Sun, May 4, 2025 at 6:07 PM Hayes, Lauren <lauren.hayes@huschblackwell.com> wrote:

> I am on maternity leave. If you do not know who to contact while I am on leave, please e-mail Denee Elliott-Modgling at Denee.ElliottModgling@huschblackwell.com who can help connect you to the appropriate person.

---------- Forwarded message ----------
From: Ali Choudhri <ali@jetallcapital.com>
To: "Hayes, Lauren" <Lauren.Hayes@huschblackwell.com>
Cc:
Bcc: Ali Choudhri <ali@jetallcapital.com>

Date: Mon, 5 May 2025 14:17:05 -0500
Subject: Fwd: Terms of payment

---------- Forwarded message ---------
From: **Ali @ Jetall** <ali@jetallcompanies.com>
Date: Mon, May 5, 2025 at 2:15 PM
Subject: Fwd: Terms of payment
To: Ali @ Jetall <ali@jetallcapital.com>

---------- Forwarded message ---------
From: **Vanek, Denette** <Denette.Vanek@huschblackwell.com>
Date: Wed, Aug 4, 2021 at 4:25 PM
Subject: RE: Terms of payment
To: Ali @ Jetall <ali@jetallcompanies.com>
Cc: michael.chang@jetallcompanies.com <michael.chang@jetallcompanies.com>, Stephanie Alvarez <Stephanie.a@jetallcompanies.com>, David, Kate <Kate.David@huschblackwell.com>

Mr. Choudhri,

As requested, attached are copies of all of our invoices for the following matters:

**550217-1 - BDFI**

**550010-1 - Ali Choudhri**

Also, below are charts reflecting the bill/payment history for both matters:

**Statistics – Matter Stats (new)**

**Client:** 0550217 BDFI, LLC

**Matter:** 0550217-0000001 2500 West Loop Bankruptcy

| | HOURS | | | | FEES | | |
|---|---|---|---|---|---|---|---|
| **Description** | **Worked** | **Billed** | **Collected** | **WriteOff** | **Worked** | **Billed** | **Collected** |
| Current year | 243.40 | 278.60 | 0.00 | 0.00 | 101,615.00 | 117,720.00 | 0.00 |
| Life to date | 643.60 | 634.00 | 91.96 | 0.00 | 305,077.50 | 300,667.50 | 48,996.20 |

**Statistics – Matter Stats (new)**

**Client:** 0550010 Choudhri, Ali

**Matter:** 0550010-0000001 Abdul/Mokaram

| | HOURS | | | | FEES | | |
|---|---|---|---|---|---|---|---|
| **Description** | **Worked** | **Billed** | **Collected** | **WriteOff** | **Worked** | **Billed** | **Collected** |
| Current year | 50.90 | 130.40 | 0.00 | 0.00 | 23,207.50 | 56,070.00 | 0.00 |
| Life to date | 346.00 | 327.40 | 0.00 | 0.00 | 165,735.00 | 153,825.00 | 0.00 |

If you have any questions or need any additional information, please let us know.

Best regards,

Denette

**Denette Vanek**

**Assistant to Kate David**

**Legal Support Team Specialist**

Direct: 713-525-6247

Denette.Vanek@huschblackwell.com

---

**From:** David, Kate <Kate.David@huschblackwell.com>
**Sent:** Wednesday, August 4, 2021 11:13 AM
**To:** Ali @ Jetall <ali@jetallcompanies.com>
**Cc:** michael.chang@jetallcompanies.com; Stephanie Alvarez <Stephanie.a@jetallcompanies.com>; Hathaway, Dawn <Dawn.Hathaway@huschblackwell.com>; Vanek, Denette <Denette.Vanek@huschblackwell.com>
**Subject:** RE: Terms of payment

Sure thing. CC'ing Denette and Dawn to re-send all of our past outstanding invoices. Also, as a reminder if you decide not to go this route, Objections to the Plan are due on 8/11th.

Kate

**Katharine D. David**

**Office Managing Partner**

Direct: 713-525-6258

Kate.David@huschblackwell.com

---

**From:** Ali @ Jetall <ali@jetallcompanies.com>
**Sent:** Wednesday, August 4, 2021 10:23 AM
**To:** David, Kate <Kate.David@huschblackwell.com>
**Cc:** michael.chang@jetallcompanies.com; Stephanie Alvarez <Stephanie.a@jetallcompanies.com>
**Subject:** Re: Terms of payment

[EXTERNAL EMAIL]

Please send me the full accounting and categories of the work you've done. Also please include total I have paid you.

Like Arbitration, BK, etc

Thank you,

On Wed, Aug 4, 2021 at 10:17 AM David, Kate <Kate.David@huschblackwell.com> wrote:

Ali,

You/BDFI currently owe Husch Blackwell $414,285.60. Breakdown below. I propose paying $375K out of the bankruptcy funds and then immediately wiring you the remainder of the funds (please send wiring info for that purpose). If you would like us to do future work for you, we could also agree to hold some portion of funds as a retainer for that work. (There will undoubtedly be at least a little cleanup work in the bankruptcy appeal, and we could also continue to assist with the RICO claim when that is revived if you would like, and if you authorize retainer for that work.) But that is up to you. Once you authorize, we can get in touch with Randy and work to get funds disbursed asap in accordance with our agreement.

550217-1 - BDFI - A/R - $254,379.10 WIP-$2,210

550010-1 - Ali Choudhri - A/R- $157,696.50

Thanks for your help cleaning this up so that we can work together on future matters.

Kate

**Katharine D. David**

**Office Managing Partner**

**HUSCH BLACKWELL LLP**

600 Travis Street,
Suite 2350

Houston, TX 77002-2629

Direct: 713-525-6258

Fax: 713-647-6884

Kate.David@huschblackwell.com

huschblackwell.com

View Bio | View VCard

--

Ali Jetall
Jetall Companies
1001 West Loop South Suite 700
Houston, Texas 77027
713-789-7654 telephone

832-403-3276 direct
281-630-6627 mobile

713-789-3331 facsimile
ali@jetallcompanies.com

Neither Jetall nor any of its subsidiaries shall be bound by or to any lease, purchase and/or sale agreement, contract or any other instrument or modification thereof, nor to any oral statement made by any person, unless the same has been reduced to writing and signed by an officer of Jetall or of its appropriate subsidiary.

--

Ali Jetall
Jetall Companies
1001 West Loop South Suite 700
Houston, Texas 77027
713-789-7654 telephone
832-403-3276 direct
281-630-6627 mobile
713-789-3331 facsimile
ali@jetallcompanies.com

Neither Jetall nor any of its subsidiaries shall be bound by or to any lease, purchase and/or sale agreement, contract or any other instrument or modification thereof, nor to any oral statement made by any person, unless the same has been reduced to writing and signed by an officer of Jetall or of its appropriate subsidiary.

---------- Forwarded message ----------
From: Ali Choudhri <ali@jetallcapital.com>
To: "Hayes, Lauren" <lauren.hayes@huschblackwell.com>
Cc:
Bcc: Ali Choudhri <ali@jetallcapital.com>
Date: Mon, 5 May 2025 13:17:59 -0500
Subject: Re: Automatic reply:
Your firm did.   You told me your firm did not.

I have asked you to confirm you are standing down immediately.  You said you are no.

On Mon, May 5, 2025 at 1:04 PM Hayes, Lauren <lauren.hayes@huschblackwell.com> wrote:

> Ali,
>
> I can confirm that we do not have records of ever having represented you personally. If you have records showing otherwise, please send them.
>
> Sincerely,
>
> **Lauren Hayes**
>
> **Partner**

Direct: 512-479-1163

Lauren.Hayes@huschblackwell.com

---

**From:** Ali Choudhri <ali@jetallcapital.com>
**Sent:** Monday, May 5, 2025 10:18 AM
**To:** Hayes, Lauren <lauren.hayes@huschblackwell.com>
**Subject:** Re: Automatic reply:

[EXTERNAL EMAIL]

Lauren,

This is to confirm our conversation

You stated your firm has never represented me individually (Ali Choudhri) before.

You stated your firm ran conflicts checks.

I became aware of your adverse representation and informed you that your firm did represent me before and you stated to me that your firm never represented me before.

Please confirm the above communication is an accurate representation of our conversation.

On Sun, May 4, 2025 at 6:07 PM Hayes, Lauren <lauren.hayes@huschblackwell.com> wrote:

> I am on maternity leave. If you do not know who to contact while I am on leave, please e-mail Denee Elliott-Modgling at Denee.ElliottModgling@huschblackwell.com who can help connect you to the appropriate person.

---------- Forwarded message ----------
From: "Hayes, Lauren" <lauren.hayes@huschblackwell.com>
To: Ali Choudhri <ali@jetallcapital.com>
Cc:
Bcc:
Date: Mon, 5 May 2025 18:04:08 +0000
Subject: RE: Automatic reply:

Ali,

I can confirm that we do not have records of ever having represented you personally. If you have records showing otherwise, please send them.

Sincerely,

**Lauren Hayes**

**Partner**

Direct: 512-479-1163

Lauren.Hayes@huschblackwell.com

---

**From:** Ali Choudhri <ali@jetallcapital.com>
**Sent:** Monday, May 5, 2025 10:18 AM
**To:** Hayes, Lauren <lauren.hayes@huschblackwell.com>
**Subject:** Re: Automatic reply:

[EXTERNAL EMAIL]

Lauren,

This is to confirm our conversation

You stated your firm has never represented me individually (Ali Choudhri) before.

You stated your firm ran conflicts checks.

I became aware of your adverse representation and informed you that your firm did represent me before and you stated to me that your firm never represented me before.

Please confirm the above communication is an accurate representation of our conversation.

On Sun, May 4, 2025 at 6:07 PM Hayes, Lauren <lauren.hayes@huschblackwell.com> wrote:

> I am on maternity leave. If you do not know who to contact while I am on leave, please e-mail Denee Elliott-Modgling at Denee.ElliottModgling@huschblackwell.com who can help connect you to the appropriate person.

---------- Forwarded message ----------
From: Ali Choudhri <ali@jetallcapital.com>
To: "Hayes, Lauren" <lauren.hayes@huschblackwell.com>
Cc:
Bcc: Ali Choudhri <ali@jetallcapital.com>
Date: Mon, 5 May 2025 10:17:52 -0500
Subject: Re: Automatic reply:
Lauren,

This is to confirm our conversation

You stated your firm has never represented me individually (Ali Choudhri) before.

You stated your firm ran conflicts checks.

I became aware of your adverse representation and informed you that your firm did represent me before and you stated to me that your firm never represented me before.

Please confirm the above communication is an accurate representation of our conversation.

On Sun, May 4, 2025 at 6:07 PM Hayes, Lauren <lauren.hayes@huschblackwell.com> wrote:

> I am on maternity leave. If you do not know who to contact while I am on leave, please e-mail Denee Elliott-Modgling at Denee.ElliottModgling@huschblackwell.com who can help connect you to the appropriate person.

---------- Forwarded message ----------
From: "Hayes, Lauren" <Lauren.Hayes@huschblackwell.com>
To: Ali Choudhri <ali@jetallcapital.com>
Cc:
Bcc:
Date: Mon, 5 May 2025 21:46:48 +0000
Subject: Re: Automatic reply:

Ali,

Even if our firm has represented you individually, we have not represented Meandering Bend. There is no conflict of interest.

**Lauren Hayes**
**Partner**
Direct: 512-479-1163
Lauren.Hayes@huschblackwell.com

---

**From:** Hayes, Lauren
**Sent:** Monday, May 5, 2025 1:21:01 PM
**To:** Ali Choudhri <ali@jetallcapital.com>
**Subject:** Re: Automatic reply:

Ali,

If you have records of Husch Blackwell representing you individually, please send them to me.

Correct that we have not been instructed to stand down from the sale tomorrow and plan to proceed.

Sincerely,
Lauren Hayes

Sent from my iPhone

> On May 5, 2025, at 1:18 PM, Ali Choudhri <ali@jetallcapital.com> wrote:
>
> [EXTERNAL EMAIL]
>
> Your firm did. You told me your firm did not.

I have asked you to confirm you are standing down immediately. You said you are no.

On Mon, May 5, 2025 at 1:04 PM Hayes, Lauren <lauren.hayes@huschblackwell.com> wrote:

Ali,

I can confirm that we do not have records of ever having represented you personally. If you have records showing otherwise, please send them.

Sincerely,

**Lauren Hayes**

**Partner**

Direct: 512-479-1163

Lauren.Hayes@huschblackwell.com

---

**From:** Ali Choudhri <ali@jetallcapital.com>
**Sent:** Monday, May 5, 2025 10:18 AM
**To:** Hayes, Lauren <lauren.hayes@huschblackwell.com>
**Subject:** Re: Automatic reply:

[EXTERNAL EMAIL]

Lauren,

This is to confirm our conversation

You stated your firm has never represented me individually (Ali Choudhri) before.

You stated your firm ran conflicts checks.

I became aware of your adverse representation and informed you that your firm did represent me before and you stated to me that your firm never represented me before.

Please confirm the above communication is an accurate representation of our conversation.

On Sun, May 4, 2025 at 6:07 PM Hayes, Lauren <lauren.hayes@huschblackwell.com> wrote:

> I am on maternity leave. If you do not know who to contact while I am on leave, please e-mail Denee Elliott-Modgling at Denee.ElliottModgling@huschblackwell.com who can help connect you to the appropriate person.

---------- Forwarded message ----------
From: Ali Choudhri <ali@jetallcapital.com>
To: Lauren.Hayes@huschblackwell.com, Ali Choudhri <ali@jetallcapital.com>
Cc:
Bcc:
Date: Mon, 5 May 2025 14:09:25 -0500
Subject: Fwd: FW: Femrite Subpoena Duces Tecum (Cause No. 2012-27197-A &D)

Begin forwarded message:

**From:** Kevin Kerr <kevin@kkerrlaw.com>
**Date:** January 15, 2024 at 3:15:53 PM CST
**To:** "ataylor andytaylorlaw.com" <ataylor@andytaylorlaw.com>
**Subject: FW: Femrite Subpoena Duces Tecum (Cause No. 2012-27197-A &D)**

FYI

*Kevin*

Kevin M. Kerr

C: 972-345-3224

---

**From:** Simone Nunez <snunez@mccathernlaw.com>
**Sent:** Monday, January 15, 2024 2:09 PM
**To:** Kevin Kerr <kevin@kkerrlaw.com>
**Cc:** Rodney Drinnon <rdrinnon@mccathernlaw.com>; David Clark <dclark@mccathernlaw.com>; Scott Funk <sfunk@grayreed.com>
**Subject:** Re: Femrite Subpoena Duces Tecum (Cause No. 2012-27197-A &D)

Mr. Kerr,

Please see the attached for the subpoena issued to Femrite and the corresponding Order from Judge Wilson permitting its service.

Additionally, please deem this subpoena officially served as of **January 23, 2024**. The copying fee of $11.00 will be mailed to Femrite in compliance with the Texas Rules of Civil Procedure.

If you have any questions, please direct them to Mr. Drinnon (who is cc'd in this email).

Thank you,

**Simone Nunez**

Paralegal

McCathern

2000 West Loop S, Suite 1850

Houston, TX 77027

P 832.533.8689 | F 832.213.4842

snunez@mccathernlaw.com

www.mccathernlaw.com

*This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify McCathern immediately by telephone 832.533.8689 and destroy the original message. Messages sent to and from us may be monitored.*

*Please consider the environment before printing this email.*

--
Ali Jetall
Jetall Companies
1001 West Loop South Suite 700
Houston, Texas 77027
713-789-7654 telephone
832-403-3276 direct
281-630-6627 mobile
713-789-3331 facsimile
ali@jetallcompanies.com

Neither Jetall nor any of its subsidiaries shall be bound by or to any lease, purchase and/or sale agreement, contract or any other instrument or modification thereof, nor to any oral statement made by any person, unless the same has been reduced to writing and signed by an officer of Jetall or of its appropriate subsidiary.

---------- Forwarded message ----------
From: "Hayes, Lauren" <Lauren.Hayes@huschblackwell.com>
To: Ali Choudhri <ali@jetallcapital.com>
Cc:
Bcc:
Date: Mon, 5 May 2025 18:21:01 +0000

Subject: Re: Automatic reply:
Ali,

If you have records of Husch Blackwell representing you individually, please send them to me.

Correct that we have not been instructed to stand down from the sale tomorrow and plan to proceed.

Sincerely,
Lauren Hayes

Sent from my iPhone

> On May 5, 2025, at 1:18 PM, Ali Choudhri <ali@jetallcapital.com> wrote:
>
> [EXTERNAL EMAIL]
>
> Your firm did. You told me your firm did not.
>
> I have asked you to confirm you are standing down immediately. You said you are no.
>
> On Mon, May 5, 2025 at 1:04 PM Hayes, Lauren <lauren.hayes@huschblackwell.com> wrote:
>
> Ali,
>
> I can confirm that we do not have records of ever having represented you personally. If you have records showing otherwise, please send them.
>
> Sincerely,
>
> **Lauren Hayes**
>
> **Partner**
>
> Direct: 512-479-1163
>
> Lauren.Hayes@huschblackwell.com

**From:** Ali Choudhri <ali@jetallcapital.com>
**Sent:** Monday, May 5, 2025 10:18 AM
**To:** Hayes, Lauren <lauren.hayes@huschblackwell.com>
**Subject:** Re: Automatic reply:

[EXTERNAL EMAIL]

Lauren,

This is to confirm our conversation

You stated your firm has never represented me individually (Ali Choudhri) before.

You stated your firm ran conflicts checks.

I became aware of your adverse representation and informed you that your firm did represent me before and you stated to me that your firm never represented me before.

Please confirm the above communication is an accurate representation of our conversation.

On Sun, May 4, 2025 at 6:07 PM Hayes, Lauren <lauren.hayes@huschblackwell.com> wrote:

> I am on maternity leave. If you do not know who to contact while I am on leave, please e-mail Denee Elliott-Modgling at Denee.ElliottModgling@huschblackwell.com who can help connect you to the appropriate person.

---------- Forwarded message ----------
From: Ali Choudhri <ali@jetallcapital.com>
To: "Hayes, Lauren" <Lauren.Hayes@huschblackwell.com>
Cc:
Bcc: Ali Choudhri <ali@jetallcapital.com>
Date: Mon, 5 May 2025 14:17:05 -0500

Subject: Fwd: Terms of payment

---------- Forwarded message ---------
From: **Ali @ Jetall** <ali@jetallcompanies.com>
Date: Mon, May 5, 2025 at 2:15 PM
Subject: Fwd: Terms of payment
To: Ali @ Jetall <ali@jetallcapital.com>

---------- Forwarded message ---------
From: **Vanek, Denette** <Denette.Vanek@huschblackwell.com>
Date: Wed, Aug 4, 2021 at 4:25 PM
Subject: RE: Terms of payment
To: Ali @ Jetall <ali@jetallcompanies.com>
Cc: michael.chang@jetallcompanies.com <michael.chang@jetallcompanies.com>, Stephanie Alvarez <Stephanie.a@jetallcompanies.com>, David, Kate <Kate.David@huschblackwell.com>

Mr. Choudhri,

As requested, attached are copies of all of our invoices for the following matters:

**550217-1 - BDFI**

**550010-1 - Ali Choudhri**

Also, below are charts reflecting the bill/payment history for both matters:

**Statistics – Matter Stats (new)**

**Client:** 0550217 BDFI, LLC
**Matter:** 0550217-0000001 2500 West Loop Bankruptcy

| | HOURS | | | | FEES | | |
|---|---|---|---|---|---|---|---|
| **Description** | **Worked** | **Billed** | **Collected** | **WriteOff** | **Worked** | **Billed** | **Collected** |
| Current year | 243.40 | 278.60 | 0.00 | 0.00 | 101,615.00 | 117,720.00 | 0.00 |
| Life to date | 643.60 | 634.00 | 91.96 | 0.00 | 305,077.50 | 300,667.50 | 48,996.20 |

**Statistics – Matter Stats (new)**

**Client:** 0550010 Choudhri, Ali
**Matter:** 0550010-0000001 Abdul/Mokaram

| | HOURS | | | | FEES | | |
|---|---|---|---|---|---|---|---|
| **Description** | **Worked** | **Billed** | **Collected** | **WriteOff** | **Worked** | **Billed** | **Collected** |
| Current year | 50.90 | 130.40 | 0.00 | 0.00 | 23,207.50 | 56,070.00 | 0.00 |
| Life to date | 346.00 | 327.40 | 0.00 | 0.00 | 165,735.00 | 153,825.00 | 0.00 |

If you have any questions or need any additional information, please let us know.

Best regards,

Denette

**Denette Vanek**

**Assistant to Kate David**

**Legal Support Team Specialist**

Direct: 713-525-6247

Denette.Vanek@huschblackwell.com

---

**From:** David, Kate <Kate.David@huschblackwell.com>
**Sent:** Wednesday, August 4, 2021 11:13 AM
**To:** Ali @ Jetall <ali@jetallcompanies.com>
**Cc:** michael.chang@jetallcompanies.com; Stephanie Alvarez <Stephanie.a@jetallcompanies.com>; Hathaway, Dawn <Dawn.Hathaway@huschblackwell.com>; Vanek, Denette <Denette.Vanek@huschblackwell.com>
**Subject:** RE: Terms of payment

Sure thing. CC'ing Denette and Dawn to re-send all of our past outstanding invoices. Also, as a reminder if you decide not to go this route, Objections to the Plan are due on 8/11th.

Kate

**Katharine D. David**

**Office Managing Partner**

Direct: 713-525-6258

Kate.David@huschblackwell.com

---

**From:** Ali @ Jetall <ali@jetallcompanies.com>
**Sent:** Wednesday, August 4, 2021 10:23 AM
**To:** David, Kate <Kate.David@huschblackwell.com>
**Cc:** michael.chang@jetallcompanies.com; Stephanie Alvarez <Stephanie.a@jetallcompanies.com>
**Subject:** Re: Terms of payment

[EXTERNAL EMAIL]

Please send me the full accounting and categories of the work you've done. Also please include total I have paid you.

Like Arbitration, BK, etc

Thank you,

On Wed, Aug 4, 2021 at 10:17 AM David, Kate <Kate.David@huschblackwell.com> wrote:

Ali,

You/BDFI currently owe Husch Blackwell $414,285.60. Breakdown below. I propose paying $375K out of the bankruptcy funds and then immediately wiring you the remainder of the funds (please send wiring info for that purpose). If you would like us to do future work for you, we could also agree to hold some portion of funds as a retainer for that work. (There will undoubtedly be at least a little cleanup work in the bankruptcy appeal, and we could also continue to assist with the RICO claim when that is revived if you would like, and if you authorize retainer for that work.) But that is up to you. Once you authorize, we can get in touch with Randy and work to get funds disbursed asap in accordance with our agreement.

550217-1 - BDFI - A/R - $254,379.10 WIP-$2,210

550010-1 - Ali Choudhri - A/R- $157,696.50

Thanks for your help cleaning this up so that we can work together on future matters.

Kate

**Katharine D. David**

**Office Managing Partner**

**HUSCH BLACKWELL LLP**

600 Travis Street,
Suite 2350

Houston, TX 77002-2629

Direct: 713-525-6258

Fax: 713-647-6884

Kate.David@huschblackwell.com

huschblackwell.com

View Bio | View VCard

--

Ali Jetall
Jetall Companies
1001 West Loop South Suite 700
Houston, Texas 77027
713-789-7654 telephone

832-403-3276 direct
281-630-6627 mobile

713-789-3331 facsimile
ali@jetallcompanies.com

Neither Jetall nor any of its subsidiaries shall be bound by or to any lease, purchase and/or sale agreement, contract or any other instrument or modification thereof, nor to any oral statement made by any person, unless the same has been reduced to writing and signed by an officer of Jetall or of its appropriate subsidiary.

--

Ali Jetall
Jetall Companies
1001 West Loop South Suite 700
Houston, Texas 77027
713-789-7654 telephone
832-403-3276 direct
281-630-6627 mobile
713-789-3331 facsimile
ali@jetallcompanies.com

Neither Jetall nor any of its subsidiaries shall be bound by or to any lease, purchase and/or sale agreement, contract or any other instrument or modification thereof, nor to any oral statement made by any person, unless the same has been reduced to writing and signed by an officer of Jetall or of its appropriate subsidiary.

---------- Forwarded message ----------
From: Ali Choudhri <ali@jetallcapital.com>
To: "Hayes, Lauren" <lauren.hayes@huschblackwell.com>
Cc:
Bcc: Ali Choudhri <ali@jetallcapital.com>
Date: Mon, 5 May 2025 13:17:59 -0500
Subject: Re: Automatic reply:
Your firm did.   You told me your firm did not.

I have asked you to confirm you are standing down immediately.  You said you are no.

On Mon, May 5, 2025 at 1:04 PM Hayes, Lauren <lauren.hayes@huschblackwell.com> wrote:

Ali,

I can confirm that we do not have records of ever having represented you personally. If you have records showing otherwise, please send them.

Sincerely,

**Lauren Hayes**

**Partner**

Direct: 512-479-1163

Lauren.Hayes@huschblackwell.com

---

**From:** Ali Choudhri <ali@jetallcapital.com>
**Sent:** Monday, May 5, 2025 10:18 AM
**To:** Hayes, Lauren <lauren.hayes@huschblackwell.com>
**Subject:** Re: Automatic reply:

[EXTERNAL EMAIL]

Lauren,

This is to confirm our conversation

You stated your firm has never represented me individually (Ali Choudhri) before.

You stated your firm ran conflicts checks.

I became aware of your adverse representation and informed you that your firm did represent me before and you stated to me that your firm never represented me before.

Please confirm the above communication is an accurate representation of our conversation.

On Sun, May 4, 2025 at 6:07 PM Hayes, Lauren <lauren.hayes@huschblackwell.com> wrote:

> I am on maternity leave. If you do not know who to contact while I am on leave, please e-mail Denee Elliott-Modgling at Denee.ElliottModgling@huschblackwell.com who can help connect you to the appropriate person.

---------- Forwarded message ----------
From: "Hayes, Lauren" <lauren.hayes@huschblackwell.com>
To: Ali Choudhri <ali@jetallcapital.com>
Cc:
Bcc:
Date: Mon, 5 May 2025 18:04:08 +0000
Subject: RE: Automatic reply:

Ali,

I can confirm that we do not have records of ever having represented you personally. If you have records showing otherwise, please send them.

Sincerely,

**Lauren Hayes**

**Partner**

Direct: 512-479-1163

Lauren.Hayes@huschblackwell.com

**From:** Ali Choudhri <ali@jetallcapital.com>
**Sent:** Monday, May 5, 2025 10:18 AM
**To:** Hayes, Lauren <lauren.hayes@huschblackwell.com>
**Subject:** Re: Automatic reply:

[EXTERNAL EMAIL]

Lauren,

This is to confirm our conversation

You stated your firm has never represented me individually (Ali Choudhri) before.

You stated your firm ran conflicts checks.

I became aware of your adverse representation and informed you that your firm did represent me before and you stated to me that your firm never represented me before.

Please confirm the above communication is an accurate representation of our conversation.

On Sun, May 4, 2025 at 6:07 PM Hayes, Lauren <lauren.hayes@huschblackwell.com> wrote:

> I am on maternity leave. If you do not know who to contact while I am on leave, please e-mail Denee Elliott-Modgling at Denee.ElliottModgling@huschblackwell.com who can help connect you to the appropriate person.

---------- Forwarded message ----------
From: Ali Choudhri <ali@jetallcapital.com>
To: "Hayes, Lauren" <lauren.hayes@huschblackwell.com>
Cc:
Bcc: Ali Choudhri <ali@jetallcapital.com>
Date: Mon, 5 May 2025 10:17:52 -0500
Subject: Re: Automatic reply:
Lauren,

This is to confirm our conversation

You stated your firm has never represented me individually (Ali Choudhri) before.

You stated your firm ran conflicts checks.

I became aware of your adverse representation and informed you that your firm did represent me before and you stated to me that your firm never represented me before.

Please confirm the above communication is an accurate representation of our conversation.

On Sun, May 4, 2025 at 6:07 PM Hayes, Lauren <lauren.hayes@huschblackwell.com> wrote:

> I am on maternity leave. If you do not know who to contact while I am on leave, please e-mail Denee Elliott-Modgling at Denee.ElliottModgling@huschblackwell.com who can help connect you to the appropriate person.

---

**35 attachments**

**Re: Automatic reply:.eml**
35K

**240115 Notice of Intent to Subpoena - Femrite Group, Inc..pdf**
240K

**Fwd: FW: Femrite Subpoena Duces Tecum (Cause No. 2012-27197-A &D).eml**
342K

**240115 Notice of Intent to Subpoena - Femrite Group, Inc..pdf**
240K

**Re: Automatic reply:.eml**
27K

**550010-1 - INV2957217.pdf**
605K

**550010-1 - INV2944799.pdf**
626K

**550010-1 - INV2936215.pdf**
614K

**550010-1 - INV2925461.pdf**
619K

**550217-1 - INV3020038.pdf**
416K

**550217-1 - INV3005773.pdf**
526K

**550217-1 - INV2991344.pdf**
517K

**550217-1 - INV2978847.pdf**
531K

**550217-1 - INV2966954.pdf**
534K

**550217-1 - INV2957218.pdf**
532K

**550217-1 - INV2944800.pdf**
541K

**550217-1 - INV2936218.pdf**
604K

**550217-1 - INV2925462.pdf**
536K

**Fwd: Terms of payment.eml**
9918K

**550010-1 - INV2957217.pdf**
605K

**550010-1 - INV2944799.pdf**
626K

**550010-1 - INV2936215.pdf**
614K

**550010-1 - INV2925461.pdf**
619K

**550217-1 - INV3020038.pdf**
416K

**550217-1 - INV3005773.pdf**
526K

**550217-1 - INV2991344.pdf**
517K

**550217-1 - INV2978847.pdf**
531K

**550217-1 - INV2966954.pdf**
534K

**550217-1 - INV2957218.pdf**
532K

**550217-1 - INV2944800.pdf**
541K

**550217-1 - INV2936218.pdf**
604K

**550217-1 - INV2925462.pdf**
536K

**Re: Automatic reply:.eml**
11K

**RE: Automatic reply:.eml**
27K

**Re: Automatic reply:.eml**
4K