**Ali Choudhri <ali@jetallcapital.com>**

## Fwd: Romspen connections

2 messages

**Ali Choudhri** <ali@jetallcapital.com> Fri, Sep 19, 2025 at 6:20 PM
To: Lori Hood <lhood@shackelford.law>

---------- Forwarded message ---------
From: **Ali Choudhri** <ali@jetallcapital.com>
Date: Tue, Sep 16, 2025 at 4:17 PM
Subject: Fwd: Romspen connections
To: Mark Taylor <mtaylor@krcl.com>, Lyndel Vargas <Lvargas@chfirm.com>, <gia@trialninjas.com>, Lane.Bogard@gmail.com <lanebogard@gmail.com>, <Bruce@bdukelawfirm.com>

---------- Forwarded message ---------
From: **Mark Taylor** <MTaylor@krcl.com>
Date: Fri, Jul 18, 2025 at 11:53 AM
Subject: Romspen connections
To: scennamo@cennamowernerlaw.com <scennamo@cennamowernerlaw.com>, Ali Choudhri <ali@jetallcapital.com>

In the RIC (Lavernia) case, Hirsch field a declaration as part of the App to Employ [Dkt. 19], which revealed only the following connections to Romspen:

-- "Romspen (Reomaster II) Holdings, Inc." and "Romspen Investment Corporation," as current clients.

The First Supplemental declaration [Dkt.33] does not reveal any other connections

Kyle HIrsch has been personally involved in the following cases:

--Galveston County District Court, 19-cv-1046, representing Romspen Mortgage Limited Partnership and Romspen (CH) LLC -- sample pleading attached
-- Galveston County DIstrict Court, 23-cv-0339, representing these entities as well -- sample pleading attached

-- 1001 WL, LLC, Texas Western BK (24-10119), representing TIG Romspen Master Mortgage LP since Feb 2024

--RIC (Austin), LLC, Texas Western BK (24-10264), Hirsch has requested and appeared by Zoom on behalf of Romspen Mortgage Limited Partnership on multiple occasions (look at the docket)

-- in a related adversary in the RIC (Austin) case, he has represented Romspen Mortgage Limited Partnership since December 2024.

I also did a quick search on PACER for federal court cases (for some reason I could not access BK court nationwide search). I have attached 2 screenshots from closed cases in which Bryan Cave (Hirsch's firm) represented a Romspen entity not listed in the disclosures, and a pleading from another case in which they are actively representing a Romspen entity and did not disclose.

Of course, since they sometimes don't use "Romspen" in the name there may be more, and there may well be more bankruptcy representations by Bryan Cave attorneys.

**MARK TAYLOR**
DIRECTOR
KRCL
**Kane Russell Coleman Logan PC**
401 Congress Avenue | Suite 2100 | Austin, Texas 78701
**Tel** 512.487.6560
**krcl.com** | **krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**5 attachments**



**Screenshot 2025-07-18 at 11.28.49 AM.png**
537K



**Screenshot 2025-07-18 at 11.30.11 AM.png**
693K

**19-CV-1046.pdf**
14417K

**23-cv-0339.pdf**
146K

**9-23-cv-80992-RLR.pdf**
38K

---

**Ali Choudhri** <ali@jetallcapital.com> Wed, Oct 7, 2026 at 10:38 AM
Draft To: Ali Choudhri <ali@jetallcapital.com>

[Quoted text hidden]

**5 attachments**



**Screenshot 2025-07-18 at 11.28.49 AM.png**
537K



**Screenshot 2025-07-18 at 11.30.11 AM.png**
693K

**19-CV-1046.pdf**
14417K

**23-cv-0339.pdf**
146K

**9-23-cv-80992-RLR.pdf**
38K