# EXHIBIT 6

Selected docket entries, In re Texas REIT, LLC, No. 24-10120 (including Ballases's request to appear as "a witness" for Vargo), with declaration

Unofficial Copy Office of Marilyn Burgess District Clerk

# Selected Docket Entries — *In re Texas REIT, LLC*, No. 24-10120-smr (Bankr. W.D. Tex.)

*Transcribed from the Court's CM/ECF docket report (1,158 entries) as of October 26, 2026; entries abridged to the parts quoted. Highlighting added.*

| ECF | Date | Docket text |
|---|---|---|
| 3 | 02/08/2024 | Notice of Appearance and Request for Service of Notice filed by Steven A. Leyh for Creditors Osama Abdullatif, Omar Khawaja, John Quinlan. |
| Claim 9-1 | 06/04/2024 | Proof of Claim No. 9-1 filed by John Quinlan, Omar Khawaja, and Osama Abdullatif, c/o Steve Leyh, Hoover Slovacek LLP; $4,847,894.68, "secured by a lien on property," nature of property "les pedens"; signed by Osama Abdullatif under penalty of perjury. |
| 165 | 06/25/2024 | Objection to Claim 9-1, John Quinlan, et al with Notice thereof, (30 Day Objection Language) Filed by Stephen W. Sather for Debtor Texas REIT, LLC. |
| 217–219 | 08/08/2024 | Notices of Deposition of Omar Khawaja, Osama Abdulatif, and John Quinlan filed by Stephen W. Sather for Debtor Texas REIT, LLC. |
| 220 | 08/08/2024 | Notice of Withdrawal of Claim (Claim Number: 9) by Creditors Osama Abdullatif, Omar Khawaja, John Quinlan filed by Steven A. Leyh. |
| 222 | 08/09/2024 | Objection Filed by Stephen W. Sather for Debtor Texas REIT, LLC (related document(s): 220 Notice of Withdrawal of Claim (Claim Number: 9)). |
| 226 | 08/12/2024 | Motion for Protection from Discovery filed by Steven A. Leyh for Creditors Osama Abdullatif, Omar Khawaja and John Quinlan. |
| 228 | 08/12/2024 | Motion for Leave to Withdraw Claim No. 9 filed by Steven A. Leyh for Creditors Osama Abdullatif, Omar Khawaja and John Quinlan. |
| — | 08/12/2024 | Request for Zoom Appearance (Who: Steven A. Leyh, Reason: No longer want to make the claim and do not want to generate anymore attorney's fees). |
| — | 08/13/2024 | Hearing Held: APPROVED AS STATED ON THE RECORD; ORDER TO COME BY COURT (Related: 226 Motion for Protection from Discovery). |
| 286–288 | 09/10/2024 | Notices of Deposition of John Quinlan, Osama Abudlatif, and Omar Khawaja filed by Creditor Ali Choudhri. |
| 297 | 09/23/2024 | Notice of Appearance and Request for Service of Notice filed by T. Michael Ballases for Creditors Osama Abdullatif, Omar Khawaja, John Quinlan. |
| 298 | 09/24/2024 | Motion For Adequate Protection filed by Steven A. Leyh for Creditors Osama Abdullatif, Omar Khawaja, John Quinlan (Related: 228 Motion for Leave to Withdraw Claim No. 9). |
| 315 | 10/07/2024 | Order Regarding 226 Motion for Protection from Discovery and 298 Motion For Adequate Protection. |
| 343, 352 | 10/29–31/2024 | Objection and Amended Objection to Claim 9-1 filed by Joseph F. Colvin Jr for Interested Parties Dalio Holdings I LLC, Dalio Holdings II LLC. |
| 344 | 10/28/2024 | Motion to Vacate Order (ECF 315) filed by Creditor Ali Choudhri. (Denied, ECF 383, 11/22/2024.) |
| 345 | 10/28/2024 | Objection to Claim 9-1 John Quinlan, Omar Khawaja and Osama Abdulante filed by Creditor Ali Choudhri. (Mooted, ECF 448, 01/07/2025.) |
| 351, 357, 379 | 10/31–11/21/2024 | Unopposed Motion to Continue Hearing and Notices of Hearing filed by T. Michael Ballases for Creditors Osama Abdullatif, Omar Khawaja, John Quinlan (re: 165 and 228). |

Unofficial Copy Office of Marilyn Burgess District Clerk

| ECF | Date | Docket text |
|---|---|---|
| — | 12/19/2024 | Hearing Held: APPROVED AS STATED ON THE RECORD; OTC BY MR. SATHER (Related: 165 Objection to Claim 9-1; 228 Motion for Leave to Withdraw Claim No. 9). |
| 444 | 01/06/2025 | Order Granting (related document(s): 165 Objection to Claim 9-1, John Quinlan, et al.) Related document(s) 228 Motion for Leave to Withdraw Claim No. 9. Claim No. 9 withdrawn with prejudice. |
| 461 | 01/17/2025 | Order Mooting 428 Amended Motion For Leave to Withdraw Claim No. 9. |
| 410, 524 | 12/11/2024; 03/20/2025 | Expedited Motion for Relief from Stay filed by London England for Creditor Osama Abdullatif, Interested Party Ali Mokaram; Order Granting in Part (ECF 524). |
| 576 | 04/10/2025 | Notice of Amended Receivership Order filed by T. Michael Ballases for Creditor Osama Abdullatif. |
| 617 | 06/11/2025 | Notice of Appearance filed by Travis Brian Vargo for Interested Party Travis B Vargo. |
| 674, 679 | 08/21–27/2025 | Notice of Appearance by Leslie M. Luttrell for Travis B Vargo; Notice of Filing Orders Regarding Appointment of Receiver and Charging Orders. |
| 680, 687 | 08/29–09/12/2025 | Motion for Relief from Stay filed by Leslie M. Luttrell for Travis B Vargo; Order Regarding (ECF 687). |
| 715 | 10/01/2025 | Motion to Strike Pleadings filed in Violation of District Wide Sanctions Order - ECF 258 - Entered in Case No. 24-51195-mmp, filed by Leslie M. Luttrell for Travis B Vargo. |
| 734 | 10/04/2025 | Motion of Travis Vargo, State Court Appointed Receiver, to Show Authority of Justin Rayome and Cavazos Hendricks Poirot, P.C., Including Lyndel Vargas, to Represent Dalio Holdings I, LLC, and to Strike Pleadings. |
| — | 10/07/2025 | Request for Zoom Appearance (Who: T. Michael Ballases, Reason: I am a witness for the hearing and also to save cost and expenses since I am in Houston, Texas.) (Hearing: October 9, 2025 at 9:30 a.m.) filed by T. Michael Ballases for Creditors Osama Abdullatif, Omar Khawaja, John Quinlan (Related: 734). |
| 784 | 10/20/2025 | Order Regarding 734 Motion of Travis Vargo, State Court Appointed Receiver, to Show Authority. |
| 800 | 10/31/2025 | Report of Travis Vargo, State Court Appointed Receiver for Dalio Holdings I, LLC, Dalio Holdings II, LLC and Ali Choudhri regarding Enumeration of Specific Documents Recommended by the Receiver to Be Struck. |
| 839 | 02/11/2026 | Adversary case 26-01008 filed by WCW Houston Properties, LLC against Texas REIT, LLC, Dalio Holdings I, LLC, Dalio Holdings II LLC, Travis Vargo, in his capacity as Court-Appointed Receiver, and Gregory Milligan. |
| 866, 867 | 10/20/2026 | Notice of Appearance by Courtney Ann Vincent for Interested Party Arabella PH 3201 LLC; Motion to Vacate Order, in part, as to Ali Choudhri, and to Clarify Its Scope (ECF 784). |

Unofficial Copy Office of Marilyn Burgess District Clerk

**Declaration of Ali Choudhri.** My name is Ali Choudhri. My date of birth is [redacted] 1980, and my address is 4521 San Felipe Street, Unit 3201, Houston, Texas 77027. The entries above are accurately transcribed from the Court's docket in this case as it appeared on October 26, 2026. Claim No. 9 was withdrawn with prejudice. I declare under penalty of perjury that the foregoing is true and correct. Executed in Harris County, Texas, on October 26, 2026.

/s/ Ali Choudhri

______________________________

Ali Choudhri