# EXHIBIT 8

Slide presentation: “The record vs. what they told the courts” (including “distributions only”)

Unofficial Copy Office of Marilyn Burgess District Clerk

Unofficial Copy Office of Marilyn Burgess Dis

# The record vs. what they told the courts

Vargo's sworn "distributions only" testimony · Arabella · Funk and the bankruptcy stay · September 19, 2023

**Ali Choudhri · October 21, 2026**

Unofficial Copy Office of Marilyn Burgess District Clerk

# Under oath, April 3, 2025: “distributions only”

*In re Texas REIT, LLC, No. 24-10120 (Bankr. W.D. Tex.), hearing of April 3, 2025 — Travis Vargo testifying*

“

**I have a right to his distributions only.**

Asked whether he could exercise rights over Choudhri’s membership interest in Texas REIT · Tr. 35:1–6

**No control of the LLC interests**

THE COURT: “Are you seeking to exercise control over those LLC interests?” VARGO: “No.”

*Tr. 19:19–23*

**Charging order only**

“I’m not taking the position that I have a turnover of the membership units of any LLC . . . there’s only a charging order against that, and I’m entitled to distributions.”

*Tr. 26:23–27:4*

**And about Judge Wilson**

“I haven’t had any communications with Mr. Wilson in probably 10 years.” By August 2026 he was emailing Judge Wilson for rulings from Choudhri’s home, with movers in the unit.

*Tr. 48:12–13; emails of Aug. 21 and Sept. 15, 2026*

# Arabella: from "distributions only" to taking the home

Unofficial Copy Office of Marilyn Burgess District Clerk

| | | | |
|---|---|---|---|
| 1 | **Apr. 3, 2025** | Under oath: "distributions only"; not seeking to control any LLC interest | *Tr. 35:6, 19:19–23* |
| 2 | **A & D Orders** | ¶ 8 excludes Choudhri's LLC ownership interests; ¶ 9(a) lists Arabella only as a charging-order LLC | *Amended Receivership Orders* |
| 3 | **June 23, 2026** | Vargo to Judge Wilson: "THE COURT SHOULD AFFIRM RECEIVER CONTROL OF ARABELLA." | *Receiver's Reply, 4521 San Felipe* |
| 4 | **July 28, 2026** | Writ of possession; recorded deeds declared void — by submission, exhibits never opened | *Order; Staub Decl. ¶¶ 4, 7* |
| 5 | **Aug. 19, 2026** | Vargo's counsel: Arabella is a receivership asset "in custodia legis" | *Poynter email* |
| 6 | **Sept. 15, 2026** | Choudhri and his 78-year-old mother removed, despite the Sept. 10 agreement | *Video; RR 5:19–6:11* |
| 7 | **Sept. 23, 2026** | Shown ¶ 8 under oath: "That's what it says here." | *In re MCITBE Tr. 170* |

Unofficial Copy Office of Marilyn Burgess Dis

# Funk froze the appeal, then enforced the judgment

**Dec. 14, 2023**

Petition for review, No. 23-1019, challenges the Sept. 19 orders and the Nov. 7, 2023 D-Case judgment as void

**Jan. 26, 2024**

Supreme Court of Texas requests a response from Mokaram

**Feb. 9, 2024**

Funk and Drabble, for Mokaram, file a Notice of Bankruptcy (Texas REIT, No. 24-10120)

**Feb. 16, 2024**

Petition ABATED and “treated as closed”; parties must notify the Court “once the automatic bankruptcy stay is lifted”

**Mar. 20, 2025**

Texas REIT court grants creditors stay relief only “in part” (ECF 524)

**Mar. 31, 2025**

Funk’s motion to appoint a receiver granted in the D-Case — Vargo

**The petition attacking that judgment is still abated. The judgment it attacks is being enforced through Vargo.**

Unofficial Copy Office of Marilyn Burgess Dis

# Sept. 19, 2023: "It's stayed" — then two orders

> "
>
> **Well, I can't. It's stayed, so I've got a Hobson's choice here.**
>
> Judge Wilson, status conference, 17:34 · no court reporter; recorded with his permission ("That'd be fine with me," 00:03)

| | |
|---|---|
| **Sept. 13** | Motion to compel arbitration denied — no submission, no hearing |
| **Sept. 18** | Notice of interlocutory appeal and automatic stay |
| **Sept. 19** | Order withdrawing the order on appeal; order stripping Choudhri's counterclaim |
| **Oct. 17** | Wilson's court of appeals dismisses the appeal as moot |
| **Nov. 7** | Final judgment in the D-Case |
| **Feb. 16, 2024** | Supreme Court petition abated — still pending |

**Same day he said the case was stayed, he signed both orders.**

Unofficial Copy Office of Marilyn Burgess Dis

# The pattern

## Sworn

"Distributions only" — then control of the companies and the home

## Stayed

"It's stayed" — then two orders the same day

## Abated

Stay used to freeze the Supreme Court — judgment enforced anyway