# EXHIBIT 13

Email from Sepi Akhavi, copying Travis Vargo, to Omar Scanu (Feb. 11, 2026), as forwarded

Unofficial Copy Office of Marilyn Burgess District Clerk

Unofficial Copy Office of Marilyn Burgess District Clerk

JETALL

Ali Choudhri <ali@jetallcapital.com>

**Fwd: 2232 Swift Boulevard- plz terminate immediately**
1 message

**Omar Scanu** <omarscanu@gmail.com> Thu, Feb 12, 2026 at 11:18 AM
To: ali@jetallcapital.com

Good morning. Please see below.

My Very Best to You,



**Omar Scanu,** Realtor®
AHWD, C2EX, C-RETS, e-PRO®, GRI, LHC, MRP, PSA, RENE, SFR®, TACS

RE/MAX
PEARLAND

Office - (713) 340-2000
Cell - (832) 978-1276
7310 Broadway St, Pearland, TX 77584
OmarScanu.com

Unofficial Copy Office of Marilyn Burgess District Clerk

**hablo español, parlo italiano**

Ranked #17 RE/MAX Texas, 2024
Ranked Top 0.9% ( #36 out of 3997) RE/MAX AGENTS IN TEXAS, 2023
Ranked “America’s Best” by Real Trends 2023
RE/MAX Top 250 Agents 2022, 2023, 2025
RE/MAX Hall Of Fame Inductee 2023
RE/MAX Platinum Member 2021, 2022
"Houston Real Producers Top 40 Agents Under 40" 2020
"NAHREP TOP 100 in Texas, 2020,2023
"NAHREP TOP 250 Agents USA" 2020, 2025
RE/MAX 100% Club 2018, 2019, 2020
Honorable mention Best Agent 2016 in cities of Pasadena, Deer Park, La-Porte - Pasadena Citizen

Texas Real Estate Commission Consumer Protection notice
Information about Brokerage Services

*Find out what your home is worth in today's market with my FREE Valuator Tool,
click here >> https://homevaluein2.com/free <<

---------- Forwarded message ---------
From: **Sepi Akhavi** <sepiakhavi@kw.com>
Date: Wed, Feb 11, 2026 at 7:56 PM
Subject: 2232 Swift Boulevard- plz terminate immediately
To: <omarscanu@gmail.com>
Cc: Travis <tvargo@vargolawfirm.com>

Hi Omar,

As we discussed on the phone, this property is currently under the control of the court, and I have been hired by the attorney representing the estate.

Please terminate the listing immediately. For verification, you are welcome to contact the attorney who is copied on this email.

Best Regards

Sepi Akhavi

**COMMERCIAL DIRECTOR | KW COMMERCIAL Memorial**

1220 Augusta Dr Ste #300 Houston Tx 77057

**C: 832-545-7393**

**E: sepiakhavi@kw.com**



The information contained herein was obtained from sources believed reliable; however, neither KW Memorial nor Sepi Akhavi makes no guarantees, warranties or representations as to completeness or accuracy thereof. The Presentation of property is submitted subject to errors, omission, changes of price or sale or lease, withdrawal without notice. All information contained herein should be verified by person relying thereon. Confidentiality Notice: The contents of this electronic message, and any attachment to it, contain information which may be confidential and/or privileged. This information is intended only for the addressed recipients and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or use of this electronic message or its contents is strictly prohibited and may be unlawful. If you have received this electronic message in error, please immediately reply to the sender that you have received the message in error, and destroy all copies of it. Further, nothing in the above message is intended to constitute legal advice and or tax advice. All information transmitted herein should be disclosed to your attorney and or tax preparer for advice.

Unofficial Copy Office of Marilyn Burgess District Clerk