Unofficial Copy Office of Marilyn Burgess District Clerk

# EXHIBIT 16

Excerpts, deposition of Omar Khawaja, Adv. No. 23-03141 (Bankr. S.D. Tex. Oct. 3, 2024)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

Unofficial Copy Office of Marilyn Burgess District Clerk

In Re:

HOUSTON REAL ESTATE PROPERTIES, LLC, Debtor.

Case No. 22-32998

Chapter 7

JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF,

Plaintiffs,

v.

Adversary Cause No. 23-03141

JETALL COMPANIES, INC., ARABELLA PH 3201 LLC, 9201 MEMORIAL DR. LLC, 2727 KIRBY 26L LLC, TEXAS REIT LLC, DALIO HOLDINGS I, LLC, DALIO HOLDINGS II, LLC, HOUSTON REAL ESTATE PROPERTIES, LLC, SHAHNAZ CHOUDHRI, ALI CHOUDHRI, SHEPHERD-HULDY DEVELOPMENT I, LLC, SHEPHERD-HULDY DEVELOPMENT II, LLC, GALLERIA LOOP NOTE HOLDER LLC, A. KELLY WILLIAMS, MAGNOLIA BRIDGECO, LLC, CYPRESS BRIDGECO, LLC, MOUNTAIN BUSINESS CENTER, LLC, RANDY WILLIAMS CH7 TRUSTEE, OTISCO RDX LLC, MCITBE, LLC, JETALL/CROIX PROPERTIES LP, AND JETALL/CROIX GP, LLC,

Defendants.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

VIDEOTAPED DEPOSITION OF

OMAR KHAWAJA
VOLUME I

TAKEN ON
THURSDAY, OCTOBER 3, 2024
11:03 A.M.

515 RUSK STREET
LAWYER'S LOUNGE, FOURTH FLOOR
HOUSTON, TEXAS 77002

Unofficial Copy Office of Marilyn Burgess District Clerk

APPEARANCES

Appearing on behalf of the Plaintiffs:

T. MICHAEL BALLASES, ESQUIRE
Hoover Slovacek
5051 Westheimer, Suite 1200
Houston, TX 77056
(713) 977-8686
(713) 977-5395 (Fax)
Ballases@hooverslovacek.com

Appearing on behalf of the Defendants:

JAMES POPE, ESQUIRE
The Pope Law Firm
6161 Savoy Drive, Suite 1125
Houston, TX 77034
(713) 999-8917
jamesp@thepopelawfirm.com

Unofficial Copy Office of Marilyn Burgess District Clerk

APPEARANCES (CONT'D)

Appearing on behalf of Defendant Jetall Companies:

JENNIFER MACGEORGE, ESQUIRE
MacGeorge Law Firm PLLC
701 Tillery Street, Suite 12
Austin, TX 78702
(512) 215-4129
(713) 583-9686 (Fax)
jmac@jlm-law.com

Appearing on behalf of Defendant 2727 Kirby 26L LLC:

PAUL S. KIRKLIN, ESQUIRE
Kirklin Law Firm PC
12600 North Featherwood Drive, Suite 225
Houston, TX 77034
(832) 969-1821
(281) 922-6420 (Fax)
Pkirklin@kirklinlaw.com

Unofficial Copy Office of Marilyn Burgess District Clerk

that and ask them to leave.

MR. CHOUDHRI: Are we starting the depo or --

MR. POPE: I'm ready.

MR. BALLASES: We're on the record.

MR. POPE: You ready?

MR. LEYH: Yeah.

MR. POPE: All right. Give the court reporter back the list. I'm going to mark as Exhibit 1 is an -- is an unsworn declaration of Christopher Wyatt that was attached to the complaint in case number 23-03141 in this case, document 1-7.

(WHEREUPON, Exhibit 1 was marked for identification.)

BY MR. POPE:

**Q. Do you recognize that complaint, Mr. Khawaja -- I mean that exhibit?**

MR. LEYH: I'm -- I'm -- I'm objecting to Exhibit 1 from the court's order of June the 20th, 2024. Due to violation of Federal Rule of Civil Procedure 37 and not producing any documents, you're prohibited from introducing designated matters in evidence that are directly or indirectly related to any production requests that were not timely produced.

So I've objected to the exhibit.

MR. POPE: This is your exhibit to the original

Unofficial Copy Office of Marilyn Burgess District Clerk

complaint.

MR. LEYH: I'm not introducing it in the -- in the depo today. You're trying to.

MR. POPE: Can I see a copy of the order that you're reading from?

MR. LEYH: No.

MR. POPE: Is that the discovery conference order?

MR. LEYH: Yeah.

MR. POPE: What's the docket number?

MR. LEYH: 187.

MR. POPE: Okay.

BY MR. POPE:

**Q. Are you not going to answer the question about whether you recognize Exhibit Number 1?**

A. On advice of counsel, yes.

**Q. Do you have any direct dealings with Christopher Wyatt?**

A. What do you mean by direct dealings?

**Q. Have you talked to him?**

A. Anything I've discussed with Chris Wyatt is attorney-client privilege.

**Q. With you as his counsel?**

A. Correct.

**Q. Okay. You represent Chris Wyatt in what**

Unofficial Copy Office of Marilyn Burgess District Clerk

A. I've seen --

MR. LEYH: Objection, form.

THE DEPONENT: I've seen the agency agreements between Drew Dennett and Ali, Brad Parker and Ali. I've seen the Chris Wyatt agency agreement as well, and I can't recall if I've seen any others.

BY MR. POPE:

**Q. And how did you come to see these agreements?**

MR. LEYH: Objection, form.

THE DEPONENT: I've -- it came across my desk in discovery, not sure which case -- not sure which case. I represent a lot of people.

BY MR. POPE:

**Q. So it came across your desk in your capacity as an attorney?**

A. As an attorney.

**Q. As an attorney for whom?**

A. I've represented Chris Wyatt. I've represented Azeemeh Zaheer.

**Q. Who else have you represented against any of the named Defendants?**

MR. LEYH: Objection, form.

THE DEPONENT: Mr. Abdullatif -- who else -- I think that's it.

BY MR. POPE:

Unofficial Copy Office of Marilyn Burgess District Clerk

**Q. Have you ever represented Hira Azhar --**
A. Yes.
**Q. -- against any of the named -- okay.**
MR. LEYH: Let me object.
THE DEPONENT: Sorry. Sorry, Steve.
BY MR. POPE:
**Q. Who is she?**
A. Mr. Choudhri's wife.
**Q. His current wife?**
A. I believe so.
**Q. You believe her to be his current wife?**
A. Correct.
**Q. Based on what?**
A. Based on their marriage.
**Q. Based on their marriage?**
A. Yes.
**Q. Okay. And when did they get married?**
MR. LEYH: Objection, form.
THE DEPONENT: I'm not sure. I think 2011 or '10. Not sure.
BY MR. POPE:
**Q. How do you know they're still married?**
MR. LEYH: Objection, form.
THE DEPONENT: I think there was a divorce and that she has appealed now the -- the finding of the court.

Unofficial Copy Office of Marilyn Burgess District Clerk

am.

BY MR. POPE:

**Q. How -- how many lawsuits have you been involved with as either counsel or a party that involved Mr. Choudhri or any of the named Defendants?**

MR. LEYH: Objection, form.

THE DEPONENT: Maybe three or four.

BY MR. POPE:

**Q. Maybe three or four.**

A. Yes.

**Q. And are all -- which ones are those?**

MR. LEYH: Objection, form.

THE DEPONENT: I've represented clients against him in his divorce and this case and another case involving 2425 West Loop, and I think that's it.

BY MR. POPE:

**Q. Yeah, earlier, you also mentioned that you were counsel for John Quinlan and Osama Abdullatif in this case.**

A. Correct.

**Q. Just so the record is clear, you said yes, you represent John Quinlan and Osama Abdullatif in this case?**

A. Yes, I've -- I've provided legal advice to them.

**Q. Do you hold any contingency claims against any of the Defendants?**

MR. LEYH: Objection, form.

Unofficial Copy Office of Marilyn Burgess District Clerk

pending litigation. I can't get into that.
BY MR. POPE:
**Q. That litigation in pending in which county?**
A. Appellate Court Harris County.
**Q. Appellate Court. Are you counsel in that case?**
A. No.
**Q. Are you a party in that case?**
A. No.
**Q. So you're just refusing to answer even though you're not counsel or party to the case?**
A. I am a consulting attorney to Ms. Azhar.
**Q. So Ms. Azhar?**
A. Yes.
**Q. Okay. Did you in your -- have you ever been a consulting attorney to Chris Wyatt?**
A. He's a client.
**Q. He is a client. He was a client prior to the filing of the complaint?**
A. Yes.
**Q. And when did he become your client?**
MR. BALLASES: Objection. Form.
THE DEPONENT: I don't recall exactly. Sometime after he left the employment of Mr. Choudhri.
BY MR. POPE:

Unofficial Copy Office of Marilyn Burgess District Clerk

that question.

BY MR. POPE:

**Q. Is the answer no or is it you're not going to answer that question?**

A. I'm not going to answer that question.

**Q. Are you refusing to answer?**

A. Yes.

**Q. On what basis?**

MR. BALLASES: You're asserting your attorney/client or attorney work product privilege for Chris Wyatt?

THE DEPONENT: Yes, I am.

BY MR. POPE:

**Q. So you're asserting the privilege that did you or did not receive a hard drive?**

A. Yes. We can take it up with the judge if we need to.

**Q. Did you include Miss Shahnaz Choudhri in this complaint just to put pressure on Ali Choudhri to pay the debt?**

A. Not at all.

MR. BALLASES: Objection. Form.

BY MR. POPE:

**Q. Was the complaint filed to harass Shahnaz Choudhri?**

Unofficial Copy Office of Marilyn Burgess District Clerk

**Q. Are you aware that Chris Wyatt stole a hard drive from Jetall or Ali?**
A. No, I'm not.
MR. BALLASES: Objection. Form.
THE REPORTER: I'm sorry. I couldn't hear your answer.
THE DEPONENT: Sorry. I'm not aware of it, no.
BY MR. POPE:
**Q. Did you receive a hard drive from Chris Wyatt?**
MR. BALLASES: Objection. Form.
THE DEPONENT: Asked and answered. I'm not going to go there again.
BY MR. POPE:
**Q. So did you receive a hard drive from Chris Wyatt?**
A. I'm not going to answer that question.
MR. BALLASES: Objection. Form. It's been asked and answered, and he already asserted the attorney/client work product legal privilege.
MR. KIRKLIN: Objection, form is plenty. That's all you're allowed.
MR. BALLASES: Okay. Thanks.
MR. POPE: Is he refusing to answer the question?

Unofficial Copy Office of Marilyn Burgess District Clerk

**Q. I'll scratch that. Is the -- did you have a notice of lis pendens filed against a property, or cause to be filed against a property at 4521 San Felipe Street, Unit 3201, here in Houston?**

A. I believe so, yes.

**Q. Okay. And do you believe you have a title dispute as -- in relation to that property?**

A. Yes, arguably.

MR. BALLASES: Objection. Form.

BY MR. POPE:

**Q. Arguably. Based upon what theory?**

A. That I'm a judgment creditor of Jetall Companies, and this entity is controlled by him or his entities, and it's an alter ego.

**Q. Is this property owned by Jetall Companies?**

A. No.

MR. BALLASES: Objection. Form.

BY MR. POPE:

**Q. Do you have a lis pendens against -- or caused a lis pendens to be filed against a property at 2727 Kirby, Condominium Unit 26L?**

A. Yes. Do we? I think we -- I'm not sure if we do anymore. Yes.

**Q. Okay. And do you believe you have a title dispute in reference to that property?**

Unofficial Copy Office of Marilyn Burgess District Clerk

A. Yes, arguably.

**Q. Do you believe you have an interest in -- in that real property?**

A. Yes.

**Q. Based upon what?**

A. Being a judgment creditor of Jetall Companies.

**Q. But is this property owned by Jetall Companies?**

A. No.

MR. BALLASES: Objection. Form.

BY MR. POPE:

**Q. No. The other property at 4521 San Felipe Street, Unit 3201, do you know who lives there?**

A. I don't know who lives there.

**Q. Do you have a notice of lis pendens filed or caused a notice of lis pendens to be filed against properties at 3550 Charleston Street, 6531 Rodrigo Street, 8503 Blossom Street, 207 Malcolm Street, or 4401 Schurmier Street, all in Houston, Texas?**

A. I believe those are lis pendens that we authorized, yes.

**Q. And you believe they're the -- that you have a title dispute in reference to these properties?**

A. Yes, arguably.

**Q. You believe that you are -- have an interest in real property for these properties?**

Unofficial Copy Office of Marilyn Burgess District Clerk

MR. BALLASES: Objection. Form.

THE DEPONENT: Yeah.

MR. POPE: Let me ask it in a better way.

THE DEPONENT: Please.

BY MR. POPE:

**Q. Is your only claim to having an interest in any real property for which you have filed a lis pendens against any of the named defendants simply based upon your alter ego theory of liability?**

A. I mean, I -- I would defer to my attorneys for that answer, if there's a legal, you know, conclusion that needs to be drawn. But to my knowledge, that is at least one of the bases for it.

MR. BALLASES: Object to the form of that.

BY MR. POPE:

**Q. Would you be surprised to know that the property at 4521 San Felipe Street, Unit 3201, is Mr. Choudhri's homestead?**

MR. BALLASES: Objection. Form.

THE DEPONENT: I would be surprised.

BY MR. POPE:

**Q. Do you believe you'd have a right to put a lis pendens on his homestead?**

MR. BALLASES: Objection. Form.

THE DEPONENT: If he made it a homestead after a

Unofficial Copy Office of Marilyn Burgess District Clerk

judgement was filed, then I would say that he may be -- that may be some sort of violation.

BY MR. POPE:

**Q. Do you believe you'd have the right to put a lis pendens on his -- Mr. Choudhri's homestead?**

MR. BALLASES: Objection. Form.

THE DEPONENT: I'd defer to my attorneys for that.

BY MR. POPE:

**Q. So you're choosing not to answer the question?**

A. I -- I'm --

MR. BALLASES: Objection. Form.

THE DEPONENT: I'm not a real estate lawyer.

BY MR. POPE:

**Q. Have you filed or caused to be filed any lis pendenses against any other entity, any other named defendant other than Jetall Companies?**

MR. BALLASES: Objection. Form.

THE DEPONENT: Not that I'm aware of.

BY MR. POPE:

**Q. Have you filed any lis pendenses against property owned by Arabella PH 3201?**

A. I'm not sure.

**Q. Have you filed any lis pendenses against property owned by Cypress BridgeCo?**

Unofficial Copy Office of Marilyn Burgess District Clerk

**Q. And you wouldn't have any ownership interest in any of the same entities, or real estate?**

MR. BALLASES: Objection. Form.

THE DEPONENT: No.

BY MR. POPE:

**Q. Are you aware that Jetall obtained a restraining order against Chris Wyatt before?**

MR. BALLASES: Objection. Form.

THE DEPONENT: That could be the case. I don't --

BY MR. POPE:

**Q. Are you aware that they -- they obtained the restraining order against Chris Wyatt -- Chris Wyatt to prevent him from disclosing or divulging confidential information?**

MR. BALLASES: Objection. Form.

THE DEPONENT: Not aware of that.

BY MR. POPE:

**Q. Are you aware that Chris Wyatt was once accused by a former employee of stealing information?**

A. No.

MR. BALLASES: Objection. Form.

BY MR. POPE:

**Q. Are you aware that Chris Wyatt once worked for Optum Mortgage?**

Unofficial Copy Office of Marilyn Burgess District Clerk

THE DEPONENT: No. I think your client hired him. Not me.

BY MR. POPE:

**Q. But didn't you get some information from Chris Wyatt you used to form the basis of your complaint?**

MR. BALLASES: Objection. Form.

THE DEPONENT: Possibly.

BY MR. POPE:

**Q. Well, isn't it also possible that some of the information you received was stolen and/or subject to orders where he was not to divulge that information?**

MR. BALLASES: Objection. Form.

THE DEPONENT: I don't think so.

BY MR. POPE:

**Q. You don't think so? Or do you know?**

A. I don't --

MR. BALLASES: Objection. Form.

THE REPORTER: I'm sorry. I didn't catch all of your --

THE DEPONENT: Sorry. I don't think that would be the case.

BY MR. POPE:

**Q. Are you aware that Chris Wyatt is a convicted felon?**

MR. BALLASES: Objection. Form.

Unofficial Copy Office of Marilyn Burgess District Clerk

so --

BY MR. POPE:

**Q. Okay. Have you talked to Mr. Newman about any of the other named defendants?**

MR. BALLASES: Objection. Form.

THE DEPONENT: I mean, I wouldn't be able to get into that.

BY MR. POPE:

**Q. What year did you refer -- or when -- what year did you refer Hira Azhar to Bobby Newman?**

MR. BALLASES: Objection. Form.

THE DEPONENT: Whenever they filed a divorce at that time.

BY MR. POPE:

**Q. Do you know Terry Fisher?**

MR. BALLASES: Objection. Form.

THE DEPONENT: Terry Fisher? Yes, I do.

BY MR. POPE:

**Q. How do you know Terry Fisher?**

MR. BALLASES: Objection. Form.

THE DEPONENT: He -- he is a real estate guy who I think Choudhri did business with.

BY MR. POPE:

**Q. Where did you meet him?**

MR. BALLASES: Objection. Form.

Unofficial Copy Office of Marilyn Burgess District Clerk

that passed -- or well, an asteroid that's out there.
MR. BALLASES: That's true.
MR. POPE: She could have been hanging onto it.
BY MR. POPE:
**Q. When was that? What year was that?**
MR. BALLASES: Objection. Form.
THE DEPONENT: 2016, maybe, something like that.
BY MR. POPE:
**Q. And why did you help her come back to United States from Pakistan?**
MR. BALLASES: Objection. Form.
THE DEPONENT: You know, she was in a bad situation.
BY MR. POPE:
**Q. What was that situation?**
MR. BALLASES: Objection. Form.
THE DEPONENT: She had been sent to Pakistan under false pretenses, and her visa had been expired, and so she reached out to me for assistance with that.
BY MR. POPE:
**Q. Did you and Ms. Azhar have a -- are you married or single?**
A. I'm married.
**Q. I can see your hand. And do you assert that Ali Choudhri is still married to Hira Azhar?**

Unofficial Copy Office of Marilyn Burgess District Clerk