JETALL

**Ali Choudhri <ali@jetallcapital.com>**

# Fwd: Fw: [EXTERNAL] RE: Attorney client work product - privileged - notice of conflict

1 message

**Ali @ Jetall** <ali@jetallcompanies.com> Fri, Sep 19, 2025 at 8:50 PM
To: "Ali @ Jetall" <ali@jetallcapital.com>

Ali Jetall
Jetall Companies
1001 West Loop South Suite 700
Houston, Texas 77027
713-789-7654 telephone
832-403-3276 direct
281-630-6627 mobile
713-789-3331 facsimile
ali@jetallcompanies.com

Neither Jetall nor any of its subsidiaries shall be bound by or to any lease, purchase and/or sale agreement, contract or any other instrument or modification thereof, nor to any oral statement made by any person, unless the same has been reduced to writing and signed by an officer of Jetall or of its appropriate subsidiary.

---------- Forwarded message ---------
From: **Adam Zarafshani** <adam@panache-usa.com>
Date: Fri, Sep 19, 2025 at 8:37 PM
Subject: Fw: [EXTERNAL] RE: Attorney client work product - privileged - notice of conflict
To: Ali Choudhri <ali@jetallcompanies.com>

FYI - This is the first to Mitchem

**Adam Zarafshani**

Panache USA

**Panache Development & Construction, Inc.**

**Arboretum Plaza I**

**9442 Capital of Texas HWY, Ste. 850**

**Austin, TX 78759**

**512 345 7000 Austin**

**872 222 7031 Chicago**

**310 929 0094 LA**

**The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.**

---

**From:** Adam Zarafshani <adam@panache-usa.com>
**Sent:** Thursday, September 11, 2025 3:57 PM
**To:** Mitchem, Ryan <Ryan.Mitchem@huschblackwell.com>
**Cc:** Legatos, Nicholas <nicholas.legatos@huschblackwell.com>
**Subject:** Re: [EXTERNAL] RE: Attorney client work product - privileged - notice of conflict

Good afternoon Mr. Mitchem,

Please see the attached letter.

Best regards,

**Adam Zarafshani**

PANACHE

**Panache Development & Construction, Inc.**

**Arboretum Plaza I**

**9442 Capital of Texas HWY, Ste. 850**

**Austin, TX 78759**

**512 345 7000 Austin**

**872 222 7031 Chicago**

**310 929 0094 LA**

**The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.**

---

**From:** Mitchem, Ryan <Ryan.Mitchem@huschblackwell.com>
**Sent:** Wednesday, September 10, 2025 4:04 PM
**To:** Adam Zarafshani <adam@panache-usa.com>
**Subject:** [EXTERNAL] RE: Attorney client work product - privileged - notice of conflict

[EXTERNAL]

Mr. Zarafshani,

Your letter to Nicholas Legatos and Lynn Butler has been forwarded to me for a response.

Your engagement letter with our firm is attached for your reference. In the section titled "Conflicts," you agreed that our firm could "represent parties to whom you are adverse in matters in which we represent you, provided … that we do so only in matters that are not substantially related to our work for you." In your letter, you do not explain in any way how the firm's work for you (all of which was performed in 2023) is related in any way, much less substantially related, to our firm's current work for a Romspen entity in the referenced bankruptcy involving a different lender, a different borrower, and different property.

Further, you are not a current firm client. The last time billed to any matter for you was on December 18, 2023. In the section titled "Conclusion of Representation" in your engagement letter, you agreed that "in the event we have performed no work for you or on your behalf for six consecutive months, you agree that our attorney-client relationship with you will be terminated." It has been more than 20 months.

Unless you can provide some reasonable explanation, supported by written evidence, of how the matter our firm handled in for you adverse to a Romspen entity, a matter concluded in 2023, is substantially related to a matter we are currently handling for a different Romspen entity, we intend to continue with that representation.

**Ryan W. Mitchem**
**Deputy General Counsel**

**HUSCH BLACKWELL**
Direct: 816.983.8204
Ryan.Mitchem@huschblackwell.com

---

**From:** Adam Zarafshani <adam@panache-usa.com>
**Sent:** Monday, September 8, 2025 11:11 AM
**To:** Legatos, Nicholas <nicholas.legatos@huschblackwell.com>
**Cc:** Fara Ranjbaran <fara@panache-usa.com>; Amanda Woodham <amanda@panache-usa.com>
**Subject:** Attorney client work product - privileged - notice of conflict

[EXTERNAL EMAIL]

Good morning Nick,

I tried to call you this morning, but it went to voice mail. Please find attached the formal notice of conflict. Since we are not talking with Lynn Butler directly, we are leaving it to you to communicate this conflict to him. Please let me know what Husch Blackwell position is as soon as possible.

I also need to know how this did not come up during the conflict check. It is not like we are a past client. This is still a live litigation. You know, Nick, that I have updated you regularly on this suit. It is very active. I am hoping that this will be resolved soon because I cannot wait for bureaucracy. We need to understand your firm's position as soon as possible, if this is not cleared up quickly, I need to take all necessary steps for our protection.

Best regards,

**Adam Zarafshani**

Panache USA

**Panache Development & Construction, Inc.**

**Arboretum Plaza I**

**9442 Capital of Texas HWY, Ste. 850**

**Austin, TX 78759**

**512 345 7000 Austin**

**872 222 7031 Chicago**

**310 929 0094 LA**

**The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.**

**Letter 9-11-2025 to Husch Blackwell.pdf**
110K