**From:** Lori Hood
**To:** Scott Funk; Travis Vargo
**Cc:** T. Michael Ballases; Michael Poynter; Scott Funk
**Subject:** Re: Response to L. Hood Demand 10/23
**Date:** Wednesday, October 28, 2026 10:02:08 PM
**Attachments:** image001.png

---

Thats Travis' job. Easy excel spreadsheet. Math

Lori Hood
Partner, LLM-Tax

Shackelford, McKinley & Norton, LLP
717 Texas Avenue | 27th Floor | Houston, Texas 77002
832.669.6081 direct | 832.415.1801 main
832.367.3111 cell | 832.565.9030 fax
lhood@shackelford.law | www.shackelford.law

---

**From:** Scott Funk <sfunk@grayreed.com>
**Sent:** Wednesday, 28 October 2026 21:40:51
**To:** Lori Hood <lhood@shackelford.law>; Travis Vargo <tvargo@vargolawfirm.com>
**Cc:** T. Michael Ballases <ballases@hooverslovacek.com>; Michael Poynter <mpoynter@vargolawfirm.com>; Scott Funk <sfunk@grayreed.com>
**Subject:** RE: Response to L. Hood Demand 10/23

**This email is from an external source. Please verify the source of the link(s) and/or attachment(s) before accessing.**

---

I really don't know the answer. You can look at the judgments in the A and D case and compute interest, and you can look at all orders signed for distribution, and do the math too. I have not done it and I would tell you if I knew. But it is a lot.

---

**From:** Lori Hood <lhood@shackelford.law>
**Sent:** Wednesday, October 28, 2026 9:34 PM
**To:** Scott Funk <sfunk@grayreed.com>; Travis Vargo <tvargo@vargolawfirm.com>
**Cc:** T. Michael Ballases <ballases@hooverslovacek.com>; Michael Poynter <mpoynter@vargolawfirm.com>; Scott Funk <sfunk@grayreed.com>
**Subject:** [EXTERNAL] Re: Response to L. Hood Demand 10/23

Math

Lori Hood
Partner, LLM-Tax

Shackelford, McKinley & Norton, LLP
717 Texas Avenue | 27th Floor | Houston, Texas 77002
832.669.6081 direct | 832.415.1801 main
832.367.3111 cell | 832.565.9030 fax
lhood@shackelford.law | www.shackelford.law

---

**From:** Scott Funk <sfunk@grayreed.com>
**Sent:** Wednesday, 28 October 2026 17:07:05
**To:** Lori Hood <lhood@shackelford.law>; Travis Vargo <tvargo@vargolawfirm.com>
**Cc:** T. Michael Ballases <ballases@hooverslovacek.com>; Michael Poynter <mpoynter@vargolawfirm.com>; Scott Funk <sfunk@grayreed.com>
**Subject:** RE: Response to L. Hood Demand 10/23

**This email is from an external source. Please verify the source of the link(s) and/or attachment(s) before accessing.**

---

Way more than her alleged assets.

**From:** Lori Hood <lhood@shackelford.law>
**Sent:** Wednesday, October 28, 2026 4:42 PM
**To:** Scott Funk <sfunk@grayreed.com>; Travis Vargo <tvargo@vargolawfirm.com>
**Cc:** T. Michael Ballases <ballases@hooverslovacek.com>; Michael Poynter <mpoynter@vargolawfirm.com>
**Subject:** [EXTERNAL] RE: Response to L. Hood Demand 10/23

You all keep trying to seize my client's assets. She is entitled to know what the amount being collected is. Why is it so hard for you to tell me what is owed? Its just math.

**Lori Hood**
Partner, LLM-Tax

Shackelford, McKinley & Norton, LLP
717 Texas Avenue | 27th Floor | Houston, Texas 77002
832.669.6081 *direct* | 832.415.1801 *main*
832.367.3111 *cell* | 832.565.9030 *fax*
lhood@shackelford.law | www.shackelford.law

Shackelford

Austin – Dallas – Fort Worth – Houston – New Orleans

---

**From:** Scott Funk <sfunk@grayreed.com>
**Sent:** Wednesday, October 28, 2026 4:40 PM
**To:** Travis Vargo <tvargo@vargolawfirm.com>; Lori Hood <lhood@shackelford.law>
**Cc:** Scott Funk <sfunk@grayreed.com>; T. Michael Ballases <ballases@hooverslovacek.com>;

Michael Poynter <mpoynter@vargolawfirm.com>
**Subject:** RE: Response to L. Hood Demand 10/23

**This email is from an external source. Please verify the source of the link(s) and/or attachment(s) before accessing.**

---

Lori,

My reaction was essentially the same. You say you do only represent Mrs. Choudhri, but your letter and questions are much broader and involve issues only relevant to Ali Choudhri and that do not involve her. I have a hard time believing this did not come from Ali.

**Scott Funk**
**Partner**
Tel 713.986.7171 | Fax 713.730.5816
Cell 713.530.3975 | sfunk@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn

GRAY REED

**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

**From:** Travis Vargo <tvargo@vargolawfirm.com>
**Sent:** Wednesday, October 28, 2026 4:03 PM
**To:** Lori Hood <lhood@shackelford.law>
**Cc:** T. Michael Ballases <ballases@hooverslovacek.com>; Scott Funk <sfunk@grayreed.com>; Michael Poynter <mpoynter@vargolawfirm.com>
**Subject:** [EXTERNAL] Response to L. Hood Demand 10/23

Ms. Hood,

I do not see that you have standing to make demands. For example, do you represent George Lee? Is he making a claim that the waiting period failed to expire. He is not. You represent Rompsen now? Please send me your appearance paperwork. I'm not aware of any complaints from them.

Most, if not all documents that you seek in your letter are on the A and D case dockets. Please go do your research and read the dockets. If there was an accounting problem, it could and should have been brought to my attention on a timely basis. It was not. It's not time to go fishing 3, 6, or 9+ months after issues and litigations are finally resolved. It is time consuming and unproductive to rehash resolved issues. I am not obligated to go do

your work for you and decline the invitation to explain things that do not matter to your client.

You reference “representations” that I allegedly made to Judge Payne about amounts due under the judgments. I recall stating that the judgments giving rise to my receivership are unpaid and outstanding. That is a true statement. I do not recall giving an amount and I do not believe that I gave any amounts. If I am wrong, please send me the transcript.

Your letter is nearly unreadable as the citations do not match a court order. Please be more specific with your citations or attach the document that you are referring to. Putting that aside, I have filed 3 motions to distribute (1 in the A-Case and 2 in the D-Case) and many reports in both cases. Some of the reports were titled “report,” others were in the form of letters, and occasionally motions following a report. Justin Rayome was intimately involved in representing Mr. Choudhri during the time period that you seek information about, perhaps you should direct your inquiries his direction.

You demand that I provide an accounting of exactly how proceeds are allocated among judgments and assume that is my job or I have authority to do that. It is not clear that I do. I think this is a matter for you to discuss with Judge Wilson. He is either going to tell you how the money was allocated or perhaps will give you guidance on same.

If you do not find this satisfactory, please seek court intervention from Judge Wilson. There are many motions pending right now so it would seemingly be a great time for the court to address your issues.

Travis B. Vargo, Court Receiver
12012 Wickchester, Suite 670
Houston, TX 77079
(713) 524-2441 - Office
(832) 779-8838 - Fax

Notice(s) / Disclosure(s): The contents of this electronic message, and any attachment to it, contain information which may be confidential and/or privileged. This information is intended only for the addressed recipients and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or use of this electronic message or its contents is strictly prohibited and may be unlawful. If you have received this electronic message in error, please immediately reply to to sender that you have received the message in error, and destroy all copies of it. Further, nothing in the above message is intended to and does not constitute tax advice. All information transmitted herein should be disclosed to your tax preparer for advice. Lastly, pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be deemed a debt collector and any information obtained may be used for that purpose.