# EXHIBIT 7

Requests for the amount owed, a payoff, and an accounting (May 8 – Oct. 26, 2026), with declaration

Unofficial Copy Office of Marilyn Burgess District Clerk

**1 — S. Scott Boyd to Travis Vargo**

From: Scott Boyd <ssboyd@pattersonboyd.com>
To: Travis Vargo
Date: Friday, May 8, 2026, 10:58 a.m.
Subject: Choudhri judgment update

Travis-

Can you update me on the judgment balances you are collecting against Ali Choudhri?

Is it possible if you can tell me today:

1. The original total of each judgment plus fees/costs; 2. Itemized amounts collected to date; 3. Current balances.

Let me now if you can get this to me today.

**2 — Ali Choudhri to Travis Vargo**

From: Ali Choudhri <ali@jetallcapital.com>
To: Travis Vargo <tvargo@vargolawfirm.com>
Date: Friday, August 21, 2026, 2:40 p.m.
Subject: Signed TRO on my Homestead 4521 San Felipe

Mr. Vargo,

Please see attached signed TRO. . . .

Furthermore, Please provide me balance that you contend is owed with a breakdown and what you have already collected.

I need this information immediately.

**3 — Travis Vargo to Ali Choudhri, copying D. Scott Funk and T. Michael Ballases**

From: Travis Vargo <tvargo@vargolawfirm.com>
To: Ali Choudhri <ali@jetallcapital.com>
Cc: sfunk@grayreed.com; ballases@hooverslovacek.com
Date: Friday, August 21, 2026, 4:31 p.m.
Subject: RE: Signed TRO on Receiver's Penthouse Per Court Order

Mr. Choudhri,

I have no idea what you are talking about concerning unanswered questions from the Judge. This sounds like one of your tales.

The attached orders identify the judgments that I've been ordered to collect. Please use them to calculate the amount due. Then subtract the judgment credits shown on the orders of disbursement. Receiver's fees and expenses are costs of court that are taxed against you, the Judgment Debtor.

If you want to discuss the payoff further, I have copied Creditors' counsel. Feel free to circulate your own calculation.

Travis Vargo, Court Appointed Receiver, (713) 524-2441

Unofficial Copy Office of Marilyn Burgess District Clerk

### 4 — Ali Choudhri to Travis Vargo

From: Ali Choudhri <ali@jetallcapital.com>
To: Travis Vargo <tvargo@vargolawfirm.com>
Date: Friday, August 21, 2026, 4:41 p.m.
Subject: Re: Signed TRO on Receiver's Penthouse Per Court Order

Please provide me the balance of what you state is owed on the judgments you are on for collections.

This is a simple and straightforward question that you should be able to answer.

Please provide me the balance that is owed with a breakdown and what you have already collected.

Please do not sidestep or deflect this question. It has been asked before and you refuse to answer it.

Please provide the requested information immediately.

### 5 — Ali Choudhri to Travis Vargo

From: Ali Choudhri <ali@jetallcapital.com>
To: Travis Vargo <tvargo@vargolawfirm.com>
Date: Thursday, September 3, 2026, 10:50 a.m.
Subject: RE: 202663841

Please provide me the balance of what you state is owed on the judgments you are on for collections.

Please provide me the balance that is owed with a detailed breakdown and what you have already collected.

Please do not sidestep or deflect this question. It has been asked before and you refuse to answer it.

Please provide the requested information immediately. . . .

### 6 — Ali Choudhri to T. Michael Ballases

From: Ali Choudhri <ali@jetallcapital.com>
To: T. Michael Ballases <ballases@hooverslovacek.com>
Date: Monday, October 19, 2026, 2:13 p.m.
Subject: Payoff DEMAND

Mr. Ballases,

Today in court you stated I owe Osama Abdullatif over $10MM in judgments.

Please provide a payoff statement and a detailed breakdown, including the per diem amount.

I need this by close of business today.

These requests were made and ignored previously.

Please do not delay provided the information immediately.

Unofficial Copy Office of Marilyn Burgess District Clerk

### 7 — Ali Choudhri to T. Michael Ballases

From: Ali Choudhri <ali@jetallcapital.com>
To: T. Michael Ballases <ballases@hooverslovacek.com>
Date: Wednesday, October 21, 2026, 1:53 p.m.
Subject: Re: Payoff DEMAND

Mr. Ballases,

I am emailing you again. You have failed to respond to my email and repeated requests.

I had asked you to: Please provide a payoff statement and a detailed breakdown, including the per diem amount. . . .

This request has been made multiple times and you have failed to respond.

### 8 — Ali Choudhri to T. Michael Ballases

From: Ali Choudhri <ali@jetallcapital.com>
To: T. Michael Ballases <ballases@hooverslovacek.com>
Date: Friday, October 23, 2026, 6:18 p.m.
Subject: Fwd: Payoff DEMAND

Mr. Ballases,

I am emailing you once again. Are you going to respond? I have been asking for quite some time now.

You made statements on the record in front of Judge Payne on Monday, Oct 19, 2026.

Are you going to respond to the below emails??

I demand an immediate payoff and a detailed breakdown, including a per diem

I have asked repeatedly with no response.

### 9 — Ali Choudhri to T. Michael Ballases, copying Lori Hood

From: Ali Choudhri <ali@jetallcapital.com>
To: T. Michael Ballases <ballases@hooverslovacek.com>
Cc: lhood@shackelford.law
Date: Monday, October 26, 2026, 6:00 a.m.
Subject: Fwd: Payoff DEMAND

Mr. Ballases,

See my emails below. I have been asking you for some time. Are you not going to respond?

You made statements and representations in court on Oct 19.

I demand an immediate payoff and a detailed breakdown, including a per diem

I have asked repeatedly without receiving a response.

### 10 — Ali Choudhri to T. Michael Ballases, copying Lori Hood and Derek Staub

From: Ali Choudhri <ali@jetallcapital.com>
To: T. Michael Ballases <ballases@hooverslovacek.com>
Cc: Lori Hood <lhood@shackelford.law>; Derek R. Staub <Dstaub@fbtgibbons.com>
Date: Tuesday, October 27, 2026
Subject: Fwd: Payoff DEMAND

Mr. Ballases,

Unofficial Copy Office of Marilyn Burgess District Clerk

I am following up again. You have refused to provide the amount you contend is owed and have failed to respond.

See below. This has been ongoing for some time.

Please respond to the repeated requests.

**Declaration of Ali Choudhri** (Tex. Civ. Prac. & Rem. Code § 132.001)

My name is Ali Choudhri. My date of birth is [redacted] 1980, and my address is 4521 San Felipe Street, Unit 3201, Houston, Texas 77027. The emails reproduced above were sent or received through my email account, ali@jetallcapital.com, and are reproduced word for word from that account, except that signature blocks and quoted earlier messages have been omitted where marked ". . . ." Email 1 was sent to Mr. Vargo by S. Scott Boyd and appears in the thread on which I was copied. Other than Mr. Vargo's August 21, 2026 email (Email 3), I have received no response from Mr. Vargo, Mr. Ballases, or anyone acting for them, stating the amount they contend is owed on the judgments, what has been collected, or a payoff with a per diem. I declare under penalty of perjury that the foregoing is true and correct. Executed in Harris County, Texas, on October 27, 2026.

/s/ Ali Choudhri

________________________________

Ali Choudhri

Unofficial Copy Office of Marilyn Burgess District Clerk