# EXHIBIT 8

Slide presentation: “The record vs. what they told the courts” (including “distributions only”)

Unofficial Copy Office of Marilyn Burgess District Clerk

Unofficial Copy Office of Marilyn Burgess Dis

# The record vs. what they told the courts

Vargo's sworn "distributions only" testimony · Arabella · Funk and the bankruptcy stay · September 19, 2023

**Ali Choudhri · October 21, 2026**

Unofficial Copy Office of Marilyn Burgess District Clerk

# Under oath, April 3, 2025: "distributions only"

*In re Texas REIT, LLC, No. 24-10120 (Bankr. W.D. Tex.), hearing of April 3, 2025 — Travis Vargo testifying*

"

**I have a right to his distributions only.**

Asked whether he could exercise rights over Choudhri's membership interest in Texas REIT · Tr. 35:1–6

### No control of the LLC interests

THE COURT: "Are you seeking to exercise control over those LLC interests?" VARGO: "No."

*Tr. 19:19–23*

### Charging order only

"I'm not taking the position that I have a turnover of the membership units of any LLC . . . there's only a charging order against that, and I'm entitled to distributions."

*Tr. 26:23–27:4*

### And about Judge Wilson

"I haven't had any communications with Mr. Wilson in probably 10 years." By August 2026 he was emailing Judge Wilson for rulings from Choudhri's home, with movers in the unit.

*Tr. 48:12–13; emails of Aug. 21 and Sept. 15, 2026*

Unofficial Copy Office of Marilyn Burgess Dis

# Arabella: from "distributions only" to taking the home

| | | | |
|---|---|---|---|
| 1 | **Apr. 3, 2025** | Under oath: "distributions only"; not seeking to control any LLC interest | *Tr. 35:6, 19:19–23* |
| 2 | **A & D Orders** | ¶ 8 excludes Choudhri's LLC ownership interests; ¶ 9(a) lists Arabella only as a charging-order LLC | *Amended Receivership Orders* |
| 3 | **June 23, 2026** | Vargo to Judge Wilson: "THE COURT SHOULD AFFIRM RECEIVER CONTROL OF ARABELLA." | *Receiver's Reply, 4521 San Felipe* |
| 4 | **July 28, 2026** | Writ of possession; recorded deeds declared void — by submission, exhibits never opened | *Order; Staub Decl. ¶¶ 4, 7* |
| 5 | **Aug. 19, 2026** | Vargo's counsel: Arabella is a receivership asset "in custodia legis" | *Poynter email* |
| 6 | **Sept. 15, 2026** | Choudhri and his 78-year-old mother removed, despite the Sept. 10 agreement | *Video; RR 5:19–6:11* |
| 7 | **Sept. 23, 2026** | Shown ¶ 8 under oath: "That's what it says here." | *In re MCITBE Tr. 170* |

Unofficial Copy Office of Marilyn Burgess Dis

# Funk froze the appeal, then enforced the judgment

**Dec. 14, 2023**

Petition for review, No. 23-1019, challenges the Sept. 19 orders and the Nov. 7, 2023 D-Case judgment as void

**Jan. 26, 2024**

Supreme Court of Texas requests a response from Mokaram

**Feb. 9, 2024**

Funk and Drabble, for Mokaram, file a Notice of Bankruptcy (Texas REIT, No. 24-10120)

**Feb. 16, 2024**

Petition ABATED and “treated as closed”; parties must notify the Court “once the automatic bankruptcy stay is lifted”

**Mar. 20, 2025**

Texas REIT court grants creditors stay relief only “in part” (ECF 524)

**Mar. 31, 2025**

Funk’s motion to appoint a receiver granted in the D-Case — Vargo

**The petition attacking that judgment is still abated. The judgment it attacks is being enforced through Vargo.**

Unofficial Copy Office of Marilyn Burgess District Clerk

# Sept. 19, 2023: “It’s stayed” — then two orders

“

**Well, I can’t. It’s stayed, so I’ve got a Hobson’s choice here.**

Judge Wilson, status conference, 17:34 · no court reporter; recorded with his permission (“That’d be fine with me,” 00:03)

| | |
|---|---|
| **Sept. 13** | Motion to compel arbitration denied — no submission, no hearing |
| **Sept. 18** | Notice of interlocutory appeal and automatic stay |
| **Sept. 19** | Order withdrawing the order on appeal; order stripping Choudhri’s counterclaim |
| **Oct. 17** | Wilson’s court of appeals dismisses the appeal as moot |
| **Nov. 7** | Final judgment in the D-Case |
| **Feb. 16, 2024** | Supreme Court petition abated — still pending |

**Same day he said the case was stayed, he signed both orders.**

Unofficial Copy Office of Marilyn Burgess Dis

# The pattern

## Sworn

“Distributions only” — then control of the companies and the home

## Stayed

“It’s stayed” — then two orders the same day

## Abated

Stay used to freeze the Supreme Court — judgment enforced anyway