# EXHIBIT 9

Notice of Intent to Subpoena Anosh Ahmed, M.D., Cause No. 2013-41273 (Feb. 8, 2023), served "by and through his attorney of record, Scott Funk, Gray Reed"

Unofficial Copy Office of Marilyn Burgess District Clerk

2/8/2023 10:53 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 72555258
By: Tiffany Jefferson
Filed: 2/8/2023 10:53 AM

CAUSE NO. 2013-41273

| | | |
|---|---|---|
| OSAMA ABDULLATIF, Individually, and ABDULLATIF & COMPANY, LLC | § | IN THE DISTRICT COURT OF |
| *Plaintiffs*, | § | HARRIS COUNTY, TEXAS |
| v. | § | |
| ALI CHOUDHRI and HOUSTON REAL ESTATE PROPERTIES, LLC | § | |
| *Defendants.* | § | 334th DISTRICT COURT |

**NOTICE OF INTENT TO SUBPOENA ANOSH AHMED, M.D.**
**TO PRODUCE DOCUMENTS**

**To: Anosh Ahmed, M.D. located at 333 W Loop N Service Rd, Suite 220, Houston, TX 77024 or by and through his attorney of record, Scott Funk, Gray Reed and Associates, 1300 Post Oak Blvd., Suite 2000, Houston, TX 77056.**

Pursuant to the TEXAS RULES OF CIVIL PROCEDURE 196 and 205, Judgment Creditors, Osama Abdullatif ("**Abdullatif**") and Abdullatif & Company, LLC ("**ACLLC**") (collectively "**Judgment Creditors**") will serve Anosh Ahmed, M.D. (**"Ahmed"**), 10 days after service of this notice, a subpoena compelling the production of documents attached hereto as **Exhibit "A"**. Ahmed must produce all requested documents for inspection and copying in accordance with the Texas Rules of Civil Procedure, **on or before February 27th, 2023** to the offices of **McCathern-Houston, 2000 West Loop South, Ste. 1850, Houston, Texas 77027**, or at such other time and place as may be agreed. In lieu of a deposition on written questions, the subpoena will permit Ahmed to complete an affidavit of custodian of business records attached to the subpoena attached hereto as **Exhibit "B".**

Respectfully Submitted,

MCCATHERN HOUSTON

By: */s/ Rodney Drinnon*

Unofficial Copy Office of Marilyn Burgess District Clerk

Rodney L. Drinnon
Texas Bar No. 24047841
rdrinnon@mccathernlaw.com
David L. Clark
Texas Bar No. 24036367
dclark@mccathernlaw.com
2000 West Loop S., Suite 1850
Houston, Texas 77027
Tel. (832) 533-8689
Fax (832) 213-4842

**ATTORNEYS FOR JUDGMENT CREDITOR**
**ABDULLATIF & COMPANY, LLC**

MORRIS, LENDAIS, HOLLRAH & SNOWDEN

By: */s/ Allan Goldstein*
Allan D. Goldstein
Texas Bar No. 08097950
allang@mlhs.net
James Salyer
Texas Bar No. 17549690
jsalyer@mlhs.net
520 Post Oak Boulevard, Suite 700
Houston, Texas 77027
Tel. (713) 966-7200

**ATTORNEYS FOR JUDGMENT CREDITOR**
**OSAMA ABDULLATIF**

Unofficial Copy Office of Marilyn Burgess District Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of February, 2023 a true and correct copy of the foregoing and/or attached was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure as follows:

Jim Wetwiska — ***Via E-Service***
jwetwiska@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana, 44th Floor
Houston, Texas 77002

*Attorneys for Judgment Debtor*

*Ali Choudhri and*
*Houston Real Estate Properties, LLC*

Custodian of Records
Anosh Ahmed, M.D.
c/o Scott Funk
anosh@anoshahmedmd.com
sfunk@grayreed.com

***Via Email***

*/s/Rodney Drinnon*
Rodney Drinnon

Unofficial Copy Office of Marilyn Burgess District Clerk

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Simone Nunez on behalf of Rodney Drinnon
Bar No. 24047841
snunez@mccathernlaw.com
Envelope ID: 72555258
Status as of 2/9/2023 7:40 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mike O'Brien | | mike@moblaw.com | 2/8/2023 10:53:22 AM | SENT |
| Allan DGoldstein | | allang@mlhs.net | 2/8/2023 10:53:22 AM | SENT |
| James DSalyer | | jsalyer@mlhs.net | 2/8/2023 10:53:22 AM | SENT |
| Mark DGoranson | | goranson@goransonking.com | 2/8/2023 10:53:22 AM | SENT |
| Joe Sibley | | sibley@camarasibley.com | 2/8/2023 10:53:22 AM | SENT |
| Holli VPryor-Baze | | hpryorbaze@akingump.com | 2/8/2023 10:53:22 AM | SENT |
| James RWetwiska | | jwetwiska@akingump.com | 2/8/2023 10:53:22 AM | SENT |
| Nicholas Petree | | npetree@akingump.com | 2/8/2023 10:53:22 AM | SENT |
| David Medina | 88 | david.medina@chamberlainlaw.com | 2/8/2023 10:53:22 AM | SENT |
| Keith Gross | | attnykgross@aol.com | 2/8/2023 10:53:22 AM | SENT |
| Simone Nunez | | snunez@mccathernlaw.com | 2/8/2023 10:53:22 AM | SENT |
| David Clark | | dclark@mccathernlaw.com | 2/8/2023 10:53:22 AM | SENT |
| Danielle Chester | | dchester@mccathernlaw.com | 2/8/2023 10:53:22 AM | SENT |
| James D. Pierce | 15994500 | jim@jamespierce.com | 2/8/2023 10:53:22 AM | SENT |
| Scott R.Link | | scottrlink@gmail.com | 2/8/2023 10:53:22 AM | SENT |
| Lloyd E.Kelley | | kelley@lloydekelley.com | 2/8/2023 10:53:22 AM | SENT |
| Chris DiFerante | | chris@cdflaw.com | 2/8/2023 10:53:22 AM | SENT |
| Lee King | 792016 | lee@houstonlegal.services | 2/8/2023 10:53:22 AM | SENT |
| Rodney Lee Drinnon | 24047841 | rdrinnon@mccathernlaw.com | 2/8/2023 10:53:22 AM | SENT |
| Haseeb Dada | | hdada@mccathernlaw.com | 2/8/2023 10:53:22 AM | SENT |
| Averyll Mauch | | amauch@Mccathernlaw.com | 2/8/2023 10:53:22 AM | SENT |
| Cameron Roth | | croth@akingump.com | 2/8/2023 10:53:22 AM | SENT |
| Jennifer LMacGeorge | | jmac@jlm-law.com | 2/8/2023 10:53:22 AM | SENT |
| Ali Choudhri | | ali@jetallcompanies.com | 2/8/2023 10:53:22 AM | SENT |

Unofficial Copy Office of Marilyn Burgess District Clerk

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Simone Nunez on behalf of Rodney Drinnon
Bar No. 24047841
snunez@mccathernlaw.com
Envelope ID: 72555258
Status as of 2/9/2023 7:40 AM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| MacGeorge Law Firm Admin | | service@jlm-law.com | 2/8/2023 10:53:22 AM | SENT |
| Alyx Eva | | aeva@akingump.com | 2/8/2023 10:53:22 AM | SENT |
| Ali Choudhri | | legal@jetallcompanies.com | 2/8/2023 10:53:22 AM | SENT |
| Michael C. O'Connor | | moconnor@oconnorcraig.com | 2/8/2023 10:53:22 AM | ERROR |

Unofficial Copy Office of Marilyn Burgess District Clerk