# EXHIBIT 11

Email from Travis Vargo to Kell Mercer (Apr. 4, 2025): "charging order over the LLCs only"

Unofficial Copy Office of Marilyn Burgess District Clerk

Unofficial Copy Office of Marilyn Burgess District Clerk

JETALL

**Ali Choudhri <ali@jetallcapital.com>**

# Fwd: Receivership Issues

**Kell Mercer** <kell.mercer@mercer-law-pc.com> Fri, May 2, 2025 at 9:09 AM
To: Ali Choudhri <ali@jetallcapital.com>

See the below.

---------- Forwarded message ---------
From: **Travis Vargo** <tvargo@vargolawfirm.com>
Date: Fri, Apr 4, 2025 at 10:20 AM
Subject: RE: Receivership Issues
To: Kell Mercer <kell.mercer@mercer-law-pc.com>

Kell,

The Order speaks for itself. However, I read and the law is that Receiver has a charging order over the LLCs **only**. I do **not** direct the acts and conduct of following entities and their lawyers:

1. Milestone Capital CRE 1, LLC

2. Galleria Loop Noteholder, LLC

3. BDFI, LLC

I am allowed to monitor. Two cases on point are Klinek (672 SW3d 830) and Pajooh (518 SW3d 557). To that end, at your earliest convenience, please kindly provide me copies of the governance documents for these entities.

Travis B. Vargo

Court Appointed Receiver

(713) 524-2441 - Office

(832) 779-8838 - Fax

---

**From:** Kell Mercer <kell.mercer@mercer-law-pc.com>
**Sent:** Friday, April 4, 2025 8:01 AM
**To:** Travis Vargo <tvargo@vargolawfirm.com>
**Subject:** Re: Receivership Issues

I pulled the second myself this morning. Given deadlines in matters in which I represent the below identified entities, I need to know your position asap on Milestone, Galleria North Loop, and BDFI.

On Fri, Apr 4, 2025 at 7:58 AM Travis Vargo <tvargo@vargolawfirm.com> wrote:

> Thank you for reaching out.
>
> I will get you a copy of both orders this morning.
>
> Sent from my iPhone
>
> On Apr 3, 2025, at 7:37 PM, Kell Mercer <kell.mercer@mercer-law-pc.com> wrote:
>
> Travis,

Unofficial Copy Office of Marilyn Burgess District Cle…

I have seen the receivership order in "D". I understand there is another.

Please advise if you direct the acts and conduct of following entities and their lawyers:

1. Milestone Capital CRE 1, LLC

2. Galleria Loop Noteholder, LLC

3. BDFI, LLC

I do not wish to violate any court orders.

Thank you,

Kell

(512) 767-3214 (mobile)

Unofficial Copy Office of Marilyn Burgess District Clerk