Unofficial Copy Office of Marilyn Burgess District Clerk

# EXHIBIT 14

Email from Mike Croix to Ali Choudhri (Feb. 17, 2026)

JETALL

**Ali Choudhri <ali@jetallcapital.com>**

---

## Swift

1 message

---

**Mike Croix** <mcroix@croixhomes.com> Tue, Feb 17, 2026 at 10:12 AM
To: "Ali @ Jetall" <ali@jetallcapital.com>, Mike Croix <mcroix@croixhomes.com>

Ali, I did not authorize Travis Vargo to list the property for sale. He told me he did not need my authorization and that he would just change the locks if I did not provide a key.

Mike

Unofficial Copy Office of Marilyn Burgess District Clerk