# EXHIBIT 17

Email from D. Scott Funk to Choudhri's counsel, copying Abdullatif's counsel Rodney L. Drinnon (Feb. 23, 2018), transcribed, with declaration

Unofficial Copy Office of Marilyn Burgess District Clerk

**Email from D. Scott Funk (Gray Reed) to counsel for Ali Choudhri, copying Rodney L. Drinnon (Feb. 23, 2018) — transcription**

From: Scott Funk <sfunk@grayreed.com>
Sent: Friday, February 23, 2018, 10:03 AM
To: Jeff Joyce <jjoyce@jmlawyers.com>; kelley@lloydekelley.com
Cc: Scott Funk <sfunk@grayreed.com>; Rodney L. Drinnon <rdrinnon@mccathernlaw.com>
Subject: Texas Reit

Mr. Choudhri has indicated me wants to enter into a contract to sell all or substantially all of the assets and property of Texas Reit. Please be advised that Mr. Mokaram and Mr. Abdullatif object to the proposed sale and object to any such sale that is without their written consent. Please confirm Mr. Choudhri will not sell all or substantially all of the assets without their written consent.

Also, please tell Mr. Choudhri not to contact Mr. Mokaram directly and to have any communications go through legal counsel. Thank you.

Scott Funk
Partner
Gray Reed & McGraw
1300 Post Oak Blvd. Suite 2000, Houston, TX 77056
Tel 713.986.7171 | Fax 713.730.5816 | Cell 713.530.3975
sfunk@grayreed.com | www.grayreed.com

*[Confidentiality notice in original signature block omitted.]*

**Declaration.** My name is Ali Choudhri. My date of birth is [redacted] 1980, and my address is 4521 San Felipe Street, Unit 3201, Houston, Texas 77027. The foregoing accurately transcribes an email sent on February 23, 2018 by D. Scott Funk to my then-counsel, Jeff Joyce and Lloyd Kelley, copying Rodney L. Drinnon, counsel for Osama Abdullatif, which was provided to me. I declare under penalty of perjury that the foregoing is true and correct. Executed in Harris County, Texas, on October 27, 2026.

/s/ Ali Choudhri

Unofficial Copy Office of Marilyn Burgess District Clerk