## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for (name of individual and title, if any): Travis B. Vargo
on (date) November 2, 2026

☒ I served the subpoena by delivering a copy to the named person as follows:
Travis B Vargo on (date) 11/2/2026 ; or

☐ I returned the subpoena unexecuted because: ______________________

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ ____________ .

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true and correct.

Date: ________________

Shawn Morgan
*Server's signature*

Shawn Morgan
*Printed name and title*

603 Dalewood Dr Missouri City TX 77489
*Server's address*

Additional information concerning attempted service, etc.: