*#370 Motion to Reopen Case and Adversary Proceeding Nos. 24-5043 and 25-5040 for the Limited Purpose of Considering the Rule 9024 Motion filed by Courtney Ann Vincent for Interested Party Arabella PH3201 LLC, Otisco RDX LLC. Milestone Capital CRE 1 LLC and Joiner Ali Choudhri.*

## EXHIBIT AND WITNESS LIST

A0 187 (REV. 4/82)

| | | |
|---|---|---|
| **RIC (LaVernia), LLC. Vs. Arabella PH3201, LLC. Et.al.** | | DISTRICT COURT<br>Western (**SAN ANTONIO**) |
| PLAINTIFF'S ATTORNEY<br>**Kyle Hirsch** | DEFENDANT'S ATTORNEY<br>**Courtney Vincent** | DOCKET NUMBER<br>**24-51195 P-11**<br>TRIAL DATE(S)<br>**November 4, 2026** |
| PRESIDING JUDGE<br>**MICHAEL M. PARKER** | ELECTRONIC COURT RECORDING OPERATOR<br>**Holly Jamjoo** | COURTROOM DEPUTY<br>**DEANNA CASTLEBERRY** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | FILED |
| | W/1 | 11/4/26 | -------- | ---------- | **TRAVIS VARGO** NOV -4 2026 |
| | | | | | U.S. BANKRUPTCY COURT BY dmc DEPUTY |
| A | | 11/4/26 | | | **ATTACHED PACKET - JUDICIAL NOTICE OF** |
| B | | 11/4/26 | XXXX | 11/4/26 | **ATTACHED PACKET B** |
| C | | 11/4/26 | XXXX | 11/4/26 | **ATTACHED PACKET C** |
| D | | | | | |
| | | | | | |
| | 5 | 11/4/26 | XXXX | 11/4/26 | **ATTACHED WHITE BINDER** |
| | 6 | 11/4/26 | XXXX | 11/4/26 | **ATTACHED WHITE BINDER** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |