**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 04, 2026.**

**MICHAEL M. PARKER**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **RIC (LAVERNIA) LLC,** | § | **CASE NO. 24-51195-MMP** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |

**ORDER DISMISSING MOTION AS MOOT**

The Court considered Ali Choudhri's *Motion Under Bankruptcy Rule 9024* (ECF No. 369)—purportedly filed on behalf of himself and several entities—and the docket in this case and determined it should be dismissed as moot. At a hearing in this case on November 4, 2026, the Court denied Mr. Choudhri's request to reopen this case to hear the *Motion*. It is therefore

**ORDERED** that the *Motion* (ECF No. 369) is **DISMISSED** as moot.

# # #