**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 04, 2026**

**MICHAEL M. PARKER**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **RIC (LAVERNIA) LLC,** | § | **CASE NO. 24-51195-MMP** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |

**ORDER DENYING MOTION**

On November 4, 2026, the Court held a hearing on Ali Choudhri's *Motion to Reopen Case* (ECF No. 370)—purportedly filed on behalf of himself and several entities—and, based on the findings of fact and conclusions of law stated on the record, determined it should be denied. It is therefore

**ORDERED** that the *Motion* (ECF No. 370) is **DENIED**.

# # #