**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 04, 2026**

**MICHAEL M. PARKER**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **RIC (LAVERNIA) LLC,** | § | **CASE NO. 24-51195-MMP** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |

**ORDER DENYING MOTION**

On November 4, 2026, the Court held a hearing on Ali Choudhri's *Motion for Expedited Consideration* (ECF No. 371)—purportedly filed on behalf of himself and several entities—and determined it should be denied as moot. At the hearing, the Court denied Mr. Choudhri's request to reopen this case to hear the underlying motion. It is therefore

**ORDERED** that the *Motion* (ECF No. 371) is **DENIED** as moot.

# # #