AO 435 (Administrative Office of the United States Courts)

# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF TEXAS

# TRANSCRIPT ORDER

Please read instructions on the official form before completing.

| | | | |
|---|---|---|---|
| 1. NAME<br>Courtney A. Vincent, Vincent Law, PLLC | 2. PHONE NUMBER<br>(713) 223-9300 | 3. DATE<br>November 4, 2026 | |
| 4. MAILING ADDRESS<br>P.O. Box 940129 | 5. CITY<br>Houston | 6. STATE<br>TX | 7. ZIP CODE<br>77094 |
| 8. CASE NUMBER<br>24-51195-mmp | 9. JUDGE<br>Hon. Michael M. Parker | 10. DATES OF PROCEEDINGS: FROM<br>11/04/2026 | 11. TO<br>11/04/2026 (and any continuation) |
| 12. CASE NAME<br>In re RIC (Lavernia) LLC (Related Adv. Nos. 24-05043 and 25-05040) | 13. LOCATION OF PROCEEDINGS: CITY<br>San Antonio (Courtroom 1) | 14. STATE<br>TX | |

15. ORDER FOR
[ ] APPEAL [ ] CRIMINAL [ ] CRIMINAL JUSTICE ACT [X] BANKRUPTCY
[X] NON-APPEAL [ ] CIVIL [ ] IN FORMA PAUPERIS [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Complete transcript of the hearing held Wednesday, November 4, 2026, beginning at 9:30 a.m. Central, on:
(a) Motion to Reopen Case and Adversary Proceeding Nos. 24-5043 and 25-5040 for the Limited Purpose of Considering the Rule 9024 Motion [ECF No. 370]; and
(b) Motion for Expedited Consideration of the Rule 9024 Motion [ECF No. 371] (hearing set at ECF No. 372).
Include all argument of counsel, all testimony (including the testimony of Travis B. Vargo), all exhibits offered or admitted, and any oral ruling or bench statement of the Court, including any portion of the hearing continued to a later date or time.

17. ORDER
CATEGORY: [X] ORIGINAL (includes certified copy to Clerk for records of the Court) [ ] FIRST COPY [ ] ADDITIONAL COPIES (No. ___)
DELIVERY: [ ] 30-DAY [ ] 14-DAY [X] EXPEDITED (7-DAY) [ ] 3-DAY [ ] NEXT-DAY [ ] 2-HOUR [ ] REALTIME
FORMAT: [ ] PAPER COPY [X] PDF (e-mail) [ ] TEXT/ASCII (e-mail)
E-MAIL ADDRESS: info@vincentlawpllc.com

CERTIFICATION (18 and 19). By signing below, I certify that I will pay all charges (deposit plus additional).

| | |
|---|---|
| 18. SIGNATURE<br>/s/ Courtney A. Vincent | 19. DATE<br>November 4, 2026 |

ORDERING PARTY
Counsel for Arabella PH 3201 LLC, Otisco RDX, LLC, and Milestone Capital CRE 1, LLC

FOR COURT USE ONLY
TRANSCRIPTION / ORDER RECEIVED: ________ DEPOSIT PAID: ________ TRANSCRIPT ORDERED: ________
TRANSCRIPT RECEIVED: ________ ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT: ________ TOTAL CHARGES: ________ TOTAL DUE: ________

TRANSCRIPT TO BE PREPARED BY:
J&J Court Transcribers, Inc
609-586-2311
www.jjcourt.com

PROCESSED BY: Bianca Salinas
Phone Number: 210-472-6720
Court Address: 615 E. Houston St., Ste 597
San Antonio, TX 78205

TRANSCRIPT ORDERED: 11/5/2026 BES

FILED
NOV 05 2026
U.S. BANKRUPTCY COURT
BY BES DEPUTY