**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 04, 2026.**

**MICHAEL M. PARKER**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **RIC (LAVERNIA) LLC,** | § | **CASE NO. 24-51195-MMP** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |

**ORDER DISMISSING MOTION AS MOOT**

The Court considered Ali Choudhri's *Motion Under Bankruptcy Rule 9024* (ECF No. 369)—purportedly filed on behalf of himself and several entities—and the docket in this case and determined it should be dismissed as moot. At a hearing in this case on November 4, 2026, the Court denied Mr. Choudhri's request to reopen this case to hear the *Motion*. It is therefore

**ORDERED** that the *Motion* (ECF No. 369) is **DISMISSED** as moot.

# # #

United States Bankruptcy Court

Western District of Texas

In re:
RIC (Lavernia) LLC
Debtor

Case No. 24-51195-mmp
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0542-5 | User: admin | Page 1 of 3

Date Rcvd: Nov 04, 2026 | Form ID: pdfintp | Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | RIC (Lavernia) LLC, 162 Cumberland Street, Suite 300, Toronto, ON M5R 3N5, CANADA |
| intp | + | Ali Choudhri, 1001 West Loop South, Suite 700, Houston, TX 77027-9033 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brigid K Ndege | on behalf of Debtor RIC (Lavernia) LLC deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com |
| Bruce J Duke | on behalf of Interested Party Ali Choudhri bruce@bdukelawfirm.com brucedukeesq@gmail.com |
| Clinton Wayne Alexander | on behalf of Attorney Kell C Mercer calexander@bls-legal.com |
| Courtney Ann Vincent | on behalf of Interested Party Arabella PH3201 LLC info@vincentlawpllc.com |
| Courtney Ann Vincent | on behalf of Interested Party Otisco RDX LLC info@vincentlawpllc.com |
| Courtney Ann Vincent | |

on behalf of Interested Party Milestone Capital CRE 1 LLC info@vincentlawpllc.com

Erin Coughlin
on behalf of U.S. Trustee United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov

Erin Coughlin
on behalf of Interested Party United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov

George H. Spencer, Jr.
on behalf of Defendant Lori Daves gspencer@langleybanack.com

George H. Spencer, Jr.
on behalf of Defendant John Daves gspencer@langleybanack.com

Gerald Sager
on behalf of Interested Party ServiceLink jerry.sager@fnf.com

Howard Marc Spector
on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA VII LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com

Justin Rayome
on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com

Justin Rayome
on behalf of Interested Party Milestone Capital CRE 1 LLC justin.rayome.law@gmail.com

Justin Rayome
on behalf of Plaintiff Otisco RDX LLC justin.rayome.law@gmail.com

Justin Rayome
on behalf of Interested Party Otisco RDX LLC justin.rayome.law@gmail.com

Justin D. Hanna
on behalf of Plaintiff RIC (Lavernia) LLC jhanna@condontobin.com carolyn.herrera@bclplaw.com

Justin D. Hanna
on behalf of Debtor RIC (Lavernia) LLC jhanna@condontobin.com carolyn.herrera@bclplaw.com

Justin D. Hanna
on behalf of Defendant TIG Romspen US Master Mortgage LP jhanna@condontobin.com carolyn.herrera@bclplaw.com

Karalyssa C Casillas
on behalf of Creditor Wilson County karalyssa.casillas@lgbs.com karalyssa.casillas@ecf.courtdrive.com

Kiernan McAlpine
on behalf of Plaintiff Otisco RDX LLC kier@mcalpinelaw.com

Kyle Hirsch
on behalf of Debtor RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch
on behalf of Defendant TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch
on behalf of Plaintiff RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch
on behalf of Defendant RIC (Lavernia) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Leslie M. Luttrell
on behalf of Interested Party Travis Vargo Receiver luttrell@lclawgroup.net, sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Leslie M. Luttrell
on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Lyndel A. Vargas
on behalf of Interested Party Otisco RDX LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas
on behalf of Interested Party Ali Choudhri LVargas@chfirm.com chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas

| | |
|---|---|
| | on behalf of Plaintiff Otisco RDX LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lyndel A. Vargas | on behalf of Interested Party Milestone Capital CRE 1 LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lynn Hamilton Butler | on behalf of Interested Party TIG Romspen US Master Mortgage LP lynn.butler@huschblackwell.com christine.deacon@huschblackwell.com;elizabeth-spivey-5378@ecf.pacerpro.com;lynn-hamilton-butler-2113@ecf.pacerpro.com;docket.bankruptcy@huschblackwell.com |
| Natalie F. Wilson | on behalf of Defendant Lori Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Natalie F. Wilson | on behalf of Interested Party John Daves and Lori Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Natalie F. Wilson | on behalf of Defendant John Daves nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Paul Kirklin | pkirklin@kirklinlaw.com |
| Rhonda Bear Mates | on behalf of Interested Party Gregory S. Milligan mates@slollp.com winter@slollp.com |
| Robert Luke Graham | on behalf of Plaintiff RIC (Lavernia) LLC luke.graham@polsinelli.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Robert Luke Graham | on behalf of Defendant RIC (Lavernia) LLC luke.graham@polsinelli.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Robert Luke Graham | on behalf of Debtor RIC (Lavernia) LLC luke.graham@polsinelli.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Robert Luke Graham | on behalf of Defendant TIG Romspen US Master Mortgage LP luke.graham@polsinelli.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Ronald J Smeberg | on behalf of Interested Party Otisco RDX LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com |
| Ronald J Smeberg | on behalf of Interested Party Milestone Capital CRE 1 LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com |
| Shea Neal Palavan | on behalf of Interested Party Shea N Palavan service@houstonip.com snpalavan@recap.email |
| Stephen Kirklin | on behalf of Attorney Paul Kirklin skirklin312@gmail.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 46