## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS – SAN ANTONIO DIVISION

# AUDIO RECORDING ORDER

| | |
|---|---|
| **CASE NAME**<br>In re RIC (Lavernia) LLC | **CASE NUMBER**<br>24-51195-mmp (Chapter 11) |
| **JUDGE**<br>Hon. Michael M. Parker | **COURTROOM**<br>San Antonio Courtroom 1 |
| **DATE AND TIME OF HEARING**<br>Wednesday, November 4, 2026, 9:30 a.m. Central | |
| **MATTERS HEARD**<br>Motion to Reopen Case and Adversary Proceeding Nos. 24-05043 and 25-05040 for the Limited Purpose of Considering the Rule 9024 Motion (ECF No. 370); Motion for Expedited Consideration (ECF No. 371); and the related Rule 9024 Motion (ECF No. 369). Hearing set at ECF No. 372. | |
| **PORTION REQUESTED**<br>The complete audio recording of the hearing on the matters listed above, from the call of the case through adjournment, including any continued session. | |
| **FORMAT REQUESTED**<br>[X] Electronic audio file [ ] CD [ ] DVD (if the recording requires it) | |
| **REQUESTED BY**<br>Courtney A. Vincent, Vincent Civil Rights – a Division of Vincent Law, PLLC<br>Counsel for Arabella PH 3201 LLC, Otisco RDX, LLC, and Milestone Capital CRE 1, LLC | |
| **MAILING ADDRESS**<br>P.O. Box 940129, Houston, Texas 77094 | **TELEPHONE**<br>(713) 223-9300 |
| **EMAIL**<br>info@vincentlawpllc.com | **DELIVERY**<br>[ ] Mail [ ] Pick up [X] Email / shared drive |
| **DELIVERY NOTE**<br>Please deliver the electronic audio file by email to info@vincentlawpllc.com or through a shared drive or file-transfer platform. The requester will accept a download link in place of physical media. | |
| **FEE**<br>$34.00 processing fee enclosed (check / money order / card payable to Clerk, U.S. Bankruptcy Court) | |
| **SIGNATURE**<br>/s/ Courtney A. Vincent | **DATE**<br>November 10, 2026 |

Deliver to: Clerk, U.S. Bankruptcy Court, Western District of Texas, Hipolito F. Garcia Federal Building, 615 E. Houston Street, Suite 546, San Antonio, Texas 78205; (210) 472-6720.

FOR CLERK USE ONLY: Received ________ Fee paid ________ Prepared by ________ Date ready/mailed ________